# UNITED STATES DISTRICT COURT

for the

District of Columbia

Case: 1:25-cv-02668 JURY DEMAND
Assigned To : Unassigned
Assign. Date : 8/14/2025
Description: Pro Se Gen. Civ. (F-DECK)

Jesus Christ Son of God
Terese Ebony Jones

Plaintiff(s)

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Please See List

Defendant(s)

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Jury Trial: *(check one)* [X] Yes [ ] No

RECEIVED
AUG 14 2025
Clerk, U.S. District & Bankruptcy Courts for the District of Columbia

## COMPLAINT FOR A CIVIL CASE

**I. The Parties to This Complaint**

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Jesus Christ<br>Terese E Jones |
| Street Address | 9013 Tudor DR. G203 |
| City and County | Tampa FL 33615 |
| State and Zip Code | 954-907-9614 |
| Telephone Number | |
| E-mail Address | terese E Jones |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Please See Attached List For All Defendants

Defendant No. 1 Please See Attached List

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 2

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 3

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 4

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

18 US CODE 242 DEPARTATION OF RIGHTS 18 US 245
18 US CODE 241 CONSPIRACY AGAINST RIGHTS

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* ____________, is a citizen of the State of *(name)* ____________.

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* ____________, is incorporated under the laws of the State of *(name)* ____________, and has its principal place of business in the State of *(name)* ____________.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* ____________, is a citizen of the State of *(name)* ____________. Or is a citizen of *(foreign nation)* ____________.

    b. If the defendant is a corporation

The defendant, *(name)* ____________________, is incorporated under the laws of the State of *(name)* ____________________, and has its principal place of business in the State of *(name)* ____________________. Or is incorporated under the laws of *(foreign nation)* ____________________, and has its principal place of business in *(name)* ____________________.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 8-11-2025

Signature of Plaintiff [signature]

Printed Name of Plaintiff Terese E Jones

### B. For Attorneys

Date of signing: ________

Signature of Attorney ________

Printed Name of Attorney ________

Bar Number ________

Name of Law Firm ________

Street Address ________

State and Zip Code ________

Telephone Number ________

E-mail Address ________

**The United States District Court for the District of Columbia**
E. Barrett Prettyman Courthouse.
333 Constitution Avenue, NW
Washington DC 2000
Room 1225

**Jesus Christ of Nazareth Son of God** ) **Civil No.**________________
Kingdom of God- Kingdom of Heaven )
Kingdom of Light )
Primary Known Address Heaven )
And )
**Terese Ebony Jones Ambassador** -Servant Disciple )
9013 Tudor Drive G203 )
Tampa Florida 33615 )
(All Citizens of the Kingdom of light unknowingly illegally)
Held in the dark Kingdom)

**PLAINTIFF**

**=========================================================VS.**

**Satan god of this world**
Kingdom of Darkness- Marine Kingdom
Primary Known Address Hell

**DEFENDANT(S)**

United States Department of Justice
Pamela Jo Bondi United States Attorney General
950 Pennsylvania Avenue, NW
Washington DC 2053-0001

United States Department of State
Marco Antonio Rubio United States Secretary of State
2201 C. Street
Washington DC 20451

United States Federal Bureau of Investigations
Kashyap Pramod Patel- Director of the Federal Bureau of Investigations
Daniel John Bongino- Assistant Director of the Federal Bureau of Investigations
935 Pennsylvania Avenue 20535

U.S. Department of Housing
and Urban Development (HUD)
Scott Turner Secretary
471 7TH St. SW
Washington DC 20410

Office of Attorney General
James Uthmeier -Florida Attorney General
State of Florida
PL-01 The Capitol
Tallahassee Fl 32399-1050

Ron DeSantis- Florida Governor
Office of Governor Ron DeSantis
State of Florida
The Capitol

400 S. Monroe St.
Tallahassee, FL 32399-0001

Chad Chronister- Hillsborough County Sheriff
Hillsborough County Sheriff's Office
Professional Standards Bureau
2008 East 8th Avenue
Tampa, FL 33605

Daniel K. Olukoya
Ten thousand Kleckley Drive
Houston Tx 77075

Elizabeth Folashade Olukoya
Ten thousand Kleckley Drive
Houston Tx 77075

Olumide Oni
Ten thousand Kleckley Drive
Houston Tx 77075

Oluwatoyin Oni
Ten thousand Kleckley Drive
Houston Tx 77075

Kehinde Olajide
4618 North Florida Avenue
Tampa Fl 33603

Aderonke Olajide
4618 North Florida Avenue
Tampa Fl 33603

Moses Woods
10122 Geese Trail Cir
Sun City, FL 33573

Carol Woods
10122 Geese Trail Cir
Sun City, FL 33573

Adama Weir
4618 North Florida Avenue
Tampa Fl 33603

Osaterian Omo
17345 Madison Green Drive
Tampa Fl 33647-3277
4618 North Florida Avenue
Tampa Fl 33603

Latoya Marion Roberson
4618 North Florida Avenue
Tampa Fl 33603

Robert Fanning
4545 Airport Way,
Denver, Colorado, 80239

Tracy B. Magwood
503 Edgewood Ave. W
Jacksonville Fl 33208

Noel B. Magwood
503 Edgewood Ave. W

Jacksonville Fl 33208

Joel Scott Osteen
3700 Southwest Fwy
Houston TX 7727

Victoria Osteen
3700 Southwest Fwy
Houston TX 7727

Chief Apostle Lashon Reese
2275 NW 62ND Street
Miami Dade FL 33147

Tammy McIntosh
6641 SW 20TH St.
Miramar Fl 33023

Berice Spann
2275 NW 62ND Street
Miami Dade FL 33147

Thomas (TD)Dexter Jakes
6777 W. Kiest Blvd.
Dallas TX 75236

Sherita Jakes
6777 W. Kiest Blvd.
Dallas Tx 75236

Sarah Jakes Roberts
6777 W Kiest Blvd
Dallas Texas 75236

Enhance Health LLC/Enhanced IFP LLC
Matt Herman
Renee Santiago
18167 US Hwy 19 N, Suite 300
Clearwater, FL 33764

Humana Tirhonda Hamilton Operations Manager
5701 E Hillsborough Ave Ste 1400
Tampa Florida

Salelytics, LLC
John Shlonsky
Cornelius Turner
1111 E. South River St.
Appleton, WI  54915

Health IQ
Munjah Shah
Gaurav Suri
2513 Charleston Rd #102,
 Mountain View, CA 94043

Meta Platforms, Inc. (META)
Mark Zuckerburg Ambassador and CEO
1 Meta Way
Menlo Park, CA 94025

Alphabet Inc.

1600 Amphitheatre Pkwy,
Mountain View, CA
Pichai Sundararajan Ambassador and CEO
Neal Mohan Ambassador and CEO

---

## I. BASIS FOR JURISDICTION

What is the basis for federal court jurisdiction? (check all that apply) (X) Federal Question □ Diversity of Citizenship Fill out the paragraphs in this section that apply to this case.

A. If the Basis for Jurisdiction Is a Federal Question: List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case:

I. U.S. Constitution First Amendment
II. U.S. Constitution Second Amendment
III. U.S. Constitution Third Amendment
IV. U.S. Constitution Fourth Amendment
V. U.S. Constitution Fifth Amendment
VI. U.S. Constitution Sixth Amendment
VII. U.S. Constitution Eighth Amendment
VIII. U.S. Constitution Ninth Amendment
IX. U.S. Constitution Fourteenth Amendment

**B. If the Basis for Jurisdiction is Diversity of Citizenship:**

1. Plaintiff(s) a. Plaintiff is an individual and a citizen of: Heaven and Florida b. If any Plaintiff is a business or corporation, list the State where the business is incorporated __ or has its principal place of business: 2. Defendant(s) a. If the Defendant is an individual, identify their citizenship below.

## 1. JURISDICTION AND VENUE

**The United States District Court for the District of Columbia has jurisdiction over this action under 18 U.S. Code § 241 18 U.S. Code § 242 - 18 U.S. Code § 245 -18 U.S. Code § 24 - 18 U.S. Code § 249 -18 U.S. Code § 250**

**18 U.S. Code 111 Chapter 7 Part I - 18 U.S. Code 112 -18 U.S. Code § 119 -18 U.S. Code § 157 –**

3. The PLAINTIFFS JESUS CHRIST, SON OF GOD, AND TERESE EBONY JONES are authorized to initiate this action pursuant to the United States Constitution civil rights clause under (440 other civil rights) as explained by the PLAINTIFFS JESUS CHRIST, SON OF GOD, AND TERESE EBONY JONES that their **United States Constitutional rights were violated by the DEFENDANTS (PLEASE SEE ATTACHED LIST ABOVE FOR ALL DEFENDANTS) Through their affiliation, support agreement and abilities with Governmental officials the Satanic occult religious authorities and the dark Kingdom representatives in their office church and their platform is used by the other defendants to deny the civil liberties and freedoms afforded to non-Christians.**

**Venue in the United States District Court for the District of Columbia is proper pursuant to 28 U.S.C. § 1391.**

**3. Statement of Claim**

Write a short and plain statement of your claim. Do not make legal arguments or quotes from cases. State the facts which show what happened, as well as where and when it happened. State how each Defendant was involved and explain what a Defendant did or did not do; identify how each Defendant caused you harm or violated federal law. Write each statement in numbered paragraphs, limited as far as practicable to a single event or incident. If more than one claim is asserted, number each claim and ensure that a short and plain statement of facts supporting each claim is included in the facts alleged. Attach no more than two (2) additional pages to state your claim. My apologies to the court, but my statement is much longer than two pages and I want a public record of my complaint. **Please see brief statement as well as enclosed documents and exhibits**

**(UNEDITED VERSION PLEASE FORGIVE ANY GRAMMATICAL ERRORS)**

**OVERVIEW:** I DESPERATELY PLEAD WITH THIS COURT TO HEAR MY CASE. I DESPERATELY PLEAD WITH THE GOVERNMENT TO SEND HELP TO PROTECT MY LIFE AND PROPERTY. IF ANYTHING HAPPENS TO ME, MY BLOOD WILL BE REQUIRED AT THE HANDS OF THIS ADMINISTRATION THAT I VOTED FOR TWO TIMES, AND NOTIFIED OVER AND OVER HOW I WAS HELD IN THE OCCULT AGAINST MY WILL BY SATANIC PASTORS AND THEIR

CONGREGATION. THEIR CONGREGATIONS ARE A COVEN FILLED WITH UNBELIEVERS IN JESUS CHRIST AND CHRISTIANITY.

THE BUILDINGS ARE A  SYNAGOGUE OF SATAN DISGUISED AS THE HOUSE OF GOD. INSTEAD OF PERFORMING SOUND CHRISTIAN DOCTRINE THROUGH TEACHING THE WORD OF GOD, THEY ARE PERFORMING SATANIC RITUALS TO ENSLAVE, CURSE, CONTROL, MANIPULATE, MONITOR, AND TAKE ADVANTAGE OF GOD'S PEOPLE. INSTEAD OF PROVIDING A PLACE OF FELLOWSHIP, THEY PROVIDE AN ATMOSPHERE OF PROFANE NIGHTCLUB DANCING, SECULAR SINGING, UNGODLY WORLDLY SEXUALLY PREVERTED, SEXUALLY CHARGED ENVIRONMENT WHERE ONLY UNCLEAN DEFILING DEMONIC HOST COULD THRIVE.

MY BLOOD WILL BE REQUIRED BY THIS JUDICIAL SYSTEM THAT REFUSES TO HEAR MY PLEA FOR HELP AGAINST THE OCCULT MEMBERS WHO HAVE TORTURED MY SOUL WITH WITCHCRAFT AND SORCERY. THROUGH THEIR RELIGIOUS   NATURAL CRIMES HAVE BEEN COMMITTED AGAINST ME BY THESE CHURCH LEADERS. I PLEAD WITH GENUINE BORN-AGAIN CHRISTIANS TO READ THIS PUBLIC CASE AND GET OUT OF THE OCCULT THROUGH THESE CHURCHES AND PASTORS.

I WAS FORCED INTO THE OCCULT BY SECRET INITIATIONS, CASTING SPELLS ON ME WHILE THEY FORCED ME TO TAKE DRUGS AND ALCOHOL TO CONTROL ME AND MY LIFE. I WAS FORCED INTO SLAVERY BY THEIR SPELLS, BRAINWASHING, MIND CONTROL, WITCHCRAFT, SORCERY, AND DIVINATION. MY DESTINY, PLACE IN LIFE, MONEY, WEALTH, GLORY, STAR, NAME WAS STOLEN OVER FORTY YEARS WHILE THEY SEXUALLY ASSAULTED ME, FORCED ME INTO A SATANIC MARRIAGE WITH A DEMONIC PRIEST.

THESE PASTORS TRIED TO MURDER ME OVER AND OVER AGAIN WITH THEIR RELIGIOUS POWERS AND PRACTICES.  THE LAST FIVE YEARS MY SOUL ENDURED EXCRUCIATINGLY TORTUROUS PROFOUND AFFLICTION AT MOUNTAIN OF FIRE MIRACLE MINISTRY UNDER DANIEL K. OLUKOYA, OMILUDE ONI, AND KEHINDE OLAJIDE AND THEIR EVIL CONGREGATION MISLEADING ME INTO BELIEVING THEY WERE CHRISTIANS. JESUS CHRIST SAVED ME FROM UNDERGOING DOZENS OF THEIR RITUALS, WHICH THEY ULTIMATELY ATTEMPTED TO BLOOD SACRIFICE ME IN THEIR SHRINE AND TAKE MY LIFE. SATANIC RITUALS WERE PERFORMED ON ME FOR YEARS AGAINST MY WILL. FOR YEARS, THESE DEADLY RITUALS LEAD TO POVERTY, LOSS OF BUSINESS, OPPORTUNITIES, CHOKING IN DREAMS, ASTRAL TRAVEL, AND FORCED ENTRY INTO MY HOME UNDER FALSE PRETENSES.

THROUGH SOME OF THE RITUALS THEY IMPLANTED AND PUT A HIV/AIDS DEMON INTO MY BODY. THE CEREMONY WAS RECORDED ON CAMERA. HOWEVER, AFTER THE LORD HEALED ME, I WAS TAKEN TO THE BOTTOM OF THE MARINE KINGDOM IN THE WATER WHERE SNAKES AND SNAKE EGGS WERE INSERTED IN MY BODY. I WAS FORCED INTO A SPIRITUAL MARRIAGE, AND AFTERWARDS THEY TRIED TO GET ME TO COMMIT MURDER BECAUSE OTHER PERSONALITIES WERE PLACED IN MY BODY. IN ONE CEREMONY, THEY TOOK WEALTH OUT OF MY HANDS AND TOOK EVERYTHING FROM ME. THE PASTORS AND THEIR EVIL ASSEMBLY CAME INTO MY HOUSE

THROUGH OPENED PORTALS, ACCESS POINTS, AND SPIRITUAL ENTRYWAYS, AND BEGAN COMING INTO MY HOME ANYTIME THEY WANTED TO.

DUST WAS LEFT SCATTERED IN MY HALLWAY. WHEN I SWEPT THE DUST UP, IT MADE A CLOUD OF SMOKE, and I BECAME VERY ILL. I BEGAN TO HAVE RESPIRATORY AND BREATHING PROBLEM SEVERAL TIMES A MONTH FOR MONTHS ON END. THEY CAN CONTROL YOU BY DUST. OLAJIDE AND HIS CONGREGATION TRIED TO HAVE ME ARRESTED OR SENT TO A MENTAL INSTITUTION. THEY RENDERED ME POWERLESS SO I COULD NOT READ, PRAY, OR STUDY THE WORD OF GOD. THEY USED THEIR POWERS TO BLOCK MY PRAYERS, MY HEAVENS, AND REMOVE MY SCRIPTURES FROM MY MIND. THEY CONTROLLED MY MIND THROUGH SATANIC MIND CONTROLLING TECHNIQUES AND SORCERY.

ALL THOSE EVIL HATEFUL SOULESS DEVICES WERE CONDUCTED BY SOLDIERS FOR SATAN, HIS REPRESENTATIVES, CHILDREN, DISCIPLES, GENERALS, AND MILITARY PERSONNEL WITH THE FULL UNDERSTANDING THAT I AM AN AMBASSADOR FOR CHRIST CARRYING OUT HIS WILL ON EARTH. FOR YEARS, WHILE AT MOUNTAIN OF FIRE MINISTRY, I WAS DUPED INTO BELIEVING THEY WERE CHRISTIANS AND WERE WORKING IN CONJUNCTION WITH ME IN THE KINGDOM OF GOD AND AGAINST THE KINGDOM OF DARKNESS. HOWEVER, THEY DECEPTIVELY FORCED ME TO REVEAL WHEN I RECEIVED MESSAGES AND WHEN I HEARD INSTRUCTIONS FROM THE LORD, JUST AS THEY HAD DONE WHILE I WAS SERVING JESUS UNDER TRACY B. MAGWOOD AT SAINTS ON THE MOVE FOR CHRIST. JUST LIKE UNDER KEHINDE, TRACY B. MAGWOOD UNDERSTOOD I HAD PROPHETIC DREAMS AND I COULD SEE. I HAD DISCERNMENT, HAD STRONG VISIONS THAT WERE ACCURATELY PREPARED TO BE DELIVERED TO THE PEOPLE OF GOD. I WAS A WARRIOR AND I PRAYED WITH THE FIERCE FIRE OF GOD.

I PRAYED SCRIPTURE AND MEMORIZED LONG PASSAGES OF SCRIPTURE THAT I PRAYED. KEHINDE OLAJIDE, THROUGH DR. DANIEL K. OLUKOYA, USED THEIR BLACK MAGIC TO STOP MY AMBASSADORSHIP WORK FOR THE LORD JESUS CHRIST. THEY BLOCKED ALL OF MY GODLY VISIONS AND TOOK OVER MY DREAM LIFE AND RAPED ME IN MY DREAMS, MADE ME SPIRITUALLY DEAD WITH SPELLS AND BLOCKED MY VISIONS FROM GOD. PUT BLOCKS ON MY HEAVENS SO THAT I COULD NOT HEAR FROM JESUS CHRIST. IT WAS INTENTIONAL.
THE WIZARDS AND HIGH PRIESTS SHUT DOWN MY BOOKS, MUSIC, JOB, BUSINESSES, AND ARE TRYING TO FORCE ME INTO HOMELESSNESS. THEY TRIED TO HAVE ME ASSAULTED BY PEOPLE THEY CONTROLLED. THEY ARE NOT CHRISTIANS. THIS IS WHAT THE SATANIST, THE OCCULT, THE SOLDIERS FOR SATAN, THE KINGDOM OF DARKNESS, WORKERS OF INIQUITY ARE DOING TO CHRISTIANS WHO ARE CITIZENS OF THE KINGDOM OF GOD.

**I PLEAD FOR PROTECTION AS A DUAL CITIZEN OF THE UNITED STATES AND AS A CITIZEN OF THE KINGDOM OF GOD.**
THE GOVERNMENT HAS IN ITS RECORDS ALL IT NEEDS TO KNOW ABOUT OCCULTISM AND WHAT I AM REFERRING TO. IT IS TIME FOR THIS GOVERNMENT TO LET CHRISTIANS KNOW WHAT IS HAPPENING TO THEIR LIVES AT THE HANDS OF A CONTROLLING POWER OF OCCULTISM WITHOUT DUE PROCESS, FAIRNESS, OR REPRESENTATION, THESE PASTORS ARE TAKING US TO THE COURTROOM OF HEAVEN AFTER BUILDING A CASE AGAINST US. THEY ARE

USING GOD'S WORD TO ENFORCE ORDINANCE statutes and laws AGAINST US AFTER ENTRAPPING US IN SIN. WHILE WE SLEEP, THEY ARE PERFORMING EVIL RITUALS AND USING ANCIENT SECRETS, CURSES AGAINST CHRISTIANS. AS THEY DID, THEY TOOK ME FOR DECADES. RECENTLY, I WAS REFUSED WORK IN MY INSURANCE INDUSTRY BY COMPANIES AT THE HEIGHT OF THE SEASON. THEY CONTACTED THEIR MEMBERS NOT TO HIRE ME.

I WAS REFUSED CHECKING ACCOUNTS, WELLS FARGO, AND TRUIST, AND WAS REFUSED TO OPEN MY BUSINESS ACCOUNT. CITIBANK TRIED TO GIVE ME BAD CREDIT WHEN I NEVER HAD A MORTGAGE WITH THEM, THEN A SECOND TIME AFTER I CLOSED A CREDIT CARD AND PAID $1000 BALANCE, THE BANK STILL REPORTED LATE PAYMENTS TO THE CREDIT AGENCIES. PARK NATIONAL BANK REFUSES TO OPEN A CHECKING ACCOUNT WITH FULL IDENTIFICATION. THIS IS WHAT WE CHRISTIANS ARE EXPERIENCING IN THIS SYSTEM BY WICKEDNESS IN HIGH PLACES. THEY HAVE PEOPLE IN THE CREDIT AGENCIES THAT KEPT MY SCORE VERY LOW. THEY ARE FORCING US CHRISTIANS INTO POVERTY, DEBT, ON DRUGS AND ALCOHOL FOR THEIR HOSPITALS, FACILITIES, INSURANCE COMPANIES, AND TO SEND US TO THEIR WITCHCRAFT DOCTORS AND MENTAL HEALTH WORKERS.

THEY HAVE AGENTS AT OUR JOBS TO PREVENT US FROM ADVANCING AND OTHERS WHO WORK WITCHCRAFT TO HAVE US TERMINATED. THEY USE THEIR OCCULT MEMBERS IN THE POLICE FORCES TO SHOOT US DOWN ON THE STREET AS A SACRIFICE FOR THE OFFICER TO ADVANCE. TRACY B MAGWOOD HAD ME ILLEGALLY ARRESTED AND THROWN INTO A MENTAL FACILITY FOR NO REASON THREE TIMES. I WAS HELD DOWN AS THE DOCTOR FORCED DRUGS INTO MY BODY WITHOUT MY CONSENT WHILE I SCREAMED AND OBJECTED.

THEY HAD AN AGENT AT EVERY JOB I HAD FOR THE LAST TEN YEARS. THE JOBS WERE ENSLAVEMENT CAMPS I WAS SENT TO BY THIS SYSTEM TO WORK AND NOT GET PAID. AT ENHANCE IN CLEARWATER, FLORIDA, ALTHOUGH I WAS STILL DEMONIZED, IT BECAME OBVIOUS TO ME WHAT WAS GOING ON. ONE COULD SEE THE MASTER SLAVE SYSTEM. IT WAS NOTICEABLE WHO THE SOLDIERS FOR SATAN SLAVEMASTERS WERE AND WHO WERE THE BEATEN DOWN, BROKEN DOWN, ENSLAVED CHRISTIANS. THE SOLDIERS FOR SATAN WERE STEALING ALL THE GLORY FROM THE UNAWARE CHRISTIANS THROUGH SALES, MAKING THE CHRISTIANS STRUGGLE.

I WAS SENT TO TUDOR CAY CONDOMINIUM TO BE MURDERED IT IS A COVEN. SINCE JANUARY, THERE HAVE BEEN DEATHS, SUDDEN HEART ATTACKS, STRANGE ACCIDENTS AND ISSUES, FALLS, AND ALL SORTS OF EVIL. THEY DO NOT WANT ME HERE, AND RECENTLY PERFORMED A RITUALISTIC WATER CEREMONY IN FRONT OF ME, THEN THEY DROVE ME INTO BANKRUPTCY. THERE IS NO WAY I SHOULD BE IN BANKRUPTCY.

**TO THE HONORABLE JUDGE AND THE PRESIDENT,** I HAVE CONTACTED THE PREVIOUS ADMINISTRATION FOR YEARS AND EVERY DEPARTMENT. NOW I PLEAD WITH YOU ON BEHALF OF JESUS CHRIST, THE SON OF GOD. I PLEAD WITH YOU TO SIGN A BILL INTO LAW TO SEPARATE THE TWO KINGDOMS AND GOD'S. THESE PEOPLE IN THE CHURCHES ARE DEVILS, DEMONS, EVIL POWERS, PRINCIPALITIES, RULERS, SLAVEMASTERS, SLAVE MERCHANTS, AND THE WICKEDNESS

IN HIGH PLACES THE BIBLE SPEAKS OF. I ASK FOR A TRIAL WITH THE HELP OF MY GOVERNMENT. MY LIFE HAS BEEN GREATLY AFFECTED AND MY SOUL TORTURED FOR ALMOST FORTY YEARS.

YOU CAN CALL THEM ANYTHING, BUT PLEASE STOP CALLING THOSE SOLDIERS FOR SATAN CHRISTIANS. THEY ARE UNBELIEVERS IN THE SYNAGOGUE OF SATAN. THEY ARE WITCHES, WARLOCKS, DIVINERS, VOODOOISTS, SATANIC HIGH PRIESTS AND PRIESTESS. THEY STEAL OUR DREAMS, HOPES, POWERS, AND USE SORCERY AGAINST US WHILE PERFORMING RITUALS TO INFLICT US WITH DEMONS AND DEVILS THEY CALL DELIVERANCE. THEY ARE HOMOSEXUALS, LIARS, THIEVES, PRIDEFUL, SEXUAL DEVIANTS, PEDOPHILES, RAPIST, MURDERS, GREEDY, GLUTTONOUS, LUSTFUL, ADULTERERS, SINFUL, MISLEADING, AND ALL AROUND CORRUPT.  THEY ARE DEVIL WORSHIPPING LUCIFERINS SERVING HIS KINGDOM. THEY FEAR SATAN, THEIR GOD, AND NOT JESUS CHRIST, MY GOD. THEY ARE DOING THE WORK OF THEIR LORD TO MANIFEST A DIABOLICAL AGENDA AGAINST CHRISTIANS AS THEY HAVE DONE TO ME TO DESTROY MY LIFE UTTERLY. THEY DO NOT KNOW THE WORD OF GOD. THEY DO NOT KNOW OF LORD AND ARE PERFORMING SATANIC RITUALS TO BEWITCH THE PEOPLE LOOKING TO SERVE JESUS.

THAT IS WHY YOU COULD GO INTO THEIR FACILITIES AND SEE WOMEN DRESSED LIKE WHORES, PROSTITUTES, OR GOING TO A NIGHTCLUB. THESE SATANISTS HAVE TWO HOMOSEXUAL MEN LEADING THE CHRUCH AS HUSBAND AND WIFE. THEY MOLEST CHILDREN IN THEIR SLEEP AND THAT IS WHY THEY SLEEP WITH YOUNG, INNOCENT GIRLS AND BOYS IN THE NATURAL. THIS IS THE CHURCH OF SATAN, NOT THE HOUSE OF GOD AND CHURCH THAT JESUS CHRIST ESTABLISHED ON EARTH. THEY ARE ALL OF THESE THINGS DEMONIC, EVIL, SADISTIC, MALICIOUS, DEMONS WALKING THE EARTH AND NOT CHRISTIANS. THEY DO NOT REPRESENT JESUS CHRIST. THEY DO NOT HAVE HIS SPIRIT. THEY DO NOT REPRESENT HIS KINGDOM OR HIS WAY. I SPEAK ON BEHALF OF THE KINGDOM OF GOD UNDER JESUS CHRIST AS AN OFFICIAL AMBASSADOR REPRESENTING HIS WILL ON EARTH.

 THEY ALL KNEW FOR DECADES THAT I WAS IN THE KINGDOM OF GOD AND STILL ALL OF THEM ILLEGALLY HELD ME IN THEIR KINGDOM, FORCING ME TO SERVE THEIR GOD. THE SAME WAY THEY SPEAK FOR SATAN'S KINGDOM AND REPRESENT HIS WILL ON EARTH, I SPEAK FOR JESUS CHRIST AND REPRESENT HIS WILL ON EARTH. THESE PEOPLE HAVE COMMITTED GREAT ATROCITIES AGAINST ME AND MILLIONS OF OTHER CHRISTIANS AND USING, CHARMS, DIVINATION, WITCHCRAFT, SORCERY ON ME AND AGAINST MILLIONS OF OTHER CHRISTIANS FOR SERVING JESUS CHRIST. THOSE CRIMES INCLUDE ATTEMPTED MURDER, VIOLATION OF MY CIVIL RIGHTS, INTENTIONALLY USING AGENTS TO PREVENT ME FROM EARNING A LIVING, INTENTIONALLY USING THEIR AGENTS AT TUDOR CAY CONDOMINIUMS TO ATTEMPT TO HAVE ME HOMELESSNESS, INTENTIONALLY DAMAGING MY PERSONAL PROPERTY, INTENTIONALLY INVOLVING AND ENGAGING ME INTO OCCULTISM THROUGH INITIATIONS, FORCING ME INTO SATANIC RITUALS THROUGH THE LAYING ON OF THE HANDS TRANSFERRING EVIL DEMONS AND SPIRTS INTO ME, STEALING MY DESTINY, MY STAR, MY GLORY, MY VIRTUE, MY WEALTH, MY MONEY, MY ABILITY TO ADVANCE, AND TRANSFERRING MY DESTINY. USING ASTROLOGY, NUMEROLOGY, CHARMS, NIGERIAN WITCHCRAFT, VOODOOISM, SORCERY, SPELLS, TEA LEAF

READING, CRYSTAL BALLS, CANDLES, SAINTS, CATHOLISM, THE STARS, THE MOON, THE SUN, THE BIRDS, THE GRAVE, THE CAGE, FAMILIAR SPIRITS, ANCESTORS, MAGIC, BLACKMAGIC, CURSES, PRINCIPALITIES, MIND CONTROL, ALTARS, SHRINES, SHAME, EMBARRASSMENT, SPIRITS, THE ELEMENTS(WIND , WATER), DEMONS, DEVILS, AND HUMANS AGENTS IN THEIR LEGAL STSYEM, THEIR MEDICAL SYSTEM, THEIR BUSINESSES, THE JUDICIAL SYSTEM, THEIR EDUCATION SYSTEM, AND THE GOVERNMENT.

WHEN ANY CHRISTIAN IN THE PAST HAVE TRIED TO SPEAK ABOUT THIS, THEY ARE PUSHED OFF A BRIDGE, MURDERED IN A CAR ACCIDENTS, PUT ON MEDICATION FOR MENTAL ILLNESS, FOUND MYSTERIOUSLY DEAD WITH A BULLET IN SOME ODD PLACE IN THEIR HEAD MADE TO LOOK LIKE A SUICIDE OR THEY ARE SHOT UP WITH DRUGS IN A HOTEL ROOM WITH THE INVESTIGATION STATING THEY HAD A HISTORY OF DRUGS, ALCOHOL AND MENTAL ILLNESS. OR FOR EXAMPLE WHAT HAPPENED TO ME PERSONALLY SOME PEOPLE ARE DRUGGED IN A HOTEL ROOM AND LEFT IN THE BATHTUB TO DROWN. THIS IS A SATANIC RITUAL. I WAS TAKEN UPSTATE NEW YORK YEARS AGO. I WAS DRUGGED AND WHILE UNDER THE INFULENCE MIND CONTROL WAS USED ON ME TP GET ME TO FILL UP THE BATHTUB WITH WATER. I WAS ABOUT TO GET IN THE TUB UNDER THE INFLUENCE OF SORCERY/DRUGS AND MIND CONTROL WHEN THE LORD FORCED THE ATTEMPTED MURDERER TO PULL ME AWAY FROM THE TUB JUST SECONDS BEFORE I STEPPED IN. I BELIEVE BECAUSE ALTHOUGH UNDER MIND CONTROL AND DRUGS I REMAINED COHERENT. FOR YEARS THESE PEOPLE USED DRUGS/ALCOHOL THROUGH FAMILIAR SPIRITS, MIND CONTROLLING DEVICES AND FORCED ME INTO TREATMENT CENTERS, MENTAL INSTITUTIONS SO IF THEY WOULD HAVE MURDERER ME BY HAVING ME SHOOT UP A CHURCH, SCHOOL THEY WOULD HAVE SAID I HAND MENTAL ISSUES BUT WOULD HAVE LEFT OUT THE PART THAT DUE AN EXCHANGED DESTINY WHERE MY SOUL WAS CAGED AND I WAS GIVING ANOTHER'S LIFE THAT GOD DID NOT INTEND.

**IN CONCLUSION TO THIS SUMMARY, I PLEAD WITH THIS COURT AND THIS GOVERNMENT TO PROTECT MY LIFE FROM AND LET THE PEOPLE OF GOD GO FROM THE CONTROL OF SATANISM, OCCULTISM AND VOODOOISM THROUGH THIS UNDERGROUND SATANIC OCCULTIC CULT WHO HAVE BEEN THRIVING UNDER THE PROTECTION OF THE GOVERNMENT AND THIS SYSTEM FOR CENTURIES. IT IS TIME TO LET ME GO. IT IS TIME TO LET THE PEOPLE CHOOSE TO SERVE THE KINGDOM OF LIGHT UNDER JESUS CHRIST OR THE KINGDOM OF DARKNESS OF SATAN. AS I DID FROM THE WOMB CHOOSE TO SERVE JESUS CHRIST, PLEASE LET ME AND WHOEVER WANT TO GO OUT OF THIS SYSTEM AND FROM UNDER THESE HAND-PICKED PASTORS OF PERDITION, BISHOPS OF BAD BEHAVIOR, APOSTLE OF APOSTASY AND TRASH TALKING TEACHERS FROM THE HALLS OF HELL INSTALLED IN THE SYNAGOGUE OF SATAN MASQUERADING AS CHRISTIAN CHURCHES, AGENCIES AND BUSINESS.**

**PLAINTIFFS BACKGROUND AND HISTORY OF ATTEMPTED MURDERS, ABUSE, HARASSMENT AND OTHER CONSTITUTIONAL RIGHTS VIOLATIONS AT THE HANDS OF SATANIC OCCULT CHURCH MEMBERS AND THEIR AGENTS.**

After years of enduring attempted cold blooded murders through car accidents, food poisoning, attempted heart attacks, strokes, through food offered to idols and foods tainted with satanic substances, sicknesses, financial failure, marital failure, career destruction, continuous job loss, intentional, loss of ability to pray, read and study the bible, sabotage, voodooism, homelessness, mental health issues, forced alcoholism and drug addictions, sexual assaults, near drowning, forced initiation into the occult and satanism by the **DEFENDANTS** listed and those not listed the Lord Jesus Christ as Plaintiff of this complaint revealed to Terese Ebony Jones Plaintiff some groundbreaking revelations concerning what she has endured all of her life in this system due to the fact that Terese Ebony Jones PLAINTIFF is a genuine Christian. **Terese E Jones PLAINTIFF** loyalty to the Kingdom of God under Jesus Christ has a desire to serve Jesus Christ and no other God endure hardship by the DEFENDANTS because of this. For this purpose, it is imperative that this case be appealed to the Supreme Court if all lower courts dismiss and decide not to hear this unprecedent case.

This system invited the Defendants by creating a means that the PLAINTIFF Terese Ebony Jones was unknowingly born into to initiate her into their practices. The Defendants operate and abused the PLAINTIFFS through this systemic method known as an Underground Satanic Sexual Occultic Cult operated by the god of this world himself. The other players are in the individual Plaintiff family, relatives, school, neighbors, friends, acquaintances employers' co-workers and primarily through the church, who gave their alliance to this Babylonian occultic system has been able to earn money, position and status due to their loyalty to Satan and hatred for Jesus Christ and Terese E Jones PLAINTIFFS. Unless Christians gave allegiance to him (Jesus Christ) early on with understanding of his statues they would not be exempt from the same outcome as Terese E. Jones Plaintiff. The DEFENDANTS understood and worked within this system for more than four decades to intentionally harm, distress and try to take the natural life of Terese Ebony Jones after they attempted to take her life in the spirit through blind trust she gave them as a loyal follower of Jesus Christ. First through families' members who are in occultism and Satanism genuine Christians such as Terese Ebony Jones PLAINTIFF are identified because of their star, destiny, potential abilities, gifts and calling. Knowing that genuine Christians such as the PLAINTIFF would never serve Satan, the idols of the family or occultism as a way to rise in the system like the PLAINTIFF most Christians are subjected to harsh treatment. The ill will mostly is in the form of physical, sexual or emotional abuse.

**EARLY STAGE OF HOW THE SYSTEM WORKS FROM CHILDHOOD AGAINST TARGETED CHRISTIANS.**

The manner in which this system works is that some sort of traumatization in introduced and takes place early in their lives as with the PLAINTIFF Terese E Jones. The trauma created by an environment of troubles in order to force Christians into the control of sorcery through medication. **The PLAINTIFF** experienced a near fatal drowning, sexual abuse, incest, physical, mental and emotional abuse.

The physical disabilities given to many genuine Christians such as autism, retardation or any mental illness by family members or family priesthoods' is so that sorcery could be used to control the soul, destiny, wealth, and the use the body of the individual for demonic activity. The sexual traumatization is to pollute the individual from the purity the Lord Jesus identifies with and also to create the way to open the door to be controlled through a family spiritual spouses and familiar spirit, gods and household altars, all which the DEFENDANTS used to control the PLAINTIFF. The trauma the PLAINTIFF Terese E Jones was permitted to undergo was physical, emotional and sexual assaults of incest, sexual molestation, and an attempt rape by an uncle all to physically pollution in

the blood line that sent the PLAINTIFF soul into slavery and into a cage. The PLAINTIFF was then sold into slavery by the family, to other members in the occult and in the system through the church. In the PLAINTIFFS case, she was sold to Tracy B Magwood in the disguise of being sent to college. According to the book of Revelation 18:13 And cinnamon, and odours, and ointments, and frankincense, and wine, and oil, and fine flour, and wheat, and beasts, and sheep, and horses, and chariots, and slaves, and souls of men. KJV **LOOK WHAT THE NEW INTERNATIONAL VERSION SAYS: cargoes of cinnamon and spice, of incense, myrrh and frankincense, of wine and olive oil, of fine flour and wheat; cattle and sheep; horses and carriages; and human beings sold as slaves.**

ASSIGNMENTS BY AGENTS OF SATAN AMONGST FAMILY, FRIENDS AND CLASSMATES (They are everywhere WE ARE NOT CRAZY WHEN WE SAY THIS)

Once when Alex Clark was intoxicated, he stated to the PLAINTIFF that she was "SENT DOWN THER FOR PROSTITUTION AND DANCING" Right before the PLAINTIFF left Philadelphia she was taken to a bar by her brother and position in front of a pole dance, after about five minutes the PLAINFIFF left the bar. Alex Clark never meant the PLAINTIFF'S brother, however both are in the occult and years later Clark answered the burning question of why her brother would take her to the nastiest place in the neighborhood. Until then the PLANTIFF had never been in the house of ill repute. Once in Miami there was an agent of agent of who made attempts to get the PLAINTIFF to dance in LUKE'S NIGHTCLUB bar. The PLANTIFF was told Luke Campell owned the bar but was never interested in whether it was true or not. According to an article by Miami Springs Historical Society and Museum Luke's Nightclub at 1045 fifth street Miami Beach opening night Dec 13,1990. Luke's was owned by 2 Live Crew rapper Luther Campbell A teen was murdered outside the club on a youth night in Dec of 1991 and a 10-million-dollar lawsuit ensued, Luke's closed for good not long afterward. THE POINT HERE IS: The PLAINTIFFS own brother took her to a bar as a mind control ritual and sat her in front of a stripper, Alex Clark drunken slip-up, Tara who invited the PLAINTIFF to dance and a teen being killed are all things allowed in this system.

Nonetheless, the Church I was mainly responsible for the PLAINTIFF'S deeper and severest initiation into the occult where the PLAINTIFF'S rights were violated and rituals were performed on her. The Plaintiff was intentionally targeted and then deeply enslaved and became a slave through the church leadership (Tracy B and Antionio S. Magwood). The Church used DIVINATION WITCHCRAFT SORCERY VOODOO SANTERIA and forced the PLAINTIFF into a life a drugs and alcohol, as a way to control the PLAINTIFF and steal her star, swap destinies, extract wealth, place in life, fortune, among other things. Over the years beginning with the first initiative to forced the PLAINTIFF into the occult came through the rituals performed on the campus of Florida Memorial College.

CHRISTIANS DESTINIES AND LIVES ARE EXCHANGED.

Through the church and leadership until one year ago, the PLAINTIFF was sexually, physically emotionally, traumatized by church members in the Occultism concealing themselves as Christians. The pastors used their Occult abilities and used the word of God to entrap the PLAINFIFF into sinful

acts then used the courtroom of heaven to enforce evil ordinances regulations and laws against the PLAINTIFF all without her knowledge still believing they were Christians.

The Plaintiff was subjected to arrest by police officers in the occult, homelessness, drug rehabilitate centers mental institution's, car accidents, all with the agreement with a system that permitted the DEFENDANTS to abuse the PLAINTIFF and create a false life narrative to put the PLAINTIFF in bad light as a drug addicted alcoholic criminal, with a history of mental illness and homelessness. These harms were accomplished by the pastors in this system. Police officers in the occult who are agents of Satan looking to gain rank in the system were assigned to shoot me down in the street. My condominium association is used to attempt to force me into homelessness by agents of Satan, employers used me as slaves, and never paid me, every government agency has never investigated the men who are in the occult who sexually assaulted me. **The revelations the Lord said will** not only shape the course and direction of my life for the rest of my life but it will secure the freedom for the Kingdom of God citizens who desires to serve him under his statues.

THESE PASTORS DO NOT FEAR JESUS CHRIST THEY FEAR SATAN THEIR GOD.

**Therefore, I ask the United States of America to protect my choice and the choices of millions of Americans whose decision to serve Jesus Christ has not only been trampled upon violated disregarded but hindered by this government system its religious system law enforcement judicial and legal system all in alliance and cooperation to the beast. It is time to reveal this information to the public and stop the killing of Kingdom of God's citizen who tries to bring warning to his community about the state we are in as Christians and continue to allow Joy Myer, Joel Osteen, TD JAKES and all those devils worshiping non-Christian, anti-Christ to continue to disguise themselves as God fearing pastors.**

**They fear Satan and the losing the dirty money he gave them for the blood sacrificed spiritually blind innocent Christian they hand over too him. Tracy B. Magwood and her coven tried to force me into a homosexual lifestyle. Their efforts were a continuation to the efforts of my family who performed water libations with me and another female. Sin I would never submit to that unholy way I life they married me and would never allow me to have a Holy matrimony. This is what is done to Christians. They tried to burn down my house several times, near fatal car accident after car accident. I was sex trafficked to men after men then these pastors sent KENT EDWARD DAVID into my life whose used his strong Muslim magic to get me to make threats.**

**I was arrested by the West Palm Beach Police department who know exactly what was going on and that I was the real victim of the occultism. Illegal arrest due to witchcraft is something genuine Christian's face. He knew if I had a criminal record I could never be used as a fiduciary in the financial industry. They ruin our lives with criminal records to keep us enslaved in the system and at the bottom of the income chart while they rise on our talent, gifts, wealth, star, abilities to occupy our place in life and office just to be the voice of Satan in that office that should have been occupied by someone who speaks for God, In other words, they transfer our destinies and behave as if they arrived there without the help of fallen angels, secret knowledge along with the blood shed that comes along with it. W genuine Christians illegally detained in this dark system**

**the UNDERGROUND SATANIC OCCULT CULT created an entire- subculture of Christian that are intentionally forced into poverty, homosexuality, homelessness, jails, mental institutions, drugs and alcohol rehabilitation, centers, into the legal system, unhealthy lifestyles of going back and forth to medical facilities, on medications, into afflictions, sicknesses, ailments and diseases, on unemployment, underemployment, on welfare, disability, and on the roles of Medicare/Medicaid while we are looked down upon as if we are the criminals and down-trodden. The real criminals have their noses in the air as if their hands are clean and they arrived to their destination on their own accord in an honorable way.**

**I ASK THE UNTED STATES OF AMERICA AND PRESIDENT TRUMP TO PROTECT MY RIGHTS AGAINST SATANIC OCCULT MEMBERS.**

**Terese Ebony Jones plead with the government of the United States of America to protect my decision to serve Jesus Christ and protect my property from an illegal bankruptcy. For ten years I endured they satanist putting ritualistic items on my doorstep and vehicle, protect my right to work and most importantly protect my life from Kingdom of Darkness soldiers of Satan who have been attempting to take my life for decades.**

Stop making me and other Christians to appear as if we have a mental defect or need medication when I am in a sound mind. This system put me on drugs and alcohol and forced me into mental institutions, drug rehab centers accompanied by a string of lost jobs, failed relations in order to do what it's does to Christians who they want to kill. A life of drugs alcohol, failed relationships and jobs or this person had a history of mental illness and the shooting or cold-blooded blood sacrifice will be ruled as justifiable.

I plead with the Government to stand up and take action against everyone is this system who violated my rights to or my purportedly rights as a dual citizen of both the Kingdom of God and the United States. Under my family who are in the occultism I faced both intentional abuses. The sexual and physical abuse job loss, intentional sickness, religious interference with my right to serve Jesus Christ.

The family is where trauma is introduced into our lives to send us into the system on medication to be controlled. My rights were violated by clergy pastors and I faced continued job loss, torture, food poisoning, homelessness, attempted murdered through car accidents, forced alcoholism, forced medical treatments that I neither wanted nor needed. This spiritual war must find ways spiritual

Like many Christians I was intentionally forced into the legal system as a way to put me a bad light reputation and make me into a criminal although I strived to be a good citizen. I was used as a slave by employers in their labor camps, I was falsely arrested and imprisoned, monitored, stalked had my privacy invaded.

I was put into a prearranged satanic marriage, had my teeth illegally removed, sent to Alcoholic Anonymous, Narcotics Anonymous, Celebrate Recovery all satanic occult organization with an emphasis on keeping someone bound on drugs and alcohol. I was refused bank accounts, credit lines, loans, and savings accounts when I more than qualified and had proper identification. I had officers pull guns on me on three different occasions. I was constantly pulled over by the police. I was refused a legal education and limited on how far I could go in my career. I am now in a

bankruptcy that was staged by some satanic occult members in order to make me homeless although I owe my property free and clear. I was held down and injected with drugs without my consent and desire.

I was illegally baker acted three times. I been sex trafficked by my former husband and pastor who sent men into my life who sexually assaulted me and stole my spiritual powers and gifts.

**INTERFERRED WITH MY ABILITY TO HAVE LIFE AND LIBERITY.**

My ability to earn an income and have life and pursuits of happiness is interfered with. I was given a mandatory twenty-five years sentence by an occult member sent into my life to ruin it much like what is done to other Kingdom of God citizens.

And lastly, I have reached out to complain about my ⍰ **Freedom of speech, religion, and the press** (1st Amendment) ⍰ **Right to bear arms** (2nd Amendment) ⍰ **Protection against unreasonable searches and seizures** (4th Amendment) ⍰ **Right to due process and protection from self-incrimination** (5th Amendment) ⍰ **Right to a fair trial** (6th Amendment) ⍰ **Protection from cruel and unusual punishment** (8th Amendment) ⍰ **Recognition of rights not explicitly listed** (9th Amendment) ⍰ **States' rights and powers** (10th Amendment) And lastly, I contacted the Federal Bureau of Investigations(FBI). The Justice Department. I contacted the United Nations. I contacted The EEOC FDIC FDLE and every Senator, Congressmen and local officials to date no one has been questioned arrested or interviewed regarding all the natural crimes committed against me.

**SPIRITUAL CRIMES AGAINST CHRISTIANS PERMITTED TO CONTINUE BY THIS SAME SYSTEM WHO COMMIT THE CRIMES:**

Everyone in this system is operating in the spiritual realm going back and forth to transact business and carry it out in the natural. I have had my 1. DESTINY SWAPPED 2. SOUL CAGED 3. SOUL STOLEN 4. WEALTH STOLEN 5. MOLESTED AND RAPED 6. BEATEN. 7 GLORY STOLEN 8. MONEY FINANCES STOLEN. 9. I HAVE BEEN ENSLAVED 10. CHOKED 11. MY MUSIC AND ABILITY TO SING AND WRITE SOLEN 12. ABILITY TO GAIN WEALTH TAKEN THROUGH RITUALS. 13. I WAS DEMONIZED 14. TAKEN TO THE BOTTOM OF THE WATER WHERE SNAKES AND SNAKE EGGS WERE PLANTED IN ME. 15. I WAS FORCED TO BE A SHRINE WIFE 16. SOLD TO MOUNTAIN OF FIRE 17. SOLD INTO SLAVERY. THESE DEFENDANTS ASTRAL TRAVELED TO MY HOME WITHOUT AN INVITAION THAT IS INVASION OF PRIVACY. AFTER COMING TO MY HOME UNDER FALSE PRETENSE THE DEFENDANTS' OPEN PORTALS AND CAME IN TO STRANGLE ME, ATTACK ME SEXUALLY AND TRY TO KILL ME.

**INVASION OF PRIVACY ON FALSE PRETENSE**

THEY CAME TO MY HOME AND PUT A DUST ON MY COSMETICS SO MY BUSINESS FIALED AND NEVER TOOK OFF. FOR THE LAST FIVE YEARS DR. DANIEL K. OLUKOYA, OLUMIDE ONI, AND KEHINDE OLAJIDE THROUGH MOUNTAIN OF FIRE MIRACLES INTENTIONALLY AND DELIBERATELY TORTURED BY SOUL AFTER I WAS SOLD TO THEM BY TRACY MAGWOOD. FOR YEARS I ENDURE SATANIC CEREMONIES WHERE THEY WOULD TELL ME OPEN MY MOUTH AND BREATH IN. THEY WOULD THEM POUR A SUBSTANCE RESEMBLING OIL INTO MY MOUTH AND LAY HANDS ON MY BELLY. IN THE NATURAL KEHINDE WOULD EXPLAIN HOW THEY WOULD MAKE SOMEONE A SHRINE WIFE BY CUTTUNG THEIR BODY.

ON FOUR SEPARATE OCCASIONS I WOKE WITH CUTS OR BRANDING MARKS THAT WERE BURNING AND STINGING. 1. MY UPPER LEFT ARM 2, MY RIGHT HAND 3. MY RIGHT ARM MID SECTION 4. MY

RIGHT FOOOT NEAR MY TOE ALL TIMES I WOKE UP BLEEDING. WHILE I WAS IN SERVICE OLAJIDE PERFORMED A RITUAL ON ME IN THE SPIRITUAL REALM AT CHURCH WITH ALL THOSE PEOPLE AROUND NO ONE CAME TO HELP ME. I WAS SCREAMING OUT IN PAIN WHILE IT SUDDENLY WENT DARK ALL-AROUND ME. I WAS SCREAMING FOR JESUS TO HELP ME WHILE PEOPLE LAUGHED ME TO SCORN. CAROLINE WOODS GRABBED ME BY MY HAND AS IF WE WERE PRAYING AND RELEASED SOMETHIN IN MY HANDS, I BEGAN RUNNING THROUGH THE CHURCH IN PAIN ROLLING AROUND SCREAMING OUT FOR MY JESUS CHRIST TO HELP ME.  I WAS IN SPIRITUAL PAIN AND TURMOIL.

I WAS TAKEN TO THE BOTTOM OF THE OCEAN WHERE I WAS FILL WITH SNAKE AND SNAKE EGGS. WHEN I CAME BACK, I WAS FILLED WITH DEMONS AND OTHER PEOPLE WERE INSIDE OF ME TRYING TO GET ME TO COMMIT MURDER. TWO OTHER VERY SEPARATE AND DISTINCT PEOPLE WERE INSIDE MY BODY. TRACY B MAGWOOD AND NOEL B MAGWOOD.  I DO NOT NEED MEDICATION. I AM NOT INSANE; I DO NOT NEED TO BE LOCKED UP FOR THELLING WHAT THEY DO TO US. THIS IS THE TRUTH WHAT OCCULT MEMBERS ARE DOING TO CHRISTIANS AND WHAT THE PLAINTIFF EXPERIENCED.

ALL THESE GROUPS OF PEOPLE I KNOW CUBANS, DOMINICANS, JAMICIANS, PUERTO RICIANS, HAITIANS, CHINESE, JAPANISE, VIETNAMESE, ESPECIALLY HINDUS, MUSLIMS, INDIANS, NATIVES AMERICANS, AMERICANS AND ESPECIALLY THESE NIGERIAN AFRICANS AMONG OTHERS ARE OPERATING WITCHCRAFT AGAINST CHRISTIANS. WHY DO YOU THINK THE VIETNAMESE CORNERED THE NAIL BUSINESS PROMARILY IN THE BLACK NEIGHBORHOODS.

THEY TAKE WEALTH OUT OF OUR HANDS AND FEET. HINDUS AND INDIANS IN GAS STATIONS ALL IN BLACK NEIGHBORHOODS, THEY STEAL THE MINDS INTELLIGENCE OF THE BLACK CHILDREN AND GIVE IT TO THEIR CHILDREN. THE AFRICANS DID NOT OPEN HAIR BRADING SHOPS TO BRAID HAIR BUT TO STEAL DESTINIES AND GLORIY.  ITALIANS ARE NOT RISING BECAUSE OF PIZZA DOUGH. THEY ARE ALL STEALING DESTINIES' WEALTH, ABILITIES, MUSIC, CREATIVITY, WISDOM, GRACE, INTELLIGENCE ATHLETIC ABILITY AND GREATNESS, TALENTS. THEY ARE SOUL TRADERS AND MERCHANTS.

FOUR THE LAST FOURTY YEARS OF MY LIFE EVERY CHRURCH PASTOR I CAME IN CONTACT WITH OR WENT TO THEIR CHURCH WAS IN THE OCCULT. THEIR COVEN MEMBER WHO CALLED ME BROTHER AND SISTERS WERE IN THE OCCULT. PEOPLE WHO LAID HANDS ON ME, SPOKE INTO MY LIFE, COUNSELED ME, GAVE ME ADVICE, PRAYED FOR ME, BEFRIENDED ME, ATE WITH ME, CAME TO MY HOUSE, ADVISED ME, MINISTERED TO ME, PRAYED FOR MY BUSINESSES, MY MINISTRY, HOPES FOR MARRIAGE, MY LIFE, DREAMS, MU BOOKS, MY MUSIC AND MY WELL BEING. ALL HAVE ONE THING IN COMMON. THEY ARE ALL IN THE OCCULTISM AND TOOK EVERYTING FROM ME.

FROM 1992- 2024 I HAVE BEEN UNDER THE CONTROL OS SATANISM THROUGH THE PASTORS I TRUSED TO SERVE GOD UNDER AS LEADERS. THE INITIATED ME OVER AND OVER ON THEIR ALTAR IN THEIR SHRINES AND CONTROLLED EVERY ASPECT OF MY LIFE TO MY DETRIMENT. ALL OF THEM PUT MY LIFE IN DANGER AND TRIED TO MURDER ME OVER AND OVER. THEY INVOLVED ME IN SATANIS RITUALS AS WELL AS PERFORMED RITUALS ON ME.

THEY STOLE ALL OF MY MONEY AND REFUSED TO RETURN IT. THE VERY SAD PART OF IT ALL IS THAT THEY USED THEIR RELIGIOUS POWERS AND BELIEF TO INTENTIONALLY BLOCKED ME FROM THE SPIRITUAL REALM AND CONNECTING WITH MY GOD. FROM TRACY B MAGWOOD TO OLAJIDE HAD NO RIGHT TO COME IN MY HOUSE AND MAKE IT AN ALTAR. THEY KNEW I WAS AN AMBASSADOR FOR JESUS CHRIST.

NOT ONE OF THEM EVER HELPED ME JUST CURSED ME, USED ME, HATED ME AND PREVENTED THE ME THE PLAINTIFF FROM SERVING MY GOD. EVEN SADDER IS THAT ALL OF THE WITCHES IN MOUNTAIN OF FIRE AND MANY OF THEM UNDER TRACY B MAGWOOD WORK IN THE MEDICAL FIELD AND EDUCATION FIELD AROUND SICK VULNERABLE CHRISTIAN BABIES AND CHILDREN. THEY ARE IN THE PERFECT FIELDS TO SWAP DESTINIES AND DESDROY LIVES.

 ONE LAST EXAMPLE OF THE HARM WHEN I FOUND OUT SHERIF MARSHAL WAS A JAMICIAN SHAMAN AND SENT INTO MY LIFE BY TRACY B MAGWOOD TO MONITOR ME I TOLD HIM NEVER TO CALL ME AGAIN. HE TOLD ME HE WOULD TAKE ME TO COURT. I WAS IN COLLECTIONS WITH MY ASSOCIATION WHO ARE IN THE OCCULT BUT REFUSED TO ACCEPT A $700 PAYMENT. A SHAMAN IN UPSATED NEW YORK NEVER MENTIONED HE WAS ACUAITED WITH MY FORMER PASTOR IN MIAMI WHO SUPERNATURALLY TOLD EM HE WOULD TAKE ME TO COURT. THEN A LAW FIRM IN TAMPA WHO WAS IN THE PROCESS OF CLOSING MY FILE ALL OF A SUDDEN FILES A LIEN ON MY PROPERTY. THEN A PASTOR IN TAMPA WHO I NEVER SPOKE TO ABOUT THE FORCLOSURE KNEW EVERY DETAIL ABOUT WHAT A LAWYER IN LARGO FLORIDA WAS DOING.

THIS COUNTRY MUST DEAL WITH MY RIGHTS BEING VIOLATED ALL OF THESE PEOPLE ARE IN THE OCCULT. THIS IS NO CONSPIRACY THEORY THESE ARE FACTS THAT I LIVED THROUGH AND AM LIVING THROUGH. THIS SYSTEM PUTS US IN JAILS, MENTAL INSTITUTIONS, HOSPITALS, HOMELESS SHELTERS, POVERTY, SHAME. DISABILITY, UNEMPLOYEMNT, AND THE GRAVE, LEGAL ISSUES JUST TO MAKE US SERVE SATAN OR BE MISERABLE AND SUFFER FINANCIALLY FOR SERVING JESUS CHRIST.

**I ASK THE COURT TO ORDER the UNITED STATES GOVERNMENT AND THE DEPARTMENT of JUSTICE TO INVESTIGATE THE CRIMES COMITTED AGAINST ME AND TO PROTECT MY FREEDOMS AND SAFETY. THIS IS THE BASIS FOR THIS ACTION AND MY CLAIMS.**

**Redress of Grievances for Redress of America: Jesus Christ the Almighty God and Terese E. Jones Case Against the Government of the United States of America, the Satanic Occult Church(es), including the Catholic Church(es), American Church(es), Hollywood Occult Church. This lawsuit is also against Satan's members, businesses, educators, disciples, followers, soldiers, and children who falsely disguise themselves as representatives of the Kingdom of Light and of Jesus Christ, the Almighty God.**

*"According to the First Amendment to the Constitution of the United States, Congress shall make no law respecting an establishment of religion, prohibiting the free exercise thereof, abridging the freedom of speech or of the press, or the right of the people peaceably to assemble and to petition the government for a redress of grievances*

The United States of America government, the Satanic Church(es), Catholic Church(es), American Church(es), Hollywood Entertainment Church(es), and all of Satan's members, businesses, disciples, followers, and children have united themselves as an alliance within a single entity to

simultaneously promote equivalent policies, procedures, customs, rituals, and practices that directly conflict with the unimpeachable integrity of the genuine word of God, "Holy Scripture."

In doing so, through those practices, it has undeniably formalized itself into a well-established religious entity and enemy of the Lord Jesus Christ, the Almighty God. "Congress shall make no law respecting any establishment of religion" clause not only forbids the government from establishing any official religion, but it also prohibits government actions that unduly favor one religion over another.

This United States government, through its organized allegiances, has consolidated resources and other efforts within the various named entities to firmly stand united as a single, established, powerful, fully functioning religious church. The official establishment of this religious church of the Satanic Occult and the Kingdom of Dark firmly stands against Jesus Christ, His Kingdom, and his church.

The Satanic Occult is a powerful worldwide religious organization acting as an official secretive governmental body. The Satanic Occult and its members are disguised, fashioned, and camouflaged as Christian organizations, Christians churches, Christian enterprises, and commerce operating globally. In the United States this religious organization and its members are permitted to operate in society by the government with complete legal immunity from prosecution.

This religious organization overtly function as a spiritual and natural governing body throughout every facet of society, especially in the legal system. Furthermore, the law enforcement agencies, the financial and banking industry, the healthcare industry, the airline industry, the tech industry, the medical profession, the education system (public schools and universities), and the media.

Their members also operate in the hospitality industry, condominium associations, the great whoredom of the entertainment business, and every aspect of the private sector. The vast majority of the members in this religious organization and these business entities create spiritual policy through their respected professions, distributed primarily via the current church community and organizations with worldwide influences.

Through their religious network and connections, the lives of millions of unaware people are at risk for deception, manipulation, and control. However, Christians are the main desired target. The enactment of these spiritual regulations and laws, without all citizens especially, Christians participating in a spiritual democratic process as stated in the constitution naturally affects the general non-participating public at large since they are the general target of the spiritual laws. It is in violation of the democratic process and against spiritual laws.

Thus, breaching the rights of every American citizen who does not subscribe to their religious ideology and stratagem is preemptively instituted to disarm the victims from retaliating and to

dominate, control enslave to the subjection of laws. By stealthily instituting spiritual dictatorship-style government laws through oppressive warfare tactics conducted in the natural life of the unenlightened citizens of America it goes against all rights afforded to humans to choose how to conduct their spiritual life and manage their soul.

The existence of this highly organized religious-spiritual subculture and its members are naturally adversarial to the genuine Christian community and of course our leader Jesus Christ. The regulatory governing body members, actions, and policy publicly promote their god, religious practices, customs, beliefs, and ceremonies against and above my desire to respectfully disagree with the ratification of this land's natural and spiritual laws. The have essentially combined the two without going through the proper natural legislative body or the democratic process to accomplish their wicked goals.

Their resolution to exercise their practices and rights is promoted far above my separate but equal ideology as per the Holy Bible. Their policies significantly impede my same fundamental freedom to exercise practices, serve, and worship a pure Holy God, Jesus Christ.

My rights as a Kingdom-of-God citizen concerning the adherence to His Sovereign spiritual and natural laws/decrees are not protected by the United States government against this Satanic tyranny on American soil. The clandestine establishment of this underground Satanic cult religious order members dominated every aspect of my personal life, professional career, and the ability to earn an income and progress to higher success and achievement, to name a few facts, at this point.

The concealment of their legislative body actions permits illegal policing for the acting as Judge jury and executioner without proper probable cause by which gives the police a reason to obtain a warrant for the arrest of a suspected criminal or the issuing of a search warrant. Within the Satanic occult illegal searches and seizure procedure used in natural civil law and common law legal systems are ignored. However systematically implemented at will by whomever decides to take action against a spiritually blind demonized soul, such as what was done in my case.

An arrest warrant is issued by a spiritual Judge or magistrate on behalf of the Satanic cult member in the spiritual realm, which authorizes the arrest and detention of an individual in the natural realm. The individual then discovers themselves in a perplexing conundrum of legal trouble. The Constitutional requirement that once an individual is detained by the police, they have the right to remain silent, and to have an attorney present. The arresting officer must advise the person being arrested or under arrest of the rights to remain silent. This legal right is not observed in their dark system as the individual is questioned casually by agents posing as friends, family, or coworkers. Many times, information is gathered from monitoring and spying other times through dream invasion. However, when the arrest or punishment is carried out the victim experiences the full effects in their natural realm from information illegally obtained sources without their knowledge. The enforcement of such sinister laws violated spiritual and natural

laws. We genuine Christians, are consistently denied the Fourteenth Amendment's Due Process Clause providing that no state may deprive any person of life, liberty, or property, without due process of law. 1. U.S. Const. amend. XIV.

Moreover, since the Satanist and occult member operate in the spiritual realm, the right to spiritual law and counseling are still violated denying us due process to have our Advocate present. **1.** My little children, I am writing these things to you so that you may not sin. And if anyone sins, we have an Advocate with the Father, Jesus Christ the righteous; and He Himself is the propitiation for our sins; and not for ours only, but also for those of the whole world. 1 John 2:1-2). **2**. My little children, these things write I unto you, that ye sin not. And if any man sin, we have an advocate with the Father, Jesus Christ the righteous (1 John 2:1). **3.** Wherefore I have not sinned against thee, but thou doest me wrong to war against me: the LORD the Judge be judge this day between the children of Israel and the children of Ammon. **4.**(Judges 11:27)

**Therefore, Jesus Christ and I, Terese E. Jones,** a naturalized citizen of the United States of America, seek to exercise my freedom to petition the United States Government for a redress of grievances for punitive and compensatory damages stemming from civil and criminal offenses imposed upon us in the spiritual realm manifesting in natural world without due process of law. Furthermore, in violation of my United States Constitutional rights. This United States government, through its organized allegiances, has consolidated resources and other efforts within the various entities to stand united as a single, established, powerful, fully functioning religious church. The official establishment of this religious church of the Satanic Occult and the Kingdom of Dark stands against Jesus Christ, His Kingdom, and his church.

**PURPOSE:** The Satanic Occult Religion must be registered and recognized as an official effective practicing religion in the United States of America. Furthermore, the integrated Satanic Occult religious community's rituals, customs, and ceremonies must be publicly disclosed as authentic and effective rituals. Additionally, all Satanic religious outlets, networks, Pastors, and churches must sever all ties with Jesus Christ, his name, image, ideology, persona, character, teachings, kingdom, and Holy Scripture and to: **GOAL:** Regardless of any state representation affiliation in their respective religious church, faith, or beliefs; we seek urgent and immediate assistance from like-minded Senators and State representatives to support this petition and court document as a priority. In addition, notifying their constituents as to the imperative nature of such legislation. Moreover, sponsor, draft, and introduce a bill to hold public hearings to have the Satanic Occult Church registered and recognized as an official, effective, well-established, practicing religious organization in the United States of America.

## 1.COMPLAINT

PLANTIFFS Jesus Christ of Nazareth Son of God and Terese Ebony Jones Ambassador- Disciple DEFENDANTS (PLEASE SEE ATTACHED AND LIST ABOVE FOR ALL DEFENDANTS)

by its undersigned (TBA CURRENTY PER SE) Plaintiffs, hereby alleges upon information and belief: PLANTIFFS files this Complaint pursuant to the 18 U.S. Code Chapter 13 Part I - CIVIL RIGHTS Codes and 18 U.S. Code 111 Chapter 7 Part I to enjoin the named Defendants (PLEASE SEE ATTACHED AND LIST ABOVE FOR ALL DEFENDANTS)

depriving PLAINTIFFS of rights, privileges, or immunities secured and protected by the Constitution of the United States and the natural laws of the land having been subjected to violations acts of violence including attempted murder, sexual assaults, sex trafficking, fraud, wire fraud, slavery, racketeering, human trafficking and kidnapping, harassment, and stalking.

18 U.S. Code § 241 - Conspiracy against rights

- 18 U.S. Code § 242 - Deprivation of rights under color of law
- 18 U.S. Code § 245 – Federally protected activities
- 18 U.S. Code § 24 - Deprivation of relief benefits
- 18 U.S. Code § 249- Hate crime acts
- 18 U.S. Code § 250 Penalties for civil rights offenses involving sexual misconduct.
- 18 U.S. Code 111 Chapter 7 Part I - Assaulting, resisting, or impeding certain officers or employees.
- 18 U.S. Code 112 Protection of foreign officials, official guests, and internationally protected persons
- 18 U.S. Code § 119 - Protection of individuals performing certain official duties.
- 18 U.S. Code § 157 - Bankruptcy fraud

## 2.PARTIES

PLANTIFFS Jesus Christ of Nazareth Son of God and Terese Ebony Jones Ambassador- Disciple DEFENDANTS Satan god of this world Disciple (PLEASE SEE ATTACHED AND LIST ABOVE FOR ALL DEFENDANTS) are jointly and severally liable proactively using their authority power and supernatural abilities as occult church leaders in the satanic church to intentionally conceal their identity and their true nature, in order to enslave, entrap, gain control over, swap my destiny, attack with demons ,that cause poverty, sickness and disease, use witchcraft Blackmagic divination, and powers to intentionally sex traffic, sexually assault, put in spiritual bondage, use bloodline to activate familiar spirits, iniquity, curses, to infiltrate my life, intentional separate me from a relationship with Jesus Christ and a genuine Christianity community. Use sorcery charms juju voodoo cursed food cursed objects astral travel, dream manipulation, mind control, spiritual marriage, ritual

unions, homelessness, poverty, prearrange marriage, necromancy, demons' idols gods magic spells from Santeria Yoruba Benin Togo Shaivism, monitoring, isolation, and to use social media to obscure and hide my life and attempts to rise and teach genuine Christianity.

The individuals not only committed spiritual crimes but natural crime such as illegal arrest, search and seizure, attempted to burn down my property, imprisonment, illegal arrest, malicious prosecution, removal of my discernment, ability to read and write, and the infection with a HIV/AIDS demon that the Lord Jesus heal me from.

These individuals all serve the Kingdom of Darkness and collectivity they have conspire to commit crimes to prevent me from serving Jesus Christ as his voice. Employers enslaved harassed and illegally terminated me or supervisors sabotaged my work in an effort to keep me financially struggling. Collectively these individuals have made my life a living Hell. These individuals are also in violation of spiritual law. They are illegally operating in the earth without a body to carry out some of the most heinous despicable crimes. They astral travel, use telepathic abilities to contact each other.

And like The Hindus they are operating on an entirely different system to gain wealth control advance get ahead by offering sacrifice. Personally, by observation of former Nigerians using charms, demons, magic ordinance, laws, spirits, Americans using Yoruba magic and Santeria, and especially those Hindus I have worked with and alongside they are or their children are no more intelligent than anyone else their secret is Satan. They steal our destinies enslave us and treat us like slaves. PEOPLE NEED TO KNOW EXACTLY WHAT THESE PEOPLE PASTORS AND HOW THEY GAIN WEALTH THROUGH THE HELP OD FALLEN ANGELS WHO GIVES THEM HIDDEN KNOWLEDGE.

BUT BLOCK US FROM SERVING OUR GOD TO ACQUIRE HIS KNOWLEDGE. ALL OF THEM ARE DIVINERS, WITCHES USING SORCERY WITCHRAFT AND ACT AS IF THEY HAVE MORE INTELLIGENCE, ABILITY AND A SECRET TO SUCCESS. THEIR SECRET IS SATAN AND THEIR ABILITY TO STEAL OUR DESTINIES WITH THEIR CRAFT AS THEY BLOOD SACRIFICE US BY THE MILLIONS ARE CRIMES AGAINST GENUINE CHRISTIANITY AND HUMANITY. I ALLEDGE THESE PEOPLE WANT FULL CONTROL OVER ME AND ALL CHRISTIAN TO FORCE US TO COMPLY WITH SATANISM AND DENY JESUS CHRSIT.

SINCE I WILL NOT, THEY HAVE PUSHED ME INTO BANKRUPTCY IN A HOME I OWN FREE AND CLEAR. THEY HAVE DESTROYED MY CAREER AND HAD AN AGENT AT EVERY JOB I WORKED AT TO SABATOGE ME.

I HAVE NO FREEDOM IN THIS COUNTRY TO FREELY SERVE JESUS CHRSIT AND HAVE BEEN PREVENTED FROM SERVING HIM BY EVERY ONE OF THESE PEOPLE NAME AND THE ONES ON ANOTHER LIST  INCLUDING, PASTORS  AND OTHER CHURCH LEADERS, NEIGHBORS, FAMILY, SO CALLED FRIENDS, LAW ENFORCEMENT, EMPLOYERS, MEN ON THE PRETENSE OF DATING ME, AND THIS ENTIRE UNDERGROUND SATANIC SEXUAL OCCULT SYSTEM WHICH FORCED ME INTO POVERTY ALL WHY TRYING TO CONTROL MY MIND FORCING ME TO SUBMIT TO THE OCCULTISM AND WORSHIP SATAN.

THE SYSTEM IS ON THEIR SIDE AND AGAINST CHRISTIANS.

 ALL OF THESE PEOPLE HAVE BEEN DEPENDING ON THIS SYSTEM TO HELP THEM ACCOMPLISH THEIR GOAL TO FORCE ME INTO POVERTY AND HOMELESSNESS BECAUSE I REFUSE TO SUBMIT TO THEIR RELIGION. I ASK MY GOVERNMENT TO HELP AND PROTECT ME FROM THIS SYSTEM AND ALL THE DECEPTION THROUGH THESE CHURCHES WHICH ARE SYNAGAUGES OF SATAN. I AM ALREADY UNDER EXCLUSION FROM SOCIETY FOR NOT SUBMITTING AND COMPLYING. THEY WILL NOT ALLOW ME TO WORK AND NOT TRYING TO FORCE ME INTO HOMELESSNESS AND POVERTY.

WE CHRISTIANS ARE PUSHED INTO POVERTY, HOMELESSNESS, ON SOCIAL SECURITY, DISABILITY, GIVEN SICKNESS IN ORDER TO PUT US IN THEIR MEDICAL SYSTEM AND BE SUBSCRIBED DRUGS. WE ARE FORCED INTO MENTAL INSTUTITIONS AND SET UP BY OCCULT MEMBERS TO BE INCARCERATED ON FALSE CHARGES. WE ARE FORCED ON DRUGS AND ALCOHOL AND MURDERED BY OVERDOSES.

THIS IS HAPPENED TO KINGDOM OF GOD'S CITIZENS IN THIS SATANIC SOCIETY. WE ARE BEING EXCLUDED FROM SOCIETY AND DECIEVED BY THESE PASTORS. WE ARE LIKE I WAS KEPT OUT OF GOVERNMENT POSITIONS, THE MUSIC INDUSTRY, OFF PLATFORMS AND JUST FORCED INTO OBSCURITY THAT IS IF YOU LOVE JESUS CHRIST AND NOT PART OF THE UNDERGROUND SATANIC SEXUAL OCCULT CULT.

WE CHRISTIAN NEEDS TO KNOW AND HAVE THE RIGHT TO LIVE AS KINGDOM OF GOD CITIZENS UNDER JESUS CHRST. WE ARE FORCED TO SERVE SATAN AGAINST OUR WILL WHILE OUR GOD AND FAITH IS MADE A MOCKERY OF IN THE UNITED STATES OF AMERICA WHO GIVES US THE ILLUSION OF HAVING CONSTITUTIONAL AND HUMAN RIGHTS WHILE YOU SIT BACK AND ALLOW US TO BE SLAUGHTERED IN THIS SYSTEM AND OUT UNDER BEWITCHMENT BY THESE PASTORS OF PERDITION IN THE CHURCHES ARE NEITHER CHRISTIANS NOT QUALIFIED TO TEACH THE BIBLE.

WE HAVE A RIGHT TO SERVE JESUS CHRIST UNDER GENUINE CHRISTIAN PASTORS INSTEAD OF PRIEST OF DARKNESS FROM HELL USING CHRISTIAN PLATFORMS AND JESUS CHRIST NAME TO PLUNDER WEATH FROM HIS KINGDOM AND PEOPLE WHILE SENDING HIS OWN SPIRITUALLY

BLIND CITIZENS TO HELL FOR SERVING SATAN UNDER THE IMPRESSION OF SERVING HIM THROUGH THESE IMPOSTERS WHO STOLE ALL OF MY MONEY OVERY FOURTY YEARS. THEY ARE ROBBING THE KINGDOM OF GOD CITIZENS DIVERTING THE WEALTH TO THE KINGDOM OF DARKESS.

THEY ARE SOLDIERS FOR SATAN AND HAVE A DESPERATE DESIRE TO DO THE WILL AS SATAN. THEY CARRY IT OUT WITH THE DEMONIC PRESENCE LIVING INSIDE OF THEM. SOME ARE NOT ONE HUNDRED HUMANS. WE HAVE A RIGHT TO KNOW WHO ARE ENTERTAING US.

**The First Amendment to the U.S. Constitution protects religious liberty and rights related to freedom of speech. Specifically, the Religion Clauses prevent the government from adopting laws "respecting an establishment of religion" —the Establishment Clause—or "prohibiting the free exercise thereof" —the Free Exercise Clause. THE UNITED STATES GOVERNMENT HAS VIOLATED MY FIRST AMENDMENT RIGHTS BECAUSE THEY HAVE FAILED TO PROTECT MY RELIGIOUS LIBERTIES AND RIGHTS AND THE GOVERNMENT HAS ADOPTED ENACTED AND CARRIED OUT LAWS THAT PROMOTE STANISM AND REJECTED CHRISTIANITY.** The First Amendment also expressly protects the freedoms of speech, press, peaceable assembly, and petition to the Government. WE GENUINE CHRISTIANS HAVE NO FREEDOM OF SPEECH ON JOBS PRIVATE OR GOVERNMENT SCHOOLS, UNIVERSITIES AND COLLEGES, NOR DO WE HAVE FREEDOM OF SPEECH ON THESE SOCIAL MEDIA PLATFORMS. THEREFORE, I PETITION THE GOVERNMENT FOR A REDRESS.

**3.PARTIES TO THIS COMPLAINT(DEFENDANTS)**

**1. Defendant (name)Pamela Jo Bondi is a citizen of (State) _Washington, DC __ 2. Defendant (name)Marco Antonio Rubio is a citizen of (State) _ Washington, DC __ three. Defendant (name)Kashyap Pramod Pate is a citizen of (State) _Washington, DC __ 4. Defendant (name)Daniel John Bongino Daniel is a citizen of (State) _Washington, DC __ five. Defendant (name) Scott Turner Secretary is a citizen of (State) __Washington DC___ 6. Defendant (name) _James Uthmeier is a citizen of (State) Florida**
**4. Defendant (name) Chad Chronister _is a citizen of (State) Florida**
**8. Defendant Ron DeSantis-is a citizen of (State) Florida**
**9. Defendant (name) Doctor Daniel Kolawole Olukoya is a citizen of (State) Florida Lagos Nigerian- Houston Texas 10. Defendant (name) Elizabeth Folashade Olukoya is a citizen of (State) Florida Lagos Nigerian- Houston Texas 11. Defendant (name) Olumide Oni is a citizen of (State) Florida Houston TX 12. Defendant (name)Oluwatoyin Oni is a citizen of (State)**

Florida Houston TX 13Defendant (name) Kehinde J Olajide is a citizen of (State) Florida Tampa Florida 14. Defendant (name)Aderonke Olajide is a citizen of (State) Florida Tampa Florida
15. Defendant(name) Moses Woods is a citizen of (State) Florida Sun City Florida
16. Defendant (name)Caroline Woods is a citizen of (State) Florida Sun City Florida
17. Defendant (name)Adama Weir is a citizen of (State) Florida Tampa Florida
18.Defendant (name) Osaterian Omo is a citizen of (State) Florida Tampa Florida
19.Defendant(name) Latoya Marion Robertson is a citizen of (State) Florida Tampa Florida
20. Defendant (name)Tracy B. Magwood is a citizen of (State) Florida Jacksonville Florida
21.Defendant (name) Noel B. Magwood is a citizen of (State) Florida Tallahassee Florida
22.Defendant (name)Tammy McIntosh is a citizen of (State) Florida Miramar Florida
23.Defendant (name) Lashon Reese is a citizen of (State) Florida Miami-Dade County Fl
24.Defendant (name) Berice Spann is a citizen of (State) Florida Miami Dade County Fl
25. Defendant (name)Thomas (TD) Dexter Jakes is a citizen of (State) Florida Dallas TX
26.Defendant (name)Serita Jakes is a citizen of (State) Florida Dallas TX
27. Defendant (name)Sarah Jakes Roberts is a citizen of (State) Florida Dallas TX
28. Defendant (name)Joel Osteen is a citizen of (State) Houston TX
29. Defendant (name)Victoria Osteen is a citizen of (State) Houston TX
30. Defendant (name)Robert Fanning(name) is a citizen of (State) Denver Colorado
31. Defendant(name) Mark Zuckerburg is a citizen of Palo Alto California
32. Defendant (name)Jeff Bezos is a citizen of Miami Florida
33. Defendant (name)Neal Mohan citizen of San Francisco California
34.. Defendant(name) Matt Herman and Renee Santiago is a Citizen of (State) Clearwater Fl
35. Defendant (name) Jim Rechtin -Tirhonda Hamilton is a Citizen of (State) Tampa Fl
36. Defendant (name) John Shlonsky-Cornelius Turner is a citizen of (State) Appleton WI
37. Defendant(name) Munjan Shah- Gurav Suri is a citizen of (State) is a citizen of Mountain View, California

**Additional defendant will be included in this lawsuit from the case being filed with the Supreme Court of the United States.**

## 4.FACTS

The United States of America egregiously failed in its official duty to protect Terese Ebony Jones and her privileges as granted under the United States Constitutional. Furthermore, the United States government, its officials and its affiliation with other satanic religious organizations inadequately safeguarded Terese Ebony Jones's Ecclesiastical, Constitution Human, Natural and Geneva convention rights as a naturalized birthright freeman and Ambassador under the Kingdom of God living within the borders of her country of origin (the United States of America). This United States government, through its organized allegiances, has consolidated resources and other efforts within the various entities to stand united as a single, established, powerful, fully functioning

religious church. The official establishment of this religious church of the Satanic Occult and the Kingdom of Dark stands against Jesus Christ, His Kingdom, and his church.

Through enslavement primarily starting with my family's connection in occultism; then spending nearly thirty years unwillingly, unknowingly and illegally held and imprisoned in the occult through the cult church in Saints on the move for Christ under Tracy B. and Antonio S. Magwood not to mention dozens of other cult churches I was traded to. Then finally under the impression I was free and after barely escaping I was forced to serve the god of Dr. Daniel K. Olukoya which is Satan through Kehinde J. and Aderonke Olajide at Mountain of Fire Miricle Ministry. Again, as the Saints on the move for Christ at Mountain of Fire Ministry I was forced to not only partake in dozens of Satanic rituals but again I was subjected to witchcraft attacks, beatings, three areas of my skin were cut without my permission.

Once I was stripped of my businesses, wealth, money, intentional car accidents, more attempts to cold bloodily blood sacrifice, attacked me a demon spirit of HIV, divination, stagnation, and all sorts of sorcery. Nonetheless through all that I was intentionally given non-Christian counseling, deliverance was in the form of striping me of all of my destiny, glory, place in life and all spiritual blessings. The biggest violation is that from my family, to Saints on the move for Christ to Mountain of Fire, all of these churches intentionally misled me and forced me to participate in their religious ceremonies and practices against my will with the intentions to prevent me from serving Jesus Christ. For years I endured a ritual from through the "Powers must change hands" by Dr. DANIEL K. Olukoya. I was instructed to bring my wallet or checkbook hold it in the air while rituals were performed. For years, once a month on a Friday night from ten midnight to two am, I was told write down everything that you are praying and believing God for so we can pray with you. Sometime I would be the only one in the church with Olajide and Wood Latoya Marion would come right at prayer and sit directly behind me when I was at the altar praying. For years I took Holy communions in this case unholy communion, where they sprayed me with oil, laid hands on me and prayed, prophesied spoke evil into my life and sent demons against my health, finances, business, home and job. THE SAME ISSUES I experienced under Tracy B Magwood before I was sold to Mountain of Fire. I was made the head of the choir where my voice was stolen. They appeared in my dreams and choked me the next morning as I was waking up Caroline Woods called me. I was not able to speak for days.

THESE SATANIST USE THE SUN TO SMITE US BY DAY(SUNSTROKE). THE MOON TO STIKE US MY NIGHT, THESE CLOSED MY HEAVENS AND BLOCKED ME FROM REACHING JESUS CHRIST. THEY USE ORDINANCES, BLOODLINE INQUITY, FAMILIAR SPIRITS, THRONES, JUDGEMENTS, DOMINIONS THAT ARE PART OF A RELIGIOUS SYSTEM.  THEY ARE THE FOWLERS THAT SNARE US. THEY ARE THE CAPTIVES THAT PUT US IN BONDAGE AND CAPTIVITY, THEY ARE THE JAILERS THAT JAIL AND INCARCERATE US.

THEY ARE THE PHAROAHS THAT ENSLAVE US. THEY ARE THE MASTERS AND WE ARE THE SLAVES.THEY ARE the KINGS AND WE ARE THEIR LOYAL SUBJECTS, WE ARE THEIR SHRINES WIVES, SPIRITUAL SPOUSE, PROPERTY AND WE MAKE THEM WEALTHY THROUGH THEIR CONTROL DIVINATION AND EVIL HAND OVER OUR LIVES AND HEAVENS.

THEY ARE THE SATANIST,HUNTERS OF SOULS, SOUL MERCHANTS, SOUL TRADERS, LUCIFERIANS, OCCULTIST DEVIL WORSHIPPING MASTERS OF DISGUISE IN OUR PULPITS USING WITCHCRAFT DIVINATION VOODOOISM, ORDINANCES, BLOODLINE, SPIRITUAL LAW, INIQUITY, ARREST, DECLARATION, DEGREES, STATUTES,RAPE, MOLESTATION,  MARINE KINGDOM, WATER WORSHIPPERS, LEVIATHAN,THE JUDICALS SYSTEM, LEGAL SYSTEM, FINANCIAL SYSTEM, EDUCATION SYSTEM, ASTROLOGY, ASTRAL TRAVELERS, MIND CONTROL, ENTERTAINMENT SYSTEM, MEDICAL STSYEM, TECHNOLOGY SYSTEM, QUEEN OF THE COSET, CAGES, CHARMS, CANDLES, CRYATSL BALLS, INSANITY, MENTAL HEALTH DISORDERS, DISABILITIES, FIBROID TUMORS, HEAVENS, EARTH, FIRE, ALTARS, SHRINES, ANCESTRAL POLLUTION, ASTRAL TRAVEL, IDOL, GREEK GODS, MUSIC, PALM READERS, DIVINATION, TAROT CARDS, PORTALS, GATES, POINTS OF ACCESS, ISOLATION, SPIRITS, DEPRESSION, OPPRESSION, SPELLS, PHYSICAL ILLNESS, PROGRAMMING SPIRITS, MOVIES, CLOTHES, POVERTY, JEWLRY, SNAKES, SERPENTS,FLOODS, FOOD, CAR ACCIDENTS, BIRDS, CURSES, SADNESS, FINANCIAL DEBT, CHARMS, OBJECTS, FRIENDS AS PLANTS, CAR ACCIDENTS, DREAMS,  MONITORS, WATCHMEN, SPIES,  PRISIONS, FINANCIAL HARDSHIP, COVENANTS, WORDS, HOMELESSNESS, ABUSE, SUN, MOON AND STARS ALL PART OF A ANCIENT OLD RELIGIOUS SYSTEM USED BY THE DEFENDANTS AND PART OF SATANISM, THE OCCULTISM AND DEVIL WORSHIPPING SOLDIERS FOR SATAN TO INCAPACITATE, DISABLE, GAIN THE ADVANTAGE,  STOP, BLOCK, HINDER, INTERFERE WITH OUR DESIRE TO KNOW UNDERSTAND AND SPEND TIME WITH JESUS CHRIST AND PROGRESS IN THE KINGDOM OF GOD.

THE SATANIST HAVE CREATED A SUBCLASS OF GENUINE CHRITIANS THROUGH SPIRITUAL SLAVERY BY WHICH WE ARE DRUGGED, AND SUBDUED KEPT FROM OUR WORD AND GOD THROUGH SPIRITUAL WARFARE., . THESE CHRUCH LEADERS ARE SLAVE TRADERS AND SLAVE MERCHANTS WHO SELL EXCHANGE AND OWN US THROUGH SATANIC CONTROL. THEY SEX TRAFFIC US, TURN US INTO HOMOSEXUALS, AND MURDERS,

THE BIGGER THEIR CHURCH THE BIGGER THEIR SLAVE INVENTORY SUCH AS KENNETH COPELAND, DANIEL K OLUKOYA AND THE THOUSANDS OF SYNAGOGUE PASTORS IN OUR PULPITS PARADING AND TRAFFICKING US AS MERCHANDISE FOR THE KINGDOM OF DARKNESS STOLEN FROM THE KINGDOM OF LIGHT. THIS IS WHAT THE PLAINTIFF EXPERIENCED IN THIS SYSTEM WHILE ATTEMPTING TO SERVE JESUS CHRIST AND HIS KINGDOM AS HIS AMBASSADOR AND SERVANT. IT IS IMPOSSIBLE. EVERY ASPECT OF MY LIFE HAS BEEN ENSLAVED AND CONTROLLED BY THE OCCULT IN THIS COUNTRY AND I WANT MY FREEDOM FROM THIS SYSTEM AND THESE PASTORS. THE PLAINTIFF IS AM FED UP WITH THIS SYSTEM USING THEIR WEAPONS TO VIOLATE MY RIGHTS TO SERVE JESUS CHRIST AND KEEP ME DOWN.

THESE PEOPLE PUT A HIV/AIDS DEMON IN MY BODY, THE PLAINTIFF WAS LURED INTO A MANDATORY TWENTY-FIVE YEAR SENTENCE BY SOMEONE IN THE OCCULT, GUNS WERE PULLED ON ME BY THE HILLSBOROUGH COUNTY POLICE DEPARTMENT, TWO TIMES, I WAS THROWN IN A MENTAL INSTUTITION THREE TIMES WHERE I WAS HELD DOWN BY STAFF WHILE THEY FORCEFULLY INJECTED ME WITH MEDICATION DISPITE THE PLAINTIFF CONTINUOUSLY PROTESTING. I WAS DENIED A LEGAL EDUCATION BY NOVA SOUTHEASTERN UNIVERSITY DISPITE PASSING THE PROGRAM. THE PROGRAMS ADMINISTRATORS GAVE THE FINAL EXAM TO THE OCCULT PEOPLE THEY WANTED TO PASS AND SOMEONE ACCIDENTLY GAVE IT TO ME TO STUDY.

THAT IS WHY THE PLAINTIFF KNOWS SHE SUCCESSFULLY PASSED THE FINAL. SHE HAD A COPY. THESE MEN IN THE SYSTEM SEXUALLY ASSAULTED THE PLAINTIFF. THE PLAINTIFF HAS HAD A DEATH THREAT FROM A MEMBER IN HER FAMILY A FEW YEARS AGO. THE PLAINFILL HAS BEEN SUMMONED TO DEATH IN A DREAM BY ANOTHER FAMILY MEMBER. THE PLAINTIFF WAS DRUGGED AND IN A HOTEL ROOM WITH THE INTENTION TO BE DROWNED IN A TUB. I HAVE BEEN STALKED BY PEOPLE IN THE OCCULT.

I HAVE BEEN A VICTIM OF TARGETING FROM EMPLOYERS WHO USED ME AS A SLAVE. ALL THESE INCIDENTS INTERFERRED WITH THE PLAINTIFF'S RIGHT TO SERVE JESUS CHRIST AND ADVANCE IN THIS SYSTEM. THE PLAINTIFF DESTINY WAS SWAPPED AND TRANSFERRED AS IN 1992 SHE TOLD TRACY B MAGWOOD AND THE ENTIRE CONGRGATION ATHE SHE WAS TO BE THE FIRST BLACK FEMALE SUPREME COURT JUSTICE AND SINCE I WAS THE VOICE FOR JESUS CHRIST I WAS SATANICALLY BLOCKED FROM A LEGAL EDUCATIONAL AND LAW SCHOOL.

THE PLAINTIFF LIFE HAS BEEN INTENTIONALLY INTERFERED WITH FOR FOUTRY YEAR. THE PLAINTIFF ONCE A VIBRANT DETERMINED, FOCUSED,MOTIVATED, AMBITIOUS, HIGHLY INTELLIGENT, GREAT ORATOR, AND WELL SPOKEN FUN LOVING GREAT, MINISTER, GREAT WARRIOR, GREAT, WORSHIPPER, GREAT SINGER, WRITER RUNNER, TENNIS PLAYER WAS SWAPPED OUT AND EXCHANGED INTO A DRUGGED ADDICTED ALCOHOLIC, MENTALLY ILL, FINANCIALLY STRAPPED,ONE PAYCHECK AWAY FROM HOMELESSNESS, ANGRY, VIOLENT IMPROVISHED, UNEMPLOYED ISOLATED CHILD OF GOD WHO DESPITE ALL THE ATTEMPTED MURDERS IS STILL ALIVE WELL REFUSING TO SERVE THIS SYSTEM AND SATAN AND RESTORED BACK INTO HER SENSES BY JESUS CHRIST.

Through my experiences with employers, police facilities, hospitals universities I can only conclude the god of the United States is Satan and if you do not serve him everyone in your path will intentionally force you into poverty and with their magic, they will block you from advancing and forced into obscurity. THEREFORE, we petition the Unites States of America for Redress of Grievances for **Redress of America**

Over the last five years starting with the Biden Harris administration, I  repeatedly contact the Attorney General's office. I sent my complaints in writing, filed complaints online, and over the phone with agents who hung up on me. I sent letters to Pamela Jo Bondi's office with a follow up letter months later to no avail.  I traveled to Washington DC in July on 2025 and attempted to file a complaint in person and was denied access.   The attorney general and the government has made it utterly impossible for me and millions of Christians to make our complaints known against these atrocities that the Kingdom of God citizens face at the hands of these occult pastors, neighbors' coworkers' employers and business owners who operate against us through their witchcraft.

 I also sent emails letters to Marco Rubio, Kash Patel, Daniel Bongino, and Scott Turner to no avail. I summitted information to investigate the illegally bankruptcy the occult members forced me into. I submitted information about these corrupt pastors A dozen people from the church came into my

property under false pretenses, and left dust and other supernatural things on my grounds. I submitted information about being ignored by the Governor and all law enforcement agencies.

I contacted Hud not only about the 10 years Santeria and voodoo items were left on my door and car but the racial and religious persecution I am still encountering. I had no response from any government agency whatsoever regarding the fact that I was sexually assaulted harassed, intimidated attempted murdered, intentionally prevented from earning an income, pushed into bankruptcy, among other things by members in the occult.

All of my money was stolen by these pastors as they put curses and used sorcery against me. They are criminals and need to be arrested. I am not saying the representative in the administration that I voted for and supported are criminals but I am saying the administration needs to help me and arrest these people how committed crimes against me.

**In early April 2003:** Aristide's A SATANIC PRIEST decree officially sanctioned Voodoo as a religion. Although banned from 1835-1987 the religion was overtly practiced mainly through Santeria and Catholicism which is Satanism. Voodoo (Vodou) played a significant role in the Haitian Revolution and slave revolt from French (who also practiced the religion) gain freedom Just as Haiti revolted the United States of America, also revolted.

The US revolted against England based on several different things but a revolt is witchcraft. "For rebellion is as the sin of witchcraft, and stubbornness is as iniquity and idolatry. Because thou hast rejected the word of the LORD, he hath also rejected thee from being king."

IN 2022 THERE WAS A SPIRITUAL CRIME PREVENTION SUMMIT IN SOUTH AFRICA. I ATTEMPTED TO HOLD JUSTICE FOR JESUS IN AMERICA TO DISCUSS THE ISSUE. WE CAN NO LONGER AVOID THE DAMAGE THESE PEOPLE ARE DOING THAT IS WHY THE BLACK PEOPLE ARE SO MESSED UP. THEY ARE BEWITCHED UNDER SORCERY BY THESE PASTORS. WE ARE IN A SPIRITUAL WORLD AND WE MUST DEAL WITH IT.

IT IS TIME!!! PEOPLE HAVE A RIGHT NOT TO BE ENSLAVED BY THE RELIGION OF THIS COUNTRY. THIS COUNTRY WAS NOT FOUNDED ON CHRISTIANITY OR CHRISTIAN VALUES. IT WAS FOUNDED ON OCCULTISM. PEOPLE HAVE THE RIGHT KNOW. PEOPLE HAVE THE RIGHT TO CHOOSE THE KINGDOM OF LIGHT UNDER JESUS CHRIST OR THE KINGDOM OF DARKNESS UNDER SATAN.

**AMERICAN NEEDS TO FOLLOW SUIT**: The Satanic Occult Religion must be registered and recognized as an official effective practicing religion in the United States of America.

Furthermore, the integrated Satanic Occult religious community's rituals, customs, and ceremonies must be publicly disclosed as authentic and effective rituals. Additionally, all Satanic religious outlets, networks, Pastors, and churches must sever all ties with Jesus Christ, his name, image, ideology, persona, character, teachings, kingdom, and Holy Scripture

STOP COLD BLOODILY MURDERING AND SACRIFCPNG CHRISTIANS AND STOP TRYING TO MURDER CAUSE A CAR CRASH OR ATTACK BY MAKING HOMELESS CHRISTIANS LIKE WHAT IS BEING WAS DONE TO THE PLAINTIFF.

DEFENDANTS

*1. D*efendant (name)**Pamela Jo Bondi** is a citizen of (State) **_ Washington, DC __** 2. Defendant (name)**Marco Antonio Rubio** is a citizen of (State) **_Washington, DC __ three.** Defendant (name)**Kashyap Pramod Pate** is a citizen of (State) **_Washington, DC __ 4.** Defendant (name)**Daniel John Bongino Daniel** is a citizen of (State) **_Washington, DC __** five. Defendant (name) **Scott Turner Secretary** is a citizen of (State) __Washington DC___ 6. Defendant (name) **_James Uthmeier is a citizen of (State) Florida**

4. Defendant (name) **Chad Chronister** _is a citizen of (State) Florida
8. Defendant **Ron DeSantis-**is a citizen of (State) Florida

**EXHIBIT ONE: DRAFTED A COMPLAINT AFTER NOT GETTING HELP FOR ILLEGAL ACTIVITIS. NEVER FILED BUT INCULDED THE PARTIES IN THIS LAWSUIT. CREATED LAST YEAR PRIOR TO THE NEW ADMINISTRATION**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
Joseph Woodrow Hatchett United States Courthouse
and Federal Building
111 N. Adams St.
Tallahassee, Florida 32301

**CIVIL COMPLAINT**

Terese E. Jones
9013 Tudor Drive G203
Tampa Fl 33615

CASE NO.: ---------------

Jury Trial Requested **Yes** No

Plaintiff
vs
Merrick B. Garland- United States Attorney General
Adrianne Todman- U.S. Department of Housing
and Urban Development (HUD)
State of Florida
Chad Chronister- Hillsborough County Sheriff
Ron DeSantis- Florida Governor
Ashley Moody -Florida Attorney General

Defendants

**ONLY EVIDENCE USED AS AN EXHIBIT**

## I. PARTIES TO THIS COMPLAINT

**Merrick B. Garland- United States Attorney General**
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

**Ron DeSantis- Florida Governor**
Office of Governor Ron DeSantis
State of Florida
The Capitol
400 S. Monroe St.
Tallahassee, FL 32399-0001

**Ashley Moody -Florida Attorney General**
Office of Attorney General
State of Florida
The Capitol PL-01
Tallahassee, FL 32399-1050

**Chad Chronister- Hillsborough County Sheriff**
Hillsborough County Sheriff's Office
Professional Standards Bureau
2008 East 8th Avenue
Tampa, FL 33605

**Adrianne Todman- Acting Secretary of the**
U.S. Department of Housing
and Urban Development (HUD)
457 7th Street, S.W.,
Washington, DC20410

## II. BASIS FOR JURISDICTION

What is the basis for federal court jurisdiction? (check all that apply) (X) Federal Question □ Diversity of Citizenship Fill out the paragraphs in this section that apply to this case.

A. If the Basis for Jurisdiction Is a Federal Question: List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case:

I. U.S. Constitution First Amendment
II. U.S. Constitution Second Amendment
III. U.S. Constitution Third Amendment
IV. U.S. Constitution Fourth Amendment
V. U.S. Constitution Fifth Amendment
VI. U.S. Constitution Sixth Amendment
VII. U.S. Constitution Eighth Amendment
VIII. U.S. Constitution Ninth Amendment
IX. U.S. Constitution Fourteenth Amendment

B. If the Basis for Jurisdiction is Diversity of Citizenship:

1. Plaintiff(s) a. Plaintiff is an individual and a citizen of: ___Florida___ b. If any Plaintiff is a business or corporation, list the State where the business is incorporated ___Ohio___ or has its principal place of business: ___Tampa FL___

Defendant(s) a. If the Defendant is an individual, identify their citizenship below.

1. Defendant (name) **Merrick B. Garland- United States Attorney General** is a citizen of (State) ___**Washington, DC**___

2. Defendant (name) ___**Ron DeSantis**___ is a citizen of (State) ___Florida___

3. Defendant (name) ___**Ashley Moody is a citizen of (State) Florida**___

4. Defendant (name) ___**Chad Chronister** is a citizen of (State) Florida___

5. Defendant (name) **Adrianne Todman** is a citizen of (State) Florida___

N/A___ b. If the Defendant is a corporation or business, list the state of incorporation or principal place of business below. 1. Defendant (name) ___**N/A**___ State of Incorporation is ___N/A___ or Principal Place of Business is ___N/A___

2. Defendant (name) ___N/A___ State of Incorporation is ___ or Principal Place of Business is ___

III. STATEMENT OF CLAIM

Write a short and plain statement of your claim. Do not make legal arguments or quotes from cases. State the facts which show what happened, as well as where and when it happened. State how each Defendant was involved and explain what a Defendant did or did not do; identify how each Defendant caused you harm or violated federal law. Write each statement in numbered paragraphs, limited as far as practicable to a single event or incident. If more than one claim is asserted, number each claim and

ensure that a short and plain statement of facts supporting each claim is included in the facts alleged. Attach no more than two (2) additional pages to state your claim. My apologies to the court, but my statement is much longer than two pages and I want a public record of my complaint.

**SEE ATTACHED TO REDRESS AMERICA**

I am being held in a spiritual prison by these satanic jailers who are assigned to this coven in this neighborhood region, territory, and community. My rights were violated between 2014 and 2024. Satanic ritualistic items were left on my doorstep and my vehicle for years. I suspect Mary Jane Porter is the major culprit who is behind the years of harassing and trying to intimidate me. She is in the occult and is a confessed member of a different religion than genuine Christianity. She is now the self-appointed LCAM over the association. Mary Jane was on the board and served as president throughout this ordeal and falsified documents to create an illegal bill of fees I do not own. She allowed Pitbulls to roam the property without a leash, freely jumping on me despite my filing a police complaint and complaining to her and the management companies. Large dogs and attacks by them are an outward sign of witchcraft. This intentional action was done by Mary Jane because she did not want me to sit on the board or become president of the association, to monitor her spending, and it was to exert her religious rituals against me.

I am being racially discriminated against and forced into satanic religious ceremonies without my permission. These events have not happened to anyone else in this association other than me. I consider leaving those ceremonial items on my property intentionally and illegally involving me in the occult religious ceremonies because I am a Christian and my God forbids such involvement. For three years, I've fought against an illegal foreclosure. The association used a small balance of $700 to file a Lien, then foreclosure a year and a half after I paid all that I owed, even the $700.00. The thousands of dollars I owe are all attorneys' fees charged to me.

They (occult members in my former church, family, and members on the Tudor Cay property, have been trying to kill me with curses and witchcraft through car accidents and sickness and attempting to force me into homelessness. These are all devices used by the occult members against Christians. Another device Mary Jane Porter is using is an attempted false incarceration. She is building a false record of lies, stating that for years, I have displayed threatening behavior, knocking on neighbors' doors, using foul language, and threatening them. It is all untrue, and law enforcement will not act. While I was eleven hundred miles away, on March 13th, I was emailed a notice to enter my apartment. She and the assistant Destiny knew fully that I was out of town. I replied, asking for a date to enter, and requested my presence when someone was to enter. While waiting for them to give me a date so I could drive back, I was ignored. On March 21st, the maintenance man broke the two locks on my gate and one on the door and then entered my apartment. The locks were changed and were not provided to me for three and a half days later. I arrived home at 2:30 am in a torrential rainstorm to find my locks changed. Unable to get into my apartment, I had to knock on my neighbor's door for a device to break into my apartment.

That behavior was intentional, as a familiar spirit device was used to infuriate me and provoke me with the divination that she continued to use against me. Mary Jane continued to make untrue statements, claiming I was harassing neighbors, threatening them, and causing a scene. It was another lie. When I reported this harassment. Someone at internal affairs at the Hillsborough County Police Department told me that harassment isn't criminal. I have been repeatedly ignored by the county. I had the police pull guns on me in this county on one occasion for no reason. On another occasion, I was illegally detained

for no reason. I complained to internal affairs and the attorney general office for both instances, to no avail. This society has created and forced genuine Christians and non-cult members into jail, institutions, homelessness, poverty, false prosecutions, and prison. Either we get shot down on the street or made to appear as self-inflicted harm to ourselves. I am under surveillance by monitoring spirits twenty-four hours a day at my association with occult members who watch me.

I am currently any drugs or alcohol-free and have no intention of returning to them. I've had never had no addiction, not even a hint. I am not suicidal and will never be, as self-murder is against my God's Law.

It is time for the United States to register and recognize the religion of Satanism its members, and their rituals, sacrifices, curses candles, seances and practices, the measures used to take an intelligent well, educated, beautiful, ambitious Christian like me and millions of others and use their religion prowess to steal our wealth position and turn us into criminals. Jesus Christ is coming to rescue his people.

IV. RELIEF REQUESTED State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. **In light of the actions of the State and Government, I have pursued a lawsuit in order to claim $10 million in damages.**

V. CERTIFICATION As required by Federal Rule of Civil Procedure 11, I certify by signing below that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending,

I agree to timely notify the Clerk's office if there is any change to my mailing address. I understand that my failure to keep a current address on file with the Clerk's office may cause the dismissal of my case.
Date: __________ Plaintiff's Signature: Terese E. Jones Printed Name of Plaintiff: Terese E. Jones

Address: 9013 Tudor Drive G203 Tampa Fl 33615
E-Mail Address: redressamerica@gmail.com
Telephone Number: 954.907.9614

I am a homeowner at 9013 Tudor Drive G203, Tampa, Florida 33615, in Hillsborough County. I purchased the home in 2014 for $45,000, and during the subsequent years, I upgraded the property with new appliances and granite counters and completely renovated the property to live in. 2016, the Occult religious church planted Robert Raffeo in my life as a friend to complete the renovations on the property.

Robert was in my life under an assumed identity from 2016 to 2021. Robert Raffeo sexually assaulted me. He was also assigned a monitoring spirit to terrorize my life and home. He revealed my private ambitions, including my goals, dreams, household matters, and my pursuit of the Occult. Robert Raffeo violated my rights to my privacy, imposed himself as a trusted friend, and was constantly working voodoo against my life. Through Robert, I was involved in

the Occult's rituals and practices without my ability to decline since I was not aware of his identity as a Satanist practicing his religion against me until after he had been in my life for an extended period. He secretly reviewed my papers and personal effects and gained my trust. Robert Raffeo tried to burn down my house by using an accelerant on my carpet. He deliberately left a cell phone charger in the electrical outlet with the cord in the accelerant. The accelerant burned a big hole in my new rug. Then he left my water heater on a high degree so it could blow up, and when I asked him to turn it down, he said it was at the lowest.

 After two years, I entered the closet and discovered the gage was not broken. I finally turned the temperature down from 175 to 125, which was still hot. Robert Raffeo left the hot live wires that shorted the lights in the bathroom. The lights would blink on and off. The electrician said the lights were at risk of starting a fire. I had the lights fixed after the blinking became progressively worse over the years. Another thing is that when I wanted to apply for a loan with Mid Florida, Robert Raffeo contacted Robert Fanning. Both went into my account online on the bank's website and changed my information. They locked the account and contacted the bank manager, so I was eventually turned down for the loan I qualified for. In 2021, when the Lord delivered me, opened my eyes, and told me Rober Raffeo was in the Occult and had been working voodoo on my life, I cut Robert Raffeo out of my life. That is why it surprised me in 2024 when Mary Jane Porter stated she had information that I had a fire hazard in my apartment referring to the faulty wires Robert deliberately left. The data was used to enter my home illegally.  The information about the wires in the light switch, which was already fixed, couldn't have come from anyone but Robert Raffeo. I mention Robert Raffeo because he deliberately left the wires in my house and if information to Mary Jane Porter. Although the AC unit condenser needed to be replaced on the first floor, there was never a hazardous situation. I hadn't seen Robert Raffeo since 2021.

After three years, Mary Jane Porter got information from someone who had been absent from my life for that same period. It was impossible for these two people to know each other. Since I lived in the association, they never showed they were acquainted. Both must belong to the same coven and share a Satanic bond. Through this experience of Robert trying to burn down my house, I realized the attacks were to make me homeless. It was also an assignment from the kingdom of darkness. He was present when I was illegally detained by the Sherrif outside of the enterprise rental car.

Today, in 2024, I realized I was under a Satanic because of a curse of a vagabond spirit. I was homeless on four separate occasions, and I consistently moved around. I understand that homelessness and the vagabond spirit are devices Occult members used to keep us Christians at a disadvantage and in peril. In 2014, after I moved into Tudor Cay Condominium, I began experiencing Satanic attacks from neighbors. Tudor Cay is a witchcraft coven filled with experienced craft workers.  I was sent here to be killed by the witches from that coven through an overdose of prescription, alcoholism, or a car accident. Another method used by the Occult is they tried to give me a sickness. Soon after I moved in, the attacks began. I was told that a young man died in his apartment and his body was not discovered for weeks. He had a rat problem, and rats were all over the neighborhood. The rat is a spirit and very occultic. I was terrorized by the neighbors from the day I moved in. Every time I saw a neighbor, in a graphic, almost drawn-out why, they detailed how rats were taken out of their apartment. Suddenly, out of nowhere, strange

items that I now consider being used in Santeria, voodoo, and witchcraft rituals were left on my doorstep and my vehicle.

At the time these items were left in front of my doorstep and on my vehicle, I was in a prayer group with a Satanic Jamaican shaman high priest, unknowingly because I was under the impression that he was a genuine born-again Christian. He presented himself as a Christian with a lengthy testimony to convince me of his lies. The High Priest prayed for me for years with a group of witches also in the group. I never believed they were involved in the Occult, as I never believed Tracy Magwood and Tammy McIntosh from Saints on the Move for Christ Evangelist Ministry were in the Occultism. I am quite sure they are acquainted with Robert Raffeo and Mary Jane Porter. The pastors at Saints on the Move for Satan were constantly sending people from the Occult into my life to violate me. This Shaman was one of hundreds of people who were sent into my life to monitor me and use their witchcraft powers to pray against everything that I set out to accomplish in my life.

Nonetheless, they are all involved, since they all have a connection. They must be because of the manner and timing of the lease and how the lien and foreclosure were placed in my home.

I am a genuine Christian, and I did not ever wish to be involved in ritualistic Satanic religious practices or have anything to do with the Occult, but through their contact, prayers, and intrusion in my life, I was initiated. I believe Mary Jane Porter was responsible for the items left on my property since 2014. By the reasoning of deduction, her disdain for me, it had to have been her doing. She confirmed that she is in the Occult and of a different religion and belief than I am.

She has been involved in the violation I endured from the day I moved in, or indeed for many years. Since I began complaining about the items and the dog attacks, Mary Jane Porter has been on the board as president. Despite years of complaints about dog attacks and items left on my doorstep and vehicle, she never inquired about the situation or requested any details. It is because she already knew who was responsible. Mary Jane Porter was on the board or was president and had full knowledge of my complaints, I believe; since she is a Satanist and has never taken action to investigate my complaints and has fought against me and continues to do so, I think she is responsible.

I have no other proof other than the behavior that I continue to experience. Since 2014—2024, Mary Jane Porter has been on the board as President of Tudor Cay or involved in some aspect where she was in charge when I made the reports and has never responded or allowed the board to investigate. All my reports and complaints about dog attacks were ignored, and large dogs were allowed to move in. In the spiritual realm, dog attacks are a sign of witchcraft. The dog attacks in the natural are a manifestation of the witchcraft attacks from the spiritual realm.

As an American citizen, I have been violated in my constitutional civil rights and ecclesiastical, human, and natural rights. I endured dead birds, bats, and frogs in my doorway for years. I saw several black snakes and two or three green snakes. Snakes are symbolically described in the bible as Satan. Random bugs appeared in my apartment by the hundreds. Some neighbors

befriended me, entered my house, and put a yellow powder in my home that made a dust cloud when I swept it up and was in my throat. Ultimately, I know the Satanic occult members that I have been involved in without my knowledge are behind the attacks.

I was in a church in Miami that was deeply involved in the Occult. I know they have a supernatural way of communicating. I left the prayer group. In September 2022, the Jamaican Shaman Priest told me he would do something. He was upset that I would no longer take part in his group and threatened me. While talking on the phone, my apartment lights blinked rapidly before going out. I started praying, and the lights came back on.

The meter bank blew out, and I had no power for 11 days. I could not work. I asked Mary Jane Porter and the board for a letter from my employer to save my job, but she refused and would not get the letter to me. I continued to ask for a letter to say my lights were off. Mary Jane would not give me the letter. I was refused because she controlled the board then, which she now controls. No one could simply write a letter to me. Since Associa Gulf Coast was the management company, and never stepped up to provide a letter. I requested reimbursement for the food that was ruined due to not having a refrigerator. I was ignored, and she has yet to respond.

The company that completed the meter bank was prepared to complete the work on Thursday. Even after receiving the three bids and selecting the company on Thursday, Mary Jane had the company start the work on Monday. I had no power for four days when it could have been done on Thursday. No apology, no hotel offer, no food reimbursement, no letter, nothing. No oversight allows her to do as she pleases. I never became upset, nor did I threaten anyone. I don't appreciate being lied about and claiming I was threatening so that they can carry out a Satanic assignment to take over this apartment and get rid of me as a blood sacrifice. I don't care how it sounds.

It is true, and everyone defendant knows I am pointing out facts that have been hidden for centuries by Occultism as they steal our power, position, life, and opportunities, among other things. These actions are an assignment by the Occult Coven to not only make me homeless but also to get me out of Tudor Cay, since they did not complete their assignment to kill me with a drug overdose. They have tried, but the Lord has healed and delivered me, and since 2020, I have used no drugs or alcohol, nor did I ever have a real problem with it.

Therefore, Mary Jane and her current position as LCAM still violate my rights, and I am still being racially and religiously discriminated against. If I could find a real lawyer who was not part of their evil Satanic legal system, I would have beaten them a long time ago in court for the racist, religious, and harassment I endured. As soon as I mention the occult, any eager lawyer becomes cold as ice. I am still searching for a lawyer not involved in occult or marine kingdom matters. Immediately after this same Shamanic Priest shut down my light, he stated he would take me to court. A week later, Glausier Knight and Jones filed a lien after I provided all documents and statements under the impression that they were satisfied with my bank statements and proof that I paid the payments they claimed were missing. I thought it was all over, and the balance was only $700.00, which was the Attorney fee. Diane at Glausier Knights and Jones Law firm told me that if I sent in evidence, I asked Tudor Cay not to send the case to the lawyers. She claimed that if I provided those documents, all would be well. After I sent the email, the

Jamaican Shaman told me he would take me to court. A week later, a lien was placed on my property.

Mary Jane Porter falsified documents to tie me up in the legal system to prevent me from being on the board, seeing the paperwork, knowing what she was doing, and keeping a check on the books. Throughout the process, I requested to meet with the board or Mary Jane to show them my bank statements and documents to prove that I made all payments. She refused, as her assignment from the Occult was to pressure me into threatening her so she could have me arrested. Please see the exhibit where Mary Jane continued to claim that I harassed neighbors and threatened them. It was a lie. At the time, I could not figure out why she kept insisting that I was harassing and threatening neighbors. The Lord Jesus showed me where Mary Jane was using incantations and word curses through her religious rituals to get me to behave in a manner according to the words she spoke to me.

Also, she was using the method of the familiar spirit. It is a system of authorization that approves demons, and where she employs generational curses on demons from my family bloodline that Satan used on my dead ancestors. My family is very violent and prone to outbursts and aggressive threats. While both Robert Raffeo and Robert Fanning were in my life, they used their religious customs to force me to behave violently. That is why Mary Jane insisted that I was behaving aggressively and threateningly. It never happened. All that I am experiencing is an attempt to get me to respond violently and make a threat, and Mary Jane will use the time she set me up. I knocked on her door after seeing her go into her apartment. We were on somewhat friendly terms, so I did not think she would have a problem with me knocking on her door.

Immediately after seeing her enter her apartment, I knocked on the door. She recorded me on a ring camera and held onto the video for years as false case evidence.

Mary Jane is creating a history of lies to use against me to set me up to be arrested or sent to a mental institution. That device is another trick of the Occult. The device is described in the Scientology section, where I spoke about what the Satanist did to a journalist by the name of Paulette Cooper. The Occult members of the Church of Scientology orchestrated a plan to have the author imprisoned or committed to a psychiatric hospital. There are millions of us in mental facilities at the hands of occult members. As I described before, other devices of the Satanic Occult that are used are weaponizing law enforcement against us to have us arrested or shot down in the streets. Or use the medical system to keep us on legal drugs by giving us mental illnesses or what I am experiencing.

Through her assignment in this area, Mary Jane Porter has tried various devices using the "Familiar Spirit" system. The Familiar Spirit system flowed the Occult members, acquainted spirits who force you to behave as they prescribe. Mary Jane Porter has been making every attempt to get me to act violently so they can lock me up and move a foreclosure while I am away. If I am locked up and a court notice is sent out, I will not be in court and will be ruled against. A foreclosure would be sure to follow. The home has a lot of equity since I paid cash for it in 2014. In December 2023, Destiny Albino asked me if someone could visit my house and look around. She did not tell me why she wanted someone to enter my home and offered no details. I went to Ohio the week after I spoke with Destiny. However, before I left, I had been in

touch with Destiny on December 11, 12th, and 13th. On December 15, I asked her a question about the payments. At this point, Destiny never mentioned that maintenance needed to get into the apartment for any reason. Nor did she mention any emergency because of faulty wiring.

A week later, I left for Ohio. I was not in contact with Destiny or Mary Jane. On March 13, I received a notice to enter my apartment. The next day, on March 14th, I stated that I was more than willing to comply. I asked them if they could work with me because I was 1100 miles away. I asked for a date for which entry was needed to book my flight. I am still waiting to receive a response. On March 19, I asked Mary Jane and Destiny to respect my privacy and give me an opportunity to get home. I asked for the date they needed to gain entry, but they were ignored. I sent a second email on March 19TH asking if the work could be booked when I arrived. I received no response. On March 20th, I asked for the date again. I was ignored.

Mary Jane said that it was an emergency that the resident on the first floor could not turn on his AC Unit and that it would be a fire hazard if they did. However, the resident in 103, the apartment below me, had moved out and was vacant. Mary Jane also stated that the neighbor said that I refused entry to my apartment and threatened a neighbor. I demanded to know who claimed that I threatened them. It was a lie.

In apartment 101, there is a homosexual female couple who never said hello or looked my way. I never had any issues with them. Apartment 102 was Ms. Barbara, a 90-year-old woman I stopped by to say hello occasionally. I stated that Trevor, in 103, was a good neighbor and had moved out before I left. 104 and 105 were neighbors who said hello; however, I rarely saw them.

No neighbor stated that I threatened them. It was another lie to put me in a bad light and attempt to build a false case against me to have me locked up or sent to a mental institution. It is a device of Satanists when you are wanted out of the way. Although maintenance was needed to get into the apartment, there were no emergency hazards. The AC unit on the first floor needed repairs since the tenant moved out in December, so how was there an emergency? They knew since December the repairs were needed and took no action until Satan gave them an assignment to get me locked up by illegally accessing my home. From March 13 through 20th, I repeatedly asked for a time frame out of respect for getting home and being there when someone came into my house. I notified them that I was 1100 miles away and would fly in.

I drove 1,100 miles and arrived home at 2:20 a.m. to find that the two locks on my gate and door were drilled, and a deadbolt had replaced the keypad lock. It was Friday Morning, March 22nd at 2:30 pm in the Morning. I notified Mary Jane that I needed the key. She did not respond until Monday afternoon. I was told I should not contact maintenance, although there is an emergency maintenance number for people with emergencies. I called to see if he had the key.

I had to break into my apartment because there was no other way to get in. Mary Jane used her self-appointed authority to break into my apartment illegally. She had no right to break into my apartment because there was no emergency. I have never received the roofer's or electrician's name and number. I requested to see the recording of who entered my home and was lied to and told the camera was not directly on my door when it was before. She also claimed we were

getting a new roof, yet no permit was pulled. Other buildings are getting roof work done, and a permit is displayed. When I asked Destiny for the permit and the roofer's information, I was told that the work would be done the next day at 9 am. Please see the emails. To date, I have never been provided with the information I requested.

I was never provided with the name of the neighbor whom I allegedly threatened. Other than the defective wiring Robert Raffeo intentionally left, my apartment had no faulty wiring. I am still determining who entered my home. I paid about $84.00 for a decorated ceramic sign that was intentionally broken and $244.00 for my door. Two locks on the gate were **$35.00 apiece** and $200 to replace the door. That is a total of **$563.00** That I paid. The neighbors told me her new maintenance man had drilled the locks and broken into my place, and a locksmith was never called.

Then, the police were called later after they broke in. Any locksmith could have made a key. I had a smart lock. This racially charged injustice was a vicious act to exert self-appointed power intentionally. This is harassment and racial and religious intimidation that is allowed to go on by the county sheriff's department and the State of Florida. It is retaliatory, as I was told I could only have one pup when I had three since 2017, and I saw at least four tenants with more than one pup. Whenever I ask a question, she doesn't like, I am threatened with legal action or retaliation, which could result in attorney fees.

How much more do I have to endure at the hands of a Satanist who has been permitted to violate my rights for years? I have been fighting an illegal foreclosure for three years, and currently, the fees are thousands of dollars in attorney's fees when I cleared up any payments and proved that I did not owe any money a year before the foreclosure was filed.

They had every opportunity to ask their banks to submit the payments they claimed they did not receive. Mary Jane, who benefits from having me off the board, could have resolved this issue. Mary Jane Porter has her people on the board. They are all associated with her. The maintenance man works seven days a week when there is no reason to ride around all day and change the garbage bags. I want to help someone review the books and speak with the vendors.

This person controls the entire association; everything goes through her approval, and then she directs the board on what to vote on. She hired everyone. Her father-in-law is the maintenance man who works seven days a week doing nothing. I asked someone to come to this apartment and check out the books on the jobs she has been hiring contractors for. The way she has it set up, no other company could ever be hired, and she has far too much control over our money and bank accounts. No one objects to challenging her. This is illegal and must stop. Look at the email **after July 2023**; I was moved from a lien to foreclosure when I demanded a seat on the board. The county has refused to assist me in my complaints since 2014.

I am warning you that Mary Jane Porter's intention with this move is not only to gain Satanic control over this territory but also to control and steal the money she has desperately desired since she became a board member. One of the blood sacrifices that she attempted to make was

the maintenance man who had a quadruple bypass. I saw another neighbor go under the knife and a tall black man whose destiny and star were stolen. He is under bewitchment and almost sets the place on fire when he is intoxicated. Occultism must be registered and recognized as an official religion in the United States of America, as well as globally.

To demand the Satanic integrated occult religious community system, sever all ties with Jesus Christ: His name, image, character, Holy Scripture, and Church. Publicly identifying themselves in their offices and places of business while disclosing genuine customs, practices, rituals, ceremonial methods, beliefs, and spiritual warfare tactics aimed at genuine Christians to destroy us. The blind Christians need to understand that the Satanist powers through witchcraft, divination, curses, Wicca, charms, potions, lotions; spells, altars, water rituals, shrines, evil eyes, crystal balls, beads; priests, séances, juju, voodoo, idle gods, tea leaf reading, sage, dead ancestors; sorcery, Ouija boards, fetish, necromancy, candles, and all other black magic tools used against us are effective, genuine and accurate.

**DEFENDANT 1: THE UNITED STATED OF AMERICA I ASKED FOR HELP FOR YEARS AND WAS IGNORED HUNG UP MADE TO SEEM LIKE I HAD A MENTAL DEFECTS OR NEEDED MEDICATION (A WICKED DEVICE OF THIS SYSTEM).**

I ASK THE GOVERNMENT TO DO THEIR JOB PROVIDE PROTECTION INVESTIGATE THE CHURCHES THE CONDO ASSOCIATION THE POLICE DEPARTMENT MY FORMER EMPLOYERS AND STOP ALLOWING PEOPLE TO BE MURDERED FOR SPEAKING OUT. AT THIS IN THIS COUNTRY WE NEED THR KINGDOM OF GOD TO BE CLEARLY SEPARATED FROM THE KINGDOM OF DARKNESS AND THE SERVANTS OF JESUS CHRSIT CLEARLY SEPARATED FROM THE SOLDIERS FOR SATAN. PLEASE STOP AND PROTECT MY RIGHTS! THESE ARE THE THINGS THE OCCULT MEMBERS ARE DOING TO GODS PEOPLE TO BEAT US DOWN KEPP UP DOWN WHILE THEY STEAL FROM US AND GAIN AS IF THEY ARE SOMEBODY AND WE ARE NOBODY. THEY ARE EVERYWHERE ATTACKING US WITH THEIR RELIGIOUS POWERS AND THE GOVERNMENT KEEPS ALLOWING IT TO HAPPEN.

**I am not on any drugs, alcohol, or suicidal in any way since I disassociated myself from my family and the church. I would never take drugs, drink alcohol, or murder myself, as those things are against my faith in Jesus Christ, and only happened while in the church and associated with my family. After leaving the church, I have no anxiety, depression, bipolar, or any of these labels your system creates and tags us Christians with. I do not need any psychiatry medication, have a mental, nervous, or psychotic breakdown, nor do I need to be confined to any mental institution and administered sorcery in the form of what your system calls medication. I intend to contact every State Senator and member of Congress in all fifty states until this country stops the hoaxes and lies about this country being founded on Christianity or Christian principles when, in fact, it was founded on Satanism and the occult. Registered and recognize the satanic occult, occultism as an official religion as it is already openly practiced.**

**Many of the founding fathers were not Christians as they were Freemasons, occult members, and part of different secret societies that provided them your system's version of wealth, power, position, prestige, and a place in the history books. After all the rapes, false arrest, hardship, physical, emotional abuse from my family I was sold to Florida Memorial College and sent under Tracy B. Magwood for thirty years in a coven set up like many to resemble a church for a living hell I experienced to this day. I was the victim of the worst form of demonization you call demon possession at the hands of this satanic pastor, her satanic church, and members who ruined my life through divination, witchcraft and took control of my mind through devices, such as curses, voodoo, juju, charms familiar spirits just to name a few.**

**I was attacked with all sorts of demon spirits conjured up to destroy my life, dreams, hopes and took everything God gave me. Therefore, I demand that action be taken against not only this pastor but the men who raped me, sexual assaults, physical abuse, mental and emotional abuse. The false prearranged marriage, selling me as a prostitute to men on my dating website. I want the pastors arrested because for thirty years every time I left, I was lured back mainly by their daughter Noel Magwood who told me she is a spiritualist meaning a witch not a Christian. Yet she is trying to become the next false lying prophet preaching sorcery. You know these people in the church are not Christians. They hate Jesus Christ and have no basic biblical understanding.**

**I want the employers who used me as a living slave to be arrested and compensate me. I worked 14- 16 a day for Health IQ who did not compensate me close the company and reopened under the same name and owners. I want the man who entered an illegal marriage to destroy my life and rise to the top to be charged with slavery, false imprisonment, rape their and illegal marriage. I want the contractor arrested who gave me the impression he was my friend but was in the occult, sexually assaulted me and attempted to burn down my house several times.**

**I want the doctor who illegally detained me and forced drugs into my system to be arrested. I want the dentist who illegally removed two teeth for his altar and tried to force drugs on me arrested. I want the man who took me to a hotel room, drugged me, sexually assaulted me, and attempted to drown me in a tub arrested. I want the man arrested who used witchcraft to put a drug demon in me and had me write an email so he could claim I stalked him as an excuse to put me in jail for twenty-five years. I was baker acted three times and forced into drug rehabilitation programs. These people hacked into my computer and changed information at Mid-Florida credit Union. I want Mid-Florida, and Park national to compensate me for denying me credit. I want the equal opportunity employment to be fined for not taking one of my claims seriously. I want the LCAM at my property to be arrested for nine years of placing Santeria ritual items on my car and in front of my doorstep to involve me in customer with the full knowledge that I am a Christian. And for using her power and position to attempt to force me out of my home to homelessness like this system does to so many of us. These are crimes that these people committed and civil rights violations.**

**I demand that the Satan Occult, Satanism, is registered and recognized as a religion in the United States and that the Satanists get out of the pulpit and church. These Mega churches secret to success is Satan**

**These atrocities are committed by a highly organized religious system in order to rise one must follow rules and it that demands:**

1. **Abortions be done. It uses abortions to eat the baby's flesh and drink their blood. Leviticus 26:29.**
2. **Sacrifice humans and animals to drink the blood.**
3. **Engage in homosexual acts with underage children.**
4. **Commits crimes of false imprisonment, arrest, shooting us down, pronounces curses and kills through heart attacks, strokes, sickness, through spirits of infirmity and untimely death.**
5. **Your underground satanic occult system took a perfectly decent, law-abiding citizen with hopes, dreams, and ambitions and turned me into an alcoholic, drug addict, mentally ill dreg of society living hand to mouth, close to foreclosures on a property I own free and clear. All by Satan through these church leaders, their comic shows and preaching for profit.**
6. **They use covenants, vows, spells, idol gods, altars, voodoo, juju, spiritual spouse, priest, witchcraft, incantations, to bewitch the congregation**
7. **This system keeps us in financial hardship and struggling, with bad credit in the legal system and on drugs and alcohol in the hospitals with no resources, alone and separated from society.**

**This system has created an entire sub-class of people who are not in the occult by forcing us out of the job market, into spiritual slavery, making us homeless alcoholics and drug addicts for their treatment facilities, jails, and institutions.**

**Everybody gets a piece of us. The employers use us for labor, then we are forced on disability who keeps social security, the judges and lawyers. Then on, Medicaid and Medicare keep their roles thriving, and the psychologists and psychiatrists keep putting us on dozens of drugs, keeping the pharmacies busy. They keep us arrested and jailed, keeping the legal system and judicial system busy and paid. They keep us in bondage in the natural by the spiritual realm. The Lord showed me we are traded like slaves in the spiritual realm. They have financial institutions, hospitals, jails, judges, lawyers, doctors, businesses, insurance companies, and medical facilities in the spiritual realm and the marine kingdom where all this ourselves system we have in the world is operate through the Indian Ocean, queen of heaven and the marine kingdom which the majority of Christian have no clue about. All of these foreign religions and goes are operating in America terrorizing us. This system is killing us with their spiritual warfare religious tactics.**

The position you hold in the natural real is equivalent to the position you have to some degree in the marine kingdom coven in the occult and Satan's kingdom. Your religion permits innocent blood to be shed. You permit families to initiate young Christian children into the occult,

typically by relatives. In my case, my parents allowed my stepbrother to sexually assault me. Satanic-triggered alcoholic impulses killed him. Drugs and alcohol are used as control through sorcery. Your system allows this. You force people into homosexuality FORCE by satanic rituals, chanting, and charms. You sacrifice innocent blood-carrying rituals against Christians by shooting them down on the street and then paying the members of the family who ordered the hit as a sacrifice.

**Overview**

I was sexually assaulted by three men in my family and sexually assaulted by a pastor who attempted to take advantage of me. I was raped by an ex-boyfriend who was in the occult. I was raped by a man I met at a club. All my life, I was constantly lured into schemes to give me an arrest record and incarceration. I was illegally arrested in Philadelphia and detained. I had guns pulled on me by officers who were acquainted with my ex-boyfriend. The ex-boyfriend sat in my basement for years with a 9mm, wanting to kill me. He chased me down the street with a 9mm. He harassed me repeatedly for years, calling me 50 times a day. My mother tried to get me to date a man she knew had HIV. My brother was killed by voodoo after being put on alcohol and drugs, locked up in a mental institution, and permitted to be raped by homosexual men.

Every attempt was made to make me into a homosexual by dressing me in boys' clothing and having me assaulted by men who raped me. I was physically and emotionally abused to cause mental illness and to put me on medication. Satanic rituals were constantly being performed on me by family members who were in the occult. I was sent to a church for initiation into the occult. I was bathed with different women while spells were cast to turn me into a homosexual.

I was repeatedly shamed, embarrassed, and humiliated because everyone saw the light of Jesus and used occultic power to track, trace, and extract gifts and wealth. My soul was enslaved by witches and wizards in the occult religion. After being sold to Florida like a slave for prostitution and to dance in satanic clubs, which I did not, I was further initiated over the next thirty years by Tracy Magwood and her coven, who destroyed my life through satanic rituals perpetrating as a pastor. Sorcery was used to steal my soul, my ministry, my marriage, my education career, and my position in life. I was in the slave trade and labor and worked for employers who did not pay me. I was sent to three mental institutions and baked acted. The doctor refused to release me after finding I was no harm to myself or others. Witchcraft was used to put me on drugs and alcohol—they sent men into my life who had AIDS to infect me knowingly. They used sorcery to enslave me and keep me from a legal education. Rituals were performed on me for decades by members of the coven. She sent her husband to assault me because she didn't want him as she was homosexual.

Men were sent to assault me while we were in college and I stayed in a friend house for break.

**a)** They used witchcraft to get me arrested for stealing from Citibank. I was sold as a slave to work in labor camps where they benefited. They sent Robert fanning into my life a warlock. He enslaved me and stole all my money. The marriage was a sham and prearranged. He performed satanic rituals while having sex. They cause me to have an abortion for a blood sacrifice. Their rituals controlled me. There were so many of them. They interfered with every aspect of my life.

**b)** They used sorcery to have me arrested and given a mandatory twenty-five-year sentence. They beat me, raped me, tortured me, and stole everything from me. Sorcery was used to send me from one coven to the next. Satanic rituals were used to trigger alcoholism and have me arrested, incarcerated, and put in mental institutions. Hillsborough police almost shot me down. I was nearly shot down by a Haitian police officer in the Tampa Bay police department. I was illegally detained. They are trying to make me homeless by taking a $700 bill and turning it into $25,000 for all attorney fees. Satanic rituals were performed in front of my door for nine years, including dog attacks, near-fatal crashes, attempted burning down of my home, and using powers to rape and beat me in my sleep. The act of sending men involved in the occult to perform satanic sexual rituals in my life is rape. What I've described is just a fraction of what these pastors have done. They have stolen thousands of dollars from me in gift cards cash kingdoms and a car yet then turned around and scammed me. Like Joel Osteen TD Jakes and the rest of those Bishops of bad behavior they hate Jesus Chrit and are selling the souls of the congregation in the open market in the marine kingdom's exchanges. They hate us Christian and are using our church as a platform to advance Satan's Kingdom.

**Most successful people in this country are associated with a secret society or freemasonry like the framers.**

**c) There is real life "Soul Merchants and Soul Traders"**

**d)** The United States Constitution seems to discriminate against genuine Christians and individuals not affiliated with the Satanic Occult church or Satanism.

**e)** The United Nations has 193 members and two non-member observer states. Most have a group living in the U.S. They have religious rites, customs, practices, beliefs, and gods that are contrary to genuine Holy Scripture.

**f)** From the Grammy's to Broadway, movies, music, social media, and television shows, Satanists openly mock my God and worship their god, Satan.

**g)** To summarize, we need to "Redress America," stop the blatant lies about the country's formation, and call a spade a spade. Enough is enough.

**Goal:** Occultism must be registered and recognized as an official religion in the United States of America, as well as globally. Separate the Kingdom of light Jesus Christ, Christianity, Christian values from the Kingdom of darkness, Satan, Satanism, the Church of Satan, spirituality,

occultism, and witchcraft. I am not an isolated incident or case; rather, I am one of millions and billions of victims since the inception of this country.

## Police/ FBI official evidence of the existence Satanic occult:

The United States government has sufficient proof of the Satanic occult system existence operating covertly now overtly for decades.

**GOAL:** I seek urgent and immediate assistance from Senators and State Representatives to read and support this petition and court document as a priority. To sponsor, draft, and introduce a bill and hold public hearings to have the **Satanic Occult Religion registered and recognized as an official effective practicing religion in the United States of America and to:**

ALL OF MY LIFE I HAVE BEEN IN THE OCCULTISM WITHOUT MY PERMISSION. I DEMAND HELP THIS BANKRUPTCY IS WITCHCRAFT SPONSORED. I HAVE EXPLAINED IN OTHER SECTIONS HOW THIS HAPPENED. WE DESERVE BETTER FROM THIS COUNTRY.

**EXHIBIT TWO: A LETTER I WROTE TO PRESIDENT TRUMP PLEADED FOR HELP AND INTERVENTION TO PROTECT MY RIGHTS AND PROTECT ME FROM THE MEMBERS IN THE CULT MOUNTAIN OF FIRE AND TRACY B MAGWOOD.**

The list I submitted contains all the other church leaders and people who are in the occult and practiced their religious customs against me and intentionally blocked me from serving Jesus Christ. (Please see full case)

| T Kent Wetherell II | |
|---|---|
| **Referred:** | Hope T Cannon |
| **Case #:** | 3:24-cv-00410 |
| **Nature of Suit** | 440 Civil Rights - Other Civil Rights |
| **Cause** | 42:1983 Civil Rights Act |

And Tudor Cay Condominium Association Case Number 23:cc-089311

I plead with President Donald J Trump and the United States government to hold these individual Satanic occult members responsible for the intentional violation of my Ecclesiastical, Constitutional, Human, Natural, and Geneva rights, by directly engaging in spiritual and natural warfare against me.

Using dark practices, hidden knowledge and supernatural occultism and after intentionally disarming me with demonization and control by their religious rule of law of Satanism they intentionally used the spiritual realm and their church to

weaken my spiritual life and separate me from my God Jesus Christ. The targeted warfare is engaged against me and millions of Christians with the sole purpose of denying us access to a relationship with Jesus Christ, the Holy Spirit, the spiritual realm, the bible, and our freedom of choice to practice genuine Christianity without manipulation and satanic influence.

My freedoms and rights provided by spiritual(biblical) laws, natural, and the United States constitution designed for my benefit from scripture and the American justice system are overtly trampled upon by occult members cleverly cloaked as Christians. Through their religious prowess, knowledge, abilities, education, rituals, ceremonies, and practices of the occult and the dark arts, I have been denied access to my desire to freely practice my faith, genuine Christianity as Jesus Christ established. My freedoms afforded to me in the Constitution of my country of birth and the book of the law, (Scripture) are sorely impeded upon by the spiritualist who used mind control and other warfare tactics to control my spiritual and natural existence. Furthermore, theses   Satanic pastors willfully initiated me and millions of Christians like me, into the occult through their churches by the use of Blackmagic, voodooism, juju, candles, spells, hexes, vexes, altars, shrines, mystic powers, astral travel, potions, idols, demons, divination, sorcery, Santeria, spiritual guides, spirituality, trickery, deception, enchantment, witchcraft, necromancy, wizardry, black arts, curses, untimely death spirits, bewitchments', prophesying, forecasting, crystal balls and glazing.

Some of the power I experienced that operate against was a (Kundalini). They believe in the power of snake and coiled one around my spine to control me for decades. It was wrapped around my spine and gave them power to hinder me by squeezing and pulling it whenever they wanted to.

Also, the power displayed by TD Jakes and Daniel Olukoya is a false satanic anointing given to them from the dragon to demonize people in their congregation. Individuals seeking Jesus Christ have the right to know the power they see in these men and countless of others are not powers from heaven and Jesus Christ.

**"For there shall arise false Christs, and false prophets, and shall shew great signs and wonders; insomuch that, if it were possible, they shall deceive the very elect." Matthew 24:24 KJV**

Since I was demonized and under control and the power Satan, I was fooled for decades. Every time I tried to leave, they put me under a spell. Their power is made to look like, resemble, act like and impersonate the Holy Spirit however it is an imitate of the authentic Holy Spirit.

I humble myself to say, the type of person God make me, if I could be fooled and I was then anyone could be fooled. The lord did not make me into the ordinary person and life they boxed me into. Many great Christians had their destinies exchanged by these Shamanic Priest/Priestess in the pulpits. For example, Kehinde appeared to me on several occasion, however one occasion he used this entity to make me believe it was the Holy Spirit. At the time, I believed I had a visitation from Jesus Christ.  I bowed down to this thing, but it was not Jesus Christ spirit. This is just one example of the power that is used against us. See the full account of the power they use from the devil in the book of Acts chapter 8: 9-25. They are the Simon the Sorcerers.

Simon the Sorcerer practiced sorcery and amazed everyone. They though he was someone great. The same power is with TD Jakes, Tracy Magwood, Dr. Daniel Olukoya. They are wolves in sheep clothing, sorcerers giving the impression they have great power from God when their magic is directly from the halls of hell and the Devil himself. It has to stop we are dying in these churches and people have a right to know who they are worshipping because it is certainly not Jesus Christ.

 These pastors forcefully, enslave, control, manipulate, dominate, lead Christian to hell. For their fame they intentionally lead Christians into sin, away from our faith, belief and into a lifestyle not pleasing to God then the sin is used against the Christian to punish them. They determined that they will lead Christians away from Jesus Christ and into the occult. Another intention is to spiritually blind, hinder, stop the flow of the Holy Ghost and knowingly, willingly and purposefully deceive Christians into believing that their synagogues of Satan's are the houses of

Jesus Christ. They are the slave masters through the realm of the spirit and intentionally block us from it.

These are highly skilled sorcerers and sorceresses who are soul merchants and traders with a keen knowledge of the operations in that spiritual realm. These wicked demons are controlling Christians lives, destinies, place on life, wealth, money, careers, marital status, advancement, health, dreams, visions, gifts, calling, and talents through supernatural forces backed by Satan.

They marry us and claim us as wife/husband and refused to allow us to marry. They have sex with us and defile us in the sleep. That is why there are so many people who want to marry and cannot. They appear to your suitors and beat them and tell them to stay away from you.

But Christians have no clue because they are single. Additionally, through the use of supernatural knowledge through demons, demonic guides, spirits while camouflaged as Christian churches but their organizations are houses of horror and the halls of hell. These occult pastors use spells and the like to punish God's people in their congregation with sickness, diseases, afflictions, illnesses, car accidents, job-loss, shame, embarrassment, jail, incarceration, mental illness, reproach and death to name a few. Other avenues are used by these magicians are declarations, decrees, ordinances and the law of sin and death. Ordinances, declarations and decrees, are used to cause poverty, to appropriate and pronounce judgement and evil deeds against Christianity's believers. The Bible is a book of law designed for Christians to govern their lives by it in order to be prosperous and have success. **"This book of the law shall not depart from your mouth, but you shall meditate on it day and night, so that you may be careful to do according to all that is written in it; for then you will make your way prosperous, and then you will have success". Joshua 1:8**

**"It came about, when Moses finished writing the words of this law in a book until they were complete, that Moses commanded the Levites who carried the ark of the covenant of the Lord, saying, "Take this book of the law and place it beside the ark of the covenant of the Lord your God, that it may remain there as a witness against you. Deuteronomy 31:24-26**

**"If you obey the Lord your God to keep His commandments and His statutes which are written in this book of the law, if you turn to the Lord your God with all your heart and soul". Deuteronomy 30:10**

The three Holy scriptures are only a few out of the dozens of scriptures where God explains that His bible is his law for his people to adhere to. These Luciferian pastors and devil worshippers sanctioned by hell and established occult churches overtly are experts in using our ecclesiastical holy law against spiritually blind sheep in their congregation. For example, what I experienced in Mountain of Fire under Doctor Daniel K and Folashade Olukoya, Kehinde and Aderonke Olajide, Tracy Magwood and many of the churches I attended are incantations instead of prayers. The prayers are incantations pronouncing curses, sickness, disease affliction, poverty, illness, failure, sending people to jail, having Christians, commit crimes, and murder people. That is why most people who murder, commit violent acts, or do something crazy specifically say, that something took over them, or that was not me, or I don't know why I did that. That something that took over them was a demonic spirit.

When they claim that they are having a deliverance service the practice is a ritual to deliver demons from the pit of hell into your body, spirit, mind and soul from the pit of hell through demons they are in league with to gain power. They deliver it directly into the spiritual blind Christian as with what was done to me three decades, I spent in the occult church under the impression that I was serving Jesus Christ. I had other people living inside of my body.

My soul was gone they were in control bi polar is not a mental illness problem. It is a spiritual illness problem. The soul is fragmented disorganized, controlled by demons. The pastors are experts in preparing a case in spiritual court by entrapping us in sin then being the accuser of the brother they use the legal rights against us to gain a verdict against us. They use spiritual law to force us into homelessness, mental illness, sickness, poverty, arrest, enslavement as they push Christians into abominable acts against our God to separate us and keep us in changes.

They force us into homosexuality, robberies, kidnappings and disarm us by preventing us from knowing that they use the book of the law from hell and sorcery against us. Most people with mental illness especially if they are in church

are under spiritual attack. They had me on all kinds of medication when all I needed was Jesus Christ who they intentionally kept me away from.

I, along with millions of Christians across the United States and globally have been forcefully initiated and kept as slaves in the occult by these cult churches and pastors, disguised as Christian church organizations using medication, metal illness, alcohol and sorcery to maintain a hold over us.

For decades, I have been held against my will while satanic rituals and practices have been performed against me by these representatives of Satan in dozens of their churches that I attended over my life time and thirty years in the occult.

 From the laying on of the hands with oil, to the forcing me to lay at their evil altars in their shrines, to the speaking into my life, prophesying, touching and agreeing, as well as all of the customs, rituals and occultism practices that have nothing to do with Jesus Christ; and that I was forced to endure and take part of. I was in the occult without me desire and knowledge.  These churches and pastors are of Satan and are not Christian organization. I was bewitched and under their control for decades and they took all my money for thirty plus years.  I was lured into participating in rituals while all of their cult church members, pastors, ministers, deacons, and everyone in their congregation fully understood that I not only believed they were Christians, but they were fully aware that I believed I was praying to, and serving these pastors and the church solely through Jesus Christ.

The pastors and all of the congregation understood and knew I had no other god other than Jesus Christ, especially not the god of this world Satan, his followers and church. Yet I was forced against my will to bow down to the devil. I am a genuine Christian and a survivor of the occult through TD Jakes, and Dr. Daniel K. Olukoya as well as the named members who, through these and other churches have controlled every aspect of my life. My soul and destiny were stealthy stolen and caged through the religion of Blackmagic and sorcery.

The enslavement included, taking all my finances through titles and offering, love offerings, gifts, sending me to employers where I worked for free.  Other

infractions included illegally confiscating my firearm, illegally denying me a legal education, illegally attempting to murder me through car accidents, and Robert Fanning. I was in attempt kidnapping three time, men were sent into my life from the occult. Through Tracy they intentionally stole my life, **my voice, wealth my place in life and that replaced my destiny, ministry, calling and sacrificed my life for theirs.**

I was in love with Jesus Christ and still am but when I came to my God, The Lord made me a great warrior.

The Lord made me a great woman of God. The Lord made me a great orator. The lord made me creatively recounted events of the bible and he taught me to quote passages of scriptures. The Lord gave me the gift of prophecy. The Lord made me a great minister. The Lord made me keen in investments, finance and law when I was young. The Lord made me into a great writer of songs, books, short stories, music. The Lord made me a great worshipper, I loved the word, praying and was given all though Jesus Christ by heaven and stolen and transferred by Tracy B. Magwood. I am not claiming to be a genius but I was highly-qualified, highly motivated, highly ambitious, and highly intelligent. These pastors have the ability and blocked me from life through their Blackmagic. It's not just me but millions of us. The Lord made me talented, gifted, ambitious, determined, honest and beautiful.  I loved life, opportunities, education, reading, law, finance, banking, cooking, traveling, books, people until I was demonized year after year. Every prayer was a ritual, a dedication to a demon, an idol, and god they served. At every church service it was a satanic ceremonial, was a curse everything they did stripped me of the person God made into someone filled with different personalities and demons.

 I was filled with violent demons through familiar bloodline spirits, forced on alcohol drugs through their initiations, made to have mental illness just so they can have Noel Magwood climb to the top on my merits and to serve their God. More recently Kehinde and Aderonke had me in a requiem worshipping the dead. They made it seem as if it was a funeral service but it was to honor the dead, something I don't do. I was manipulated into a ceremony that prayed for the dead.

God gave me everything I needed to succeed in life and I was on my way not knowing the people I trusted the most hated and worked against my every move

with supernatural forces. My life was easy and beautiful until these ancient foundational powers caged my soul. Magwood, Olukoya, Oni Olajide, placed evil ordinances on my life that I will never work. I will never succeed I will never have wealth that I will never get married that I will never rise in life to speak for God. The ordinance gave demonic entities access to my life because I was in their synagogues, at their altar and shrines believing that I was serving my God when I was serving their god. I didn't understand what I was up against and who the enemy was. There are so many of them who used witchcraft to separate me from my God and went in for the kill, literally these people kept trying to cold- blooded murder in a way that would have been declared a tragic car accident, like Tracy did with Dana. How do you prove a car accident was the work of witchcraft?

When you are a Christian and not recognized as one of their own you will be shut down or most people will be. The system only wants people they can control or if you will be the voice of Satan like Sarah Jakes Roberts and Noel Magwood and promote his false gospel. Whether an individual is in politics, on the bench, or an officer as long as you are the voice for the dark kingdom and stop Christians you will succeed in this Underground Satanic Sexual Occult system. It is a cult in the church and we need to stop allowing them to get away with murder.

**P. DIDDY IN IN THE SAME RELIGION AS TD AND SARAH JAKES.**

They know just as sure as P. Diddy is in the occult that most of these pastors follow the same practices. They must be held accountable just take a look they are not pastors, they are rapist, sex offenders, murders, con-artist, scammers, wife beaters, cheaters, homosexuals, greedy criminals, sorceress, high priest/priestess, Shamans, root workers, ancestors and sage practitioners, child molesters, pedophiles, magicians, con-artist, satanist, Luciferians, adulterers, fornicators, devils, demons, workers of iniquity and just plain wicked. They are everything the Holy Scriptures and Jesus Christ speaks against. Yet they are in our pulpits loving, serving and bowing down to Satan while destroying the people seeking Jesus in the process. While they wait for someone to recognize their evil and open the gate for them to shed more innocent blood as they rise to the top, they steal our souls.

As they rise there is a trail of dead bodies and blood on their hands for the killing of God's people right there in the church. Ask their gatekeepers and their god ask

Serita and TD Jakes how many innocent souls it took. Ask how many soul they have murdered in car accidents, autism, HIV/AIDS, killed with heart attacks, strokes, had shot down in the street, raped, molested, turned into homosexual, gave drug overdoses to, gave mental diseases, multiple sclerosis, downs syndrome, or had kidnapped for his fame, fortune, wealth, name, for his ministry and to open doors for his loyal subjects who did the same for his tainted blessing.

The number of blood sacrifices are staggering but they will not tell the truth. They are satanist marine kingdom agents and are required by their law to shed innocent blood. They commit the required sacrifices though the mentioned methods, car accidents, sicknesses or shoot us down in the street, and abortions. Joel Osteen's church recently and boldly shed fake tears and concern for the blood sacrifice of a Christian woman in his church.

They attempted a double murder but the young man survived. It was an overt blood sacrifice for all the world to see. Like me millions of Christians and our family members have experienced these occurrences because the pastors are benefactors of the Marine Kingdom and they must, unequivocally without a shadow of a doubt give blood sacrifices to keep what Satan has given them. That's one reason so many so-called pastors align themselves with abortionist and administrations who support the ending of a life. Abortions are blood sacrifice of innocent blood, the younger the better.

Like Daniel K. Olukoya, TD Jakes has been in the Kingdom of Satan for over forty years. That's a lot of innocent Christian bloodshed, sacrifices and a lot of souls lost because people believe they are saved serving Jesus Christ. After the Lord delivered me from the grips of TD Jakes through Tracy B. Magwood. He began to quickly restore me. Before the Lord could finish his work yet again another interference-- here came another voice to draw me back into the occult. That is why I give a section on how they are an organized criminal entity. They work together to put us in jail, make us homeless, give us a disease or have us arrested or shot down in the street.  Nonetheless, likewise Kehinde and Aderonike attempted to murder me with the same religious weapons of care accidents, sicknesses, preventing my books, music, and career to prosper just to please and accommodate blood sacrifices for Doctor Daniel K. and Folashade Olukoya and Olumide Oni

who are their gatekeepers. I have been suffering at the hands of these pastors who continue to attempt to murder me with car accidents, sickness and other satanic rituals. I have been intentionally denied access to Jesus Christ through their continued interference and attempts to keep me through legal rights held through illegally initiating me into Satanism. Being in their churches gives them a legal right because without the Holy Spirit you do not belong to Christ.

They understand this very well. One does receive the Holy Spirit when you receive Jesus but you need the seal. "**You, however, are not in the flesh, but in the Spirit, since[a] the Spirit of God lives in you. But if anyone does not have the Spirit of Christ, he does not belong to Him" Romans 8:9**

**In whom ye also trusted, after that ye heard the word of truth, the gospel of your salvation: in whom also after that ye believed, ye were sealed with that holy Spirit of promise. Ephesian 1:13**

**As long as a Christian is in their synagogue, they are in the occultism Satan is their god and they are not saved and are going to hell. They have left doors open to b demonized and controlled. I simply didn't know I was in the occult until recently. They are ushering millions of souls to Hell and continued to try to take my life.**

This is some of what has been happening to me a born-again Christian. Like millions and millions who are illegally held by these pastors in the occult deceptively disguising themselves as Christians using their religions devices against us to spiritually and naturally enslave us. Genuine Christians need to know two of the biggest Pastors in America are no ordinary warlocks but high leveled Marine Kingdom agents and occultist, and their churches are not Christian organizations. Christians are in the occult and separated from Jesus Christ.

**EXHIT 3 ANOTHER LETTER TO MY PRESIDENT IN JANUARY 2025-LETTER TO PRESIDENT TRUMP-President Trump my name is Terese Ebony Jones,** I am a United States naturalized citizen, born and raised in the United States of America. I claim no other country of reference or origin. I currently reside in Tampa Florida and am originally from Philadelphia Pennsylvania. My great-grandparents, grandparents, and parents were all born and raised in the United States, with no known ties to any other country or Caribbean Island.

I mention these details because I was born into a family that practiced witchcraft and occultism as their religion, initiating me into their practices, rituals, and ceremonies without my consent, input desire or knowledge. My parents, now deceased, completed the practices with help from various family members and friends who were monitors, boyfriends and individuals sent to stifle my progress and destiny every step of my life.

The most dangerous entity who did the most damage was the leaders in the church. They fully understood I wanted to serve Jesus. Even at an early age I desired to break free from these oppressive practices and was initially sent to churches after violations in my family.

Later on, despite my efforts to distance myself, I faced constant manipulation and control, making it nearly impossible to escape the family's influence. I had no knowledge of familiar spirits and household witchcraft through my family's bloodline. Nor was I aware the pastors in the churches were Luciferians. How could I discover when trickery was used against me all of my adult life. I was forced into the occult.

At an early age, my journey for freedom and truth led me to seek solace and support within the church community. However, this institution, which should have been a sanctuary, turned out to be the most dangerous adversary. The church's leadership fully comprehended my quest for liberation from the occult but forced me deeper into it and farther away from my God time and time again. They need to be held accountable for what was done to me by them, and the millions of Christians they are illegally holding in their camps.

They exploited my vulnerability to follow Jesus Christ, imposing a different kind of control under the guise of spiritual guidance turned out to be an instrument of the occult in collaboration with a system who for decades used members who were in the occult to rape, beat, molest, drug, arrest, deny me an education, deny me my rights to privacy, as I was monitored day and night.

I was the victim of three attempted kidnappings, I was sex trafficked and sold to men. I was drugged as an occult member attempted to murder me in a hotel bathtub after drugging me. I was unlawfully arrested, detained under the Baker Act three times, and nearly shot down in the street, multiple times by police officers who were involved in the occult. Last year six-armed Hillsborough County police officers were sent into my home to kill me by Latoya Marion and Kehinde Olajide.

They came into my house closed the door and sent me in the other room to get my phone. Jesus did not allow them to take my life.

I am in an illegal foreclosure in an effort by occult members to make another Christian homeless after having been terrorized by individuals who left satanic occult ritualistic items on my doorstep and vehicle for over ten years.

I am writing this letter with the utmost urgency and a heavy heart to bring to your attention the severe and numerous crimes committed against me by the Tracy B. Magwood and her cult and now Mountain of Fire Ministry located in Tampa, Florida.

Over the past five years, I have been subjected to a series of violent crimes, civil rights violations, human trafficking, and fraudulent activities orchestrated by this organizations. The Churches in America operates as an organized crime syndicate enslaving and controlling the lives of millions of victims who believe they are in Christianity.

My purpose, reason, and intent for this legal action are to accomplish several unprecedented goals through the legal system as a naturalized citizen of the United States of America; who holds Godly, Constitutional, legal, human, natural, and spiritual rights. All of my most sacred rights have been intentionally violated which almost resulted in my death:


I HAVE OTHER EXHIBITS THAT I INTEND TO OFFER AS PROOF THAT I HAVE BEEN ASKING FOR HELP FROM EVERY GOVERNMENT AGANCY FOR MORE THAN FOUR YEARS. I COMPLAINT TO THE EEOC ABOUT EMPOYERS USING ME AS A SLAVE NOT PAYING ME AND FORBIDDING ME TO SPEAK ABOUT JESUS WHILE EVERYONE ELSE FREELY SPOKE ABOUT THEIR RELIGION.

**EXHIBIT4- LETTER PLEADING FOR HELP FROM REPRESENTATIVES**

Clearman, Madison<Madison.Clearman@myfloridahouse.gov>
To:You

Fri 6/7/2024 9:40 PM

Hi Terese,

This is Madison with Rep. Eskamani's Office reaching out regarding your case involving your Condominium Association. My colleague and I spoke with you on Monday about some concerns you were having as well as the hope to draft legislation. Though we cannot engage in legal issues like this one and cannot file legislation at this time, we have reached out to the office of

your State Representative, Susan Valdés, for further assistance and guidance. Also attached in this email are helpful contacts and resources.

Your District 3 County Commissioner is Gwen Myers, available at (813) 272-5720. She might be able to provide further information or assistance on this matter. You could also contact the Code Enforcement Board at (813) 272-7181. Furthermore, legal aid in your area can be found via

We hope we could be of some assistance to you! I deeply encourage you to check in with your State Rep, your County Commissioner, and also Code Enforcement. To add, legal aid in your area can offer free consultations and guide you on what steps need to be taken.

Thank you and have a nice weekend.

Madison Clearman
District Aide
Representative Anna V. Eskamani | Florida State House District 42
Madison.Clearman@MyFloridaHouse.gov
Pronouns: She/Her/Hers

**District Office**
1507 East Concord Street
Orlando, FL 32803
Phone: (407) 228-1451

**Capitol Office**
406 House Office Building (HOB)
402 South Monroe Street
Tallahassee, FL 32399-1300
Phone: (850) 717-5042

## EXHIBIT 5- LETTER TO ANOTHER ELECTED OFFICIAL

----Original Message-----
From: tereseebony007@gmail.com <tereseebony007@gmail.com>
Sent: Saturday, June 1, 2024 8:29 PM
To: Office of Senator Davis <DAVIS.TRACIE.WEB@flsenate.gov>
Subject: Other (flsenate.gov)

Preferred Response By: Telephone

Terese Ebony Jones
Tudor Cay Condominium
tereseebony007@gmail.com
9013 Tudor dr g203
Tampa, FL 33615

This address is in Senate District 14.
9549079614

Receive updates via email: Yes
Hi Terese,

Thanks so much for sharing your experiences with our office. I have shared your message with Senator Collins' staff, as you are located in their district so that they can assist you with this matter.

Office of Senator Tracie Davis – SD 05
District Office Phone: (904) 359-2575
Tallahassee Office Phone: (850) 487-5005

---

Greetings,
While writing for help, I suddenly came across a news story by Justin Gray, a reporter with 2 WSB-TV in Atlanta. The story discussed exactly my purpose for writing and asking for help. It discussed the State of Georgia lawmaker's plan to refile a bill to stop HOA foreclosures and make the associations no longer allowed to foreclose on homes for unpaid fees or assessments and Attorney costs. In my case, the foreclosure was filed one and a half years after I paid all fees and, done in a way to keep me off the board, intimated and harassed me. Here is what I am asking:

1. For the Florida Governor or lawmakers to refile a bill to stop foreclosures; and not allow associations in the State of Florida to foreclose on homes for unpaid fees, assessments, or attorney costs. This association is exploiting the process after I provided all the documentation, they required to prove I did not owe a balance.
2. Make it illegal for an LCAM or a Management Company to prevent a homeowner from serving as a board member or president because the homeowner allegedly owes fees.
3. Refile the bill to make it illegal for the association to break into a homeowner's property and change the locks when there is no emergency. If there is an emergency, give the homeowner an opportunity to allow the association entry.
4. When a homeowner is a Born Again Christian and complains to the association about satanic ritualist religious items left on the Christian's home, the claims should be reasonably investigated by the association, and a police or incident report should be filed.
5. Some other system of complaint must be put in place besides the ombudsman's system. All they do is refer you to legal aid. That office is a waste of taxpayers' money.

He is my story. I purchased my unit at the Tudor Cay Condominium Association for $45,000 in cash and renovated the property. Today, the property is valued between $190,00 and $200,000 and is owned free. Immediately after moving into my unit, the neighbors in the community began violating my rights to practice Christianity. My rights were violated between 2014 and 2024. Satanic ritualistic items were left on my doorstep and my vehicle for years. I suspect Mary Jane Porter is the major culprit who is behind the years of harassing and trying to intimidate me. She is in the occult and is a confessed member of a different religion than genuine Christianity. She is now the self-appointed LCAM over the association.

Mary Jane was on the board and/or served as president throughout this ordeal. In July 2023, after I asked to be placed on the board, a week later, she intentionally had the Wheeler law firm file a

foreclosure after documents were falsified to create an illegal bill for fees I did not owe.
Under her watch, pit bulls and other large dogs were permitted to move in and roam the property without a leash, freely jumping on me every time I went out. It seemed like every time I went to my car or to take out trash; I had an incident with a large dog. Despite my filing a police complaint and notifying the office of the incidents, nothing was done, even after I complained to Mary Jane and the management companies. Large dogs and attacks by them are an outward sign of witchcraft. Mary Jane did this intentional action because she did not want me to sit on the board or become president of the association, to monitor her spending, and it was to exert her religious rituals against me. My First Amendment right to practice my faith and religion was violated. I am being racially discriminated against and forced into satanic religious ceremonies without my permission. These events have not happened to anyone else in this association other than me. Leaving those ceremonial items on my property intentionally and illegally involved me in the occult religious ceremonies because I am a Christian, and my God forbids such involvement. It could have cost me my soul. For three years, I've fought against an illegal foreclosure.

The association used a small balance of $700 to file a Lien, then foreclosure a year and a half after I paid all that I owed, even the $700.00. The thousands of dollars I owe are all attorneys' fees charged to me. I only mention it here because, in 2021, I intentionally stopped making payments and missed only four. The reason is that I was being retaliated against and refused help with common area problems the Association is responsible for maintaining. In January 2022, after missing four payments, I contacted the office to request that Todd King contact me so that I could make full payments. I told him to contact me. I was willing to pay and bring the account up to date.
After not receiving any response from Mr. King to my few dozen email calls, texts, and messages from the Administrative, I began paying. Glausier Knight and Jones notified me that they were attempting to collect a debt for the unpaid amount. I disputed the debt as the amount was incorrect. I clearly stated that I was willing to and had no issue paying the amount owed because of not paying an error. However, Glausier Knight and Jones began to send confusing statements. Payments that were made were claimed by the Association and the management company as missing. The Association began to demand front and back copies of checks they knew did not exist. This attack was spearheaded by Mary Jane Porter. Immediately after the Shamanic Priest shut down my light, he stated he would take me to court.

A week later, Glausier Knight and Jones filed a lien after I provided all documents and statements under the impression that they were satisfied with my bank statements and proof that I paid the payments they claimed were missing. The management company began processing the payments as ACH instead of depositing the items. Meanwhile, Glausier, Knight, and Jones began extreme harassment by sending notifications back, demanding full payment. The letters were emotionally stressful. Every time I supplied bank records to show the management company, they were paid, and I was threatened with foreclosure for non-payment. An illegal lien was placed on my property while we were in dispute. Glauier, Knight, and Jones did not prove I owed the debt. Finally, I hired Tom Roman, who had a conference with a representative from Associa, the management company, Glausier, Knight and Jones, Wheeler Law Firm, a manager from JPMorgan Chase, with a member from the ACH department, Mr. Roman, and me.

The manager and back office went to great lengths to provide every document showing that the recipient bank received all payments to date, and that I did not owe any money. Before the meeting, Mr. Roman reviewed all the documents prepared and outlined and sent almost twenty statements, and all payments showed that the recipient bank received their money.

However, Glausier, Knight, and Jones continued collections efforts and ignored all evidence that I was paid in full. Glausier, Knight, and Jones continued charging the Association retainer fees and refused to release my file. After a year and a half, my file was released to The Wheeler Law firm. The Wheeler Law firm received my file in April 2023. The Firm did not notify me that they had the file. I was not notified that they were collecting a debt. I was not given any opportunity to dispute. My phone records show that I contacted the Firm a dozen times in April. May I call the office 31 times? I gave her time and did not call in June. However, I called 15 times in July. As with Glausier Knight and Jones, I was willing to pay and wanted to meet with her to resolve the issue. For months, I was ignored; however, on two occasions in July, I was told she would contact me after my file was reviewed. I was never provided correspondence telling me I owed any amount I needed to pay. On or about June 6th, I sent a certified letter to Ms. Wheeler asking her to give me a detailed account of what she still claims I owe. I was sent the same information Glausier, Knight, and Jones had sent me. I asked for specific information in an email for the month to the corresponding year.

I had to offer to send in documentation; I was never asked to provide her with any information. Finally, on July 13th, without verifying the debt and giving me any opportunity to pay, Ms. Wheeler filed a Lis pendens against me. On July 13th, she scheduled an appointment with me for July 14th at 2:30 PM. When I contacted her on Friday at 2:30, I was told I was not on schedule and that she was in court. Instead of meeting with me, she filed a judgment the same day she scheduled my appointment and, to date, has never made herself available to meet with me. She filed with the court the day she scheduled the appointment with me. On Tuesday, July 25th, I took my bank statements to Wheeler firm. I took all the documents she refused to acknowledge from the conference call with Tom Roman.

Mary Jane Porter, the management companies, and the attorney could have resolved this long ago. I am ready for this occult and its members to stop these attacks against me. One of the ironic things in all this is that the receiving bank, which Mary Jane Porter, the lawyer, or the association could have but refused to contact, could have resolved this by providing their statements. The bank president is an occult member who is my previous employer They (occult members in my former church, family, and members on the Tudor Cay property, have been trying to kill me with curses and witchcraft through car accidents and sickness and attempting to force me into homelessness. These are all devices used by the occult members against Christians. Another device Mary Jane Porter is using is an attempted false incarceration. She is building a false record of lies, stating that for years, I have displayed threatening behavior, knocking on neighbors' doors, using foul language, and threatening them. It is all untrue, and law enforcement will not act. While I was eleven hundred miles away, on March 13th, I was emailed a notice to enter my apartment.

She and the assistant Destiny knew fully that I was out of town. I replied, asking for a date to enter, and requested my presence when someone was to enter. While waiting for them to give me a date so I could drive back, I was ignored. On March 21st, the maintenance man broke the two locks on my gate and one on the door and entered my apartment. The locks were changed and were not provided to me for three and a half days later.

I arrived home at 2:30 am in a torrential rainstorm to find my locks changed. Unable to get into my apartment, I had to knock on my neighbor's door for a device to break into my apartment. That behavior was intentional, as a familiar spirit device was used to infuriate me and provoke me with the divination that she continued to use against me. Mary Jane continued to make untrue statements, claiming I was harassing neighbors, threatening them, and causing a scene. It was

another lie when I reported this harassment. Someone at internal affairs at the Hillsborough County Police Department told me that harassment isn't criminal. I have been repeatedly ignored by the county. I had the police pull guns on me in this county on one occasion for no reason. On another occasion, I was illegally detained for no reason. I complained to internal affairs and the attorney general office for both instances, to no avail.

This society has created and forced genuine Christians and non-cult members into jail, institutions, homelessness, poverty, false prosecutions, and prison. Either we get shot down on the street or made to appear as self-inflicted harm to ourselves. I am under surveillance by monitoring spirits twenty-four hours a day at my association with occult members who watch me. I am currently any drugs or alcohol-free and have no intention of returning to them. I've never had an addiction, not even a hint. I am not suicidal and will never be, as self-murder is against my God's Law. It is time for the United States to register and recognize the religion of Satanism, its members, and their rituals, sacrifices, curses, candles, seances, and practices. This must come to an end. It's been three years. I am done with this person playing games with my life, wasting my time, adding extra fees, and trying to financially stress me out and force me onto the streets. I am asking for help.

**EXHIBIT 6 NO ONE HELP CHRISTIANS WHEN YOU ARE NOT ONE OF THEM. I HAVE DOZENS OF ELECTED OFFICIALS I CONTACTED.**

Manuel, Trevor<Trevor.Manuel@myfloridahouse.gov>
To:You

Mon 6/3/2024 4:24 PM

Hello Ms. Jones,
I want to thank you for reaching out to the office of Rep. Tom Keen and House District 35. We appreciate you raising your concern with HOA's and their current foreclosure practices with us.
I have taken the opportunity to forward this request to Rep. Susan Valdes and her office given that you reside in House District 64.

Thank you,
Trevor

Trevor Manuel
**Legislative Aide to Representative Tom Keen**
House District 35
Trevor.Manuel@myfloridahouse.gov
District Office: 407.249.4204
Legislative Office: 850.717.5035

**EXHIBIT 7 COULD GET NO HELP FROM HILLSBOROUGH COUNTY POLICE DEPARTMENT.**
**From:** "PEDRO CORTES" <pcortes@teamhcso.com>
**To:** "tereseebony007" <tereseebony007@yahoo.com>
**Sent:** Saturday, November 18, 2023 10:44:44 AM
**Subject:** 23-1071624

Please send all the documents. Thank you.

--Master Detective Pedro Cortes
Hillsborough County Sheriff's Office
Criminal Investigation Division
Economic Crimes Section
1238 Tech Boulevard
Tampa, FL 33619
Office: (813) 247-8682
Fax: 813-242-1868
Email:  pcortes@hcso.tampa.fl.us

--
Master Detective Pedro Cortes
Hillsborough County Sheriff's Office
Criminal Investigation Division
Economic Crimes Section
1238 Tech Boulevard
Tampa, FL 33619
Office: (813) 247-8682
Fax: 813-242-1868
Email:  pcortes@hcso.tampa.fl.us

**EXHIBIT 8 COULD GET NO HELP FROM ANOTHER GOVERNMENT AGENCY**

**Vallejos, Ismael<Ismael.Vallejos@myfloridalicense.com>**

Mon 6/9/2025 12:40 PM

Good morning,

Case 2025027813 is right now with us and is considered as the main case for the presented allegations. New documents provided must be sent to that case. From now on if you sent me documentation, please, just put that it's for case 2025027813. You do not have to submit a new case. That one is already in the system.

Best,

Ismael Vallejos
Investigation Specialist II

Florida Department of Business & Professional Regulation

Office: (850) 717-1509
Ismael.Vallejos@MyFloridaLicense.com

**I WILL INCLUDE IN THIS LAWSUIT A DOCUMENT THAT I SEND TO PRACTICALLY EVERY SENATOR AND RECIVED NO RESPONSE.**

THIS IS MY CONCLUSION ABOUNT WHY I CAN NOT GET HELP OR GET AHEAD.

**PURPOSE RESTATED: ONE WOMAN'S JOURNEY TO ESTABLISH THE SATANIC OCCULT AS AN OFFICIAL RELIGION IN THE UNITED STATES OF AMERICA.**

**The Satanic Occult Religion must be registered and recognized as an official effective practicing religion in the United States of America. Furthermore, the integrated Satanic Occult religious community's rituals, customs, and ceremonies must be publicly disclosed as authentic and effective rituals. Additionally, all Satanic religious outlets, networks, Pastors, and churches must sever all ties with Jesus Christ, his name, image, ideology, persona, character, teachings, kingdom, and Holy Scripture and to:**

**1.** Differentiate Jesus Christ, the All-Mighty God, from every other god, practice, theory, faith, philosophy, belief system, and way of life, and legally categorize Him in a class by himself.

**2.** Alter the ill- equipped natural laws across the land to combat the dark forces that are menacing society through effective ancient methodologies, ritual, and spiritual warfare. To do this, new legislation must be introduced and implemented to prosecute the occult murders and other crimes committed by them, which are plaguing society and the lives of innocent people.

**3.** The United States of America must recognize the distinction between the two powerful kingdoms in the world: the Kingdom of Light (Jesus Christ) and the Kingdom of Dark (Satan).

**4.** The American people must be able to choose between established doctrine and views, teachings, ideologies, laws, and agendas without duplicity or coercion.

**5.** Disseminate biblically based facts about Jesus Christ's kingdom, his genuine teachings, commandments, and laws, and dispel Satanic disinformation regarding Holy Scripture. Permit any genuine Christian to take legal action against Satanic publishers who intentionally or unintentionally, knowingly, or unknowingly, publish and disseminate inaccuracies from the Holy Scripture as factual after being notified of errors.

**6.** Accommodate Jesus Christ's illegally held Kingdom of Light, citizens transition from the Dark Kingdom of Satan's churches, teachings, bewitchments, spells, mind control, and homelessness into the Kingdom of Jesus Christ's government for aid, housing, and to learn authentic Christian Laws, commands, and warfare tactics.

**7.** To freely exercise and practice my Ecclesiastical consecrated spiritual rights according to the Holy Scripture's laws and commandments. In accordance with my God, Kingdom, and Faith and

do so with truthful teachings, without being designated as hate speech or slander against any particular group, community, or individual.

**8.** Be granted absolute immunity from any law now or in the future requiring me or any genuine Christian serving in the Kingdom of God to refer to any biological man as a woman, or any biological woman as a man; and the explicit exemption of recognizing any gender other than a man or woman, he, or she in their natural biological state according to the Bible. "And God said, Let us make man in our image, after our likeness." So, God created man in his own image; in the image of God, he created him; male and female, he created them. **(Genesis 1:26a-27)**.

## Obedience to God and Country

The God of Israel and heaven commands that I adhere to his laws and the laws of the land. However, when the alteration of the natural law directly conflicts with the unraveling of the fundamental original ecclesiastical law through nefarious plots to undermine my legal rights and desire to follow my spiritual laws set forth by heaven, I am unable to comply with the formation of any new law that impedes the original law. This exercising of the Dark Kingdom's religious principals, beliefs, and rituals in this spiritual war are acts of the opposing side to eradicating my Kingdom's laws and commandments to follow their customs and practices, is a violation of Article 75 in the Geneva Convention granting me protection to practice my faith regardless of what country the violation occurs in. Thereby, it goes against the very instructions that my God outlined as behavior that will damn my soul to Hell and ultimately to the eternal lake of fire. Any compliance with such demands from the Satanic kingdom's system, where all of my rights are violated, is not only unconstitutional but also unethical, immoral, and ungodly. Their proposed laws would jeopardize my soul's salvation and my eternal life with Jesus Christ.

As a result, I would be forced to stand against the very God and kingdom I love and serve. Any agreement with any newly created law requiring me to lie and behave in a deceptive manner contrary to the teachings of Jesus Christ will risk separating me from Him, the Almighty God, for all eternity. I am not willing to endanger my eternal soul and abdicate and renounce my position in the everlasting Kingdom of God for Satan while his own walk this earth as his kings and priests. And advance his kingdom while doing so. "And he hath made us kings and priests unto God and his Father; to him be glory and dominion for ever and ever. Amen". (Revelation 1:6)

Again, this issue is worth mentioning for a second time to relay my deepest objections. Illegally redefining the fundamental definition of marriage that my Father and God established for me and genuine Christians to adhere strictly to impedes my beliefs in the laws my God created for me to follow. Thereby, any requirement of any newly established law to acknowledge same-sex couples as married is a violation of my rights as a Kingdom of God citizen; by the Kingdom of Dark to practice faith in my God and Kingdom. And, in turn, aid their customs and rituals in the direct demise of my soul. Again, I must repeat this; my eternal soul does not belong to, nor is it the

property, of this United States government. It does not belong to any witch, wizard, warlock, high priest, priestess, preacher, apostle, or adherent of the Satanic occult. My soul belongs to one government, and that is the Kingdom of God's government.

That holds true regardless of the nation I call home. These ambassadors of Satan in his government's system have no legal, moral, ethical, or spiritual authority to steal or to designate my soul to Satan, while his officials serve his agenda through their governmental offices, titles, churches, businesses, or any of his organizations. The Satanic Occult's religious purpose is to steal the souls from the Kingdom of God and usher them into Hellfire as an offering to their god and his kingdom for position, power, and money through sorcery and their knowledge of the religious dark arts taught to them by him to use against us.

Therefore, I have every right not to involve myself in their church religious ceremonies anymore, and I refuse to. Since I and my soul belong to Jesus Christ and the Kingdom of God government, I ask the court to order   exempt me from adhering to, promoting, acknowledging, or supporting newly created legislation or policies that disregard my United States constitutional fundamental rights and force me to bow down and worship any other god, kingdom, or government. At the same time, I adhere to my constitutionally established privileges as a law-abiding citizen in my birth country. I am not a second-class citizen. I am a Kingdom of God citizen. I am a citizen of the United States of America. I am a God fearing American. Have these individuals, corporations, organizations, and churches arrested and charged for using their Satanic religious powers and rituals to commit war crimes against me under the Geneva Convention and United Nations Laws as violators

**The United States government intentionally neglect to exercise their duty to protect Terese Ebony Jones and millions of Kingdoms of God citizens' rights purposely violated by the Satanic occult church and members of the Kingdom of Darkness. From the foundation of the formation of this country starting with colonialism who brought occultism and witchcraft to the Salem with trials in 1692 in which I believe they were all guilty. The spiritualism movement in the mid nineteen century was the rise of witchcraft disguised as Christianity. Despite book such as Susan Fair's American Witches offering evidence of four centuries of and a host of other books in the hundreds sold on their father's retail store this country still refuses to protect Christians rights.**
**This paragraph is taken from AI**

 The occult in America has a rich and often overlooked history, deeply intertwined with the nation's cultural, political, and religious development. From the 18th century to the present, various occult and esoteric movements have profoundly shaped American identity, spirituality, and social progress. Key themes include the rise of Spiritualism, the influence of Freemasonry and Transcendentalism, and the emergence of New Age spirituality. Here's a more detailed look:

Early Influences and the Burned-Over District:

- **Colonial Era:**

  Figures like Johannes Kelpius and Mother Ann Lee (Shakers) laid the groundwork for American occultism, with Kelpius's colony near Philadelphia and Lee's introduction of the Shakers into the New World.

- **Burned-Over District:**

  This region in upstate New York became a hotbed for religious radicalism in the 1830s and 40s, birthing Mormonism, Seventh-Day Adventism, and Spiritualism.

- **Spiritualism:**
  This movement, emphasizing communication with spirits of the dead, became a powerful force, particularly among women who found leadership roles as mediums.

19th Century: A Crucible of Occult Experimentation:

- **Freemasonry and Transcendentalism:**

  These movements contributed to a climate of religious experimentation and a focus on individual spiritual development.

- **Influence on Social Movements:**

  Occult and mystical ideas fueled movements for abolitionism, women's rights, and other progressive causes.

- **Rise of Popular Occult Practices:**
  This era saw the popularization of practices like mediumship, séances, and the Ouija board, reflecting a growing interest in the esoteric.

20th Century and Beyond:

- **New Age Movement:**

  The counter-cultural movement of the 1960s embraced many occult and mystical ideas, promoting expanded consciousness and alternative spiritual practices.

- **Influence on Mainstream Culture:**

  Occult and mystical ideas have permeated various aspects of American life, from health and wellness practices to popular culture.

- **Continued Relevance:**
  The occult continues to be a significant force in American spirituality, with ongoing interest in various esoteric traditions and practices.

Key Figures:

- **Ann Lee:** Founder of the Shakers, known for her spiritual leadership and claims of miraculous powers.

- **Joseph Smith**: Founder of Mormonism, a religion deeply influenced by occult ideas.
- **Helena Blavatsky**: Co-founder of the Theosophical Society, a major influence on New Age thought.
- **Edgar Cayce**: A famous psychic and healer whose work remains popular today.
- **Henry A. Wallace**: A politician who embraced occult ideas, including the search for the mythical city of Shambhala.
- **Norman Vincent Peale**: A prominent figure in the positive thinking movement, influenced by occult ideas.
- Charles Taze Russell. Founder of Jehovah Witness
- Ellen White Joseph bates/ Seven-day Adventist

These people were SATANIST who established a false religion and called it Christianity.

Like the majority of these pastors today these individuals where leaders were Satanist and not Christians. The country was never founded on any Christian principles and the legal rights of genuine Christians are intentionally being forced into this religion and away from our God and Kingdom which is the only way to counter.

**My rights and the rights of millions of true Christians with a desire to serve Jesus Christ continue to be forced into the occult by the very leaders install and handpicked by demonic forces to intentionally mislead us away from our faith God and our Kingdom's way of life.**

## The rights violated and not protected by the government are as follows:

I. **Ecclesiastical consecrated spiritual rights were violated.**
II. **United States Constitutional rights were violated. (1st 2nd 3rd 4th 5th 6th 8th, &14TH Amendments).**
III. **Human rights were violated.**
IV. **Natural rights were violated.**
V. **Geneva Convention and United Nations Law Violations:**

### Ecclesiastical consecrated spiritual rights violated.

- **Have no other God** "Thou shalt have no other gods before me"(**Exodus 20:3 KJV**) "And in all things that I have said unto you be circumspect: and make no mention of the name of other gods, neither let it be heard out of thy mouth.(**Exodus 23:13 KJV**) "And go not after other gods to serve them, and to worship them, and provoke me not to anger with the works of your hands; and I will do you no hurt." (**Jeremiah 25:6 KJV**)
- **Love and believe in one God**- "And thou shalt love the Lord thy God with all thy heart, and with all thy soul, and with all thy mind, and with all thy strength: this is the first commandment."(**Mark 12:30 KJV**). "But take diligent heed to do the commandment and the law, which Moses the servant of the Lord charged you, to love the Lord your God, and to walk in all his ways, and to keep his

commandments, and to cleave unto him, and to serve him with all your heart" and with all your soul.(**Joshua 22:5KJV**).

- **Freedom from enslavement** "If the Son therefore shall make you free, ye shall be free indeed."(**John 8:36 KJV**). "Stand fast therefore in the liberty wherewith Christ hath made us free and be not entangled again with the yoke of bondage". (**Galatians 5:1 KJV**).
- **Abundant Life** "The thief cometh not, but for to steal, and to kill, and to destroy: I am come that they might have life, and that they might have it more abundantly".(**John 10:10 KJV**)."Now the God of hope fill you with all joy and peace in believing, that ye may abound in hope, through the power of the Holy Ghost."(**Romans 15:13 KJV**)
- **Good Health** "Beloved, I wish above all things that thou mayest prosper and be in health, even as thy soul prospereth".(3 John 1:2 KJV). "Pleasant words are as a honeycomb, sweet to the soul, and health to the bones".(**Proverb 16:24 KJV**)
- **Daily Spiritual Disciplines 1. Bible Study 2. Prayer 3. Meditation 4.Fasting** : "Study to shew thyself approved unto God, a workman that needeth not to be ashamed, rightly dividing the word of truth"(**2 Timothy 2:15 KJV**) "Then shall ye call upon me, and ye shall go and pray unto me, and I will hearken unto you" (Jeremiah 29:12 KJV) "But his delight is in the law of the Lord; and in his law doth he meditate day and night."(**Psalm 1:2 KJV**) "Therefore also now, saith the Lord, turn ye even to me with all your heart, and with fasting, and with weeping, and with mourning"(**Joel 2:12 KJV**)

## United States Constitutional Rights Trampled upon disregarded and allowed

**1**. Severely prohibit my ability to exercise my **First Amendment right** to serve another God and faith (Jesus Christ) and to freely speak about Jesus Christ my God, in their organizations, business, schools or anywhere in their system while they openly serve, worship, and promote their god.

**2.** To intentionally impede me from exercising my **Second Amendment** rights to protect myself by possess a firearm and willfully disarming me by hindering me from the Holy Scripture and all spiritual weapons made available to me as they waged a spiritual and natural war against me and God's people.

**3**. To outline my **Third Amendment** right violation which forbids forcible housing of military in a private home during peacetime. In the natural world we are at peacetime.

However, the Satanic occult military personnel unit sent spirits and individuals to physically live in my home on the pretense of being an ally. In the spiritual realm demonic spirits were sent to stalk harass and hide in my home without permission. Also, Satan's military soldier failed to follow any measure prescribed by law that followed any procedure to enter my dwelling. And illegally occupied my home in this spiritual war waged against me in violation of my right by sending spirits and humans in my home to occupy it without a legal right.

**4.** Satan government has granted his military expressed powers to declare war on God's people and me. In doing so my **Fourth Amendment** right has been consistently violated by his agents who physically conducted illegal and unreasonable searches in my home via natural and supernatural means. His military forces seized classified personal and spiritual documents and pertinent information without probable cause and due process.

In addition, in the spiritual realm, the same Fourth Amendment violation occurred by his military through the illegal use of means of invasion of my privacy by seances, satanic candles, astral traveling, mind reading, monitors and phone calls.

**5.** The violation of my **Fifth Amendment** rights transpired through classified documents, conversations, agents report, and information. The illegally obtained material by Satan's army then used said information against me in the court room of heaven, which caused me to self-incriminate myself by testifying against myself, leading to an illegal verdict and spiritual punishment resulting in the natural.

**6.**My **Sixth Amendment** rights were grossly violated and trampled upon for decades in this spiritual war wages against me. The Satanic occult well- organized legal team has infringed upon my every constitutional right, human right, natural right, spiritual right, and Godly rights in an effort to illegally obtain evidence, in order to fabricate charges to accuse me of crimes with the purpose of dragging me into the court room of heaven; without my knowledge. Their legal team intentionally entrapped me into sin and fornication by sending occultic men into my life. Those men forced me into sin and caused me to transgression against my God's law.

The sin was used against me in the court room of heaven with delayed proceedings, without a jury of my peers and more importantly without my advocate Jesus Christ.

The Eighth Amendment The illegal information was acquired by their legal team searching for my family's ancestry history and bloodline along with various methods was used to build a case against and issue curses against me. In the natural, that translated into the excessive number of tickets I received. I was constantly being pulled over and harassed by law enforcement.

**Human and Natural Rights as outlined by The United Nations Human Rights Council (UNHRC) and The Office of the United Nations High Commissioner for Human Rights (OHCHR)**

**Natural rights violated.**

- **The Right to work.**
- **The Right to Liberty.**
- **The Right to Own Property.**
- **The Right to Make a Living.**
- **The Right to Practice Religion**

- **Human rights violated.**
- **The Right to Life.**
- **The Right to Freedom from Torture.**
- **The Right to equal treatment.**
- **The Right to Privacy.**
- **The Right to freedom of thought, opinion, and expression.**

**Geneva Convention and United Nations Law Violations:**

Make no mistake about what I am stating in my claims against the United States of America and the defendants that are listed. Due to the sheer number of people in my original case I narrowed the list down to a fraction of the individuals who intentionally, willingly and knowingly, and perpetuated acts of violence, fraud, theft, rape, among other infractions against my civil liberties and freedoms in with the collective sole purpose from exercising my rights to serve Jesus Christ.

Nonetheless, we are in a war, and this war the enemy with are Satanic occult members illegally and covertly engaged us in (genuine Christians) in is a brutal bloodthirsty savage war conducted by high-ranking military officials, military personnel, including five-star generals, Lieutenant Generals, Majors, Captains, Sergeants, Corporals, all the way to your privates who come in the form of monitoring spirits.

These Soldiers for Satan in their respective rank and order through their public roles titles and jobs are characterized by the complete disregard for Kingdom of God civilian citizens going about their daily life. With a blatant disregard for our lives and rights they continue the violation of, international law, rules of engagement and spiritual warfare. Due to the very nature of the types of spiritual warfare tactic used by the Kingdom of Darkness or Satan soldiers who create ordinances, laws, statues and regulation against us without our knowledge in the spiritual realm then orchestrate a certain entrapment that lures us into infringing the ordinance. Once the ordinance is violated through the entrapment, without due process judgement is passed in the form of a punishment up to and including incarceration, violent beatings, and a death sentence carried out through a car accident drug overdose a police shooting or other forms of punishment used against us.

Therefore, due to the nature of the brutal mass genocide against genuine Christians and the violation of due process in these harsh sentences a I stated that war crimes, crimes against humanity and spiritual law through the Geneva convention, United Nations- International Civil Service Commission and its subsidiary body, the Advisory Committee on Post Adjustment Questions (ACPAQ). These combatants in action are responsibly for the mass genocide of millions of genuine Christians intentionally killing civilians and intentionally killing prisoners of war, torture, taking hostages, unnecessarily destroying civilian property, deception by perfidy, wartime sexual violence, pillaging, ethnic cleansing, and violations, illegally forcing genuine Christians to partake in Satanic rituals, customs, using sorcery, divinations, Blackmagic, illegal marriage to their spiritual self, denying us the right to marry as our God commands, interfering with our ability to prosper, harassing, monitoring, using witchcraft, acquire property, transferring our destinies, enslavement, slavery, intentionally disguising themselves **as a Christian to defraud, mislead and deceive, using soldiers in the police force to violently attack and murder us, as well  as all the crimes listed below.**

- **§ Article One:** Article Two: Enslavement: Spiritual Reflection in the Natural

- **§ Articles 4 and 5**: Forced Labor: Sent to Work in Satanic Corporations and Businesses

- **§ Article 12(1):** Protection, treatment, and care for the sick," denied proper health care.

- **§ Article 27:** Mass systematic rape and sexual enslavement in a time of war

- **§ Article 13:** Prisoners of war must at all times be humanely treated.

- **§ Article 45:** Persecutions on political, racial, or religious grounds: I am being persecuted for being a genuine Christian.

- **§ Article 47:** A mercenary shall not have the right to be a combatant or a prisoner of war. Many of the servants of Satan acted as mercenaries for financial gain, position, and power.

- **§ Article 75:** Each party shall respect the person, honor, convictions, and religious practices of all such persons. (I was forced to serve Satan, his Dark Kingdom, and their religious beliefs through their spiritual tactics waged against me.)

- **§ Article 76:** Treatment of Detainees (I have been forced to take drugs and alcohol so I can be controlled through sorcery. Satanic doctors mutilated me. I was denied an education, healthcare, and family. Several attempts in my life were made through their religious practices.

- **§ Article 90:** An International Fact-Finding Commission (hereinafter referred to as "the Commission") consisting of fifteen members of high moral standing and acknowledged impartiality shall be established. I am requesting the International Fact-Finding Commission to take my claims seriously and investigate. It does not matter if these crimes originated in the spiritual realm; nonetheless, they were carried out in the natural world by these individuals.

- **§ Article 91:** Responsibility A party to the conflict that violates the provisions of the Conventions or of this Protocol shall, if the case demands it, be liable to pay compensation. (I want each party who practiced their religious methods to take advantage of me to be arrested, fined, and ordered to compensate me.)

**Other laws were violated against me by the defendants in the Satanic Occult**

**The Privacy Act of 1974**, as amended to present (5 U.S.C. 552a), protects records about individuals retrieved by personal identifiers such as a name, social security number, or other identifying number or symbol. It prohibits disclosure of such records without the prior, written consent of the individual(s) to whom the records pertain. I in no way consented.

**Wire fraud under** 941.18 U.S.C. 1343 (aggravated identity theft) and the Equal Credit Opportunity Act (ECOA).

The **Fair Housing Act,** *42 U.S.C. §§ 3601-19* Title VIII of the Civil Rights Act of 1968 (Fair Housing Act), as amended, prohibits discrimination in the sale, rental, and financing of dwellings and in other housing-related transactions because of race, color, religion, sex (including gender identity and sexual orientation), familial status, national origin, and disability. It also requires that all federal housing and urban development programs be administered in a manner that affirmatively furthers fair housing.

**Title VI of the Civil Rights Act of 1964**

***42 U.S.C. § 2000d-1*** Title VI prohibits discrimination on the basis of race, color, and national origin in programs and activities receiving federal financial assistance.

**Gramm-Leach-Bliley Act of 1999?**

The Gramm-Leach-Bliley Act requires financial institution companies that offer consumers financial products or services like loans, financial or investment advice, or insurance—to explain their information-sharing practices to their customers and to safeguard sensitive data.

**12 C.F.R. Part 1002: Equal Credit Opportunity Act (Regulation B)**

Regulation B is issued by the Bureau of Consumer Financial Protection (Bureau) pursuant to Title VII (Equal Credit Opportunity Act) of the Consumer Credit Protection Act, as amended (15 U.S.C. 1601 *et seq.*)

**Lifelong criminal and civil infractions against me and millions of Kingdoms of God citizens by members in the Kingdom of Darkness Underground Satanic Sexual Occult System that the government breached its duty to protect us from as directed by the Constitution for its United States dual citizens.**

- Demonization
- Prearranged Marriage
- Intentionally Inflicting Emotional Distress Continuous attempt to lure into Homosexual Life
- Forced into Spiritual Servitude and Bondage
- Negligent Misrepresentation
- Fraudulent Misrepresentation
- Defamation
- Slander
- Invasion of Privacy
- Wire Fraud

Malicious Prosecution
- False Imprisonment

- Kidnapping
- False Arrest
- Stalking
- First-degree attempted murder
- Sexual assault
- Sexual battery
- Trespass to chattel and conversion
- Negligence
- Breach of duty
- Professional negligence
- Loss of consortium
- Trespass
- Malpractice
- Defamation
- Misuse of legal processes
- Insurance fraud

- False prosecution
- Practicing your Satanic religious rituals against my faith and belief without my consent.
- Intentionally involving KOG citizens in Satanic rituals without consent or desire.
- Financial bondage performing rituals to force poverty and homelessness

Additionally, along with Terese Ebony Jones the United States of America blatantly turn a blind eye to atrocities, civil right injustices, murders, false arrest and prosecutions, illegal searches and seizures, illegal incarceration, of millions of other American Kingdom of Light genuine Christians who are citizens under the government of the Lord Jesus Christ residing in cities states and territories across the country.

The United States and its government officials knowing willingly and intentionally permit violations, torture, capital punishment, and constant deadly attacks of the rights of Kingdom of God citizens by and through the Kingdom of Dark soldiers, militia, military personal, members

and church. The United States by its own agency's information are fully aware that the Occult, Satanism and cults exist and are fully functioning and proactively operating against the genuine Christian community and citizens of the Kingdom of God through spiritual warfare using tactics satanic rituals, rites, practices, charms, mirrors, laws, statues and injunctions among other things to covertly and blindly engage the genuine Christian in a battle without defense and knowledge to gain the advantage.

For decades, various police departments and government departments such as the National Center for the Analysis of violent crimes, the US Department of Justice National Institute of Justice, National Criminal Justice Reference Services (NCJRS) and the Federal Bureau of Investigations Civil rights unit explicitly outline and detailed not only the existence of the occult but also the activities of the members who committed violent crime and their criminal activities.

## Police Departments, Government Agencies and their officials are aware of the activities of these members. Here is a small sample of proof within the government's own files and records.

## Here is the FBI official evidence of the existence of Satanic occult:

**The United States government has sufficient proof of the Satanic occult system existence operating covertly now overtly for decades.**

**National Center for the Analysis of violent crimes. The U.S. Department of Justice.**
**The Federal Bureau of Investigations. Investigators Guide to Allegations of Ritual Child Abuse 1992**
**Kenneth V. Lanning.**

**National Criminal Justice Reference Service (NCJRS).**
**Satanic Cult Awareness Presented By: Gayland W. Hurst, Ph. D and Robert L Marsh (Jan 27th, 1993)**
**Occult Cop Randy Emon**
**http://www.ipt-forensics.com/journal/volume5/j5_1_6.htm**
**https://vault.fbi.gov/nikola-tesla/Nikola**

**The Federal Bureau of Investigations Civil rights Unit investigates Scientology Occult Human Trafficking (2009) https://vault.fbi.gov/church-of-scientology/church-of-scientology-part-01-of-09/view.**
**U.S. Department of Justice National Institute of Justice**

**Glendale Police Dept**
**Glendale, CA 91200, United States Sale Source National Institute of Justice/ Address Box 6000, Dept, Rockville, MD 20849**

**Additionally, the government is fully complicit through direct information from their own files that the Satanic occult members intentionally target genuine Christian children. Targets are launched to coerce and indoctrinate through spiritual oppression beating down Christian young citizens into slavery and bondage through the power of sorcery and black magic. The deadly targets are launched and carried out primarily by occult members through their systems such as the education system, social media system, music industry system, Hollywood religious system, sports industry system and through the main culprit the satanic church system disguised as Christian organizations.**

**Documented proof of the occult in the United States are primarily after children to corrupt their minds into homosexuality and away from Jesus Christ plans purposes and intent for their innocent lives.**

- Satanic temple host after school Satan club at Pennsylvania school Published August 27, 2022, 10:00pm Adam Sabes is a writer on the breaking news team for Fox News Digital.
- North Carolina parents outraged over after school Satan Club Adam Sabes | Fox News May 2, 2022
- After-School Satan Club' planned at Illinois elementary school. District explains why Mike Stunson updated January 13, 2022,
- Another 'After-School Satan Club' is approved, this time at an Ohio elementary school By Kaitlyn Atlantis January 28, 2022,
- Statue of Molech, Pagan Deity of Child Sacrifice, Displayed at Colosseum Deborah Bunting 12-10-2022.
- U.S. Department of Justice Office of Justice Programs: Devil's Web: Who Is Stalking Your Children for Satan? NCJ Number 151036 Author(s) P Pulling; K Cawthon Date Published 1989 Length 216 pages.
- Satan's playground two South Florida Cops Deal with the Devil as they confront the skeptics and educate the ignorant about the dangers of the occult. By Jonathon King South Florida South Florida Sun-Sentinel Feb 25, 1990.

THE GOVERNMENT WAS NOTIFIED OF MY COMPLAINTS SINCE 2022 AND FAILED TO TAKE ACTION TO PROTCT MY RIGHTS!!!!!!!!!!!!!!!!!!!

EXHIBIT 9 I WROTE AN EXHAUSTINGLY NUMBER OF CIVIL RIGHTS ATTORNEY IN PRIVATE PRACTICE AND IN AT LEAST ALL OF THE MAJOR IVY LEAGUE LAW SCHOOLS ACROSS THE COUNTRY. SOME WERE CONTACTED 3 YEARS AGO SEVERAL TIMES.

Terese E Jones
9013 Tudor Drive G203
Tampa Fl 33615
redressamerica@gmail.com
954.907.96.14
8:23-CV-1613 WFJ-TGW

8:23-CV-1619-WFT-CPT

Greetings Mr. Alan M Dershowitz, or Any Prominent Civil Rights Attorney and Government Official.

I hope that all is well with you. I want to get straight to the point and the letter's purpose. I appreciate that you are very busy with your life and profession. The purpose of my contacting you is that I would like to plead with you to take over my case, help me or direct me to who can. I was totally and completely demonized; some might call it demon possessed. I have verifiable proof. It was by people working witchcraft over my life since I was a child. My family is in the Occult and purposely allowed my cousin and stepbrother to molest me. My mother's brother attempted to rape me with her permission. The reason is spiritual so they can force you into homosexuality or promiscuity. Molestation and rape are satanic rituals allowed and practiced by Occult members against their family members. An ex-boyfriend raped me. As a child, I was dressed like a boy and called a tomboy. Every attempt for me to be homosexual was made; up to the year 2021, women in the Occult attempted to seduce me into the lifestyle. Today, I understand that if you want to make it in their system, you must come out as homosexual and push their agenda or support their cause. That is why women are raped and molested by men in their families or by family friends. It is in my writing that I am sending to you, so I will not go into much detail. My ex-husband is in the Occult, and while I was so-called making love with my husband, I was having ritualistic sex with a madman who lured me into a prearranged marriage to destroy me.

Over decades, I had guns drawn on me several times by several police agencies. I was an illegally baker who acted three times, kept on drugs and alcohol by the pastors in the Occult. One pastor sent her husband after me to seduce me. He seduced many women in the church under her command.

These Pastors are rapists, thieves, liars, pedophiles, money hungry, opportunists, homosexuals, their believe in abortion, same-sex marriage, and everything Jesus Christ stands against. And yet, they call themselves Christian-running churches abusing God's people for their god. Everyone stole from me all of my life. I will send you the complaint that I files.

I sent an email the hard copy of the book. Please read it, Sir. These spiritual things must be discussed in detail for a complete understanding. Please read my material and assist us. The Judge dismissed the case with prejudice. It is in appeal stage. We are prepared to take our cause to the Supreme Court to accomplish our goal. We will have more than enough help if the Lord touches your heart to help us. These Pastors are against Jesus Christ and are doing great harm keeping people under satanic control. The case is like no other and is very complicated to understand. That is the reason I am contacting you. You are the most preeminent civil rights attorney in your field and have a gift for understanding complex cases. This case is complex, unprecedented and will make history to change the way, we exercise our religious freedoms in the United States of America.

I have no idea where your religious background is, whom you worship, or if you follow still Jewish tradition; I would assume you do. However, I am a genuine born-again Christian who loves Jesus Christ with all my heart. Life is spiritual, we live in a spiritual world. Christian do not understand this truth was hidden from me.

Mr. Dershowitz, it is not popular in this society and this United States of America to exercise my faith in Jesus Christ. Please consider assisting me in my fight to Redress America. I am hurting, broken, very upset at the state of the people, and deeply concerned with celebrities claiming to be Christians and not. Please carefully consider helping me with my first reading of the material. My experiences are 110% accurate with every police agency, state agency, university, employer, doctor, and hospital. Read my material, and you will see civil rights violation after violation in a society that functions to stop, block, and prevent anyone from moving forward if they are of a different religion or not in the occult. This Satanic Occult is a topic that no one wants to talk about, but we must. The FBI has proof for decades of their activities. These works of iniquity and evil must not be allowed to continue to hide and operate in plain sight. I don't know you personally, but I believe you are fair even if you are not a Christian. Please ask the committee to read the material and view the case. The events are accurate with no fluff. I desperately need help. Some of these people may be your friends, but they are not the Christians they say they are like Oprah Winfrey just to name one. The things that occurred over my life are verifiable. Please help us and take our case.

We will have much help to get the Satanic Occult recognized and registered as an official religion. It is a religion. Their powers and abilities to injure people are real. This complaint and my book are the stories of my life, and all accounts are accurate.

I am not on drugs, alcohol, or any medication. I am no longer demon possessed. I have verifiable proof. It is time for this country to acknowledge and separate the two faiths and gods. Please help me.

If you are no longer accepting cases, please help us locate someone to help us move both of these cases forward and accomplish our goals. I sent a mass email to every constitutional law professor, pastor, and social media influencer, including you. The email will produce help from the legal community of experts of constitutional law. We are working to spread the facts of our life and help others. The abilities of the Occult must be addressed now. Please help us prepare for the appeal to the Florida Supreme Court and then the United States Supreme Court. I appreciate your feedback, Sir, and thank you in advance. I also need assistance with making a documentary. I have to reach others in my same situation.

My life is fascinating, disturbing, and true. Please help us; I have a right to serve the God of my choosing. Again, every word with these police agencies, Doctors, individuals, employers, and banks are 110 true. The details are my true story in this Underground Satanic Sexual Occult System that we live in and control every aspect of our life. This religion is the reality of the spiritual things taking place in the natural. They are defying natural law from the spiritual realm manifesting it in the natural world. We all know it. Thank you in advance for your consideration. The second case is mentioned for you to see what I am currently enduring at the hands of people in the Occult in my Association. Sir, please look into both case and help us to get the law changed to be recognized and registered as an official religion and help me with my home. I am not ashamed to spread the gospel of Jesus Christ and the healing power from the Occult that

possessed my life. One more thing a Jamaican Shaman in New York told me he was going to take me to court. I had no idea what he was referring to. The very next day the law Firm of Glausier, Knight and Jones filed a lien against my property. Then passed my case to Wheeler Law firm who filed a foreclosure on a home free and clear. Please see this case as well. How does a Jamaican Shaman in Buffalo New York communicate with lawyers if Florida who has no connection in the natural realm. No American should have to deal with this. I am American.

Sincerely

Jesus Christ

Terese E Jones


EXHIBIT 10 I CONTACTED EVERY STATE SENATOR MANY GOVNERS

Greetings,

Congress (Senators and House members), civil rights advocates, media reporters, genuine Christians, influencers, conservative television hosts, genuine pastors, and professors of law. All fair, civil, human, natural, and ecclesiastical rights experts. And more importantly, genuine followers, disciples, and believers of the Lord Jesus Christ or morally social conscience people and experts in the field of constitutional law.

I want to get straight to the point of this letter and explain how you can help. This letter and email aim to get your help and support on this urgent matter. The Satanic Occult Church must be registered and recognized as an official, effective, well-established, practicing religious organization in the United States of America.

**Petition for Redress**: Why are we petitioning the United States Government and these entities in this lawsuit? ***"According to the First Amendment to the Constitution of the United States, Congress shall make no law respecting an establishment of religion, prohibiting the free exercise thereof, abridging the freedom of speech or of the press, or the right of the people peaceably to assemble and to petition the government for a redress of grievances."***

The "Congress shall make no law respecting an establishment of religion" clause not only forbids the government from establishing any official religion but also prohibits government actions that unduly favor one religion over another. This United States government, through its organized allegiances, has consolidated resources and other efforts within the various named entities to firmly stand united as a single, established, powerful, fully functioning religious church. The official establishment of this religious church of the Satanic Occult and the Kingdom of Dark(ness) firmly stands against Jesus Christ, His Kingdom, and his church. I filed two active Federal Lawsuit in the that was filed in the United States District Court for the Middle District of Tampa. The first and most important case number is 8:23-CV-1613-WFJ-TGW.

The second case number is 8:23-CV-1619-WFT-CPT. It is unnecessary to go into detail since all attorneys and lay people have access to the information. Honorable William F Jung dismissed

this important civil rights case with prejudice. The case may have been dismissed because an attorney did not represent me, and the other reason may be the subject matter of the Occult being recognized and registered as a religion. He stated personal arguments and not any legal arguments. The Judge mentioned and appeared to defend certain celebrities who outright practice witchcraft. I am in the process of appealing and intend to appeal this case to the United States Supreme Court if necessary. The Judge's dismissal of this case with prejudice, stating that it is not amendable to cure, is a direct violation of my 1st Amendment Constitutional Right to petition the government for a redress of grievance. I humbly and deeply request assistance as outlined in my complaint to carry this petition to the Supreme Court of the United States of America if necessary. I need the greatest legal minds although some may not be Christians, but you are experts in Constitutional law.

Therefore, I reached out to the legal community at some of the finest Institutions across America to do what needs to be done in this Country that everyone is avoiding. That is to establish this system for what it is, a system that only recognizes and promotes people to a high level who is in the system and is recognized as their own promoting their views and agenda. I am an American. I am not a Black American; I am not an African American; I am American. This Country is my place of birth and origin. It is the place of birth of my parents and their parents. I have no connection to any other Country, Continent, Island, or land to call home. My language is English, although I enjoy learning Spanish. However, what I experienced and am currently experiencing with the second case, in this system is something no American should face. I was Demonized; some may call it demon possessed by those whom I trusted. I was initiated into the Satanic Occult by my parents and family and then by all the defendants. I have lived all of my life under the influence of the powers of Satan and it was not by choice. I was controlled by a demon living inside my body which took control of my mind, body, soul and thoughts.

This demon forced me to do things I did not want to do. My account in the complaint is 110 % accurate in the allegations against all named defendants, agencies, employers, lawyers, law enforcement agencies, individuals, and pastors in the case. All of these people and agencies took full advantage of the demonization I was under due to the Satanic control. They fully understood my condition and did everything to further force me into that state—especially the church pastors and men who pursued me. More likely than not I am probably the first United States confessed demonized person healed by Jesus and is going public to let people know they can be healed by him as well.

Another reason for this email and letter is to explain that this is the answer to the divide that no one seems to want to point out, and the God of heaven has given me a revelation hidden from the earth's foundation to share with all interested parties.

The answer to the issues of the world, especially in the United States of America, is what my complaint and lawsuit are about. There are two powers, forces, Gods and Kingdoms. The Power of God and Satan, the power of light versus darkness. The Kingdom of God versus the Kingdom of Darkness. Whether we like it or not, this is when we must decide which side we serve on and which God one will bow down, honor, and worship openly. The Kingdom of God, Jesus Christ,

or the Kingdom of Darkness, Satan's Kingdom. "***And if it seem evil unto you to serve the LORD, choose you this day whom ye will serve; whether the gods which your fathers served that were on the other side of the flood, or the gods of the Amorites, in whose land ye dwell: but as for me and my house, we will serve the LORD"*** **(Joshua 24:15). and (Deuteronomy 30:1-19 KJV).**

These two opposing Kingdoms are at the center of my lawsuit and why I am requesting help Redressing America. The Satanic Occult Church must be registered and recognized as an official, effective, well-established, practicing religious organization in the United States of America. The Holy Scripture discuss in detail their activities as Satanic. The God of heaven verses the god of this world, Satan, and the Occult. Their methods include the use blood sacrifices misrepresenting the shed blood of Jesus Christ.

The blood of Jesus gives us power they use the blood of goats, lambs, and sacrifices to gain power, strength wealth, and stature or position in their profession. That would explain completely incompetent people occupying high positions. For example, approving someone to sit in the highest court in the land who is dumbfound and cannot describe the definition of a genuine 100 % natural born female or woman. It's more than an agenda, a viewpoint, ideology, or movement. It is a religion. Their practices include sacrificing animals, family, and children. Members of the Occult church are fully aware that their practices put genuine Christians us at risk and intention lure people to hell—especially the pastors who call themselves deliverance Pastors. Nonetheless, there continue to fast, pray, lay hands, and cast demons into us as we blindly believe they are servants of Jesus Christ.

Not only Pastors but their member's practices include forced slavery and homosexuality; there is no such thing as an unrepentant homosexual openly living a lifestyle that is an abomination. Homosexuality, same-sex marriage, married men secretly dressing, as women, homosexual women pastors, homosexual women as head of household, individuals changing their sex, dual spirits, child rape, sexual immorality, bi-sexuality, tri-sexuality, pan-sexuality, masturbation, idolatry, *pedophilia,* beastality, sodomy, fellation, cunnilingus, sex molestation, pedophile, practicing adultery, racism, sexism, fornication, prostitution, female-led relationships, dominant and submissive relationships, group sex, orgies, open marriages, living together without being married, sex without being married, star gazing, martial arts, yoga, transcending, out of body experience, sorcery, juju voodoo, Kundalini, Islam mysticism, gnostic, kabbalism, Hinduism, tea leaf reading, astrology, worship, following getting advice from the dead, having a dead relative as a guide, fortune telling, necromancy, hatred, mind reading and manipulating, séance, lighting candles, offering food to the dead, idol worshipping, greed, manipulation, control, charms, spells, incantations, evil alters, shrines, and sacrifices, fire walking, and bewitchment. The Occult celebrates dead celebrities, dead ancestors, and dead spirits. They have their Day of the Dead parades, Halloween, Mardi Gras, Fat Tuesday, and Ash Wednesday, all of which are ancient Roman festivals honoring false deities. They celebrate pagan festivals such as Renaissance festivals, New Moon festivals, Chinese New Year festivals, and Carnaval festivals, along with pagan holidays such as Christmas, Kwanza, and Easter, and all other pagan activities such as Three Kings, Horoscopes, drugs, alcohol, and money.

The unmentionable thing the indulgers sponsor do not want to discuss but yet they fiercely openly defend and promote, are not simply views or opinions but are deeply immersed in a fine, intricately woven design of one of the oldest religious practices in the world. The Occult, Luciferianism, or Satanism, whichever way you slice it or call it, the bottom line is that it is a full fledge religion with effective practices, rituals, customs, believers' practitioners, and are aware they target Christians, as many call them self-Christians to disguise their authentic god and beliefs. They are separate and apart from Jesus Christ and his Holy Scripture. I need assistance petitioning the government to Redress America and getting this Satanic Occult registered and recognized as the religion that it is. I noticed the trend that any genuine Christians who speak out against their practices are banned by their owner/followers and disciples of their religious views against ours. These people hate everything about us because they hate our Lord and Savior, Jesus Christ. I exercise my right to practice genuine Christianity, and I chose Jesus Christ and His Holy Scripture and lived freely under the Constitution of the United States in my country.

The biggest enemy of the Holy Scripture and Jesus Christ is the homosexual Community and Catholicism which many people support. The government tolerates and perpetuates this promotion of this religion above and against Christianity.

**You may not agree but look at the history of this organization, their views, and practices.** The reason the Catholics support the gay community is that the Catholic Church is the root cause of the homosexual community today. For centuries, the organization has been responsible for the superabundant amount of child molestation worldwide.

When a priest was finally caught in bed with a young boy in a poor, remote village, he would be sent to another village in another country to repeat the act. Offering boys up on the altar with a spirit of homosexuality they could not fight, they became confused and molested other young boys. These acts were occurring all over the world. Wherever the Catholic Church was present, boys were raped and began molesting other boys, leading to the world's homosexual population today. The religious practices of this organization intentionally use witchcraft, divination, spells, incantations, statues, beads, and charms to bewitch the public into serving false gods, idol gods, the dead, astral travel, and a host of other spiritualism practices that amount to voodoo—nothing more and nothing less. The Catholic Church is not Christianity and must stop perpetrating a fraud. The are a haven for pedophiles, immoral acts, idol gods, and witchcraft. The American has the same practices yet took it to another level. No one in these organizations are being helped. Please review both cases and stand with me. This is not a popular subject but its time for this country to give a name to the proponents of this religion and call a spade a spade. Let them come out and publicly acknowledge their god, practices, and beliefs.

**The Parable of the Wheat and the Tares** 24 Another parable He put forth to them, saying: "The kingdom of heaven is like a man who sowed good seed in his field; 25 but while men slept, his enemy came and sowed tares among the wheat and went his way. 26 But when the grain had sprouted and produced a crop, then the tares also appeared. 27 So the servants of the owner came and said to him, 'Sir, did you not sow good seed in your field? How then does it have tares?' 28 He said to

them, 'An enemy has done this.' The servants said to him, 'Do you want us then to go and gather them up?' 29 But he said, 'No, lest while you gather up the tares you also root the wheat with them. 30 Let both grow together until the harvest, and at the time of harvest I will say to the reapers, "First gather together the tares and bind them in bundles to burn them, but gather the wheat into my barn.

Terese E Jones
Ambassador of Jesus Christ standing for Jesus Christ

## History with Governmental Agencies members within the Satanic Occult System.

## Immigration-

**Issue number one:** After having a valid United States passport for ten years I completed the application paid the fees for an expedited renewal and was declined. Along with the application I enclosed a very clear color copy of my driver's license, the original expired passport, and a copy of my Social Security. I was told by a Celeste F that there is no evidence that I was a United States Citizen.

She requested my birth certificate. I sent all of the documents again. The envelope contained the original expired passport, original driver's license, social security card and birth certificate. I was still denied a passport. My rights as a United States citizen were trampled upon by these Occult members having members all over the planet, literally. I was denied a passport after having one for ten years by the United States Immigration office in Miami Florida. The heart of Miami is the epicenter of ground zero for the Occultism. The employees acted not only in bad faith but by supernatural means through their religion and employment to practice their craft on the job in a governmental agency/.

**Issue number two:** I vehemently demand that my ex-husband Robert Fanning's green card be rescinded immediately. Furthermore, the permanent status of this illegal demonically prearranged fabrication of a union must be reverted to his status as an undocumented out-of-status illegal alien stemming from an expired J-1 visa that he could not renew. I insist he is criminally investigated and charged for the fraudulent, illegal, prearranged marriage he entrapped and enslaved me in 2001 through 2008. This illegal marriage was a prearranged, fraudulent sham perpetrated against The God of Israel and his servant by the god of this world, Satan, and his servant. This marriage was done to intentionally keep me from serving my God and pursuing his plan for my life of having a Christian husband and children. The plan was to force me to bow down and serve Satan and send me to hell. Also, to practice witchcraft against me, perform satanic religious ceremonies against me, and keep me spiritually blind. These horrors were committed by family members and the church whom I trusted and believed served Jesus Christ. Unbeknownst to me, I unwittingly partook in not only a laboriously meticulous prearranged marriage but a union that blindly seized my very mind, body, soul, and spirit through the year in their religious ceremonies performed against me.

The marriage had devastating spiritual and natural ramifications engulfed by a torrential, beguiling, spiritual whirlwind that submerged me into a bottomless abyss. I was thronged by high priests, witches, warlocks, wizards, spells, curses, spiritual spouses, and some of the underworld's most highly prized preeminent darkest de jure de facto led by a demoniacal entity manifested in an eerie humanistic form of a blue-eyed Irish demon named Robert Fanning.

His satanic rituals through his religious practices completely immobilized me, deprived, and separated me from the love, care, and power of Jesus Christ. Furthermore, his evil powers deliberately beguiled me into a living shell created by satanically demonizing my soul into his bizarre occultic underground satanic world. At the church I attended, dark prayers by Tracy Magwood and the Ministers left me spiritually blind and unable to fight. Moreover, I was left without the strength of the word from Jesus Christ. Robert's and Tracy's religious ceremonies against me forcefully caused me to face the truth that I was stripped of my free will to discern spiritually what my heart spoke.

I did not love him; I was not attracted to him and never wanted a life with him. However, I married Him. I continuously resisted him and the odd relationship without realizing that multiple sinister well-orchestrated hands manipulated every aspect of my life. Robert Fanning was assigned to marry me to demonize me further steal all of my money and enslaved me When I lost my Job with Wells Fargo, He stole all of my money and maxed my credit cards, left me in debt. He had a long ongoing affair while we were married and had a child. So, I lost my home and job, money, the church closed, and I had debt. I have nothing at all except a love for Jesus Christ. Then I was sent into another trap into the home of John Peretta who just happened to have had a room available and to have just happened to be at the mailbox when I was there.

The story of John Peretta and his wife is found in different sections. I mention them to show how the Satanic Occult send a Christian from one trap to another. I just want to go on record and say, I thank and appreciate Jesus Christ for being my God and never leaving me through all of the turmoil hurt pain Satanically sponsored addiction, job lost, the satanic church with Tracy and her cohorts and being lured into a prearranged illegally made marriage with that blue-eye demon from the deepest darkest part of the lowest part of the abyss and self-proclaimed loyal Catholic. Again, the Catholic church is where he was trained and perfected his wizardry against me. I hold the Catholic Church directly responsible for training the Occult members of their church.

**Equal Employment Opportunity Commission** the EEOC is a Satanic Occult organization who does a great job of talking the Christian out of filing complaints against their member organizations. If you persist as I did, you are given a right to sue, and no investigation is ever conducted. Out of all my years of being cheated by employers, discriminated against, illegally terminated, and reporting it; I have never had an investigation on any cases against any employer.

The latest case I complained about was the incident with Etelequote and how I was attacked spiritually by demonic means. Suranny Gomez knew exactly what I was referring to as I explained the complicated arrows that were thrown at me. However; I was discouraged every step of the way as I complained. I told her that I was not to speak about Jesus on the job while the Occult manager openly practiced their religion against me. I felt that same compulsion as

when I was on at Enterprise. It was an assignment sent out against me to quit instead of being fired. On an impulse the manager Debra Clopin initiated a fight to get me to resign because I had a $2000 bonus, they did not want to pay me. One in a meeting with Alex she threw an arrow. The arrow is some that is thrown at you. Thou shalt not be afraid for the terror by night; nor for the arrow that flieth by day" ;(Psalm 91:5). When threw it and I began to experience anxiety and fear until I prayed.

**The U.S. Department of Housing and Urban Development and Federal Deposit Insurance Corporation and Office of the Comptroller.**

After Filing a Complaint with HUD and submitting a detailed eleven-page outline of what occurred with Park National Bank, the agent Justin Todd sent me an eighteen-question email asking for more details. Some of the questions had three for four parts. I believe that it was the intention to discourage me from moving forward since the questions he asked were already answer in the initial letter of complaint I wrote. I contend that the HUD agent was aware that I was not one of them and who I was in their system. The email was a tactic to intimidate me, waste my time and deter me from continuing with the process. He did not rule in my favor. This is another way the cult operates. The person who is not recognized as one of their own has no real chance against their system of getting any help. All legitimate complaints were disregarded and quickly ruled against me. Regardless of how valid your complaint when you are a genuine Christian the help you need is only in Jesus Christ. Again, to my recollection, I file complaints against Mid Florida, PNC, and Park National Bank to no avail. No investigation from any governmental agency. It was nothing but a waste of time. These complaints were legitimate and warranted an investigation.

## United States Copyright Office

At the same time, occultic entities and occultic powers in my life with less drive, motivation, intelligence, common sense, ambition, and educational degrees stole or traded my employment, promotion, careers, talents, gifts, calling, and benefits for their own. Everything that I did or attempted to do was completely shut down by these powers. For example, I created "Next Level Cosmetics" in 2017. In 2018 I applied for a copyright. I spent hours watching the video to complete the paperwork correctly.

I was contacted by a Satanic Occult member who was an Attorney for the government and denied my request. At the time there was only one application which contained the name next level. The letters were black and said next level. The letters were not unique and were completely different from my logo.

My logo was very unique created and artistic. The Lawyer had no good reason for denying my request and the excuse she offered was lame at best. I believe and know that it was just another attack but an agent of Satan. I was shut down, and Lashon Reese who opened the "Next Level Faith Center afterward. This Witch stole my name after I put my logo on Facebook and even included some of the gold I had in my logo.

Once again, the confederacy, congregation and troop operated by this Satanic organization prayed dark prayers and degrees until nothing worked for me. Then to message it in Pastor Remy Babiola satanically induced me into handing over $1500 to his ministry. When he came to my house to pray over my products and business, he put the nail in the coffin. I did not understand what he was doing but he had something in his hands that he put on my products. My desire is still there to have my business but due to Satanic interference I was completely shut down.

## State of Florida

"Put on the whole armour of God, that ye may be able to stand against the wiles of the devil.
For we wrestle not against flesh and blood, but against principalities, against powers, against the rulers of the darkness of this world, against spiritual wickedness in high places."(Ephesian 6:11-12)

After I was forced out of HPOne in July, 2021Bernice Spann, Tracy Magwood, Mary Medlock, Noel Magwood, Sarah Lumpkins, Tammy McIntosh, Jim Denges, and the other parties in the cult church were in the group of the council of the wicked that stood against me. I was still spiritually blind and thought these were still leaders. Therefore, I did not put on my whole armor of God because I believed I was in a safe place with them. Bernice Spann was the one who was assigned to stalk, harass, and stay with me. "Stay with them" Is a term Tracy uses when she assigns a demon minister to send text calls and pray for the individual. She is also the acts as the one who is assigned to track and trace you in the spiritual realm.

Also, to put curses and manipulate your life with incantations and charms, or whatever else they use. Bernice Span stayed with me for years, collecting a lot of money. I was still not equipped and wasn't aware yet. Therefore, I was still speaking to these women in a Pastor member trusted role. As things unraveled by the Lord, I asked them to pray against limitations and restrictions as I went to God for answers. This spiritualist used the Satanic Occult religions to declare and degree of dark prayers that completely restricted my ability to get anything done. My heavens were completed by the rituals they implored.

The debts at the State of Florida were evil, and I could tell something was going on. It took thirteen months to get a check for my unemployment. It was a year of calling and holding for a

few hours at a time, two or three times a week. I had an issue that needed to be resolved that had to be escalated several times. I knew right away that the workers were Satanists and on assignment. I must have wasted no less than forty hours on the phone attempting to get my unemployment. This assault was a conspiracy by agents at the State of Florida who were supernaturally contacted and carried out their assignment. They have agents everywhere in every field in commerce and industry working for Satan to stop Christians.

**State of Florida Attorney Generals Ashley Moody's office**

"While we look not at the things which are seen, but at the things which are not seen: for the things which are seen are temporal; but the things which are not seen are eternal.

(2Corthians 4:14)

How do you explain spiritual attacks and things that are unseen with the naked eye but are felt and experienced with the seen eye. That Scripture calls the unseen things eternal.  On two occasions or perhaps three times I called the State Attorney's office. I tried to explain things and get help.  The very people who are operating in the Occult and understand exactly what you're talking about are the same ones who hides behind the mask and try to make you seem as if you are insane and better off locked up in a padded cell banging your head against the wall.

I also explained to the representative that I spoke with and made every attempt to report the issue with Enterprise Rent a car in which I knew my life was in danger; when the officer stepped out of the vehicle with his hand on his weapon as he approached me. I wanted to report the incident with Ashley Lorenz who put a knife in my hands giving me the permission that she was helping me open my front door after I had locked myself out. She contacted the police with a false report of a break-in. The officers arrived with drawn weapons as they got out of the car and shout to drop the weapon. The State of Florida Attorney office failed to listen and take a report that I wanted to file.

**Federal Bureau of Investigations**

I made attempts to file and report and speak to someone to no avail.   I did not leave details because when I made a slight attempt to explain why I needed a call back I was dismissed. So I requested a call back. To date I have never received a call back.

**Department of Agriculture &Commerce**

It took eleven and a half months to get a concealed weapons license. After having the information for seven months, the office had a question and requested additional information. The first claim was that the picture was unclear when it was taken at CVS.

They requested a new photo the second time because they claimed the head covering was unacceptable. I sent in another photo. Then I was told a license was issued when it had not been. Then I was sent a license with another person's picture on it.

As I stated, the powers that were cursing my life not only blocked the heavens but put a delay on everything. Agents in this office were definitely used to accomplishing their goals. There was no way that it would have taken eleven months for me to get a concealed weapons license.

I believe that these were also Satanic Occult members, and like everything that was happening, everything in my life was supernaturally held up by the powers working against me. Some may say that I am just exaggerating and trying to make everything fit to appear.

There is some connection between these occurrences that they may feel is random. I will say that that is precisely what I aim to accomplish to show how this Satanic Occult religious system functions against every aspect of the true Christian life. When regardless of who the power is, Church leaders, business owners, managers, governmental leaders, teachers, or any one of their people want to curse your life, make things difficult, or prevent you from obtaining credit or opening a bank account, they can use their religious powers to get things accomplished against the Christian in their system.

They have agents all over the planet to accomplish their goals. In every neighbor, region, and territory stands an Occult power ready to oppose the life of a genuine believer as what was done to me. Therefore, this is no embellishment exaggeration, myth, ghost story, fairy tale, or Steven King horror novel. It accounts for the years of abuse, attempted killings, injustices, and violation of every right known to man that took place against my life at the hands of the occult, starting with my family to every person I named an organization I am acting against.

## The Department of Homeland Security

- After arriving at the Hollywood Fort Lauderdale International Airport from Columbia South America. Frank was supposed to have put some drugs into my luggage, and I was supposed to have been arrested at the Airport in Medellin. However, by the grace of God It was  but was unsuccessful. I thank my Jesus Christ for intervening, I would not leave my luggage with him when I went to the restroom.  When the luggage was checked in South America, I watched them carefully and made sure no one put anything in my luggage. Frank, who is a warlock, attempted to crash the airplane. Yes, the Satanic Occult powers can use their religious beliefs and black magic to bring down an airplane if Jesus doesn't intervene. Once again, this evil act against my life was foiled by Jesus Christ the Almighty God.

I took a 5mg sleeping pill that I purchased over the counter at a local pharmacy. I am not sure, but I believe I broke it in half. The night before I was unable to sleep and thought the three-and-a-half-hour flight would provide rest. Of course, a lady sat next to me, and we talked about food, travel, family and whatever for more than an hour. By the time the pill took effect I could not be awaken.

When the airplane landed, and I finally opened my eyes, I was in a wheelchair. I was in the custody of Customs officers and detain. The contents of my suitcase were spread over the table in a small room where I sat in the wheelchair. After checking my bags again and again, after I woke up to explain that it was a 5mg and that I wasn't custom to taking pills too often and had no idea it would hit me in such a way the insisted on searching my items again.

Then they brought over beastly German Shepards almost the size of my 5'5 size. Then allowing their dogs to sniff me over and over. I was still detaining for approximately two and a half hours for no reason whatsoever. At the third hour of being detained I stated that I was illegally arrested and that they were violating my rights because I had complied, and they found nothing. All of a sudden Robert Fanning showed up. He stated that he has no idea who I went to visit in Columbia or the nature of my business.

The customs attempted to question me again, I became uncooperative at that stage and told them since I was illegally arrest, they never read my Miranda right and I began to threaten to take legal action. I was finally released.

## United States Security and Exchange Commission

I intended to file a complaint with the Security and Exchange Commission, however given the complex nature of the events that led up to the complaint it was not file. It is appropriate to file the complaint now because in light of the overall situation and explanation it may make sense to mention it here to state that there has to have been someone at TD Ameritrade who was working with Mary Matlock to manipulate the prices fluctuation with the stacks that she recommended that I purchase. The activity was erratic and could not be explained. Also, another incident occurred. Ashley Lorenz made strong attempts to get me to invest in a company called Mineco. She showed me where she purchases about $ 500 worth of shares. Upon doing a quick search the company was located in Jamaica. Recently when I searched, I could not find the company. The other issues are that When I was a client with E*TRADE I attempted to place a market order several times of a stock. The market order would no execute. I place a limit order and the price came back lower than where the market was at the time, and I lost $500. These things need to be fully investigated.

The Public Library of Mount Vernon & Knox County We all agree that we are in a spiritual world. Even if people do not agree, it does not negate that fact. I am mentioning the Public Library because I began going there to work on my manuscript when staff members began to approach me. They wanted to know what I was doing and why I was there every day working effectively. I was very discreet until I was fooled by one staff member who claimed she was a Christian. After just one strange conversation with her using hand signals and speaking in codes, I was deflated and again hindered from any desire to work or go near my manuscript. How could I prove that the member with very long hair wearing glasses appeared to be a Christian and was a witch who cursed me using her religious rituals? These people were walking and operating in the spiritual realm and understood that I was not one of their own and that my work would not favor

their Kingdom. I was under a curse that had to be broken when I left that day. I became disoriented during the day, not wanting to work on my manuscript the way I had been doing.

I had not realized I was under a curse from the few women I spoke with at this library. This woman looked like she could be a Christian, meaning her appearance was deceiving, whereas the other women had tattoos and carrier makeup. One lady at the desk wore apparel resembling the character Betty Boop, and the makeup was similar. She was wearing beads of cruelty, I call them. And other signs to indicate her Occult involvement. Whereby the last woman I spoke with looked normal. Again, these members are all over practicing their craft against the people of our God.

## Broward Clerk of Courts

The connections that Robert Fanning has is far-reaching. The agents and contact with the Broward Clerk of Courts are no exception. After I lost my demonically arranged marriage and my home, and after he exhausted all of my credit cards and put my bank account in the negative, to add insult to injury, the dissolution of the marriage certificate was strategic. It was intentionally delivered on July 10, 2008, on my birthday. How is it that I received the final judgment in the mail on the same date as the final judgment: the date that the final judgment was filed and recorded was July 28, 2008. Normally, the paperwork would be filed, recorded, and mailed out. Also, the agent who conspired with Robert fanning illegally and intentionally recorded our marriage date as October 19, 1998. The actual date of this illegally prearranged marriage was April 26, 2001. The Broward Clerk of Court is liable for three illegal, false injunctions to be filed against me—one by John Peretta, Alex Aiden Knowles, and the last by Kent Edward David. The Court are responsible for obtaining truthful evidence of a claim before issuing any injunction. This issue has to be resolved because in three cases the legal system was illegally used as a weapon against me.

### B. The Education system:

Satanic occult members teachers are intentionally planted by the local witchcraft coven members into the school's system to use Blackmagic on the minds of Christian children. The purpose is to turn the Christian child away from Jesus Christ and into a life of homosexuality to steal their star, destiny, glory, intelligence, place in life and years filled with youth and promise. These valuable gifts and abilities are sold, traded or given to occult members children or traded. Ultimately, under the oppressive control of the occult teacher, years of doctrinarian and spiritual war the young Christian citizens is convinced they are homosexual and nonetheless, begin to act out the behavior led by the homosexual spirit and away from purity. Having no hope and being misguided the Kingdom of light young child of Jesus Christ eventually becoming a Kingdom of Dark citizen and in many cases turning away forever because they remain demonized under a satanic power. Since the government of the United

States of America is fully aware of the activities of, they occult and its members they have a duty to protect these children who are then blood sacrificed in satanic rituals, sex trafficked, used in rituals or enslaved and sold. The Christian children and Kingdom of God citizens are the victims of these crimes as whether in their family or not.

**The Satanic Temple reports having active clubs in four states. These are in California, Ohio, Connecticut, and Pennsylvania. Additionally, the Satanic Temple also operates Hellion Academy of Independent Learning (HAIL) groups in different locations, including Dillsburg, Pennsylvania; Bristol, Tennessee; and Marysville, Ohio. Source** Every individual especially children have the right to know that Jesus is real, he is alive, he is a spirit, and he loves them. They have a right to know that Jesus has good intentions towards having a relationship with them and that he will never force them through deception or trickery to serve him. Children have the legal, moral, ethical and spiritual right to know that Jesus died for their sins and what the consequences are if they reject him. Children have a right to know that Satan is real.

 They have a right to know that Satanism is not Christianity and is totally and completely the opposite of Christianity. Children has the right to know that Satan is the devil, and that he uses deception through teachers, principals, peers and family to illegally initiated them into the occult. They have the right to know all about HELL devils, demons, curses, and all the other symbols and devices used as tools to bring sickness aliments affliction and hardship in the lives of people. Children have the right to know the truth about Satan, about going to Hell then to the lake of fire for all eternity if they reject Jesus. Children have the right to know that many parents, school officials' teachers and peers are evangelizing them to initiate them into witchcraft, so they can be used as blood sacrifices of blood sacrifice others. The agenda of these officials must be revealed. It is unconstitutional to ban Christianity and allow Satanism to rise. Children have the right to choose without force or duplicity. They have the right to know homosexuals are also trying to turn them out through the school system at an early age. They have the right to know and choose Jesus Christ or Satan without coercion trickery duplicity or force.

## C.The sports industry system:

The government permits young Christian Kingdom of God citizen to be drawn into the occult and into the kingdom of dark by idol worship. Idol worship and having a god other than Jesus Christ is accomplished by the subject being initiated into the occult through idolatry mainly through the use of its so-called sports stars and athletes. These athletes are powered by demons who provide ability, strength and advancement through supernatural means. The majority of the athletes are in the occult and must give blood sacrifices for their rise to stardom. Therefore, through the ability of the demons the talent of the intentionally initiated unaware Christian youths' talent, gift and athletic ability is stolen from the Christian and implanted and into DNA and body of the athlete pushing the young Christian into obscurity and a life of financial hardship. This information on how the majority of athletes rise to superstardom is no mystery to the occult and the government. These people have a sense of entitlement. They believe they are entitled to the abilities of the unaware spiritually blind Christian who simply like a sport and a player. People have a right to know their destinies are plundered and exchanged by the very people they idolized and worship. People have the right to know how these athletes really rise and what sacrifices they make and the true cost of their so-called ability and celebrity status. It's time to come clean with the true methods that they implement to get ahead of everyone else.

They are no more talented or intelligent than anyone else. However, the use of fallen angels providing them with hidden abilities and powers is their real advantage.

Children have the right to know that the majority of these athletes have altars which serve to acquire supernatural strength for their name. Followers must know especially children, that if an athlete is in the occult, satanism and witchcraft and that child or individual follow that athlete they are at risk and will be initiated into satanism and the occult. Or could be used as a blood sacrifice by that very one they idolize since the demons operate and are controlling that athlete when you link with the athlete by purchasing and wearing their merchandise you are in the occult. People have the right to know and choose whether they want to be ibn the occult. They have the right not to be illegally initiated without their permission just by purchasing shoes or a jersey. They have the right to know and choose Jesus Christ or Satan without coercion trickery duplicity or force.

## D.The music industry-

One of the Kingdom of darkness most prolific systems of successful launch operation of slavery, manipulation, control and initiation is the music industry system. Both in the spiritual realm and in the natural the music industry and its occultic executives destroy the lives of innocent young Kingdom of God citizen by luring the children into the occult with promises of a successful music career, fame, fortune, money, cars and women. The young innocent Christian armed only with a desire to created music is no match for Marine Kingdom ancient thrones and dominions who have been around for centuries. These Marine Kingdom agents not only intentionally lure innocent people into the occult but through the use of divination the Christian victim is forced on drugs and alcohol as a way to control the through the spiritual realm. Once they are induced by the effects of the drugs familiar spirits their bloodline and demons are utilized to cause the lost to commit crimes so they, after being enslaved in the spiritual realm are now imprisoned in the natural realm with caged souls. Beyond their knowledge they are now under a curse through divination and controlled unless and until the power of Jesus is understood as a tactic to break the power of the devil. The people at the top enslave, control, murder, and imprison these Christian citizens who don't understand why they behave in a certain way. People have a right to know, and it is the responsibility of the government of the United States of America to reveal the occult, satanism and the practices that is used to beguile these individuals. Satan gives them music through dreams by these record executives once the music creates and money is made the innocent Christian who believes he sold his soul is murdered or sent to prison. The master who holds the masters (original tapes or catalog) takes over the rights of the slave. This entire system operates on a slave master system however the rapper ignorantly ditched Jesus Christ and the talent he gave them for the dark kingdom just to die prematurely as the hand of satanic occult members who deceptively stole their place in life, destiny and destroyed them in the process. The government is at fault for allowing this injustice to continue against the Kingdom of light citizens by the Kingdom of Darkness soldiers, military personnel, representatives and children of Satan. People going into the music industry have a right to know who their employers are whether or not they are in the occult. They have a right to know who is controlling their soul.

Potential Entertainers singers, especially rappers must know that the executives are in the occult. They must be notified that their life is in danger. Satanic rituals and Satan is the god of the industry. They must be warned they are under a demonic spirit that requires blood, and they could potentially be uses as a slave by a slave master then once they are used up after they are put on drugs an alcohol they will be blood sacrificed by an overdose car accident, in a hotel room bath tub, airplane accident, incarcerated or murdered by another individual in the music industry who has been assigned to take a life for them to rise.

People need to be made aware that when they attend concerts, they are actually attending a Satanic ritual and are being inducted into a religion.

The United States government is responsible for the deaths of millions of Christians who were blood sacrificed at these venues for failing to warn us of the hazards of the occult.

## E.The Hollywood religious system-

The United States government has a duty to uphold the constitution and is responsible for upholding fundamental rights and liberties, such as freedom of speech, religion, and the right to due process. The US is also responsible for protecting citizens from violence, both domestically and from external threats.

Hollywood is a synonym for the word counterfeit meaning something made in exact imitation of something valuable or important with the intention to deceive or defraud. The named individuals intentionally and willfully, not only use their celebrity status and ability to globally bewitch millions of innocent victims; but also use that platform to do so by calling it entertainment.

The want us to believe that we are being amused or having something to enjoy; when in fact they are openly exercising their religious beliefs in their god. They perform their magic through their rituals, ceremonies, and customs on the air-poof before our blinded eyes.

The personalities engage in promoting their god and his kingdom, their sacred rites, and practices over and above my God and his kingdom; while in the process deceiving me and other children of the God of Israel that the god they are referring to in Jesus Christ or authentic Christianity. These are unequivocally not referring to Jesus Christ, authentic Christianity or the God of Israel, the Almighty God. They are not promoting his agenda, beliefs, or mind.

The Bible calls Satan, the prince of the power of the air.

"In Wherein in time past ye walked according to the course of this world, according to the prince of the power of the air, the spirit that now worketh in the children of disobedience: Among whom also we all had our conversation in times past in the lusts of our flesh, fulfilling the desires of the flesh and of the mind; and were by nature the children of wrath, even as others. But God, who is rich in mercy, for his great love wherewith he loved us. (Ephesians 2;2).

This means that Satan is the prince with powers. Satan first as a "prince" with power, because he has authentic power in the world (1 John 5:19). This power has been given him by God (Luke 4:6). "The air" in Ephesians 2:2 refers to the invisible realm above the earth where Satan and his demons move and exist.

We do not wrestle against flesh and blood, but against the rulers, against the authorities, against the cosmic powers over this present darkness, against the spiritual forces of evil in the heavenly places." This evil realm called the "air" could be an actual locality, but it could also be synonymous with the "world" of John 12:31. This whole world is Satan's domain (Matthew 4:8–9).

The power Satan has is manifested in the sons of disobedience. The sons are his children's disciples and followers.   "Ye are of your father the devil, and the lusts of your father ye will do.

He was a murderer from the beginning, and abode not in the truth, because there is no truth in him. When he speaketh a lie, he speaketh of his own: for he is a liar, and the father of it, And because I tell you the truth, ye believe me not." (John 8:44-45).

The demons are also under the rule of Satan (Matthew 12:24), and one of his titles is "prince of demons" (Matthew 9:34). Satan has a kingdom (Matthew 12:26) and a throne (Revelation 2:13). Satan is called a prince because he is a ruler and possesses power to manifest evil in the world through influencing people and commanding demons. Satan has power over some illnesses (Luke 13:16) Satan has power over death (Hebrews 2:14).

 The root cause in this global community is that there is a Satanic evil power operating through the Occult by Satan himself that has more than half the world under bewitchment. We mentioned many of his other outlets Hollywood is directly responsible for the violence against Black people and all of God's people, I mention blacks because there is not one other group that is hated by Satan more than Blacks. . The behavior Black people teenagers and young people are displaying is witchcraft. The hatred against Black people especially the men that is the reason he is Turing so many of them gay. The drug crisis against Black people is a device of Satan.  The hatred against Jews because they are The God of Israel chosen people is satanic.  He is preying on the Black men to turn them against God.  The lyrics to the music, the lines in the movies, the imagery achievement; might win awards of accolades from their kingdom and god but it is leading many lost souls to spiritual suicide, depression, addictions,

# 2 Calvin Cordozar Broadus Jr. (A.K.A. Snoop Dogg)
In your factual account, you have chronicled in your truthful film and soundtrack after murdering someone; you were resurrected after making a deal with the devil. One of your songs was featured in the movie Natural Born Killers. You murdered someone and went to jail, and according to your account, you started rising to fame afterward. Therefore, you can record your music, drink, and smoke as an artist. From what I can see, it is your life, and your father has provided you with a good life. I am the biggest clout chaser on the planet today, seeking to associate myself with Jesus Christ and His kingdom, citizens, and agenda. Your celebrity lifestyle references smoking weed, drinking, partying, and exchanging your soul with the devil. Therefore, when you released your Bible of Love gospel album, you failed to clearly distinguish that the Bible you were preaching about was the Satanic Bible and the gospel you where preaching was from the Satanic preaching. You stated you belong to Satan and sold your soul to him, and then it is your obligation to stop giving the impression that the God and kingdom you serve is Jesus Christ and the Kingdom of Light when instead you serve Satan and the Kingdom of Dark.

You violate my civil rights by promoting a lifestyle, and your god is under the impression of falsely serving my God. Also, when you thank God, you thank the god of this world, Satan, and not Jesus Christ. Why give the false impression that you are serving or referring to Jesus Christ when you are not? You give the impression that your lifestyle is an acceptable way of living for the Kingdom of Light when it is consistent with the one you said you belong to and represent. Your testimony provides irrefutable truth that you are not a son of Jesus Christ and the Kingdom of Light, and since there is only one other kingdom - if the Bible fits, preach from it. Your religious rituals and customs are inconsistent with Jesus Christ and genuine Christianity but with Satanism, the Occult, and the devil. I am asking you to come out and confirm these facts, let the public know who your god is and what your religious affiliations and customs are, and confess that you are not a genuine Christian. The gospel you preach is not Christianity; the Bible you tote in your video is not a Christian Bible. You profess that you went to church, but you failed to state that you attended the church of Satan. You are violating my civil rights by disguising your god and kingdom to the detriment of my God, Jesus Christ, the Almighty God. Two Gods and kingdoms operate on this planet - Jesus Christ, the Kingdom of Light, and Satan, the Kingdom of Dark. You talk about God but never Jesus Christ. Your actions, way of life, and the products you promote are not Jesus Christ, Holiness, salvation, repenting of sins, the birth, death, and resurrection of Jesus Christ, or any other message in the Holy Scriptures that Jesus Christ taught.

# 2 Kanye Omari West (A.K.A. Ye)
Mr. West, you stated that you are Christian and recently sold millions of copies of a religious CD containing some lyrics we call into question. Your statement about Jewish people does not line up with Genuine Christianity. I have no insight into your world, but I can make an assessment based on social media, news stories, and statements you make. Your behavior is blasphemous, and I am asking you to clarify if Jesus Christ is your Lord, Savior, and King. Please explain to the court your transformation into the Kingdom of God. I contend that the Kingdom of Dark and your Father is Satan, like most of your counterparts who, when they get an award, say, "I want to thank God," but fail to explain that they are referring to the god of this world. Jesus Christ is Holy; therefore, he cannot create the smut people say they "thank God" for a while, tightly holding their prize of destruction. Please respond appropriately and answer these questions about how and what your God is. Are you a genuine born-again Christian serving Jesus Christ, or is Satan, the god of this world, your god? If it is Jesus, why behavior, speech, and life is the opposite of what he preaches and teaches? As far as I can see, Jesus Christ is your scapegoat for your G.O.A.T. Your actions and way of life, and the product you promote is not Jesus Christ, Holiness, salvation, repenting of sins, the birth, death, and resurrection of Jesus Christ. Or any other message in the Holy Scriptures that Jesus Christ taught.

# 3 - 5 and -Marshall Bruce Mathers III, Shawn Corey Carter, and Khaled Mohammed Khaled (A.K.A. DJ Khaled)

Mr. Mohammed, Mr. Mathers, and Mr. Carter, I have read that you are a professing Muslim. After you have gone down in the water, confessed your sins, been baptized in the name of Jesus Christ, and received the gift of the Holy Ghost. I will believe that, like most Muslims, you have not been baptized in the name of Jesus Christ for the remission of your sins. And do not believe that Jesus Christ is the Son of God. From the Muslims I am acquainted with, it is my understanding, they believe that God does not need a Son and that Jesus Christ is just a prophet who did good when he was here on earth and nothing more. Therefore, since I know that Jesus Christ is the almighty God and since there are only two Gods that operate on this planet, Jesus Christ the Kingdom of Light and Satan the Kingdom of Dark when you and Mr. Mathers and Mr. Carter use your God in lyrics, you are not referring to Jesus Christ the almighty

God but rather the god of this world, who is Satan. It is your responsibility to clarify whom you represent. I would like you to stop promoting your God and Kingdom at the expense of my God and his Kingdom.

This charade of ambiguity fraudulently gives open praise to your kingdom and god while knowingly baffling the general public or the general Christian population, who is confused and may experience a deep ambivalence regarding which god your group you are referring to as God. That is the purpose of this action against you, Mr. Mathers, and Mr. Carter. I want to examine your lyrics and works to see if you are a professing Christian. I can be incorrect about what God you serve; however, the lyrics in your song constantly talk about God. You are not a Christian and are not referring to the Kingdom of God but to the Kingdom of Darkness and Satan. He is your God and Father. The American people, or young, innocent inexperienced Christians who follow you, should be made aware that the god you are referring to is not Jesus Christ. Your actions, way of life, and the products you promote are not Jesus Christ, Holiness, salvation, repenting of sins, the birth, death, and resurrection of Jesus Christ, or any other message in the Holy Scriptures that Jesus Christ taught.
Only two kingdoms and two Gods operate on this planet—the Kingdom of God, Jesus Christ, and the Kingdom of Dark, Satan. Your lyrics, style, behavior, and what you promote directly oppose the Kingdom of God.

# 6 Miley Ray Cyrus

In your recent work, Mother's Daughter, you are intentionally blasphemous to my God and my Faith by using the word Hallelujah because you understand it is associated with genuine Christianity and Jesus Christ.
However, you frivolously use the word several times for no other reason than to disrespect and dishonor my God, Jesus Christ, and my Faith to promote your God, Satan, and your religion over and above my God and Faith.
The word hallelujah first appeared in the book of Psalms in the Old Testament, a combination of two Hebrew words, "Hallel" meaning praise, and "Jah," meaning God. The book of Psalms is part of the Holy Scripture.

Your lyrics state that you are nasty, evil, and a witch. You have an agenda and are serving Satan with your witchcraft and sorcery. Your sexuality, your desire to have sex with both men and women, or anything that you want, is consistent with satanic behavior and may have caused you to turn away from Christianity; that is if you were ever taught genuine Christianity. Just because you went to church does not make you a Christian or a genuine believer. I saw that you described yourself as Pansexual or Omnisexual. Pansexual is defined as "a person who can form enduring physical, romantic, and emotional attractions to those of any or all genders," according to L.G.B.T. media watchdog G.L.A.A.D.

According to your profession, you are a professed nasty, evil witch, a member of the gay community, and a non-Christian. You are being sued for promoting your God and Satan under the disguise of entertainment and art. You must publicly confess that your lifestyle, music, and behavior are of your Father, the devil and that you are a Satanist so that young, impressionable children can understand that you are a genuinely nasty, evil, satanic witch. They have no business listening to your nasty, evil, demonic music because you live for and serve Satan. Confess that you are a practicing witch, that witchcraft is your real religion, and that your music, tattoos, dress, and lifestyle conform to your religious rituals and values of Satanism. You despise Jesus Christ, his laws, and his way of life and have embraced the religious ways of Satanism in the occult.

# 7 Oprah Gail Winfrey

You claim to be a Christian, yet, you openly work witchcraft and believe in mysticism, which is inconsistent with Holy Scripture. Spirituality is sorcery and is inconsistent with the Holy Scripture and the genuine teachings of Jesus Christ. You have respect for all religions and tolerate and support homosexuality and other lifestyles that are inconsistent with genuine Christianity and the teachings of Jesus's Christianity. You promote books, movies, and an offensive and blasphemous ideology to Jesus Christ, the Kingdom of Light, and me. Your love and support of spiritualism, Islamic mysticism, self-worth, money, power, self-reliance, Sufism, and new-age ideas are satanic and not of Jesus Christ, the Almighty God. The church you built and the disciple seeing you as a god is inconsistent with the teachings and Jesus Christ. You have not taught anything that remotely resembles genuine biblical teachings. 1. Having no other gods before God, not having to do with idols and other gods. Therefore, you are misleading the entire nation with your ideology, beliefs, and way of life. You are a Satanist, a devil worshipper. You are promoting Satanism, paganism, your religious beliefs, and doing your Father's and your god's work at My Father's and My God's expense.

This flagrant obscene attempt to disguise Christianity in your religious ceremonies is based on my observations from magazine articles, your shows, and movies. In the movie, A Wrinkle in Time, you performed astral travel and witchcraft. This behavior, in general, is sorcery and of the devil; no genuine Christian who is a genuine follower and believer would behave in this manner in movies, songs, or any television or cable internet program.
Please confess that you are a devil worshipper and a daughter of Satan, not Jesus Christ. "If ye love me, keep my commandments." ( John 14:15KJV).

Oprah Winfrey maintains she is Christian while being inspired daily by Islamic mysticism.
According to an article in Christian Today on Monday, April 17th, 2023, "I am a Christian; that is my faith. I am not asking you to be a Christian. If you want to be one, I can show you how. But it is not required," she said on the broadcast. "I have respect for all faiths. But what I am talking about is not Faith or religion.

I am talking about spirituality. My definition [of spirituality] is living your life with an open heart, through love... allowing yourself to align with the values of tolerance, acceptance, harmony, cooperation, and reverence for life," Winfrey said. "There is a force energy consciousness divine thread, I believe, that connects spiritually to all of us, to something greater than ourselves." "Love Sufism ...' the divinity of the human soul,'" Winfrey tweeted last September. "Within Our spiritual heart, there is a direct connection to God." According to an article in Time Magazine, January. 9th, 2018, by Elizabeth Diaz, "Winfrey and Trump both preach a gospel of wealth, health, and self-determination, following in the relatively recent prosperity gospel tradition, which broadly speaking says that God wants people to be wealthy and healthy and that followers are responsible for their destiny here on Earth. Winfrey sees herself as both a Christian and a critic of Christianity, says, Lofton. She was raised in the Baptist church, describes herself as a consistent reader of the Bible, and through her television show, basically built the church that she wanted. She has found deep and sustaining power in the New Testament, in the Bible, and in the theological interpretation that the good that you receive is a representation of the good you bring into the world," Lofton says.
On her talk show, she pushed The Secret, a best-selling New Age self-help book that argued that if you put out the energy you want to receive, you can create the life you want.

"She is this polyglot consumer of religious thought ideas," Lofton explains, "citing how Christianity, Buddhism, Judaism, Hinduism, and more all come together in Winfrey." Your covenant with your Lord is prevalent as you send out various diabolic powerful curses disguised as movies, books, talk shows, and entertainment to pollute the land intentionally. It is the work of Satan's dark powers and has nothing to do with Jesus Christ, salvation, holiness, or Holy Scripture. I am fed up with your lies about being a Christian while simultaneously promoting your religious customs, practices, and ideologies of Satanism as Christianity. Jesus said, "And hereby we do know that we know him if we keep his commandments. He that saith, I know him, and keepeth not his commandments, is a liar, and the truth is not in him. But whoso keepeth his word, in him verily is the love of God perfected: hereby know we that we are in him." (1John 2:3-5KJV).

Your actions, way of life, and the products you promote are not Jesus Christ, Holiness, salvation, repenting of sins, the birth, death, and resurrection of Jesus Christ, or any other message in the Holy Scriptures that Jesus Christ taught. Again, "He that saith, I know him, and keepeth not his commandments, is a liar, and the truth is not in him."

**THEY MAKE BILLIONS OF DOLLARS OF SPIRITUALLY BLIND CHRISTIANS AND HAVE BUILT EMPIRES OFF OF THE KINGDOM OF GOS CITIZENS.**

PEOPLE HAVE THE RIGHT TO KNOW THAT WHAT IS TAKING PLACE IS HOLLYWOOD IS A RESULT OF A RELIGIOUS' ORGANIZATION THAT STANDS AGAINST CHRISTIANITY AND JESUS CHRIST. WE HAVE A RIGHT TO KNOW THAT ENTERTAINERS' SINGERS RAPPERS AND ACTORS ARE IN THE OCCULT AND THEY PRACTICE DIVINATION THAT PUT THEIR AUDIENCE UNDER A SPELL.

PEOPLE HAVE THE RIGHT TO KNOW THAT NOT ONLY THAT THEY ARE BEING INITIATED INTO THE OCCULT BUT THAT SPIRITS ARE SENT OUT THROUGH THE PRODUCTS, MUSIC BOOKS, SONGS, MOVIES, INTERVIEWS, MNOVIES, MERCHANDIZE, SHOES, JERSEYS, CONCERTS, SPORTS ARENAS THAT CAUSES MENTAL ILLNESS, SICKNESS, DISEASE, SUICIDE, SUICIDE THOUGHTS, ANXIETY, DEPRESSION, HOPLESSNESS, LONELINESS, DIVORCE, STAGNATION, DELAY, NIGHTMARES, SPIRITUAL MARRIAGE, SEX IN DREAMS, HOMOSEXUALITY, FEAR, POVERTY, DESTINY SWAP, SPIRITUAL WARFARE, NIGHTMARE, SEXUAL PERVERSION, CONFUSION, FAILURE, THE ACTIVATION OF FAMILIAR SPIRITS.

PEOPLE HAVE THE RIGHT TO KNOW THAT CURSES ARE CASTED UPON THEM. SORCERY IS USED AGAINST THEM TO BRING ABOUT VIOLENT BEHAVIOR, SEXUAL DESIRES, AND MANY OTHER SPIRITUAL AFFLICATIONS THAT THEY DO NOT UNDER STAND. PEOPLE HAVE THE RIGHT TO KNOW THAT THE CONCERTS AND EVENTS ARE RITUALS THAT PUT THEIR LIFE IN DANGER. WE HAVE A RIGHT TO CHOOSE AND NOT BE DECIEVED ABOUT THE COVENANTS ALTARS SHRINES AUTHORITIES RULERS DOMINIONS THRONES AND PRINCIPALITIES THAT THEY ARE GIVING LEGAL RIGHTS TO. TELL THESE AND ALL OTHERS TO LET THE GENERAL PUBLIC KNOW THAT THEY ARE NOT GENUINE CHRISTIANS AND THEY SWAP DESTINES STEAL IDENTITIES ARE DEVIL WORSHIPPING LUCIFERINS' WHO ARE REQUIRED TO OFFER BLOOD SACRIFIES AND THAT THEIR SOUL LIES WITHIN THE BALANCE OF AN ALTAR AND A DEMON DEMANDING BLOOD.

A. The Satanic Marine Kingdom Altars for Satan who gives blood sacrifice affected my life as a Genuine Christian. WITCHES USED THIS SITE TO DESTROY MY LIFE

B. AMAZON

C. Amazon consistently ranks among the top companies by market capitalization and is second in terms of revenue, while it is surpassed by other companies in terms of profits and number of employees the company has amassed a fortune by the hands of Satan through the help of fallen angels providing Jeff Bezos with hidden knowledge. Market capitalization: Amazon is a very large company and consistently ranks among the top 5 globally by market capitalization. As of July 2025, it was the 4th largest with a market cap of $2.5 trillion. Revenue: Amazon was the second largest company in the world by revenue in 2024, with $574.8 billion in revenue, according to Visual Capitalist. This was behind Walmart, which held the top position for the 11th consecutive year. Profits: While among the most profitable companies globally, Amazon's profit ranking isn't as high as its market capitalization or revenue. In one ranking, it was listed as the 5th most profitable company in the US. Saudi Aramco was the most profitable company in the world in 2023.

The birth, growth, and supernatural success of Amazon was literally forged in the fire, HELL'S fire as an altar for and by Satan with the help of fallen angels providing hidden knowledge and strategies for success wealth and exposure   and Jeff Bezos having bowed down and accepted the exchange for his soul it isn't without the biggest price that comes along with such a deal. The price that is paid to the altar for supernatural success for Jeff Bezos and Amazon is the highest price paid to Satan the demons and the altar that is screaming out for blood. The Blood sacrifices come at the expense of innocent spiritually blinded careless Christians who, while Amazon and Jeff Bezos were forged in the fire Christian died in the fire. The innocent blood that was shed on the grounds and locations at Amazon sites were blood sacrifices for his prosperity.

A list of Amazon employees who died at work includes Wilmer Danillo-Mejia Landaverde, Devan Michael Shoemaker, Alex Carrillo, and Derrell Andrews. In addition, Jody Rhoads also died while operating machinery.

Here's a more detailed breakdown:

- **Wilmer Danillo-Mejia Landaverde:** A contractor, he fell through an open roof while working on an Amazon warehouse conversion. **Devan Michael Shoemaker:** He was fatally crushed while assisting a truck driver with a kingpin.

- **Alex Carrillo:** Died from injuries sustained when a forklift hit his lift, causing it to fall. **Derrell Andrews:** Shot by a coworker in the parking lot after an argument.

- **Jody Rhoads:** Killed while operating machinery.

since 2018 countless Amazon workers have been killed on the job countless not
just because the death toll is so high but because there is evidence to suggest that many incidents have been covered up and withheld from the public eye 2018 was also the same year Amazon brought one-day shipping to more than 10,000. The company has repeatedly ignored safety standards and has used questionable policies to create

the deaths that have been reported and see what's going on like in 2013 when **Ronald Smith** was fulfilling Amazon packages in a distribution warehouse in New Jersey and a conveyor belt jammed according to a lawsuit from the family **61-year-old man who on December 27th, 2022, collapsed from a heart attack on an Amazon warehouse floor** according to witnesses cardboard bins were used to cordon off the area so people wouldn't be able to see the dead body and the warehouse went on business as usual like nothing had happened and it seems as though this isn't an isolated occurrence it's a disturbing trend in March of 2019 a 60-year-old picker **Joe Bowman** went into cardiac arrest on the 911 call a

**Investigating Why So Many Amazons Workers Are Dying**
https://www.youtube.com/watch?v=0IgQOiiyjLQ

**THESE DEATHS ARE COLD BLOODED MURDERS COLD BLOODED BLOOD SACRFICES THAT THE GOVERNMENT CONTINUE TO OVERLOOK AND ALLOW.**

Amazon is a Satanic Marine Kingdom altar for Satan and people have a right to know that many of the merchants who peddle their brand serve the same god for success through this altar. For example, my complaint with Amazon is that Aderonke Olajide and Latoya Marion- Robinson of Mountain of Fire Ministry in Tampa Florida used the Amazon site and merchant to steal my glory. These members of Mountain of Fire Ministry are Marine Kingdon agents of Satan and are in the occult had the ability to recognize and use Satanic altars to carry out the evil they did against me, and I am sure against other Christians using this (Amazon) Satanic altar and the products associated with demonic forces. The owner of the business has to be in the occult, or their products would not have been used to steal from me and bring me harm. October 2023 was in the period of time when the entire

church at Mountain of Fire increased their evil assaults against me. The members performed evil rituals, brought me into fellowship with all of the elements and forces to take my life by extracting my soul and spirit out of my body through sorcery in order to put me in my grave before my time.

Order Details
Order placed
October 22, 2023
Order #
114-9151380-1065024



Edge Entity Peppermint oil Shampoo- Extremely Deep Cleanse and Clarifying Shampoo, Cleansing Treatment for 4A-4C hair types, for Women- 8 oz
Sold by: Edge Entity, Inc
$12.99



2
Edge Entity Espresso Growth Oil for Hair Growth- w/Vitamin C & Strengthening Avocado Oil, Coffee Hair Growth Oil for thinning hair, Treatment for Dry Itchy Scalp, Kinky, Curly, Coily, 4A, 4B-4C hair types, for All Hair Types, for Women- 4 oz
Sold by: Edge Entity, Inc
$34.99



2
Edge Entity Hair Follicle Stimulant 1 month supply (One Month) (3.4 Ounces)
Sold by: Edge Entity, Inc
$34.99

In another section under Mountain of Fire I give full details so I will be brief here. During October 2023 the members of the satanic occult coven at Mountain of Fire increasingly attempted to kill me. One Saturday or around about a week before I purchased the products listed above Latoya Marion Robertson made sure that I saw that she was looking at those products on her phone. Latoya continued to mention that they were the products that

Aderonke Olajide has used to get her hair to grow. Latoya mentioned that I should go to Aderonke Facebook page and see that her hair was cropped short and now she had a head full of hair. Before I could leave the synagogue of Satan the coven at Mountain of Fire, I noticed that Aderonke Olajide was looking at the products on her phone. All of a sudden for no reason Aderonke removed her hat, and I could see her hair.

Later on, after arriving home, I looked at the Facebook page and saw that Aderonke hair was very short and almost shave. After, I ordered the products and began using them my hair just disappeared. My hair did not break off, did not fall out nor did I cut it. My hair just disappeared. February of that next year I noticed other women who are members in the occult and attended regularly and who had noticeably short hair did not have a head full of hair. This was a satanic ritual performed on me using a Marine Kingdom business and agent on Amazon. Amazon it's time to come out and tell the truth about how wealth was acquired and how these people dying from different locations are blood sacrifices. We have a right to know because they are Christians or citizens of the Kingdom of God lost. They were sacrificed before having time to come to him. ENOUGH IS ENOUGH THE UNITED STATES GOVERNMENT OWES CHRISTIANS A DUTY TO PROTECT US FROM PEOPLE WHO PRACTICE ANOTHER RELIGION. PEOPLE HAVE TO HAVE AN UNDERSTANDING OF HOW SATAN GIVES WEALTH IN EXCHANGE FOR BLOOD OF HUMANS.

**D. WALMART IS AN ALTAR FOR SATAN AND WAS CONTACTED TO PREVENT MY PRODUCT FROM BEING SOLD. THEY HAVE THE ABILITY TO CONTACT EACH OTHER AND STOP CHRISTIANS FROM ADVANCING.**

Almost Sixty blood Christian Blood sacrifices at Walmart however the numbers are just a small portion. I know they are in the occult because after leaving Mountain of Fire a curse as well as ordinances were places on my finances and business. After an incident with another member who performed rituals on me. I applied for and was accepted to sell products on Walmart's website. I was approved then immediately denied without explanation. Demons contact each other to prevent us from prospering. The only Christian products I saw were not from genuine Christians, for example one ad I saw people were standing around with scripture on their shirt. The man had satanic tattoos and if I am not mistaken what seemed like a beer in his hand.

Recently this happened more blood sacrifices at Walmart. ***Man Faces Terrorism Charge in Mass Stabbing at a Michigan Walmart*** the authorities on Sunday said that a motive for the attack, which left 11 people injured, remained unknown

Here's a more detailed breakdown:

- **El Paso Walmart Shooting (2019):**

  A mass shooting at a Walmart in El Paso, Texas, resulted in twenty-three fatalities and twenty-two injuries. **Listeria Outbreak:** A listeria outbreak linked to pre-packaged chicken dishes sold at Walmart and Kroger caused three deaths. **Other Incidents:**

  There have been other incidents, such as a mass shooting in Chesapeake, Virginia, where a Walmart supervisor killed six employees. A separate incident involved a tractor-trailer in San Antonio where nine people were found dead due to heatstroke. Additionally, a COVID-19 outbreak among Walmart employees resulted in twenty-one deaths.

  The Nigerian are considered people of the Water along with the American pastors. They are not the only ones but these business owners use spirits such as Leviathan, the Kundalini and other spirits. They are real and are used by these occult people to control lives. In this case Walmart was contacted and prevented me from earning income on its site.

**The "leviathan spirit," or the "the spirit of leviathan" is one of many terms associated with a particular view of demonic oppression. *Kundalini spirit*, or the *spirit of kundalini*, is a term linked to some versions of the Charismatic faith and associated with beliefs related to demonic oppression Some believers in this "spirit of kundalini" point to practitioners of holy laughter, drunkenness in the Spirit, or being slain in the Spirit as being under its oppression. Business who are owned by Satan have a high number of murders on their property as a blood sacrifice. Christian need to know and be able to recognize this business and be cautious.**

The United States Government neglected its Duty of care and failed to warn Christians of the dangers within this business. The government has a legal obligation to individuals and should have acted reasonably and could have avoided causing harm to me and other Christians Negligence: Taking reasonable steps to prevent accidents or injuries. The government never took the proper steps to provide a safe workplace to all the people who dies. In addition, the products have been placed on altars to Satan which the consumers have the right to know to ensure products are safe. The government continues to neglect to take the necessary precautions to protect others from foreseeable risks they are

aware of from these altars. The United States government failed in its' duty to protect genuine Christians from business practices designed to harm genuine Christians as it did me.

**E. The Satanic Marine Kingdom church system and pastors disguised as Christian church and Christianity. PEOPLE HAVE A RIGHT TO KNOW THESE PEOPLE ARE NOT CHRISTIANS. DEFENDANTS NUMBER NINE THROUGH TWENTY-NINE.**

The United States knows that most of the largest church organizations have erroneous teachings created by criminals with selfish motives who are involved in the Occult, Secret societies, Satanism, and criminal enterprises. In this country, they operate through an "Underground Sexual Satanic Occult System" who practice with rituals, rites, and customs mainly. Along with churches, the entertainment industry, corporations, businesses, the medical system, and virtually every other functioning system, follow the rules that are appropriated to them to function successfully. Their success is at our expense as our ecclesiastical, constitutional, human, natural, and Geneva Convention rights violated and trampled upon in this process. There is widespread witchcraft, occultism, sorcery, voodooism, spiritualism, satanism, and religious practitioners masquerading as Christianity in the churches across American.

There are real-life "Soul Merchants and Soul Traders" who operate through religious customs and rites among the Occult using altars, shrines, supernatural forces and sorcerer mainly through a demonized soul. These "Soul Merchants and Traders" specialize in the dark ritual of familiar spirits, sorcery, wizardry, enchantments, and divination to steal our dreams, hopes, stars, ambitions, heavenly benefits, destinies, gifts, talents, and good life. **For we wrestle not against flesh and blood, but against principalities, against powers, against the rulers of the darkness of this world, against spiritual wickedness in high places. Ephesians 6:12.**

This country must make restitution through punitive and compensatory damages for the blatantly fabricated historical events for the established prevailing religious systems in the country that are contrary to Christianity while alleging Christianity as the foundation. The government is not founded on Christianity or Christian principles, but Satanism and the Occult. The United States has accepted members of the Occult, the Church of Satan, and Satanism from the foundation. Therefore, we must separate the Kingdom of Light, which represents Jesus Christ, Christianity, and Christian values, from the Kingdom of Darkness, which represents Satan Satanism, the Church of Satan, spirituality, occultism, and witchcraft.

The United States Government purposely keeps us disconnected from our God by giving us the option to serve a god of their choosing against our civil rights. In society, our God is mocked, criticized, misrepresented, used, abused, and hated by Marine Kingdom Occult members

meddling in our lives as Marine Kingdom Soul Merchants and Slave Traders practiced through their religious customs, rituals, beliefs and practices against genuine Christians.

Resolve the standing issue of whether genuine Christians have constitutional rights and protections in this country and if we have a choice to freely serve Jesus Christ. Give us the same rights that the constitution says we have and separate the Kingdom of God, Jesus Christ, Christian values and Christianity from the Kingdom of darkness, Satan, sorcery and the Occult and to "Redress America concerning the issue." The occult is real and boldly operating and discriminating against genuine Christians. Please contact me to support my efforts to accomplish this long overdue, well-deserved fight and get the entire copy of the Supreme Court case. **9. Defendant (name) Doctor Daniel Kolawole Olukoya** is a citizen of (State) Florida

Lagos Nigerian- Houston Texas 10. Defendant (name) **Elizabeth Folashade Olukoya** is a citizen of (State) Florida Lagos Nigerian- Houston Texas. 9. Defendant (name) **Doctor Daniel Kolawole Olukoya** is a citizen of (State) Florida

Lagos Nigerian- Houston Texas 10. Defendant (name) **Elizabeth Folashade Olukoya** is a citizen of (State) Florida Lagos Nigerian- Houston Texas 11. Defendant (name) **Olumide Oni** is a citizen of (State) Florida Houston TX 12. Defendant (name)**Oluwatoyin Oni** is a citizen of (State) Florida Houston TX 13Defendant (name) **Kehinde J Olajide** is a citizen of (State) Florida Tampa Florida 14. Defendant (name)**Aderonke Olajide** is a citizen of (State) Florida Tampa Florida

15. Defendant(name) **Moses Woods** is a citizen of (State) Florida Sun City Florida

16. Defendant (name)**Caroline Woods** is a citizen of (State) Florida Sun City Florida

17. Defendant (name)**Adama Weir** is a citizen of (State) Florida Tampa Florida

18.Defendant (name) **Osaterian Omo** is a citizen of (State) Florida Tampa Florida

19.Defendant(name) **Latoya Marion** Robertson is a citizen of (State) Florida Tampa Florida20. Defendant (name)**Tracy B. Magwood** is a citizen of (State) Florida Jacksonville Florida

21.Defendant (name) **Noel B. Magwood** is a citizen of (State) Florida Tallahassee Florida

22.Defendant (name)**Tammy McIntosh** is a citizen of (State) Florida Miramar Florida

23.Defendant (name) **Lashon Reese** is a citizen of (State) Florida Miami-Dade County Fl

24.Defendant (name) **Berice Spann** is a citizen of (State) Florida Miami Dade County Fl

25. Defendant (name)**Thomas (TD) Dexter Jakes** is a citizen of (State) Florida Dallas TX
26.Defendant (name)**Serita Jakes** is a citizen of (State) Florida Dallas TX

27. Defendant (name)**Sarah Jakes** Roberts is a citizen of (State) Florida Dallas TX

28. Defendant (name)**Joel Osteen** is a citizen of (State) Houston TX

29. Defendant (name)**Victoria Osteen** is a citizen of (State) Houston TX

**My life was seriously threatened by Dr. Daniel and Elizabeth who are considered gods among their cult followers.**

**MY CASE AGAINST MOUNTAIN OF FIRE MIRACLES MINISTRY DOCTOR DANIEL K. OLUKOYA, ELIZABETH FOLASHADE OLUKOYA, OLUMIDE ONI, KEHINDE AND ADERONKE OLIJADE AND THE MOUNTAIN OF FIRE CONGREGATION.  AND THESE REMAINING DEFENDANTS WHO MADE MILLIONS OF DOLLARS OF ME AND OTHER CHRISTIANS THROUGH DECEPTION.**
"And have no fellowship with the unfruitful works of darkness, but rather reprove them. "Ephesians 5:11

For more than forty years these devils worshipping satanic occult Luciferians members of the synagogue of Satan prevented me from enjoying my life as a Christians. I was forced to serve their god, idols and religion through the use of their Blackmagic, sorcery, spells and curses among other devices that was intentionally used against me by these cult leaders who illegally and intentionally forced me into servitude by ganging up on me through monitors, spies, deception,

Familiar spirts, crystal balls and other devices they intentionally used to keep me unarmed and trapped in their Kingdom. Everyone of these individuals played a major role in intentionally trying to murder me as a blood sacrifice for their altar and shrine. The use the police officers who are in the occult on several occasions to try to murder me and I had guns drawn on me a few times. I was sent to mental institutions three times; their magic was used to put me and keep me in a state of intoxication using familiar spirits through my bloodline. Spells were cast on me to bring about sickness, failure and all of then attempted to force me into homelessness poverty financial hardship and obscurity. I am only one in the millions of Christians that this life was created and pushed upon.

These people rise money and position was given to by Satan and they represent him not Jesus Christ. They stole millions of dollars from me in income potential income and revenue from the business they shut down and interfered with my

ability to earn and become prosperous. They stole my investments bank accounts and money through their sorcery while pushing me into homelessness. Also sending different individuals to physically harm me through situations they created to lure me into.

These are criminals who not only violated my rights but attempted to take my life with their religious practices. They constantly had someone to take me to cult pastor. All of these people understood that I was sent to conduct God's business and carry out his plans for his people and they stopped me. THIS MUST STOP CHRISTIANS HAVE THE RIGHT TO KNOW HOW THESE PEOPLE ARE EPITOME OF WOLVES IN SHEEP CLOTHING AND DEMON SPIRITS MOCKING OUR GOD FAITH AND BELIEFS.

One of the scariest thigs I wrestle with is that majority of these witches are warlocks I encounter are in and use the medical and educational field to attack God's people. THESE PEOPLE ARE DESTROYING THE LIVES OF CHRISTIANS NOT ONLY IN THECHURCH BUT SCHOOLS HOSPITALS ON THEIR JOBS AS POLICE OFFICERS AND COUNSELORS. THIS IS UNCONSTITUTIONAL FOR PEOPLE NOT TO KNOW AND LIKE ME TRUST AND BELIEVE THEY HAD MY BEST INTEREST IN MIND. WE LOVE THESE PEOPLE WHILE THEY HATE US. WE HONOR THEM WHILE THEY DISHONOR US CURSES US AND USES THEIR WITCRACFT AGAINST US IN OUR OWN CHURCHES THAT THEY HAVE TAKEN OVER AND TURNED INTO SYNAGOGUES.

Several years ago, I was introduced to **Latoya Marion- Robinson** through **Christiana Ellis**. Christina Ellis handed me off to **Latoya** and I was handed off to Christiana I believe by **Tara Lynn Alemayehu**. All three of these women are witches in the satanic occult and posed as a Christian sister in Christ.

These women introduced themselves to me with the primary purpose to extort money and, gifts and misled me into believing they were Christians. These witches were used as monitors from the satanic churches who misled me into believing they were Christians and are directly responsible for intentionally taking me to occult churches which they fully understood were not Christian churches. They

were aware the leaders of these organizations were not Christian but the church and the leader were masked as Christian churches but are synagogues of Satan.

These women fully understood that I am a Christian and believed they were Christians and the churches they led me to were Christian and not the church of Satan. Not only were these Marine agents' women in my life to mislead me into non-Christian churches, but they used a process of transferring.

I explained what transferring and replacement is in another section. Nonetheless, on a brief sidebar the occult members understand how to steal gifts and pass it on to their children, sell it in the spiritual realm, or trade what you have to someone. Christian must wake up and understand why so many people are walking around the streets with no identify, as I did for many years although I sought Jesus.

Just as while under Tracy B. Magwood and their coven/cult church who kept me under surveillance and under the grip of witchcraft to not only counter my dreams but to prostitute my gifts calling, destiny and my place in life. In 1992 believing the members of Saint on the move for Christ was a Christian organization and Tracy B. Williams had my best interest in mind.

I shared that the Lord told me that I would go to Harvard and I was to become the first Black female Justice to sit on the supreme court. Even back then, I was a supreme court watcher and followed rulings. Nonetheless, I had every intention and strived towards my goal to attend Harvard law school and had a strong very background in finance and banking. I had a keen understanding about investments and the stock market back then. I was a licensed stockbroker now today **Tara Lynn Alemayehu's** daughter also a witch and in the occult, attempted to attend law school but could successful complete the course, since I am not in their life then became a stockbroker.

Just as Tracy's Magwood's daughter Precious Magwood attended a summer law program at Harvard the school they prevented me from attending with their curses, spells, and fiery darts against my life. The cult also used oppression, depression alcohol and seduction to keep me spiritually blind and separated from Jesus Christ. Tracy attempted to push Precious into law school but Precious was not able to complete the program.

Both of their daughters attempted to attend law school however were not able to successfully complete the program. **Anna Rose Alemayehu** went into finance, just I had done. She is now a series 7 licensed stockbroker just as I was.

Precious Magwood began selling insurance just like me. In 2017 by business Next Level Cosmetics was shut down now Precious and a few of Tammy's nieces are into cosmetics. As I continue to struggle going from job to job, insurance company after company to be used as a slave but the Lord Jesus is breaking their grips on me.

This method is how occult people use their witchcraft to steal your life and gifts. (The thief cometh not, but for to steal, and to kill, and to destroy: St. John 10:10). **Noel B. Magwood** is a different story on what was stolen and transferred from my life and soul to her life. I speak in depth about **Noel B. Magwood** in a different section therefore I will not go into detail about her at this point. I will mention her in greater detail later. All of these women are in the occult and not one of them warned me of their involvement and continued to disguise themselves as Christians and every time I tried to leave, they drew me back.

Nonetheless, once I left the Miami/Fort Lauderdale area **Tara Lynn Alemayehu** became the Marine agent who misled me and handed me off to **Christiana Ellis.** Christian Ellis took me to several churches that also disguised themselves as Christian organizations. One church was the so called Living Free Ministries with **Magus Kent Smith**. **Clair Hollis** who is neither a genuine Christian or authentic holder of a PhD refused to even counsel me unless I paid hundreds of dollars. After living free as I continued to look for deliverance amongst so called deliverance churches Christine took me to Remi Babalola church at the time he was still under Doctor Daniel K. and Folashade Olukoya.

I was handed off to **Latoya Marion- Robinson** who terrorized my life for years with her ability to use her communication with the dead and demon spirits to produce about ten near fatal car accidents, five heart attacks and about five strokes. Latoya had a long history with **Remi and Ola Babalola** and knew they into the occult, yet, she took me to his new church true worshippers bible church.

True worshippers church is the church where only Jesus Christ saved me from the type of witchcraft and rituals were performed on me. Including performing a ritual

on me with John Lowe. I was held down and demons were delivered into me. Afterwards, I became went on medication for anxiety, depression and could not leave my house. I lost my job once again and ended up on disability.

**Latoya Marion** also used mind control to get me to pay for her gas, movies and food. For example, one day I was home just got dressed and on my way to the gym, Latoya used mind control through spell-casting. All of a sudden, I began thinking about her a lot and next thing I know I was driving the opposite way of the gym to where she was stuck and filled up her tank then took her to lunch. Afterwards she threw the food away and pretty much cussed me out.

Mind control is one of the methods that is used on us Christians by these Church of Satan. And it was what was used to convince me to continue to attend the churches with these women.  This Blackmagic was used on me through mind control on several occasions. These demons enter the Christian (my life) as human beings, friends' love interest and family members.

 They give the impression they love to attend church but they attend because not only look for naive Christians they steal, try to kill and take all, they can get from Christians both spiritually and natural.

**Latoya Marion- Robinson** who is a practicing occult member understood that I am a Christian yet she took me to these churches. **Latoya Marion- Robinson** was well aware of due to her years of affiliation and involvement with Mountain of Fire that they were not Christian organizations are members of the Satanic occult churches.

**Latoya Marion- Robinson** had more than enough knowledge about these   men and knew they were in the occult. She knew their church organizations were disguised to appear as Christian churches to lure deceive and kill people like myself who were seeking deliverance and a relationship with Jesus Christ. **Latoya Marion- Robinson** introduced me to **Magus Dr. Daniel K. Olukoya, Magistra Olumide Oni, Warlock and High Priest Kehinde Olajide and High Priestess Aderonke Olajide.**

**All of These** Satanic occult members are skilled sorcerers and practice the dark arts.

**They are not only Marine Kingdom agents who operate through various powers through altars and shrines. But are part of the deep religious ancient old beliefs and practices that played a role in shaping communities in Africa and now in the United States.**

**Nonetheless, these practices continue to affect communities all over the world and right here in America amongst their churches. Olajide told me he wanted me to be the link to the American church. At the time it went over my head. The people of God need to know what they are up against. I had no clue because they totally and completely blocked me from the spiritual realm and intentionally separated me from my God. I made every attempt to live the word of God. It is not possible to serve Jesus Christ for forty years and to end up in my position.**

**The Lord allowed me his SIA Spiritual Intelligence Agent to be in their camp and to let his people know these are not his churches and these leaders are not under his leadership. This is only a portion of what is taking place in America through Doctor Daniel K. Olukoya and his Marine Kingdom serpentine occult church from Lagos Nigeria and all across America. Dr. Daniel K. and Folashade Olukoya has established satanic temples through Mountain of Fire Miracles Ministry in practically every major city in America and international. Here is some of what they practice on the people of God who are seeking Jesus Christ.**

**Although the majority of his followers believe he is the voice of Jesus Christ, a lot of them know exactly who he is. His leaders and many members are aware he is a Luciferian and the devil in carnage. When you listen with a spiritual ear to the testimonies, narratives, tongues he curses the people and do so in the name of Jesus. One will clearly discover that he is the voice of Satan himself in a short stout body. His prayers are incantations and curses. The shaking of the heads is what some ancient tribes do in rituals.**

THIS IS WHAT DOCTOR DANIEL K. AND FOLASHADE OLUKOYA OF MOUNTAIN OF FIRE MIRCALE MINISTRY BELIEVE AND PRACTICE. THIS IS PART OF WHAT I EXPERIENCED IN MY FIVE YEARS UNDER THEIR SATANIC CONTROL.

SPIRITS ASSOCIATED WITH AFRICAN PRACTICES

Black witchcraft, white witchcraft, blind witchcraft, bewitchment, witchcraft, spirits that misinterpret the word, serpentine, marine, sea horse, water, python, leviathan, mermaid, goat, voodoo, juju, obia, crab, viper, poverty, immorality, seduction, talisman, fortune telling, astral gemstone, crystal ball, shadow reading, tarot card, ouija board, always wanting to eat, fluctuating between joy and sorrow, sleep walking, talking to yourself on the street, immorality, drugs, alcohol, chronic depression, fatigue, confusion, emptiness, accidents, disorientation, affliction, cage of poverty, material adversity, DNA bondage, soul ties, jealousy, loss of self-control, reputation and position, divination, Jezebel, whoredom, seduction, murder, idolatry, vices, manipulation, domination, idolatry, ancestral worship, sexual sin, spiritual fornication, palm reading, reincarnation, sorcery, divorce, quarrelling, immorality, fibrosis, barrenness, promiscuity, failure in GOD's work, spiritual harassment, hypocrisy, deceit, fear, double mindedness, worry, anger, hatred, bitterness, resentment, deception, lies, infertility, covetousness, occultism, sexual perversions, addictions, reading stars, palmists and related spirits.

## SPIRITS ASSOCIATED WITH NIGERIAN PRACTICES

Shedding innocent blood, psychic, witchcraft, seeking forbidden knowledge, casting spells and curses, cults, demonic societies, rituals and manipulations, drinking blood, consumption of witch doctor material, pride, murdering the innocent, false humility, abominable filth, bloody covens, lies, robberies, witchcraft lancing, prostitution, cannibals, ensnarement, allegiance to spirit masters, water spirit cults, cutting the body, palm reading, spiritual husband or wife (demon marriage), reincarnation, sorcery, dedications, covenants, marriages, vows, promises, blood guiltiness, satanic priesthood, tokens of covenants, lack of knowledge, weak spiritual foundation, spiritual blindness, lack of communication with GOD, traditions, false religions, heresies, evil thoughts, worry, fear, infirmities, sicknesses, deception, materialism, accursed things, dedication to marine spirits, sacrifices, ancestral covenants, libation, occultic practices, presented to the sun, dedicated to gods, occultism, sexual perversions, addictions, cosmic powers, palmists, native doctors, idols, altars and related practices.

## EVIL CONSUMPTION

Evil consumption is associated with witchcraft, occult, cult and other demonic societies. Food may be contaminated by demonic rituals and spirits. Drinking blood, and consumption of witch doctor material, such as holy water, brings bondage. These church of Satan members forced me into the occult through initiation as they manipulated me into laying on their altar every time, I went into the building understanding that the altar is where the spiritual and natural worlds meet legally to exchange

**Black witchcraft** operates through the combination of juju and voodoo. The original arts of witchcraft in Africa came from Kofi-Manu of Ghana. The masters and founders of black witchcraft in Africa are Wizard of Ingoni of East Africa, and Ezemu of Upuluku and Orunmila of Nigeria. Demonic experiment station, enemy detention camp, evil marks and remote control are used. (My body was marked in three different places during the night)

## WHITE WITCHCRAFT

White witchcraft uses talisman, fortune telling, astral gemstone, crystal ball, shadow reading, tarot card, ouija board and so on to determine forbidden knowledge.

**BLIND WITCHCRAFT**

Blind witchcraft includes always wanting to eat, fluctuating between joy and sorrow, sleep walking, talking to yourself on the street, periodic demonic attacks, and prone to immorality, drugs, alcohol and chronic depression.

**BEWITCHMENT**

Bewitchment includes casting spells and curses. Effects include mental and physical fatigue, confusion, emptiness, accidents, disorientation, affliction, demonic cage of poverty and material adversity, DNA bondage and soul ties, jealousy, and loss of self-control, reputation and position.

Dr. Daniel K. and Folashade Olukoya, Olumide and Oluwatoyin Oni, Kehinde and Aderonke Olajide and the entire leadership at Mountain of Fountain performed various Satanic ritualistic occultic acts in their church against Terese Ebony Jones at several of their synagogues for Satan cleverly disguised as Christian Churches.

The ritualistic acts were performed as part of their religious solemn ceremonies where divination, bewitchment, bondage soul ties, imprisonment and the caging of my soul, chronic depression, emptiness, poverty, demonic attacks, attempting to force me on drugs/alcohol, inflicting my body with HIV/AIDS, heart attacks, stroke to disable me and a variety of other spells and curses spanned over a more than five-year period.

It was illegally and unconstitutionally acts of worship against my faith, belief and desire to serve Jesus Christ, and Christianity. It is my goal to keep the satanic acts as brief as possible with a goal to give a detailed account of their methods against me and several other innocent Americans who their leadership intentionally misled lied to and committed violent attempted murderous crimes, civil right violation, hate crimes, human trafficking, discrimination, public corruption, white collar crimes as an organized entity using their religious skills through Blackmagic sorcery divination spells candles altars and shrines.

These acts were done with the full knowledge that I unequivocally without any question explicitly stated and displayed my love affections and desire to serve no other God except Jesus Christ of Nazareth.

**Dr. Daniel K. and Folashade Olukoya, Olumide and Oluwatoyin Oni, Kehinde and Aderonke Olajide and the entire leadership at Mountain of Fountain have an allegiance with and are people of the water and are masters with the spirits describes above under spirits associated with Nigerian practices are in the business of TRADING SOULS**

**These are the practices of Doctor Daniel K. Olukoya and Mountain of Fire. It is their belief practice and foundation of the church as with Tracy B. Magwood and the majority of churches in America.**

**Nonetheless,** without my revealing information about my past with the previous church, Kehinde and Aderonke Olajide had full knowledge of the Satanic attacks I had endured in the past. This is another reason why I confirm, this church of Satan is an organized crime entity. They are all connected. Having recently been freed by the Lord Jesus from the dark Kingdom operated by Saints on the Move for Christ, under Tracy B. Magwood, Lashon Reese Noel Magwood and Tammy McIntosh and their organization I had a brief period where the Lord quickly restored me and I was on the road to recovery.

Saints on the move for Christ evangelistic ministry's name itself is very misleading, as they are not, and never was on the move for anyone but themselves for TD Jakes and Satan so he could open the gate to success for Noel Magwood. It was done at the expense of decades of blood sacrifices along the way.  SOTMFC is just another coven disguised as a Christian Church who used their powers to spiritually destroy my dreams, life, destiny and future.

**Mountain OF Fire Miraculous Ministry continued the deception and murderous plots against my life through spiritual warfare using the very word of God through sorcery, deception, hate dominance, control and manipulation.**

After I underwent over twenty-five years of sadistic satanic ritualistic ceremonies  for magus Thomas Dexter Jakes (Th.D. Jakes), Serita jakes, Sarah jakes Roberts of the potters house Dallas Texas performed by Tracy Bernice Williams- Magwood, Noelle Bernice Magwood, Tammy McIntosh and other members of Saints on the move for Christ evangelistic ministry and Lashon Reese, Bernice span of Next Level Faith center satanic temples disguised as non-denominational Christian churches I was sent to Mountain of Fire for additional torture.  I underwent five additional years of the same sadistic satanic ritualistic ceremonies performed by Kehinde and Aderonke Olajide, Olumide Oni, Moses

and Caroline Wood, Latoya Marion Robinson, and members at Mountain of Fire Miracle Ministry another satanic temple disguised as a non-denominational Christian church for Daniel and Folashade Olukoya. Dictator and Doctor Daniel K. Olukoya is a five star highly decorated, highly skilled fifth degree magus, General counsel and son of Satan.

He is one of the largest gatekeeper's and slave owners in all of Nigeria and Houston. Magus Daniel has dominated America with his devilfish's firebrand titled Mountain of Fire Miracle Ministry spanning all over this country and the world. Just like the Pope being the leader and head of the largest Satanic church disguised as Christianity Magnus Daniel, like the Pope makes disciples and Priest globally for the kingdom of Satan to dominate control manipulate seduce influence wound challenge and force Christians to service Satan. They illegally hold Christians through various method such as caging souls enslaving souls, through Leviathan powers, Pharaoh powers Principalities' powers sickness illness disease.

 Mountain of Fire carries out all that this camouflaged by secret military police while preaching against the kingdom of God, Jesus' innocent children and the lost. He accomplished it through his churches headed by magistrals, witches' warlocks, priest, priestess who used his methods of spiritual rape, besiege, spiritual spouse, curses, demons, devils, mind control, dream control, financial hardship, shame embarrassment, reproach, and different powers given to him through Satan himself. Olukoya exchange God's souls for riches, fame and a name in order to deceived and mislead souls to hell as blood sacrifices.

Doctor Daniel K. Olukoya, Olumide Oni, Kehinde and Aderonke Olajide, and all of mountain of fire are not Christians. They violated every right and used every spiritual tool from the book of Satan that hindered, stopped blocked and tried to destroy my life destiny, star, gifts and calling. Daniel K. Olukoya speak about

himself because he is a marine kingdom dragon from the water. These people deliberately tortured my soul with no mercy. My sold was tortured by their rituals.

Through Doctor Daniel K. Olukoya, Olumide Oni, Kehinde Olajide and the evil congregational satanist at Mountain of Fire ministry they intentionally performed evil satanic ritual after ritual with the purpose of separating me from my God. Also, with the intention of forcing me to serve Satan and a faith and beliefs other than Christianity and Jesus Christ. For almost a five-year period a Leviathan power and a danger to the Kingdom of God, Jesus Christ and his lost souls forced me to pray at their altars, pray to unknown gods, demons and devils knowing that I believed they were Christians.

They know that I believed I was praying to Jesus Christ. These Mountain of Fire servants of Satan deliberately cast voodoo spells, on me and stole my wealth, destiny, star, companionship and illegally married me. They raped me in my sleep and defiled my soul and body. In the spiritual realm they tormented me with deposits with the intent to remove my soul from my body through an illness and untimely death. They attempted to kill me in car accidents over and over. Every time I went to Mountain of Fire whether in Tampa, Houston, or Hollywood Florida, I believed I was attending a Christian church serving Jesus Christ.

But in fact, I was attending an organization who cold-bloody premeditated my death through their ceremonies performed on me. I involuntary unknowingly gave sacrificial offerings to the kingdom of darkness through thousands of dollars for tithes and offering as they turned around and used it to curse my finances cause job loss and bankruptcy.

Doctor Daniel K. Olukoya and his organization are not Christians nor are they a voice for Jesus Christ or his kingdom. You people at are cold-blooded murders through your faith and power derived from Satan the marine kingdom and hell.

This congregation attempted to murder me as a blood sacrifice at their altar with the full understanding that I would go to hell then to the lake of fire for all eternity. Through them and my ignorance I was forced into witchcraft through their rites and their initiated me without my consent into satanism. Also, they made every attempted to pressure me to stop my support for Trump.

These demon democrats called our President a special kind of evil and attempted to give me reasons to vote for Biden. They believe that Jesus Christ and his kingdom children, disciples and followers are evil. That is what they think of Christianity, yet they hide behind our God to swindle his people. All they care about is advancing Satan's kingdom of the backs of god's people. They are corrupt evil and an organized criminal enterprise like most of the churches across America and on my list.

July 8, 2025 at 9:31 PM

# Mountain of fire

Mountain of Fire Miraculous Ministry located Brandon Florida although they claim to be in Tampa led by Kehinde and Aderonke Olijade directly under the leadership and gatekeepers Doctors Daniel K and Folashade Olukoya Intentionally and willfully further secretly lured me into the occultism sorcery and the Dark Kingdom with the full knowledge that was in need of Christian deliverance's and spiritual guidance support help. These leaders and their evil congregation was completely made aware that I was specifically looking for the kingdom of heaven under Jesus Christ and no other god or Kingdom.

Kehinde and Aderonke Olijade were full aware of my diminished spiritual power and capabilities due to the decades I lived around and serve Tracy B. Magwood. On one occasion Kehinde state that they were a coven and practiced witchcraft therefore I "might as well not go back". I never had a conversation with him about Tracy B. Magwood or them being a coven because at that time I had not fully realized what he already knew. At that point their obligation to reveal their affiliation with Satan and the kingdom of darkness should have been disclosed . Furthermore at anytime anyone in their community and congregation should have could have and had a spiritual and moral obligation to disclosed their ties with the occult church.

Kehinde Aderonke and the secret counsel of the wicked, his contemporaries were fully aware that after spending more than two decades under the leadership of Tracy B Magwood's satanic church ; that I was desperately seeking healing from representation and Godly wisdom through Jesus Christ and a genuine Christian community. He and his satanic disciples were aware that I was unknowingly and secretly involved in and influenced by evil occultist groups of people in covens and in a covenant with Satan. They were aware that Saints on the move for Christ also deceptively described themselves as a Christian organization when they were in fact a satanic cult just like Mountain of Fire ministries who intentionally targeted me specifically after I finally broke all natural connections with Saints on the Move for Christ, Tracy B Magwood Noel B Magwood Next Level Faith Center, Warriors on the wall and Global Apostolic Movement.

All not some of these people and their followers, members ministers and organizations are in the Satanic occult just as the Leadership followers, members and ministers in Mountains of

Once after suffering from financial difficulties I used money to purchase stock and earn a great deal of money from trading. The day after I testified of this trade the stock begin to take a dive and to this day has not recovered. This was another ritual where my ability to trade earnings from any source were compromised by their satanic rituals.

JOEL OSTEEN
VICTORIA OSTEEN

Through Tracy Magwood and Saints on the move for Christ evangelist ministry I became a strong supporter follower and regular listener of Joel and Victoria Osteen for several decades. Many times as a member of Tracy B. Magwood's coven, the church would play sermons of these false prophets when they were fully aware that these were not genuine Christians. Through introducing me to Joel Osteen and Victoria as leaders and people who were Christians it greatly damaged my ability to have a relationship with Jesus Christ. After purchasing books and listening to Joel Osteen I discovered that Mr. Osteen is in fact a liar, false teacher, false prophet and someone who does not and never represented the kingdom of God under Jesus Christ. The first incident in which I understood that Joel Osteen was a soldier for Satan was the interview that took place on the Larry King Now program in or about 2010 where Joel Osteen stated that he he did not preach on be saved, turn your life over to Jesus. Joel Osteen stated That he was not a traditional pastor and he only taught principles that are from scripture because he fan base were atheists and Muslim.
He only teaches how to live a great life which is clearly a contradiction to the teachings of Jesus Christ. Joel Osteen claims he writes out his speeches based on what he feels. Joel Osteen believes that there is a creator of the universe that he calls God. Joel Osteen stated he doesn't know why he is heterosexual and and there are a lot of things he doesn't know so he doesn't preach on it. Joel Osteen stated he was no scholar and he sticks with the things he believes. This again is a contradiction to what genuine Christian believe. Joel Osteen stated no one can know what happens when you die if one clearly look at scripture we can find the answer. On the Oprah show Joel Osteen states homosexuality is a sin but he isn't judgmental and believes everyone will be accepted in heaven. Clearly this is heresy lies and utterly false information not taken from any scripture. I want them to admit they are not Christians but are Marine Kingdom Satanist who has to by their religion offer blood sacrifices to maintain their wealth. They are in secret societies and offer their members up. For example on this date a kingdom of God citizen who was looking for

**Terese Ebony Jones Servant, Slave, Friend, Disciple, Daughter and Ambassador of the Lord Jesus Christ of Nazareth, Son of the living God and former slave illegally held prisoner in the Dark Kingdom, more recently in Mountain of Fire Miracles Ministry where it's a Miracle that I am still alive.**

The only reason I am alive is because of Jesus Christ and the miracle he spared me from the black magic, wizardry and Saints on the move for Christ Evangelistic Ministry cult after spending twenty-five years in the slaveowners Tracy B. Magwood.

Through dream manipulation candles mirrors vexing hexes spells divination words Blackmagic I was have raped me by Kehinde Olajide, just like I was under Tracy B. Magwood. I fact in a meeting with at least fifteen women I accused him and not one of these women asked me any questions in the meeting or afterwards.

These women knew that I was able to identify him as the rapist in my dreams. Which is the spiritual realm and the real world where these powers, workers of iniquity operate from.

Through forcing me on the altars and as a regular member of the church I was married to their god and idol. They, enslaved me, jailed me, stole my finances, used stagnation delay, cut my body and marked me tried to murder me with their practices. I was forced to pay tithes, offering, support and build the Kingdom of darkness while kept in spiritual blindness and illegally held in their kingdom. I was beat, strangled, raped, again and again assaulted attacked by animals in the spiritual and natural.

This sorcerer powers keep trying to get me to drink using my family bloodline of alcohol.

Recently, I keep having dreams about me going into bars ordering a drink. For example, the other day I saw a bottle of Corona pop up in my dreams. This is another method they use to keep their victims on drugs and alcohol. The familiar spirit alcoholism through my bloodline was used for decades by Tracy and Noel Magwood and the rest of their cult church as a weapon of war to keep me bound in chains and under their control. Mountain of Fire Ministry and Olajide's uses the same tactics.

**They are an organized crime entity.**

These wicked witches at Mountain of Fire not only tried to convince me that I was sick and had HIV/AIDS. Just as Tracy Magwood did for years, In December 2023 they used the entire service to pronounce curses against me to make me sick with HIV/AIDS. They also laid hands on me with oil and I was forced down in the chair by while Olajide summoned a demon of HIV/AIDS into my body.

That was the ceremony leading up to the years and a half weekly and midnight prayers they used to curse my health and inflict me with the disease. Then the warlocks, Olukoya and Olajide along with all their members would speak to me clear as day in my dream and while I was fully awake speak to me that I had HIV/AIDS. This went on for months. I would hear Buke's voice, Caroline woods and Olajide's voice. Again, for almost a year Olajide would preach at me telling me I was sick. At the midnight service he would talk directly at me trying to convince me that I was sick. December 2023 going into 2024 I left Tampa and he told me that the particles were in my blood and that this was something that I could not handle by myself that I needed the church and I needed to get back to Tampa right away to let him and the church pray for me.

They were trying to kill me with a disease. He used fear to control me and convince me that I was sick. I was not sick but they sent a demon of HIV/AIDS to invade my body. I began to feel sick then to develop symptoms. I had chills, night sweats I began looking for white sore in my mouth. When Olumide Oni came to the church before I left Olajide grabbed me held me down and said take that afterwards I became sick. That was the point when he delivered the demon of HIV/AIDS into my body.

In December 2023, at that same Satanic ceremonial service Oni tried to convince me to give Olajide my RX350 Lexus. Oni used casting of a spell and said that he gave away several cars including a Lexus, however it was a curse directed at me. The incantation and the curse are when they want you to do something they means the opposite, he was telling me that I am going to give away my car. When you are on drugs you are more susceptible to their mind control.

As I left the church Olajide followed me to my car and out of nowhere I told him I would give him my car. I saw his beady eyes become big as he held back his reaction. He was pleased that the divination worked so he thought. That is the reason they wanted me back in Tampa to continue to work on me to destroy my life with a disease and take everything from me.

Nonetheless, after that ceremony service I left to go to Ohio. They were furious, that's when they made every attempt to get me to return. Olajide stepped up the preaching about HIV/AIDS. They wanted me to come into agreement with it. Your words are so powerful even if you did not have the disease and you come into agreement with it your words would activate their evil deeds and one would test positive because the bible says this.

"For by thy words thou shalt be justified, and by thy words thou shalt be condemned". Matthew 12:37 and

I like the way the Amplified version of the bible put **Proverbs 18:21**. Death and life are in the power of the tongue, and those who love it and indulge it will eat its fruit and bear the consequences of their words.

Olajide could see that I was becoming concerned about what was being said, however, I had no fear. I knew Jesus Christ could heal everything but I still didn't want the disease. I cried out to my Lord Jesus Christ and prayed and fasted for seven days no food no water. On the last day of the fast I was tired and fell asleep feeling a bit discouraged. I still felt the presence of something inside of me.  I said, that I would continue to fast and put on a channel that had the receive the Holy Spirit on a loop. Tears came rolling down my eyes as I called on my Lord. Then I saw with my own two eyes, a big back demon left my body. Not only did I see the demon resembling what one would see described in a cartoon or something. But I saw the demon exit my body and disappear. When I got up, I felt differently that demon was gone and the Lord said go take the test. I drove two hours to Cleveland Clinic in Ohio and was tested for HIV/AIDS and everything else.

At this time, I was still feeling sick but it was mental. I started feeling so bad, I believed I had covid.  Sadly, I took an overnight bag. Although I refused to speak the words, I thought that I would be told that I needed to stay in the hospital.  Remember I had no one else to turn to but my tormenters who benefitted off my having an illness and wanted me to have the disease an suffer.

Therefore because of my experience, I believe most of the illnesses are witchcraft sponsored. The evil powers love to inflict us Christians with HIV/AIDS, heart attacks strokes.  More importantly they love to cause organ failure or and disable us with horrible disease.

While in that waiting room, I just began saying the devil is a liar, I ain't walking in fear I know my God healed me. I speak to all test you will be negative in the name of Jesus.

The test came back negative and I praised my God Jesus Christ for healing me every symptom I had disappeared. Now keep this in mind this warlock Olajide never wanted to pray for me only when it suited him when wanted to do damage to me or do some sinister curse on me.

However, on the day the test came back negative I called him, since I was demonized by him, I was programmed to call him. When I gave him the news, I could hear he was upset and he said let me pray for you.

After Olajide prayed for me when I walked in the house I was glued to the chair. It was a spirit that held me to the chair for a week. I sat Infront of the TV watching movies. A powerful force held me there I could not move. I could not move then two weeks went by. During this time, I am so sure he Olukoya and the rest of the members fasted and prayed against me because what happened next can only be describes as something supernatural from the pit of hell. He tried to kill me with a drug overdose. This is the method of the slave masters who enslave the people they consider enslaved souls are punished and murdered when they are furious and want us dead.

This entire global system is established on a slave owner/master enslaved/slave. I was enslaved first through Tracy B. Magwood for TD Jakes to promote raise up and introduce a new voice through the gate he opened as gate keeper and Magus. And I was further enslaved and kept as a slave by Mountain of Fire Ministry by Kehinde and Aderonke Olajide for Magus Daniel K. Olukoya to promote and raise them up to be the voice of Satan.

By no means is these the only two slave owners however these two had the biggest impact. After years of slaving and giving them all of my money both tried to end my life with their religious ceremonies. This is our system most recently and similar to Angie Stone who was a slave and used to work for decades without proper compensation when she rose up, she was cold-blooded murdered by Satanic forces.

The existence of this highly organized religious-spiritual subculture and its members are adversarial by nature to the genuine Christian community. The regulatory governing body members, actions, and policy publicly promote their god, religious practices, customs, beliefs, and ceremonies against and above my desire to respectfully disagree with the ratification of this land's natural and spiritual laws.

This occurs immediately once we are not recognized as a member or an affiliate of their church. We are harassed continuously, falsely accused, arrested, falsely incarcerated, and maliciously prosecuted. We are intentionally prohibited from borrowing credit and many times our credit file is manipulated to keep the score below average to prevent us from obtaining credit. We are unfairly prevented from opening a bank account even with the proper identification required. We are used as slaves and paid below scale and many times not paid at all and treated like slaves. These things happened to me and most rich Christians who are stripped by a besiege of wicked powers. We are denied fair treatment from governmental agencies when we seek assistance. Our property is illegally confiscated anytime a member from the occult desires it and works their effective rituals to get it. We are afflicted with sickness, disease, vexes, hexes, and harasses by members of the church of Satan working through the American churches, catholic organizations, business, and organizations throughout the country, but the Satanist disguised as Christians.

We are disarmed by the false teachers and preachers who withhold our God and Holy Scriptures from us to prevent us from fighting against them. Any time an occult member sees fit they intentionally cause car accidents; heart attacks stroke high blood pressure cancer just to name a few. We are demonized by and lived our lives under Satanic control. This religion has real witches, warlocks, priest demons, and sorcerers. Those members of the occult openly practice their religious ceremonies and have animal sacrifices, drink human blood worship the dead, use tarot cards, have seances among other things. Their purpose is to shed innocent blood; one of the most popular ways is through abortion. This satanist cast spells and use potions, incantations, voodoo juju, and different methods. The methods are very established and proven effective.

The members of the occult believe and understand their Satanic powers are genuine; however, they convince the world that it is not real or just a movie. Most of the demonic activity comes from the Christian Churches and pastors.

They Identify themselves through a distorted, dimly lit mirror. Posing as Christians, they are the epitome of what Jesus told us, his followers about in these scriptures. They are proverbial false prophets, preachers, teachers, elders, ministers, police officers, lawyers, businesspeople, doctors, all working in their fields in every aspect of society. They are Satanic occult members posing as members of society, nothing more, nothing less.

They are the sheep in wolves clothing. The Satanic occult members are devouring the Christian, stealing our joy and peace, giving us diseases, causing sickness, unemployment, destroying families, and waste lives of people from the church. Typically, the slave is killed in a car accident or they kill is after getting us addicted to drugs and alcohol and use an overdose a murder weapon of choice. Since the Lord had delivered me from all drugs and alcohol at the time I dabbled with marijuana and gummies. However, all the time I was in Ohio before Olajide prayers I had no desire to smoke or take gummies. In fact, it had been a year and a half since I smoked.

I only began smoking a few years prior and was not addicted but like the artistically creative nature it opened up. I wrote well but with weed I was a poetic Shakespeare. Nonetheless after Olajide prayed, I had an unusual appetite for smoking and taking gummies. Normally, when I did dabble with smoking weed it gave me a buzz quickly. I could take three puffs and I would be high as Eagle soaring in the sky. But not this day, this day under his death curse to kill me through an overdose I smoked one marijuana cigarette after the other. I did not get a buzz not at all then I must have eaten about five thousand milligrams of gummies and I could not feel a buzz. I felt nothing.

After that I took mushrooms and afterwards, I became scared because I was not experienced with mushrooms. I thought I would go on some kind of trip or would lay down and not wake up because I had so much in my THC in my system. Warlock

Olajide entered my body, this is one method how satanist uses television and media outlets to distribute demonic spirits and programs to send various spirits to attack. Keep in mind that theses occult members are associated with strong demons, demon spirits, Idol god, evil powers and other things we without the word of God have no clue of the depths they are capable of doing with their religious rituals.

Therefore, after I did not overdose, I began watching a program on Netflix where there was a lady who was connected with her ancestors. I have no idea the name of the movie nor do I care. The movie was Satanic. The female black character in the movie went into the bathtub and immersed herself under water in a tub.

Upon opening her eyes, she began swimming around in a body of water after speaking to ancestors which are demons appearing with the face of a relative or dead person. The snake came and went down her throat. I felt the snake go down my throat and I was taken under water by Olajide to Tracy and their coven. While under water I was very cold and asked where was I.

 I was shivering while these people put snakes and snake eggs into my body to control my life and kill me. It's a whole world under the sea in the Marine Kingdoms. I kept asking where was I and why was I so cold. When I awoke from the Marine kingdom, I felt Tracy Magwood inside my body. I could hear her voice and feel her presence talking inside my head. While I was thinking about one thing, she was thinking about something else I could tell there was someone else in my body. I was afraid as the demon spirit form of Tracy Magwood tried to take over my body completely and yet again send me to jail.

The demon spirit kept telling me to push the owner of the house down the stairs. Some of this may be repetitive because they were written at separate time for the situation to be explained property. The rest of this narrative is details under Kehinde Olajide.

**Holding each person responsible who took part in practicing sorcery, divination and witchcraft against me in at Mountain of Fire Miracle Ministry, A synagogue of Satan disguised as a Christian Organization. Other names will to be added later as I do not know their names.**

Magistra/Magister **KEHINDE OLAJIDE-** "Beware of false prophets, who come to you in sheep's clothing but inwardly are ravenous wolves. (Matthew 7:15–20).

Kehinde and Aderonke Olajide are member of this organized criminal entity through their ties with the Satanic occult, Satanism, Sorcery and Blackmagic. They are highly skilled, high-level sorcerers from Mountain of Fire Miracle Ministry, another church of Satan masquerading as a Christian organization.

The Pastors did commit heinous violent crimes against me while in their church under the intentional deception they were Christians working for Jesus Christ and the Kingdom of light. These pastors and members of their church attempted murder with their religious practices through car accidents, sickness, afflictions and anxiety. They forcefully molested me and raped with the intent to control, dominate and manipulate me into slavery and submissiveness to him, the ministry and the occult for Doctor Daniel K. Olukoya and Olumide Oni.

The pastor and his members did engage in attempted murder me through beating and a strangulation in my dreams where they are experts and operate in the spiritual world. The pastors of Mountain of Fire did intentionally perform Satanic rituals, rites and deliberately initiated me into the occultism with the full understanding that I only wanted to serve Jesus Christ and Christianity. The pastors of this church of Satan did intentionally and deliberately initiate me into Satanism with the intent to separate me from Jesus Christ and the Holy Spirit with the full understanding that I was attempting and desired to abide in Jesus Christ.

The pastor and the church members fully understood without Jesus Christ I can do nothing. "Abide in Me, and I in you. As the branch cannot bear fruit of itself, unless it abides in the vine, neither can you, unless you abide in Me. "I am the vine; you *are* the branches. He who abides in Me, and I in him, bears much fruit; for without Me you can do nothing." John 15:4-5.

Yet, they intentionally used deception to lure my and forced me to bow down to another god knowing that the God of heaven considered it a sin and it would separate me from him. I had no idea I was in sin and separated from my God but they were fully aware of what they were doing. "But your iniquities have separated between you and your God, and your sins have hidden *his* face from you, that he will not hear." Isaiah 59:2

Kehinde and Aderoke Olajide as directed by Daniel K. and Folashade Olukoya and Olumide Oni did deceptively use his criminal organization to collect thousands of dollars from me through wire, mail and in person of his house of il repute with the full understanding that I believed I was contributing to a Christian Organization.

The pastors of the house of horrors, refused to return the funds upon my discovering Mountain of Fire is no Christian organization and the leaders are not Christians but Satanist. Kehinde Olajide as directed by Daniel K. Olukoya and Olumide Oni did deceptively use his criminal organization to human traffic me to Tope Oluwayemiwo to work as a slave without pay and under the impression that the free work was for a Christian organization and not a Satanic temple. Also, for performing years of cleaning of the satanic temple located at 607 Roberts Road in Brandon Florida.

Kehinde Olajide as directed by Daniel K. Olukoya and Olumide Oni did deceptively use his criminal organization to carry out hate crimes against me through his religious practices including an attempt to cause credible bodily injury and death by the intentional inflicting me with HIV/AIDS for the ritual of debilitating and controlling my life from the spiritual and the natural realm. He operates in false humility.

The did in fact use dark knowledge and practices to access the ability to manipulate events in my life. For example, to steal my prayer altar, anointing and power the pastors put me on the prayer line with Latoya while on the line and from their twelve-noon prayer my prayer life was completely drained. I wasn't able to pray one scripture. I had memorized passages of scriptures. I felt no power, no anointing. no presence of my God.

I was disarmed as legal transactions were made over the course of the years; I spent leading up to my discovering there were not Christians. Satanic ritual, after ritual, curse after curse, divination after divination, incantation after incantation went on and over for a three years period straight. The rituals were performed by both the pastors and the members of Mountain of Fire Ministry in Tampa Florida.

Slowly and gradually before I realized it, I was not only in their grips but completely under satanic bondage with my soul caged once again. I was fully exposed with no protection because I was blindly practicing witchcraft against my God giving themselves, through my ignorance the legal rights to do what they wanted. Gods' children are under bondage and harm. Kehinde Olajide as directed by Daniel K. Olukoya and Olumide Oni did deceptively use his criminal organization to swear and publicly threaten that I would die of a terrible disease and suffer knowing that he was making a credible bodily threat against my life. Trying to instill fear, intimidation mental anguish through their connect through the dark arts.

Kehinde Olajide as directed by Daniel K. Olukoya and Olumide Oni did deceptively use his criminal organization to force me to participate in Satanic rituals and practices and by initiating me into the occult against my ecclesiastical, constitutional human, natural and Geneva rights as held by the war time rules.

Kehinde Olajide as directed by Daniel K. Olukoya and Olumide Oni did deceptively use his criminal organization to purposefully discriminate against me because I am a Christian thus receiving undue, unfair and harsh punishment of the spiritual and natural kind fully understanding I was in a position to allow the lord to rebuild my life. Kehinde Olajide as directed by Daniel K. Olukoya and Olumide Oni did deceptively use his criminal organization to purposefully use severe spiritual warfare tactics knowing I had not yet suspected them as they disarmed and stripped me with continuous attempts to have me arrested, satanically removing my powerful prayer altar, fasting, praise and worship where I could not access my God. Anytime my soul cried out they refused to assist because they were the source of my severe pain and suffering. They intentionally tormented my soul profoundly and horribly.

My soul was caged and I felt no spirit of God, no presence of the love God, my powerful anointing was stolen, no power no church fellowship, no help, no joy, no peace. I felt dry and dead inside because of these rituals against me and they knew I was physically dying. They were responsible.

Through Mountain of Fire Ministry, Satan, Doctor Daniel K. Olukoya, Olumide Oni his gatekeepers, leaders, masters and lords Kehinde Olajide is the quintessential face and mouthpiece of a false prophet. Kehinde Olajide, like Tracy B. Magwood is the epitome of a ravenous wolf in sheep's clothing described in Matthew 7:15. Mountain of Fire Miracle Ministry is the twin to Tracy B. Magwood's Saints on the Move for Christ Evangelistic Ministry, and the majority of the Marine Kingdom ministers with ministries established through a commitment by covenants, altars, shrines, familiar spirits, demons and idols provided to them by Satan from the halls of hell to intentionally, disarm, mislead overtake and subdue Christians and force them into the occult. Through Kehinde Olajide desire to become wealthy and advance in life he uses Mountain of Fire Ministry's falsehood, deceptive practices as a launching pad for the occult, satanism, Blackmagic, voodoo and all the dark arts intentionally draped under a veil of Christianity to lure Christians into financially supporting his lifestyle and desire to please Daniel K. Olukoya.

His desire for Daniel K. Olukoya's keys to open the gate to success encourages him to use methods to dupe the world into believing they are Christians. In the process this lawless leadership are building great wealth from Christians through collecting donations, tithes/ offerings, books and preaching another gospel while giving the impression that they are leading souls to Jesus Christ. "But though we, or an angel from heaven, preach any other gospel unto you than that which we have preached unto you, let him be accursed" Galatians 1:8 These corrupt slave masters are building Satan's Kingdom, doing his work and intentionally initiating the souls, like me who was looking for answers and help from Jesus directly to the devil and into the occult.

They have built great wealth off the backs of slaves from the Kingdom of Jesus Christ. For over five years, a method was employed to systematically deny me my ecclesiastical, constitutional, human, natural, natural, and Geneva rights in my own

country of birth. This approach was also executed through Tracy B. Magwood for her gatekeepers, leaders, masters and lords Thomas Dexter Jakes (TD Jakes) Serita Jakes, Sarah Roberts Jakes.

As with Tracy B. Magwood and her cult church, through Mountain of Fire and Kehinde Olajide they used a combination of their religious rituals, practices, customs, beliefs to intentionally separate me from Jesus Christ and the Holy Spirit. Since it has been about a five-year period, I will briefly describe some incidents and others in detail for this court document and letter asking for help from heaven and the white house.

Immediately after the Lord told me that he was going to use me, I received a message to attend Mountain of Fire Ministry, but that message was not from the Lord Jesus Christ. The voice I heard was through trickery and deception to divert me from serving the Lord and to give me the impression that it was the voice of Jesus Christ. In other sections I described how members in the occult use black magic to put thoughts in your head to give you the impression that the Lord is speaking to you. Similar to Tracy Magwood and her church, after I started attending Mountain of Fire Ministry, I experienced an increased number of near-fatal car accidents.

The members in the occult used car crashes and car accidents to carry out murders against people they hate and want to be rid of. Because it's a car accident, that is how it will be investigated and determined not a cold-blooded murder by a slave master who needed a blood sacrifice. However, from the amount of near-fatal car accidents and my experience they are capable of using their religious rituals through their practices to carry out a cold-blooded murder in the form of a car accident. For almost five years. Every Monday, Wednesday and Sunday I would experience a nearly fatal car accident on my way to that church. An attempted murder through witchcraft. Which tells me, that the leaders in the church and Kehinde were performing satanic rituals using their religious practices to tried to murder me in a car accident.

The reason why they attempt to murder a slave in a car accident is because the Christian believing that they are serving Jesus Christ but are not because of the

affiliation with the satanist would go to hell. The Christian's soul is in deep trouble and in my case Mountain of Fire put me in deep trouble with my GOD. Although, I believed I was in a Christian Church and I believed, I was practicing Christianity, but I was not, I was in the occult bowing down at their altar, giving money to that altar, and to that pastor in ignorance nonetheless it was done and witchcraft is an abomination to the Lord of heaven. Since MFM are in the occult they knew very well that they were intentionally separating me from my God and from the Holy Spirit and I would not be in a place of authority.

As with Tracy Magwood there were so many of them surrounding me, praying against me, fasting against me, working witchcraft against me, working black magic against me, performing rituals against me, laying hands on my head with satanic oils, and praying satanic prayers against my health, life and my projects. We are talking about decades of praying against my future, wealth, my destiny, my place in life, businesses, marriage everything that I prayed for they found a way to find out about it through deception and they prayed against it.  Everything that I desired to do after giving me the impression that they were there to help me, they were there to help me reach my goals they stole everything.

As with Tracy I experience with Kehinde the incubus and the succubus spirit which they believe that they are married to you because you are their slave and property. They believe they have a right to have sex with you in the sleep. It is rape and it is molestation, but it is a practice they frequently engage in. It is a widely held practice by satanist and members in the occult through the spiritual realm. They inflict failure sickness and disease in your body when they want you to die or have issues. Several occasions when I was violated, I did not tell anyone, but Kehinde would make mention of this situation as if to mock me right in the pulpit. After he made those statements that's when I confirmed that it was him.

While it as was happening, I sensed his presence. In a meeting with all of these women in session I accused Kehinde of raping me in my sleep.

They keep Christians on drugs and alcohol or medication because when one is intoxicated, he will not be able to identify when they are being raped, beat, or being molested, chased, or using animals to attack or marrying you. Many people on drugs go insane because they see the demons and are attacked by them and

great fear hit them. The demons being mental disease especially Schizophrenia. It's a demon spirit.

I had to begin to cover myself with the blood of Jesus and dispatch the angels all around me. One mooring I woke to find my panties wet and spotted and as I cleaned my vaginal cavity a yellowish type secretion was remove with my finger. I could determine I was touched as it was all wet and I do not have what is known as wet dreams.

There were at least fifteen women on the line and not one of those women text me or called me to ask me why I said that about Kehinde. Kehinde never denied it and never responded to me. As a pastor wouldn't it seem natural for a least one-woman t contact me on the side. Another practice that I experienced was marking all my body.

The satanist and occult members believe that I am their slave. We know from history, in the natural   the master used to mark the slave as property to be identified as his own incase the slave ran away.  I have three separate markings on my body from different occasions when I went to sleep, I did not have those markings however when I woke up the next morning, I had the markings.  One marking and I believe this one was the first was on my right arm near my armpit but on my arm.

The morning when I woke up the mark was just an open mark as if I had burned myself with a hot comb. The next day a scab formed. The second mark is on my right arm near my wrist and the third was a cut on my right hand. When I woke up to discover the mark, it was painful and felt like, as if someone used a razor and cut into my skin.

The mark was bleeding and it was hurting. One night, as I was sleeping, I was abruptly awakened by Kehinde standing in my room. He grabbed my right ankle.

The next morning, after reflecting on this encounter, I realized the significance of what had happened that it was Kehinde. When I stood up, I almost collapsed because my left ankle was swollen, and I was in pain. I walked around for almost two weeks limping and then I decided there was nothing wrong with my ankle. I said enough of this I should not be limping, and I prayed, and the Lord healed me.

That incident was a spiritual attack through rituals just one of many that I experienced through Kehinde at mountain of fire under his care while he was posing as a Christian pastor. Again, because I attended for such a long period of time, I am going to add more incidents that occurred later on hopefully and prayerfully after a lawyer represents me.

These church leaders are enslaving, torturing, humiliating, abusing and amusing our bodies and soul through their religious witchcraft and practices. They believe they own us. As with Tracy Magwood's cult   through her thirty-year homosexual relationship with use Tammy McIntosh they perfected a system through the blood witches. Blood witches have the ability to contaminate the blood and inject a disease into your body.  Tracy Magwood, through curses incantations and spells first injected HIV/AIDS into my body years ago.

In fact, for many people in the churches this is a method and it is a satanic ritual performed on the blood of men and women in their congregation as a way to control them the way Kehinde and the members of Mountain of Fire tried to do with me. But I thank God that Jesus Christ stepped in and healed me or I would be infected with the disease right now. The other day I had a dream and saw white sores in my mouth. Christians are unaware that you must curse that dream from the root and cancel it immediately after you wake up. Tammy McIntosh has been in the medical field for a very long time. She is extremely skills as a Jamaican or Islander, as her mother was.

The medical field is a haven for witches and workers of iniquity from the doctors to the nurses who inflict punishment on God's people. We have to understand how to use the word of God as a defense and more importantly offense. When we go into places of business or purchase products, we must pray beforehand. I had unreasonable fear of acquiring the disease of HIV/AIDS.


I can only tell you that I know that it came through being involved with Tracy Magwood infected me years ago. And for almost 2 decades I did not take a test and I avoided taking the test because I knew that I would have to be in the right place spiritually to receive that diagnosis.  The very first time in my entire life I had an HIV/AIDS test was in January 2024.

"For the thing which I greatly feared is come upon me, and that which I was afraid of is come unto me." Jon 3:25

I had an unreasonable fear of going to prison for whatever reason but believe it was programmed in me since I was demonized most of my life. Likewise, I had a reasonable fear of being diagnosed and I believe they were directly related to being associated with members of the occult who absolutely unequivocally have the ability through their religious practices to inflict us with diseases and send us to jail. I am talking about what I have experienced. After I received the twenty-five-year mandatory sentence which was arranged by members in the cult who sent Kent Edward David into my life on assignment to have me incarcerated I was terrified because I knew that since the fear of going to prison came to pass then the other fear would follow. We Christians must not fear anything they thrive on fear and causes you to lose your place of authority leaving the door open for them to attack. Why because "Fear" is a powerful tool that could open the door for attacks.

"For God hath not given us the spirit of fear; but of power, and of love, and of a sound mind." 2Timothy 1:7

For years I fought the voice in my head. I thought to myself for years because I hear a voice in my head every night, over and over, in the middle of the afternoon, over and over at random I would hear you have AIDS you have AIDS. I would also hear that I was going to die in a car accident. Or of a drug overdose I will hear those voices clearly and at the time the only thing that I could do was say that I rebuked the thought in the name of Jesus. I would also cover my mind and cover my thoughts with the blood of Jesus. Tracy originally worked through their rituals and involved me to manipulate my blood. However, after I started attending Mountain of Fire those voices became very much more or pronounced, they were gone for some years but there I began to hear them again.

This time I believed through Carolyn wood and Moses they tapped in to the fear that was on the inside of me about their diagnosis and they projected that into a ritual which began the process all over again. So, I made up my mind I am not going to walk around with that fear. I was demonized and under their control however every time I heard the voice say you have AIDS. I would say no I don't you have it.

Every time I attended a service at mountain of fire that service was deliberately a congregation of witches warlocks demons powers occultic congregation assembled together to take my life., to destroy my life, to lead me away from the Lord, and two take everything and stripped me of everything else of my treasure destiny star future place in life gifts calling whatever was left they wanted that so every time I stepped in to their congregation the prayers were prayed against me.

For example, Kehinde has it on tape where he had a whole session initiating me and my blood where he went on to say any sickness, any disease, any ailment any affliction and my blood and my body in my cells in my system. He used to curse those things my blood my body my system my cells in a satanic ritual to manipulate my blood. When Olumide Oni came from Texas Kehinde grabbed me and suddenly laid hands on me and said take that. It was a ritual performed against me to give me AIDS. After the ritual I fell sick in my body. The ritual continued for months every time they had a meeting especially during the midnight service.

They were rituals where he just went on and one with his ritualistic prayers. At times Kehinde would directly talk to me about myself while the other women were in the background praying, they're satanic curses against my blood. At other times he and I were the only ones on the YouTube channel.

In December of 2023 I left because it was becoming too much every time. I lost everything, all money, jobs, income, business, opportunities, investments, prayer life, anointing, ability to write, sing. They were praying against me involving me in rituals I became weaker and weaker, feeling tired sick all my money business, income, glory, voice writings of books, music and everything the lord restored after leaving Tracy Magwood had once again dried up like a desert in the hottest place on earth that had never seen water.

I was dying slowly and surely. I felt no life, no light I was put in a bottomless pit once again. But I cried out to the Lord and cried and cried and cried. I missed him I missed Jesus being surrounding all around darkness. After the ritual was performed on me in the church around mid-December 2023, I believe they had an idea that I would not return.

Oni, Kehinde and the entire church had pre-arranged the entire ceremony to conduct a ritual against me. In the past Kehinde would avoid calling me or praying for me. However he called me, this man hated me he never wanted to be around me he would never call me but did so to tell me and to come back to Tampa. He stated because what I'm going through, I could not handle it on my own.  I had no diagnosis of anything and then after that conversation over air at midnight he began talking about the same thing about particles in my blood again.

Then he called me and say let him pray for me and I needed to come back to Tampa.  All he kept talking about were particles in my blood the particles in my blood which means they ceremony was to project AIDS and he fully expected me to test positive.  I was very upset and decided that I would not communicate with him again. That's when the Lord instructed me to go on a seven-day absolute fast no food no water fast and lay before the Lord now this is January 2024. I am so traumatized and still demonized but I heard in my spirit a small still voice to fast.

 Through three years of telling me I had AIDS pronouncing it upon me praying against me, playing games with me I decided to take the test.

 But again, after I followed the Lord's instructions of going before him on his seven-day absolutely no food no water no games nothing pray and I did and I created a tape and I prayed and I stood before the Lord I told the Lord I know what he's saying meaning what Kehinde is saying but I know what his word said.

On the 7th day I felt somewhat discouraged because there was still something I felt in my body and as I laid down praying and I fell asleep right before I woke up, I felt the big black demon of aids that was set from the pit of hell through Kehinde the congregation and the church and Olumide from the rituals. I saw it leave and then I felt it leave my body felt healed and I heard now go take your test. And I drove two hours from where I was located to go to Cleveland Clinic in Ohio to take the test.


 Afterwards when the test and every test came back negative because I had been experiencing symptoms and I thought I had something when it came back or when the test came back the symptoms disappeared and I was so relieved I went outside and immediately I contacted Kehinde. Immediately the first thing he said was let

me pray. He was definitely upset and I'm thinking am I reading something into that it sounds like he's upset but he tried to contain himself. He was angry that my test was negative so he knew that I had broken through and got a healing from the Lord.

He was furious however he tried to give me the impression that he was happy for me. The years of work they put into my being tested positive that he was beside himself but Lord came through and healed me. After this pastor prayed for me again a heaviness came upon me. I had got the best news of my life and Jesus was the only thing on my mind. I was headed back to the room where the Lord healed me to praise and thank him all night for the miracle. However, when walked into the house where I was staying, I was immediately drawn to the sofa and it was almost like I was glue there something sat on top of me and I was paralyzed and unable to move.

Then a strong urge came upon me to smoke marijuana which I had not smoked it in a year or maybe a year and a half. This is the part where I understand how the occult members not only kill Christians with sicknesses and diseases car crashes and accidents but now, I can fully describe how they kill us with overdoses. In the previous writing I already described how Mary Medlock forced me to take almost 80 pills in an attempt to cause me to overdose. After that incident the next day the deaf demon was hanging around me. I was getting into all sorts of near fatal car accidents and other strange happened.

The Lord saved me from that as well nonetheless after Kehinde prayed for me and sent an assignment to kill me with substance. If an individual is addicted to drugs alcohol or whatever and the occult wants to kill that individual, they will cause you to not feel high no matter how much to ingest. Then since you are demonized and remoted controlled by them, they will trigger an impulse for the individual to continue to ingest the substance.

The drug will store in your body as you continue to keep taking it because you do not feel the effects until you take in so much that you lay down to go to sleep and you die of an overdose that's how it's done.  In my case wasn't addicted to

marijuana and I had not smoked it now for a year and a half. I was never a weed smoker even as a teen when everyone was smoking, I just never liked it.

However, for months Kehinde would lie and tell me that he was counseling a girl who was addicted to marijuana and would not stop smoking it. I believe that he knew the friend I stayed with was a smoker and trigger a desired in me to smoke weed. Therefore, he was lying and never counseled anyone but in fact he was conjuring up a marijuana demon so that I could become addicted to it. The funny thing is I began loving the way that it smelled but the Lord stepped in and gave me an allergy so after that incident which was the last time I smoked it triggered an allergy.  Drugs and alcohol are not only a gateway but in entryway for these high-powered sorcerers to use sorcery against anyone they want to kill.

Through those drugs legal or illegal and alcohol, in my case it had a profound effect and gave that demon legal right to do what he wants, which was to kill me. I'm a lightweight when I did smoke on and off with my friend who is the one introduced it to me about four years ago. Under any normal circumstances, I would take 3 puffs and I would be done. I would not be able to take anymore of course until that three puffs wore off then you take three more.  After he prayed and assignment to kill me with an overdose, I began with two puffs one after the other entire cigarettes or marijuana cigarettes were smoked.  I felt absolutely nothing then I must have eaten about three or $400.00 worth of edibles I'm talking about bags which had a hundred 500 milligrams 50 candies.  I must have eaten about six to seven bags.

I lost count but my point is because Kehinde performed a ritual on me I could not feel any buzz whatsoever and I continued to consume and smoke for hours. Then I ate mushrooms after that I began thinking to myself this is going to hit me all at once and I'm going to just go on some kind of crazy trip. I thought I might run outside without my clothes on or do something crazy and they're going to lock me up and insist I take medication.


 I thought to myself I'm going to hide in the bathroom but then I thought the bathroom might turn into hell and I might see fires and demons and I was beginning to bug out. I said if I saw demons I would fight them but I was deceiving

myself I was still demonized and had no power. All of a sudden, I became deeply sleepy intensely sleepy as if I've never felt that intense sleep in my life and never stopped to think that had I died in that state heaven would not have been my home for all eternity.

What happened next was Kehinde caused this deep sleep to come upon me. Thinking back, it happened once before when Mary Medlock and Barbara Edwards sent an assignment. I was sitting in the chair fully alert then all of a sudden like with this incident I felt a deep sleep come upon me. Nonetheless, Before I fell asleep, I was watching a Netflix movie it was very satanic.

Do not be fooled the movie producers, writers and the entire Hollywood know exactly the types of spirits that are sent out through their productions. For example, everyone is talking but no one is saying that the accuracy of the predictions coming from the Simpsons is because they writers, directors and people involved are in the occult and the knowledge-based information comes directly from the pit of hell through Satan. That is one reason, from my opinion and studies the Lord did not allow the fallen angels back because they taught the sons of men knowledge that the Lord did not want them to have.

Also, there were no plan of redemption for the fallen angels. They are the same demon hanging around from the beginning of time and do reveal future events as in the case of the Simpsons. The people predicting events practice the religion of Hollywood which is the occult. Let me just say this is my thoughts on the Simpsons accuracy knowing they are not Christians by the very content they distribute.

Therefore, movie producers are used all the time to show occultism. The girl in the movie immersed herself in the tub and went underwater holding her breath. When she came from under the water in the tub she was in a pond or a body of water swimming around.

Out of nowhere a snake came and went down her throat that's what they did to me. I literally felt a snake go down my throat and moved in my body then I passed out.

These people in MFM and the occult are a people of the water. That is why when you listen to them preach the message is about Levithan, Marine Kingdom and things not only the average Christians don't have any clue about but the well-informed followers don't believe this can happen. They believe as Christians that these things don't happen even when everyone else in the world knows it happens. the problem is everyone knows these things exist and happens except Christians who the black magic is it's being practiced against and are under demonization by these pastors, and society.

 The days that followed this experience and I will say that if it wasn't for the Lord Jesus Christ I would have gone into cardiac arrest I would have had a heart attack or something. Again, I just kept going on and on and then on top of that I kept smoking cigarettes one after the other one after the other when that deep sleep came upon me, I was taken down in the water and my soul was caged once again because of that sin he deceptively lured me into. No matter what I did for almost forty years of my life my relationship with Jesus Christ was interfered with by the occult members and the Church of Satan.,

I kept asking them while I was underwater why am I cold I was strange cold and I saw cages. People's souls were caged and they did terrible things to me. It was black and very dark I was naked and had my hands folded trying to cover my body. I was shivering and asked where am I? How could I be underwater and talking?

They put snakes and snakes' eggs in my body. When I woke up, they try to give me amnesia so that I could not remember what I saw. But I remember things were going on there like in the normal course of a day. Inside of my body I could feel the snakes moving around I could feel eggs moving around in my body. I tried to eat something and could not. I was getting nauseated from the smell of my own breath. First, I could feel Tracy Magwood inside of my body.

 I could feel her voice inside of my head myself. I felt weird like someone was standing next to me but they were not next to me but inside of me trying to take control. She tried to take over and told me to push my friend down the stairs.


 I gasped and said "Oh my God" The assignment was to have me arrested. That is another tool used by occult members against us.

They wanted me arrested again and when I did not do it, I could hear her furiously cursing me out trying to get me to two things I did not want to do. I felt afraid because I knew there was someone else in inside of me and it was apparent. I was thinking one thing she was thinking another or that spirit demon had a mind all of its own.

So, I'm thinking I need to go back before the Lord and I go upstairs to pray. Once I climbed the stairs to the attic it was a struggle. I had been going up and down with no problem and for seven days I struggled. That's how long it was that I carried around another person inside my body.

 I was not able to eat but I knew I needed to fast. I took a bottle of water with me. After I drank one small sip of the water, I could feel the water moving slowly from my throat esophagus all the way down and I began to vomit. The water shot out of my mouth like a spout and I began to vomit. My breath smelled foul disgusting and horrible. My breath was the worst I had ever smelled; it was horrible. I kept clearing my throat because something kept coming up out of my body like when a person has acid reflux.

I can't describe it but it was like a type of slimy mucus that kept coming up. It was nasty something that I've never ever seen and it had a foul file odor. I tried to pray the but other being inside of me did not want to pray. I had all sorts of crazy thoughts.  I had to force word out and had to read the bible. I could not recall one scripture.

These **Soldiers for Satan are engaging in a bloodthirsty Spiritual warfare waged against genuine Christian from the pulpit through the Marine Kingdom residents.**  They (Satanists) are the slave masters of the spiritual realm, where they unreservedly control people's lives and entire neighborhoods, communities, territories, and regions via bewitchment.  They cast spells and use voodoo, juju, tea leaf reading, crystal balls, and most devices proudly displayed in some Disney movies.

To maintain their evil influence, they exploit our lack of spiritual knowledge and keep us spiritually blind through their religion of Satanism. The church is kept demonized and under bewitchment.

Everyone is practicing witchcraft but Christians are not only the target but we are the primary group who refuses to believe that sorcery and witchcraft exist although our Lord not only said it exist but he casted out devils and demons.

**What people call demon possession is demonization. After Olajide prayed for me and took me to the bottom of the ocean where** snake entered by body - left snake and snake eggs. Christians better stop playing in these churches with these occultists in the pulpit. People would have called me possessed.

They can use their religious curses to put a disease in your body and some only Jesus can heal. Some diseases and sickness are introjected in the body during sleep to get the person weak and on medication where they can be controlled. Anti-depressants and other anti-medications do not cure, treat or suffer any mental illness. Mental disease is a spiritual attack by members in the occult. Demonization is where the soul appears to be possessed, but it is under the influence of a Satanic power like I was. All souls belong to the lord and cannot be owned by Satan or sold to him. Medication is sorcery and one should be very caution when on it. It opens the door to the spiritual realm for attacks from the dark side.

**This was a real spiritual attack - another method of domination by occultists. I began**
- 1. Hearing voices.
- 2. The voice told me to harm someone thank God I did not.
- 3. Snake and snake eggs in my body crawling around.
- 4. Two other personalities inside my body.
- 5. Another personality attempted to control me.
- 6. Unable to sleep.
- 7. Paranoid- afraid to go outside.
- 8. No appetite.
- 9. Headaches.
- 10. Double vision.

Although Olajide was responsible for the prayer Tracy B. Magwood was the other personality inside of me then after that Noel entered me for a brief time until I prayed cut the cord. They work together and terrorized my poor soul

right there in the church.  Aa with Tracy Magwood when I left MFM a grown educated woman with a Master's degree could not read. Someone who was an avid reader and excellent writer I could not read again. I could not write although I had written books.

 I could not sing although I had a beautiful voice and loved doing so. I could not write song, poetry short or long stories although I had done so for years. I could not once again, keep a job. The last time I attended the service where Oni and Olajide cursed me and sent a demon of HIV/AIDS they wanted my picture for their altar to have in their shrine as we gathered to take a picture Caroline wood put her entire five fingers around my hand and pulled from my wrist and slid her fingers in a motion as she was taking something out of my hands. She took wealth blessing and everything out of my hands in a satanic ritual right in the church.

After I left, I could not earn a living as with Tracy due to interference. Other things Olajide did was to tell me to get on my knees in his office. He stood in front of me with a bottle of oil and began squirting the oil in my mouth while holding the bottle in front of his crouch.

 After the members of MFM left my home, I could not pray at all. Some walked around the property, Olajide mocked me and said my home was an altar. He failed to mention they set up an altar in my house giving them access. I was under twenty-four-hour surveillance.

As with Tracy, Olajide would tell me to hold my head back breath in and would anoint my head with oil. They did not want me to go out of town so he appeared as if it was Jesus Christ about getting a divorce the same day, he called me to meet with him. In his office he gave me the exact scripture in the same order that I received in the closet. To date I am the only one in the entire church who was baptized.

 It was a baptism into the occult and satanism. Just like Tracy B. Magwood actions and attempted murders, illegal arrest, incarceration, baker acts, curses were for the purpose to shed human blood as and to sacrifice souls so that TD Jakes the gatekeeper could open the door for Noel to be the voice of Satan and preach another gospel and garbage.

All of the witchcraft I experienced at the hands of Olajide was to also offer blood sacrifices for Olukoya his gatekeeper to open the door for him to get a large church, collect donations, titles and offer by fleecing Christians who are spiritually blind but looking for the love of Jesus and his community. This man and the other named are evil wicked and have no regard for souls. They hate America.

HIGH PRIESTESS ADERONKE OLAJIDE-   Long hair is a glory to women, and it is given to them as a covering (1 Corinthians 11:15) and God can restore what was lost or damaged, including hair, as a sign of his mercy and blessing (Joel 2:25; Psalm 139:14; Songs of Solomon 7:5; Jeremiah 17:14).

A woman's hair is her glory and this ritual performed was a ritualistic act who store my glory throughout my time in this synagogue however on one occasion. Latoya Marion Robertson a high priestess in the Satanic Occult and the individual responsible for delivering me, (with the full knowledge that I am a genuine Christian) into the hands of the Herbalist and witchdoctor's Doctor **Maga/Magus FIVE STAR GENERAL HIGH PRIEST Daniel K. OLUKOYA Council of Nine, RULING MEMBER THROUGH MFM**

High Satanic Priest Kehinde Olajide his wife and their church of Satan used a ritual of transference to intentional steal my glory.

After a coven meeting in which I believed was a Christian gathering Latoya continued to point out how High priestess Aderonke Olajide hair had grown. Prior to that day, she had shown me a picture of the high priestess hair which was very short and cropped reassembling a young boy's haircut. However, on this particular day, the high priestess hair was braided and had grown significantly. Latoya sat next to me at the church making sure that her screen on her device was visible to me.

She was on the website Amazon looking at product called Edge. Although, the products were clearly displayed on Latoya's device, she suggested that I talk to high priestess Aderonke and ask her about the product. Therefore, after the ceremonies were over, I asked the high priestess what products she used. Aderonke pulled out her device and as her device displayed the products, she began to explain how the products were effective.

Shortly after I ordered the products and began to use them my hair began to shrink. My hair did not fall out nor did it break off. I just shrank significantly. Since these people are consistently refer to the Marine Kingdom my experience is that in conjunction with the owners of the product and the church, they are members satanist and intentionally engaged me into demonic warfare unknowingly with deception and against my will.

One the day when this ritual took place, I noticed the high priestess give the Dr. a nod of approval after they conspired to have the Dr. call and purchase a Medicare plan. As I enrolled the doctor into the plan, I discerned a ritual taken place to steal my business and give me AIDS. I could hear them in the background performing rituals. While on the phone with the Doctor they were all on the line performing a ritual. Everything they did, every encounter it was something being done to separate me from my God and to perform some kind of custom on me. Nonetheless, upon checking videos of this Satanic Organization. I noticed other members witches whose locks were cropped much like Priestess Aderonke also grew at an astonishingly supernatural rate.

 What I experienced was a direct violation of my civil rights to serve Jesus Christ and not Satan who in the god of Dr. Daniel K. Olukoya High Priest One and Kehinde Olajide and the rest of the members who knowingly engaged in a five year war to take glory, money, talent, time and my life through their witchcraft practices which are a way of life for most Nigerians who deceived me and other Americans to attend  their church.

One another occasion when I first attended the church the high priestesses engaged in a ritual performing word curses to invoke familiar spirits through my family bloodline to cause me to become angry and bitter. This method is used to cage a person's soul and thereby give them the advantage to control my life through their practices.

HIGH PRIESTESS ADAMA WURIE-  In conjunction with other members of Mountain of Fire Miraculous Ministry this synagogue of Satan and coven impersonating an authentic Christian church led by Jesus Christ this witch Adanma Wurie a member in the Satanic occult church lead by Satan through Sorcerers Dr. Daniel K. and Folashade Olukoya, Kehinde and Aderonke Kehinde and his wife participated in many rituals performed against me over many years

through known ritualistic practices which were unknown to me at the time to assist the leaders in caging my soul, stealing my gifts calling wealth and ultimately attempting to murder me through food and other methods. **Food offered to idols Ritual**- That ye abstain from meats offered to idols, and from blood, and from things strangled, and from fornication: from which if ye keep yourselves, ye shall do well. Fare ye well. (Acts 15:29).

Over the course of my attending this church witch Adanma coaxed me into accepting food that was used in rituals and sacrificed to idol with the full understanding that through spiritual curses upon the food it could not only bring upon the victim sicknesses disease aliments afflictions illness but it could cage the soul steal wealth and cause death. One's place in life and cause an opening where the innocent victim, in this case me, would leave a door open for the leaders and members to control my life through their secret satanic powers due to teaming up with and getting help from Satan through evil demons leaving me unarmed through blind trust and spiritual blindness cause by other ceremonies which produced spiritual blindness, muteness and deafness with the soul purposes of gaining an advantage of me and violating my rights to serve Jesus Christ. At the end of each ceremony the occult members would serve food and offer it to me.

No matter how many times I would turn down the offer Adanma along with Carolina Woods would have a bag with food and corner me into taking it prompting me to eat knowing we just came from a three day fast with no food and water and I would be hungry.

Witch Adanma part in Satanic proceedings against me in February 2023 where an evil plan was contrived to call themselves hold a church gathering at my complex to win souls for Christ. However, due to the fact I was gaining strength in the spiritual realm through praying and fasting the sinister plot against me was not to win souls but rather gain access to my home on the guise of praying.

All of these SATANIST walked my entire property dropping items and declaring curses against me as well as opening up portals to supernaturally gain access to my life. When Adanma walked into my townhome she busted out "Now I am really jealous of you". Warlock and high Priest Olajide, attempted to down play her words by saying, why because of the view.

These servants of Satan walked through my entire house touching everything with oil and speaking in some type of ungodly unholy demonic tongue which violated my right to privacy, life liberty, employment, health, relationships, human, civil and Godly rights among other things. They also opened demonic portals to illegally gain control over my area and left a yellow form of something in my house. I unknowingly swept it up the yellow droppings which resembled baking soda but in a yellow hue became a dust causing me to be sick with a bad case of allergies. Witch Adanma testified that she was diagnosed with brain tumors. I am unsure whether she was actually diagnosed with the tumors or she was using divination through a satanic prophecy cursing me with the tumors. I have discovered that every in the natural realm in the opposite in the spiritual realm therefore when they use a curse and refer to themselves, they are actually referring to the person they are using witchery against and not themselves. Nonetheless, after she made the pronouncement, she dragged me to her car and gave me a hat and told me to wear it which I did being grateful that she gave me a gift. While attending Mountain of Fire Ministry Adanma consistently took part in prayer and fasting rituals in which the term "Die by Fire in the Name of Jesus" was used against me for years.

**Priest Moses and Priestess Caroline Wood** are Satanist and blood witches.

The majority of warlock and witches employed in the healthcare and medical industry are blood witches like these two. A blood which is a powerful Mages and is a Bonafide witch in the Satanic occult. They use chants to perform blood rituals. They are witches with powers and with the ability to manipulate and control blood, often to harm Christians.  Blood manipulation: Blood witches can control the flow, clotting, and other properties of blood, both their own and others'. Healing: They may use their powers to heal wounds, stop bleeding, and even resurrect the dead.

Curses and Hexes: Blood witches can cast curses and hexes that inflict pain, illness, or other harm on their targets. Blood magic: They may perform rituals and spells using blood as a key ingredient. Sensing and Tracking: Blood witches can often sense the presence of blood, even from great distances.

They Drain Life: Using blood magic, they latch onto a Christian draining the life from them. I believe through my experiences A blood ritual was performed by Olajide along with these two witches. Once Olajide had an entire session where he performed a ritual any sickness, any disease, any ailment, any

affliction, in my body in my blood in my system—he said die but the mean the opposite so he meant live.

This man has vowed on public television to turn my beautiful life which he is familiar with as my screen name into a life of suffering and disease. My screen name is beautiful life through MFM they members continuously tried to afflict me with sickness and disease. These two people tortured my soul on many occasions the church performed a ritual on me.
On one occasion while a ritual was performed on me, Caroline was instructed to hold my hands and pray. While Olajide pronounced curses against me and performed the ceremony   speaking in demonic tongues. As Caroline held my hands I began screaming at the top of my lungs. Everything went black I ran around the church screaming and am not sure if I passed out. They delivered demons from hell in my life. Everyone in the congregation knew what was happening to me and no one said anything to help. Why would they, the entire congregation is in the occult. Serving under the leadership of Mountain of Fire Olukoya, Oni and Olajide and their members all of these individuals understood that I was seeking Jesus. I was intentionally blocked from serving Jesus Christ. The church Mountain of Fire Ministry church is organized and disguised as a Christian church but is a synagogue of Satan.


**Witch Jane Iddo** She sat behind me in church for three years casting spells of me and performing divination after I testified. She is now dubbed minister in charge of welfare and music. However, after I was given the false title through deception Director of music in order to steal my altar of praise worship my gift and talents to write and sing music after the Lord Jesus Christ began to restore my anointing which was originally stolen by

Tracy B. Magwood, then through one of her agents Marshall Sheriff as known as Miraculous Believer while attending her synagogue for decades my gift was transferred and given to this occultic power who has no talent even today.

(Please see comments under Magister and High Priest Kehinde Olajide and his wife Magistra and High Priestess Aderonke Olajide who one day after church gave me the title as a way to steal the gift and transferred to their twin daughters Jemimah and Keziah who have been also gifted not only with my talents but the talents of other to destroy what God gave us to function in His Kingdom and once again reassign the purposes of God for my praise and worship ministry and to rob

me of my destiny gifts calling and in the process not only separate me from serving my God but also to intentionally practice their religion of witchcraft against under the concealment of Christianity and in the process violating every one of my civil, constitutional human Godly and Gevena conventional laws that must be followed when engaging in a war.

This law must apply regardless of the realm whether spiritual or natural. The church of Satan and the Kingdom of Darkness understand better that and manage us in the spiritual realm where everything happens first.

**BUKU (I don't know her full Nigerian name)-** Under the watchful eye by the instructions of Olajide this witch terrorized my soul for many years by performing her craft rooted deep in Vudu altars she was able to use these and other things to disarm me. This is another manner in which they steal and shut desires gifts and callings down in one's life. I was in the process of opening an online business.

I did not reveal this to anyone, nonetheless through their psychic powers this witch was aware. She told me that she wanted to open an online business and asked me to help her. Buku continued to pester me to help her and pulled me from a meeting and showed me a website leaning close to me and muttering something that I now believe to be curses to transfer the success of my business to her business. My online business had never prospered since.

Through their ability to separate me from God and through their church and my ignorance of not knowing that I was practicing witchcraft unknowingly (White witch) which made me susceptible to their powers over me. I did not understand why she showed me her website which was already established. I was asked no questioned she just stood next to me muttering something and then walked away. A few days later I was in a rental car as they organized a car accident for her car, which is a common practice in order for her to get a new car.

This woman hated me but asked me for a ride home. I was in a rental car since Latoya and Olajide performed an accident against me and my car was in the shop. Nonetheless, Buku asked for several rides in a two-week period happy to give her a ride like a good fellow Christian the next week she showed up with the exact same make and model of the rental car that I had given her a ride in.

Buke was also involved feeding me food offered to idols, sorcery and the weakening of my faith through her rituals. She also fully understood that I was seeking Jesus Christ and would serve no other God. She prayed her prayers against me as a prayer leader many times with only me and her in the meetings. I believe it was organized as she constantly encouraged me to attend their church meeting on Mondays many times no one else would be in attendance.

**Peter and his wife Kewanou-** For years this man and his wife under the leadership of Olukoya Oni and Olajide at Mountain Fire Ministry used their satanic prowess to pray against me and tortured my soul.

As his wife sat behind me I would for years she performed rituals that made me feel like I was having a heart attack. On one occasion while I was praying, after Peter left the pulpit and sat down out of nowhere a gigantic spider appeared next to my shoes. I had no answer as to how the spider appeared except to say it was sent from the spiritual realm to the natural as an attack to put fear in me. Although I was not afraid, I knew it was a demonic attack. Right in the church all sorts of odd bugs would suddenly appear.

I asked Peter what did it mean and he told me he would give me an answer in a day or two. The next time we went to church he told me that a big black spider meant jealously. This church summoned a woman who appeared in the church from Togo, the hometown of Peter and his wife. Peter and his wife took to the woman as if she was their daughter. This woman absolutely hated me, like many of the Nigerian women in their church. This woman never looked at me nor would she speak to me.

 One day while I was shopping at the farmers market she showed up and all of a sudden, she began to speak to me as if we were best friends. Although I was surprised, she was speaking to me she was extremely friendly and we talked about cooking. I invited her over to cook and share a meal, not understanding that it was an assignment and an attack. While I was leaving the farmers market I looked back and saw her looking at me with what I know now is the evil eye. Then I said to myself that I would uninvite her or just act as if we never talked about it. The next time I saw her in the church whenever she sat behind me, I would feel chest pains. On many occasions while I was at their altar before I understood the importance and the significance of the altar, I spent time at the altar feeling like I would have a

heart attack. On several occasions she and Peters wife were the only people in the church while I experienced these symptoms.

After the farmers market this woman began behaving as if I asked her out. What these people did to me in this church is unconscionable. I know now that her behavior as well as Peter and his wife was orchestrated by Olajide under the direction of Olukoya. It was no accident that this lady located me in the farmer's market. After I saw her giving me the evil eye, I decided that I would not have her in my house therefore I ignored her when I saw her in the church. This woman began to behave strangely as if I was inviting her to do harm to her.

The entire church began to act if I wanted to do harm to her. They began making it obviously that she felt as if she was in danger. They held her in the church as if I was following her. Peter and his wife would sit next to her and she would leave as if I was stalking her or she would remain in the church until after I left. Peter under the direction of Olajide installed a camera. One day because I was still under satanic control Olajide performed a ritual on me and I felt a compulsion to tell him everything. One day a compulsion came over me.

I revealed to him that I the lord delivered me from a twenty-five-year sentence for stalking. Olajide was the only one who had this information and he used it to carry out an assignment with this woman who tried to make it seemed as if I was stalking her. This evil Pastor was using the information I gave him to use rituals to lure me into a behavior that would get me arrested. It was one of many attempts they used to get me arrested. Another ritual occurred when Caroline testified that she was speeding and was pulled over by an officer who did not give her a ticket but a warning. The same night I left the church I was pulled over for speeding the police office did not give me a ticket but a warning. That was a display of her power to the congregation and a ritual against me, her testimony was a spell to show them she had power. Both of these individuals torment my soul on many occasions.

**Osaterian Omo-** When Osaterian began attending Mountain of Fire Ministry she was a few months pregnant and noticeably having financial struggles. We never talked much like with the other women in the church who would barely look at me,

let alone speak. After the voice of Olajide through Tracy B. Magwood summoned back to attend MFM circa 2020 through a voice in my head, deceiving me into believing it was the voice of the Lord Jesus Christ. The voice appeared immediately after the voice of the Angel of the lord clearly instructed me to stop drinking so the Lord could use me. I said OK Jesus would you help me to stop drinking, he said yes. From that encounter with the real voice of the Lord, immediately the voice of Satan told me to go to MFM.

The deception through their religious magic is a method of separating a Christian away from the Lord Jesus with a counterfeiting of the Lord's voice to intentionally initiate   the Christian into occultism and away from the God of their choice. The action by MFM, Olukoya, Magwood and Olajide directly violated my constitutional rights. They all understood that Jesus Christ is the only God I ever desired to serve. I was forced into serve Satan through their mind controlled religious practices. However, once lured back unlike the other women who were extremely rude disrespectful and filled with hate towards me, Osetarian never said anything to me until when she was close to giving birth.

This woman is a powerful witch from the Benin kingdom where African voodoo originated from the French who took it to the continent. The Benin Kingdom associated with Nigeria is one of the oldest cults that utilized human sacrifices in their religious observances.  Through Mountain of Fire Ministry, Dr. Daniel K. Olukoya, Olumide and Olajide the religious traditions have been perfected with just amount of biblical truth to give the impression that Jesus Christ is the God they serve. The God they serve is Satan through the god Olukoya. Nonetheless, immediately Osetarian gave birth, I became her best friend and she needed my help. Like a good Christian I began helping her out. Osaterian told me that she prayed and God specifically told her that I was to become the Godmother of her child. The problem is that this servant of Satan never revealed to me that the god she consulted was Satan through the High Priest Olajide, under the direction of Olukoya. As a result of the rituals and prayers that were prayed against me, I spent hundreds of dollars purchasing all types of gifts on this baby when in fact I only intended to buy one small gift. I was programmed and recall feeling a sense of compulsiveness to keep buying gifts. Osaterian Omo along with, Olajide forced me to buy these gifts through their religious rituals. It was the same things that occurred with Noelle B Magwood all over again. I purchased

1. Baby Rattle Shake toy 2. Teether 3. Teeter 4. Baby Carrier 5. Stroller 6. Teether 7. Rattler 8. Story books 9. Musical toy for a total of. $250.00 in addition to gift cards and money.

The women in the church and Olajide used Blackmagic on me and forced me against me through demon spirits released against me to comply. I am not on any drugs or alcohol and recall different compulsive feeling that moved me. That is why when people are on drugs and alcohol or medication and under witchcraft, they are susceptible to comply with the voices in their heads through the people in their lives working divination against them. I was used and abused at Mountain of Fire Ministry under Kehinde Olajide to advanced and please his gatekeepers and masters. They enslave and tortured my soul for years just as they did under Tracy Magwood's cult church disguised as a Christian place of worship. I trusted that their church was a genuine Christian church and the congregation believed in Jesus but they do not. I spent approximately four years enduring the works kinds of attacks through people who disguised themselves as Christians.

I contacted Osaterian and told her she duped me with spells and magic to purchase gifts for her child then I was, once again in a near fatal car accidents all of a sudden right after speaking with her. Then, I picked up a book of the shelf and dust seems as if it was blown in my face which caused me to suffer severe allergies in an unusual way. Every time Osetarian deliberately laid next to me at the altar, I would hear her pray prayers that I used to pray some ten or more years ago.

She would pray my prayers verbatim as if I were speaking the words and while praying, she would make sure I heard her pray. I have every right to know that they are witches as my spiritual life was fragile. I was taken advantage by this woman.

**The Snake lady from Togo-** The entire wicked congregation in this synagogue of Satan directly under Daniel K. Olukoya, Olumide Oni, who are considered the gatekeepers for Kehinde and Aderonke Olajide and the rest of this Satanic Temple members at Mountain of Fire Ministry organized another attack when they summoned up this snake lady to engaged me in warfare.

I spoke about this incident in depth so I will keep it brief here. This entire incident was organized by Olajide, one among dozens of attacks I experienced. This woman

was tall and very dark skinned and claimed not to speak English very well. One day she came out of nowhere, and began attending the church. Peter and his wife behaved if as they knew here for decades. Today, I believed they know only knew that she was from their home town was had been acquainted with her from the occult. Kehinde and used some trickery to get me to reveal my background information to him. He continued to give me the impression that he wanted to help me and questioned me like an investigator not a pastor. I told him how I was charged with stalking and had a mandatory twenty-five-year sentence but the Lord delivered me and I have no record.

 Shortly thereafter, Kehinde and Aderonke plotted how to have me arrested. Therefore, this lady was summoned to engage me in war and set me up. Since they are monitoring me, Kehinde and the church has this lady follow me to the farmers after church. She approached me as if we were best friends notwithstanding the fact that she would park next to me but never look up or acknowledge me. At the marker we spoke about food and she explained she was here alone and had no family. I invited her to hangout perhaps come over and cook a meal.

The next time when I saw her in the church, she began acting funny provoking me to withdraw my invitation. The entire church was working witchcraft trying to provoke me to anger. The church began to behave as if I were a danger to her and had been stalking her. Peter and his wife made sure I saw that she was held back after church until I left the church or they would whisk her away first. Then Peter installed cameras, television monitors and additional locks on the door. They were planning to get me so angry that I would threaten her and they would have it on camera and I would be arrested.

Nonetheless, in my ignorance of their plots the lord Jesus Christ kept me, one day, after never actually looked me in the eyes, she turned around and looked directly at me and I looked in my ignorance and said to myself.


Now before the lord delivered me, I have had some blood shot eyes from a hangover before but I eyes have never been red like that. The white of her eyes were as a deep intense red and the eye pupil was as black and oval. When I went home, I saw a large black snake on the first floor. Ignorantly, I said the blood of

Jesus against you Satan and I repeated it. The next weekend I drove to Orlando to attend Pastor Jennings church sitting in me are I saw a black snake again I said the blood of Jesus. Then a few days later going to Marshall's department store. A black snake is headed in my direction and again I say the blood of Jesus Christ is agents you Satan die in the name of Jesus. The snake slithered sideways into the road and a car ran over it and I laughed not knowing that I was under a severe demonic attack at the hands of this wick pastors, his wife and the entire congregation at Mountain of Fire Ministry.

**The Ordeal with the Orlando- Since** I am an avid church goer and was not happy with MFM and the pastor after hearing Pastor Gino Jennings speak, I missed a Sunday at MFM church drove to Orlando to fellowship. On Monday when I returned Olajide was visibly upset, I now assume they had planned a ritual for me and I was not there. Every time I attended the services held were against me, my faith and my God. Olajide knew I was planning on leaving because I saw no progress but everything drying up like with Tracy Magwood. I let him know that I would be attending every other Sunday because pastor Jennings Church felt more like I could get what I need.

The following Sunday, Today I am one hundred percent sure they contacted this woman who looked just like a gnome. She was a witch, a short round lady with all white hair and very long fingernails. This woman followed me as I know since MFM has the ability to follow me, summoned her up to discourage me well more like kill me so I could stop going to fellowship with Pastor Jennings, As I was driving, I kept seeing this lady on the road. After finding a seat in the church who sits right next to me but the gnome form hell. Since, we are so isolated when there is an opportunity to have a friend we may not be as discerning as we should.

I exchanged phone numbers with this wicked witch from west Tampa and at her suggestion every other Sunday we would alternate in driving. This woman intentionally attempted to cold- blooded murder me with her religious rituals in an untimely death ceremony. On not one, not two but three separate occasions on I- 4 with car displaying the demon that speed racer referred to this witch stops.

She abruptly stopped just cold I screamed for my savior and asked if she wanted me to drive. She said no. We continued driving near the exit lane she just stopped, the blood of Jesus saved me because all I saw was a truck barely miss of course on

the passenger side. One final time she stops and I thinking this lady, as my mother use to say, she ain't wrapped to tight, I'm about to get out and walk the hour or so back to Tampa. At this point I took authority and prayed out loud binding up the devil losing safety in Jesus' name. She proceeds to tell me she taught driving education for years. And you drive like this. Three attempts on my life among many with their ability to kill us in car accidents. Olajide believes I am his slave and his is my god. As and slave tried to escape from his master they have the right to kill you like he did through this witch. Slave owners had the legal right to get a court order and kill a slave who ran away or to punish them by putting the slave in chains or handcuffs. Given the number of deaths at the hands of the slave master I am sure due process was honored before all deaths or hanging.

What is worst is that the Satanic occult pastors are just as black as the person they are enslaving. The white slaveowner owns both black and white brown and yellow slave. The Black slaveowners own the same however they black slave owner owns his congregation and spiritually enslaving them and physically enslaving us, Christians.

**ASSIGNMENTS AND ATTACKS ORCHESTRATED BY DANIEL K. OLUKOYA OLUMIDE AND KEHINDE OLIJADE.**

**Evangelist Pauline- A** Satanist and the workers of iniquity, an agent of Satan evangelizing plots to destroy Christians through their practices sent assignments to further hinder the Christian from having a relationship with Jesus Christ. Looking back, I am absolutely sure that this was another assignment of Mountain of Fire and Olajide to further damage my faith in Jesus Christ and introduce more issues into my life.

One Sunday, after leaving the synagogue of Satan Mountain of Fire Ministry I went to Aldi's at first glance, I felt bad and my initial thoughts that this woman standing outside of this supermarket pretending to be praying for someone from the top of her lungs was loud and trying to get attention.

This was another initiative to rob me blind and get to plant additional funds in the kingdom of darkness and as I said definitely a plant. As I walked around the market, this woman kept bumping into me. When I got in line, out of courtesy I left her go ahead of me because I had a lot more items.

Now the stage was set, as she pretended, she did not have enough to pay for her food since it was about ten dollars I paid for the items. Of course, after I paid for her items, she exchanged phone numbers with me and decided to attend church with me. From the best of my recollection, when I told Pauline that I attended Mountain of Fire, she never claimed to have her of the church or the pastor, yet when she attended, she was very well acquainted with the pastor and many of the members. After that, Pauline, like many of them, had problems with her car and needed $1200.

Then she needed money for her apartment because she was getting evicted. On another time which was her goal, was to move in with me. I know for sure that this evangelist of evil was an assignment to gain access in my house and in my life. The satanic occult members are always sending assignments as traps and pits to further separate us from Christ and introduce more calamity in the form of curses.

**Dorothy and Destiny** Again due to the length of time I spent at Mountain of Fire Ministry it's not possible for me, at this point to go into great details of everything I experienced, nor am I able to go into the spiritual aspects of the effects of the experience. However, I want to show, how the occult steals gifts and how through pastor Olajide ever one in the ministry continuously made very attempts to become angry and have me fighting, raging arguing and never understood why until recently, when the Lord revealed to me. Nonetheless, I had left Mountain of Fire, and as I described in another section I believed I heard the voice of the Lord after He told me to stop drinking.

It was the voice of demons sending me back to the cult because away from Tracy I was becoming strong again. When I began attending the cult church, one day pastor Olajide said to me. "You have been praying and in His presence. I didn't understand his tone which seemed antagonistic.

When I returned, I only attended on Sunday however through Olajide's voice Dorothy and Buku continuously pressure me not only attend on Sundays but also to attend on Mondays and Wednesday. The two of them pressured me until I began attending three days a week. Once a month for power must change hands a program where the power was changed from my hands into their hands.

The program was an assembly and is a satanic gathering. I also attended a one a month Friday night custom used to steal all of my dreams and it was organized as a way to find out what I was praying for so they could pray against me and steal everything. For example, I was praying to have an excellent spirit. After pastor prayed for me, he would call his son Daniel and ask him what he wanted prayer for, of course he said he wanted an excellent spirit. I begin to notice everything that I prayed for someone else would begin0 to pray for the exact same thing. It's a rite and ritual used to transfer what belongs to the Christian to the hands of the enemy. One Sunday, now I know the purpose for this assignment was to steal my music prayer and worship ministry. The lord had restored it back and like Tracy, Olajide wanted it.

Pastor had Doctor Olukoya sing a medley of music he knew I would enjoy, on a Sunday, he designated me as choir director. I was thrilled and had a fire ignited inside of me. I began gathering songs enthusiastically going to websites gathering all of the lyrics and created about twenty-five to thirty books for the choir members.  As soon as I began rehearsal Dorthey dropped out for no reason other than to cause trouble. Once we started meeting on zoom, I could always hear Dorothy in the background. At time Olajide would attend. One Sunday, as I stated Olajide instructed Destiny to call me.

The church had a ceremony planned for me. Destiny made me promise to come early for a final practice for our duet, however after I arrived while we started rehearsals with Osetarian as a witness, Desting began to get loud with me and insisted that she would do a solo.

This child was instructed to get in my face and to become aggressive. Pastor set this incident up to have me arrested on domestic violence and assaulting a minor. This was not the first incident he orchestrated to have me arrested.

The entire thing was a set up and when I did not fall for it, the same day out of nowhere Carol wood became very nasty with me in front of the entire church. I walked off then Olajide sent Latoya Marion as he stated to practice American songs but it was just another assignment to spy of me put curses on me and continue to perform satanic rituals against me. Olajide performed various ceremonies and that same weekends he called me to attend the church early to help out. When I arrived, there was nothing to do however, he had his friends play the

piano and we sang worship songs for almost two hours. The next day, I could not sing, write I had no power no anointing I was drained of my prayer worship praise altar and was empty. I could not even pray scriptures that I had memorized for years. It was as if they stole everything and emptied me out completely with their practices of stealing. I had nothing left, once again but Jesus Christ.

 I could not, once again fell him Afterall I was unknowingly, unwittingly participating in the occult and practicing witchcraft. These Church leaders are cleaver and that is what they use as a weapon over us to dominate and control us. For years, Olajide would say make sure you go to the altar, when in fact the altar is a place where the spiritual realm and the natural realm legally exchange and they exchanged all of my wealth, destiny, glory, dreams, treasures, out and to enslave and keep us in bondage just as Tracy did and just as my family before that.

**Tope Oluwayemiwo**- I was sent to Hollywood Mountain of Fire by Olajide as a slave and his property, at least that is who he thought I was his slave, and not a soul under his care spiritual care from Jesus Christ.

Nonetheless, I was told that the worship service would start at 9 am. After I arrived, I found people were cleaning for the night service. I was told to clean and help out and did so for hours. I painted walls, moved furniture and was on my hands and knees with a knife scraping up paint of the floor. I was also told to run to Walmart and pick up items. I cleaned the bathroom and his office.

But another reason I was sent there was to further steal my music. Olajide and satanist have a way of stealing your talents and as soul traders to keep for themselves, their family members or sell on the open market in the spiritual realm.

They stole my music, voice anointing and power of God by putting me up to sing in front of the wicked congregation while they recorded me. I lost my voice, anointing, power and talents once again. I was enslaved and was used by them for labor to steal my gifts and mock my God Jesus Christ.

These people are not Christians they are slaved master and prevented me from my United States constitutional right to be free as a citizen in my country of origin and to serve Jesus Christ and Christianity.

**Warlock Benjamin Joseph** – Is responsible with Tope of who used their abilities to get my music. **Benjamin Joseph** and Tope **Oluwayemiwo** had me sing and recorded me then sent it to Olajide. This is another Satanic ceremonial service where Blackmagic was used by these warlocks. Then he had me send him my music on the belief that he would help me with the music. It became more and more difficult for me to sing write and create music.

**Warlock Remy Babalola** a Nigerian High Priests/Fifth degree Magus and Satanist Remy Babalola of True Worshippers Bible Church served for many years under High Priest Dr. Daniel K. Olukoya when I originally meant him. I was taken to his church by Latoya Marion and Christina Ellis both understood that I was in a spiritual crisis and seeking Jesus Christ and a Christian church. I was intentionally block by these women who understood that this man and his church were occultic and not Christian.

 I spent a year or so under this Herbalist and satanist who introduced himself as a Christian pastor and gave me the impression that would get spiritual help through Christian means. This satanic priest performed many rituals on me over the years. However, two incidents that were some of the worst satanic practices were performed. First,

One Sunday while in the congregation that I believed was Christian, Remy who is about 6 "1" and over three hundred pounds was preaching and walking up to me and performed what they call deliverance without my permission and without my consent. He raised his hands in what they call laying on of the hands. Remy hit me so hard with supernatural I flew over several chairs and busted up my leg.

Then while he yelled take this and take this which is not biblical, I began screaming as my soul was being tortured. I was held down by John Lowe and a man they called Pastor K. A satanic ritual was performed which caused me to be filled with demons. After I came to, I became depressed experienced anxiety and could not leave my house.  I was under his control. He commanded me to give him money and I went home and took $1500. to him at the Church. The next day I was told that he wanted to come to my house to pray for my cosmetic business. I had no idea that he was performing a ritual but he had something in his hand as he prayed, he spread it over my products. Needless to say, my cosmetic business was shut down. I began see a psychiatrist who prescribed depression, anxiety and sleep

medication. I constantly had nightmares from this spiritual attack through this church who are Satanic church disguised as a Christ church to advance Satan's Kingdom and lure spiritually blind Christians seeking Jesus to support their church, take their money and instead delivering them demons are delivered into the victim seeking Jesus. I want them arrested for larceny, false representation of a Christian Church, deception and causing physical and spiritual harm.

I gave thousands of dollars to this impersonator who used his powers as a satanic priest to perform practices on me which caused me spiritual emotional and financial harm. I hold a Masters degree from a private institution these people put so much voodoo on my I could not read. I would stay on one paragraph for ten minutes. My prayer altar was first stolen from Tracy Magwood then by Kehinde Olajide. I can tell you the step that was taken even how they showed up in my dreams and violently choked me. The next day as I woke up Caroline Woods called my and immediately try to begin cursing. I was unable to speak for a few days. The saddest though I have today is that these witches are employed as nurses walking amongst sick vulnerable Christians and babies. How many destinies have they stolen? How many deaths did they intentionally cause with their dust, potions, divination or witchery.

The majority of these churches are created to dupe Christians because they are aware that we had no way to report them and get help. I lost my position after he performed his rituals. I became depresses suffered anxiety's and they made every attempt to get me to kill myself.

**The witch from the west attempted murder attack-** I have no concrete proof but a real suspicious feeling due to the strange occurrences with this individual. Satanists uses their telepathic abilities to contact each other with assignments against the Kingdom of God citizens without having to pick up the telephone device or computer. these workers of iniquity they use mind control to take advantage of us. In 2023 when Kehinde felt that I was getting enough again and would leave MFM he became irate. I left know that I would only be coming to MFM twice a month and I would attend Pastor Gino Jennings congregation in Orlando twice a month.

The very first time I drive to Orlando I had no incidents, although Kehinde used devise a people to track me and was aware of everything that I was doing he may

not have been paying attention. However, after I missed church on a Sunday at MFM as I explained to him every other Sunday I would be in Orlando a lady who was apparently from the area was on the same road that I was on. I never experienced seeing the same car on the road all the way to Orlando. Once I found a seat this woman that I saw on the road to Orlando all the way from Tampa was sitting next to me. Of course, we became friends and began communicating. Upon her suggesting, we would take turns driving. Of course, she volunteered to drive the first time we decided to share a ride.

What happened next is the reason the natural law has to be changed to prosecute these criminals. Why driving on these most contested road I-4 To Orlando this woman abruptly stopped in the middle of the highway for no reason whatsoever other than to sacrifice me and make it look like an accident. She abruptly stopped not once, not twice but three separate occasions. Then told me she was a former driving coach for years.

**John and Denise Lowe** are currently of Wells of Life Church both served under Remy Babalola and one of the ministers who held me down while a ritual was performed on me at their church. Now he opened a satanic church disguised as Christian to duped people into believing he is a Christian. The leader he is under is a man called Socrates Charos who is a warlock. These people are not Christians and stop, block and hinder people from serving Jesus Christ.

John and Denise are aware that Remy and his Church are not Christian as his church is not. John and Denise just like many churches in America, Remy Doctor Olukoya, Oni and Olajide their churches are open as a mere concealment for the occult and church of Satan to steal money, destinies and lives ultimately keeping people who are seeking Jesus Christ from finding him and having a relationship with our Lord.  This is a violation of my United States constitution rights, human and natural rights, and invasion of privacy, and as well as the rights of all Christians attending these counterfeit and falsehood churches.

JOEL AND VICTORIA OSTEEN- Just like with Mountain of fire Miracle ministry, Saints on the move for Christan the other ministries in America Joel and Victoria uses the innocent Christian in their own family and congregation as blood sacrifices.

HOUSTON (AP) — A woman in a trench coat opened fire with a long gun Sunday inside celebrity pastor Joel Osteen's megachurch in Texas, sending worshippers

rushing to find safety while two off-duty officers confronted and killed the shooter. Two other people were shot and injured, including a 5-year-old boy who was in critical condition. Nearly 20 years after the brutal murder of Joel Osteen's great-aunt, the case is once again under investigation. I SUPPORTED AND FOLLOWED THIS FALSE TEACHER FOR YEARS.

**THESE WERE COLD BLOODED BLOOD SACRAFICES NOTHING MORE NOTHING LESS.**

25. DEFENDANT Thomas DEXTER (TD JAKES) Jakes

Thomas who is known as the gate keeper is one of the reasons that Tracy B. Magwood traded my destiny and attempted to murder me as a blood sacrifice for many years, more years than I can write. Tracy B. Magwood knew TD JAKES was not a Christian however she introduced me to him. Afterwards for decades I followed his ministry and disingenuous ill will teachings for decades under the impression that he was a genuine Christian. All along this man is a Satanist deceiving millions. Tracy B. Magwood took steps to so-called plant in his ministry from tithes and offerings I was deceptively brainwashed into giving her and her ministry. Tracy B. Magwood made attempts on my life and the lives of others in her congregation for Noel B. Magwood to be anointed by TD JAKES a hoax, liar and devil who lived a lifestyle like the bishops of bad behavior in the church. I was misleading by these people for decades while demonized and brain washed. I was brutally misguided and stripped of my money talent times dreams hopes gifts calling among other things.

Paul the Apostle, also known as Saint Paul, played a significant role in the early Christian church. Paul's upbringing was Jewish, and he received Pharisaic training in Jerusalem under the renowned rabbi Gamaliel. Initially, Paul was hostile toward the early Christian movement. However, during a journey from Jerusalem to Damascus became known as the "Damascus Road Experience," or so whenever someone speaks of a "road to *Damascus"* moment, they evoke this profound shift—a turning point that alters the course of one's life or beliefs.

Overview Saul, a zealous Pharisee, was on his way to Damascus with a letter authorizing him to arrest followers of "the Way" (early Christians). Suddenly, a bright light enveloped him, causing his entire party to fall to the ground. Jesus Christ spoke directly to Saul, asking, "Why are you persecuting me?" Saul recognized this as a divine encounter.

Trembling, Saul asked who Jesus was, and when Jesus identified Himself, Saul's heart must have filled with terror. Saul, the one who vehemently opposed Christ, now confronted the very One he persecuted. Jesus commissioned Saul as His messenger to the Gentiles, instructing him to turn people from darkness to light and from Satan's power to God.

This transformative encounter led to Paul's conversion, which significantly influenced his later years. Paul's writings, known as the Pauline epistles, constitute thirteen books of the Bible. These letters were addressed to churches and Christians.

The Apostle Paul open salutation: let us know he was called and commanded to be an apostle by God, not by man. He was an apostle of Jesus Christ through the will of God. Paul was a servant of Jesus Christ, separated by God to preach the gospel.

Paul, a servant of Jesus Christ, called to be an apostle, separated unto the gospel of God, **Romans 1:1.**

Paul called to be an apostle of Jesus Christ through the will of God, and Sosthenes, our brother, **1 Corinthians 1:1.**

Paul, an apostle of Jesus Christ by the will of God, and Timothy our brother, unto the church of God which is at Corinth, with all the saints which are in all Achaia: **2 Corinthians 1:1.**

Paul, an apostle, (not of men, neither by man, but by Jesus Christ, and God the Father, who raised him from the dead;) **Galatians 1:1.**

Paul and Timotheus, the servants of Jesus Christ, to all the saints in Christ Jesus which are at Philippi, with the bishops and deacons. **Philippians 1:1.**

Paul, an apostle of Jesus Christ by the commandment of God our Saviour, and Lord Jesus Christ, which is our hope. **1 Timothy 1:1**

The Apostle Paul is considered an authority within the Christian tradition. He was a pivotal figure in the early spread of Christianity and is recognized for his missionary journeys, theological contributions, and extensive writings, which form a significant part of the New Testament.

Paul defended his apostolic authority, particularly in his letters to the early churches. For instance, in 2 Corinthians 10-13, Paul speaks about the authority given to him by the Lord, which he used to build up the church rather than tear it down. He also addressed criticisms about his authority and his role as an apostle in other epistles, emphasizing his calling and commission by Jesus Christ, as described in the Acts of the Apostles

His authority was derived from his encounter with the risen Christ on the road to Damascus, which transformed him from a persecutor of Christians to a devoted apostle of Jesus. Paul's teachings and understanding of the Gospel were influential in shaping Christian doctrine and practice, and the church has recognized his authority throughout history .

The basis of my lawsuit lies in the background information provided. The Apostle Paul's authority on church doctrine remains unmatched, from the first century to the present day. Church leaders and bishops were given these qualifications by the Lord Jesus and are expected to adhere to these requirements.

Paul, the Apostle, wrote to Timothy, who was a young pastor and student. Timothy was his protégé, considered by the Apostle a true son in the faith. He taught Timothy about church leadership, including the role of a bishop, deacon and the requirements of an elder. After Paul's death, Timothy became the first bishop of Ephesus. They are the authority on genuine Christianity requirements.

1 Timothy 3-7 King James Version

1. This is a true saying, if a man desire the office of a bishop, he desireth a good work.[2] A bishop then must be blameless, the husband of one wife, vigilant, sober, of good behavior, given to hospitality, apt to teach; [3] Not given to wine, no striker, not greedy for filthy lucre; but patient, not a brawler, not covetous; [4] One that ruleth well his own house, having his children in subjection with all gravity; [5] (For if a man know not how to rule his own house, how shall he take care of the church of God?) [6] Not a novice, lest being lifted up with pride he fall into the condemnation of the devil. [7] Moreover, he must have a good report of them which are without; lest he fall into reproach and the snare of the devil.

**1 Timothy 3:1-7** (Revised Standard Version):

- A bishop must aspire to the office with a noble task.
- Qualifications include being:
  - **Above reproach**
  - **Husband of one wife**
  - **Temperate**
  - **Sensible**
  - **Dignified**
  - **Hospitable**
  - **Apt teacher**
  - **Not a drunkard**
  - **Not violent, but gentle**
  - **Not quarrelsome**
  - **Not a lover of money**
  - **Able to manage his own household well**
  - **Well, thought of by outsiders**

The book of Titus 1 5-16

[5] For this cause left I thee in Crete, that thou shouldest set in order the things that are wanting, and ordain elders in every city, as I had appointed thee: [6] **If any be blameless,**

**the husband of one wife, having faithful children not accused of riot or unruly**. 7 For a bishop must be **blameless,** as the steward of God; **not self-willed,** not soon angry, not given to wine, no striker, **not given to filthy lucre**; 8 But a lover of hospitality, a lover of good men, **sober**, just, holy, temperate; 9 **Holding fast the faithful word as he hath been taught**, that he may be able **by sound doctrine both to exhort and to convince the gainsayers.** 10 For there are many unruly and **vain talkers and deceivers**, specially they of the circumcision: 11 **Whose mouths must be stopped**, who subvert whole houses, **teaching things which they ought not, for filthy lucre's sake.** 14 Not giving heed to Jewish fables, and commandments of men, that turn from the truth. 15 **Unto the pure, all things are pure:** but unto them that are defiled and unbelieving is nothing pure; but even their mind and conscience is defiled. 16 **They profess that they know God; but in works they deny him, being abominable, and disobedient, and unto every good work reprobate.**

A Bishop is an ordained clergy member entrusted with authority and oversight in a church or institution. Bishops are typically responsible for governance and administration over several ministries within the church. In summary, a bishop in the Bible is a spiritual leader responsible for guiding and caring for a specific church congregation. Their qualifications emphasize faithfulness, self-control, and effective teaching.

To become a lawyer, you need to prepare and do well on the Law School Aptitude test. Admission requires completing four years of undergraduate studies, three years of law school, and one year of bar preparation. Once all the steps are completed, someone can be designated as a practicing attorney. To become a doctor, individuals must go through a process that is both lengthy and comparable, which involves scoring well on the MCAT, selecting a medical school, and being accepted. In order to become a doctor, one must go through several steps, including completing medical school, clinical rotations, and passing licensing exams. Then, they can select a specialty and pursue board certification.

Finally, a residency program must be completed, which can last from 3 to 7 years, depending on the chosen specialty. Obtain practical experience.

Besides these professions, in the United States, approximately 25% of jobs require a professional license.

1. **Healthcare**: Doctors, nurses, physical therapists, and speech-language pathologists need licenses to practice.
2. **Education**: Teachers and school counselors must obtain teaching licenses.
3. **Social Services**: Licensed professional counselors, social workers, and psychologists fall into this category.
4. **Business**: Certain financial analysts and investment bankers require licenses.
5. **Engineering**: Licensed engineers work in various fields, such as civil, mechanical, or electrical engineering.

6. **Architecture**: Architects need professional licensure.
7. **Trades and vocations**: Electricians, plumbers, and building contractors also require licenses.

1. In the State of Florida, nail salon workers and must have some sort of qualifications. Specialty registration applicants must be at least 16 years of age or have received a high school diploma. Florida requires completion of 180 educational hours and complete a board-approved course Initial for a health condition
2. However, there are no officials' requirements in any United States to becoming a church leader any rapist, child molester, con man, womanizer, murderer, homosexual, woman beater, sodomite, assassin, killer, morally bankrupt, charmer, alcoholic, drug addict, thief, effeminate, adulterer, fornicator, witch, warlock, can claim they received a call from god. The problem is that they withhold the information that the god who called them was Satan t. Christian haters should not be in our church selling our souls in the marketplace

3. TD Jakes support of the LBXGPT Community

4. His Son in law Richard Brandon Coleman, husband of Cora Jakes Coleman, arrested in 2022 for longtime molestation of an underage daughter
5. Two Sons are homosexuals
6. Jermaine Donals Jakes a homosexual arrested for indecent exposure with males' officers
7. Manasseh Jordan, in the process of suing TD Jakes for sexual assault, claimed he was groomed claims more victims
8. Larry Reid showed a text message to Manasseh Jordan from TD Jakes at 2:30 am "Thinking of you "
9. Tyler Perry laid hands on him as a so-called initiation
10. He is preaching another gospel. He does not preach and teach the Bible
11. Caught at Diddy Party
12. He is a motivation speaker that uses

**T D JAKES** IS NOT A BORN-AGAIN GENUINE CHRISTIAN WHO REPRESENTS JESUS CHRIST. HE IS A SATANIC OCCULT MEMBER WHO HAS DELIVERED ILL- WILL MESSAGES TO DECIEVE MISLEAD AND CONFUSE THE CONGRGATION. HE USES BLACKMAGIC TO RISE BY TRANSFERRING THE SOULS OF THE PEOPLE OF GOD.

**SERITA JAKES**- and Sarah Jakes Roberts is a sorceress jezebel spirit who is more concerned with looking like a celebrity, being seen with them and appearing to be one than she is with the souls of the people in the congregation. Having been married to TD JAKES for more than forty years she is 110 % complicit in the occult, satanism and all of the sickness, diseases financial struggles and deaths that routinely occur in that ministry as people destinies are transferred, their glory is exchanged and stolen for her to parade wealth in the presence o of us Christian who she manipulated, stole hidden and traded our wealth into their pockets. Serita Jakes is a soul merchant and trader as with her husband and daughter Sarah Jakes Roberts was permitted to become pregnant as a ritual to carry the altar after her father.

As a ritual to become the shrine wife and carry the altar the pregnancy of Sarah J Roberts was permitted as a was to be used by commit to satanism and accept the call. As long as Sarah was pure and a virgin at any time she could have been used by Jesus Christ. Once defiles and made unholy she could now be used by the devil. Sarah Jakes Roberts like her father and mother does not speak for the Lord Jeus Christ and are not representatives of the Kingdom of God. This group of satanist have AMASSED a fortune off the backs of God people.For example, EVOLE CONFRENCE 2025 FRIEND LEVEL $199.00 Sold out BESTIE LEVEL $549.00 Sold out INNER CIRCLE: $299.00 Sold OUT AND HOMEGIRL LEVEL $ 249.00 SOLD OUT ALL OF THESE WOMEN HAVE A RIGHT TO KNOW THAT THESE WOMEN ARE SOUL TRADERS AND HAVE THE ABILITY TO TRANSFER THEIR WEALTH THROUH THESE TRANSATION. WHEN WOMEN PURHASE THESE TICKETS THEY ARE MAKING AN TRANSACTION A TRADE AND ARE BEING INITIATED INTO THE OCCULT. Like rock stars certain level comes with close seats to the stage to witness her production. THESE PEOPLE ARE ENTERTAINERS JUST LIKE THEIR COUNTERPARTS IN HOLLYWOOD.

THE INNOCENT WOMEN HAVE THE RIGHT TO KNOW WHAT THEY ARE TRADING IN THIS TRANSACTION OF PURCHASING THE TICKET AND ATTENDING THEIR SHOW. THEY NEED TO KNOW THE GOD IS NOT JESUS CHRST AND THEIR SOUL IS IN DANGER. THESE PEOPLE ARE PREACHING A PROFANE GOSPEL.

I WAS SEX TRAFFICED BY MEN IN THE OCCULT WHO WERE SENT BY MY PASTORS WHO SEXUALLY ASSAULTED ME. TO DATE NONE HAVE BEEN ARRESTED.

A letter to Robert Fanning who was sent into my life as a prearrangement by Tracy B. Magwood who knew I wanted to marry a Christian man and have a family.

**Robert Fanning**

You understood from your underworld satanic powers that I was "DEMONIZED" you used your coven, witchcraft, divination, voodoo juju, fetish, charms to enslave my soul. You raped, molested me hunted my soul. You are traders of souls and you sold me. You set traps for me, you entrapped me, you stole wealth, riches, position, power through your partnership with your demons and overtook my life. I look forward to "THE KINGDOM OF LIGHT FIGHTING THE KINGDOM OF DARKNESS. YOU ARE THIEF A LIAR AND NOTHING. YOU STOLE MY LIFE DESTINY AND JESUS CHRIST IS COMING TO COLLECT. YOU RAPE CHILIDREN AND STEAL THEIR SOULS... YOU PUT ME ON ALCOHOL AND DRUGS. YOU IMPRISIONED ME...WITH YOUR POWERS.... BEAT ME..RAPED.AND DID HORRIBLE THINGS FOR DECADES.

**"But God is my King from long ago;**
**he brings salvation on the earth.**
**It was you who split open the sea by your power;**
**you broke the heads of the monster in the waters.**

**It was you who crushed the heads of Leviathan and gave it as food to the creatures of the desert.**
**PSALM 74:13&14"**

I am personally writing you especially since you did not respond to the previous lawsuit, to notify you that your name will be mentioned in an unprecedented request directly made to the United States of America Supreme Court. I am personally notifying you in advance that, at some point in the next few months, your name will be mentioned, in what will surely be a remarkable opportunity for this country to address the crimes you committed against me. Then the Country can Redress my legal concerns regarding the tragedy that happened to me and is happening to millions of Christians in our home country as naturalized citizens, at the hands of many of foreign religious practitioners. These entities coupled with supernatural powers from hell are advancing by using their knowledge of their countries and religious spiritual ability to manipulate spiritual law that defies that natural unschooled Christianity.

This noteworthy request to the court to take the unusual measures and permit us to present our case for compensatory, punitive, pain and suffering, intentional inflicting emotional distress with religious practices, and criminal charges against you for your intentional and willful violation of my United States Constitutional right as a naturalized citizen.

Unaware of the unfathomable effects of your ancient foreign spiritual Irish mysticism practices, and Santeria through the catholic church, which profoundly affected my life. The criminal charges include rape, financial crimes, sexual assault, sodomy and enforcement on drugs, alcohol, illegal arrest, filing a false police report because I had purchased a firearm.

Additionally, the abuse of my body with an insertion resulted in the removal of my wealth, health and ability to marry a human being, as well as trafficking, spiritual and natural slavery. I was forced into a prearranged marriage orchestrated by Robert Fanning, Tracy, Antonio and Noel Magwood and Tammy McIntosh. These individuals understood I am a Christian and was only seeking a genuine Christian. Your practices from the old world advanced against me through your intentional acts which directly involved me in, unwillingly, unknowingly and without consent or desire to be involved in your rituals and secret Irish magic integrated with the Satanic ritualistic practices from the Marine Kingdom and occultism. Whatever sect of it you believe and practice. It is the occult and not any form of Christianity.

According to the God Israel, your religious practices amount to nothing more that witchcraft or better yet Satanism. My human, natural and my God given 1st Amendment constitutional right to serve my God, the God of heaven Jesus Christ in the manner prescribed directly to me by his laws and commands.

You were satanically assigned to marry me, enslave me spiritually and naturally, strip me of everything which you did. You also stole my spiritual gifts, benefits, wealth, destiny, star and ability to prosper. You and the others mentioned operated your magic and attempted to force me into a homosexual relationship in the spiritual. The marriage was not legitimate because you never intended to remain married. It was a temporary marriage to carry out your assignment, against a believer of Jesus Christ.

You fought me with all of hell behind you, and the sun moon stars, the grave, the water and demons. On three occasions you attempted to murder me for the $750K life insurance policy. The first attempt was in Ashville NC. The second attempt  was in Nassau Bahamas and finally in Ireland. I was denied a Christian Husband and family, a career, and a legal education, at your hands. You had an affair and child while we were married.  This is only a short list and additional information will be revealed.

 I look forward to facing the named in civil court and the petition of the Highest Court in the land to acquire a full account of your financial affairs. Theses traders of soul rise in wealth are saturated with the blood, star, destiny, influence, affluence, gifts, wealth, of the genuine Christian who don't understand the deep things of Satan and his kingdom.  This noteworthy request to the court to take the unusual measures and us to present our case for compensatory, punitive, and criminal charges against you for your intentional and willful violation of my United States Constitutional right as a naturalized citizen unaware of the unfathomable effects of your ancient foreign spiritual Islamic mysticism practices which profoundly affected my life.

The criminal charges include rape, sexual assault, sodomy and enforcement on drugs, illegal arrest, filing a false police report and the removal of my prescription drugs refusing to return. Additionally, the abuse of my body with an insertion of body fluid was poison deadly and resulted in the removal of my wealth, health and ability to marry a human being, as well as trafficking, spiritual and natural slavery.

 Your practices from the old world advanced against me through your intentional acts which directly involved me in, unwillingly, unknowingly and without consent or desire to be involved in your rituals and secret Sufism or whatever sect of it you believe and practice.

According to the God Israel, your religious practices amount to nothing more that witchcraft or better yet Satanism.  My human, natural and my God given 1st Amendment right to serve my God, the God of heaven Jesus Christ in the manner prescribed directly to me by his laws and commands. You did a lot of damage to me, you attempted to get me to hit you with the car in the parking of Morgenthau, to send me to jail. You took me to the beach to perform rituals, you are not by any means all human. You allowed Tracy, Tammy and Noel to sexually assault me. You trafficked me to the men you sent my way and sold me to from the website you satanically

bewitched me to get. Your blood sacrificed our child, for wealth position and power. You always thought you were smarter than me, like the rest of them only because you used your demonic assistance to render me powerless.

You, when I say you, I mean you and Tracy and her league of demonic cohorts. You committed crimes through me while I was demonized by your bewitchment. Robert Fanning, JESUS CHRIST IS BEHIND Terese Ebony Jones, and we are coming to hold you accountable. To collect everything that you stole from me and everything that you did to me. You are going to pay for putting me on alcohol, ruin my law career, oh and the list goes on and on and on.

You knew Tracy, she sent you into my life. I don't care who you think you are. I don't who you think you know. I don't care what position you hold, nor do care that you are powered by Satan himself. You will face my God and give an account. You will compensate me for the damages, pain and suffering, physical, mental, loss of income, loss of enjoyment of life, loss of quality of life, fright, shock, anger, indignity, mortification, grief, terror, inconvenience, depression, anxiety, emotional distress, and loss of consortium.

**ALEXANDER CLARK**

You understood from your underworld satanic powers that I was "DEMONIZED" you used your coven, witchcraft, divination, voodoo juju, fetish, charms to enslave my soul. You raped, molested me hunted my soul. You are traders of souls and you sold me. You set traps for me, you entrapped me, you stole wealth, riches, position, power through your partnership with your demons and overtook my life. I look forward to "THE KINGDOM OF LIGHT FIGHTING THE KINGDOM OF DARKNESS. YOU ARE THIEF A LIAR AND NOTHING. YOU STOLE MY LIFE DESTINY AND JESUS CHRIST IS COMING TO COLLECT. YOU RAPE CHILIDREN AND STEAL THEIR SOULS... YOU PUT ME ON ALCOHOL AND DRUGS. YOU IMPRISIONED ME...WITH YOUR POWERS.... BEAT ME... RAPED.AND DID HORRIBLE THINGS FOR DECADES. I am personally writing you to notify you that your name will be mentioned in an unprecedented request to the United States of America Supreme Court. I am personally notifying you in advance that your name will be mentioned in what will surely be a remarkable opportunity for this country to address then Redress my legal concerns regarding the tragedy that happened to me and is happening to millions of Christians in our home country as naturalized citizens.

This noteworthy request to the court to take the unusual measures and us to present our case for compensatory, punitive, and criminal charges against you for your intentional and willful violation of my United States Constitutional right as a naturalized citizen unaware of the unfathomable effects of your ancient foreign spiritual Islamic mysticism practices, African voodoo through the Marine Kingdom, which profoundly affected my life. The criminal charges include rape, sexual assault, and enforcement on drugs, illegal arrest, filing a false police report and after forcing me to steal credit cards.

Additionally, the abuse of my body with an insertion resulted in the removal of my wealth, health and ability to marry a human being, as well as trafficking, spiritual and natural slavery. You stalked me for almost 40 years even after I demanded that you not contact me for years. By your own admission you laid wait in my basement on many occasions, with a 9MM semi-automatic with the intent to kill me. Once you chased me into my house with a 9MM. You held a knife to my throat, you raped me, you interfered with my ability to marry, you enslaved me, and the list goes on and on.

The behavior you displayed was indicative of the treatment of Christians targeted their entire life by an occult member. You did everything to use your god and religious beliefs and hid who you were from me. When you had sex, it was a satanic ritual.

After holding me hostage at my house after breaking in. You mentally abused me calling at time up to 50 times in one night, night after night.

Your practices from the old world advanced against me through your intentional acts which directly involved me in, unwillingly, unknowingly and without consent or desire to be involved in your rituals and secret Sufism or whatever sect of it you believe and practice. According to the God Israel, your religious practices amount to nothing more that witchcraft or better yet Satanism. My human, natural and my God given 1st Amendment right to serve my God, the God of heaven Jesus Christ in the manner prescribed directly to me by his laws and commands. The God of Heaven told me that I must remain from things that idols

Alex and Anthony intentionally target me with the full understanding that I am a genuine born-again Christian with gift, benefits, and untapped wealth. As a hunter, my soul was hunted, violated, and left for dead for your advancement in the collection of wealth for the destruction of my life, future, and arrest. The ancient practices afforded a means to extend their life at the expense of mine.

Through sorcery, I was forced on drugs and satanically controlled with impulses given to me by you. Keeping this short you were sent into my life to waste my life and to murder me. You are going to pay for putting me on alcohol, ruin my law career, oh and the list goes on and on and on. You knew Tracy, she sent you into my life. I don't care who you think you are. I don't who you think you know. I don't care what position you hold, nor do care that you are powered by Satan himself.

**Kent Edward David**
**William Caesar Campesi**
**Rob Pascal P. Colletier**
**Robert Raffeo**
**Marvin Capps**

**Jeffrey Casey**

**Luigi Carvalho**

**Charles P. Kinsman**

**James Boras**

**Peter Gentile**

**Tim Brogan**

**EVERY ONE OF THESE MEN ARE IN THE OCCULT AND HAD THE OBLIGATION TO REVEAL TO ME THE NATURE OF THEIR TRUE INTENTION FOR BEING IN MY LIFE. THEY WERE ALL SENT AS AN ASSIGNMENT THROUG THE OCCULT.**

SATANIC EMPLOYERS WHO ARE IN THE OCCULT

Enhance Health LLC/Enhanced IFP LLC
Matt Herman
Renee Santiago
18167 US Hwy 19 N, Suite 300
Clearwater, FL 33764

I CONTACTED THE ATTORNEY GENERAL OFFICE REGARDING MY EXPERIENCES WITH OCCULT MEMBERS.

Terese Ebony Jones
9013 Tudor Dr. G203
Tampa Fl 33615
954.907.9614
18167 US Hwy 19 N, Suite 300
Clearwater, FL 33764
888-317-4050

NOTICE OF INTENT TO FILE A CIVIL LAWSUIT AND FILE A COMPLAINT WITH THE EEOC
I am sure it is the case of get in line with this organization therefore I will get in line. However, my claims against your organization will stand far apart from the other complaints that I recently discovered that was filed against you.
I intend to act against your organization for practicing witchcraft against me causing me loss of income in terms of salary, commission, and bonuses both now and in the future. As it was my intention to remain with this organization for a number of years. Your organization is not founded on Christian values therefore it is founded in Satanic principles of which I was not aware. Most organizations have a code of conduct, morals, or ethics they stand by. Although those values do not have to be Christian based, they should reflect the letter keeping in line with the laws. I mean the natural and spiritual law. As a Christian I take my faith seriously and should not be expected to take part in activities
which goes against my God's word Kingdom and way of life. Therefore, while I carefully look

for an attorney, I want my complaints against your company on record you just can't expect genuine Christians who practice their faith to outright lie and be deceptive. 'Do not steal. " 'Do not lie. " 'Do not deceive one another. Leviticus 19:11 The LORD detests lying lips, but he delights in people who are trustworthy.

Proverbs 12:22 They will do no wrong; they will tell no lies. A deceitful tongue will not be found in their mouths. They will eat and lie down, and no one will make them afraid."

Zephaniah 3:13 An honest witness does not deceive, but a false witness pours out lies. Proverbs 14:5 Additionally, I am not sure if I will find a lawyer for this because most are involved, however it is time that Christians received some sort of legal relief for the double standard in these slave work camps. I completely understand it did not begin with your company, and it is a long- standing practice in this Underground Satanic Sexual Occult/ Cult System that millions of Christians and forced into as slaves and property, nonetheless, it may end with you.

As I looked around at the state of God's people there it saddened me how the souls are caged, enslaved, demonized and under satanic control all of their lives, as I was. At these slave labor camps, that I have been passed around for years, the food is tainted, our salaries are below average, we are slaves in your system both spiritually and naturally. You sent you agents to sabotage our work when you wanted us terminated. For example, Renee Santana practiced her dark arts on me. This is how the transfer process worked. Yall deliberately sat her next to me to keep me down and I guess in place. I was initially exceeding her in sales until she intentionally gave me a bag of cough drops, one day when I was not in my sound mind. She knew that I was demonized and under control.

Thank God I am not anymore nonetheless, she practiced witchcraft on me the same way she will on other spiritually blind Christians. Also, the way Michael will on and against the young black girl who follows him around. One of the managers appeared to me in a dream, nothing sexual just sat next to me and conversed about the job. Y'all are operating witchcraft, Blackmagic, sorcery, divination, and voodoo. With all due respect. I loved everyone to pieces and otherwise was treated fairly except for my complaints. But y'all have to let the people of God go they are walking around under a spell. It's time for someone to

bring this out in the open. The blood is crying out from the ground for justice. Satanist, occult members, devil worshippers is a religion, and it must be registered and recognized as one, not only in this country but globally. People do not know what is happening to their lives as they navigate from one slave camp to the other. Being fed sorcery through the anxiety, depression, bi-polar and other mental illness given by y'all, being shot down in the street as blood sacrifices, kilt in hotel rooms, put on drugs alcohol, the arrest, mental health facilities, all what y'all do to us in this Underground Satanic Sexual Occult/ Cult Luciferian system that we are forced in while y'all steal our talents, gifts, wealth, joy, peace and everything else y'all can take from us as merchants slave traders and marine kingdom. It is time to separate the wheat from the tares from employers to the church, to the government to the street hood police officer.

There are only two kingdoms the Kingdom of light under Jesus Christ and the Kingdom of Darkness under Satan. Normally, I would ask, where do you stand, but that is obvious.

Humana Tirhonda Hamilton Operations Manager
5701 E Hillsborough Ave Ste 1400
Tampa Florida

I was sent to Humana by Connie Wright who is a homosexual and an occult member. I was sent to Humana to be used as a slave and to be tortured. In the same manner that Latoya Marion and other members of the church intentionally took me to satanic pastors the occult sent me to members employment locations. Connie wright sat next to me at TZ Insurance, another altar for Satan and used witchcraft to block the flow of my sales and divert them to a lady name Poonam who is a Hindu and used their religion to be successful. After being cheated out of a substantial deal of money and used as a slave at TZ Insurance I was terminated and sent to the next camp to work. Once I arrived at Humana, I was assigned to Tirhonda. I was demonized and experienced an excessive amount of warfare. The staff is very strange as one can feel the precedence of demons. Everything that was done centered around food. Food is a weapon used to pollute their victim and steal their destiny. The excessive number of technical issues I encountered was unnatural and intentionally done to have brought frustration. Every time I declined food; I was told I was not participating however food was offered to idols. Then a man who was at TZ Insure showed up at Humana. He was the same individual who sat by me after I was sent to another department. This Peruvian was a warlock. I had dreams and visions and saw what he was doing before they intruded my dream life. Like with many other jobs in their system I was targeted by him until I fell ill.

**Humana** was like no other place I had ever worked. It is what spiritual wickedness in high places looks like from all levels. The wickedness comes from The Presidents to the agent.

Humana is the epitome of what life will be like for genuine Christians in the New World Order for people who do not know their God. Demon spirits are everywhere there are homosexuals, bisexual transsexuals, transsexuals, intersexual crosssexuals. There are women dressed as men, men dressed as women, and people walking around with satanic tattoos, body piercing, using their black magic against Christians openly and freely.

You are pressured into lunches and are taken to restaurants. Food is a big part of their rituals and is practiced in their ceremonies to celebrate and offer the food to their god before they give it to you it is cursed by that god and cause sickness and death in the Christian.

**Acts 15:20**
but that we write to them that they abstain from things contaminated by idols and from fornication and from what is strangled and from blood.

**Acts 15:29**
that you abstain from things sacrificed to idols and from blood and from things strangled and from fornication; if you keep yourselves free from such things, you will do well. Farewell.
**Exodus 34:15**
otherwise, you might make a covenant with the inhabitants of the land, and they would play the harlot with their gods and sacrifice to their gods, and someone might invite you to eat of his sacrifice.
It is not just an employee lunch to the satanist it is an opportunity to do great bodily harm or death to the unsuspecting defenseless Christian.

I did not know my God since I was demonized. The Wicked powers all knew I was not one of their own. That I was not in the occult and was considered a slave and a genuine Christian. Humana in the natural realm is an illusion they deceptively operate as a genuine natural business. What you think you see with the eye is not what is real. The company is controlled by and manipulated by the demonic dark world working on a high level of spiritualists who are witches, wizards, warlocks, and evil forces, starting with the President, who is Hindu. These Hindu

through their religious powers control people lives by the meditation, yoga chants and other methods. They believe and function in the healthcare industry in the spiritual realm and in the natural world on a level the Christian is lost in mainly because of Cristian Pastors.

I had several different attacks from various sources at this time however; I was physically sick, losing my mind, my strength, and I could not leave the house for no apparent reason.

I began experiencing an increased amount of anxiety and depression. In a training class, a Dominican lady kept talking about God.

I did not realize she was referring to the God of this world and not Jesus Christ. I told her Christians need to have real warfare against the devil and his dark angels in my demonized mind, I was serving Jesus Christ. She was so annoyed with me that I was given the evil eye. Until recently I had no idea that the evil was a Satan ritual used in real life. Again, I was demonized and under the impression that I was serving Jesus Christ.

I wondered why she kept glaring at me with a brutal look then refused to look at me. She said I had a funeral to go to while looking at me. The next day she was absent from work. When she returned, she wore a black dress when she returned and sat next to me. The funeral this woman went to was mine. She buried me in the spirit real and was relying on it happening in the natural. That power that the lady operated against me could have been to bury my future, my glory but from all accounts it was my life. Around the same time, I dreamt that I was in Peru or a foreign country in South or Central America. The dream kept saying Peru. I was in the hotel looking at two men who were having a conversation. I could see them, but my view was hidden from them by a small partition. The hotel room was typical of what you would see in those countries.

The men were having a voodoo satanic service. They were chanting, candles were lit, and smoke filled the room as if they were smoking. They were wearing different colors beads consistent with Santeria and devil worship rituals. One man was shorter than the other. The taller man handed the shorter man a wooden statue about 4 X 4 inches. The shorter man wrapped the object in newspaper and left the room. After the second man left, I am eight by ten photo of what was a head shot photo of me. A few days later I will call him Zevallos, (he is from Peru) only because he has three names and I lost emails identifying him. When we were transferred to a different section of the office at TZ Insurance, he was assigned to sit next to me.

The last one to sit next to me before I was terminated. He is short in stature and from Peru. After that dream, I saw him at Humana. He had just left TZ Insurance. He was a demon power that women conjured up somehow. He was employed with me at TZ Insurance and sat by me when I was terminated. He is Peruvian and has skills in the Occult. After she came back from her funeral, I saw him. He is from Peru and worn beads, and although I see it now, this man is a High Priest of Satan. This powerful man is extremely dangerous to Christians

After I ran into him in the halls of hell at Humana, the woman. I blindly talked with him like a friend not knowing the dangerous attack I was under. Not to mention at that same time outside of work I was being swallowed into a cyclone of death by this occult and the works of the evil powers.

Pastor Remy Babiola was purposely harming me with his fetish powers just wanted me money, money, and nothing else. He is an African priest from Nigeria, witch doctor, and herbalist from who passes himself off as a pastor in a Christian church. Christian Ellis took me to his Church by who is a witch and High Priest in the satanic Occult and. She purposely took me to Remy Babilonia and other churches that she knew were occultic. These occult members lured me into their services, took advantage and cursed everything I did, my life job and health.

When one occult member takes the blind Christian to a particular church and give the church money as part of your tithes and offering, the person who tricks you into attending gets a percentage of the money you pay in offerings and tithes, for bringing you there. At the same time, I would attend his Church Tara Alemayehu invited me to satanic churches. Her story is a long one. However, she is catholic and a Methodist both places where they are taught witchcraft.

Nevertheless, this so-called Pastor Babiola prayed his dark prayers against me on my last visit to his Church. He came to my house and prayed for his voodoo over my business, and everything dried up. My rights to serve Jesus Christ is stolen. John Lowe made every attempt to marry me. The occult would allow me to marry a High Priest. John Lowe is a Priest of Satan.

Tara Alemayehu and Robert Raffeo both members of the occult and gave the appearance they were Christians held me down while that demon chased me around in the Church to put a demon on me. I fell into the spiritual realm. Without Jesus I was lost defenseless and a miracle to be alive. I remember Babalola saying to her take that as they held me down.

It was black, and I fell running away from him and busted my leg open while he performed his casting out demons. He cast them out of his pit and cauldron and into me. That is what these so-called Christian pastors do in their deliverance services. That is why the demonic Human is growing so fast. These sorcerers are putting sickness and disease on the real Christians.

I did not tell him I was employed at Humana, but he found out. These events with Human almost drove me over the edge in conjunction with this Church. I began drinking again; I was demonized by the tormenting demons and losing the battle because every Church I attended was linked and connected to the underground satanic Occult. At Humana, these rituals were conducted against me against my will, knowing that I am a Christian.

My equipment constantly broke down for no reason. I had more tech issues than anyone in the entire group. I would catch up on my work then more technical issues. It was a pattern that repeated itself.

As with Kaplan University and Washington Mutual Bank I went out on a leave of absence for disability. Once again. That is their pattern disability from work than social security disability, and you are on the system for the rest of your life. You are given one prescription after the other until you are on ten to fifteen medications where the door to the sorcerers could work their magic on the Christian. These powers wanted me out of the workplace, on disability, on medication, three hundred pounds, no teeth, no hair, no glory, no money, no love, no destiny no future helpless hopeless single sad lonely and more importantly, No Jesus, no love that He promised, no peace, no joy, no future, no good health, no friendship, no hope, no future and then death.

These occults members do everything in their power to put enmity between The Christian and their God and for you into a life of pollution and sin.
**Isaiah 59:2**
But your iniquities have made a separation between you and your God,
And your sins have hidden His face from you so that He does not hear.

**Exodus 32:33**
The Lord said to Moses, "Whoever has sinned against Me, I will blot him out of My book.

**Micah 3:4**
Then they will cry out to the Lord,
But He will not answer them.
Instead, He will hide His face from them at that time
Because they have practiced evil deeds.

A genuine Christian cannot sin against a Holy and Pure God. Every God-given right to serve Jesus Christ and the God of heaven was ignored, disrespected, and stolen from me. I was forced to serve an idol god and satanic rituals. In Humana and these with these other employers.

After leaving Humana, I was unemployed for a long time. I was confident and happy when I secured a position with Health Plan One HPOne, only to discover the witchcraft powers through Jeremy Schulte Angel Chovanec, formerly from TZ Insurance, was at my new place of employment.

These two former occult members were just a cakewalk for the plans Satan had for me at HPOne Jim Denges and Toshay Watson. Jeremy and Angel ran in the background while Jim Denges and Toshay operated their voodoo and incantations in the forefront.

Jim Denges was transferred one month before I arrived, and Toshay came a month later. I was surrounded by the powers of the dark. These individuals were strategically positioned in HPONE

to use their satanic religious Occult powers to interfere with my first amendment right to serve another God, Jesus Christ and to cause me to eventually lose another job.

As with all other jobs, Jim Denges, an active satanic occult member, intentionally practiced his religious rituals against my freedom to practice my faith. When I started my career with HPOne, I was not drinking alcohol. From day one, although I never mentioned that I struggled with the only alcohol I drank, red wine, he constantly mentioned wine. After being sober for years Robert Fanning took me to Carrabba's restaurant. He constantly told me to drink when he knew I had a problem. He cast his spell on me using his religious powers to get me to drink alcohol. Casting a spell could simply use repetition phrase and words. They need the Christian on heavy drugs and alcohol to control them more efficiently. I took one drink of red wine and did not drink anything else. I struggled for years with drinking red wine until I stopped for a few years the started drinking champagne at the suggestive incantation of Jim Boras.

Nevertheless, in one zoom meeting I told Jim that he talked about alcohol a lot. All Jim talked about was wine, nothing else. On Monday, morning I asked how his weekend went he spoke of going to a wine fest in St Augustine, and then continued to tell me that he had purchased a case of wine. I used to buy cases of wine and Champagne from Publix when the wine went on sale.

Once in a zoom meeting, I could see the bar behind him. Then Jim said he was going to have the public's deliver wine. Every day he would find a way to use incantation curses to get me to drink.

Jim constantly used his rituals and magic to produce an alcoholic desire until I began drinking. Jim Denges intentionally sabotaged my work with his religious powers. He used profanity against me and continuously raised his voice. He cursed out several times with the intent for me to quit. He used foul language and cursed me out in the front of the entire group.

In the past most of the men the occult sent were tall and athletic build. Jim was tall. He lost weight and told me how he was ripped, and James Edge told him how good he looked. I never initiated this conversation' He assumed I was interested in him. I did not find him attracted at all.

I never had a Manger tell me that he loved me, yet this man knew that I was being programmed by the Occultic power to feel lonely and had a desire to marry.

This Manager, Jim Denges, my sales manager, told me he loved me several times. It was out of the left field and quite strange.

Then he was consistent like other men in the Occult. This Manager cursed me out using foul language and used his occult powers for me to quit. He was using tactics told to him by demon spirits as he tapped into the underworld.

He used foul language in at least two other separate zoom meetings and degraded me. My ex-husband, members of the Church, and my family knew I hated two things, one to be slapped directly in the face. The other was to be publicly embarrassed. He used profanity at me while in a meeting with my co-workers to embarrass me into quitting.

He changed the policies I submitted to make it appear like I was stealing from the company. For example, I would sell an individual dental policy; he would change it to a CHAS a product which paid more. Jim was not only tampering with my work, but he was trying to get my license revoked or arrested for fraudulent behavior.

When Kolt became my manager, we spent the entire day fixing errors Jim intentionally altered from my original submission. I could not believe what I was hearing. I had no way of proving that it was not my error.

One time I resigned and returned a week later. The verbal abuse continued. His girlfriend appeared on camera, who was Vietnamese. The Vietnamese have deep Occult roots as they practice close to the Hindus. The Vietnamese lady who came into the zoom meeting had her camera and snapped my picture.

The occult member uses your picture to put on an altar and other evil deeds.

I have had personal experience with the group. Jim Degens violated my Constitutional rights to serve Jesus Christ by performing his religious rituals on me and forcing me to take part. I was unwillingly involved with his practices. Jim Denges, Jeremy Schulte Angel, and Toshay Watson all used their satanism to sabotage me until I resigned. When I left home, I was earning nearly ten thousand a month.

I am unsure who are the other participants, but I believe in one other entity at HPOne. I took a leave of absence and went on disability. However, if it were not for the excellent help, I received from Kolt, I would have been terminated long ago.

Once I asked Kolt or made a statement about what was wrong with me. I have a master's degree', and always did well. I was intelligent, I was successful on my series 7 stockbroker's licenses and yet I told I made all these mistakes. The work I was doing was easy and I loved selling insurance.

However, I was unable to focus. I was unable to read. My eyes would become blurry, and I asked him the same thing several times when I used to be clever, and I was now on the decline because of wicked powers from the Occult. For the entire time I was at HPOne, I never read anything. I love reading.

By the grace of God, I passed the AHIP and the training by googling the answers. It is standard to use this method.

I was under demonic control. At that point, I could feel it inside of me. I was thoroughly demonized and had been for an exceptionally long time. However, I began to realize it. I felt the demon inside of my chest when I was not intoxicated. At times It was not easy to breathe. It

became very intense. I felt this demon controlling me. At times I would want to say one thing while thinking about another.

These witches and warlock would have my life opposite. Everything that I said that I would do I then did the opposite. For example, from time to time I would get up and say I am going to work, and I will have an amazing day. For no apparent reason I would call in and not go to work. I would say I am not going to do my walk today then I would turn right around and do it. It became worst while under Jim.

I went into my prayer closet and asked the Lord to let me finally make the President's Circle. One day, Jim said to me, "You were supposed to make the President's circle the first year. I never mentioned that to him and had asked Pastor Spann to pray for me to make the presidents list.

He used his dark powers to cause technical issues. I would quote one rate from HPOne website, when I got in on the carrier's website, the rate would be much higher, and I would lose the enrollment. It just kept happening. Jim cursed me out, and said that this never happened to anyone else, and accused me of not knowing what I was doing. What I was describing was impossible, and since no one else had this issue, I was lying, which I was not. I was excellent with the customers. However, Jim contacted other occult members and had them complain about my performance. The occult had many of their members call to harass my time and work voodoo while I was taking their application. A lady by the name of Cheryl Williams in Louisiana was a top-notch satanic occult member who called me constantly to harass by wasting my time. When my mother passed away. She told me to send her some items that belonged to my mother. The occult believes in honoring the dead and putting curses on a Christian with connections to their dead relatives.

Meanwhile, Pastor Bernice Spann, Tracy Magwood, and Mary Matlock contacted me and worked with Witcraft powers. These wicked individuals reached their other occult members through Humana to sabotage my work. They summoned up policyholders who complained against me for issues that were not severe. They contacted their people to call waste my time and at the end not sign the contract.

The demon powers at Humana revoked my certification due to these occult incantations and witchcraft. Humana made me ineligible to contract with even in 2022 and that is fine. I do not support the goal of Humana who are violating the rights of Christian Kingdom of light citizens through the use of their spiritual connection with the god of this world by via the healthcare policies they hold. Pastor Mary Medlock constantly called my work, pretending that she wanted a policy. And have used their satanic connection to connect with the demon powers at Humana while on the phone with me.

After I enrolled her in a policy she canceled before the first payment was due, she had the coven of witches praying dark prayers against me while they had me on the line at work. Tracy Magwood used Noel Magwood once again to contact me and draw me back to that church. Every time I left; they drew me back into their cult.

The cult run by Lashon Reese and Tracy Magwood, created an emergency, and keep me in spiritual need so that you will turn to them for prayer while they are the ones who are making your peril.

After Noel Magwood coaxed and lured me into attending a meeting that she was so-called teaching, Tracy Magwood placed me in a group of witches. Before I was lured back into the occult and placed in Minister Tomika group my life was going well.

I lost weight, I was not drinking, my mental health was excellent, and I did not have pain. Less than three weeks after being lured back into the cult by Noel Magwood who also began contacting me more frequently to use her spells and black magic against me. Between the two First after not having eaten meat for almost thirty years I suddenly went to burger king and got a burger. Immediately afterward between calls from Noel and Tomika I began feeling physically sick. My stomach became three times larger than it was.

My weight increased suddenly from one hundred twenty to one hundred and forty pounds. I experienced difficulty breathing. I had excreting pains that I once had, and Jesus healed me; The pain returned in my upper abdominal area on the left side. Then I began drinking uncontrollably. My mental health declined rapidly. I became confused, weak, and fragile.

That is one of the most significant ways that **Humana, TZ Insurance, HPOne and Telequote** these evil satanic power at the head of someone the biggest insurance companies use the Occultism religion. The members in the satanic cult represent themselves as pastor's ministers and put sickness and disease addiction and mental health issues on Kingdom of light citizens. They are then sent to Doctors like Dr. Steven Pera who prescribes medication that does the opposite of what it is supposed to do. You are put in the mental health and addiction arena for the rest of your life. These health care companies use their magic on the Christian policyholder to create a dark future, keep them away from Jesus and force then to serve Satan.

After drinking and becoming physically ill and depressed from joining her group, I lost my job. Jim Denges and Toshay Watson, Jeremy Shute, the Peruvian man who followed me from Insurance, Angel Chovanec were terrorizing me in the spiritual realm until I left for a mental leave of absence. I was not able to return because they put a curse on my life finances and income.
My job was targeted, my life and well-being all of my life by these occult members. I was being terrorized torn away from my God and unable to fight.

**TZ Insurance** Jeremy Schulte was my tormentor at TZ Insurance and responsible for my termination. He was an openly homosexual man who flaunted his profane lifestyle like the grandmaster of the gay pride parade in Key West, Florida. Like a blushing bride on her wedding day, he floated around the office talking about his husband all day. It was demoralizing to witness a grown adult man refer to and describe another man in that manner. It was behavior that I should not have been subjected to as a Christian: especially since displaying anything resembling Jesus Christ purity, Holiness, goodness, and righteous is hellaciouly attacked and ungraciously shunned except by those in their community. I had no problem with his behavior whatsoever. I never made any comments or treated him any differently than I would have treated

any conventional straight real male in that same managerial role. I respected Jeremy as a boss and even gave him a Dreamliner 787 cup for Valentine's Day. I never tried to tell him about his sin and that he needed to change. They do not want to hear about sin, and definitely do not want to hear about Jesus Christ. I was not any position to fight and do warfare since I was demonized. I was forced into an environment that was anti-Christian. I was expected to celebrate, agree with, and condone a sinful way of life, and since I did not, I was the target and object for termination. I was told I earned $7800 for the months. When I received my check, it was for $2800. Once again there was an accountant error. The next check was short and the more I asked for my money they became furious. Once I came back from lunch and was told a customer complained about me negotiating a rate and I was terminated by desk was in a box, but my check remained in his pocket. Several other occasions I was duped out of commissions and money owed

Salelytics, LLC
John Shlonsky
Cornelius Turner
1111 E. South River St.
Appleton, WI 54915
SAME SABOTAGE DIFFERENT COMPANY

**PLEASE SEE ENCLOSED DOCUMENT**

Health IQ
Munjah Shah
Gaurav Suri
2513 Charleston Rd #102,
Mountain View, CA 94043

The Owners of the Company are Hindu and were slaves in their Kingdom and free labor. I accepted a full-time position with the promise of a long-term contract. However immediately after the Annual Enrollment Period (AEP) these greedy owners terminated one thousand employees. In less than forty-five days I enrolled two hundred and twenty beneficiaries. I was aggressive and one of the top producers. After working some fourteen to sixteen hours a day I was not paid once again. According to the Centers for Medicare and Medicaid compensation structure I earned over One Hundred Twenty-Five Thousand for the Owners. If other employees earn a fraction of what I earned these owners not only had free labor but are compensated by the carriers. They are compensated by the carriers as brokers and by the producer. These people are not just owners who could not get financing for the company but rather slave masters advancing the Kingdom of Darkness using low level people like me who were slaves in this Dark system. The Equal Employment Opportunity is useless as the workers are aware that the Kingdom of Light citizens are slaves as I was. Therefore, will do nothing because they operate in the same system and have the same goal of financially holding the Christian in bondage.

**ALL OF THESE EMPLOYERS ARE IN THE OCCULT WITH EMPLOYEES WHO ARE ENSLAVED CITIZENS OF THE KINGDOM OF LIGHT ILLEGALLY HELD CAPTIVE BY THE KINGDOM OF DARKNESS SOLDIERS.**

F. The Satanic Marine Kingdom Babylonian Social Media and Network Satanic Dark System.

**META- MARK ZUCKERBERG**

Mark Zuckerburg and Facebook are altars for Satan who represent the right of the occultism through the loyalties of wealth that was provided through supernatural forces and from the Kingdom of Darkness. Because of his allegiances and alliances and as a representative promoter and soldier for Satan his company illegally violated my constitutional rights. The platform permits users to mock humiliate disrespect my God and faith and we are frequently monitored sanction forbidden to allow our material to be promoted because in my case I speak against Satan and his ungodly pastors misrepresenting Christianity. While on the other hand tearing up the bible is promoted, Jesus Christ and Christianity is mocked. META is a publicly traded company and because of that has the right to allow Christian to speak freely. I am severely disenfranchised violated and my right to promote the true gospel is prevented by the platform. The platform is used my satanic pastor like DANIEL K. OLUKOYA, TRACY MAGWOOD, NOEL MAGWOOD TD AND SARAH JAKES to spread a profane gospel. YOU PEOPLE KNOW THEY ARE IN THE OCCULTISM.

As of June 2025, the FTC's case against Facebook (now Meta) over its acquisitions of Instagram and WhatsApp is ongoing, with the judge currently considering the evidence presented at trial. The court has been hearing arguments to determine if Meta is liable for breaking antitrust law, based on whether its acquisitions illegally maintained a monopoly in the personal social networking services market. The lawsuit, originally filed in December 2020 by FTC and 46 states, alleges that Meta maintains monopoly power in the social networking market through anti-competitive mergers. The FTC claims these acquisitions were made to neutralize potential rivals and stifle competition. Meta counters these allegations by arguing it is being unfairly punished for its success and that the acquisitions were approved by regulators years ago. Whether or not the judge rules in favor of or against META the company will continue to maintain a significant number of pastors who not only are part of the same religion but serve the same god. These pastors will continue peddling their imitation brand of Christianity while using the

META venue to lure misleads take advantage of and initiate unsuspecting spiritually blind hurting individuals from the Kingdom of light to their demise by soldiers of Satan's with established houses of horrors disguised as Christian churches.

While there isn't an exact number of pastors and preachers on Facebook and Instagram, studies offer some insights: 85% of churches use Facebook. 84% of pastors state that Facebook is their church's primary online communication tool. 51% of churches have at least one staff member who regularly posts on social media. 66% of pastors report using Facebook in their role as a pastor. Only 16% of Protestant pastors surveyed in 2017 reported using X, and even fewer (13%) were on Instagram. Younger pastors (ages 27-47) are more likely to use Facebook (86%) compared to pastors over 65 (37%).

While many churches and pastors utilize social media for ministry and communication, particularly Facebook, the adoption rate for platforms like Instagram among pastors specifically appears to be lower based on available data. Overall, social media, especially Facebook, is widely used by churches and pastors to: Connect with their congregations. Interact with people outside the church. Share information about events. Provide spiritual content and facilitate discussions. Build community and relationships.

These staggering statistics only paint a broad stroked portrait of what the actual use of these platforms intended use for the targeted market they prey upon. META claim that YouTube is a strong competitor and is a lie from the pit of hell because With over **3.065 billion monthly active users** and more than **2.11 billion daily users,** Facebook remains the largest social media network worldwide. That's nearly 40% of the entire global internet population checking in monthly, according to Meta's latest quarterly report. Nonetheless, as of 2025 YouTube has approximately 122 million daily active users. This translates to about 122 million people visiting the platform everyday to watch create and upload. Additionally, YouTube boast over 2.5 billion monthly active users, making it one of the most popular social media platforms globally.

**META engages in unfair deceptive, fraudulent, and unethical business practices and actions taken by their businesses and platform to gain a spiritual and natural advantage over Christians and to cause harm to Christian's consumers and genuine Christian churches and organizations by the continued False and Misleading Advertising including making false claims about child protection.**

**. These practices not only violate consumer protection laws and regulations, but they violate the ecclesiastical rights to serve Jesus Christ and the genuine Christianity faith. The blatant misrepresentation META AND YOUTUBE involves falsely claiming a product is new, claiming a product has certain features or benefits, or misrepresenting the origin or quality of a product.**

**Monopolization: Although the case against META is not resolved due to the purchase of WHATTSAPP AND INSTAGRAM both of these companies gained and own an excessive market share which allows them to represent the Kingdom of Satan and make decisions allowing false teaching and preaching as well as blasphemy against Jesus Christ and the holy scripture. They are**

monopolies using their large size to represent the kingdom of Satan and to violate the rights to freely preach a true gospel.

The DEFENDANTS have a duty of reasonable care not to expose unwilling spiritually blind Christians to deadly representations under the disguise of Christianity but who are in the occult. META AND MARK ZUCKERBERG have a responsibility to uphold the terms of a of their own community, standards and policies which they claim that everyone must adhere to, covering areas like authenticity, safety, privacy, and dignity. The standards unfairly target genuine Christians which not only can be considered an unfair business practice and intentionally done in bad faith, but the unfair business practices only seem to apply to Genuine Christians who point out and expose fraudulent pastors who conduct themselves in a manner consistent with satanism and the occult rather than Christianity and Jesus Christ. Facebook and YouTube community standards and policies does not apply to everyone and not everyone adheres to it. META is a publicly traded company therefore responsible to

Facebook and YouTube claim that their policy covers areas like authenticity, safety, privacy, and dignity. That is a lie from the pit of Hell simply because there are hundreds of Marine Kingdom pastors installed by Satan himself on both of these platforms that is any genuine Christ try to expose them, they are removed, disabled or restricted. This is not only unfair but a violation of free speech against genuine Christians whose aim is to promote Jesus Christ and the authenticity of the real gospel as he intended.

These platforms state Violations can lead to content removal, account restrictions, or even account disabling. However, the only accounts which under these categories is someone who hatefully challenges the platform attack on its kingdom of dark citizens. The plaintiffs understand the Key areas of self-harm content, credible threats, fake profiles, and spam however what is ultimately deemed as hate speech is calling Joel Osteen, Joy Myer, Paula White, TD Jakes, Kenneth Copeland and all of the other Marine Kingdom agents, Satanic occult

members and agents to accountability is considered hate speech that must be prohibited. T

## Key Facebook Rules and Guidelines:

- Facebook claims their community standards create a:

  Facebook's claims that their Community Standards aim to create a safe, authentic, and respectful environment. They cover areas like hate speech, bullying, harassment, violence, nudity, and more however all those things are readily available for by creator and individuals who mock our God.

- Authenticity: Facebook and YouTube emphasize authenticity, meaning users should represent themselves truthfully and avoid impersonation or misrepresentation. However more than 90 percent of these Satanic churches and pastors aren't prohibited from the harm they cause due to the misrepresentation of themselves as Christians when in fact they are synagogue of Satan marine kingdom agents for the kingdom of darkness intentionally misleading the lost to hell instead of to Jesus Christ. Thar are allowed to function as a community and are a real genuine community going unchecked.

- Safety: Content that incites violence promotes harm, or poses a threat to others is strictly prohibited. Privacy: Users should respect the privacy of others and avoid sharing personal information without consent.

  - Dignity: Facebook prohibits content that is hateful, discriminatory, or demeaning to individuals or groups. The false teachers such as Kenneth Copeland, Jessie Duplantis, Benny Hinn, Joy Meyer, Mike Todd, Creflo Dollar, TD Jakes, Sarah Jakes Roberts, Juanita Bynum, Tracy B Magwood, Noel B. Magwood, Daniel K. Olukoya Kehinde Olajide, Greg Laurie, Rick Warren, Joel Osteen, John Hagee, Paula White, Andy Stanley, CeCe Winans, Holy Wagner, Noel Jones as well as on the enclosed list and the list that is far too long to name who are pushing a gospel that is demeaning hateful and discriminatory. Also, celebrities who are anti-Christ are provided with the YouTube and META platform to disseminate misleading, false and hate towards Jesus Christ his citizens and Kingdom.

  - 

  - You have a double standard that benefits the Kingdom of Darkness and advances its causes and agenda. You stand against anyone who is a genuine teacher of Jesus Christ.

I WROTE A LETTER TO MARK ZUCKERBERG AND NEAL MOHAN TWO YEARS AGO. NO RESPONSE.

YouTube Google LLC
Neal Mohan
Chief Executive Officer
901 Cherry Ave.
San Bruno, CA 94066
Facebook Meta Platforms, Inc.
Mark Zuckerberg
Chairman and Chief Executive Officer
1 Hacker Way
Menlo Park, CA 94025

Greetings, Mr. Zuckerburg and Mr. Mohan,

I writing to ask you a few questions directly. Although I already know the answer to my questions based on my observation of the practices you permit on your platforms; I would like to allow you the opportunity to respond before I leap to an unfair conclusion and assume. As a longtime subscriber and someone about to start my platform, I believe I have the right to know as a consumer and end user of your product and as a United States citizen who is harmed and damaged by your god and the kingdom effort to you serve and promote satanism.

So, my questions are: Are you a warlock, wizard, voodooist, charmer male witch, and occultist? That is the only viable choice to explain the content you allow on your platform. I ask because, in my lifetime, I have been around pretty much every ethnicity, culture, people, and nation and have had very close relationships with many nationalities. I had very close relationships with women of these descents, for example, Asians, the Philippines, Brazilians, Cambodians, Japanese, Chinese, and Vietnamese. My brother is married to a Cambodian lady. I have close ties with Africans, Haitians, Puerto Ricans, Jamaicans, Virgin Islanders, Bahamians, Cubans, Indians, Hindus, Pakistanis, Italians, and Jewish people, especially women, and of course, Black Americans. You might wonder why I mentioned these groups of people and my experience with them, especially women, although not in a

homosexual way. Generally speaking, I know some things about these groups and women like you. I know many of these groups of women, especially Orientals and Hindus, along with the others, have one thing in common. Witchcraft is a commonality among them all and they practice it as a religion in various forms.

They use demons they call spiritual guides, ancestors, help or that gives them wisdom, support and knowledge. However, it is devils and demons that appear in the form of dead relatives and no matter what they call it Christianity should not be attached to such practices. They have altars, shrines, priest to which they offer blood sacrifices, perform curses, light candles, do voodoo, juju among other things to summon demons to carry out evil as part of their religion customs. These practices are offered to demons who require blood from unwittingly innocent mostly Christians, people destinies, gifts, stars, lives, dreams, and gifts to the recipient for themselves in life. In other words, they exchange our great life for their measly life and take our greatness and leave us struggling financially and make us homeless and sick going back and forth to the hospital.

Your altar requires blood sacrifices, among other things, for supernatural success. In this case, the altar you service for your success is Facebook and YouTube. Facebook and YouTube are altars of Satan and the Marine Kingdom.
Many people like yourselves have used supernatural power, rituals, and dark practices through demonic means to rise to the top and then put on a masquerade as if your brilliance or intelligence is far superior to the average individual when, in fact, it is not. It is powered by demons, spirits and devils, and most of the black and uneducated communities have no clue what you are doing to service your altar for your fame, fortune and artificial rise.

One reason why all other nationalities operate in poor black neighborhoods is because it is a goldmine. It not just to steal destinies, virtues, souls, opportunities, and lives, but to distribute junk products and substandard food to conjure up demons and demonic forces that cause sickness and diseases

to put and keep us on medication and under a spirit of sorcery. That is why there are so many nail shops. hair shops, gas stations with Muslims and Chinese restaurants on every corner not to mention the bars and Synagogue of Satan on the other corners, meaning the deep-fake Christian church and the Satanic Catholic organization. Then we have the newest thief such as Tik Toc Facebook and YouTube just to mention a few.

They steal from the entire community who are not in the occult and don't have a clue. The Hindus, Indians, Japanese, Europeans, Asians, and White Americans are not any more intelligent than anyone else, especially black people. Although I will give credit to the Jewish people who have a covenant with the God of Israel and excel because of that covenant. For everyone else even the Black at the top of the food chain using the potent powers of the Indian Ocean, Marine Kingdom, Satan or and a combination of all is their advantage to wealth and prosperity. You, gentleman, serve the Queen of the Indian Ocean, Queen of the coast among prince demons. Your secret to success is Satan, nothing more or nothing less. Demons speak and have the ability to give you your ideas, inventions, business savvy, money, wealth, and power from the Marine Kingdom through Satan, which is transferred, stolen, and hijacked from others. Just like the stars in Hollywood, Satan opened the door and permitted you to pass through the gate for you to corrupt society, especially the young, and use your platform to promote his agenda of greed, lust, envy, gluttony, money, pride, homosexuality, suicide, murder, and corrupt a few generations of young people by bewitching them into those sins and away from the God of Israel. In the process, you promote your kingdom and deny me my United States Constitutional right to free speech and service to my God. I understand you have a god to serve and a kingdom to promote, but why not allow equality and offer people non satanist and non-occult members a choice to promote and serve their God Jesus Christ. Afterall you are a publicly traded company and have a responsibility not only to Satan but to adhere to the Constitution while we still have one. His people are working diligently to eradicate and take away all rights for the greater good, I believe is the new world order terminology. Both these platforms, like this country, disrespect, tread upon, deny, abuse, and make a mockery of my God Jesus Christ, my

faith and belief. No one, especially not a Christian on YouTube, Facebook or anywhere in America, dares not say homo, homosexual, faggot, fairy, queer, fag, bender, Queen, dyke, beaver-eater, carpet muncher, lesbo, lezzie, butch, lesbo, bulldyke, vagitarian, crack snacker, clitorist, bi-sexual, lesbian or gay. I do not hate anyone or any community nonetheless it is the Homosexual community that try to cling on to my God when they know they are Satanist.

 **They don't wish to live by the rules in our kingdom, so they attack our God. They are leading this rebellious revolution against Christianity and Jesus Christ for their own lustful desires and pleasures. No one can utter a word against their protected community because their rights have priority over everyone else's rights. You can't say gay. However, the word nigger is blasted all over both platforms, men in make-up and dressed like women, young underage black boys are shown grabbing their crouch, brandishing guns, money and killing another man. This type of brainwashing is everywhere, and every other social media site carries the same harmful images. Along with derogatory videos, music, and outlandish sermons posted by anyone, as well as satirized, criticized, caricatured, bashed, and misquoted passages from homosexual pastors and anyone who claims to be a Christian. You can even say rape, killed, murdered or sexual assault, molestation, child molester, or pedophile because it doest; serve your God or your kingdom. Now they are minor attracted people, unalive bleep to the word rape out. You tiptoe around everything that offends your master and lord. On the other hand, you promote everything that suppress and offend my master and Lord.**
**You allow every type of degradation known to man for Satan and your kingdom agenda; for example, witchcraft, nudity, pornography, homosexuality, violence, and hatred are welcome in videos, shows, and programs by these so-called artists such as Lil Naz X, Miley Cyrus, Pink, Sam Smith and a host of rappers and so-called entertainers who hate my God and promote Satanism.**
**I am coming to your platform to promote my God and my kingdom, and I am requesting the right to stand against homosexuality, Satanism and say all those things without my videos being removed or infringed upon. Stop the hypocrisy and the violation my 1st amendment right Constitutional rights my**

ecclesiastical, human and natural rights to serve my God equally. You serve your god, and Kingdom. Let me serve mine.

At least while we are still allowed to do so before your program pushes genuine Christian's underground. There are only two gods and kingdoms: the Kingdom of God under Jesus Christ and the Kingdom of darkness under Satan. Let the people have equality in which God and the kingdom they want to serve and stop promoting your God and kingdom while suppressing our rights to serve Jesus Christ. Again, I do not intend to be disrespectful, but I say enough is enough because it is too much hypocrisy in the material or content you allow on your platform. Every other god is welcomed except Jesus Christ. This is a silly question, but do you know how many channels promote and teach the best way to cast spells, curses and carry out evil with their Satanic prowess through rituals and customs. Of course you do. Could we be fair while Christians still have some rights in this country.
Thank You
Terese Ebony Jones

THE REMAING PART TO THIS COMPLAINT IS A PACKAGE THAT WAS SENT TO ALL OF THE DEFENDANTS AND TO THE FBI THE PRESIDENTS OFFICE STATE AND LOCAL OFFICIAL. THE NEXT DOCUMENTS WERE RETURNED TO ME FROM KASH PATELS OFFICE.