"For we wrestle not against flesh and blood, but against principalities, against powers, against the rulers of the darkness of this world, against spiritual wickedness in high places." (Ephesian 6:12 KJV)

**Jesus Christ genuine children**
- Terese E. Jones
- Millions of Captives
- Homelessness
- Sickness/Disease
- Jail/Institutions
- Bewitched

**DENTIST**
- Forced medical treatment
- Assault - unneeded treatment
- Teeth removal for altar rituals

**INSURANCE**
- Employers
- Personal
- Medical leave
- Car insurance

**EX-HUSBAND**
- Prearranged satanic marriage
- Prevent godly marriage
- Abusive

**FINACIAL**
- Brokerage
- House
- illegal access to account
- illegal trades on account

**LEGAL SYSTEM**
- Cruel + unusual punishment
- Satan's Judges
- Satan's Lawyers
- Satan's Prosecutors

**FAMILY**
- Job loss
- Idol gods
- Sickness
- Abuse
- Assault (Physical - Sexual)
- Religious interference

**EDUCATION**
- Refused legal education
- Limit Christians from Higher Education

**GOVERNMENT**
- Agencies refused to investigate legitimate claims
- EEOC
- HUD
- FDIC
- FDLE

**RETAIL**
- Refused to sell wedding ring

**LOCAL CHURCH**
- Continues job loss
- Career interference
- Torture
- Beatings
- Attempted murder (car accidents)
- Food poisoning
- Force alcoholism
- Forced in fornication
- Homelessness
- Forced medical treatment

**TELEVISION CHURCH**
- False Apostles, Preachers, Teachers
- Homosexual Bishops and Leaders
- Intentionally spreading lies
- Blatant Blasphem

**Car Repair**
- Used sorcery
- To astral
- Tracked
- Sexual assault
- Breaking and entering

**EMPLOYERS**
- Used as a slave in work camps
- Illegal Terminations
- Wage theft
- Limited income
- Promoted Satanic

**LOCAL MEDIA**
- WEDU/91.5 Joy FM
- False teachings
- Non-Christian artist
- Bias programming
- Non-believers
- False doctrine

**NA / AA / CR**
- Satanic / Occultion
- Impersonating help organizations
- Religious rituals

**BANKS**
- Refused checking / savings account
- Refuse credit lines
- Refused loans
- Illegally Refused
- illegally Discrimination

**FORMER DATES**
- Monitored
- Stalked
- Timewaster
- Deception
- Spells - Voodoo
- Invasion of privacy

**MEDICAL DOCTORS PSYCHIARIST**
- Forced medical treatment
- Falsely detained
- Abuse of power
- Improper medical treatment
- False imprisonment / arrest
- Kidnapping

**LAW ENFORCEMENT**
- False arrest
- False imprisonment
- Sacrificial killings
- Attempted murder
- Refuse to respon
- Harassment
- Malicious prosecution
- Forced legal problem
- False police report