Greeting President Donald J Trump,

I greet you in the name of our Lord and Savior Jesus Christ, our Redeemer, and our God. I write with a desperate plea to you and your Christian cabinet members to conduct one of the reasons the Lord elected you, saved your life and have been protecting/keeping you from the desires and hands of the enemy. I believe you have repented of all of your sins, the opportunity given to everyone. I believe that you have a relationship with the Lord Jesus Christ and want to do his will. Number one, when you kick out those illegal aliens, you are kicking out their foreign strange gods. The majority of them, not all, are satanist and devil worshippers as was the last administration. The Lord called you, and I believe you really have a relationship of love for Jesus Christ Kingdom. I believe the Lord Jesus Christ has spoken with you and your team about this assignment which has to be done. Sir I plead with you for congressional hearings in the Senate and before the American people to relay my message from the Lord Jesus Christ. His followers must get out of the churches and make a choice which God and Kingdom they want to serve. They must live Holy if they follow Jesus Christ.

Sir with all due respect, I am in no position to tell a man of your stature, education, and success, what needs to be done in this country. You were hand-picked and selected by God not me. However, I come with the utmost love, admiration, and respect as a survivor of the satanic occult in this Underground Satanic Sexual Occult/ Cult System. This is the name the Lord Jesus Christ gave me for what they do and who they are.

I was initiated through my family which sent me to the church who has controlled my entire life. I have done years of research and have discovered decades of files within the FBI which carefully outline that the government is fully aware of occult activity, cult members and the existence of the occult. It is time to put an end to the sacrificing of the children of God. Therefore, I plead with you to carefully read: the material I intend to send to you. I have been in the depths of the occult as a Spiritual Intelligence Agent for Jesus Christ since my birth.

I have full knowledge of exactly how it works from start to finish. Everything I experienced is what the Kingdom of God citizens are experiencing. At birth I was initiated by occultic parents and relatives who serve the family altar(s). They introduced trauma(molestation and incest) into my life, to put me on medication and give me a mental illness. Medication is used as sorcery to control and cage the soul. They attempted to force me into a homosexual lifestyle, even as an adult. Robert Fanning was sent by my former pastor to marry me. He is a son of Satan and deep into the occult. He intentionally ruined my life. They worked Blackmagic witchcraft, voodoo juju against me forbidding me to get a legal education, attend Harvard and become the first black supreme court justice. I was replaced by a voice for Satan. That is called transfer of destinies. I have been arrested several times, with the intent of a twenty-five-year sentence. They have locked me out of every industry with the intention to take my property, make me homeless with no income. This is what they are doing to CHRISTIANS and have done for centuries. I have been sex trafficked; satanic rituals were performed on me by church leaders under the disguise of Christianity. They attempted to murder me in car accidents, a hotel room in a tub after drugging me. I was nearly shot down in the street by occultic police officers a few times. I was nearly kidnapped three times, sent to mental institutions, drug rehabs among other things. Please Sir, I plead with you to HELP ME!!! These people are not just Democrats they are Demons in the Occult some republicans as well. Church leaders have ruined my life, prevented me from my constitutional right of serving Jesus Christ and Christianity. The Occult must be registered and recognized as a religion. We genuine Christians are being illegally held in the dark kingdom by the occult pastors.