**What No American should have to endure!!**

**I am pleading with you to step in and help me save my home from people who have violated my civil rights for almost a decade. I ask for an immediate investigation and help. I turned to every agency that governs the office and even the medical department who did not respond. Please help me. These people are committing fraud, and they want me out to keep me off the board. All through the Biden administration I contacted every agency and HUD to no avail yet. The bankruptcy has not been approved yet and the association is asking for $28,000. I don't owe them. I am sending a letter to the President to step in and help.** I am an American. Along with sickness, disease, ailment afflictions, mental illness and mental health issues, financial hardship/burdened by debt, or low social security/disability income to keep us down. Poverty and Homelessness are other tools and weapons of warfare that the Satanic occult members use to deploy warfare tactics on Christians.

THEY ARE FIGHTING BLOODTHRISTY SAVAGE INTENSIFIED WAR AGAINST US SPIRITUALLY AND NATURALLY; TO ENSLAVE, CONTROL, DOMINATE, MANIPULATE, DESTROY, AND CAGE OUR SOULS. THESE ARE HIGHLY DECORATED FIVE-STAR GENERALS IN SATAN'S ARMY WHO FULLY UNDERSTAND THE TACTICS OF WAR, AGAINST AN UNARMED, UNTRAINED LAZY, SLEEPY, SPIRITUALLY DEAD AND BLIND CARNAL-MINDED WORLDLY, DRUG-ADDICTED, WEED SMOKING, ALCOHOL DRINKING, MASTERBATING, HOMOSEXUAL, ARROGANT, PRIDEFUL, MAMMON CHASING, IDOL WORSHIPPING, TELEVISION WATCHING, FORNICATING WICKED AND ADULTUTOUS CHRISTIAN SOLDIER ON THE BATTLEFIELD AND ON THEIR WAY TO HELL.

AT THE HANDS OF LEADERS IN THEIR LOCAL AND NATIONAL SYNAGOGUE OF SATAN DISGUISED AS OUR LORD'S CHURCH. WHILE OUR HANDS ARE TIED BEHIND OUR BACKS, BOWING DOWN TO SATAN THROUGH THEIR ALTAR WHERE THEY HELD CEREMONIES BEFORE YOU WALKED IN THE DOOR TO FUND SATANS KINGDOM WITH YOUR HARD-EARNED WAGES.

THESE ARE SOME OF MY ACCOUNTS OF HOW SATAN USES THE HOMELESS TO DEBILITATE GOD'S PEOPLE INTENTIONALLY AND SKILLFULLY.

I purchased my unit at Tudor Cay Condominium Association for $45,000 in cash and renovated the property. Today, the property value is between $190,00 and $210,000, free, and clear. Immediately, the neighbors in the community began violating my First Amendment right to practice my faith and religion. I was also racially discriminated against being, at the time, the only Black female owner in the unit and felt that because the board was made up of white and Hispanic I was not welcomed and treated unfairly. The community is known as a coven of witches who have stated they are not Christians and of another religion.

From the beginning, shortly after moving in, Satanic ritualistic ceremonial items were left in front of my door and property and on my vehicle. I am a genuine Christian and was forced to participate in their religion and ceremonies. Strange things and items were smeared on or left on my vehicle to resemble bird droppings for years. These people understood and knew that I was not one of them and I am a Genuine Christian; however, my desire was ignored as I endured this attack for many years. To date, all my complaints to the management companies have gone unanswered and have never been investigated. Mary Jane Porter who has been on the board as president for years is the chief one responsible for the mayhem.

She worked tirelessly to accuse me of knocking on peoples door harassing the neighborhood and being a menace. It was her effort to use what is known as family spirits to cause me to be enraged to have me locked up or put in a mental institution. Arrest mental institutions and homelessness are tools frequently used in this society to force people into shame, embarrassment, and reproach. Every time I went outside my apartment, a large dog attacked me. Now that Mary Jane Porter is the LCAM over the apartment she continues to allow extremely large dogs to move in and tells the new resident to get the paperwork for the dogs. A bull mastiff was allowed to move in, every time I went out the dog would pull away from the owner as if to attack me. A 110-pound red nosed pit bull jumped on me. German Shepherds were let loose.

Dog attacks in the dream and in natural are a sign of witchcraft and I was udder attack. My neighbors used to howl at the moon at midnight and pray in front of my door. Since Mary Jane Porter has been on the board, she has used every resource to violate my rights and make my life a living hell. I was denied service when my lights shut on and off for eleven days. The entire neighborhood was at risk of blowing up and yet the association under her care continued to tell me that I was responsible for fixing the problem. Even after a private electrician and the Tampa electric company stated the association was responsible. Finally, after the electrician came to fix the meter bank, I was made to be in the dark for an additional three days without power AC or an offer to put me in the hotel. I began a new job and since I work from home and was unable to work, the employer requested a letter and under Mary Jane Porter's direction refused to provide a letter stating my power was off. Even with the knowledge that I would lose my job which I did she refused to give me the letter and replace the food I lost from the electricity being off. I became frustrated with the racial discrimination and the religious persecution that I stopped making payments and missed 6 payments.

