**I PLEAD WITH HELP FROM MY GOVERNMENT TO PROTECT PEOPLE FROM MEMBERS IN THE OCCULTISM THROUGH THE CHURCH.**

**PURPOSE:** The Satanic Occult Religion must be registered and recognized as an official, effective, and practicing religion in the United States of America. Furthermore, the integrated Satanic occult religious community's rituals, customs, and ceremonies must be publicly disclosed as authentic and effective rituals. Additionally, all Satanic religious outlets, networks, pastors, and churches must sever all ties with Jesus Christ, his name, image, ideology, persona, character, teachings, Kingdom, and Holy Scripture, and to:

**GOAL:** Regardless of any state representation affiliation in their respective religious church, faith, or beliefs, we seek urgent and immediate assistance from like-minded Senators and State representatives to support this petition and court document as a priority. In addition to notify their constituents about the imperative nature of such legislation. Moreover, sponsor, draft, and introduce a bill to hold public hearings to have the Satanic occult Church registered and recognized as an official, effective, well-established, practicing religious organization in the United States of America.

This United States government has consolidated resources and other efforts within the various entities to unite as a single, established, powerful, fully functioning religious Church through its organized allegiances. The official establishment of this religious Church of the Satanic Occult and the Kingdom of Dark stands against Jesus Christ, His Kingdom, and Church.

I write respectfully to every recipient of this correspondence, asking for help from a system that has raped me, falsely arrested me, attempted to murder dozens of times and then stole and wronged me with their they religious rituals. My Name is Terese E. Jones; I live in Tampa, Florida. I grew up in Philadelphia, PA. My parents, now deceased, were active members of the satanic occult and practiced witchcraft which I found out in the year of 2020. Five of my siblings and many of our extended family are active members of Occultism and practice their black magic against me and other non-occult members of the family and community. Their religious rituals/ practices demonized and forced me under their control and satanic power for all of my life.

I am not on any drugs, alcohol, or suicidal in any way since I disassociated myself from my family and the church. I would never take drugs, drink alcohol, or murder myself, as those things are against my faith in Jesus Christ, and only happened while in the church and

associated with my family. After leaving the church, I have no anxiety, depression, bipolar, or any of these labels your system creates and tags us Christians with. I do not need any psychiatry medication, have a mental, nervous, or psychotic breakdown, nor do I need to be confined to any mental institution and administered sorcery in the form of what your system calls medication. I intend to contact every State Senator and member of Congress in all fifty states until this country stops the hoaxes and lies about this country being founded on Christianity or Christian principles when, in fact, it was founded on Satanism and the occult. Registered and recognize the satanic occult, occultism as an official religion as it is already openly practiced.

Many of the founding fathers were not Christians as they were Freemasons, occult members, and part of different secret societies that provided them your system's version of wealth, power, position, prestige, and a place in the history books. After all the rapes, false arrest, hardship, physical, emotional abuse from my family I was sold to Florida Memorial College and sent under Tracy B. Magwood for thirty years in a coven set up like many to resemble a church for a living hell I experienced to this day. I was the victim of the worst form of demonization you call demon possession at the hands of this satanic pastor, her satanic church, and members who ruined my life through divination, witchcraft and took control of my mind through devices, such as curses, voodoo, juju, charms familiar spirits just to name a few.

I was attacked with all sorts of demon spirits conjured up to destroy my life, dreams, hopes and took everything God gave me. Therefore, I demand that action be taken against not only this pastor but the men who raped me, sexual assaults, physical abuse, mental and emotional abuse. The false prearranged marriage, selling me as a prostitute to men on my dating website. I want the pastors arrested because for thirty years every time I left, I was lured back mainly by their daughter Noel Magwood who told me she is a spiritualist meaning a witch not a Christian. Yet she is trying to become the next false lying prophet preaching sorcery. You know these people in the church are not Christians. They hate Jesus Christ and have no basic biblical understanding.

I want the employers who used me as a living slave to be arrested and compensate me. I worked 14- 16 a day for Health IQ who did not compensate me close the company and reopened under the same name and owners. I want the man who entered an illegal marriage to destroy my life and rise to the top to be charged with slavery, false imprisonment, rape their and illegal marriage. I want the contractor arrested who gave me the impression he was my friend but was in the occult, sexually assaulted me and attempted to burn down my house several times.

