EVIDENCE BY TERESE EBONY JONES: MOST CHURCHES AND PASTORS IN AMERICA AND GLOBALLY ARE PART OF An ORGANIZED CRIME ENTITY THROUGH THE UNDERGROUND SEXUAL SATANIC OCCULT SYSTEM.

Clear evidence that the Underground Sexual Satanic Occult System mainly through the church is not only a cult but also a group of individual people who work together to commit crimes for financial gain, advancement, fame, power, acceptance, enslavement, trading souls, spiritual warfare dominance, fraud, abuse, and corruption over Christians primarily through their synagogues for Satan disguised as Christian churches. The entire system operates on a Slave master and the Slave. It is modern day slavery all over this country and Christians are enslaved by the occult members who are wreaking havoc in our lives. They are putting us and keeping us in bondage through their spiritual and natural connections.

These highly organized gangs act as an organized criminal entity locally, regionally, nationally, and globally to commit serious crimes primarily through overtaking the mind, enslaving the body as if the victim is a puppet and their personal property.

 The process occurs spiritually through a trusted relationship as pastor and church member. The occult leader camouflage as a Christian pastor uses a satanic ritual by the caging of the soul of their victim, creating a spiritual barrier between Jesus Christ, their victim's soul, body, mind, and spirit. The occult pastors' other methods are through various avenues such as drugs, alcohol,

sickness, and illnesses, both physical and spiritual. The occult pastor uses supernatural forces to create intense urges and desires for chemical dependency on substances known to produce an intoxicated state where manipulation creates an avenue to control their Christian victim.

Through the process, the Satanist pastor is required by their coven and leaders to give blood sacrifices from their congregation, community and neighborhood to maintain a large congregation and fulfil their desires and passions for money, greed and fame. Therefore, church leaders begin the process by isolating the caged soul from mainstream society and the workforce by inflicting them with a disease to deplete the caged soul of resources, thus creating financial hardship for life. As well as opening the door to sorcery through the use of medication. Many Christians are on medications for life for a witchcraft sponsored sickness or disease.

Once their victim is debilitated, the Christian victim is sent to the healthcare industry for further abuse in their system through sorcery in the medical and healthcare system. Whenever individuals under retirement age continue taking their medicines and remain on social security after twenty-four months. In that case, they are immediately enrolled in Medicare and get a modest monthly payment for the rest of their lives. Many Christian victims are pronounced and given AIDS when they are prayed for with oil from the Satanist pastor. AIDS is their favorite however they love to attack organs and blind Christians.
 Nonetheless, at this point, the medication list grows to ten or fifteen poisons that the Christian takes daily. Without even considering the standard of living for a Christian, who is a member of the wealthiest king in the entire world spiritual realm and the universe, and in the world to come and what he says

about healing his people. The Satanic pastor disguised as a Christian pastor withhold healing scripture and prays against the Christians health while giving the impression they are praying for them. Christian pays the Satanist to pray for them and remain sick to the point of worsening or death because by the act of going to the altar offering money and gifts the innocent Christian is initiated into the occult without their knowledge and thus is separated from Jesus Christ and his healing word while ignorantly serving Satan through their pastors and their shrine they present as a church thus creating financial hardship sickness disease illnesses and a lifetime of suffering.

The Christian's monthly social security check they receive is so pitiful that my three ten-pound shih tzus, Gio, Zoe, and Noa, would struggle to afford a case of dog food for the month and live comfortably. The goal of the occult powers is merely to keep the Christian in a low place in society as enslaved people in the dark kingdom barely surviving while their life, star, destiny, talents, hopes, and dreams are exchanged.  The average Christan have no idea of what is being stolen from them, as did I at one point didn't understand because I was demonized by them. It's a lot of them.

 Nonetheless, the lost soul will be held on a cocktail of drugs and alcohol until they settle into the dark kingdom, forgoing the citizenship afforded to them in the Kingdom of Light by Jesus Christ. If the demonic master sees fit, they are afforded extra help with food stamps and additional benefits derived with their healthcare plans, such as food cards or over-the-counter benefits. While the Satanic pastors grow rich and rise to the top.

