The list I submitted contains all the other church leaders and people who are in the occult and practiced their religious customs against me and intentionally blocked me from serving Jesus Christ.  (Please see full case)

| T Kent Wetherell II | Hope T Cannon |
|---|---|
| **Referred:** | |
| **Case #:** | 3:24-cv-00410 |
| **Nature of Suit** | 440 Civil Rights - Other Civil Rights |
| **Cause** | 42:1983 Civil Rights Act |

And  Tudor Cay Condominium Association Case Number 23:cc-089311

I plead with President Donald J Trump and the United States government to hold these individual Satanic occult members responsible for the intentional violation of my Ecclesiastical, Constitutional, Human, Natural, and Geneva rights, by directly engaging in spiritual and natural warfare against me. Using dark practices, hidden knowledge and supernatural occultism and after intentionally disarming me with demonization and control by their religious rule of law of Satanism they intentionally used the spiritual realm and their church to weaken my spiritual life and separate me from my God Jesus Christ.

The targeted warfare is engaged against me and millions of Christians with the sole purpose of denying us access to a relationship with Jesus Christ, the Holy Spirit, the spiritual realm, the bible, and our freedom of choice to practice genuine Christianity without manipulation and satanic influence.

My freedoms and rights provided by spiritual(biblical) laws, natural, and the United States constitution designed for my benefit from scripture and the American justice system are overtly trampled upon by occult members cleverly cloaked as Christians. Through their religious prowess, knowledge, abilities, education, rituals, ceremonies, and practices of the occult and the dark arts, I have been denied access to my desire to freely practice my faith, genuine Christianity as Jesus Christ established. My freedoms afforded to me in the Constitution of my country of birth and the book of the law, (Scripture) are sorely impeded upon by the spiritualist who used mind control and other warfare tactics to control my spiritual and natural existence.

Furthermore, theses  Satanic pastors willfully initiated me and millions of Christians like me, into the occult through their churches by the use of blackmagic, voodooism, juju, candles, spells, hexes, vexes, altars, shrines, mystic powers, astral travel, potions, idols, demons, divination, sorcery, Santeria, spiritual guides, spirituality, trickery, deception, enchantment, witchcraft, necromancy, wizardry, black arts, curses, untimely death spirits, bewitchments', prophesying, forecasting, crystal balls and glazing.

Some of the power I experienced that operate against was a (Kundalini). They believe in the power of snake and coiled one around my spine to control me for decades. It was wrapped around my spine and gave them power to hinder me by squeezing and pulling it whenever they wanted to.

Also, the power displayed by TD Jakes and Daniel Olukoya is a false satanic anointing given to them from the dragon to demonize people in their congregation. Individuals seeking Jesus Christ have the right to know the power they see in these men and countless of others are not powers from heaven and Jesus Christ.

**"For there shall arise false Christs, and false prophets, and shall shew great signs and wonders; insomuch that, if it were possible, they shall deceive the very elect." Matthew 24:24 KJV**

Since I was demonized and under control and the power Satan, I was fooled for decades. Every time I tried to leave, they put me under a spell. Their power is made to look like, resemble, act like and impersonate the Holy Spirit however it is an imitate of the authentic Holy Spirit. I humble myself to say, the type of person God make me, if I could be fooled and I was then anyone could be fooled. The lord did not make me into the ordinary person and life they boxed me into. Many great Christians had their destinies exchanged by these Shamanic Priest/Priestess in the pulpits.

For example, Kehinde appeared to me on several occasion, however one occasion he used this entity to make me believe it was the Holy Spirit.

At the time, I believed I had a visitation from Jesus Christ. I bowed down to this thing, but it was not Jesus Christ spirit. This is just one example of the power that is used against us. See the full account of the power they use from the devil in the book of Acts chapter 8: 9-25. They are the Simon the Sorcerers.

Simon the Sorcerer practiced sorcery and amazed everyone. They though he was someone great. The same power is with TD Jakes, Tracy Magwood, Dr. Daniel Olukoya. They are wolves in sheep clothing, sorcerers giving the impression they have great power from God when their magic is directly from the halls of hell and the Devil himself. It has to stop we are dying in these churches and people have a right to know who they are worshipping because it is certainly not Jesus Christ.

 These pastors forcefully, enslave, control, manipulate, dominate, lead Christian to hell. For their fame they intentionally lead Christians into sin, away from our faith, belief and into a lifestyle not pleasing to God then the sin is used against the Christian to punish them.

They determined that they will lead Christians away from Jesus Christ and into the occult. Another intention is to spiritually blind, hinder, stop the flow of the Holy Ghost and knowingly, willingly and purposefully deceive Christians into believing that their synagogues of Satan's are the houses of Jesus Christ. They are the slave masters through the realm of the spirit and intentionally block us from it.

These are highly skilled sorcerers and sorceresses who are soul merchants and traders with a keen knowledge of the operations in that spiritual realm. These wicked demons are controlling Christians lives, destinies, place on life, wealth, money, careers, marital status, advancement, health, dreams, visions, gifts, calling, and talents through supernatural forces backed by Satan. They marry us and claim us as wife/husband and refused to allow us to marry. They have sex with us and defile us in the sleep.

That is why there are so many people who want to marry and cannot. They appear to your suitors and beat them and tell them to stay away from you. But Christians have no clue because they are single.

Additionally, through the use of supernatural knowledge through demons, demonic guides, spirits while camouflaged as Christian churches but their organizations are houses of horror and the halls of hell. These occult pastors use spells and the like to punish God's people in their congregation with sickness, diseases, afflictions, illnesses, car accidents, job-loss, shame, embarrassment, jail, incarceration, mental illness, reproach and death to name a few. Other avenues are used by these magicians are declarations, decrees, ordinances and the law of sin and death. Ordinances, declarations and decrees, are used to cause poverty, to appropriate and pronounce judgement and evil deeds against Christianity's believers. The Bible is a book of law designed for Christians to govern their lives by it in order to be prosperous and have success. **"This book of the law shall not depart from your mouth, but you shall meditate on it day and night, so that you may be careful to do according to all that is written in it; for then you will make your way prosperous, and then you will have success". Joshua 1:8**

**"It came about, when Moses finished writing the words of this law in a book until they were complete, that Moses commanded the Levites who carried the ark of the covenant of the Lord, saying, "Take this book of the law and place it beside the ark of the covenant of the Lord your God, that it may remain there as a witness against you. Deuteronomy 31:24-26**
**"If you obey the Lord your God to keep His commandments and His statutes which are written in this book of the law, if you turn to the Lord your God with all your heart and soul". Deuteronomy 30:10**

The three Holy scriptures are only a few out of the dozens of scriptures where God explains that His bible is his law for his people to adhere to. These Luciferian pastors and devil worshippers sanctioned by hell and established occult churches overtly are experts in using our ecclesiastical holy law against spiritually blind sheep in their congregation.

For example, what I experienced in Mountain of Fire under Doctor Daniel K and Folashade Olukoya, Kehinde and Aderonke Olajide, Tracy Magwood and many of the churches I attended are incantations instead of prayers. The prayers are incantations pronouncing curses, sickness, disease affliction, poverty, illness, failure, sending people to jail, having Christians, commit crimes, and murder people.

That is why most people who murder, commit violent acts, or do something crazy specifically say, that something took over them, or that was not me, or I don't know why I did that. That something that took over them was a demonic spirit

When they claim that they are having a deliverance service the practice is a ritual to deliver demons from the pit of hell into your body, spirit, mind and soul from the pit of hell through demons they are in league with to gain power. They deliver it directly into the spiritual blind Christian as with what was done to me three decades, I spent in the occult church under the impression that I was serving Jesus Christ. I had other people living inside of my body. My soul was gone they were in control bi polar is not a mental illness problem. It is a spiritual illness problem. The soul is fragmented disorganized, controlled by demons.

The pastors are experts in preparing a case in spiritual court by entrapping us in sin then being the accuser of the brother they use the legal rights against us to gain a verdict against us. They use spiritual law to force us into homelessness, mental illness, sickness, poverty, arrest, enslavement as they push Christians into abominable acts against our God to separate us and keep us in changes. They force us into homosexuality, robberies, kidnappings and disarm us by preventing us from knowing that they use the book of the law from hell and sorcery against us. Most people with mental illness especially if they are in church are under spiritual attack.  They had me on all kinds of medication when all I needed was Jesus Christ who they intentionally kept me away from.

I, along with millions of Christians across the United States and globally have been forcefully initiated and kept as slaves in the occult by these cult churches and pastors, disguised as Christian church organizations using medication, metal illness, alcohol and sorcery to maintain a hold over us.  For decades, I have been

held against my will while satanic rituals and practices have been performed against me by these representatives of Satan in dozens of their churches that I attended over my life time and thirty years in the occult.

From the laying on of the hands with oil, to the forcing me to lay at their evil altars in their shrines, to the speaking into my life, prophesying, touching and agreeing, as well as all of the customs, rituals and occultism practices that have nothing to do with Jesus Christ; and that I was forced to endure and take part of. I was in the occult without me desire and knowledge. These churches and pastors are of Satan and are not Christian organization. I was bewitched and under their control for decades and they took all my money for thirty plus years.

I was lured into participating in rituals while all of their cult church members, pastors, ministers, deacons, and everyone in their congregation fully understood that I not only believed they were Christians, but they were fully aware that I believed I was praying to, and serving these pastors and the church solely through Jesus Christ.

The pastors and all of the congregation understood and knew I had no other god other than Jesus Christ, especially not the god of this world Satan, his followers and church. Yet I was forced against my will to bow down to the devil. I am a genuine Christian and a survivor of the occult through TD Jakes, and Dr. Daniel K. Olukoya as well as the named members who, through these and other churches have controlled every aspect of my life. My soul and destiny were stealthy stolen and caged through the religion of Blackmagic and sorcery.

The enslavement included, taking all my finances through titles and offering, love offerings, gifts, sending me to employers where I worked for free. Other infractions included illegally confiscating my firearm, illegally denying me a legal education, illegally attempting to murder me through car accidents, and Robert Fanning. I was in attempt kidnapping three time, men were sent into my life from the occult. Through Tracy they intentionally stole my life, **my voice, wealth my place in life and that replaced my destiny, ministry, calling and sacrificed my life for theirs.**

I was in love with Jesus Christ and still am but when I came to my God, The Lord made me a great warrior. The Lord made me a great woman of God. The Lord made me a great orator. The lord made me creatively recounted events of the bible and he taught me to quote passages of scriptures. The Lord gave me the gift of prophecy. The Lord made me a great minister.

The Lord made me keen in investments, finance and law when I was young. The Lord made me into a great writer of songs, books, short stories, music. The Lord made me a great worshipper, I loved the word, praying and was given all though Jesus Christ by heaven and stolen and transferred by Tracy B. Magwood.

I am not claiming to be a genius but I was highly-qualified, highly motivated, highly ambitious, and highly intelligent. These pastors have the ability and blocked me from life through their Blackmagic. It's not just me but millions of us.

The Lord made me talented, gifted, ambitious, determined, honest and beautiful. I loved life, opportunities, education, reading, law, finance, banking, cooking, traveling, books, people until I was demonized year after year. Every prayer was a ritual, a dedication to a demon, an idol, and god they served. At every church service it was a satanic ceremonial, was a curse everything they did stripped me of the person God made into someone filled with different personalities and demons. I was filled with violent demons through familiar bloodline spirits, forced on alcohol drugs through their initiations, made to have mental illness just so they can have Noel Magwood climb to the top on my merits and to serve their God. More recently Kehinde and Aderonke had me in a requiem worshipping the dead. They made it seem as if it was a funeral service but it was to honor the dead, something I don't do. I was manipulated into a ceremony that prayed for the dead.

God gave me everything I needed to succeed in life and I was on my way not knowing the people I trusted the most hated and worked against my every move with supernatural forces. My life was easy and beautiful until these ancient foundational powers caged my soul. Magwood, Olukoya, Oni Olajide, placed evil ordinances on my life that I will never work. I will never succeed I will never have wealth that I will never get married that I will never rise in life to speak for God.

The ordinance gave demonic entities access to my life because I was in their synagogues, at their altar and shrines believing that I was serving my God when I was serving their god. I didn't understand what I was up against and who the enemy was. There are so many of them who used witchcraft to separate me from my God and went in for the kill, literally these people kept trying to cold- blooded murder in a way that would have been declared a tragic car accident, like Tracy did with Dana. How do you prove a car accident was the work of witchcraft?

When you are a Christian and not recognized as one of their own you will be shut down or most people will be. The system only wants people they can control or if you will be the voice of Satan like Sarah Jakes Roberts and Noel Magwood and promote his false gospel. Whether an individual is in politics, on the bench, or an officer as long as you are the voice for the dark kingdom and stop Christians you will succeed in this Underground Satanic Sexual Occult system. It is a cult in the church and we need to stop allowing them to get away with murder.

They know just as sure as P. Diddy is in the occult most of these pastors follow the same practices. They must be held accountable just take a look they are not pastors, they are rapist, sex offenders, murders, con-artist, scammers, wife beaters, cheaters, homosexuals, greedy criminals, sorceress, high priest/priestess, Shamans, root workers, ancestors and sage practitioners, child molesters, pedophiles, magicians, con-artist, satanist, Luciferians, adulterers, fornicators, devils, demons, workers of iniquity and just plain wicked. They are everything the Holy Scriptures and Jesus Christ speaks against.

Yet they are in our pulpits loving, serving and bowing down to Satan while destroying the people seeking Jesus in the process. While they wait for someone to recognize their evil and open the gate for them to shed more innocent blood as they rise to the top, they steal our souls. As they rise there is a trail of dead bodies and blood on their hands for the killing of God's people right there in the church. Ask their gatekeepers and their god ask Serita and TD Jakes how many innocent souls it took.

Ask how many soul they have murdered in car accidents, autism, HIV/AIDS, killed with heart attacks, strokes, had shot down in the street, raped, molested, turned into homosexual, gave drug overdoses to, gave mental diseases, multiple sclerosis, downs syndrome, or had kidnapped for his fame, fortune, wealth, name, for his ministry and to open doors for his loyal subjects who did the same for his tainted blessing.

The number of blood sacrifices are staggering but they will not tell the truth. They are satanist marine kingdom agents and are required by their law to shed innocent blood. They commit the required sacrifices though the mentioned methods, car accidents, sicknesses or shoot us down in the street, and abortions.

Joel Osteen's church recently and boldly shed fake tears and concern for the blood sacrifice of a Christian woman in his church. They attempted a double murder but the young man survived. It was an overt blood sacrifice for all the world to see. Like me millions of Christians and our family members have experienced these occurrences because the pastors are benefactors of the Marine Kingdom and they must, unequivocally without a shadow of a doubt give blood sacrifices to keep what Satan has given them. That's one reason so many so-called pastors align themselves with abortionist and administrations who support the ending of a life. Abortions are blood sacrifice of innocent blood, the younger the better.

Like Daniel K. Olukoya, TD Jakes has been in the Kingdom of Satan for over forty years. That's a lot of innocent Christian bloodshed, sacrifices and a lot of souls lost because people believe they are saved serving Jesus Christ.

After the Lord delivered me from the grips of TD Jakes through Tracy B. Magwood. He began to quickly restore me.
Before the Lord could finish his work yet again another interference-- here came another voice to draw me back into the occult.

That is why I give a section on how they are an organized criminal entity. They work together to put us in jail, make us homeless, give us a disease or have us arrested or shot down in the street.

Nonetheless, likewise Kehinde and Aderonike attempted to murder me with the same religious weapons of care accidents, sicknesses, preventing my books, music, and career to prosper just to please and accommodate blood sacrifices for Doctor Daniel K. and Folashade Olukoya and Olumide Oni who are their gatekeepers.

I have been suffering at the hands of these pastors who continue to attempt to murder me with car accidents, sickness and other satanic rituals. I have been intentionally denied access to Jesus Christ through their continued interference and attempts to keep me through legal rights held through illegally initiating me into Satanism. Being in their churches gives them a legal right because without the Holy Spirit you do not belong to Christ. They understand this very well. One does receive the Holy Spirit when you receive Jesus but you need the seal. **"You, however, are not in the flesh, but in the Spirit, since[a] the Spirit of God lives in you. But if anyone does not have the Spirit of Christ, he does not belong to Him" Romans 8:9**

**In whom ye also trusted, after that ye heard the word of truth, the gospel of your salvation: in whom also after that ye believed, ye were sealed with that holy Spirit of promise. Ephesian 1:13**

**As long as a Christian is in their synagogue, they are in the occultism Satan is their god and they are not saved and are going to hell. They have left doors open to b demonized and controlled. I simply didn't know I was in the occult until recently. They are ushering millions of souls to Hell and continued to try to take my life.**

This is some of what has been happening to me a born-again Christian. Like millions and millions who are illegally held by these pastors in the occult deceptively disguising themselves as Christians using their religions devices against us to spiritually and naturally enslave us. Genuine Christians need to know two of the biggest Pastors in America are no ordinary warlocks but high leveled Marine Kingdom agents and occultist, and their churches are not Christian organizations. Christians are in the occult and separated from Jesus Christ.

