**To:** *Chief Justice John G. Roberts, Jr., Associate Justice Clarence Thomas, Associate Justice Samuel A. Alito, Associate Justice Sonia Sotomayor, Associate Justice Elena Kagan, Associate Justice Amy Coney Barrett, and Associate Ketanji Brown Jackson. DONALD J Trump PAMELA Bondi Kash Patel and Pete Hegseth Please support genuine Christians effort for protection.*

**Open letter of why you should grant my request to be heard before the court.**

I, Terese Ebony Jones a United States naturalized citizen request an "Unprecedented Emergency" special session with the" United States Supreme Court "and the "United States Senate" for congressional hearings to present my case to America to "Redress America."

I am a genuine and I stress "Authentic" born-again Christian follower, disciple, believer and Ambassador of Jesus Christ. Jesus Christ, allowed me to be born free, and demonized, by initiation into the Occult for the better part of my life, in this '' United States Underground Sexual Satanic Cult" existing in my country of origin and the worldwide system lead by the "Occult Spiritual Religious ringleader's, Occult "Spiritual Religious Governments" "Occult Spiritual Religious Legal and Judiciary system's functioning globally, (Just to name a few).

As stated, in my country's First Amendment of the United States Constitution for all citizens of this great nation, not just the citizens in the Satanic occult religion. This request comes directly from me an (Official Ambassador) on behalf of the Government of the Kingdom of light and Jesus Christ.

The request made directly by our side because no Attorney will honor our right to counsel. Furthermore, after reaching out to every department leader in this Administration, Senator's and Congressmen for years no one has responded to address the violations against my constitutional civil rights.

I have a profound desire in my heart to scream out and demand to be heard. However, respectfully, I humbly, with a heavy heart, and tears in my eyes for millions of innocent unaware "Demonized genuine lost soul's" do throw myself on the mercy of this court.

We ask for mercy due and to be heard due to the exigent circumstances for the massive amounts of bloodshed of all innocent souls: Whose, like Able's innocent blood is crying out from ground from the ends of the earth, lead by the United States of America.

**" And he said, What hast thou done? the voice of thy brother's blood crieth unto me from the ground. (Genesis 4:10). The righteous shed innocent blood is loud against this country" '' For we will destroy this place because the cry of them is waxen great before the face of the LORD; and the LORD hath sent us to destroy it." (Genesis 19:13).**

As a Kingdom of light legal resident, citizen and Ambassador to our government first. And as our government's official "Spiritual Intelligence Agent", I apologetically, request, to be heard by the highest court in the land to address the ongoing atrocities against my life, and the lives' of our imprisoned citizens barbaric in fractions.

These documented savage cases include an incessant number of murder attempts on my life (and the lives of others,) includes rapes, molestation, sexual assaults, denial of education, false imprisonment, false arrest, false prosecution, denial of due process, slavery, mental, physical, emotional and psychological abuse through spiritual and natural avenues.

All conducted with the express consent of this government and this administration, law enforcement agencies across the country, back to the foundation of an agreement with their god supposedly on Christianity, Christian value and principals.

I courteously request to be heard by the court for the perpetual tortuous beatings I endured. The arranged marriage I was forced in, the loss of consortium, unending attempts to force me into the homosexual lifestyle.

The violation against my right to bear arms, illegal monitoring/stalking's, Invasion of privacy, Cruel and unusual punishment, Illegal search and seizures of papers and personal effects. Intentionally inflicting emotional distress, illegal unreasonable searches, seizures without probable cause. The deprivation of life, liberty and property without due process right here in the "Land of the free Home of the brave."

Furthermore, I would like to ask the court to provide a means to give me the expressed ability to take legal action against all listed defendants and the defendant from the original case tossed out of the court by Judge William Jung.

I especially request to be granted the right to sue, Joel Osteen, Thomas Dexter Jakes, Lashon Reese, Tracy Magwood, Tammy McIntosh, Noel Magwood, Mary Matlock, again in the original case who perpetually use their knowledge of Witchcraft, Divination, Shrines, Evil sacrifices/ offerings, the Marine Kingdom, the power of the Air, Sea, Water, stars, moon, astral traveling, casting spells, astrology, astronomy, Santeria, and voodoo.

The men in my lawsuit powers comes from the constellation Orion who are "Hunters". the men in the occult along with the church are sent to wreak havoc in the lives of genuine Christians and keep them under a curse and polluted to prevent those who seek Jesus Christ.

Additionally, these perverted prophets'(profit) from using their knowledge of the underworld to "Take by force perfectly normal human being and transform them into homosexuals, alcoholics, drug addicts, helpless, hopeless homeless, impoverished,

mentally ill, psychotic, "Booty popping, ass out twerking" promiscuous demonized lost souls "in their congregation. Using an age-old  satanic ritual of marring humans' people (to dominate life) by joining them into a ceremony as a spouse, without their consent".


These treacherous trash talking teachers from the "Halls of Hell" steal souls, stars, destinies, dreams, hopes and transfer them to others in their Kingdom. They blood sacrifice innocent souls (Joel Osteen recently) through their diabolical business enterprises for Satan disguised as" The Christian Church".

Satan's Pastor is concerned with filthy lucre, clubbing, the latest fashion hanging out with and being in bed with celebrities than the dying souls they usher into hell by the boatloads. These pathetically adversaries who pollute the gospel, keep genuine people of God (Jesus Christ), on drugs alcohol, sick and diseased to trade our souls for their 'Rise to Power".

They accomplish this with the expressed consent of all powers in control from every State, City, Territory, Region, Community and Neighborhood.

They are eaters of flesh and drinkers of blood, renewing and extending their life with the blood of the youth seeking guidance and help. They create racism as a diversion to the real problem, which is taking over the shell of a body, they keep drunk or on drugs to commit deadly crimes, car accidents, rape and murders.

They are homosexuals therefore they support the homosexual agenda. They are abortionists; therefore, they support and vote for policies to terminate precious babies' lives as "Blood Sacrifices' to appease Molech, their priesthood, covens, altars, dead ancestors/demon gods, and shrines.

 This method used is the globalized generally accepted business" Standard Practice". It is how they advance in this global society by using every diabolical device to disarm the Christian with cotton candy sermon that will not set a fly free from a spider's web.

 In the United States the majority of the churches are scams, foundations are scams, philanthropists are scams, their lives are scams as well as everything they do is just a huge scam. All is done is for the love of money to swindle the Christian out of their lives as Kings and make paupers. "a slave who becomes a king, an overbearing fool who prospers." (Proverbs 30:22). They force us into bondage and spoil our goods. Taking our place in society with demon possess half humanoids.

Their magazines, radio stations, TV shows, movies, music, books, social media platforms, organizations are specially owned by Satan. **"Wherein in time past ye walked according to the course of this world, according to the prince of the power of the air, the spirit that now worketh in the children of disobedience.(Ephesians 2:2).  The goal**

**of everything they accomplish is done by Satan, to Satan for Satan and his Kingdom, by his own but to give the impression that it is for Christ.**

They (Satanist) are the slave masters from the spiritual realm where they utterly control Simon the Sorcerer (Acts 8:9-25) they spew out puff out smoke magical word to make people think they are somebody great. They are the counterfeit preachers and teachers to the authentic Gino Jennings. They are afraid of him because they are afraid of the truth, he preaches will set people free and hear   the real message of the cross.

They are nothing like him because Gino Jennings work for and represent the authentic Jesus Christ and the kingdom of light. They mock our Savior and His ministry. What we have here is real spiritual warfare between Pastor Jennings and TDJakes. The Kingdom of light/ Jesus Christ and the Kingdom of Darkness TDJakes and the other defendants too numerous to list here or in the original lawsuit.

TDJakes knows all about snakes, as with Tracy Magwood who used this ritual (Performed on me January 2024 in fury after Jesus Christ healed me from the AIDS she put in my body). They enter your body in a snake from the Marine Kingdom to deposit snakes and snake eggs in your body to dominate and cause you to commit crimes.

They coil themselves around you strangling the life right out of you. I could not breath and snakes and eggs moved around-the-clock in my body for a week. All of that time I had the wherewithal to know someone else was in my body.