Mary Jane Porter refused to allow the management company to take my payments. I took three months asking Todd King to meet with me to pay all of my payments late fees and interest. Under her orders they refused to be with me. I have dozens of emails where I pleaded with the Management company to meet with me, and they refused. Under Mary Janes porter orders, even after I pleaded with them to allow me to pay, the management company refused to meet with me. The neighborhood faced a significant risk, yet the association indicated that I was responsible for addressing the problem.

I made a big payment to cover the missing payments, interest, and late fees. Nonetheless the file was sent to Glausier Knight and Jones who under her orders refused to listen to anything that I had to say and added payments that were paid. After showing my bank statements to the law firm they continued to ask me for payments that showed them that I made. One I showed them after I made the $3300 payment, I had a transcript that the balance showed was $700.00 for the attorney fees.

I was told by Diane at Glausier Knight and Jones that I provided emails showing that I tried to resolve prior the $700. would be squashed and we would be done. However, after I sent the emails a lien was placed on my property. The transcript for $700 was ignored and Mary Jane Porter created a new document for the same month and year showing the $700. It was over $2300.
Diane at Glausier Knight and Jones informed me that I submitted emails demonstrating my efforts to resolve the $700 issue beforehand.

My lawsuit challenged the court to register the Satanic occult as an official religion in our great country. I only mention it here because, in 2021, I intentionally stopped making payments and missed only four. The reason is that I was being retaliated against and refused help with the communal area problems the Association is responsible for maintaining. In January 2022, after missing four payments, I contacted the office to request that Todd King contact me so that I could make full payments. I told him to contact me. I was willing to pay and bring the account up to date. After not receiving any response from Mr. King to my few dozen email calls, text, and messages from the Administrative, I began paying. Glausier Knight and Jones notified me that they were attempting to collect a debt for the unpaid amount. I disputed the debt as the amount was incorrect. I clearly stated that I was willing to and had no issue paying the amount owed because of not paying an error. However, Glausier Knight and Jones began to send confusing statements. Payments that were made were claimed by the Association and management company as missing. The Association began to demand front and back copies of checks they knew did not exist.

The management company began processing the payments as ACH and not depositing the items. Meanwhile, Glausier, Knight, and Jones began extreme harassment by sending notifications back demanding full payment. The letters were emotionally stressful. Every time I supplied bank records to show the management company was paid and was threatened with foreclosure for non-payment. An illegal lien was placed on my property while we were in a dispute. Glausier Knight and Jones did not prove that I owed the debt. Finally, I hired Tom Roman, who had a conference with a representative from Associa, the management company, Glausier, Knight and Jones, Wheeler Law Firm, a manager from JPMorgan Chase, with a member from the ACH department, Mr. Roman, and me.

The bank Manager and back office went to great lengths to provide every document to show that the recipient bank received all payments to date and that I did not owe any money. Before the meeting, Mr. Roman reviewed all the documents prepared, outlined, and sent almost twenty statements, and all payments were made so that the recipient bank received their money. However, Glausier, Knight, and Jones continued collections efforts and ignored all evidence that I was paid in full. Glausier, Knight, and Jones continued charging the Association retainer fees and refused to release my file. After a year and a half, my file was released to The Wheeler Law firm. The Wheeler Law firm received my file in April 2023.

The Firm did not notify me that they had the file. I was notified that they were collecting a debt. I was not given any opportunity to dispute.
My phone records show that I contacted the Firm a dozen times in April. May I call the office thirty-one times? I gave her time and did not call in June. However, I called fifteen times in July. As with

Glausier Knight and Jones, I was willing to pay and wanted to meet with her to resolve the issue. For months I was ignored; however, on two occasions in July, I was told she would contact me after my file was reviewed. I was never provided with correspondence telling me I owed any amount I needed to pay. On or about June 6th, I sent a certified letter to Ms. Wheeler asking her to give me a detailed account of what she still claims I owe. I was sent the same information Glausier, Knight, and Jones had sent me. I asked for specific information in an email for the month to the corresponding year.

I had to offer to send documentation; I was never asked to provide her with any information. Finally, on July 13th, without verifying the debt, without giving me any opportunity to pay, Ms. Wheeler filed a Lis pendens against me. On July 13th, she scheduled an appointment with me for July 14th at 2:30 PM. When I contacted her on Friday at 2:30, I was told I was not on schedule and that she was in court. Instead of meeting with me, she filed a judgment the same day she scheduled my appointment and, to date, has never made herself available to meet with me. She filed with the court the day she scheduled the appointment with me. Tuesday, July 25th, I took my bank statements to Wheeler firm.