I want the doctor who illegally detained me and forced drugs into my system to be arrested. I want the dentist who illegally removed two teeth for his altar and tried to force drugs on me arrested.  I want the man who took me to a hotel room, drugged me, sexually assaulted me, and attempted to drown me in a tub arrested. I want the man arrested who used witchcraft to put a drug demon in me and had me write an email so he could claim I stalked him as an excuse to put me in jail for twenty-five years. I was baker acted three times and forced into drug rehabilitation programs. These people hacked into my

computer and changed information at Mid-Florida credit Union. I want Mid-Florida, and Park national to compensate me for denying me credit. I want the equal opportunity employment to be fined for not taking one of my claims seriously. I want the LCAM at my property to be arrested for nine years of placing Santeria ritual items on my car and in front of my doorstep to involve me in customer with the full knowledge that I am a Christian. And for using her power and position to attempt to force me out of my home to homelessness like this system does to so many of us. These are crimes that these people committed and civil rights violations. I demand that the Satan Occult, Satanism, is registered and recognized as a religion in the United States and that the Satanists get out of the pulpit and church. These Mega churches secret to success is Satan

These atrocities are committed by a highly organized religious system in order to rise one must follow rules and it that demands:

1. Abortions be done. It uses abortions to eat the baby's flesh and drink their blood. Leviticus 26:29.
2. Sacrifice humans and animals to drink the blood.
3. Engage in homosexual acts with underage children.
4. Commits crimes of false imprisonment, arrest, shooting us down, pronounces curses and kills through heart attacks, strokes, sickness, through spirits of infirmity and untimely death.
5. Your underground satanic occult system took a perfectly decent, law-abiding citizen with hopes, dreams, and ambitions and turned me into an alcoholic, drug addict, mentally ill dreg of society living hand to mouth, close to foreclosures on a property I own free and clear. All by Satan through these church leaders, their comic shows and preaching for profit.
6. They use covenants, vows, spells, idol gods, altars, voodoo, juju, spiritual spouse, priest, witchcraft, incantations, to bewitch the congregation
7. This system keeps us in financial hardship and struggling, with bad credit in the legal system and on drugs and alcohol in the hospitals with no resources, alone and separated from society.

This system has created an entire sub-class of people who are not in the occult by forcing us out of the job market, into spiritual slavery, making us homeless alcoholics and drug addicts for their treatment facilities, jails, and institutions.

Everybody gets a piece of us. The employers use us for labor, then we are forced on disability who keeps social security, the judges and lawyers. Then on, Medicaid and Medicare keep their roles thriving, and the psychologists and psychiatrists keep putting us on dozens of drugs, keeping the pharmacies busy. They keep us arrested and jailed, keeping the legal system and judicial system busy and paid. They keep us in bondage in the natural by the spiritual realm. The Lord showed me we are traded like slaves in the spiritual realm. They have financial institutions, hospitals, jails, judges, lawyers, doctors, businesses, insurance companies, and medical facilities in the spiritual realm and the

marine kingdom where all this ourselves system we have in the world is operate through the Indian Ocean, queen of heaven and the marine kingdom which the majority of Christian have no clue about. All of these foreign religions and goes are operating in America terrorizing us. This system is killing us with their spiritual warfare religious tactics.

The position you hold in the natural real is equivalent to the position you have to some degree in the marine kingdom coven in the occult and Satan's kingdom. Your religion permits innocent blood to be shed. You permit families to initiate young Christian children into the occult, typically by relatives. In my case, my parents allowed my stepbrother to sexually assault me. Satanic-triggered alcoholic impulses killed him. Drugs and alcohol are used as control through sorcery. Your system allows this. You force people into homosexuality FORCE by satanic rituals, chanting, and charms. You sacrifice innocent blood-carrying rituals against Christians by shooting them down on the street and then paying the members of the family who ordered the hit as a sacrifice.

I was sexually assaulted by a cousin, creating a family spiritual spouse. I was initiated by an uncle who lured me with drugs and alcohol and then attempted to rape me. I was intentionally almost drowned. I was strangled in my sleep. They astral traveled into my bedroom at night. They entered my body like snakes. I constantly saw real live black snakes. I know how they replace Christians with unqualified satanic powers. I am kept me I have bad credit, and they refuse to fix or prove the debt is mine. I was denied a checking account when I had the proper identification.

**I intend to be brief because I have much of this document.**

A very brief overview of my life and why your system intentionally failed to protect me in your underground satanic occult system. This is how it works, using the religious rituals and customs in your system of the occult.

Overview

I was sexually assaulted by three men in my family and sexually assaulted by a pastor who attempted to take advantage of me. I was raped by an ex-boyfriend who was in the occult. I was raped by a man I met at a club. All my life, I was constantly lured into schemes to give me an arrest record and incarceration.

I was illegally arrested in Philadelphia and detained. I had guns pulled on me by officers who were acquainted with my ex-boyfriend. The ex-boyfriend sat in my basement for years with a 9mm, wanting to kill me. He chased me down the street with a 9mm. He harassed me repeatedly for years, calling me 50 times a day. My mother tried to get me to date a man she knew had HIV. My brother was killed by voodoo after being put on alcohol and drugs, locked up in a mental institution, and permitted to be raped by homosexual men.