If the Christian is spared and finally reaches retirement age, they will have worked long enough to secure a menial income for the rest of their natural lives while taking medication, living in a small apartment, isolated because the pastor not only enslaved them but married them in the spiritual realm and refuses to allow the Christian to marry. That is called the spiritual spouse. Many Christians are married to their pastors and will never get married although they long to. Christians are reduced to barely making ends meet instead of the abundant life Jesus Christ promises his children.

Since their goal is to put their victim in the worst possible place in terms of hardship, some lost souls do not have the ten-year work history or forty quarters to have their Medicare Part A paid. Therefore, they will forgo needed medical treatment to be healthy and live a productive life. This is a very effective tool and a manner in which the lost souls are left without good insurance to help them in their senior formative years. They will gradually be prescribed more medication for the rest of their lives and die suffering hopeless and apart from Jesus Christ.

Most seniors are on between ten and twenty-five different poisons a day in the form of medicine, with special attention on sleeping pills and hard pain pills. The purpose is for the puppeteer slave master to control in the spiritual realm by having sex with the slaves they considered married to, or making the soul work and do chores while they are under the medication. When the Christian awake, the soul is tired but can't explain why they are tired and, in most cases,

exhausted. Or the soul is irritable from being beaten or harassed by the slave master in the spiritual realm while they are asleep.

Sadly enough, the Christian is already in a trance from enchantments, witchcraft, divination, and black magic, and the medication is a way to further bewitch them through the sorcery. The Christian is under witchcraft through their pastor and kept that way by the illegal or legal drugs, one in the same no distinction.

The drugs put Christians in a deeper trance to be demonized by an enslaver who confiscates and controls them in the spiritual realm, then in the natural world for the rest of their lives. Like I was, many Christians worldwide are, without even realizing that they are demonized and controlled. They attend Church regularly and have no results but are preyed upon with the more you give the more you get old tired prosperity preaching mess built-up into a message.

After the Christian life has been stolen and destroyed, they are killed in a car accident, with a deadly disease or they overdose their victim by forcing then to induce large amounts of whatever the slave master has them hooked on, alcohol, drugs or they will stop the heart with the medicine they are taking. One of their favorite ways they like to murder Christians is with a heart attack, high blood pressure or stroke.

Briefly, one night while I was demonized, I heard Mary Medlock, Tracy, and a congregation of the wicked force be to take medication. I had 90 five milligrams

of citalopram when I woke the next day I felt a strong death spirit around me. I was supposed to overdose, but the lord Jesus Christ protected me.

In January 2024, after Olajide became furious that the lord healed me from the AIDS activated in my body, by him and his curses he tried to kill me with an overdose of marijuana and gummies. I took massive amounts and could not get a buzz. When I was forced to sleep, he took me to the bottom of the ocean raped me beat me and caged my soul after he put snakes and snake eggs in my body. This is something Christians will not believe the word clearly describes sea creation, and the one they love is leviathan. Research these and other scripture on who they worship and serve Satan through.

- Job 41
- Psalm 74:14
- Psalm 104:26
- Isaiah 27:1


Nonetheless, that was my life, and exactly what my fate would have been had it not been for Jesus pulling me out for this purpose." The thief cometh not, but for to steal, and to kill, and to destroy. I am come that they might have life, and that they might have it more abundantly." **(John 10:10 KJV)**


The most tragic part of this true example of what I experienced and what millions of other genuine Christian's faces is when they die. They will think or believe they are saved but have been separated from God, cut off by the Satanist desired to usher you into hell.


Death is supposed to be pleasant; eager to hear Jesus say, "Well *done,* good and faithful servant; you were faithful over a few things, I will make you ruler

over many things. Enter into the joy of your lord" **(Matthew 25:21KJV)** But instead, when they bow, it will not be in adoration in but in shame. Under the mistaken impression, they will meet gentle Jesus, so sweet and kind. At this point, He is Judge Jesus Christ of Nazareth, who judges sin and holds each accountable for everything they have ever done and said in life." But I say unto you, that every idle word that men shall speak, they shall give account thereof in the day of judgment" **(Matthew 12:36 KJV).**

Satanic occult religious rites are allowed to exist and freely operate in America and globally. They overtly function as a spiritual and natural governing body throughout every facet of society, especially in the legal system, law enforcement, the financial/banking industry, the healthcare industry, the airline industry, the tech industry, the medical profession, the education system (public schools and universities), and the media.