**President Trump my name is Terese Ebony Jones,** I am a United States naturalized citizen, born and raised in the United States of America. I claim no other country of reference or origin. I currently reside in Tampa Florida and am originally from Philadelphia Pennsylvania.

My great-grandparents, grandparents, and parents were all born and raised in the United States, with no known ties to any other country or Caribbean Island.

I mention these details because I was born into a family that practiced witchcraft and occultism as their religion, initiating me into their practices, rituals, and ceremonies without my consent, input desire or knowledge. My parents, now deceased, completed the practices with help from various family members and friends who were monitors, boyfriends and individuals sent to stifle my progress and destiny every step of my life.

The most dangerous entity who did the most damage was the leaders in the church. They fully understood I wanted to serve Jesus. Even at an early age I desired to break free from these oppressive practices and was initially sent to churches after violations in my family.

Later on, despite my efforts to distance myself, I faced constant manipulation and control, making it nearly impossible to escape the family's influence. I had no knowledge of familiar spirits and household witchcraft through my family's bloodline. Nor was I aware the pastors in the churches were Luciferians. How could I discover when trickery was used against me all of my adult life. I was forced into the occult.

At an early age, my journey for freedom and truth led me to seek solace and support within the church community. However, this institution, which should have been a sanctuary, turned out to be the most dangerous adversary. The church's leadership fully comprehended my quest for liberation from the occult but forced me deeper into it and farther away from my God time and time again. They need to be held accountable for what was done to me by them, and the millions of Christians they are illegally holding in their camps.

They exploited my vulnerability to follow Jesus Christ, imposing a different kind of control under the guise of spiritual guidance turned out to be an instrument of the occult in collaboration with a system who for decades used members who were in the occult to rape, beat, molest, drug, arrest, deny me an education, deny me my rights to privacy, as I was monitored day and night. I was the victim of three attempted kidnappings, I was sex trafficked and sold to men. I was drugged as an occult member attempted to murder me in a hotel bathtub after drugging me. I was unlawfully arrested, detained under the Baker Act three times, and nearly shot down in the street, multiple times by police officers who were involved in the occult.

Last year six-armed Hillsborough County police officers were sent into my home to kill me by Latoya Marion and Kehinde Olajide. They came into my house closed the door and sent me in the other room to get my phone. Jesus did not allow them to take my life.

I am in an illegal foreclosure in an effort by occult members to make another Christian homeless after having been terrorized by individuals who left satanic occult ritualistic items on my doorstep and vehicle for over ten years.

I am writing this letter with the utmost urgency and a heavy heart to bring to your attention the severe and numerous crimes committed against me by the Tracy B. Magwood and her cult and now Mountain of Fire Ministry located in Tampa, Florida.

Over the past five years, I have been subjected to a series of violent crimes, civil rights violations, human trafficking, and fraudulent activities orchestrated by this organizations.

The Churches in America operates as an organized crime syndicate enslaving and controlling the lives of millions of victims who believe they are in Christianity.

My purpose, reason, and intent for this legal action are to accomplish several unprecedented goals through the legal system as a naturalized citizen of the United States of America; who holds Godly, Constitutional, legal, human, natural, and spiritual rights. All of my most sacred rights have been intentionally violated which almost resulted in my death:

1. Ecclesiastical Consecrated Spiritual rights violated.
2. United States Constitutional rights violated.
3. Human rights violated.
4. Natural rights violated.

The magnitude of the amalgamation in which my rights have been trampled upon, disregarded, and disrespected was executed with perfect intent and a willful motivation to violate every right afforded me. The crimes against me were premeditated by spiritual extremists who are terrorists, murderers, thieves, and

liars.   At various times throughout my life, the accusers have conspired against me and the millions of followers of Jesus Christ, to an unfathomable degree.

These crimes were perpetrated against me by the named sources below, as outlined. It is far beyond reprehension in any realm, whether it be the natural world or the spiritual realm that the actions were conjured up and then carried out. These acts of violence against me were executed deliberately and continuously for decades. My United States Constitutional rights and how I thoroughly explain how they are violated.

**United States Constitutional rights violated.**
- **The First Amendment** prevents the government from making laws that regulate an establishment of religion, or that prohibit the free exercise of religion, or abridge the freedom of speech, the freedom of the press, the freedom of assembly, or the right to petition the government for redress of grievances
- **The Second Amendment** protects an individual right to possess firearms for the purpose of self-defense, unrelated to military or militia activity.
- **The Third Amendment** forbids the forcible housing of military personnel in a citizen's home during peacetime and requires the process to be "prescribed by law" in times of war.
- **The Fourth Amendment** protects the right of privacy against unreasonable searches and seizures by the government.
- **The Fifth Amendment** provides for the right against self-incrimination, which justifies protection of private information.
- **The Sixth Amendment** It grants several rights to those facing criminal charges, including the right to an attorney and the right to a trial by jury.
- 
- **The Eighth Amendment** protects against imposing excessive bail, excessive fines, or cruel and unusual punishments.
- **The Ninth Amendment,** protects your fundamental right to privacy in ways not provided for in the first thru the eighth amendments.
- **The Fourteenth Amendment** prohibits states from making laws that infringe upon the personal autonomy protections provided for in the first thirteen amendments. Prior to the Fourteenth Amendment, a state could make laws that violated principles of racial equality or freedom of speech.

**Justice for Jesus (Making my Case to the American People).**

This unprecedented case against the United States of America is drafted on behalf of Jesus Christ, the Almighty God, his Kingdom citizens; and his official Ambassador Terese E Jones. One of millions of Kingdoms of God citizens intentionally and willfully targeted by the Satanic Occult: Its' Churches, disciples, members, and organizations who:

1. In my country my abilities were severely prohibited from exorcising my **First Amendments** rights to serve another God and Faith (Jesus Christ). And to freely speak about Jesus Christ, my God, in their organizations, businesses, schools, publicly or anywhere in their system. In contrast, they openly serve, worship, and promote their god in their organizations and businesses with tattoos, piercings, satanic beads necklaces, amulets and clothing. Government officials serving in their respective roles are an intricate part and members of an established religion that widely create laws that regulate, oppose free speech of Christianity.

2. Intentionally impeded me from exercising my **Second Amendment** rights to protect myself by possessing a legally registered firearm and willfully disarming me by hindering my ability from the Holy Scriptures and all spiritual weapons made available to me: as they waged a spiritual and natural war against me. The violation occurs when Christians are blocked through blackmagic from studying and reading instructions from our war manual. The word of God.

3. Violated my **Third Amendment** rights, which forbids forcible military housing in a private home during peacetime. In the natural world, we are in peacetime. However, the Satanic Occult military personnel unit sent spirits and individuals to physically lived in my home on the pretense of being an ally, friend pastor or ministry. In the spiritual realm, demonic spirits were sent to stalk, harass, and hide in my home without permission.

Also, Satan's military soldier failed to follow any measure prescribed by law that abided by any procedure to enter my dwelling and illegally occupied my home in this spiritual war waged against me, in violation of my right, by sending spirits and humans into my home to occupy it without a legal right. They illegally physically entered my home as soldiers of Satan to attack me and gain spiritual ground.

**4**. Satan's government has granted his military expressed powers to declare war on God's people and me. In doing so, my **Fourth Amendment** rights has been consistently violated by his agents, who physically conducted illegal and unreasonable searches in my home via natural and supernatural means. His military forces seized classified personal, and spiritual documents containing pertinent information without probable cause and due process. Through the years, they have illegally entered my home on military assignments to gain a supernatural and natural advantage over me.

Additionally, in the spiritual realm, the same Fourth Amendment rights violation occurred by his military through the illegal use of means to invade my privacy through seances, satanic candles, astral traveling, mind reading, monitors, and phone calls, interference with my internet and airways.

**5**. The violation of my **Fifth Amendment** rights transpired through the classified documents, conversations, agents' reports, and information. They illegally obtained material by Satan's army then used said information against me in the courtroom of heaven, which caused me to self-incriminate; by testifying against myself, leading to an illegal verdict and spiritual punishment in the natural world.
These warriors for Satan understand and believe in taking the Christian to criminal court and to execute judgement against them.

**6**. My **Sixth Amendment** rights were grossly violated and trampled upon for decades in this spiritual war waged against me. The Satanic Occult's well-organized legal team has infringed upon my every constitutional, human,

natural, spiritual, and Godly right to illegally obtain evidence to fabricate charges and accuse me of crimes then dragged me into the courtroom of heaven without my knowledge. Their legal team intentionally entrapped me into sin and fornication by sending occultic men into my life. Those men knowingly forced me into sin and caused me to transgress against my God's law. The sin was used against me in the courtroom of heaven with delayed proceedings, without a jury of my peers, without my providing evidence and, more importantly, without my advocate Jesus Christ. They believe and use the court room of heaven and have denied my due process.

**The Eighth Amendment** The illegal information was acquired by their legal team, investigators, and agents by spiritually searching my family's ancestry history and bloodline, along with various methods used to build a case. One a case was built cruel and unusual curses were issued against me as a form of punishment resulting in injury to my persons. In the natural world, which translated into the excessive amount tickets I received; I was constantly being pulled over and harassed by law enforcement. I was punished by an untimely death sentence through car accidents and near fatal car crashes. I was pushed down a flight of 15 then six stairs as punishment. No due process.

**The Ninth Amendment** I had no right to privacy in my life or in my home. Friends were sent as monitors and spies who took advantage of me, my finances and position as a demonized Christian

**Ecclesiastical consecrated spiritual rights violated.**
- **Have no other God** "Thou shalt have no other gods before me"**(Exodus 20:3 KJV)** "And in all things that I have said unto you be circumspect: and make no mention of the name of other gods, neither let it be heard out of thy mouth.**(Exodus 23:13 KJV)** "And go not after other gods to serve them, and to worship them, and provoke me not to anger with the works of your hands; and I will do you no hurt." **(Jeremiah 25:6 KJV)**
- **Love and believe in one God**- "And thou shalt love the Lord thy God with all thy heart, and with all thy soul, and with all thy mind, and with all thy strength: this is the first commandment." **(Mark 12:30**

KJV). "<sup>But</sup> take diligent heed to do the commandment and the law, which Moses the servant of the LORD charged you, to love the LORD your God, and to walk in all his ways, and to keep his commandments, and to cleave unto him, and to serve him with all your heart" and with all your soul. (**Joshua 22:5KJV**).

- <u>Freedom from enslavement</u> "If the son therefore shall make you free, ye shall be free indeed." (**John 8:36 KJV**). "Stand fast therefore in the liberty wherewith Christ hath made us free and be not entangled again with the yoke of bondage" (**Galatians 5:1 KJV**).

- <u>Abundant Life</u> "The thief cometh not, but for to steal, and to kill, and to destroy: I am come that they might have life, and that they might have it more abundantly". (**John 10:10 KJV**)." Now the God of hope fill you with all joy and peace in believing, that ye may abound in hope, through the power of the Holy Ghost." (**Romans 15:13 KJV**)

- <u>Good Health</u> "Beloved, I wish above all things that thou mayest prosper and be in health, even as thy soul prospereth". (3 John 1:2 KJV). "Pleasant words are as a honeycomb, sweet to the soul, and health to the bones". (**Proverb 16:24 KJV**)

- <u>Daily Spiritual Disciplines 1. Bible Study 2. Prayer 3. Meditation 4.Fasting</u> :  "Study to shew thyself approved unto God, a workman that needeth not to be ashamed, rightly dividing the word of truth"(**2 Timothy 2:15 KJV**) "Then shall ye call upon me, and ye shall go and pray unto me, and I will hearken unto you" (Jeremiah 29:12 KJV) "But his delight is in the law of the LORD; and in his law doth he meditate day and night."(**Psalm 1:2 KJV**) "Therefore also now, saith the LORD, turn ye even to me with all your heart, and with fasting, and with weeping, and with mourning"(**Joel 2:12 KJV**)


**Human rights violated.**
- The Right to Life.
- The Right to Freedom from Torture.
- The Right to equal treatment.
- The Right to privacy.
-  The Right to freedom of thought, opinion, and expression.

**Natural rights violated.**
- The Right to work.
- The Right to Liberty.
- The Right to Own Property.
- The Right to Make a Living.
- The Right to Practice Religion.

**A Case for Jesus Christ: One woman's journey to differentiate Jesus Christ the All-Mighty God, from every other god, practice, belief, faith, and religious belief system on the planet.**

**To register and recognize the already well-established Satanic Occult as an official religion in the United States of America. And to force the United States of America to acknowledge the comprehensive distinction between the two kingdoms and God's; and to allow the American people an opportunity to decide. Furthermore, that all Satanic religious network of churches, organizations and businesses sever all ties with Jesus Christ, His name, image, character, and Holy Scripture. We are worshipping demons through these pastors through tv programs and music This is not a racial war but a spiritual was against the Kingdom of Light under Jesus Christ and the Kingdom of darkness under Satan.**

**I am not on any drugs illegal or legal no alcohol, no marijuans I am not suicidal and do not need medication as I am not depressed have no anxiety but have been illegally held in a cult through the occult pastors. I plead for help from these occult members pastors these people are dangerous and have made attempts to murder me with car accidents and through the police shooting me down.**

**Jesus openly exposes and reveals Satan's Kingdom.**

In the book of **(Matthew 12:22–30),** This passage of scripture and the conversation that Jesus had with the Pharisees, which can also be found in **(Mark 3:22),** clearly indicates unequivocally, without any doubt, that:

- There are two separate and independent Kingdoms that exist (in the world today).
- These two kingdoms are real and functioning (in the world today).
- These two kingdoms are invisible and spiritual (in the world today).
- These are two powerful opposing kingdoms at war (in the world today).

**PURPOSE:** The Satanic Occult Religion must be registered and recognized as an official effective practicing religion in the United States of America. Furthermore, the integrated Satanic Occult religious community's rituals, customs, and ceremonies must be publicly disclosed as authentic and effective rituals. Additionally, all Satanic religious outlets, networks, Pastors, and churches must sever all ties with Jesus Christ, his name, image, ideology, persona, character, teachings, kingdom, and Holy Scripture and to (SEE LONGER VERSION)

**GOAL:** Regardless of any state representation affiliation in their respective religious church, faith, or beliefs; we seek urgent and immediate assistance from like-minded Senators and State representatives to support this petition and court document as a priority. In addition, notifying their constituents as to the imperative nature of such legislation. Moreover, sponsor, draft, and introduce a bill to hold public hearings to have the Satanic Occult Church registered and recognized as an official, effective, well-established, practicing religious organization in the United States of America.

**This is the short version and a desperate plea for my government and my President to step in and help me. I have been suffering for decades and have been held captive by the Occult through the Satanic church disguised as Christian organizations. For years these pastors have made attempts on my life. I have done nothing to them but seek to serve Jesus Christ as an American with rights. They have tortured my soul with rituals, Blackmagic and practices that are not consistent with Holy Scripture.**

**Enclosed are other documents however a full and complete account can be located in a petition that was dismissed by the Federal District judge in Tampa Florida. I intentionally recorded my entire ordeal for public record. Please read**

in this document some of how through the church I have been forced into bankruptcy and homelessness although I own my home free and clear.

For more than ten years the board members and the LCAM have placed satanic ritualistic ceremonies items on my doorstep illegally involving me their rituals. They even had a ritual in front of my face when they know I am a genuine born-again Christian. I have been racially and religiously discriminated against by these people for more than ten years. I am an American. I have been illegally arrested several times.

I was charged with crimes to have me incarcerated. What I am experiencing is what millions of Christians are living at the hand of occult members forcing us on Medicaid, unemployment, poverty, mental institutions and jails. With the help of my President this must come to an end. This is an urgent matter and my life is on the line. They have tried to have me shot down in the street by police officers and continue to cause near fatal car accidents.

PLEASE HELP THIS CHRISTIAN CITIZEN OF THE UNITED STATES. THE DEPARTMENT OF JUSTICE HAS EVIDENCE OF THE OCCULT EXISTENCE. THEY ARE IN OUR CHURCHES BLOOD SACRIFCING US. SOME OF THEM NEED TO BE ARRESTED AND RETURN THE MONIES BACK TO CHRISTIANS.

**Petition for Redress**: Why are we petitioning the United States Government and these entities in this Lawsuit? We petition the United States Government for a Redress of Grievance: In the Name of Jesus Christ, the Almighty God, on behalf of Terese E Jones, and on behalf of millions of his citizens, followers, disciples, believers, and children, who are illegally held imprisoned against their will in the Kingdom of Darkness mainly by Satanic synagogues.

The named individuals and the Satanic Pastors killing us through a bloodthirsty spiritual war, and are not ordinary type criminals. They are sophisticated miscreants, who cleverly hide under different masquerades and operate in the spiritual realm, then carry out their crimes in the natural realm.

The perverse heinous crimes were orchestrated through seedy backroom deals by ancient old supernatural avenues such as contracts, covenants, agreements, promises, and supernatural deals in the spiritual realm.

They were formed through satanic rituals, mind control, manipulation, incantations, charms, altars, shrines, voodoo, juju, idol gods, dead ancestor's spells, bewitchments, enchantments, potions, lotions, and rites, to name a few.