Jesus delivered me and as the Holy spirit casted her out" She through the snake spirit tried to kill me with strangulation ". Afterward my breath was the foulest it had ever been in my entire life. Snakes and snake eggs came out of my body. That is what Satan's pastors, preachers, singers and ministers' do to Jesus Christ People, coil a snake around and suffocate us, refusing to allow us to pray, fast, read the word and have a relationship with out Master, against out constitutional rights.

Then like TDJakes did with Miranda Curtis, Mike Todd, Kurt Franklin just to name a few who are, one of their Kingdoms voices, anointed by Jakes to use music like" Open Heaven" to do the opposite and "Close Heaven" for genuine Christians. In their witchcraft music is seen as manipulation or energy or" energy work". Their music is nothing less than Chants to cast spells.

"Music has long played a central role in religious ceremonies, healing practices, magical rites, and spiritual initiations. Its power to invoke emotion, inspire creativity, and stir our spirits has made it a primary tool in the hands of shamans, healers, witches, and mystics throughout history."
By Author Emma Kyteler: The connection between Music and Spellcasting.

These Bishops of bad behavior, control the Christians soul and life through the spiritual realm with the spirit of divination and sorcery to earn their wealth and power (Acts of the Apostles 16:16).

The use supernatural powers, and we are locked up in natural prison, pronounce untimely death, premature death sudden death. Like Guido von list and J.K. Rowling they expound paganism, witchery, hatred and new world order ideologies through a medium of penning a dark message through a novel to fight us, rather than the church message Yeshua built. (Matthew 16;18).

Like Guido von list, work Inspired the life work and goal of Adolf Hitler Osteen, Jakes Reese, and J.K. Rowling's inspire a whole generation of baby Hitler's reared up with the purpose destroy anything and everything that resembles the God of Heaven Jesus Christ.

Their music is not only corrupt as they anoint and promote others in their Kingdom. It is deadly and toxic to any young innocent Christian mind. When acknowledging God- the are referring to Satan their god.

That is the reason he's referred to as god and never say Jesus Christ. Satan is their god, money is their god, idolatry is their god, fame is their god, lust, pride, lascivious and whatever else they can make into a god to serve other than the one and only true God-Jesus Christ). These

(Mark 16:15-20) They don't heal the sick, they make us sick with their religious rituals. They don't cast out devils but cast then into people from hell, like so called Pastor Remy Babiola and John Lowe did to me in Tampa FL. I was held down by people in the church and flew across the chair busting up my leg while they cast demons into me. I went into depression, anxiety and could not leave my house and lost my job.

These ministers of madness don't raise the dead rather they put Christian people in their grave. intentional car accidents, intentional planes dropping out of the air, international bus, train and boat accidents, rash of school shootings, suicides, racism, mysterious man-man diseases, strokes and heart attacks in young people, robberies, in the majority of Black neighborhood and communities. These are you quintessential "False Prophets"

**Matthew 7:15**- "Beware of false prophets, who come to you in sheep's clothing but inwardly are ravenous wolves.
**Matthew 24:24**- For false Christs and false prophets will arise and perform great signs and wonders, so as to lead astray, if possible, even the elect.
**2 Peter 2:1**-But false prophets also arose among the people, just as there will be false teachers among you, who will secretly bring in destructive heresies, even denying the Master who bought them, bringing upon themselves swift destruction.

**Matthew 24:11**-And many false prophets will arise and lead many astray.

I lived my life demonized ----find the letter or email

The intentional I

because no matter how brief I try to be I have been victimized all of my life by this Underground Satanic Sexual Occult System with expressed consent and complicity from this Administration. I contacted every government agency. Even when a family member told me three years ago that I would be taken care of, I was ignored by it. I am a United States genuine Christian citizen. Since it is lengthy please read every word to be correct.

### Family Underground Satanic Sexual Occult System Connection.

I. Initiated into the occult without expressed consent desire or willingness to join by family members inducement.

II. Ritualistic ceremonies were continuously performed by family members of the occult. (Near drownings, bathed in a bathtub with water rituals with females to induce in the homosexual lifestyle. Created a disease I never had (Asthma).

III. Forced into years of satanic incestuous ritualistic relation to produce a family spiritual spouse marriage. (A common satanic practice).

IV. Molested by stepbrother, male cousins and sexual assault by an uncle all satanic religious occult normality. (To produce hatred towards men and force into same sex homosexuality.)

V. Physical mental emotion psychological abuse by parents and family occult members as a weapon to create mental illness and instability. (Occult practice producing a life dependency on psychiatric drugs or alcohol).

VI. Forced on medication for asthmatics (I never had asthma). An occult trick to limit life activities and have a gateway for spiritual access through medication).

VII. Constant rejection, beatings, harassment vexing, humiliation by occult family members. (A foundational occult's regime introduction into a life of humiliation/embarrassment and nonacceptance by family friends and underground satanic occult members recognized mark).

VIII. Decades of interference in my life's affair by occult religious practices (Family Spiritual Spouse refusal to allow a Christian marriage. And strategically placing homosexual women as best friends to monitor, spy pray against male-female relationships.

IX. Decades of unwanted forced spiritual sexual intercourse (not physical) with female family members who then in the natural send a homosexual woman to entreat me into a homosexual relationship. I never complied.

X.  Family theft of talents and abilities to those willing engage in homosexually for the transferred gift. (Example I ran track, played baseball, basketball and tennis. (I was put off the basketball team for being straight, my gift to run was transferred to a family member who was turned into a gay woman for the gift.)

XI.  At sixteen years old a vagabond homeless wanders satanic curse was pronounced upon my life (After the unknown curse even today coven members at Tudor Cay Condominium Association have tried to eject me from an apartment paid in full and all fees paid) The mark is permanent unless broken.

XII.  A satanic usage of enforcements by witchcraft powers forced me on drugs and alcohol.

XIII.  Entire family constant denial of sacrificing my life gifts calling education advancement in life for their own. (Hunted and used by all family members who refused to reveal their satanic religious connect even when specifically revealed by God.

XIV.  For years I was the only member in my family sent to St. Peter's Baptist Church where I was further indoctrinated into occultism.

XV.  In conclusion: When you are born with the "Biggest Brightest Star" among your kindred and accept the mark of the initiation normally unwillingly you are made into a "Superstar". You are controlled by family members, churches, pastors, altars, shrines, family gods, idols, ancestor or whatever is your family bloodline agreement with Satan. As long as you serve the altar you will become wealthy but controlled as a whore and slave to the altar in the shrine. The victim is forced by bewitchment and is kept on drugs and alcohol until enough money is made for the slave master to comfortable live off the then the victims are killed.

Just to mention, Earl Simmons "DMX was what my story would have been as well as many in their system who had no idea what the ''Hell'' they were getting into. The pain he suffered trying to get out, going from church to church, rehab trying to get help. Unable to get help because everyone was aware he was originally a genuine child of the highest God.

Sadly, he was demonized, used and tormented by his slave masters even while making money for them. (Acts 16:16-34). His master's did everything to prevent him from living for Jesus Christ, by forcing him on substance until they buried him.

His story would have been my story and millions of lost souls globally and especially in that Hollywood occultism world. Although my experiences mirrored that young man's, I continuously rejected every offer to serve my family altars, god and family of slave masters and rejected their money by refusing to be first raped and humiliated by a demon as a ritual into their world.

Therefore, If you don't comply with the slave masters well here is my story and millions other other in this system you will never make it unless you know to serve Jesus Christ. No matter how many looks, talents, gifts or intelligence you have they will use their black

magic to steal them. I have evidence how all of my gifts from the "Treasure of Heaven" was transferred, stolen sold and slave masters through the Underground Sexual Satanic Cult" through family, church pastors, employers, government agencies, men and unfriendly friends, who kept me drugged, sent me from one rehab after the other, put on psychiatry drugs, locked up in mental institutions three times, had me arrested dozens of time, resulting in a 25 year mandatory sentence, which Jesus Christ dismissed. Thes occultic pastors gave me diseases that Jesus Christ healed, countless heart attacks, healed by using healing scriptures, I was denied bank loans when I qualified. I was denied opening bank accounts when I had proper identification.