I took all the documents she refused to acknowledge from the conference call with Tom Roman. Today I am told that she will move forward. I have been racially discriminated against by refusing to offer to collaborate with me. Over the years, many white and Hispanic owners were delinquent for far more money than they claim I owe and were offered a payment plan with fees dismissed. Glausier, Knight, Jones, or the Wheeler Firm have never offered to collaborate with me, not that I needed it because I have already paid. They have done nothing but request the full amount of money that has been paid. I have been going through this for almost two years. I was told that I only made nine payments since 2021. That is inaccurate.

Ms. Wheeler stated that I only made one payment since January 2023. I took to her bank office statement showing that I paid every month. She is stating that all of the payments from 2023 will go towards previous balances when she has evidence that all previous payments were made. I have been going back and forth and explaining to her that I needed to resolve this because I work from home. I sell insurance. I am required to carry E&O insurance. Yet, this so-called attorney intentionally filed without allowing me to rectify it. After dozens of emails, I still maintain that if the end goal of a collector is to collect, why did they ignore all of my efforts to work out an agreement.

This is an assault. I hired another lawyer who stated that if he saw payments on the ledger that I had proof that I paid but was not on the ledger he would sue.
When the ledger showed I made payments that were missing on their ledger the lawyer tried to get me to pay the association anyway. When I refused, he took $1000. Of my money and would not return it. The lawyer also refused to attend mediation, which would have given me the opportunity to show the court that the association had evidence that I made payments that they intentionally knew I paid.

One final note: In March 2024 I was 1100 miles away in Ohio. I had been communicating with Destiny on a regular basis. She never mentioned that she needed to enter my apartment. In early March I began receiving emails from Mary Jane Porter saying they were going to come into my apartment. I asked six times when they needed to get into the apartment they never responded. I

told them I would fly in or drive in to let them into my apartment. Still with no response three or four days later when I asked them again late Thursday, they said they would go into my apartment Friday. I jumped in my car and drove 18 hours straight to let them in my apartment.

Once I arrived home at 3 am as I stood in the torrential rain, I was unable to get into my apartment. The locks on my gate were broken.
The locks cost me 75.00 and $90.00 plus installation by a locksmith. Both locks on my door were broken and the lock changed from a padlock to a bolt lock with no key. I got an email saying that the key would be in the office, so I knocked on the maintenance door to ask him to contact the office. It was the wrong door, and the neighbor came down the stairs with a weapon. When I found the maintenance man's apartment he would not answer. I had to use a block brick to get into my apartment because the office refused to respond to my email until late Monday afternoon. When I came into my apartment it was a wreck. There were holes in the ceiling dust all around, my bible was tossed aside and a ceramic plaque I had on the wall that cost me $150 was broken.

Mary Jane Porter told me that she would not replace or reimburse me for the door; she would not replace my plaque. She then stated that I cursed the neighbor on the first floor when he asked me to let the electrician come into my apartment. I asked her who she was referring to, that the incident just never happened. The neighbor she was referring to had been gone for three months and the others I had a good relationship with. She also said that I was a menace to the neighborhood knocking on doors and disturbing neighbors. She showed me a three-year-old video of me knocking on her door when she tried to pretend to be my friend. That was the only time I knocked on her door because I saw her go into the house, but she did not answer so I walked off.

This woman has been creating problems for me because she knows that I am a Christian and she is a Satanist. They have their right to practice their religion however, this woman has been trying to push me to the edge so that I could get arrested or sent to a mental institution. I am pleading with you as since September when I filed bankruptcy, they added another $3000. For late fees and interest. The case is in court. Even though I offered to make payment arrangements they refused. They are now awarded 25,000 from the court after I pleaded with them to work out what I owe but they refused.

They are intentionally using their position to push me to the edge or to attempt to do something to have me arrested. These are the same people who have been over this apartment for ten years and allow me to live my life as a Christian and practice my faith. No lawyer will help me. I pleaded with Ron DeSantis to help me. They are financially burdening me which is their goal. They want me to emotionally collapse and want to see me on the streets. America must register and recognize the occult as a religion. These people use their jobs to have us arrested, put in mental institutions, or push us into homelessness. I am pleading with this Administration to help me. Please do not let them get away with this. It is intentional to harass me as a born-again Christian.

**PURPOSE:** The Satanic Occult Religion must be registered and recognized as an official effective practicing religion in the United States of America. Furthermore, the integrated Satanic Occult religious community's rituals, customs, and ceremonies must be publicly disclosed as authentic and effective rituals. Additionally, all Satanic religious outlets, networks, Pastors, and churches

must sever all ties with Jesus Christ, his name, image, ideology, persona, character, teachings, kingdom, and Holy Scripture and to:

**GOAL:** Regardless of any state representation affiliation in their respective religious church, faith, or beliefs; we seek urgent and immediate assistance from like-minded Senators and State representatives to support this petition and court document as a priority.

In addition, notifying their constituents to the imperative nature of such legislation. Moreover, sponsor, draft, and introduce a bill to hold public hearings to have the Satanic Occult Church registered and recognized as an official, effective, well-established, practicing religious organization in the United States of America.