Every attempt was made to make me into a homosexual by dressing me in boys' clothing and having me assaulted by men who raped me. I was physically and emotionally abused to cause mental illness and to put me on medication. Satanic rituals were constantly being performed on me by family members who were in the occult. I was sent to a church for initiation into the occult. I was bathed with different women while spells were cast to turn me into a homosexual.

I was repeatedly shamed, embarrassed, and humiliated because everyone saw the light of Jesus and used occultic power to track, trace, and extract gifts and wealth. My soul was enslaved by witches and wizards in the occult religion.

After being sold to Florida like a slave for prostitution and to dance in satanic clubs, which I did not, I was further initiated over the next thirty years by Tracy Magwood and her coven, who destroyed my life through satanic rituals perpetrating as a pastor.

Sorcery was used to steal my soul, my ministry, my marriage, my education career, and my position in life. I was in the slave trade and labor and worked for employers who did not pay me. I was sent to three mental institutions and baked acted. The doctor refused to release me after finding I was no harm to myself or others. Witchcraft was used to put me on drugs and alcohol—they sent men into my life who had AIDS to infect me knowingly.

They used sorcery to enslave me and keep me from a legal education. Rituals were performed on me for decades by members of the coven. She sent her husband to assault me because she didn't want him as she was homosexual. They sent men to assault me while we were in college physically.

a) They used witchcraft to get me arrested for stealing from Citibank. I was sold as a slave to work in labor camps where they benefited. They sent Robert fanning into my life a warlock. He enslaved me and stole all my money. The marriage was a sham and prearranged. He performed satanic rituals while having sex. They cause me to have an abortion for a blood sacrifice. Their rituals controlled me. There were so many of them. They interfered with every aspect of my life.
b) They used sorcery to have me arrested and given a mandatory twenty-five-year sentence. They beat me, raped me, tortured me, and stole everything from me. Sorcery was used to send me from one coven to the next. Satanic rituals were used to trigger alcoholism and have me arrested, incarcerated, and put in mental institutions. Hillsborough police almost shot me down. I was nearly shot down by a Haitian police officer in the Tampa Bay police department. I was illegally detained. They are trying to make me homeless by taking a $700 bill and turning it into $25,000 for all attorney fees. Satanic rituals were performed in front of my door for nine years, including dog attacks, near-fatal crashes, attempted burning down of my home, and using powers to rape and beat me in my sleep. The act of sending men involved in the occult to perform satanic sexual rituals in my life is rape. What I've described is just a fraction of what these pastors have done. They have stolen thousands of dollars from me in gift cards cash kingdoms and a car yet then turned around and scammed me. Like Joel Osteen TDJakes and the rest of those Bishops of bad behavior they hate Jesus Chrit and are

selling the sols of the congregation in the open market in the marine kingdom's exchanges. They hate us Christian and are using our church as a platform to advance Satan's Kingdom.

**Most successful people in this country are associated with a secret society or freemasonry like the framers.**

c) There is real life "Soul Merchants and Soul Traders"
d) The United States Constitution seems to discriminate against genuine Christians and individuals not affiliated with the Satanic Occult church or Satanism.
e) The United Nations has 193 members and two non-member observer states. Most have a group living in the U.S. They have religious rites, customs, practices, beliefs, and gods that are contrary to genuine Holy Scripture.
f) From the Grammy's to Broadway, movies, music, social media, and television shows, Satanists openly mock my God and worship their god, Satan.
g) To summarize, we need to "Redress America," stop the blatant lies about the country's formation, and call a spade a spade. Enough is enough.

**Goal:** Occultism must be registered and recognized as an official religion in the United States of America, as well as globally. Separate the Kingdom of light Jesus Christ, Christianity, Christian values from the Kingdom of darkness, Satan, Satanism, the Church of Satan, spirituality, occultism, and witchcraft.

I am not an isolated incident or case; rather, I am one of millions and billions of victims since the inception of this country.

### Police/ FBI official evidence of the existence Satanic occult:

The United States government has sufficient proof of the Satanic occult system existence operating covertly now overtly for decades.

**GOAL:** I seek urgent and immediate assistance from Senators and State Representatives to read and support this petition and court document as a priority. To sponsor, draft, and introduce a bill and hold public hearings to have the **Satanic Occult Religion registered and recognized as an official effective practicing religion in the United States of America and to:**

**Plaintiff(s)**                                                                                Civil Action
No._____

Jesus Christ, King, the All-Mighty God of Heaven, the Kingdom of Light and
Terese Ebony Jones Ambassador, Servant, and Disciple

7521 Paula Drive Unit 263691
Tampa Florida 33615

v.

**Defendant(s) (please see the full list).**

Satan the Anti-Christ, god of this world, the Satanic occult and the Kingdom of Dark and High Priest, High Priestess, Witches, Warlocks, Wizards, Preachers, Teachers, Followers, Disciples, Children, Churches, Entertainers, Bishops, Apostles, Elders, Business Owners, and all named Associates.