Their members also operate in the hospitality industry, Condominium associations, the great whoredom of the entertainment business, the judicial system, legal, medical and every aspect of the private sector. Most of the members in this religious organization and these business entities create spiritual policy through their respective professions, mainly via the church/ community and organizations worldwide, especially in America. Through their religious network and connections, they can control the lives of millions and millions of unaware people. However, Christians are the main desired target.

The enactment of these spiritual regulations naturally affects the general citizens without participating in a democratic and spiritual process, as stated in the constitution. Thus, breaching the rights of every American citizen who does not subscribe to their religious ideology and stratagem. By stealthily

instituting a spiritual dictatorship-style government through oppressive spiritual warfare conducted in the natural life of the unenlightened citizens of America.

The existence of this highly organized religious-spiritual subculture and its members is adversarial by nature to the genuine Christian community. The Satanic regulatory governing body members, actions, and policy publicly promote their god, religious practices, customs, beliefs, and ceremonies against and above my desire to respectfully disagree with the ratification of this land's natural and spiritual laws to carry out crimes such as extortion, robbery, human trafficking, money laundering, murder, killings, rapes and other organized violent crimes while the innocent Christian remains under the control of a slave master Satanic Occult member who keeps them spiritually blind through drugs, alcohol, sin, and with carnal mind blocking them from every knowing Jesus Christ thus violating their constitutional, ecclesiastical, natural, human and Geneva rights.

These crimes are accomplished primarily through the well-established Mega, local, regional national online, social media, television, radio, and churches in America and globally. All of the Satanic churches have been established through their Marine Kingdom connections via the Kingdom of Darkness to extort, traffic, bamboozle, and give mental health and physical issues to their slave.

They put us in jail, intentionally make us homeless, baker act us, and they steal our life, destiny, glory, wealth, talent, and time with their divination, witchcraft, sorcery, black magic, tarot cards, voodoo, juju, candles, altars, cauldrons, potions, lotions, word curses, ordinances, and declarations, all to keep us from

serving Jesus Christ and ushering our soul into the hands of Satan by giving us drug overdoses or having one or more of their members shoot us down on the street. It is a worldwide criminal organization. They act as an organized criminal entity locally, regionally, nationally, and globally to commit serious crimes. A few personal examples:

1.  All of the men who sexually assaulted me were from all over the country and some abroad, yet all of them carried out acts with the full knowledge that I am a Christian, not one of them, and was demonized.

One is a wealthy businessperson who spent months, just like all of them, trying to convince me they were in love with me but arrived to perform a satanic ritual on me to steal my wealth. The average Christian must understand that they are sleeping with the enemy. When a young lady sleeps with an older man or vice versa, a sexual transaction takes place. They steal a lot more from your treasure than the dinner, car, jewelry, or whatever you exchanged for your soul is worth.

Recently, an unnamed actor in his nineties had a live-in girlfriend who died of cancer at the age of fifty-seven or sixty-seven. The years he stole from her manifested as cancer and she died earlier then she should have. The Satanists believe the rest of your years are added to their own life. God's people must get out of sin, repent, and be baptized in the name of Jesus for the remission of their sins. Sexual sin is in the playground of the enemy to destroy God's people.

2.  Here is proof no one can deny there was a man named MB, aka miraculous believer, or so he dubbed himself. He gave me this narrative about how he was a bike messenger in the city of Manhattan, and he was

hit by a car. He flew up in the air and came smashing down to the ground. He was a vegetable, and doctors told him that he would never walk again; however, the Lord healed him, and while he was in a coma, he flew over the city. He flew over hell, and all of it was just garbage. He was a rapist in the spiritual realm, or the real world.