Again, these are just a few of the devices the Occult members used against me and use against millions of people like me who were and are seeking and serving Jesus Christ. These rituals performed by these individuals were done with a clear understanding that I am a Christian. I never desired, requested, nor would I ever participate in any satanic events I was forced to attend.

Many of these rituals performed secretly on my behalf were done by animal and human blood sacrifices, altars, shrines, candle ceremonies, projecting, astral travel, and conjuring up dead spirits to attack and harm me spiritually, naturally, emotionally, financially, and mentally.

These deadly satanic rituals were performed by authentic practicing witches, warlocks, priests, high priests, herbalists, and doctors who served their demon gods. The methods used were various witchcraft ceremonies and other occultic and effective magic rites conducted primarily through religious ceremonies by which the majority professed to be Christians but were not. Many attacks and deathly harm were carried out by staunch American church members, especially the Catholic Church and its lifelong members.

In my previous writing I outlined the method used against me for almost twenty-five years that demonized me (not possessed) to control, manipulate and destroy my life. The methods were accomplished by the cult church and congregation Saints on the move for

Christ evangelistic ministry and their High Priestess Tracy B. Magwood. This church and pastor disguised themselves as a Christian church and not the Satanic temple that they are. What I experienced and am here to disclose to the body of believers is the methods implored by this church and the leaders for TD Jakes. TD

Jakes is the gatekeeper who they worship, follow, support, and made attempts to cold-bloodedly sacrifice me. The church has sacrificed at least three others former members of their church that I personally know.

The number of murdered people is part of occultism rituals so that TD Jakes who is in the occult could open the gate for Noel Magwood as an understudy and protégé for Sarah Robets Jakes. And in the same manner that Sarah Roberts Jakes is the voice of Satan and is not a Christian so is Noel Magwood. They are the voices of Satan, spiritualist and are witch. The murders of a person I know was in the form of a car accident, two others were given diseases.

What I experience is what the majority of Christians are experiencing under these Satanist posing as Christians is not shocking but well-known in the church community and by everyone except Christians. Here is some of what I experienced a highly intelligent, well spoken, motivated, driven, ambitious, great thinker, great mind, articulate, visionary, gifted, who they knew had a great life and future, talented reduced to barely making ends meet, and forced into bankruptcy. Someone like me, who had all the drive, ambition, focus and determination to succeed was stop by the powers behind the altars.  A few years ago, I could not read at all. When I took my LSAT I could not see at all then the words would become blurry on the page. When I knew I could score well on the exam.

The church knew how to shut down my great prayer life, my music, my athletic abilities, prophetic accurate dreams and visions. They fragmented my life and transferred different parts of my life to different individuals with their sorcery, divination, Blackmagic crystal balls, and the dark arts. They transferred different parts of my life personality to Noel Magwood and prevent a Christian voice for preaching the truth. They sold and stole my life from becoming the first Black supreme court justice and replaced it with someone who is in the occult, a satanist, a Luciferian and the voice for Satan himself. I was forced into several secret societies through control to make me to what they wanted me to be. I declined then years later it was all taken away and given to the voice of Satan. My life was transferred to her. Instead of a voice for Christ on the bench Satan has a seat. The beads she wore at the inauguration were satanic.

She followed in my footsteps and replaced me when I would not comply. She joined the secret society; I was demonized forced out of law School and prevented from attending Harvard.

Yes in 1992, I told Tracy B. Magwood and her entire congregation that I was to become the first Black female supreme court justice. All of my dreams were stolen as they used tricks, voodoo through their religious abilities to cause car accidents, inflictions of sicknesses disease and illness. I was baker acted three times, I was forced on drugs and alcohol. I was sent to drug rehabilitation programs; I was illegally arrested for a DUI to give me a record and put and keep me in the legal system.

I was given a mandatory twenty-five-year sentence to incarcerate me and get me out of the way. I was sent to three mental instructions. Men were sent into my life to molest and keep me in sin. I was forced on disability, unemployment and through the **seventy-five jobs** they sent me to were satanic employers in this system and assignments to keep me poor.

Over a period of time as I began to increase one of their members would sabotage my work.  I would be terminated. I am in bankruptcy although I own my home free and clear. They tried to give me HIV/AIDS. The satanist love to inflict God's people with debilitating diseases.

 They gave me anxiety, depression and multiple personalities. They triggered violent outbursts of anger and rage and used occult members in the police force to attempt to shoot me down in the street on several occasions.

 Now they are making every attempt to force me into homelessness through Satan's soldiers at Tudor Cay Condo Association. In my condo association since this satanist took over in January there has been a dramatic increase in heart attacks, alcohol consumptions, homelessness, and cases of people being taking out of their apartments in restraints for mental illness.

These are some of the things I was forced into by people who called themselves pastors. They are a network working together not only against me but against the body of Christ. Everything I experience is what you see the body of Christ is

experiencing especially the black community. I plead with yell JESUS is not pleased at the state of his people. They are using witchcraft to put us on drugs and alcohol.

They are using Blackmagic to make us lose our homes, jobs, families and they are incarcerating us giving us mental illness and diseases. They hold us down, hold us back steal our lives and rise on talents. They are murdering us, taking our great minds, talents and gifts forcing us into poverty and away from our God.

Every job I was sent to in the last eight years I was a slave and not paid. I was held down by doctor and forcefully injected with drugs. My teeth were pulled for no reason but to place on an altar and to give me pain pills to work magic so I become addicted. Attempts were constantly made to force me into homosexuality, I was denied credit cards, bank accounts and was not allowed to be placed on a bank account as a beneficiary by someone who had an account for over thirty years at his bank. I am intentionally pushed to the brink of financial ruins by these pastors.

Every business I started was shut down. My ministry Christ my rock was shut down by Tracy and Wall of Fire was shut down by Olajide. Who although I never told anyone knew exactly when I opened my business. This wicked warlock knew everything I was doing and would recount by interception a verbatim conversation I had with Jesus Christ in my closet alone at home. These are highly skilled evil devil worshipers and Satanist disguising themselves as Christians. This is just a short narrative of events I underwent. This is a small portion of what the Lord Jesus Christ has delivered me from. They are everywhere following us, monitoring us killing us, crippling us and anyone else who does not want to be the face and voice of Satan in this Underground Satanic Sexual Occult Cult that exist within these congregations.

These people, so called pastors knew everything I did and were everywhere from my places of employment, government agencies who took thirteen months to approve my unemployed, to my neighbors placing ritualist items on my door steps to people in the market. They are everywhere playing games with the destinies and lives of Christians. Their church is a mere money-making machines to fleece the Kingdom of God and to build Satan's army.

They are attacking Christians and our church in a blood thirsty savage war through their ministries, television programs, online scams, books and lies as they disguise themselves as Christians. I saw and experienced with both of these churches and also the other church I attended. These churches are fleecing, swindling, defrauding, conning, exploiting and deceiving the children of God at the detriment of our souls. These pastors are gladly in the words, of Tracy B. Magwood, "usher people in to hell".

**MY CASE AGAINST MOUNTAIN OF FIRE MIRACLES MINISTRY DOCTOR DANIEL K. OLUKOYA, OLUMIDE ONI, KEHINDE AND ADERONKE OLIJADE AND THE MOUNTAIN OF FIRE CONGREGATION.**
"And have no fellowship with the unfruitful works of darkness, but rather reprove them. "Ephesians 5:11

Several years ago, I was introduced to **Latoya Marion- Robinson** through **Christiana Ellis**. Christina Ellis handed me off to **Latoya** and I was handed off to Christiana I believe by **Tara Lynn Alemayehu**. All three of these women are witches in the satanic occult and posed as a Christian sister in Christ.

These women introduced themselves to me with the primary purpose to extort money and, gifts and misled me into believing they were Christians. These witches were used as monitors from the satanic churches who misled me into believing they were Christians and are directly responsible for intentionally taking me to occult churches which they fully understood were not Christian churches. They were aware the leaders of these organizations were not Christian but the church and the leader were masked as Christian churches but are synagogues of Satan.

These women fully understood that I am a Christian and believed they were Christians and the churches they led me to were Christian and not the church of Satan. Not only were these Marine agents' women in my life to mislead me into non-Christian churches, but they used a process of transferring.

I explained what transferring and replacement is in another section. Nonetheless, on a brief sidebar the occult members understand how to steal gifts and pass it on to their children, sell it in the spiritual realm, or trade what you have to someone. Christian must wake up and understand why so many people are walking around the streets with no identify, as I did for many years although I sought Jesus.

Just as while under Tracy B. Magwood and their coven/cult church who kept me under surveillance and under the grip of witchcraft to not only counter my dreams but to prostitute my gifts calling, destiny and my place in life. In 1992 believing the members of Saint on the move for Christ was a Christian organization and Tracy B. Williams had my best interest in mind.

I shared that the Lord told me that I would go to Harvard and I was to become the first Black female Justice to sit on the supreme court. Even back then, I was a supreme court watcher and followed rulings. Nonetheless, I had every intention and strived towards my goal to attend Harvard law school and had a strong very background in finance and banking. I had a keen understanding about investments and the stock market back then. I was a licensed stockbroker now today **Tara Lynn Alemayehu's** daughter also a witch and in the occult, attempted to attend law school but could successful complete the course, since I am not in their life then became a stockbroker.

Just as Tracy's Magwood's daughter Precious Magwood attended a summer law program at Harvard the school they prevented me from attending with their curses, spells, and fiery darts against my life.  The cult also used oppression, depression alcohol and seduction to keep me spiritually blind and separated from Jesus Christ. Tracy attempted to push Precious into law school but Precious was not able to complete the program.

Both of their daughters attempted to attend law school however were not able to successfully complete the program. **Anna Rose Alemayehu** went into finance, just I had done. She is now a series 7 licensed stockbroker just as I was.

Precious Magwood began selling insurance just like me. In 2017 by business Next Level Cosmetics was shut down now Precious and a few of Tammy's nieces are into cosmetics. As I continue to struggle going from job to job, insurance company

after company to be used as a slave but the Lord Jesus is breaking their grips on me.

This method is how occult people use their witchcraft to steal your life and gifts. (The thief cometh not, but for to steal, and to kill, and to destroy: St. John 10:10). **Noel B. Magwood** is a different story on what was stolen and transferred from my life and soul to her life. I speak in depth about **Noel B. Magwood** in a different section therefore I will not go into detail about her at this point. I will mention her in greater detail later. All of these women are in the occult and not one of them warned me of their involvement and continued to disguise themselves as Christians and every time I tried to leave, they drew me back.


Nonetheless, once I left the Miami/Fort Lauderdale area **Tara Lynn Alemayehu** became the Marine agent who misled me and handed me off to **Christiana Ellis.** Christian Ellis took me to several churches that also disguised themselves as Christian organizations.

One church was the so called Living Free Ministries with **Magus Kent Smith**. **Clair Hollis** who is neither a genuine Christian or authentic holder of a PhD refused to even counsel me unless I paid hundreds of dollars. After living free as I continued to look for deliverance amongst so called deliverance churches Christine took me to Remi Babalola church at the time he was still under Doctor Daniel K. and Folashade Olukoya.

 I was handed off to **Latoya Marion- Robinson** who terrorized my life for years with her ability to use her communication with the dead and demon spirits to produce about ten near fatal car accidents, five heart attacks and about five strokes. Latoya had a long history with **Remi and Ola Babalola** and knew they into the occult, yet, she took me to his new church true worshippers bible church.

True worshippers church is the church where only Jesus Christ saved me from the type of witchcraft and rituals were performed on me. Including performing a ritual on me with John Lowe. I was held down and demons were delivered into me. Afterwards, I became went on medication for anxiety, depression and could not leave my house. I lost my job once again and ended up on disability.

**Latoya Marion** also used mind control to get me to pay for her gas, movies and food. For example, one day I was home just got dressed and on my way to the gym, Latoya used mind control through spell-casting. All of a sudden, I began thinking about her a lot and next thing I know I was driving the opposite way of the gym to where she was stuck and filled up her tank then took her to lunch. Afterwards she threw the food away and pretty much cussed me out.

Mind control is one of the methods that is used on us Christians by these Church of Satan. And it was what was used to convince me to continue to attend the churches with these women. This Blackmagic was used on me through mind control on several occasions. These demons enter the Christian (my life) as human beings, friends' love interest and family members.

They give the impression they love to attend church but they attend because not only look for naive Christians they steal, try to kill and take all, they can get from Christians both spiritually and natural.

**Latoya Marion- Robinson** who is a practicing occult member understood that I am a Christian yet she took me to these churches. **Latoya Marion- Robinson** was well aware of due to her years of affiliation and involvement with Mountain of Fire that they were not Christian organizations are members of the Satanic occult churches.

**Latoya Marion- Robinson** had more than enough knowledge about these men and knew they were in the occult. She knew their church organizations were disguised to appear as Christian churches to lure deceive and kill people like myself who were seeking deliverance and a relationship with Jesus Christ. **Latoya Marion- Robinson** introduced me to **Magus Dr. Daniel K. Olukoya, Magistra Olumide Oni, Warlock and High Priest Kehinde Olajide and High Priestess Aderonke Olajide.**

**All of These** Satanic occult members are skilled sorcerers and practice the dark arts.

**They are not only Marine Kingdom agents who operate through various powers through altars and shrines. But are part of the deep religious ancient old beliefs and practices that played a role in shaping communities in Africa and now in the United States.**

Nonetheless, these practices continue to affect communities all over the world and right here in America amongst their churches. Olajide told me he wanted me to be the link to the American church. At the time it went over my head. The people of God need to know what they are up against. I had no clue because they totally and completely blocked me from the spiritual realm and intentionally separated me from my God. I made every attempt to live the word of God. It is not possible to serve Jesus Christ for forty years and to end up in my position.

The Lord allowed me his SIA Spiritual Intelligence Agent to be in their camp and to let his people know these are not his churches and these leaders are not under his leadership. This is only a portion of what is taking place in America through Doctor Daniel K. Olukoya and his Marine Kingdom serpentine occult church from Lagos Nigeria and all across America. Dr. Daniel K. and Folashade Olukoya has established satanic temples through Mountain of Fire Miracles Ministry in practically every major city in America and international. Here is some of what they practice on the people of God who are seeking Jesus Christ.

Although the majority of his followers believe he is the voice of Jesus Christ, a lot of them know exactly who he is. His leaders and many members are aware he is a Luciferian and the devil in carnage. When you listen with a spiritual ear to the testimonies, narratives, tongues he curses the people and do so in the name of Jesus. One will clearly discover that he is the voice of Satan himself in a short stout body. His prayers are incantations and curses. The shaking of the heads is what some ancient tribes do in rituals.

THIS IS WHAT DOCTOR DANIEL K. AND FOLASHADE OLUKOYA OF MOUNTAIN OF FIRE MIRCALE MINISTRY BELIEVE AND PRACTICE. THIS IS PART OF WHAT I EXPERIENCED IN MY FIVE YEARS UNDER THEIR SATANIC CONTROL.

SPIRITS ASSOCIATED WITH AFRICAN PRACTICES

Black witchcraft, white witchcraft, blind witchcraft, bewitchment, witchcraft, spirits that misinterpret the word, serpentine, marine, sea horse, water, python, leviathan, mermaid, goat, voodoo, juju, obia, crab, viper, poverty, immorality, seduction, talisman, fortune telling,

astral gemstone, crystal ball, shadow reading, tarot card, ouija board, always wanting to eat, fluctuating between joy and sorrow, sleep walking, talking to yourself on the street, immorality, drugs, alcohol, chronic depression, fatigue, confusion, emptiness, accidents, disorientation, affliction, cage of poverty, material adversity, DNA bondage, soul ties, jealousy, loss of self-control, reputation and position, divination, Jezebel, whoredom, seduction, murder, idolatry, vices, manipulation, domination, idolatry, ancestral worship, sexual sin, spiritual fornication, palm reading, reincarnation, sorcery, divorce, quarrelling, immorality, fibrosis, barrenness, promiscuity, failure in GOD's work, spiritual harassment, hypocrisy, deceit, fear, double mindedness, worry, anger, hatred, bitterness, resentment, deception, lies, infertility, covetousness, occultism, sexual perversions, addictions, reading stars, palmists and related spirits.

## SPIRITS ASSOCIATED WITH NIGERIAN PRACTICES

Shedding innocent blood, psychic, witchcraft, seeking forbidden knowledge, casting spells and curses, cults, demonic societies, rituals and manipulations, drinking blood, consumption of witch doctor material, pride, murdering the innocent, false humility, abominable filth, bloody covens, lies, robberies, witchcraft lancing, prostitution, cannibals, ensnarement, allegiance to spirit masters, water spirit cults, cutting the body, palm reading, spiritual husband or wife (demon marriage), reincarnation, sorcery, dedications, covenants, marriages, vows, promises, blood guiltiness, satanic priesthood, tokens of covenants, lack of knowledge, weak spiritual foundation, spiritual blindness, lack of communication with GOD, traditions, false religions, heresies, evil thoughts, worry, fear, infirmities, sicknesses, deception, materialism, accursed things, dedication to marine spirits, sacrifices, ancestral covenants, libation, occultic practices, presented to the sun, dedicated to gods, occultism, sexual perversions, addictions, cosmic powers, palmists, native doctors, idols, altars and related practices.