Every where I went workplace, schools' gyms, neighborhood homosexual women in the occult constantly made advances at me. One who resembles a real man was sent to rape me. These Church women stole every dime I earned, forced employers to fire me, attempted to drown me in a bathtub after being drugged. I was held down and injected with drugs by a doctor who refuse to release me after a third baker act and after finding that I was not a threat to myself or others. Thes Church satanist hindered me from a law school degree program, and now making every attempt to put me in the streets by a foreclosure on a paid in full property claiming I owe money that I do not owe. Every lawyer I contacted refused to accurately represent me. They are making every attempt to cause a electrical fire on my home to make me homeless. All credit agencies refuse to correct incorrect information resulting in bad credit, My firearm will illegally confiscated and held for years, unknowingly forced in a prearranged marriage, I was forced into homelessness 4 times, constantly monitored and stalked for years by this Underground Satanic Sexual Occult System through the family initially who then trafficked me to Florida Memorial College and Tracy Magwood Satanic church working witchcraft in the church and secretly concealed that I was in a coven of underground homosexual women many married to produce bloodline sacrifice. All these women despised me and did great harm. They did evil against me and my life for decades.

All violations of every ecclesiastical constitutional right, human and natural right here in the United States of America my home place of birth. No government agency responded including the FBI, CIA, HOMELAND SECURITY, EEOC,

### The Church Underground Satanic Sexual Occult System Connection.

1. In 1990 completely enslaved and trafficked to Florida Memorial College and into the hands of Satan himself (Tracy B Magwood, Lashon Reese, Tammy McIntosh, Sharon Fairclough, Monique Broxton, Andrea Murph Cynthia Correa, Cyril Ramsley, Sarah Edwards, Pamma Palmer, Michael Palmer, Mary Matlock, Barbara Edwards, and

Kalvalski West (most from Jamaica) presented themselves as Saints on the move for Christ a nondenominational Christian ministry. However as with most Jamaican Deeply rooted in the satanic Jamaican Obeah, voodoo, casting spells, worshipping idols, using fetish, potions, astral traveling, and mysticism. These satanist absolutely despised me and another genuine Christian and used magic to get ahead in life. All of them concealed they were satanist and homosexuals. All understood that Jesus Christ was the only God I would serve. I was demonized by their Jamaican religious witchcraft. For the next thirty years these members of the underground satanic church committed unthinkable sexual crimes. These homosexuals' women and men create and force women and men in their care into a homosexual lifestyle.

2. Interfered with my education (prevented me from attend the dual program with St. John University Law School).
3. Used Jamaican witchcraft powers to clog my mind to prevent me from passing the LSAT.
4. Forced me to pay tithes and stole money for 30 years to the Kingdom of darkness.
5. Forced me into drug rehabilitation after continuously using witchcraft to keep me intoxicated
6. Set me up to be raped by three men on off campus housing.
7. Caused several violent attacks on me by roommates to get me expelled.
8. Performed rituals to remove my glory by years of cursing my hair. My head, my destiny and future, removed by wealth, gifts and performed witchcraft.
9. Sent me who was confirmed with full blown AIDES to sleep with me.
10. Forced me to steal from Citibank to have me arrested.
11. Forced me into a life of crime and petty theft using their strong Jamaican powers.
12. Sold me into slavery and forced me to serve and pay other pastors in their coven money
13. Everyday of my life for thirty years every man I met were sent by these women who refused to allow me to marry by marrying me in the spirit.
14. They constantly sent homosexual women to monitor me, harass me, try to date me and engage in orgies with women and gay men.
15. Through their religious practices, they put AIDES in my body Jesus Healed me.
16. They put blood cancer in my body Jesus Healed me.
17. Under their enslavement they forced alcohol triggers witchcraft to keep me addicted and on medication.
18. When I got out of rehab Tracy would send Tammy to get me back on it.
19. They sent me to 3 rehab programs.
20. I was constantly arrested by their police members.
21. They sent Kent Edward David to rape me then set me up for a twenty-five-year mandatory sentence.
22. These women would Astral travel to have sex with me, beat me, rape me, torture me and
23. I was drugged and placed in a tub in a hotel to die.
24. I was put on an airplane which almost crashed because of witchcraft
25. They almost drowned me on a beach and in 12 feet of water at a pool.

26. My best friend in Junior College is bisexual and, in the occult, practices the spiritual spouse.
27. My best friend (Monitor spirit) is homosexual practices the spiritual spouse rituals.
28. They sent men to kidnap me on three separate occasions.
29. I was almost murdered by Robert Fanning on three separate occasions.
30. Alexander Clark harassed, raped and tortured me for years.
31. Because I refused to join these some married homosexual women, they constantly sent bisexual or abusive men in my life.
32. They used witchcraft powers to interfere with my dreams, visions and hopes.

These skilled satanist used a process in witchcraft to transfer all of my talent's gifts and dreams in their dark market to Noel Magwood who is waiting to be anointed by TDJAKES and Sarah Jakes. She is not a Christian and hates Jesus Christ and targets genuine Christians with bewitchment.

33. I would not be an exaggerate to say these women removed my spirit from my body and caused me to be in almost 100 car accidents over my life.
34. They tried to drown me.
35. Sent me out of the country several times to a witchcraft coven transfer ritual.
36. I was forced to work in their labor camps called employers who used me and never paid me for services. Since I will not engage in homosexuality, they shut down every business opportunity and employment every time I began to earn money. All of my former employers took part in this slavery.
37. The satanist make it appear that the country has a racism problem. I would gladly French kiss David Duke or any grand wizard and receive more love and affection that I would get from any of these black heathens. The source of their crimes spans the entire State of Florida. They own the State cities and territories and manage the havoc against innocent Christians.
38. They tried to kill me for decades more recently in January 2024. Immediately after JESUS CHRIST healed me from AIDES they programmed into my body. Tracy Magwood tried to kill me with an overdose of THC. I was taken to the Marine Kingdom through a movie on NETFLIX where she put demons and coiled herself around me. I was demonized again for a week. The spirit was alive, and it was living inside of me. The Lord healed me again and snakes and snakes' eggs came out of my body. These women are wicked and have business all over social media like a pyramid targeting genuine Christians seeking Jesus Christ.

**The Making of a homosexual:** SLAVEMASTERS constantly rape a young girl or boy in the spiritual realm over and over then send a homosexual boy or girl in the natural to lure them. While the Christian victim is asleep, they put images of same sex or allow them to watch someone like Little Naz. They are sent to Occult teachers who continue to convince them they are gay. A man rapes the boy in the natural and leaves him twisted with a homosexual demon and now the child is polluted. The homosexual community uses church and Jesus Christ for most of their victims to keep them in that state until they die. The American

church closely follows Catholicism. Both have priest, uses altars, shrines, give little genuine Christian boys and girls as sexual sacrifices for money power and fame.

These Women are the Jebel who are Marine agents (MATA WATA) a demon god in the water responsible for wealth and prosperity. I care little about who believes that I Just randomly failed at all of my dreams and hopes.

This coven of witches and the hundred affiliates and associates satanic church that are in their coven bombarded me with every type of sorcery, witchcraft, powers form the dark the deep the grave the water the air the sea and in partnering with demon powers forced me into a life of poverty. I am still more beautiful, more intelligent, more successful, enterprising, determined, ambitious than any of them that stole everything from me and my life, my destiny, my star, my calling, my wealth riches, intelligence, my career, my music, me. Ministry my marriage mu children my family and transferred to a lesser person who is willing to be homosexual or a whore. They are doing what the people on the top who claim to be CHRISTIAN BUT ARE NOT DOING. It is called replacement.

**Example.** I 1990 after being delayed by my family I finally embarked on the path of my dream to attend Harvard and become the first Black Supreme Justice. All of these women constantly my life on a pretense of being a friend. They forced me to confide in them my secrets plans and goals.  From 1990-to 2003. I applied to every Harvard and every time all of this woman called themselves laying firsthand my head my application and speaking into my life. What they were saying were curses spells. Finally attending Nova I figured I would make the dean's list then transfer to Harvard. Once again, all of these women and Robert Fanning used their contact to claim I was not successful on the exam when unbeknownst to me Nova handed out the final exam to students that were in the occult who they wanted to ensure would pass. That is the reason I know I was successful. Even after I attended a non-ABA law school these satanic occult members used their religious rituals to blind me. I was unable to see the word on the pages.