It was lies to draw me in and to make me feel that he was someone superior. I mean, this man knew everything that I was doing when I had no communication with him. He would call me up and tell me what he saw, and automatically you're going to think that their gift is coming from the Lord; however, that gift was coming from demons from Satan. He was a, well, he is a Jamaican shaman parading himself as a ministry of God, but the same way he knew exactly what I was doing, Kehinde Olajide. Tracy B. Magwood knew exactly what I was doing when I was 1100 miles away. (I will talk about him another time.) Nonetheless, this is what is insane that will prove they are an organized crime entity when I discovered that MB is a miraculous believer, and his name is Marshall Sheriff or Sheriff Marshall, whatever. When I discovered that he was a shaman, I didn't want anything else to do with this man. He had been sent into my life by Tracy Magwood, and because he was Jamaican and Tracy Magwood's wife is Jamaican, I believe she was the one who summoned him up, and they summoned each other up. They communicate with each other through their minds; they communicate with each other through their spiritual realm. Nonetheless, this individual was very upset, he became very upset when I would not talk to him again. He told me, "You better watch what you're saying about a brother in the Lord. I responded by saying, you are no brother in the Lord. We do not serve the same Master.

Then this Jamaican Shaman proceeded to declare that he would take me to court. I began questioning myself, thinking, what is this man talking about? What is he talking about, taking me to court? I have no dealings with him in a legal matter. Today, I understand the Satanist and occult members deal with us in various ways as punishment. He was talking about the courtroom of heaven. A lot of which we don't know about, nor do we Christians understand how the process works.

I can tell you I had missed a few payments from my maintenance fee for my unit because they refused to give me service. Fore three year, my condominium association has pursued me and from there today I'm in court in bankruptcy. For the last three years no matter what I did to resolve the matter, no matter what I did to make my payments they made it more difficult. They would not accept the payment so a $700.00 payment which was my balance is now up to $30,000.

How could a Jamaican shaman in New York communicate with Glausier Knight and Jones. Glausier Knight and Jones is a law firm in Tampa Florida, who then sends my file too another Satanic lawyer in Largo, Florida. Kehinde Olajide knew exactly what was going on with my case and mentioned details before I was privy to the information.

Yet, none of these people are acquainted with each other or have dealt with each other in the natural. This organization acts in the spiritual realm, contacting each other to carry out crimes. atrocities, witchcraft, and sorcery against the people of God. Now that I am not on drugs or alcohol when I

am sexually assaulted or attacked in my dreams, I can identify the perpetrator.

I recall one night I woke up feeling like I had had sex. I was very upset and recalled through my memory that it was warlock Olajide. I never said anything to anyone, feeling violated and ashamed. The next time we went to church, he looked directly at me and made some statement that you are still getting molested in my sleep.

That is just one of dozens of times that he sexually assaulted me. I recall when Olumide Oni visited Tampa, or I would observe him in the services, every time anyone asked him a question, he would tilt his head to the side and stretch his neck as if he was trying to hear what the person was saying or trying to get clarity. The person who was speaking to him was Doctor Daniel K. Olukoya or Olajide.

This organized Underground Satanic Sexual Occult cult members can communicate with each other spiritually in the spiritual realm through various means. They plot our demise through their wicked counsel/ assemblies, and then they accuse us of crimes, take us to the courtroom of heaven, and then carry out crimes in the natural realm.

"And I heard a loud voice saying in heaven, Now is come salvation, and strength, and the kingdom of our God, and the power of his Christ: for the accuser of our brethren is cast down, which accused them before our God day and night". This refers to Satan, who is known as the "accuser of the brethren," seeking

to weaken the influence of Christians by bringing false charges against them. Revelation 12:10

It's as simple as that. We're taken to the courtroom of heaven for charges and accusations we know not of. Our advocate, Jesus Christ, is not there; the Holy Ghost or the blood of Jesus is not there speaking on our behalf because we're in these churches under witchcraft at their altars in their shrines fueling the devils fire against us with love offerings, gifts and money they turn around and curse us with.