## EVIL CONSUMPTION

Evil consumption is associated with witchcraft, occult, cult and other demonic societies. Food may be contaminated by demonic rituals and spirits. Drinking blood, and consumption of witch doctor material, such as holy water, brings bondage. These church of Satan members forced me into the occult through initiation as they manipulated me into laying on their altar every time, I went into the building understanding that the altar is where the spiritual and natural worlds meet legally to exchange

**Black witchcraft** operates through the combination of juju and voodoo. The original arts of witchcraft in Africa came from Kofi-Manu of Ghana. The masters and founders of black witchcraft in Africa are Wizard of Ingoni of East Africa, and Ezemu of Upuluku and Orunmila of Nigeria. **Demonic experiment station, enemy detention camp, evil marks and remote control are used. (My body was marked in three different places during the night)**

## WHITE WITCHCRAFT

White witchcraft uses talisman, fortune telling, astral gemstone, crystal ball, shadow reading, tarot card, ouija board and so on to determine forbidden knowledge.

## BLIND WITCHCRAFT

Blind witchcraft includes always wanting to eat, fluctuating between joy and sorrow, sleep walking, talking to yourself on the street, periodic demonic attacks, and prone to immorality, drugs, alcohol and chronic depression.

## BEWITCHMENT

Bewitchment includes casting spells and curses. Effects include mental and physical fatigue, confusion, emptiness, accidents, disorientation, affliction, demonic cage of poverty and material adversity, DNA bondage and soul ties, jealousy, and loss of self-control, reputation and position.

Dr. Daniel K.  and Folashade Olukoya, Olumide and Oluwatoyin Oni, Kehinde and Aderonke Olajide and the entire leadership at Mountain of Fountain performed various Satanic ritualistic occultic acts in their church against Terese Ebony Jones at several of their synagogues for Satan cleverly disguised as Christian Churches.

The ritualistic acts were performed as part of their religious solemn ceremonies where divination, bewitchment, bondage soul ties, imprisonment and the caging of my soul, chronic depression, emptiness, poverty, demonic attacks, attempting to force me on drugs/alcohol, inflicting my body with HIV/AIDS, heart attacks, stroke to disable me and a variety of other spells and curses spanned over a more than five-year period.

It was illegally and unconstitutionally acts of worship against my faith, belief and desire to serve Jesus Christ, and Christianity. It is my goal to keep the satanic acts as brief as possible with a goal to give a detailed account of their methods against me and several other innocent Americans who their leadership intentionally misled lied to and committed violent attempted murderous crimes, civil right violation, hate crimes, human trafficking, discrimination, public corruption, white collar crimes as an organized entity using their religious skills through blackmagic sorcery divination spells candles altars and shrines.

These acts were done with the full knowledge that I unequivocally without any question explicitly stated and displayed my love affections and desire to serve no other God except Jesus Christ of Nazareth.


**Dr. Daniel K.  and Folashade Olukoya, Olumide and Oluwatoyin Oni, Kehinde and Aderonke Olajide and the entire leadership at Mountain of Fountain have an allegiance with and are people of the water and are masters with the spirits describes above under spirits associated with Nigerian practices. These are the practices of Doctor Daniel K. Olukoya and Mountain of Fire. It is their belief practice and foundation of the church as with Tracy B. Magwood and the majority of churches in America.**

**Nonetheless**, without my revealing information about my past with the previous church, Kehinde and Aderonke Olajide had full knowledge of the Satanic attacks I had endured in the past. This is another reason why I confirm, this church of Satan is an organized crime entity. They are all connected. Having recently been freed by the Lord Jesus from the dark Kingdom operated by Saints on the Move for Christ, under Tracy B. Magwood, Lashon Reese Noel Magwood and Tammy McIntosh and their organization I had a brief period where the Lord quickly restored me and I was on the road to recovery.

Saints on the move for Christ evangelistic ministry's name itself is very misleading, as they are not, and never was on the move for anyone but themselves for TD Jakes and Satan so he could open the gate to success for Noel Magwood. It was done at the expense of decades of blood sacrifices along the way. SOTMFC is just another coven disguised as a Christian Church who used their powers to spiritually destroy my dreams, life, destiny and future.

Mountain OF Fire Miraculous Ministry continued the deception and murderous plots against my life through spiritual warfare using the very word of God through sorcery, deception, hate dominance, control and manipulation.

After I underwent over twenty-five years of sadistic satanic ritualistic ceremonies for magus Thomas dexter jakes (Th.D. Jakes), Serita jakes, Sarah jakes Roberts of the potters house Dallas Texas performed by Tracy Bernice Williams-Magwood, Noelle Bernice Magwood, Tammy McIntosh and other members of Saints on the move for Christ evangelistic ministry and Lashon Reese, Bernice span of Next Level Faith center satanic temples disguised as non- denominational Christian churches I was sent to Mountain of Fire for additional torture.

I underwent five additional years of the same sadistic satanic ritualistic ceremonies performed by Kehinde and Aderonke Olajide, Olumide Oni, Moses and Caroline Wood, Latoya Marion Robinson, and members at Mountain of Fire Miracle Ministry another satanic temple disguised as a non-denominational Christian church for

Daniel and Folashade Olukoya. Dictator and Doctor Daniel K. Olukoya is a five star highly decorated, highly skilled fifth degree magus, General counsel and son of Satan. He is one of the largest gatekeeper's and slave owners in all of Nigeria and Houston.

Magus Daniel has dominated America with his devilfish's firebrand titled Mountain of Fire Miracle Ministry spanning all over this country and the world.

Just like the Pope being the leader and head of the largest Satanic church disguised as Christianity Magnus Daniel, like the Pope makes disciples and Priest globally for the kingdom of Satan to dominate control manipulate seduce influence wound challenge and force Christians to service Satan. They illegally hold Christians through various method such as caging souls enslaving souls, through Leviathan powers, Pharaoh powers Principalities' powers sickness illness disease.

Mountain of Fire carries out all that this camouflaged by secret military police while preaching against the kingdom of God, Jesus' innocent children and the lost. He accomplished it through his churches headed by magistrals, witches' warlocks, priest, priestess who used his methods of spiritual rape, besiege, spiritual spouse, curses, demons, devils, mind control, dream control, financial hardship, shame embarrassment, reproach, and different powers given to him through Satan himself. Olukoya exchange God's souls for riches, fame and a name in order to deceived and mislead souls to hell as blood sacrifices. Doctor Daniel K. Olukoya, Olumide Oni, Kehinde and Aderonke Olajide, and all of mountain of fire are not Christians. They violated every right and used every spiritual tool from the book of Satan that hindered, stopped blocked and tried to destroy my life destiny, star, gifts and calling. Daniel K. Olukoya speak about himself because he is a marine kingdom dragon from the water. These people deliberately tortured my soul with no mercy. My sold was tortured by their rituals.

Through Doctor Daniel K. Olukoya, Olumide Oni, Kehinde Olajide and the evil congregational satanist at Mountain of Fire ministry they intentionally performed evil satanic ritual after ritual with the purpose of separating me from my God. Also, with the intention of forcing me to serve Satan and a faith and beliefs other than Christianity and Jesus Christ.

For almost a five-year period a Leviathan power and a danger to the Kingdom of God, Jesus Christ and his lost souls forced me to pray at their altars, pray to unknown gods, demons and devils knowing that I believed they were Christians. They know that I believed I was praying to Jesus Christ. These Mountain of Fire servants of Satan deliberately cast voodoo spells, on me and stole my wealth, destiny, star, companionship and illegally married me. They raped me in my sleep and defiled my soul and body. In the spiritual realm they tormented me with deposits with the intent to remove my soul from my body through an illness and untimely death. They attempted to kill me in car accidents over and over. Every time I went to Mountain of Fire whether in Tampa, Houston, or Hollywood Florida, I believed I was attending a Christian church serving Jesus Christ. But in fact, I was attending an organization who cold-bloody premeditated my death through their ceremonies performed on me. I involuntary unknowingly gave sacrificial offerings to the kingdom of darkness through thousands of dollars for tithes and offering as they turned around and used it to curse my finances cause job loss and bankruptcy. Doctor Daniel K. Olukoya and his organization are not Christians nor are they a voice for Jesus Christ or his kingdom. You people at are cold-blooded murders through your faith and power derived from Satan the marine kingdom and hell.

This congregation attempted to murder me as a blood sacrifice at their altar with the full understanding that I would go to hell then to the lake of fire for all eternity.

Through them and my ignorance I was forced into witchcraft through their rites and their initiated me without my consent into satanism. Also, they made every attempted to pressure me to stop my support for Trump. These demon democrats called our President a special kind of evil and attempted to give me reasons to vote for Biden. They believe that Jesus Christ and his kingdom children, disciples and followers are evil. That is what they think of Christianity, yet they hide behind our God to swindle his people. All they care about is advancing Satan's kingdom of the backs of god's people. They are corrupt evil and an organized criminal enterprise like most of the churches across America and on my list.

**Terese Ebony Jones Servant, Slave, Friend, Disciple, Daughter and Ambassador of the Lord Jesus Christ of Nazareth, Son of the living God and former slave illegally held prisoner in the Dark Kingdom, more recently in Mountain of Fire Miracles Ministry where it's a Miracle that I am still alive.**

The only reason I am alive is because of Jesus Christ and the miracle he spared me from the black magic, wizardry and Saints on the move for Christ Evangelistic Ministry cult after spending twenty-five years in the slaveowners Tracy B. Magwood.

Through dream manipulation candles mirrors vexing hexes spells divination words Blackmagic I was have raped me by Kehinde Olajide, just like I was under Tracy B. Magwood. I fact in a meeting with at least fifteen women I accused him and not one of these women asked me any questions in the meeting or afterwards.

These women knew that I was able to identify him as the rapist in my dreams. Which is the spiritual realm and the real world where these powers, workers of iniquity operate from.

Through forcing me on the altars and as a regular member of the church I was married to their god and idol. They, enslaved me, jailed me, stole my finances, used stagnation delay, cut my body and marked me tried to murder me with their practices. I was forced to pay tithes, offering, support and build the Kingdom of darkness while kept in spiritual blindness and illegally held in their

kingdom. I was beat, strangled, raped, again and again assaulted attacked by animals in the spiritual and natural.

This sorcerer powers keep trying to get me to drink using my family bloodline of alcohol.

Recently, I keep having dreams about me going into bars ordering a drink. For example, the other day I saw a bottle of Corona pop up in my dreams. This is another method they use to keep their victims on drugs and alcohol. The familiar spirit alcoholism through my bloodline was used for decades by Tracy and Noel Magwood and the rest of their cult church as a weapon of war to keep me bound in chains and under their control. Mountain of Fire Ministry and Olajide's uses the same tactics. They are an organized crime entity.

These wicked witches at Mountain of Fire not only tried to convince me that I was sick and had HIV/AIDS. Just as Tracy Magwood did for years, In December 2023 they used the entire service to pronounce curses against me to make me sick with HIV/AIDS. They also laid hands on me with oil and I was forced down in the chair by while Olajide summoned a demon of HIV/AIDS into my body.

That was the ceremony leading up to the years and a half weekly and midnight prayers they used to curse my health and inflict me with the disease. Then the warlocks, Olukoya and Olajide along with all their members would speak to me clear as day in my dream and while I was fully awake speak to me that I had HIV/AIDS. This went on for months. I would hear Buke's voice, Caroline woods and Olajide's voice.  Again, for almost a year Olajide would preach at me telling me I was sick. At the midnight service he would talk directly at me trying to convince me that I was sick. December 2023 going into 2024 I left Tampa and he told me that the particles were in my blood and that this was something that I could not handle by myself that I needed the church and I needed to get back to Tampa right away to let him and the church pray for me.

They were trying to kill me with a disease. He used fear to control me and convince me that I was sick. I was not sick but they sent a demon of HIV/AIDS to invade my body. I began to feel sick then to develop symptoms. I had chills, night sweats I began looking for white sore in my mouth. When Olumide Oni came to the church before I left Olajide grabbed me held me down and said take that afterwards I became sick. That was the point when he delivered the demon of HIV/AIDS into my body.

In December 2023, at that same Satanic ceremonial service Oni tried to convince me to give Olajide my RX350 Lexus. Oni used casting of a spell and said that he gave away several cars including a Lexus, however it was a curse directed at me. The incantation and the curse are when they want you to do something they means the opposite, he was telling me that I am going to give away my car. When you are on drugs you are more susceptible to their mind control.

As I left the church Olajide followed me to my car and out of nowhere I told him I would give him my car. I saw his beady eyes become big as he held back his reaction. He was pleased that the divination worked so he thought. That is the reason they wanted me back in Tampa to continue to work on me to destroy my life with a disease and take everything from me.

Nonetheless, after that ceremony service I left to go to Ohio. They were furious, that's when they made every attempt to get me to return. Olajide stepped up the preaching about HIV/AIDS. They wanted me to come into agreement with it. Your words are so powerful even if you did not have the disease and you come into agreement with it your words would activate their evil deeds and one would test positive because the bible says this.

"For by thy words thou shalt be justified, and by thy words thou shalt be condemned". Matthew 12:37 and

I like the way the Amplified version of the bible put **Proverbs 18:21**. Death and life are in the power of the tongue, and those who love it and indulge it will eat its fruit and bear the consequences of their words.

Olajide could see that I was becoming concerned about what was being said, however, I had no fear. I knew Jesus Christ could heal everything but I still didn't want the disease. I cried out to my Lord Jesus Christ and prayed and fasted for seven days no food no water. On the last day of the fast I was tired and fell asleep feeling a bit discouraged. I still felt the presence of something inside of me.

I said, that I would continue to fast and put on a channel that had the receive the Holy Spirit on a loop. Tears came rolling down my eyes as I called on my Lord. Then I saw with my own two eyes, a big back demon left my body. Not only did I see the demon resembling what one would see described in a cartoon or something. But I saw the demon exit my body and disappear. When I got up, I felt differently that demon was gone and the Lord said go take the test.

I drove two hours to Cleveland Clinic in Ohio and was tested for HIV/AIDS and everything else.

At this time, I was still feeling sick but it was mental. I started feeling so bad, I believed I had covid.  Sadly, I took an overnight bag. Although I refused to speak the words, I thought that I would be told that I needed to stay in the hospital.  Remember I had no one else to turn to but my tormenters who benefitted off my having an illness and wanted me to have the disease an suffer.

Therefore because of my experience, I believe most of the illnesses are witchcraft sponsored. The evil powers love to inflict us Christians with HIV/AIDS, heart attacks strokes.  More importantly they love to cause organ failure or disable us with horrible disease. While in that waiting room, I just began saying the devil is a liar, I ain't walking in fear I know my God healed me. I speak to all test you will be negative in the name of Jesus.

The test came back negative and I praised my God Jesus Christ for healing me every symptom I had disappeared. Now keep this in mind this warlock Olajide never wanted to pray for me only when it suited him when wanted to do damage to me or do some sinister curse on me.

 However, on the day the test came back negative I called him, since I was demonized by him, I was programmed to call him.  When I gave him the news, I could hear he was upset and he said let me pray for you.

After Olajide prayed for me when I walked in the house I was glued to the chair. It was a spirit that held me to the chair for a week. I sat Infront of the TV watching movies.  A powerful force held me there I could not move. I could not move then two weeks went by. During this time, I am so sure he Olukoya and the rest of the members fasted and prayed against me because what happened next can only be describes as something supernatural from the pit of hell. He tried to kill me with a drug overdose. This is the method of the slave masters who enslave the people they consider enslaved souls are punished and murdered when they are furious and want us dead.

This entire global system is established on a slave owner/master enslaved/slave. I was enslaved first through Tracy B. Magwood for TD Jakes to promote raise up and introduce a new voice through the gate he opened as gate keeper and Magus. And I was further enslaved

and kept as a slave by Mountain of Fire Ministry by Kehinde and Aderonke Olajide for Magus Daniel K. Olukoya to promote and raise them up to be the voice of Satan.

By no means is these the only two slave owners however these two had the biggest impact. After years of slaving and giving them all of my money both tried to end my life with their religious ceremonies. This is our system most recently and similar to Angie Stone who was a slave and used to work for decades without proper compensation when she rose up, she was cold-blooded murdered by Satanic forces.

The existence of this highly organized religious-spiritual subculture and its members are adversarial by nature to the genuine Christian community. The regulatory governing body members, actions, and policy publicly promote their god, religious practices, customs, beliefs, and ceremonies against and above my desire to respectfully disagree with the ratification of this land's natural and spiritual laws.

This occurs immediately once we are not recognized as a member or an affiliate of their church. We are harassed continuously, falsely accused, arrested, falsely incarcerated, and maliciously prosecuted. We are intentionally prohibited from borrowing credit and many times our credit file is manipulated to keep the score below average to prevent us from obtaining credit. We are unfairly prevented from opening a bank account even with the proper identification required. We are used as slaves and paid below scale and many times not paid at all and treated like slaves. These things happened to me and most rich Christians who are stripped by a besiege of wicked powers.

We are denied fair treatment from governmental agencies when we seek assistance. Our property is illegally confiscated anytime a member from the occult desires it and works their effective rituals to get it. We are afflicted with sickness, disease, vexe, hexes, and harasses by members of the church of Satan working through the American churches, catholic organizations, business, and organizations throughout the country, but the Satanist disguised as Christians.