"The Replacement Process" is to stop the genuine Christian from occupying an office position or job and replace them with someone who is not a Christian and who will do Satan's bidding to advance their kingdom. Yes, I was in Miami from 1992-2013 repeatedly taking the LSAT and failing it. I boldly state that I was like many other genuine Christians replace with someone else who has no  other motivate but to rise on your Star, Gifts Talents and abilities which were transferred by the Marine Kingdom Leviathan powers in this case in Miami Florida. I was replaced by someone who is woman, born of a woman, has a woman for a grandmother, has aunties that are women has daughters who are women, sororities sisters are women, and the absurdity of the satanic answer cannot give a definition of a natural born woman. My answer would have been, if the God of Israel created you with a vagina you are girl and will become a woman and if he created you with a penis, you are a boy to become a man. Satan and His Kingdom are the only place where you can assign yourself a sex. The replacement process is going on all over the United States and the world. Athletes with lessor abilities servicing their altars with a string of

blood sacrifices on their rise to the top. I met a very well-to-do lawyer who began with a brilliant career. He is just about sixty-five on 20 different medications and in bad health. What classmate, friend or coworker stole his star, soul and life.

The soul trader's soul merchants walking around as Kings

# IN THE  SUPREME COURT OF THE UNITED STATES

## Petitioner(s),

Jesus Christ, Lord, All-Mighty God of Heaven and Israel, Reigning King in the Kingdom of Light

Terese Ebony Jones Ambassador, Minister Slave Servant, and Disciple

Millions of Kingdoms of God Citizens

v.

## Respondent(s),

**United States of America**
**(Executive Branch)**
**The United States Supreme Court Justices**
**(Judicial Branch)**
**United States Senate**
**United States Congress**
**(Legislative Branch)**
POPE
Thomas Dexter TD. Jakes
Serita Jakes
Pastor Sarah Jakes Roberts
Pastor Cora Jakes
Richard Brandon Coleman
Pastor Joel Osteen
Victoria Osteen
Johnathan Osteen
Alexandra Osteen
Prophetess/ Evangelist Tracy B. Magwood
Prophetess/ Evangelist Noel B. Magwood
High Priestess Tammy McIntosh
Chief Apostle Prophetess LaShaun Reese
Pastor Overseer Mary Matlock
Pastor Barbara Edwards

PLEASE SEE THE COMPLETE LIST OF DEFENDANTS LISTED IN FEDERAL CASE NUMBER NUNBER:823-cv-O1613-WFJ-TGW (APPEAL CASE NUMBER 23-12671-E) COUNTY CASE CIVIL ACTION NO: 8:23-CV-1691-WFT-CPT/ Case NO: 23-CC08931

PETITION FOR AN UNPRECEDENTED WRIT OF CERTIORARI TO REDRESS AMERICA

Terese Ebony Jones

**Ambassador "PER SE"**
**9013 Tudor Drive G203**
**Tampa FL 33615**
**954.907.9614**
Email: redressamerica@gmail.co

## QUESTIONS

1. **What appropriate measure will be taken by the three distinct branches: (Legislative, Executive and Judicial), comprised of the United States of America Federal Government: to "Redress my grievances," make restitution, through punitive and compensatory damages for the blatant fabricated historical events establishing the foundational religious systems in these countries contrary to Christianity. Notwithstanding the glorification of evil raping, adulterous, murdering, sadistic mercenaries' clever concealment of their involvement in occultism as the basis from which the supreme law of the land is derived and their commitment to the agenda of the Kingdom of darkness who deliberate portrayal as a Christian nation Christian values directly resulting in my injuries including pain, suffering, and the denial of my every ecclesiastical, constitutional, human and natural right's as the ''Bill of Rights'' claimed were my entitlements as a naturalized citizen of my place of origin?**


2. **What appropriate measure will be taken by the three distinct branches: (Legislative, Executive and Judicial), comprised of the United States of America Federal Government: to "Redress my grievances," make restitution, through punitive and compensatory damages for: the very superstructure of the emergence of the United States as a nation moral ethics judicial and religious structural system groundwork anchors on the protection of their privileges occultist religious citizens whose loyalty to their established religious system denial of the same basic rights afforded to me under the sixth Amendment to counsel in order to confront their members who accused me of crimes took me to the**

courtroom of heaven. My right to be present at trial confront witness and have counsel against the defendants who: Are satanist in the kingdom of darkness mispresenting themselves as officials and representatives of the kingdom of light. In doing so these defendants for decades have set up organizations that require that one in the union be homosexual the other agree to hide the fact, produce a bloodline as an heir to the throne. They allow the other child or children who are Christians to be molested and forced into a homosexual lifestyle. The children are put on drugs as sorcery performed for the parent and the willing heir to steal the Christians star destiny talents gifts wisdom and such. These defendants practice the ancient old satanic practice of marrying and victim and claiming them as a spiritual spouse where they completely take over the life of the Christian victim forbidding the victim to marry have friends. Thes defendants use their religious powers to cause poverty, infirmity, affliction, loneliness, fear, bareness homelessness. We Christians had no knowledge and was never taught by these treacherous teachers how to fight against their altars shrines priest and offering they us to sacrifice us, mark us marry us rape us beat us sell us traffic us using their powers and arsenal of weapons for the dark kingdom and steal our star destiny future wealth money power ministry they make us baron but giving us endometriosis, adenomyosis stealing and selling our womb they give u violent characters and force un to commit violent acts for them, rob banks, murder other people and children, . Thet slave trade us in their system, sexually exploit children. The Defendants created the homosexual community. I was raped by Tracy Magwood, Tammy McIntosh Noel Magwood, Mary Matlock and made into a spouse who refused to allow me to have my own family business or career. These principalities powers rulers demons partner with demons to demonized us under their dominions, they give un untimely death sentences putting us in car crashes, drown us in a tubs they use the prince of Persia power to block us from the third heaven and block us from knowing our God all while they rise to stardom on all the Christian abilities then act as if they did something other than partner with supernatural forces to help them rise by enslaving a people spoiling their good and keeping them on drugs and alcohol.. and they become they exchange our great life for theirs leaving

us in their market to be passed around as a product. If we try to remain the workforce, they will work for us and take our money. They send us from job to job one employer after the other use us, the EEOC does nothing all while we are in the work force they put us on disability, these lawyers are paid, the doctors are paid the healthcare companies are paid the judges are paid Medicare and Medicaid grows… then pharms keep sorcery in us in the form of pills, then the road gets paid to welcome us back three or four times AA and NA perform witchcraft the dry satanism drink through oust demonized souls we face false arrest false imprisonment misconduct by judges lawyers who know who we are and keep us in the system they control every aspect of the genuine Christian with the sole purpose of stealing everything and ushering them into hell; we are under arrest by the masters who punish us. They keep us addicted on substance to completely control us with anger so we can kill for them and go to physical jail…Kensington Philadelphia and places like it are the richest places in the world not the top 1 percent. Jails we know nothing about the courtroom of heaven they religion shows them how to function to send us to jail in the spiritual realm then get us to behave badly kill someone and send us to natural prison institutions and hospitals are the richest places in the world no the top 10 %. who claim to have a secret. They cast demons in us, oppress us, give us anxiety, depression. They perform the judas ritual, The keep us in spiritual and natural jail with bogus sentences and charges life me a 25-year mandatory sentence by the people we trust with our soul. young people in the prime of their life with several created mental illness sickness on Medicaid and Medicare for life never to do anything but fail while their oppressor rise on their talents. Children are given down syndrome MS and so the body could be occupied by them. That is why a person walks fi=nun when intoxicated their body is occupied by another. The use fetish charms voodoo juju. They live inside of us to conduct evil deeds.

3. Their secret is SATAN a book they refused to allow me to write, they are antisemites who hates the God of the Jews the Jews are just the casualty of war. The white satanist and the black satanic purposely use us to fights a race war when it is a spiritual war. I can get more love and affection from David duke then I got from any Black person I have ever met

including family members. The richest places in the world are the poorest, for example. the Hindu are not any more intelligent than anyone else they steal from the poor with their witchcraft...put a below average inner city black kid who knows Jesus Christ against any Hindu, Chinese Japanese or any other child who is above average and not powered by Satan through the parents and see who is the smartest. The use every evil satanic power and partner with devils to take the advantage from the Black child and to get their child into the Ivy leagues schools. I wondered why Harvard an altar covenant with Satan yale altar... their children are thieves liars and swindlers just like the Black athlete who they crown king of this and king of that. The secret is Satan, and they have an extensive line of blood sacrifices along their road to their throne and even more with the crown on the head, their bloodlines are sacrifices to the homosexual god or was schooled from an early age to service their altar. THEY HAVE NO MORE NATURAL ABILITY AND ARE POWERED BY SSATAN.