Therefore, when we call on the name of Jesus and we're all unrepentant, he can't respond. One might say, well, God can do anything he wants, and one would be correct. However, I beg to differ. He can't go against his word, but in his mercy, he may spare his children. but he hates witchcraft, sorcery, divination, and those things, "**Your new moons and your appointed feasts my soul hateth: they are a trouble unto me; I am weary to bear them. And when ye spread forth your hands, I will hide mine eyes from you: yea, when ye make many prayers, I will not hear: your hands are full of blood. Wash you, make you clean; put away the evil of your doings from before mine eyes; cease to do evil; Isaiah 1:14-16**

In my opinion, our Lord Hates witchcraft because it circumvents his authority, and finds different ways to acquire knowledge and prosper. For example, like the homosexuals do when they claim he made them that way. He never made an abomination, yet he said, "You shall not lie with a male as with a woman. It *is* an abomination." Leviticus 18:22

Oh, I should not say he can't respond, but when we're in witchcraft, that separates us from him. "But your iniquities have separated you from your God; your sins have hidden his face from you, so that he will not hear." Isaiah 59:2

3.  For example, thirty years ago in Tracy B. Magwood's cult Saints on the Move for Christ Evangelistic Ministry, I experienced the same occurrences and deadly incidents in the other cults organizations, Divine Love with Mary Matlock and Barabara Edwards, Divine Hope Restoration with Jean and Danielle, James and Angela Pham, Word of Life with Remy Babalola, Church of the Pentecost with Pastor Pfolf, Mountain of Fire Miracle Ministry with Daniel K. Olukoya Olumide Oni and Olajide.  All of these synagogues of Satan, houses of horror, dens of the devil, halls of hell, and the countless ministries I attended with the impression that Jesus Christ was the head.

Nonetheless, I experienced: homelessness, job loss, continuous near-fatal car crashes, loss of income, attempts to have me arrested, frequent stops by the police, men in and out of my life, attempts at inflicting me with a disease,  complete blockages of my books, music, loss of hair, opportunities, loss of my prayer altar, desire to read the bible removed, demons showing up in my room, spirits following me, sex in dreams, being chased by strange animals, marks on my body, stalking, monitoring, witchcraft, and too many incidents.

**WARNING TO THE BODY OF CHRIST:** The prophecy or prophetic word(s) you are given is taken from familiar spirits, monitoring spirits, watchers who are people in your family, friends and the like who are in the occult and report your

every move. That knowledge is used to control your mind and your life, like mine was for decades.

Mind control (They read our minds through various Satanic and demonic methods to have the advantage and control over us). Whether you know it or not, and most Christians have no clue that if you are not one of them more likely than not your life from the cradle to the grave is controlled in more ways than you can imagine. It's not a for real Matrix or some parallel universe, but it is what our Lord calls the unseen world. Giving it a second look, I would speculate that what is called a parallel universe is the seen on one side and the unseen on the other side. "While we look not at the things which are seen, but at the things which are not seen: for the things which are seen *are* temporal; but the things which are not seen *are* eternal." 2 Corinthians 4:18.


I have had too many incidents and have encountered far too many falsehood Christians who claim to be Christians but have read my mind. These people who are Satanic Occult members either read my mind or put something in my mind and told me what I was thinking; both incidents occurred at separate times.

For example, twenty-five years ago, Antoino S. Magwood argued with me toe for toe, blow for blow, about something I thought but never spoke out loud. After they killed Dana Mobily in a horrendously fatal car crash as a blood sacrifice, the group returned to Antonio's apartment in Atlanta. I was frustrated by Antonio's antics.

I said to myself, "I wish he would hurry up and stop messing around I'm tired". Antonio responded to me about my comment. He argued with me that I made the statement. I did but I didn't verbally speak the words out loud. Tracy had to calm him down as we began arguing about what I thought. Tracy realized that I would not relent and blew it off. However, I never forgot the incident.

Over the course of the years, I've known her more than a dozen times. I would have a strange thought about giving her money, and immediately while I was having that thought, Mary Matlock would call, and I would say God told me to give you money. They think we are their slaves and they are our gods. It's deceptive and tricky, and they are serving a strange god for their powers.