We are disarmed by the false teachers and preachers who withhold our God and Holy Scriptures from us to prevent us from fighting against them. Any time an occult member sees fit they intentionally cause car accidents; heart attacks stroke high blood pressure cancer just to name a few. We are demonized by and lived our lives under Satanic control. This religion has real witches, warlocks, priest demons, and sorcerers.

Those members of the occult openly practice their religious ceremonies and have animal sacrifices, drink human blood worship the dead, use tarot cards, have seances among other things.

Their purpose is to shed innocent blood; one of the most popular ways is through abortion.

This satanist cast spells and use potions, incantations, voodoo juju, and different methods. The methods are very established and proven effective. The members of the occult believe and understand their Satanic powers are genuine; however, they convince the world that it is not real or just a movie. Most of the demonic activity comes from the Christian Churches and pastors.

They Identify themselves through a distorted, dimly lit mirror. Posing as Christians, they are the epitome of what Jesus told us, his followers about in these scriptures. They are proverbial false prophets, preachers, teachers, elders, ministers, police officers, lawyers, businesspeople, doctors, all working in their fields in every aspect of society. They are Satanic occult members posing as members of society, nothing more, nothing less. They are the sheep in wolves clothing. The Satanic occult members are devouring the Christian, stealing our joy and peace, giving us diseases, causing sickness, unemployment, destroying families, and waste lives of people from the church.

Typically, the slave is killed in a car accident or they kill is after getting us addicted to drugs and alcohol and use an overdose a murder weapon of choice. Since the Lord had delivered me from all drugs and alcohol at the time I dabbled with marijuana and gummies. However, all the time I was in Ohio before Olajide prayers I had no desire to smoke or take gummies.

In fact, it had been a year and a half since I smoked. I only began smoking a few years prior and was not addicted but like the artistically creative nature it opened up. I wrote well but with weed I was a poetic Shakespeare. Nonetheless after Olajide prayed, I had an unusual appetite for smoking and taking gummies.

Normally, when I did dabble with smoking weed it gave me a buzz quickly. I could take three puffs and I would be high as Eagle soaring in the sky.

But not this day, this day under his death curse to kill me through an overdose I smoked one marijuana cigarette after the other. I did not get a buzz not at all then I must have eaten about five thousand milligrams of gummies and I could not feel a buzz. I felt nothing.

After that I took mushrooms and afterwards, I became scared because I was not experienced with mushrooms. I thought I would go on some kind of trip or would lay down and not wake up because I had so much in my THC in my system.

Warlock Olajide entered my body, this is one method how satanist uses television and media outlets to distribute demonic spirits and programs to send various spirits to attack. Keep in mind that theses occult members are associated with strong demons, demon spirits, Idol god, evil powers and other things we without the word of God have no clue of the depths they are capable of doing with their religious rituals. Therefore, after I did not overdose, I began watching a program on Netflix where there was a lady who was connected with her ancestors. I have no idea the name of the movie nor do I care. The movie was Satanic. The female black character in the movie went into the bathtub and immersed herself under water in a tub.

Upon opening her eyes, she began swimming around in a body of water after speaking to ancestors which are demons appearing with the face of a relative or dead person.

The snake came and went down her throat. I felt the snake go down my throat and I was taken under water by Olajide to Tracy and their coven. While under water I was very cold and asked where was I. I was shivering while these people put snakes and snake eggs into my body to control my life and kill me. It's a whole world under the sea in the Marine Kingdoms.

I kept asking where was I and why was I so cold. When I awoke from the Marine kingdom, I felt Tracy Magwood inside my body. I could hear her voice and feel her presence talking inside my head. While I was thinking about one thing, she was thinking about something else I could tell there was someone else in my body. I was afraid as the demon spirit form of Tracy Magwood tried to take over my body completely and yet again send me to jail.

The demon spirit kept telling me to push the owner of the house down the stairs. Some of this may be repetitive because they were written at separate time for the situation to be explained property. The rest of this narrative is details under Kehinde Olajide.

**Holding each person responsible who took part in practicing sorcery, divination and witchcraft against me in at Mountain of Fire Miracle Ministry, A synagogue of Satan disguised as a Christian Organization. Other names will to be added later as I do not know their names.**

Magistra/Magister **KEHINDE OLAJIDE-** "Beware of false prophets, who come to you in sheep's clothing but inwardly are ravenous wolves. (Matthew 7:15–20).

Kehinde and Aderonke Olajide are member of this organized criminal entity through their ties with the Satanic occult, Satanism, Sorcery and Blackmagic. They are highly skilled, high-level sorcerers from Mountain of Fire Miracle Ministry, another church of Satan masquerading as a Christian organization. The Pastors did commit heinous violent crimes against me while in their church under the intentional deception they were Christians working for Jesus Christ and the Kingdom of light.

These pastors and members of their church attempted murder with their religious practices through car accidents, sickness, afflictions and anxiety. They forcefully molested me and raped with the intent to control, dominate and manipulate me into slavery and submissiveness to him, the ministry and the occult for Doctor Daniel K. Olukoya and Olumide Oni.

The pastor and his members did engage in attempted murder me through beating and a strangulation in my dreams where they are experts and operate in the spiritual world. The pastors of Mountain of Fire did intentionally perform Satanic rituals, rites and deliberately initiated me into the occultism with the full understanding that I only wanted to serve Jesus Christ and Christianity. The pastors of this church of Satan did intentionally and deliberately initiate me into Satanism with the intent to separate me from Jesus Christ and the Holy Spirit with the full understanding that I was attempting and desired to abide in Jesus Christ.

The pastor and the church members fully understood without Jesus Christ I can do nothing. "Abide in Me, and I in you. As the branch cannot bear fruit of itself, unless it abides in the vine, neither can you, unless you abide in Me. "I am the vine; you *are* the branches. He who abides in Me, and I in him, bears much fruit; for without Me you can do nothing." John 15:4-5. Yet, they intentionally used deception to lure my and forced me to bow down to another god knowing that the God of heaven considered it a sin and it would separate me from him. I had no idea I was in sin and separated from my God but they were fully aware of what they were doing.

"But your iniquities have separated between you and your God, and your sins have hid *his* face from you, that he will not hear." Isaiah 59:2


Kehinde and Aderoke Olajide as directed by Daniel K. and Folashade Olukoya and Olumide Oni did deceptively use his criminal organization to collect thousands of dollars from me through wire, mail and in person of his house of il repute with the full understanding that I believed I was contributing to a Christian Organization.

The pastors of the house of horrors, refused to return the funds upon my discovering Mountain of Fire is no Christian organization and the leaders are not Christians but Satanist.

Kehinde Olajide as directed by Daniel K. Olukoya and Olumide Oni did deceptively use his criminal organization to human traffic me to Tope Oluwayemiwo to work as a slave without pay and under the impression that the free work was for a Christian organization and not a Satanic temple. Also, for performing years of cleaning of the satanic temple located at 607 Roberts Road in Brandon Florida.

Kehinde Olajide as directed by Daniel K. Olukoya and Olumide Oni did deceptively use his criminal organization to carry out hate crimes against me through his religious practices including an attempt to cause credible bodily injury and death by the intentional inflicting me with HIV/AIDS for the ritual of debilitating and controlling my life from the spiritual and the natural realm.

The did in fact use dark knowledge and practices to access the ability to manipulate events in my life. For example, to steal my prayer altar, anointing and power the pastors put me on the prayer line with Latoya while on the line and from their twelve-noon prayer my prayer life was completely drained. I wasn't able to pray one scripture. I had memorized passages of scriptures. I felt no power, no anointing. no presence of my God. I was disarmed as legal transactions were made over the course of the years; I spent leading up to my discovering there were not Christians. Satanic ritual, after ritual, curse after curse, divination after divination, incantation after incantation went on and over for a three years period straight. The rituals were performed by both the pastors and the members of Mountain of Fire Ministry in Tampa Florida.

Slowly and gradually before I realized it, I was not only in their grips but completely under satanic bondage with my soul caged once again. I was fully exposed with no protection because I was blindly practicing witchcraft against my God giving themselves, through my ignorance the legal rights to do what they wanted. Gods' children are under bondage and harm.

Kehinde Olajide as directed by Daniel K. Olukoya and Olumide Oni did deceptively use his criminal organization to swear and publicly threaten that I would die of a terrible disease and suffer knowing that he was making a credible bodily threat against my life. Trying to instill fear, intimidation mental anguish through their connect through the dark arts.

Kehinde Olajide as directed by Daniel K. Olukoya and Olumide Oni did deceptively use his criminal organization to force me to participate in Satanic rituals and practices and by initiating me into the occult against my ecclesiastical, constitutional human, natural and Geneva rights as held by the war time rules.

Kehinde Olajide as directed by Daniel K. Olukoya and Olumide Oni did deceptively use his criminal organization to purposefully discriminate against me because I am a Christian thus receiving undue, unfair and harsh punishment of the spiritual and natural kind fully understanding I was in a position to allow the lord to rebuild my life.

Kehinde Olajide as directed by Daniel K. Olukoya and Olumide Oni did deceptively use his criminal organization to purposefully use severe spiritual

warfare tactics knowing I had not yet suspected them as they disarmed and stripped me with continuous attempts to have me arrested, satanically removing my powerful prayer altar, fasting, praise and worship where I could not access my God. Anytime my soul cried out they refused to assist because they were the source of my severe pain and suffering. They intentionally tormented my soul profoundly and horribly.

My soul was caged and I felt no spirit of God, no presence of the love God, my powerful anointing was stolen, no power no church fellowship, no help, no joy, no peace. I felt dry and dead inside because of these rituals against me and they knew I was physically dying. They were responsible.


Through Mountain of Fire Ministry, Satan, Doctor Daniel K. Olukoya, Olumide Oni his gatekeepers, leaders, masters and lords Kehinde Olajide is the quintessential face and mouthpiece of a false prophet. Kehinde Olajide, like Tracy B. Magwood is the epitome of a ravenous wolf in sheep's clothing described in Matthew 7:15.

Mountain of Fire Miracle Ministry is the twin to Tracy B. Magwood's Saints on the Move for Christ Evangelistic Ministry, and the majority of the Marine Kingdom ministers with ministries established through a commitment by covenants, altars, shrines, familiar spirits, demons and idols provided to them by Satan from the halls of hell to intentionally, disarm, mislead overtake and subdue Christians and force them into the occult.

Through Kehinde Olajide desire to become wealthy and advance in life he uses Mountain of Fire Ministry's falsehood, deceptive practices as a launching pad for the occult, satanism, Blackmagic, voodoo and all the dark arts intentionally draped under a veil of Christianity to lure Christians into financially supporting his lifestyle and desire to please Daniel K. Olukoya.

His desire for Daniel K. Olukoya's keys to open the gate to success encourages him to use methods to dupe the world into believing they are Christians. In the process this lawless leadership are building great wealth from Christians through collecting donations, tithes/ offerings, books and preaching another gospel while giving the impression that they are leading souls to Jesus Christ. "But though we,

or an angel from heaven, preach any other gospel unto you than that which we have preached unto you, let him be accursed" Galatians 1:8

 These corrupt slave masters are building Satan's Kingdom, doing his work and intentionally initiating the souls, like me who was looking for answers and help from Jesus directly to the devil and into the occult. They have built great wealth off the backs of slaves from the Kingdom of Jesus Christ.

For over five years, a method was employed to systematically deny me my ecclesiastical, constitutional, human, natural, natural, and Geneva rights in my own country of birth.

This approach was also executed through Tracy B. Magwood for her gatekeepers, leaders, masters and lords Thomas Dexter Jakes (TD Jakes) Serita Jakes, Sarah Roberts Jakes.

As with Tracy B. Magwood and her cult church, through Mountain of Fire and Kehinde Olajide they used a combination of their religious rituals, practices, customs, beliefs to intentionally separate me from Jesus Christ and the Holy Spirit.

Since it has been about a five-year period, I will briefly describe some incidents and others in detail for this court document and letter asking for help from heaven and the white house.

 Immediately after the Lord told me that he was going to use me, I received a message to attend Mountain of Fire Ministry, but that message was not from the Lord Jesus Christ. The voice I heard was through trickery and deception to divert me from serving the Lord and to give me the impression that it was the voice of Jesus Christ.

In other sections I described how members in the occult use black magic to put thoughts in your head to give you the impression that the Lord is speaking to you.

Similar to Tracy Magwood and her church, after I started attending Mountain of Fire Ministry, I experienced an increased number of near-fatal car accidents. The members in the occult used car crashes and car accidents to carry out murders against people they hate and want to be rid of. Because it's a car accident, that is how it will be investigated and determined not a cold-blooded murder by a slave master who needed a blood sacrifice.

However, from the amount of near-fatal car accidents and my experience they are capable of using their religious rituals through their practices to carry out a cold-blooded murder in the form of a car accident. For almost five years. Every Monday, Wednesday and Sunday I would experience a nearly fatal car accident on my way to that church. An attempted murder through witchcraft.

Which tells me, that the leaders in the church and Kehinde were performing satanic rituals using their religious practices to tried to murder me in a car accident. The reason why they attempt to murder a slave in a car accident is because the Christian believing that they are serving Jesus Christ but are not because of the affiliation with the satanist would go to hell.  The Christian's soul is in deep trouble and in my case Mountain of Fire put me in deep trouble with my GOD. Although, I believed I was in a Christian Church and I believed, I was practicing Christianity, but I was not, I was in the occult bowing down at their altar, giving money to that altar, and to that pastor in ignorance nonetheless it was done and witchcraft is an abomination to the Lord of heaven. Since MFM are in the occult they knew very well that they were intentionally separating me from my God and from the Holy Spirit and I would not be in a place of authority.

As with Tracy Magwood there were so many of them surrounding me, praying against me, fasting against me, working witchcraft against me, working black magic against me, performing rituals against me, laying hands on my head with satanic oils, and praying satanic prayers against my health, life and my projects.

We are talking about decades of praying against my future, wealth, my destiny, my place in life, businesses, marriage everything that I prayed for they found a way to find out about it through deception and they prayed against it.  Everything that I desired to do after giving me the impression that they were there to help me, they were there to help me reach my goals they stole everything.

As with Tracy I experience with Kehinde the incubus and the succubus spirit which they believe that they are married to you because you are their slave and property. They believe they have a right to have sex with you in the sleep. It is rape and it is molestation, but it is a practice they frequently engage in. It is a widely held practice by satanist and members in the occult through the spiritual realm. They inflict failure sickness and disease in your body when they want you to die or have issues.

Several occasions when I was violated, I did not tell anyone, but Kehinde would make mention of this situation as if to mock me right in the pulpit. After he made those statements that's when I confirmed that it was him. While it as was happening, I sensed his presence. In a meeting with all of these women in session I accused Kehinde of raping me in my sleep. They keep Christians on drugs and alcohol or medication because when one is intoxicated, he will not be able to identify when they are being raped, beat, or being molested, chased, or using animals to attack or marrying you. Many people on drugs go insane because they see the demons and are attacked by them and great fear hit them. The demons being mental disease especially Schizophrenia. It's a demon spirit.

I had to begin to cover myself with the blood of Jesus and dispatch the angels all around me. One mooring I woke to find my panties wet and spotted and as I cleaned my vaginal cavity a yellowish type secretion was remove with my finger. I could determine I was touched as it was all wet and I do not have what is known as wet dreams.

There were at least fifteen women on the line and not one of those women text me or called me to ask me why I said that about Kehinde. Kehinde never denied it and never responded to me.  As a pastor wouldn't it seem natural for a least one-woman t contact me on the side. Another practice that I experienced was marking all my body.

The satanist and occult members believe that I am their slave. We know from history, in the natural   the master used to mark the slave as property to be identified as his own incase the slave ran away.

 I have three separate markings on my body from different occasions when I went to sleep, I did not have those markings however when I woke up the next morning, I had the markings.  One marking and I believe this one was the first was on my right arm near my armpit but on my arm. The morning when I woke up the mark was just an open mark as if I had burned myself with a hot comb. The next day a scab formed.

The second mark is on my right arm near my wrist and the third was a cut on my right hand. When I woke up to discover the mark, it was painful and felt like, as if

someone used a razor and cut into my skin. The mark was bleeding and it was hurting. One night, as I was sleeping, I was abruptly awakened by Kehinde standing in my room. He grabbed my right ankle.

The next morning, after reflecting on this encounter, I realized the significance of what had happened that it was Kehinde. When I stood up, I almost collapsed because my left ankle was swollen, and I was in pain. I walked around for almost two weeks limping and then I decided there was nothing wrong with my ankle. I said enough of this I should not be limping, and I prayed, and the Lord healed me.

That incident was a spiritual attack through rituals just one of many that I experienced through Kehinde at mountain of fire under his care while he was posing as a Christian pastor. Again, because I attended for such a long period of time, I am going to add more incidents that occurred later on hopefully and prayerfully after a lawyer represents me. These church leaders are enslaving, torturing, humiliating, abusing and amusing our bodies and soul through their religious witchcraft and practices. They believe they own us.