4.  They have no more intelligence. the Japanese Vietnamese chines oriental have great poor population who they have partnered with sat to do the same. They are help as if they are so much more intelligent brilliant they secret is Satan, their children are no more intelligent than the average black child they set up business in the black neighborhood which is the richest places to trade our souls hunt our souls, curse and steal our solus... they pay for merchandise in our blood. THEY CONTAMINATE OUR FOOD WITH INTROJECTIONS THAT CUASE SICKNESS AND DISEASE we get our hair done they steal our glory... they do our nails and take whatever we do that will prosper they take., they use witchcraft to send our fee Tinto poverty sickness and take the money to shines and altars to curse our life...social security. Their billion-dollar homes yachts are soaked with the blood of Christians from all walks of life by clever hunters. They openly curse the name of Jesus Christ yet claim to be a Christian. They openly profess to be a Christian but accept every other religion and say Jesus is not the only way. America is not enough they go to Africa to steal souls by giving the impression they are great humanitarians, philanthropist foundations and give millions when they stole trillions of should they trade in the stock exchange in the

spiritual realm using the blood as currency women are bewitched so much they are walking the street naked in this Christian society who turn innocent free people into uneducated jobless hopes medicated slaved traded by soul hunters slave traders soul traders into a homosexual or a whore. That is the country I was born free and was started into the formerly underground satanic sexual occult not underground anymore. Who did all this to me and tried to make me into a homosexual and because I refused, I was not allowed to rise to being the first. By the church I trusted my soul with who took my tithes and offering to the palm reader to curse my money future star sent deeply skilled Jamaican witch doctors to pray curses on me for years. Then another catholic high priest who recently tried to do some sort of transfer when his 100-year-old high priestess mother passed way. In January

5. What appropriate measure will be taken by the three distinct branches: (Legislative, Executive and Judicial), comprised of the United States of America Federal Government: to "Redress my grievances," make restitution, through punitive and compensatory damages for: The very system who denied my ecclesiastical, civil, natural and human rights is the very system has ties and relationships with my oppressors.

6. What appropriate measure will be taken by the three distinct branches: (Legislative, Executive and Judicial), comprised of the United States of America Federal Government: to "Redress my grievances," make restitution, through punitive and compensatory damages for:  Not clearly relaying that phrase "We the people" of the United States refers solely to "We the people" in 1. the occult 2. In the church of Satan, secret societies and organization, 4. Catholicism, 5. The America church (90%) 6. governmental agencies, 7. fraternal orders, 8. who practice sorcery, 9. And anyone who have any other god belief, religious practices other that genuine Christianity

**In order to form a more perfect union( RELIGION) establish spiritual and natural cruel injustice over genuine Christians and insure we subjugate them by force through domestic terrorism, by the removal of their authentic bible, authentic churches, authentic teachers, preachers pastors and teachers ultimately the complete separation from their God( the authentic Jesus Christ and replace with Satanist to provide for no common defense, to promote poverty, confusion, slavery, food insecurity, homelessness, unemployment, underemployment, hardship, punishment through spiritual and natural means to secure our wealth stature, prosperity at their expense to establish our liberty to rule over them by any means necessary for our blessings, wealth stature and bloodline through our "Christian values".**

**B. What appropriate measure will be taken by the three distinct branches: (Legislative, Executive and Judicial), comprised of the United States of America Federal Government: to "Redress my grievances," make restitution, through punitive and compensatory damages for:** The entire framework of the functionality in the established supreme law of the land being a stark contrast to the actual written established law for example: Amendment 1 assert: Congress shall make no law respecting an establishment of religion: At the foundation of the country a religion was established and while claiming to be Christian when in fact it was not there was an awareness of a different religion and system creating a two separate and distinct kingdom and Gods. And again, in doing so, it breached its own law by not only the establishment of a religion but the intentional promoting of religion (one kingdom Satan's) at the expense of the other religion (kingdom Jesus). That farce directly contributed to injuries I withstood by the grace of my God resulting in the unawareness of rituals and practices that enslaved me, eliminated by ability to freely practice me right to witness, share my faith and express my love for my God through my music, career, desire for matrimony and ministry. All interfered with for decades by members of the occult in my family, friends, neighbors, former employers and men in the occult who deliberately hindered me. The government employers the church and unfriendly friends Suppressed my right to freely speak about Jesus Christ and Christianity public ally a job at governmental agencies while promoting and practicing Satanic Occultic Religious Practices in those same places.

**What appropriate measure will be taken by the three distinct branches: (Legislative, Executive and Judicial), comprised of the United States of America Federal Government: to "Redress my grievances," make restitution, through punitive and compensatory damages for: The defendant's flagrant belief that as my self-appointed undesired slaveowners through their religious rituals and charms they have the expressed privilege of violating my ecclesiastical, constitutional, human and natural rights afforded under the 2nd Amendment through the use their secret well-organized, well-armed soldiers in the army of Satan being part of a secret religious armed forces** its members are disguised, fashioned, and camouflaged as Christian organizations, Christians churches, Christian enterprises, with the sole purpose is the disarmament of the genuine Christian weapons through the use of spiritual domination by spiritual warfare. For a Christian, these falsehood Parana's use satanic weapons such as Astral traveling spiritual spouse cursing and pronouncing laziness producing powerlessness in a battle against them and their kingdom Their teachings hinder interrupt stop and blocked me from my weapons in this spiritual battle with them which are prayer, fasting, reading Holy Scripture and church to "Render me powerless and collect my benefits. I was well into my 50's with a master's degree. Through their violations I was unable to read, write, pray fast or enjoy a relationship with my God. Hebrews 4:12 2Corinthians 10-4-6.

**What appropriate measure will be taken by the three distinct branches: (Legislative, Executive and Judicial), comprised of the United States of America Federal Government: to "Redress my grievances," make restitution, through punitive and compensatory damages for: The defendants deep demonization and bewitchment of my soul by these soldiers of Satan who not only used and took ownership of my physical body(my temple) and forced me into a prearranged marriage, to commit crimes, trafficked me to men who profess their love for me. But also spies monitors spirits and leeches who failed to identify themselves lived in my physical house.**

**What appropriate measure will be taken by the three distinct branches: (Legislative, Executive and Judicial), comprised of the United States of America Federal Government: to "Redress my grievances," make restitution, through punitive and compensatory damages for: All rights under the 4th Amendment**

for decades of Kingdom of Darkness soldiers of Satan monitors spies who illegally gained access to my home through supernatural and natural means and collected personal information from computers, books, projects conversations and persons effects to report back to the covens. The agents, soldiers up to their generals, unreasonably searched and seized property in violation without permission, calls for probable cause or court order and seized decades of information. At the time I was unaware that the satanist utilized the court room of heaven to execute and arrest and judgement for charges I was not aware of. Therefore, their illegal search and seizure was not given by oath nor was I offered counsel by Jesus Christ identified as my advocate.