At least three occasions I began thinking about Latoya Marion-Robinson, and while I was thinking about her, she called me. Two times I took her to the movies and brought her food. One time after showering to go to the gym and getting in the car headed for the gym, she summoned me through my thoughts. I called her and ended up in New Tampa putting gas in her car because she ran out and had no money.

Another incident that is a prime example is when I went to Tampa to take the last part of my concealed weapons training. After leaving the building, out of nowhere. I said to myself that every kid needs to learn about gun safety; it's our responsibility to teach them. Again, that thought came into my head out of nowhere five years ago. I never said the words to anyone, yet exactly what I thought was clearly on the internet. I can go on and on, but these people are using skills and walking in the spiritual realm to manipulate the natural realm unbelievably. All of my experiences occurred with individuals who have no real connection in the natural realm. They are in different cities, states, regions, and

countries. Frank G. is in South America an occult member who nonetheless displayed similar behavior. He tried to bring down the airplane that I was flying back home in. That plane had morn that the usual amount of turbulence " I thinking, I was saved, on my way to hell in gasoline underwear, ready to bust hell wide open unrepentant sinner stood up and screamed at the top of my lungs, In the name of Jesus Christ this plane "Aint" going down while I am on it, the devil is a liar. The precious Lord took pity on me because if my name was called to leave the earth, Satan would have been giggling and jiggling '' Yeah, we finally got her, another hell bound Christian just cussed somebody out, filled with my wrath, violence, unforgiveness and bitterness get her chamber ready, y'all demons and get some big demons on her because all she does is talk about the Holy One while in sin.

The only thing that all of these incidents have in common is that the individuals are in the occult, serving Satan as their god. As in the case with Tampa Carry, he claims to be Christian, yet he has satanic demonic tattoos and mind-reading abilities, backed by demons, but calls himself a spiritualist. A spiritualist is not a Christian, and spirituality is not Christianity. Spirituality equates to satanism. Just call a spade a spade. How many more people have to die while y'all overtly operate, destroying the lives of God's people?

While I was deeply spiritually blinded by the intentional deception from the Mountain of Fire Ministries evil congregation, and their god Doctor Daniel K. Olukoya and Kehinde Olajide, the having a sense of belief that I was part of a Christian church, however, being in a synagogue of Satan used as a slave Warlock Olajide today he took it upon himself to send me to the Mountain of

Fire in Hollywood, Florida, as a slave. He continued to assure me that services were going to be held at 9:00 AM; therefore, I arrived at 8:00 AM.

After arriving at the church, there was no morning service going on. However, a few people were cleaning up the church because the other pastor Olumide was coming from Houston. I was used as a slave; pastor Tope had me scrubbing the floors, washing, painting, moving furniture, cleaning bathrooms and cleaning up his office.

I was sent to Walmart to pick up items no one paid me for. I was just running around, and I thought to myself, I feel like a slave, but since this is the House of God, meaning my God Jesus Christ, anything to please the King, so I was o.k. with it.

I said to myself, I will receive my recompense one day from the Lord. He doesn't like anyone to complain when doing work for him. Tope insisted that I eat as if it was a reward for my hard work. As we were leaving, Almita Hanson and the pastor were sitting in a chair, and all of a sudden, in my mind, I heard, Write her a check for $250. I struggled with the for a minute because of all of the experiences I had with this in the past, as I mentioned with Mary Medlock. Latoya Marion-Roberson, and so many others that I refused to comply. I did not want to give her money and I heard the voice again, which was stronger than the first time. This is one of the methods that the occult uses. When you hear people say the voices in my head told me to murder, they hear voices. When people say a voice told me to do it. They heard voices. I obeyed the voice in my head, and then Almita became the next monitoring spirit. She would call me every night just as I was about to pray or read my word. After a week of this, I asked her to stop calling me. She was like everyone else after she duped me out of $250. First, her lights were going to be shut off, and she needed money.

Then she had to move and needed money; she had to go out of town and needed money. every day, she attempted to swindle me out of money. The crazy part was when I asked her to stop calling me; she became upset but attempted to hide her feelings. That night, she tried to physically come into my dream through a door, but the angel of the Lord kicked her back out. I could not believe what I had just dreamt.