As with Tracy Magwood's cult  through her thirty-year homosexual relationship with use Tammy McIntosh they perfected a system through the blood witches. Blood witches have the ability to contaminate the blood and inject a disease into your body.  Tracy Magwood, through curses incantations and spells first injected HIV/AIDS into my body years ago.

 In fact, for many people in the churches this is a method and it is a satanic ritual performed on the blood of men and women in their congregation as a way to control them the way Kehinde and the members of Mountain of Fire tried to do with me. But I thank God that Jesus Christ stepped in and healed me or I would be infected with the disease right now. The other day I had a dream and saw white sores in my mouth. Christians are unaware that you must curse that dream from the root and cancel it immediately after you wake up.

Tammy McIntosh has been in the medical field for a very long time. She is extremely skills as a Jamaican or Islander, as her mother was.  The medical field is a haven for witches and workers of iniquity from the doctors to the nurses who inflict punishment on God's people. We have to understand how to use the word of God as a defense and more importantly offense.

When we go into places of business or purchase products, we must pray beforehand. I had unreasonable fear of acquiring the disease of HIV/AIDS. I can only tell you that I know that it came through being involved with Tracy Magwood infected me years ago. And for almost 2 decades I did not take a test and I avoided taking the test because I knew that I would have to be in the right place spiritually to receive that diagnosis. The very first time in my entire life I had an HIV/AIDS test was in January 2024.

"For the thing which I greatly feared is come upon me, and that which I was afraid of is come unto me." Jon 3:25

I had an unreasonable fear of going to prison for whatever reason but believe it was programmed in me since I was demonized most of my life. Likewise, I had a reasonable fear of being diagnosed and I believe they were directly related to being associated with members of the occult who absolutely unequivocally have the ability through their religious practices to inflict us with diseases and send us to jail. I am talking about what I have experienced.

After I received the twenty-five-year mandatory sentence which was arranged by members in the cult who sent Kent Edward David into my life on assignment to have me incarcerated I was terrified because I knew that since the fear of going to prison came to pass then the other fear would follow. We Christians must not fear anything they thrive on fear and causes you to lose your place of authority leaving the door open for them to attack. Why because "Fear" is a powerful tool that could open the door for attacks.

"For God hath not given us the spirit of fear; but of power, and of love, and of a sound mind." 2Timothy 1:7

For years I fought the voice in my head. I thought to myself for years because I hear a voice in my head every night, over and over, in the middle of the afternoon, over and over at random I would hear you have AIDS you have AIDS. I would also hear that I was going to die in a car accident. Or of a drug overdose I will hear those voices clearly and at the time the only thing that I could do was say that I rebuked the thought in the name of Jesus. I would also cover my mind and cover my thoughts with the blood of Jesus.

Tracy originally worked through their rituals and involved me to manipulate my blood. However, after I started attending Mountain of Fire those voices became very much more or pronounced, they were gone for some years but there I began to hear them again.

This time I believed through Carolyn wood and Moses they tapped in to the fear that was on the inside of me about their diagnosis and they projected that into a ritual which began the process all over again. So, I made up my mind I am not going to walk around with that fear. I was demonized and under their control however every time I heard the voice say you have AIDS. I would say no I don't you have it.

Every time I attended a service at mountain of fire that service was deliberately a congregation of witches warlocks demons powers occultic congregation assembled together to take my life., to destroy my life, to lead me away from the Lord, and two take everything and stripped me of everything else of my treasure destiny star future place in life gifts calling whatever was left they wanted that so every time I stepped in to their congregation the prayers were prayed against me.

For example, Kehinde has it on tape where he had a whole session initiating me and my blood where he went on to say any sickness, any disease, any ailment any affliction and my blood and my body in my cells in my system. He used to curse those things my blood my body my system my cells in a satanic ritual to manipulate my blood. When Olumide Oni came from Texas Kehinde grabbed me and suddenly laid hands on me and said take that. It was a ritual performed against me to give me AIDS. After the ritual I fell sick in my body. The ritual continued for months every time they had a meeting especially during the midnight service.

They were rituals where he just went on and one with his ritualistic prayers. At times Kehinde would directly talk to me about myself while the other women were in the background praying, they're satanic curses against my blood. At other times he and I were the only ones on the YouTube channel.

In December of 2023 I left because it was becoming too much every time. I lost everything, all money, jobs, income, business, opportunities, investments, prayer life, anointing, ability to write, sing. They were praying against me involving me in rituals I became weaker and weaker, feeling tired sick all my money business, income, glory, voice writings of books, music and everything the lord restored after leaving Tracy Magwood had once again dried up like a desert in the hottest place on earth that had never seen water. I was dying slowly and surely. I felt no life, no light I was put in a bottomless pit once again. But I cried out to the Lord and cried and cried and cried. I missed him I missed Jesus being surrounding all around darkness.

After the ritual was performed on me in the church around mid-December 2023, I believe they had an idea that I would not return. Oni, Kehinde and the entire church had pre-arranged the entire ceremony to conduct a ritual against me.

In the past Kehinde would avoid calling me or praying for me. However he called me, this man hated me he never wanted to be around me he would never call me but did so to tell me and to come back to Tampa. He stated because what I'm going through, I could not handle it on my own.

 I had no diagnosis of anything and then after that conversation over air at midnight he began talking about the same thing about particles in my blood again. Then he called me and say let him pray for me and I needed to come back to Tampa.  All he kept talking about were particles in my blood the particles in my blood which means they ceremony was to project AIDS and he fully expected me to test positive.  I was very upset and decided that I would not communicate with him again. That's when the Lord instructed me to go on a seven-day absolute fast no food no water fast and lay before the Lord now this is January 2024. I am so traumatized and still demonized but I heard in my spirit a small still voice to fast.

 Through three years of telling me I had AIDS pronouncing it upon me praying against me, playing games with me I decided to take the test.

 But again, after I followed the Lord's instructions of going before him on his seven-day absolutely no food no water no games nothing pray and I did and I

created a tape and I prayed and I stood before the Lord I told the Lord I know what he's saying meaning what Kehinde is saying but I know what his word said.

On the 7th day I felt somewhat discouraged because there was still something I felt in my body and as I laid down praying and I fell asleep right before I woke up, I felt the big black demon of aids that was set from the pit of hell through Kehinde the congregation and the church and Olumide from the rituals. I saw it leave and then I felt it leave my body felt healed and I heard now go take your test. And I drove two hours from where I was located to go to Cleveland Clinic in Ohio to take the test.

Afterwards when the test and every test came back negative because I had been experiencing symptoms and I thought I had something when it came back or when the test came back the symptoms disappeared and I was so relieved I went outside and immediately I contacted Kehinde.


Immediately the first thing he said was let me pray. He was definitely upset and I'm thinking am I reading something into that it sounds like he's upset but he tried to contain himself. He was angry that my test was negative so he knew that I had broken through and got a healing from the Lord. He was furious however he tried to give me the impression that he was happy for me. The years of work they put into my being tested positive that he was beside himself but Lord came through and healed me.

After this pastor prayed for me again a heaviness came upon me. I had got the best news of my life and Jesus was the only thing on my mind. I was headed back to the room where the Lord healed me to praise and thank him all night for the miracle. However, when walked into the house where I was staying, I was immediately drawn to the sofa and it was almost like I was glue there something sat on top of me and I was paralyzed and unable to move.

Then a strong urge came upon me to smoke marijuana which I had not smoked it in a year or maybe a year and a half. This is the part where I understand how the occult members not only kill Christians with sicknesses and diseases car crashes and accidents but now, I can fully describe how they kill us with overdoses. In the

previous writing I already described how Mary Medlock forced me to take almost 80 pills in an attempt to cause me to overdose.


After that incident the next day the deaf demon was hanging around me.

I was getting into all sorts of near fatal car accidents and other strange happened. The Lord saved me from that as well nonetheless after Kehinde prayed for me and sent an assignment to kill me with substance.  If an individual is addicted to drugs alcohol or whatever and the occult wants to kill that individual, they will cause you to not feel high no matter how much to ingest. Then since you are demonized and remoted controlled by them, they will trigger an impulse for the individual to continue to ingest the substance. The drug will store in your body as you continue to keep taking it because you do not feel the effects until you take in so much that you lay down to go to sleep and you die of an overdose that's how it's done.

 In my case wasn't addicted to marijuana and I had not smoked it now for a year and a half. I was never a weed smoker even as a teen when everyone was smoking, I just never liked it.  However, for months Kehinde would lie and tell me that he was counseling a girl who was addicted to marijuana and would not stop smoking it. I believe that he knew the friend I stayed with was a smoker and trigger a desired in me to smoke weed. Therefore, he was lying and never counseled anyone but in fact he was conjuring up a marijuana demon so that I could become addicted to it. The funny thing is I began loving the way that it smelled but the Lord stepped in and gave me an allergy so after that incident which was the last time I smoked it triggered an allergy.

 Drugs and alcohol are not only a gateway but in entryway for these high-powered sorcerers to use sorcery against anyone they want to kill.  Through those drugs legal or illegal and alcohol, in my case it had a profound effect and gave that demon legal right to do what he wants, which was to kill me. I'm a lightweight when I did smoke on and off with my friend who is the one introduced it to me about four years ago.

Under any normal circumstances, I would take 3 puffs and I would be done. I would not be able to take anymore of course until that three puffs wore off then you take three more. After he prayed and assignment to kill me with an overdose, I began with two puffs one after the other entire cigarettes or marijuana cigarettes were smoked. I felt absolutely nothing then I must have eaten about three or $400.00 worth of edibles I'm talking about bags which had a hundred 500 milligrams 50 candies. I must have eaten about six to seven bags.

I lost count but my point is because Kehinde performed a ritual on me I could not feel any buzz whatsoever and I continued to consume and smoke for hours. Then I ate mushrooms after that I began thinking to myself this is going to hit me all at once and I'm going to just go on some kind of crazy trip. I thought I might run outside without my clothes on or do something crazy and they're going to lock me up and insist I take medication. I thought to myself I'm going to hide in the bathroom but then I thought the bathroom might turn into hell and I might see fires and demons and I was beginning to bug out. I said if I saw demons I would fight them but I was deceiving myself I was still demonized and had no power. All of a sudden, I became deeply sleepy intensely sleepy as if I've never felt that intense sleep in my life and never stopped to think that had I died in that state heaven would not have been my home for all eternity.

What happened next was Kehinde caused this deep sleep to come upon me. Thinking back, it happened once before when Mary Medlock and Barbara Edwards sent an assignment. I was sitting in the chair fully alert then all of a sudden like with this incident I felt a deep sleep come upon me. Nonetheless, Before I fell asleep, I was watching a Netflix movie it was very satanic.

Do not be fooled the movie producers, writers and the entire Hollywood know exactly the types of spirits that are sent out through their productions. For example, everyone is talking but no one is saying that the accuracy of the predictions coming from the Simpsons is because they writers, directors and people involved are in the occult and the knowledge-based information comes directly from the pit of hell through Satan.

That is one reason, from my opinion and studies the Lord did not allow the fallen angels back because they taught the sons of men knowledge that the Lord did not want them to have.

Also, there were no plan of redemption for the fallen angels. They are the same demon hanging around from the beginning of time and do reveal future events as in the case of the Simpsons. The people predicting events practice the religion of Hollywood which is the occult.

Let me just say this is my thoughts on the Simpsons accuracy knowing they are not Christians by the very content they distribute. Therefore, movie producers are used all the time to show occultism. The girl in the movie immersed herself in the tub and went underwater holding her breath. When she came from under the water in the tub she was in a pond or a body of water swimming around. Out of nowhere a snake came and went down her throat that's what they did to me. I literally felt a snake go down my throat and moved in my body then I passed out.

These people in MFM and the occult are a people of the water. That is why when you listen to them preach the message is about Levithan, Marine Kingdom and things not only the average Christians don't have any clue about but the well-informed followers don't believe this can happen.

They believe as Christians that these things don't happen even when everyone else in the world knows it happens.  the problem is everyone knows these things exist and happens except Christians who the black magic is it's being practiced against and are under demonization by these pastors, and society.

The days that followed this experience and I will say that if it wasn't for the Lord Jesus Christ I would have gone into cardiac arrest I would have had a heart attack or something.

Again, I just kept going on and on and then on top of that I kept smoking cigarettes one after the other one after the other when that deep sleep came upon me, I was taken down in the water and my soul was caged once again because of that sin he deceptively lured me into. No matter what I did for almost forty years of my life my relationship with Jesus Christ was interfered with by the occult members and the Church of Satan. I kept asking them while I was underwater why am I cold I was strange cold and I saw cages. People's souls were caged and they did terrible things to me. It was black and very dark I was naked and had my hands folded trying to cover my body. I was shivering and asked where am I? How could I be underwater and talking?

They put snakes and snakes' eggs in my body. When I woke up, they try to give me amnesia so that I could not remember what I saw. But I remember things were going on there like in the normal course of a day. Inside of my body I could feel the snakes moving around I could feel eggs moving around in my body. I tried to eat something and could not. I was getting nauseated from the smell of my own breath. First, I could feel Tracy Magwood inside of my body.

I could feel her voice inside of my head myself. I felt weird like someone was standing next to me but they were not next to me but inside of me trying to take control. She tried to take over and told me to push my friend down the stairs. I gasped and said "Oh my God" The assignment was to have me arrested. That is another tool used by occult members against us.

They wanted me arrested again and when I did not do it, I could hear her furiously cursing me out trying to get me to two things I did not want to do. I felt afraid because I knew there was someone else in inside of me and it was apparent. I was thinking one thing she was thinking another or that spirit demon had a mind all of its own.

So, I'm thinking I need to go back before the Lord and I go upstairs to pray. Once I climbed the stairs to the attic it was a struggle. I had been going up and down with no problem and for seven days I struggled. That's how long it was that I carried around another person inside my body.

I was not able to eat but I knew I needed to fast. I took a bottle of water with me. After I drank one small sip of the water, I could feel the water moving slowly from my throat esophagus all the way down and I began to vomit. The water shot out of my mouth like a spout and I began to vomit. My breath smelled foul disgusting and horrible. My breath was the worst I had ever smelled; it was horrible. I kept clearing my throat because something kept coming up out of my body like when a person has acid reflux.

I can't describe it but it was like a type of slimy mucus that kept coming up. It was nasty something that I've never ever seen and it had a foul file odor. I tried to pray the but other being inside of me did not want to pray. I had all sorts of crazy thoughts. I had to force word out and had to read the bible. I could not recall one scripture.

These **Soldiers for Satan are engaging in a bloodthirsty Spiritual warfare waged against genuine Christian from the pulpit through the Marine Kingdom residents.** They (Satanists) are the slave masters of the spiritual realm, where they unreservedly control people's lives and entire neighborhoods, communities, territories, and regions via bewitchment. They cast spells and use voodoo, juju, tea leaf reading, crystal balls, and most devices proudly displayed in some Disney movies.

To maintain their evil influence, they exploit our lack of spiritual knowledge and keep us spiritually blind through their religion of Satanism. The church is kept demonized and under bewitchment. Everyone is practicing witchcraft but Christians are not only the target but we are the primary group who refuses to believe that sorcery and witchcraft exist although our Lord not only said it exist but he casted out devils and demons.

**What people call demon possession is demonization. After Olajide prayed for me and took me to the bottom of the ocean where** snake entered by body - left snake and snake eggs. Christians better stop playing in these churches with these occultists in the pulpit. People would have called me possessed.

They can use their religious curses to put a disease in your body and some only Jesus can heal. Some diseases and sickness are introjected in the body during sleep to get the person weak and on medication where they can be controlled. Anti-depressants and other anti-medications do not cure, treat or suffer any mental illness. Mental disease is a spiritual attack by members in the occult.
Demonization is where the soul appears to be possessed, but it is under the influence of a Satanic power like I was. All souls belong to the lord and cannot be owned by Satan or sold to him. Medication is sorcery and one should be very caution when on it. It opens the door to the spiritual realm for attacks from the dark side.

**This was a real spiritual attack - another method of domination by occultists. I began**
- 1. Hearing voices.
- 2. The voice told me to harm someone thank God I did not.
- 3. Snake and snake eggs in my body crawling around.
- 4. Another personality inside my body.
- 5. Another personality attempted to control me.

- 6. Unable to sleep.
- 7. Paranoid- afraid to go outside.
- 8. No appetite.
- 9. Headaches.
- 10. Double vision.

Although Olajide was responsible for the prayer Tracy B. Magwood was the other personality inside of me then after that Noel entered me for a brief time until I prayed cut the cord. They work together and terrorized my poor soul right there in the church.

Aa with Tracy Magwood when I left MFM a grown educated woman with a Master's degree could not read. Someone who was an avid reader and excellent writer I could not read again. I could not write although I had written books.

I could not sing although I had a beautiful voice and loved doing so. I could not write song, poetry short or long stories although I had done so for years. I could not once again, keep a job. The last time I attended the service where Oni and Olajide cursed me and sent a demon of HIV/AIDS they wanted my picture for their altar to have in their shrine as we gathered to take a picture Caroline wood put her entire five fingers around my hand and pulled from my wrist and slid her fingers in a motion as she was taking something out of my hands. She took wealth blessing and everything out of my hands in a satanic ritual right in the church.