What appropriate measure will be taken by the three distinct branches: (Legislative, Executive and Judicial), comprised of the United States of America Federal Government: to "Redress my grievances," make restitution, through punitive and compensatory damages for: The United States continue support their Satanic Pope and Priest functioning worldwide as Christianity when in fact their Pope and their Priest are no more Christians than Adolf Hitler. Their Pope and priest are the largest cult leader in the world operating from the same sourced power that raised up Andrew McVey to terrorize A

What appropriate measure will be taken by the three distinct branches: (Legislative, Executive and Judicial), comprised of the United States of America Federal Government: to "Redress my grievances," make restitution, through punitive and compensatory damages for: The express policies of the United States of America government to permit naturalized citizens to be initiated into the occult and made slaves by slave masters who act as family members, friends teachers, pastors, employers and husbands who after each encounter further deepen their ties into the occult by bewitchment. The process of initiation a family member or very close family member offer the free born Christian some drug, typically they start with marijuana then lured them in with alcohol or some other harder drug. The drugs are used as a point of access and contact for sorcery and bewitchment in order to gain access to the free born Christian and

the enslavement into the family coven by an existing preauthorization by earlier dead relatives or whomever in the bloodline made the deal with Satan. After the first initiation to solidify the ritual of sex must t

**Finally: What appropriate measure will be taken by the three distinct branches: (Legislative, Executive and Judicial), comprised of the United States of America Federal Government: to "Redress my grievances," make restitution, through punitive and compensatory damages for: The continuous attempted murder, rape, molestation, demonization, loss of income, prearranged marriage, satanic ritual of spiritual marriage, poisoning, car accidents, beatings harassments, invasion of privacy, untimely death assignments to take my life, they ate my flesh and drank my blood**

**What appropriate measure will be taken by the three distinct branches: (Legislative, Executive and Judicial), comprised of the United States of America Federal Government: to "Redress my grievances," make restitution, through punitive and compensatory damages for: the illegal violation of Amendment 5 whereby I was prosecuted again and again for crimes I did not commit. My life to be a witness for Christ was used against me as my witness** nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation.

**What appropriate measure will be taken by the three distinct branches: (Legislative, Executive and Judicial), comprised of the United States of America Federal Government: to "Redress my grievances," make restitution, through punitive and compensatory damages for: Amendment 6** In all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial, by an impartial jury of the State and district wherein the crime shall have been committed, which district shall have been previously ascertained by law, and to be informed of the nature and cause of the accusation; to be confronted with the witnesses against him; to have compulsory process for obtaining witnesses in his favor, and to have the Assistance of Counsel for his defense.

**What appropriate measure will be taken by the three distinct branches: (Legislative, Executive and Judicial), comprised of the United States of America**

**Federal Government: to "Redress my grievances," make restitution, through punitive and compensatory damages for: Amendment 7** In Suits at common law, where the value in controversy shall exceed twenty dollars, the right of trial by jury shall be preserved, and no fact tried by a jury, shall be otherwise re-examined in any Court of the United States, than according to the rules of the common law.

**What appropriate measure will be taken by the three distinct branches: (Legislative, Executive and Judicial), comprised of the United States of America Federal Government: to "Redress my grievances," make restitution, through punitive and compensatory damages for: Amendment 8** Excessive bail shall not be required, nor excessive fines imposed, nor cruel and unusual punishments inflicted.

**What does citizens in the King of G**

**When**

What is a soul merchant? TD JAKES /DOCTOR DANIEL OLUKOYA

Slaver, procurer, and arbitrator, the Soul Merchant is ultimate middleman in the market of stealing, selling, and buying souls. Like any successful merchant, he enjoys special privileges with his clients.

**How long will the United States continue to permit every other religion to use their supernatural powers to enslave, rape, molest assault, they gave me aids, Jesus healed me, stomach cancer Jesus healed me, heart attack after heart attack, mental illness, forced me on alcohol then drugs, sent men to rape me again and again, make every attempt to force me into homosexuality.**

**How long will the United States( ADD THE LEAG LIKE VILATERAPE continue to allow Robert Fanning Lashon and Ogden Reese, Tracy B. Magwood, Tammy McIntosh Magwood, Noel Magwood, and all their ministers**

associates continue to use Marine spiritual powers and leviathan powers to rape, little girls in the spiritual realm then send a homosexual in the natural to seduce them for the purpose of polluting them into the homosexual lifestyle and demonize them to rise on their storm, destiny wealth such as was done to me.

Redress of Grievances for Redress of America: Jesus Christ the Almighty God and Terese E. Jones Case Against the Government of the United States of America, the Satanic Occult Church(es), including the Catholic Church(es), American Church(es), Hollywood Occult Church. This lawsuit is also against Satan's members, businesses, educators, disciples, followers, soldiers, and children who falsely disguise themselves as representatives of the Kingdom of Light and of Jesus Christ, the Almighty God. Differentiate Jesus Christ, the All-Mighty God, from every other god, practice, theory, faith, philosophy, belief system, and way of life, and legally categorize Him in a class by Himself."

### EMERGENCY "UNPRECEDENTED WRIT of CERTIORARI"

We humbly request the High Court to grant this **"UNPRECEDENTED WRIT of CERTIORARI"** To petition the court to **REDRESS AMERICA** and grant our request to stand for our case before the Justices based on these facts:

1. Judge William Jung instantaneously ruled against the petitioners and at once dismissed the case as frivolous with prejudice. His swift ruling is indicative of the unfair illegal practices Christians endure in the judicial system and the rule of law in its application to genuine Christians seeking relief in his courtroom. In fact, genuine Christians experience similar treatment from Judges in courtrooms across the nation and globally.
2. No Attorney will be Petitioners in this case, or the county case which is still pending due to a conflict of interest in their religious beliefs, practices and rituals aligned with and dedicated to the defendants.

3. Since I am "PER SE" I humbly plead with the courts to pardon my limited knowledge of proper procedure in this matter as I represent Our King Kingdom, millions of Kingdoms of God citizens who are illegally held captive in jails, hospitals, mental institutions and prisons by the defendants, their god and kingdom through the use of their religious rituals and practices.
4. I humbly plead with the court to be patient while I make every attempt to outline the complexities involved with the defendants listed and notably reserve the right at some point to discuss the other relevant defendants.
5. These are thousands of different religions, practices rituals and gods represented in the United States from the purported estimated 199 nations worldwide. All religious practices, rituals customs are in opposition to Jesus Christ, His ways, and teachings.

Through the use of their deep mystic practices the practitioners are using methods sourced from supernatural powers to give Christians impotent and make our God look as if he is powerless. This religious sect understands the average Christian" have not learned what some call "Satan's deep secrets" (Revelation 2:24)

6.  The time has to come for this country to separate all other religions, faiths beliefs, practices and gods from Jesus Christ and acknowledge the existence of the effective evil practices in this country and worldwide which the methods are used.

7.  I ask the court to be patient when I first pose a question to the court then provide a brief explanation of how and why it affects me. I will keep it as brief as possible. However, due to the length of time we have been under attack we will take the one and only opportunity to secure a court date in hopes that the court will hear the case. For the sake of time, we request the court order the full case file to get a better understanding.

8.  Never given the opportunity to properly raise

## Statement of the Case

**PURPOSE TO REDRESS AMERICA: ONE WOMAN'S JOURNEY TO ESTABLISH THE SATANIC OCCULT AS AN OFFICIAL RELIGION IN THE UNITED STATES OF AMERICA.**

**The Satanic Occult Religion must be registered and recognized as an official effective practicing religion in the United States of America. Furthermore, the integrated Satanic Occult religious community's rituals, customs, and ceremonies must be publicly shown as authentic and effective rituals. Additionally, all Satanic religious outlets, networks, Pastors, and churches must sever all ties with Jesus Christ, his name, image, ideology, persona, character, teachings, kingdom, and Holy Scripture and to:**

**1.** Differentiate Jesus Christ, the All-Mighty God, from every other god, practice, theory, faith, philosophy, belief system, and way of life, and legally categorize Him in a class by himself.

**2.** Alter the ill- equipped natural laws across the land to combat the dark forces that are menacing society through effective ancient methodologies, ritual, and spiritual warfare. To do this, new legislation must be introduced and implemented to prosecute the occult murders and other crimes committed by them, which are plaguing society and the lives of innocent people.

**3.** The United States of America must recognize the distinction between the two powerful kingdoms in the world: the Kingdom of Light (Jesus Christ) and the Kingdom of Dark (Satan).

**4.** The American people must be able to choose between established doctrine and views, teachings, ideologies, laws, and agendas without duplicity or coercion.

**5.** Give biblically based facts about Jesus Christ's kingdom, his genuine teachings, commandments, and laws, and dispel Satanic disinformation about Holy Scripture. Allow any genuine Christian to take legal action against Satanic publishers who intentionally or unintentionally, knowingly, or unknowingly, publish and disseminate inaccuracies from the Holy Scripture as factual after being notified of errors.

**6.** Accommodate Jesus Christ's illegally held Kingdom of Light, citizens transition from the Dark Kingdom of Satan's churches, teachings, bewitchments, spells, mind control, and homelessness into the Kingdom of Jesus Christ's government for aid, housing, and to learn authentic Christian Laws, commands, and warfare tactics.