Since discovering their god, Dr. Daniel K. Olukoya, his wife Folashade, and all their churches are not Christians but the synagogue of Satan, a den of thieves and sorcerers. Almita Hanson and Tope worked witchcraft on me once again. I wrote the witch a check for $250, which I'm sure she split with the pastor Tope because they were both in the room when a thought came into my head and I believed I was hearing my Lord, but it was the voice of the devil. My soul was caged.

That is additional proof of what I've already explained: how occult members can put thoughts in your mind, and you will act upon those thoughts.

One more account of dozens, if not hundreds, and I would say hundreds since the time frame has been such a long period of time. Once I was just home, and I continuously heard in my mind, find Antonio Magwood and give him $100. I am going back some 20 years when this happened, they caged my soul for decades.

Nonetheless, when I heard to find Antonio Magwood and give him $100, and you're going to be blessed. I kept saying to myself that voice sounds like Tracy, and I ran around and searched for Antonio until I found him to give him $100.

I just want to attribute these accounts that I experienced where I heard voices in my head giving me specific direction over and over and over and over to do something and I complied, deeply believing I heard the voice of the Lord.

Again, that is the reason there are so many people whose claims voices in my head told me to kill that person. The voices in my head told me to drown the children. The voices in my head told me to drive the children into a lake. The voices in my head told me to rob a bank or steal or commit a crime, murder, robbery, or rape. They hear the voice of a Satanic occult member trying to ruin their life and committing a crime through the soul they took control of.

When they act upon those voices the same way that I did, they are sent to prison, put on medication, or into a mental institution because the demons through the voices of witchcraft told them to act out in a certain way. One of the saddest things I witness is all of these young, talented, beautiful children of God in this music industry, especially the black boys and young girls who are under witchcraft. There are beautiful white babies, too. Aaron Carter was unrecognizable from the beautiful blond-haired, blue-eyed baby they sent to his death. I am not partial because only the ones who are murdered are Christians. Nonetheless, the black community and neighborhoods and black people in general are some of the wealthiest, healthiest, strongest people on the planet; that is one reason every other culture sets up shop in black neighborhoods. We don't understand who we are as a people. However, under witchcraft, sorcery, smoking, drinking, murdering, and committing suicide.

We are being controlled by a power that they don't understand as a people and community. The young black men are initiated into the occult in exchange for their souls. They are enticed with the lure of fame, money, women, jewelry, and fleshly pleasures. All of these young men died through sorcery and witchcraft. The people responsible are murderers who use their religious prowess through sorcery, divination, black magic, curses, voodoo, juju, crystal balls, monitoring spirits, and all sorts of trickery to control people's minds. I said this before, I am not only talking about the KKK, skinheads, White Arian brothers or nationalists. I am talking about a spirit that occupies bodies, the skin color is insignificant and a shield for the real issue, the Underground Satanic Sexual Occult System, which is a cult. I have never been hated, mistreated, shunned, disrespected, or targeted more than by my so-called people. Tracy B. Magwood is a Black woman, and so is her entire cult church. They hate each other gossip backbite but they despise the very light they see on in inside of me. I have never been hated by any racist person to the extent that I experienced from her and Mountain of Fire. Those women hate the degree of hate that was almost physical. The intense hate I felt has nothing to do with me and everything to do with the God I serve, Jesus Christ. They hated him, and they hate me. If the world hates you, ye know that it hated me before it hated you. If ye were of the world, the world would love his own: but because ye are not of the world, but I have chosen you out of the world, therefore the world hateth you. St. John 15:18-19KJV

The satanic occult is a religion. They have been waging savage, bloodthirsty, horrific warfare against the people of God and suspected innocent bystanders. They are murderous, adulterous, fornicating liars, bank robbers, thieves, sexual assaulters, and kidnappers. child molesters, child predators They are evil demonic forces operating openly and overtly in every aspect of society, and it's time to hold them accountable for their evil, wicked deeds through their religion.