After I left, I could not earn a living as with Tracy due to interference. Other things Olajide did was to tell me to get on my knees in his office. He stood in front of me with a bottle of oil and began squirting the oil in my mouth while holding the bottle in front of his crouch.

After the members of MFM left my home, I could not pray at all. Some walked around the property, Olajide mocked me and said my home was an altar. He failed to mention they set up an altar in my house giving them access. I was under twenty-four-hour surveillance.

As with Tracy, Olajide would tell me to hold my head back breath in and would anoint my head with oil. They did not want me to go out of town so he

appeared as if it was Jesus Christ about getting a divorce the same day, he called me to meet with him. In his office he gave me the exact scripture in the same order that I received in the closet. To date I am the only one in the entire church who was baptized.

It was a baptism into the occult and satanism. Just like Tracy B. Magwood actions and attempted murders, illegal arrest, incarceration, baker acts, curses were for the purpose to shed human blood as and to sacrifice souls so that TD Jakes the gatekeeper could open the door for Noel to be the voice of Satan and preach another gospel and garbage.

All of the witchcraft I experienced at the hands of Olajide was to also offer blood sacrifices for Olukoya his gatekeeper to open the door for him to get a large church, collect donations, titles and offer by fleecing Christians who are spiritually blind but looking for the love of Jesus and his community. This man and the other named are evil wicked and have no regard for souls. They hate America.

HIGH PRIESTESS ADERONKE OLAJIDE-  Long hair is a glory to women, and it is given to them as a covering (1 Corinthians 11:15) and God can restore what was lost or damaged, including hair, as a sign of his mercy and blessing (Joel 2:25; Psalm 139:14; Songs of Solomon 7:5; Jeremiah 17:14).

A woman's hair is her glory and this ritual performed was a ritualistic act who store my glory throughout my time in this synagogue however on one occasion. Latoya Marion Robertson a high priestess in the Satanic Occult and the individual responsible for delivering me, (with the full knowledge that I am a genuine Christian) into the hands of the Herbalist and witchdoctor's Doctor Maga/Magus FIVE STAR GENERAL HIGH PRIEST Daniel K. OLUKOYA Council of Nine, RULING MEMBER THROUGH MFM

High Satanic Priest Kehinde Olajide his wife and their church of Satan used a ritual of transference to intentional steal my glory.

After a coven meeting in which I believed was a Christian gathering Latoya continued to point out how High priestess Aderonke Olajide hair had grown. Prior to that day, she had shown me a picture of the high priestess hair which

was very short and cropped reassembling a young boy's haircut. However, on this particular day, the high priestess hair was braided and had grown significantly. Latoya sat next to me at the church making sure that her screen on her device was visible to me.

She was on the website Amazon looking at product called Edge. Although, the products were clearly displayed on Latoya's device, she suggested that I talk to high priestess Aderonke and ask her about the product. Therefore, after the ceremonies were over, I asked the high priestess what products she used. Aderonke pulled out her device and as her device displayed the products, she began to explain how the products were effective.

Shortly after I ordered the products and began to use them my hair began to shrink. My hair did not fall out nor did it break off. I just shrank significantly. Since these people are consistently refer to the Marine Kingdom my experience is that in conjunction with the owners of the product and the church, they are members satanist and intentionally engaged me into demonic warfare unknowingly with deception and against my will.

One the day when this ritual took place, I noticed the high priestess give the Dr. a nod of approval after they conspired to have the Dr. call and purchase a Medicare plan. As I enrolled the doctor into the plan, I discerned a ritual taken place to steal my business and give me AIDS. I could hear them in the background performing rituals.

While on the phone with the Doctor they were all on the line performing a ritual. Everything they did, every encounter it was something being done to separate me from my God and to perform some kind of custom on me.

Nonetheless, upon checking videos of this Satanic Organization. I noticed other members witches whose locks were cropped much like Priestess Aderonke also grew at an astonishingly supernatural rate.

What I experienced was a direct violation of my civil rights to serve Jesus Christ and not Satan who in the god of Dr. Daniel K. Olukoya High Priest One and Kehinde Olajide and the rest of the members who knowingly engaged in a five year war to take glory, money, talent, time and my life through their

witchcraft practices which are a way of life for most Nigerians who deceived me and other Americans to attend their church.

One another occasion when I first attended the church the high priestesses engaged in a ritual performing word curses to invoke familiar spirits through my family bloodline to cause me to become angry and bitter. This method is used to cage a person's soul and thereby give them the advantage to control my life through their practices.

**HIGH PRIESTESS ADANMA WURIE-** In conjunction with other members of Mountain of Fire Miraculous Ministry this synagogue of Satan and coven impersonating an authentic Christian church led by Jesus Christ this witch Adanma Wurie a member in the Satanic occult church lead by Satan through Sorcerers Dr. Daniel K. and Folashade Olukoya, Kehinde and Aderonke Kehinde and his wife participated in many rituals performed against me over many years through known ritualistic practices which were unknown to me at the time to assist the leaders in caging my soul, stealing my gifts calling wealth and ultimately attempting to murder me through food and other methods.

**Food offered to idols Ritual-** That ye abstain from meats offered to idols, and from blood, and from things strangled, and from fornication: from which if ye keep yourselves, ye shall do well. Fare ye well. (Acts 15:29).

Over the course of my attending this church witch Adanma coaxed me into accepting food that was used in rituals and sacrificed to idol with the full understanding that through spiritual curses upon the food it could not only bring upon the victim sicknesses disease aliments afflictions illness but it could cage the soul steal wealth and cause death. One's place in life and cause an opening where the innocent victim, in this case me, would leave a door open for the leaders and members to control my life through their secret satanic powers due to teaming up with and getting help from Satan through evil demons leaving me unarmed through blind trust and spiritual blindness cause by other ceremonies which produced spiritual blindness, muteness and deafness with the soul purposes of gaining an

advantage of me and violating my rights to serve Jesus Christ. At the end of each ceremony the occult members would serve food and offer it to me. No matter how many times I would turn down the offer Adanma along with Carolina Woods would have a bag with food and corner me into taking it prompting me to eat knowing we just came from a three day fast with no food and water and I would be hungry.

Witch Adanma part in Satanic proceedings against me in February 2023 where an evil plan was contrived to call themselves hold a church gathering at my complex to win souls for Christ. However, due to the fact I was gaining strength in the spiritual realm through praying and fasting the sinister plot against me was not to win souls but rather gain access to my home on the guise of praying.

All of these SATANIST walked my entire property dropping items and declaring curses against me as well as opening up portals to supernaturally gain access to my life. When Adanma walked into my townhome she busted out "Now I am really jealous of you". Warlock and high Priest Olajide, attempted to down play her words by saying, why because of the view.

 These servants of Satan walked through my entire house touching everything with oil and speaking in some type of ungodly unholy demonic tongue which violated my right to privacy, life liberty, employment, health, relationships, human, civil and Godly rights among other things. They also opened demonic portals to illegally gain control over my area and left a yellow form of something in my house. I unknowingly swept it up the yellow droppings which resembled baking soda but in a yellow hue became a dust causing me to be sick with a bad case of allergies.


Witch Adanma testified that she was diagnosed with brain tumors. I am unsure whether she was actually diagnosed with the tumors or she was using divination through a satanic prophecy cursing me with the tumors. I have discovered that every in the natural realm in the opposite in the spiritual realm therefore when they use a curse and refer to themselves, they are actually referring to the person they are using witchery against and not themselves. Nonetheless, after she made the pronouncement, she dragged me to her car and gave me a hat and told me to wear

it which I did being grateful that she gave me a gift. While attending Mountain of Fire Ministry Adanma consistently took part in prayer and fasting rituals in which the term "Die by Fire in the Name of Jesus" was used against me for years.

**Priest Moses and Priestess Caroline Wood** are Satanist and blood witches.

The majority of warlock and witches employed in the healthcare and medical industry are blood witches like these two. A blood which is a powerful Mages and is a Bonafide witch in the Satanic occult. They use chants to perform blood rituals. They are witches with powers and with the ability to manipulate and control blood, often to harm Christians. Blood manipulation: Blood witches can control the flow, clotting, and other properties of blood, both their own and others'. Healing: They may use their powers to heal wounds, stop bleeding, and even resurrect the dead.

Curses and Hexes: Blood witches can cast curses and hexes that inflict pain, illness, or other harm on their targets. Blood magic: They may perform rituals and spells using blood as a key ingredient. Sensing and Tracking: Blood witches can often sense the presence of blood, even from great distances.

They Drain Life: Using blood magic, they latch onto a Christian draining the life from them. I believe through my experiences A blood ritual was performed by Olajide along with these two witches. Once Olajide had an entire session where he performed a ritual any sickness, any disease, any ailment, any affliction, in my body in my blood in my system—he said die but the mean the opposite so he meant live.

This man has vowed on public television to turn my beautiful life which he is familiar with as my screen name into a life of suffering and disease. My screen name is beautiful life through MFM they members continuously tried to afflict me with sickness and disease. These two people tortured my soul on many occasions the church performed a ritual on me.

On one occasion while a ritual was performed on me, Caroline was instructed to hold my hands and pray. While Olajide pronounced curses against me and performed the ceremony   speaking in demonic tongues. As Caroline held my hands I began screaming at the top of my lungs. Everything went black I ran around the church screaming and am not sure if I passed out. They delivered demons from hell in my life. Everyone in the congregation knew what was happening to me and no one said anything to help. Why would they, the entire congregation is in the occult. Serving under the leadership of Mountain of Fire

Olukoya, Oni and Olajide and their members all of these individuals understood that I was seeking Jesus. I was intentionally blocked from serving Jesus Christ. The church Mountain of Fire Ministry church is organized and disguised as a Christian church but is a synagogue of Satan.

**Witch Jane Iddo** She sat behind me in church for three years casting spells of me and performing divination after I testified. She is now dubbed minister in charge of welfare and music. However, after I was given the false title through deception Director of music in order to steal my altar of praise worship my gift and talents to write and sing music after the Lord Jesus Christ began to restore my anointing which was originally stolen by

Tracy B. Magwood, then through one of her agents Marshall Sheriff as known as Miraculous Believer while attending her synagogue for decades my gift was transferred and given to this occultic power who has no talent even today.

(Please see comments under Magister and High Priest Kehinde Olajide and his wife Magistra and High Priestess Aderonke Olajide who one day after church gave me the title as a way to steal the gift and transferred to their twin daughters Jemimah and Keziah who have been also gifted not only with my talents but the talents of other to destroy what

God gave us to function in His Kingdom and once again reassign the purposes of God for my praise and worship ministry and to rob me of  my destiny gifts calling and in the process not only separate me from serving my God but also to intentionally practice their religion of witchcraft against under the concealment of Christianity and in the process violating every one of my civil, constitutional human Godly and Gevena conventional laws that must be followed when engaging in a war.

This law must apply regardless of the realm whether spiritual or natural. The church of Satan and the Kingdom of Darkness understand better that and manage us in the spiritual realm where everything happens first.

**BUKU (I don't know her full Nigerian name)-** Under the watchful eye by the instructions of Olajide this witch terrorized my soul for many years by performing

her craft rooted deep in Vudu altars she was able to use these and other things to disarm me. This is another manner in which they steal and shut desires gifts and callings down in one's life. I was in the process of opening an online business.

I did not reveal this to anyone, nonetheless through their psychic powers this witch was aware. She told me that she wanted to open an online business and asked me to help her. Buku continued to pester me to help her and pulled me from a meeting and showed me a website leaning close to me and muttering something that I now believe to be curses to transfer the success of my business to her business. My online business had never prospered since.

Through their ability to separate me from God and through their church and my ignorance of not knowing that I was practicing witchcraft unknowingly (White witch) which made me susceptible to their powers over me. I did not understand why she showed me her website which was already established. I was asked no questioned she just stood next to me muttering something and then walked away. A few days later I was in a rental car as they organized a car accident for her car, which is a common practice in order for her to get a new car.

This woman hated me but asked me for a ride home. I was in a rental car since Latoya and Olajide performed an accident against me and my car was in the shop. Nonetheless, Buku asked for several rides in a two-week period happy to give her a ride like a good fellow Christian the next week she showed up with the exact same make and model of the rental car that I had given her a ride in.

Buke was also involved feeding me food offered to idols, sorcery and the weakening of my faith through her rituals. She also fully understood that I was seeking Jesus Christ and would serve no other God. She prayed her prayers against me as a prayer leader many times with only me and her in the meetings. I believe it was organized as she constantly encouraged me to attend their church meeting on Mondays many times no one else would be in attendance.

**Peter and his wife Kewanou-** For years this man and his wife under the leadership of Olukoya Oni and Olajide at Mountain Fire Ministry used their satanic prowess to pray against me and tortured my soul.

As his wife sat behind me I would for years she performed rituals that made me feel like I was having a heart attack. On one occasion while I was praying, after

Peter left the pulpit and sat down out of nowhere a gigantic spider appeared next to my shoes. I had no answer as to how the spider appeared except to say it was sent from the spiritual realm to the natural as an attack to put fear in me. Although I was not afraid, I knew it was a demonic attack. Right in the church all sorts of odd bugs would suddenly appear.

I asked Peter what did it mean and he told me he would give me an answer in a day or two. The next time we went to church he told me that a big black spider meant jealously. This church summoned a woman who appeared in the church from Togo, the hometown of Peter and his wife. Peter and his wife took to the woman as if she was their daughter. This woman absolutely hated me, like many of the Nigerian women in their church. This woman never looked at me nor would she speak to me.

One day while I was shopping at the farmers market she showed up and all of a sudden, she began to speak to me as if we were best friends. Although I was surprised, she was speaking to me she was extremely friendly and we talked about cooking. I invited her over to cook and share a meal, not understanding that it was an assignment and an attack. While I was leaving the farmers market I looked back and saw her looking at me with what I know now is the evil eye.

Then I said to myself that I would uninvite her or just act as if we never talked about it. The next time I saw her in the church whenever she sat behind me, I would feel chest pains. On many occasions while I was at their altar before I understood the importance and the significance of the altar, I spent time at the altar feeling like I would have a heart attack. On several occasions she and Peters wife were the only people in the church while I experienced these symptoms.

After the farmers market this woman began behaving as if I asked her out. What these people did to me in this church is unconscionable. I know now that her behavior as well as Peter and his wife was orchestrated by Olajide under the direction of Olukoya.

It was no accident that this lady located me in the farmer's market. After I saw her giving me the evil eye, I decided that I would not have her in my house therefore I ignored her when I saw her in the church. This woman began to behave strangely as if I was inviting her to do harm to her.

The entire church began to act if I wanted to do harm to her. They began making it obviously that she felt as if she was in danger. They held her in the church as if I was following her. Peter and his wife would sit next to her and she would leave as if I was stalking her or she would remain in the church until after I left. Peter under the direction of Olajide installed a camera.

One day because I was still under satanic control Olajide performed a ritual on me and I felt a compulsion to tell him everything. One day a compulsion came over me. I revealed to him that I the lord delivered me from a twenty-five-year sentence for stalking. Olajide was the only one who had this information and he used it to carry out an assignment with this woman who tried to make it seemed as if I was stalking her.

This evil Pastor was using the information I gave him to use rituals to lure me into a behavior that would get me arrested. It was one of many attempts they used to get me arrested. Another ritual occurred when Caroline testified that she was speeding and was pulled over by an officer who did not give her a ticket but a warning. The same night I left the church I was pulled over for speeding the police office did not give me a ticket but a warning. That was a display of her power to the congregation and a ritual against me, her testimony was a spell to show them she had power. Both of these individuals torment my soul on many occasions.

**Osaterian Omo-** When Osaterian began attending Mountain of Fire Ministry she was a few months pregnant and noticeably having financial struggles. We never talked much like with the other women in the church who would barely look at me, let alone speak. After the voice of Olajide through Tracy B. Magwood summoned back to attend MFM circa 2020 through a voice in my head, deceiving me into believing it was the voice of the Lord Jesus Christ. The voice appeared immediately after the voice of the Angel of the lord clearly instructed me to stop drinking so the Lord could use me. I said OK Jesus would you help me to stop drinking, he said yes. From that encounter with the real voice of the Lord, immediately the voice of Satan told me to go to MFM.

The deception through their religious magic is a method of separating a Christian away from the Lord Jesus with a counterfeiting of the Lord's voice to intentionally initiate   the Christian into occultism and away from the God of their choice. The action by MFM, Olukoya, Magwood and Olajide directly violated my

constitutional rights. They all understood that Jesus Christ is the only God I ever desired to serve. I was forced into serve Satan through their mind controlled religious practices.

However, once lured back unlike the other women who were extremely rude disrespectful and filled with hate towards me, Osetarian never said anything to me until when she was close to giving birth. This woman is a powerful witch from the Benin kingdom where African voodoo originated from the French who took it to the continent. The Benin Kingdom associated with Nigeria is one of the oldest cults that utilized human sacrifices in their religious observances.

Through Mountain of Fire Ministry, Dr. Daniel K. Olukoya, Olumide and Olajide the religious traditions have been perfected with just amount of biblical truth to give the impression that Jesus Christ is the God they serve. The God they serve is Satan through the god Olukoya.