**7.** To freely exercise and practice my Ecclesiastical consecrated spiritual rights according to the Holy Scripture's laws and commandments. By my God, Kingdom, and Faith and do so with truthful teachings, without being designated as hate speech or slander against any particular group, community, or individual.

**8.** Be granted absolute immunity from any law now or in the future requiring me or any genuine Christian serving in the Kingdom of God to refer to any biological man as a woman, or any biological woman as a man; and the explicit exemption of recognizing any gender other than a man or woman, he or she in their natural biological state according to the Bible. "And God said, let us make man in our image, after our likeness." So, God created man in his own image; in the image of God, he created him; male and female, he created them. **(Genesis 1:26a-27).**

**Petition for Redress:** Why are we petitioning the United States Government and these entities in this lawsuit? *"According to the First Amendment to the Constitution of the United States, Congress shall make no law respecting an establishment of religion, prohibiting the free exercise thereof, abridging the freedom of speech or of the press, or the right of the people peaceably to assemble and to petition the government for a redress of grievances."*

The "Congress shall make no law respecting an establishment of religion" clause not only forbids the government from establishing any official religion but also prohibits government actions that unduly favor one religion over another.

This United States Government, through its organized allegiances, has consolidated resources, alliances and other efforts within the various named entities to firmly stand united as a single, established, powerful, fully functioning religious church. The official establishment of this religious church of the Satanic Occult and the Kingdom of Dark(ness) firmly stands against Jesus Christ, His Kingdom, and his church. The members of this well-established church consist of some of the wealthiest and most notable business owners in

all aspects of industry, including also in the Judicial, legal, law enforcement, congress, entertainment industry just to name a few (Please see the original case file for details). Their combined efforts are to accomplish several goals.

1. Keep the genuine Christian away from Jesus Christ, His ways, His teachings and the effectiveness of his word against their tactics by using their religious methods.
2. To keep the genuine Christian in sin, angry, discouraged, hopeless, helpless and afraid in order to break their spirit and make them believe there is no hope.
3. To use Voodoo charms, necromancy, dark declarations satanic decrees to render the genuine Christian powerless in order to infiltrate their body and take over the soul.
4. To steal the genuine Christian Star destiny wealth gifts talents as use as their own.
5. To separate the genuine Christian's body from their spirit through supernatural means and cause death by car accident, drownings, shootings and other satanic devices used.
6. To use witchcraft to bewitch dominate control oppress depress give sickness disease and ailments to make use of the body and steal the soul.
7. Deceive the genuine Christian with seduction, music, a seared conscience, drunkenness, rape, sexual abuse, exact curses and plot to do what their church calls "Render them Powerless." (This is just a small list of occult practices used against Christians to separate us from God.
8. In" Rendering the Christian powerless the satanist use the pastors, church, unfriendly friends, monitors, watchers, seers, false prophets, false teachers to utterly destroy the genuine Christian and beat them down into slavery and take over their possessions. In the process to violate and manipulate every spiritual law, natural law and laws of the university to subdue overtake and own the Christian.
9. Keep the genuine Christian unemployed underemployed sick weak tired in the legal system, without credit an ability to survive financially eventually will result in homelessness.

## VIOLATIONS OF LAWS

## 1. Ecclesiastical Consecrated Spiritual rights were violated

__Have no other God__ "Thou shalt have no other gods before me." (**Exodus 20:3 KJV**)
__Love and believe in one God__: **Mark 12:30 KJV**
__Freedom from enslavement__ **John 8:36 KJV Galatians 5:1 KJV**
__Abundant Life Romans__ **15:13 KJV**
__Good Health__ **3 John 1:2 KJV & Proverb 16:24 KJV**
__Daily Spiritual Disciplines__ **1. Bible Study 2. Prayer 3. Meditation 4. Fasting:**

**2 Timothy 2:15 KJV** Jeremiah 29:12 KJV Psalm **1:2, KJV (Joel 2:12 KJV)**

## 2.United **States Constitutional Provisions Involved**

**U.S. Constitution First Amendment**
**U.S. Constitution Second Amendment**
**U.S. Constitution Third Amendment**
**U.S. Constitution Fouth Amendment**
**U.S. Constitution Fifth Amendment**
**U.S. Constitution Sixth Amendment**
**U.S. Constitution Eighth Amendment**
**U.S. Constitution Ninth Amendment**
**U.S. Constitution Fourteenth Amendment**

## 3.Geneva Convention and United Nations Law Violations:

- **Article One, Article Two:**
- **Articles 4 and 5:**
- **Article 12(1),**
- **Article 27:**
- **Article 13:**
- **Article 45:**
- **Article 47:**
- **Article 75:**
- **Article 76:**
- **Article 90**
- **Article 91:**

**Human rights were violated.**
- The right to life
- The right to freedom from torture
- The right to equal treatment
- The right to privacy
- The right to freedom of thought, opinion, and expression

**Natural rights were violated.**
- The right to work
- The right to liberty
- The right to own property
- The right to make a living
- The right to practice religion

### Statutes

28 U.S.C. § 1254
28 U.S.C. § 1257

## Jurisdiction

I. The intentional dismissal of the case with prejudice ruling by the Judge makes it all but impossible to exercise our Constitutional civil rights in the lower court which systemically discriminate against genuine Christians opposes citizens in our kingdom.

II. However, the petitioners, facts in the case, warrant a removal of the Judge due to the affinity of the Judge's commonality and supernatural connection to the defendants in the case are in opposition to his commitment to the very system we seek to destroy.

III. The rule to dismiss with prejudice giving no ability to amendment is a violation of our civil right to confront our satanic accusers and an attempt to put an end to our fight against the very system the Judge is a member of. This unjust treatment is a small part of why the judicial system is broken and needs a complete overhaul. With no means to refile how could we exercise our rights for justice in an unjust system by an unjust Judge serving an altar.

2. Direct appeal

**Table of Authorities Cases (Proof the United States awareness and existence of the Occult and condones the destruction of genuine Christ.)**

**POLICE/ FBI official evidence of the existence Satanic occult:**

The United States government has sufficient proof of the Satanic occult system existence operating covertly now overtly for decades.
1. State of California Office of Criminal Justice Planning-Occult Crime: A Law Enforcement Primer Department of Justice National Institute of Justice- Satanic Cult Awareness.

2. U.S. Department of Justice Office of Justice Programs-Satanic, Occult, & Ritualistic Violence in America (From Faces of Violence in America, 33–53, 1996, Gordon A

3U.S. Department of Justice Office of Justice Programs-Occult Criminal Investigations NCJ Number 149064 Date Published 1993 Length 44 pages Corporate Author Glendale Police Dept. Address Glendale, CA 91200, United States Sale Source National Institute of Justice/ Address Box 6000, Dept F, Rockville, MD 20849, United States

4. Occult crime: Detection, investigation, and verification Paperback – January 1, 1992 by William Edward Lee Dubois (Author) Publisher : San Miguel Press (January 1, 1992)

ISBN-10: 0962293210

**Documented proof of the occult in the United States are primarily after children to corrupt their minds into homosexuality and away from Jesus Christ plans purposes and intent for their innocent lives.**

- Satanic temple host after school Satan club at Pennsylvania school Published August 27, 2022, 10:00pm Adam Sabes is a writer on the breaking news team for Fox News Digital.
- North Carolina parents outraged over after school Satan Club Adam Sabes | Fox News May 2, 2022

## REASONS FOR GRANTING THE WRIT

The Defendants actions and those actions of the general population within the Occult religious sect has over decades of my life utilized their uncompromising profound comprehensive knowledge of the supernatural underworld to:

1. "Render me powerless" by using their Blackmagic to enslave me both spiritually and naturally by intentionally using spells and witchcraft to demonize me. Through the demonization I was denied every right (ecclesiastical constitutional human, natural) this country lied to be about and said was available to me as a naturalized citizen.
2.
3. I was deliberately separated from and denied access to Jesus Christ.
4.