Nonetheless, immediately Osetarian gave birth, I became her best friend and she needed my help. Like a good Christian I began helping her out. Osaterian told me that she prayed and God specifically told her that I was to become the Godmother of her child.

The problem is that this servant of Satan never revealed to me that the god she consulted was Satan through the High Priest Olajide, under the direction of Olukoya.

As a result of the rituals and prayers that were prayed against me, I spent hundreds of dollars purchasing all types of gifts on this baby when in fact I only intended to buy one small gift. I was programmed and recall feeling a sense of compulsiveness to keep buying gifts. Osaterian Omo along with, Olajide forced me to buy these gifts through their religious rituals. It was the same things that occurred with Noelle B Magwood all over again. I purchased

1. Baby Rattle Shake toy 2. Teether 3. Teeter 4. Baby Carrier 5. Stroller 6. Teether 7. Rattler 8. Story books 9. Musical toy for a total of. $250.00 in addition to gift cards and money.

The women in the church and Olajide used Blackmagic on me and forced me against me through demon spirits released against me to comply. I am not on any drugs or alcohol and recall different compulsive feeling that moved me. That is why when people are on drugs and alcohol or medication and under witchcraft, they are susceptible to comply with the voices in their heads through the people in their lives working divination against them. I was used and abused at Mountain of Fire Ministry under Kehinde Olajide to advanced and please his gatekeepers and masters.

They enslave and tortured my soul for years just as they did under Tracy Magwood's cult church disguised as a Christian place of worship. I trusted that their church was a genuine Christian church and the congregation believed in Jesus but they do not. I spent approximately four years enduring the works kinds of attacks through people who disguised themselves as Christians.

I contacted Osaterian and told her she duped me with spells and magic to purchase gifts for her child then I was, once again in a near fatal car accidents all of a sudden right after speaking with her. Then, I picked up a book of the shelf and dust seems as if it was blown in my face which caused me to suffer severe allergies in an unusual way. Every time Osetarian deliberately laid next to me at the altar, I would hear her pray prayers that I used to pray some ten or more years ago.

She would pray my prayers verbatim as if I were speaking the words and while praying, she would make sure I heard her pray. I have every right to know that they are witches as my spiritual life was fragile. I was taken advantage by this woman.


**The Snake lady from Togo-** The entire wicked congregation in this synagogue of Satan directly under Daniel K. Olukoya, Olumide Oni, who are considered the gatekeepers for Kehinde and Aderonke Olajide and the rest of this Satanic Temple members at Mountain of Fire Ministry organized another attack when they summoned up this snake lady to engaged me in warfare.

I spoke about this incident in depth so I will keep it brief here. This entire incident was organized by Olajide, one among dozens of attacks I experienced. This woman was tall and very dark skinned and claimed not to speak English very well. One

day she came out of nowhere, and began attending the church. Peter and his wife behaved if as they knew here for decades.

Today, I believed they know only knew that she was from their home town was had been acquainted with her from the occult. Kehinde and used some trickery to get me to reveal my background information to him. He continued to give me the impression that he wanted to help me and questioned me like an investigator not a pastor.

I told him how I was charged with stalking and had a mandatory twenty-five-year sentence but the Lord delivered me and I have no record. Shortly thereafter, Kehinde and Aderonke plotted how to have me arrested.

Therefore, this lady was summoned to engage me in war and set me up. Since they are monitoring me, Kehinde and the church has this lady follow me to the farmers after church. She approached me as if we were best friends notwithstanding the fact that she would park next to me but never look up or acknowledge me.

At the marker we spoke about food and she explained she was here alone and had no family. I invited her to hangout perhaps come over and cook a meal. The next time when I saw her in the church, she began acting funny provoking me to withdraw my invitation. The entire church was working witchcraft trying to provoke me to anger.

The church began to behave as if I were a danger to her and had been stalking her. Peter and his wife made sure I saw that she was held back after church until I left the church or they would whisk her away first. Then Peter installed cameras, television monitors and additional locks on the door.

They were planning to get me so angry that I would threaten her and they would have it on camera and I would be arrested. Nonetheless, in my ignorance of their plots the lord Jesus Christ kept me, one day, after never actually looked me in the eyes, she turned around and looked directly at me and I looked in my ignorance and said to myself. Now before the lord delivered me, I have had some blood shot eyes from a hangover before but I eyes have never been red like that.

The white of her eyes were as a deep intense red and the eye pupil was as black and oval. When I went home, I saw a large black snake on the first floor.

Ignorantly, I said the blood of Jesus against you Satan and I repeated it. The next weekend I drove to Orlando to attend Pastor Jennings church sitting in me are I saw a black snake again I said the blood of Jesus. Then a few days later going to Marshall's department store. A black snake is headed in my direction and again I say the blood of Jesus Christ is agents you Satan die in the name of Jesus.

The snake slithered sideways into the road and a car ran over it and I laughed not knowing that I was under a severe demonic attack at the hands of this wick pastors, his wife and the entire congregation at Mountain of Fire Ministry.

**The Ordeal with the Orlando- Since** I am an avid church goer and was not happy with MFM and the pastor after hearing Pastor Gino Jennings speak, I missed a Sunday at MFM church drove to Orlando to fellowship. On Monday when I returned Olajide was visibly upset, I now assume they had planned a ritual for me and I was not there. Every time I attended the services held were against me, my faith and my God.

Olajide knew I was planning on leaving because I saw no progress but everything drying up like with Tracy Magwood. I let him know that I would be attending every other Sunday because pastor Jennings Church felt more like I could get what I need.

The following Sunday, Today I am one hundred percent sure they contacted this woman who looked just like a gnome. She was a witch, a short round lady with all white hair and very long fingernails. This woman followed me as I know since MFM has the ability to follow me, summoned her up to discourage me well more like kill me so I could stop going to fellowship with Pastor Jennings, As I was driving, I kept seeing this lady on the road.

After finding a seat in the church who sits right next to me but the gnome form hell. Since, we are so isolated when there is an opportunity to have a friend we may not be as discerning as we should.

I exchanged phone numbers with this wicked witch from west Tampa and at her suggestion every other Sunday we would alternate in driving. This woman

intentionally attempted to cold- blooded murder me with her religious rituals in an untimely death ceremony. On not one, not two but three separate occasions on I- 4 with car displaying the demon that speed racer referred to this witch stops.

She abruptly stopped just cold I screamed for my savior and asked if she wanted me to drive. She said no. We continued driving near the exit lane she just stopped, the blood of Jesus saved me because all I saw was a truck barely miss of course on the passenger side. One final time she stops and I thinking this lady, as my mother use to say, she ain't wrapped to tight, I'm about to get out and walk the hour or so back to Tampa. At this point I took authority and prayed out loud binding up the devil losing safety in Jesus' name. She proceeds to tell me she taught driving education for years. And you drive like this. Three attempts on my life among many with their ability to kill us in car accidents. Olajide believes I am his slave and his is my god.

As and slave tried to escape from his master they have the right to kill you like he did through this witch. Slave owners had the legal right to get a court order and kill a slave who ran away or to punish them by putting the slave in chains or handcuffs. Given the number of deaths at the hands of the slave master I am sure due process was honored before all deaths or hanging.

What is worst is that the Satanic occult pastors are just as black as the person they are enslaving. The white slaveowner owns both black and white brown and yellow slave. The Black slaveowners own the same however they black slave owner owns his congregation and spiritually enslaving them and physically enslaving us, Christians.

## ASSIGNMENTS AND ATTACKS ORCHESTRATED BY DANIEL K. OLUKOYA OLUMIDE AND KEHINDE OLIJADE.

**Evangelist Pauline- A** Satanist and the workers of iniquity, an agent of Satan evangelizing plots to destroy Christians   through their practices sent assignments to further hinder the Christian from having a relationship with Jesus Christ.

Looking back, I am absolutely sure that this was another assignment of Mountain of Fire and Olajide to further damage my faith in Jesus Christ and introduce more issues into my life.

One Sunday, after leaving the synagogue of Satan Mountain of Fire Ministry I went to Aldi's at first glance, I felt bad and my initial thoughts that this woman standing outside of this supermarket pretending to be praying for someone from the top of her lungs was loud and trying to get attention.

This was another initiative to rob me blind and get to plant additional funds in the kingdom of darkness and as I said definitely a plant. As I walked around the market, this woman kept bumping into me. When I got in line, out of courtesy I left her go ahead of me because I had a lot more items.

Now the stage was set, as she pretended, she did not have enough to pay for her food since it was about ten dollars I paid for the items. Of course, after I paid for her items, she exchanged phone numbers with me and decided to attend church with me. From the best of my recollection, when I told Pauline that I attended Mountain of Fire, she never claimed to have her of the church or the pastor, yet when she attended, she was very well acquainted with the pastor and many of the members. After that, Pauline, like many of them, had problems with her car and needed $1200.

Then she needed money for her apartment because she was getting evicted. On another time which was her goal, was to move in with me. I know for sure that this evangelist of evil was an assignment to gain access in my house and in my life. The satanic occult members are always sending assignments as traps and pits to further separate us from Christ and introduce more calamity in the form of curses.

**Dorothy and Destiny** Again due to the length of time I spent at Mountain of Fire Ministry it's not possible for me, at this point to go into great details of everything I experienced, nor am I able to go into the spiritual aspects of the effects of the experience. However, I want to show, how the occult steals gifts and how through pastor Olajide ever one in the ministry continuously made very attempts to become angry and have me fighting, raging arguing and never understood why until recently, when the Lord revealed to me. Nonetheless, I had left Mountain of Fire,

and as I described in another section I believed I heard the voice of the Lord after He told me to stop drinking.

It was the voice of demons sending me back to the cult because away from Tracy I was becoming strong again. When I began attending the cult church, one day pastor Olajide said to me. "You have been praying and in His presence. I didn't understand his tone which seemed antagonistic.

When I returned, I only attended on Sunday however through Olajide's voice Dorothy and Buku continuously pressure me not only attend on Sundays but also to attend on Mondays and Wednesday. The two of them pressured me until I began attending three days a week. Once a month for power must change hands a program where the power was changed from my hands into their hands.

The program was an assembly and is a satanic gathering. I also attended a one a month Friday night custom used to steal all of my dreams and it was organized as a way to find out what I was praying for so they could pray against me and steal everything. For example, I was praying to have an excellent spirit. After pastor prayed for me, he would call his son Daniel and ask him what he wanted prayer for, of course he said he wanted an excellent spirit. I begin to notice everything that I prayed for someone else would begin0 to pray for the exact same thing. It's a rite and ritual used to transfer what belongs to the Christian to the hands of the enemy. One Sunday, now I know the purpose for this assignment was to steal my music prayer and worship ministry. The lord had restored it back and like Tracy, Olajide wanted it. Pastor had Doctor Olukoya sing a medley of music he knew I would enjoy, on a Sunday, he designated me as choir director. I was thrilled and had a fire ignited inside of me. I began gathering songs enthusiastically going to websites gathering all of the lyrics and created about twenty-five to thirty books for the choir members.

 As soon as I began rehearsal Dorthey dropped out for no reason other than to cause trouble. Once we started meeting on zoom, I could always hear Dorothy in the background. At time Olajide would attend. One Sunday, as I stated Olajide instructed Destiny to call me. The church had a ceremony planned for me. Destiny made me promise to come early for a final practice for our duet, however after I arrived while we started rehearsals with Osetarian as a witness, Desting began to get loud with me and insisted that she would do a solo.

This child was instructed to get in my face and to become aggressive. Pastor set this incident up to have me arrested on domestic violence and assaulting a minor. This was not the first incident he orchestrated to have me arrested.

The entire thing was a set up and when I did not fall for it, the same day out of nowhere Carol wood became very nasty with me in front of the entire church. I walked off then Olajide sent Latoya Marion as he stated to practice American songs but it was just another assignment to spy of me put curses on me and continue to perform satanic rituals against me. Olajide performed various ceremonies and that same weekends he called me to attend the church early to help out.

When I arrived, there was nothing to do however, he had his friends play the piano and we sang worship songs for almost two hours. The next day, I could not sing, write I had no power no anointing I was drained of my prayer worship praise altar and was empty. I could not even pray scriptures that I had memorized for years. It was as if they stole everything and emptied me out completely with their practices of stealing. I had nothing left, once again but Jesus Christ.

I could not, once again fell him Afterall I was unknowingly, unwittingly participating in the occult and practicing witchcraft. These Church leaders are cleaver and that is what they use as a weapon over us to dominate and control us. For years, Olajide would say make sure you go to the altar, when in fact the altar is a place where the spiritual realm and the natural realm legally exchange and they exchanged all of my wealth, destiny, glory, dreams, treasures, out and to enslave and keep us in bondage just as Tracy did and just as my family before that.

**Tope Oluwayemiwo**- I was sent to Hollywood Mountain of Fire by Olajide as a slave and his property, at least that is who he thought I was his slave, and not a soul under his care spiritual care from Jesus Christ.

Nonetheless, I was told that the worship service would start at 9 am. After I arrived, I found people were cleaning for the night service. I was told to clean and help out and did so for hours. I painted walls, moved furniture and was on my hands and knees with a knife scraping up paint of the floor. I was also told to run to Walmart and pick up items.

I cleaned the bathroom and his office. Another reason I was sent there was to further steal my music. Olajide and satanist have a way of stealing your talents and as soul traders to keep for themselves, their family members or sell on the open market in the spiritual realm.

My music was stolen by them, voice anointing and power of God by putting me up to sing in front of the wicked congregation while they recorded me. I lost my voice, anointing, power and talents once again. I was enslaved and was used by them for labor to steal my gifts and mock my God Jesus Christ.

These people are not Christians they are slaved master and prevented me from my United States constitutional right to be free as a citizen in my country of origin and to serve Jesus Christ and Christianity.

**Warlock Benjamin Joseph** – Is responsible with Tope of who used their abilities to get my music. **Benjamin Joseph** and Tope **Oluwayemiwo** had me sing and recorded me then sent it to Olajide. This is another Satanic ceremonial service where Blackmagic was used by these warlocks. Then he had me send him my music on the belief that he would help me with the music. It became more and more difficult for me to sing write and create music.

**Warlock Remy Babalola** a Nigerian High Priests/Fifth degree Magus and Satanist Remy Babalola of True Worshippers Bible Church served for many years under High Priest Dr. Daniel K. Olukoya when I originally meant him. I was taken to his church by Latoya Marion and Christina Ellis both understood that I was in a spiritual crisis and seeking Jesus Christ and a Christian church. I was intentionally block by these women who understood that this man and his church were occultic and not Christian.

I spent a year or so under this Herbalist and satanist who introduced himself as a Christian pastor and gave me the impression that would get spiritual help through Christian means. This satanic priest performed many rituals on me over the years. However, two incidents that were some of the worst satanic practices were performed. First,

One Sunday while in the congregation that I believed was Christian, Remy who is about 6 "1" and over three hundred pounds was preaching. He began walking up and down the aisle then just suddenly, walked up to me and performed what they call deliverance, without my permission or without my consent. He raised his hands in what they call laying on of the hands. Remy hit me so hard with supernatural force I flew over several chairs and busted my leg open.

While he yelled take this and take this which is not biblical, I began screaming as my soul was being tortured. I was held down by John Lowe and a man they called Pastor K. A satanic ritual was performed which caused me to be filled with demons. After I came to, I became depressed experienced anxiety and could not leave my house. I was under his control. He commanded me to give him money and I went home and took $1500. to him at the Church. The next day I was told that he wanted to come to my house to pray for my cosmetic business. I had no idea that he was performing a ritual but he had something in his hand as he prayed, he spread it over my products. Needless to say, my cosmetic business was shut down.

I began see a psychiatrist who prescribed depression, anxiety and sleep medication. I constantly had nightmares from this spiritual attack through this church who are Satanic church disguised as a Christ church to advance Satan's Kingdom and lure spiritually blind Christians seeking Jesus to support their church, take their money and instead delivering them demons are delivered into the victim seeking Jesus. I want them arrested for larceny, false representation of a Christian Church, deception and causing physical and spiritual harm. I gave thousands of dollars to this impersonator who used his powers as a satanic priest to perform practices on me which caused me spiritual emotional and financial harm.

The majority of these churches are created to dupe Christians because they are aware that we had no way to report them and get help. I lost my position after he performed his rituals. I became depress suffered anxiety's and they made every attempt to get me to kill myself.

**John and Denise Lowe** are currently of Wells of Life Church both served under Remy Babalola and one of the ministers who held me down while a ritual was performed on me at their church. Now he opened a satanic church disguised as Christian to duped people into believing he is a Christian.

The leader he is under is a man called Socrates Charos who is a warlock. These people are not Christians and stop, block and hinder people from serving Jesus Christ.

John and Denise are aware that Remy and his Church are not Christian as his church is not. John and Denise just like many churches in America, Remy Doctor Olukoya, Oni and Olajide their churches are open as a mere concealment for the occult and church of Satan to steal money, destinies and lives ultimately keeping people who are seeking Jesus Christ from finding him and having a relationship with our Lord.  This is a violation of my United States constitution rights, human and natural rights, and invasion of privacy, and as well as the rights of all Christians attending these counterfeit and falsehood church.