## "ARGUMENT FOR GRANTING THE WRIT

The atrocities I continue to experience has always been conducted with the **"FULL KNOWLWDGE UNDERSTANDING AND CONSENT"** of The United States of America government. I offer proof that the United States not only has in their archive's years of direct evidence and proof of the existence, fundamental objects and ultimate desired results against genuine Christians, of the "Satanic Occult, the Satanic church and well-established organization which purport to be Christian but a known camouflage for Satanism and for members of his church. In addition to the so-called well-established organizations which house altars in their (shrines) business to appease their demon god with blood sacrifices. For example:

### WALMART

**6 victims shot and killed in a Virginia Walmart** include a 16-year-old boy, authorities say Holly Yan, Ariane de Vogue, John Miller, Curt Devine and Christina Maxouris,

Updated 10:22 PM EST, Wed November 23, 2022 **2.Shooting that wounded 4 in Ohio is the second to occur at Walmart in 24 hours** U.S. NEWS: JULIE CARR SMYTH AND JOHN SEEWER Update 5:03 PM EST, November 21, 2023.**3.Man who killed 23 at El Paso Walmart pleads guilty** to hate crimes BY ROBERT MOORE, EL PASO MATTERS FEB. 8, 2023 4. A Death at Walmart Jasper Craven January 16,20224**(There are far too many sacrifices on this ALTARS to list all)**

## AMAZON

1. A 20-year-old Amazon employee died at work. By Caroline O'Donovan 11/26/2023
2. Amazon says a worker's death was not work-related. But A 911 Call appears to contradict the Company's Narrative. Sarah Lazare and Jeff Schuhrke" In these times" June 26th, 2023
3. Lack of respect': outcry over Amazon employee's death on warehouse floor

The GUARDIAN "Numerous worker deaths have been reported at Amazon in recent years, including three deaths in New Jersey and one in Pennsylvania over summer 2022". Besty Reed Editor 12-19-2019 4. **Four Amazon warehouse workers died on the job within a month BY ANDREW PAUL⌋ PUBLISHED SEP 2, 2022, 11:00 AM EDT(There are far too many sacrifices on this ALTARS to list all)**

## DOLLAR GENERAL

1. 49 people have been killed at Dollar General stores since 2014. Workers are protesting for safer conditions by Nathaniel Meyersohn Updated 11:23 AM EDT, Wed May 31, 2023

## GOOGLE

1. **Google's Darkest Days: After three deaths, a workforce reckons with a changed company: By Becky Peterson July 14th, 2023**
2. **31-year-old Google employee dies by suicide jumps to death from office building in New York. India Today Ankita Chakravarti New Delhi, May 6th, 2023**
3. **California Google employee beats wife to death, found "spattered with blood" and staring blankly into space. Hindustan Times, By Sumanti Sen January 22, 2024**

## TIKTOK

**TikTok's" Blackout" challenge linked to deaths of 20 children in 18 months. The Independent Alisha Rahaman Sarkar. Thursday December2 022. Too many blood sacrifices on this altar to list.**

## TESLA

**Tesla Leads Industry for Crashes and Deaths Involving Driver-**Assistance Tech
17 fatalities, 736 crashes: The shocking toll of Tesla's Autopilot: The Washington Post, By Faiz Siddiqui and Jeremy B. Merrill

Entertainment industry and artist are satanist disguised as Christians. Furthermore, the United States took no action and completely ignore my cries for help and justice thus permitting the atrocities to continue up to and including February 2023. While my life liberty and pursuit as my happiness continues to be infringed upon with no intervention to protect my property, health, benefits and safety and beautiful life the Lord Jesus afforded me as a disciple, follower and child in his Kingdom.

CONCLUSION: The United States of America religious system has directly violated the rights of millions of genuine C

The Conclusion: The Forerunner John the Baptist proclaimed prioritized and establishes our precious lord Jesus's purpose with the message about the Kingdom

**(Matthew 3:1-2) In those days came John the Baptist, preaching in the wilderness of Judaea,[2] And saying, Repent ye: for the kingdom of heaven is at hand. When Jesus came, he picked up the same message.** Jesus Christ message remains the same in 2024 as he revealed at the beginning of his ministry on earth through many scriptures was the establishment of His Kingdom. **(Mark 1:15 KJV).** Now after that John was put in prison, Jesus came into Galilee, preaching the gospel of the kingdom of God. The King of our Kingdom embodies the Kingdom's motif where his people are supposed to live under his rule of law and commandments as set forth in his system where he is in the midst of us to rule over us and proclaim the good news is the mission. (Luke 4:43 KJV). And he said unto them, I must preach the kingdom of God to other cities also: for therefore am I sent. Jesus declares the kingdom message. (Luke 8:1) And it came to pass afterward, that he went throughout every city and village, preaching and shewing the glad tidings of the kingdom of God: Jesus demonstrates the Kingdom by casting out demons (Luke 11:20) **But** if I with the finger of God cast out devils, no doubt the kingdom of God is come upon you. Through his victorious death and resurrection, Jesus redeems the kingdom. As he satisfies the wrath of God poured out for those who rebel against his rule, Jesus defeats Satan, sin, and death (Col 2:14-15). Jesus concludes his earthly ministry by clarifying the kingdom. Just before his ascension, Jesus' disciples asked him, "Lord, will you at this time restore the kingdom to Israel?" (Acts 1:6). At the conclusion of his earthly ministry, Jesus resolved confusion about the kingdom. The kingdom was key to the start of Jesus' earthly ministry and its culmination. In the second coming of Christ, Jesus returns as a triumphant warrior king. As he returns to achieve final victory, the name scribed on his body is "King of kings and Lord of lords" (Rev 19:16). And he said unto them, go ye into all the world, and preach the gospel to every creature. He that believeth and is baptized shall be saved; but he that believeth not shall be damned. And these signs shall follow them that believe; In my name shall they cast out devils; they shall speak with new tongues; They shall take up serpents; and if they drink any deadly thing, it shall not hurt them; they shall lay hands on the sick, and they shall recover. (Mark16:15-20 KJV). Jesus Christ preached "HIS KINGDOM" in opposition to the established system and earthly spiritual satanic kingdom and for good reason just as in his time, in the global community especially in the United States the church is preaching everything else but his message.

The United States of America government, officials, members of the senate and house Black churches white throughout the country and now globally churches corporations, law enforcements medical insurance employers

Continue to permit their church of Satan family members who are in the occult premeditatedly initiate a genuine Christian who they deem a slave into the occult then use their proficiency of their religious supernatural or mystical to in all respects not only intentionally separate us from our god but continue to isolate us with the use of divination, juju, voodoo, xxxxxxx. THEN TO us but rape us GIVE US

Surround us with unfriendly family members who gain our trust in revealing dreams so they can steal and use. THEN ULTIMATELY Replace our life with someone who will stand for SATAN HIS AGENDA AND PROMOTE HIS AGEBNDS

Here is how the ''The Replacement Process" is employed This is my case the facts to the events are 100 % accurate

Restitution compensatory punitive damages and arrest for the violent crimes I endured

### Family

1. Deliberately concealing their Occultic religious beliefs, rituals and practices against me including incest, attempt rape, harassment, slavery, wage theft, torture, mind control, attempt murder, inflicting sickness when I had none, Deborah Brown cruelty and harm using witchcraft, transferred my athletic ability for sports(running) to daughter to promote homosexuality. Attempt forced homosexual life. Forced into a life of substance abuse, stalking, invasion of privacy, entrapment, unnatural inducement. I ask the court to arrest Shirley Brown for instructing Donnell Brown to molest me for years. I ask the court to arrest Donnell Brown for years of sexual abuse and owning me as a family spiritual spouse. I ask the court to arrest Crystal Brown for denying the truth about the family religion in 2014 than using witchcraft to punish me for asking. I ask the court to arrest Helen Jones for inflicting years of spiritual and natural torture. I ask the court to arrest Shirley Jones and Elmo Smith for fraud, theft, invasion of privacy, poisoning my food, knowingly giving me ritual jewelry and occultic items. Patty Jones premeditated murder using witchcraft, Anothony

financial fraud and abuse, unpaid wages, theft, mental and emotional abuse attempted rape using witchcraft powers

2. **Alexander and Anthony Clark- I** ask the court for their arrest for rape, intentionally inflicting emotional distress, stalking, harassment, invasion of privacy, lying in wait to murder me with a 9mm. Premeditated murder of me and the unborn child by the Philadelphia Police at their request,

3.

4.

5.  harassment,