# Table of contents

**Opening: My official case against the United States of America to "REDRESS AMERICA" with the goal that Occultism must be registered and recognized as an official religion in the United States of America, as well as globally.**

## Overview

**A.** I ask the Supreme Court to hear my case illegally dismissed by the Middle District in Tampa.

a) Illegally Dismissed with prejudice.
b) The ruling is unconstitutional and never permits me to amend or refile.
c) The Judge expressed an affinity to the named defendants.

**B.** It's time for this country to "Redress America" based on.

a) the country is not founded on Christianity or Christian principles, but rather Satanism and the Occult
b) in this country, there is an Underground Sexual Satanic Occult System practiced with rituals, rites, and customs mainly through the churches, the entertainment industry, and businesses
c) Most successful people in this country are associated with a secret society or freemasonry, such as the Framers
d) there are real life "Soul Merchants and Soul Traders" operating through your pastors, churches., employers, government agencies
e) The United States Constitution seems to discriminate against genuine Christians and individuals not affiliated with the Satanic Occult church or Satanism
f) the United Nations has 193 members and two non-member observer states. Most have a group living in the U.S. They have religious rites, customs, practices, beliefs, and gods that are contrary to genuine Holy Scripture
g) from the Grammy's to Broadway, movies, music, social media, and television shows, Satanists openly mock my God and worship their god, Satan
h) to summarize, we need to "Redress America," stop the blatant lies about the country's formation, and call a spade a spade. Enough is enough
i) **goal:** Occultism must be registered and recognized as an official religion in the United States of America, as well as globally
j) separate the Kingdom of light Jesus Christ, Christianity, and Christian values from the Kingdom of Darkness, Satan, Satanism, the Church of Satan, spirituality, occultism, and witchcraft

## C. Overview

I want the United States Supreme Court to hear my case against the United States of America, which the United States Middle District in Tampa, Florida, unlawfully dismissed. I intend to address the American people once I testify before the Senate and the House. My objective is to separate the Kingdom of God, Jesus Christ, and Christianity from the Kingdom of darkness, Satan, and the Occult and to "Redress America."

It is imperative to acknowledge that our nation was not founded on Christianity or Christian principles but rather on Satanism, the Satanic Occult, and its "Underground Sexual Satanic Occult System" through rites, rituals, and practices by members of their church."

The Satanic Occult religion and Satanism were adopted as this country's religion and cleverly disguised as Jesus Christ's Christianity and Christian values. These well-known organized churches of Satan are accepted and approved by the United States as Christian churches when, in fact, they are clearly not Christian. Nor do they represent Jesus Christ or have Christian values.

Most of the largest organizations have erroneous teachings created by criminals with selfish motives who were involved in the Occult, Satanism and criminal enterprises. Despite their founders' questionable histories, the Catholic Church, Mormonism, Scientology, Jehovah's Witness, and Seven-day Adventist, among many, are churches of Satan--- permitted operating as Christian; however, their beliefs and teachings are widely held within the occultism religion and are Satanic, standing squarely against authentic biblical teachings of Jesus Christ.

These churches are just a tiny sample of the countless ones active in this country for centuries. Like many of these churches' founders, this nation's architects were not practicing Christians. Many belonged to a secret society or fraternal orders and were freemasons.

Today, a large portion of church leaders who are involved in the Occult are Freemasons and part of some sect of a secret society, identifying as Satanists rather than Christians. Yet they are in the pulpit with a bible in one hand and tattoos, beads, voodoo, juju and satanic orders in the other hand.

The government is aware that they are not Christians, yet allows their satanic preaching and teachings to go on, misleading people who are genuinely looking for Jesus Christ. These Soldiers for Satan attack true Christians from various positions, including the pulpit, family, friends, neighbors, employers, law enforcement, and all sectors of industry and commerce in the country.

Genuine Christians have their ecclesiastical, constitutional, human, natural, and Geneva Convention rights violated and trampled upon in this process.

Through their Marine Kingdom religious customs and practices, the occult members use various methods like crystal balls, seance, voodoo, candles, juju, and black magic, among other things, to cause harm to us, leading to sickness, job loss, and financial hardships.

Through their Marine Kingdom's dark Satanic powers, we are raped, bewitched, cursed, molested, traumatized, and turned into drug addicts, alcoholics, robbers, and beggars, barely making in it this society.

We have been unfairly subjected to property seizures like what is happening to me now, resulting in adverse credit and continuous debt, placing us in financial bondage and hardship. Our privacy is invaded, and Satanists monitor us in every aspect of society, including our workplaces, neighborhoods, and families.

We're pushed out of the workplace and forced to rely on disability, social security, or Medicaid, receiving a small monthly stipend that keeps us in poverty and just one step away from Homelessness. If we struggle to keep our jobs, we become exploited by employers in their work camps calls jobs, who unjustly withhold wages, underpay us, and fire us without compensation. We go from one employer to another, making a career out of finding a job. Filing complaints with governmental agencies does no good.

These "Soul Merchants and Traders" specialize in the dark ritual of familiar spirits, sorcery, wizardry, enchantments, and divination to steal our dreams, hopes, stars, ambitions, heavenly benefits, destinies, gifts, talents, and good life. We are replaced by people who will speak for Satan and be his voice instead of our God's voice in the office initially designed for us.

The Soul Merchants transfer or sell us in the spiritual realm by blood sacrifice and keep us as a spiritual spouse, forbidding us to marry or have children and punishing us with a complicated life, keeping us in the legal system or in peril against the Holy Scripture, which tells us to be fruitful and multiply.

Men or women from their coven are intentionally assigned to involve us in sin to keep us away from our God. Some of their people are assigned to force us into a homosexual or promiscuous lifestyle to keep us polluted and away from the God of heaven. This Marine Kingdom's dark commerce system also sells us products from the ocean that destroy life and keep us spiritually blind, causing sickness, disease and affiliations.

The enforcers of the United States Constitution seem to discriminate against genuine Christians and individuals not affiliated with the Satanic Occult church or Satanism, limiting their access to careers, education, and financial stability. Despite the First Amendment guaranteeing citizens' rights, our government promotes Satanism over Christianity, and our rights are disregarded and trampled upon.

Furthermore, we are intentionally separated from our God by the United States government and told us we have a decision to serve the god of our choice. We struggle to serve Jesus Christ as He is permitted to be mocked and Satanism is promoted in the United States and globally. In my country of birth, every other religion, belief or faith, and practice is accepted except for genuine Christianity and Jesus Christ.

As of December 2023, the United Nations has 193 members and two non-member observer states. I estimate that each of these 193 members and the two non-member observer states there is a small group representing those groups residing in the United States. They have religious rites, customs, practices, beliefs, and gods that are contrary to genuine Holy Scripture. All oppose Christianity, and some are cloaked as Christian or Christianity.

All Satanic groups have the right to freely speak and worship Satan openly in any venue they choose, calling it entertainment, particularly in the music and so-called Hollywood entertainment industry. Their material goes unchecked by government agencies or on social media site owners who oppose Jesus Christ and have an obligation to Satan, who gave them their business and success. From the Grammy's to Broadway, movies, music, social media, and television shows, Satanists openly mock my God and worship their god, Satan.

No one, especially not a Christian on YouTube or anywhere in America, dares not say homo, homosexual, faggot, fairy, queer, fag, bender, queen, dyke, beaver-eater, carpet muncher, lesbo, lezzie, butch, lesbo, bulldyke, vagitarian, crack snacker, clitorist, bi-sexual, lesbian or gay but the word nigger is blasted all over YouTube and every other social media site.

They are offensive and I would never use those words against any unsaved lost soul that God created because they are under a curse and demonized. YouTube allows such blasphemous videos music and anything that goes against Jesus Christ but highly censors the words of Christian who speak out against the gays and lesbian community. They quickly shut down anyone who dare not conform to their god's desires and promote what we know is sin. We just can't call it that.

However, homosexuals like Sam Smith and Mr. Tim Petras are allowed to openly worship their god Satan, promote their religious customs, make any comment using offensive language against Jesus Christ and the church. This society, especially these weak boneless, spineless, profits in the pulpit representing Satan calling themselves Christians, calls this free speech and just goes along with in without one objection. In the process, acknowledging who they really serve. Or any of the organizations such as ACLJ who claim to represent Jesus Christ but are not fighting and real fight against this tyranny on American soil the way the ACLU war against Christians carrying out the devil's will through their enterprise's assignment.

All of them are in bed in one big orgy with Satan, his devils and demons making love to him as prostitutes, falling on their knees worshipping him for their money, power, position and unscrupulous legacy they are concerned about.

I can care less about your legacy, but I care more about the souls you are taking to Hell with you in the creating of your legacy. While my rights and the rights of millions of innocent genuine Christians are being violated in a so-called free society that has us enslaved in a "Underground Sexual Satanic Occult System" through rites, rituals, and practices by Satanist.

We're instructed to disregard our biblical teachings and refer to a biological male born a man as a female and a biological female as a male, or else face repercussions. No repercussion I face are more serve that disobedience to Jesus Christ. Deep in my heart, I am sure that you people must know how insanely absurd this request is to be a genuine Christian.

We risk the damnation of our very soul partaking in any lie as Revelation 21:8 says all liars shall have their part in the lake which burns with fire and brimstone. Satan can try to convince the entire world that Hell is not real, but I believe Jesus Christ's words and account of Hell.

We, genuine Christians, must be excluded from the satanic lie that can land us in hell separate from Jesus Christ for all eternity, which is the plan of Satan through this assignment. All people, notably little children, who are purposely being misled must be given the opportunity to choose the Kingdom of Light, Jesus Christ and Christianity or the Kingdom of darkness, Satan, Satanism, and the occult.

The choice must be without duplicity or clever coercion in the form of toys, harmful book, like Harry Potter or trusted officials with an agenda. Miley Cyrus and Lil Nas X have the freedom to express themselves through cursing, degrading, and ridiculing my God and faith, while site owners allow millions of hits for their efforts. Tom Brady said his wife is a witch while giggling, smiling, and describing her witchcraft methods using an evil altar.

However, he did not laugh or giggle about whose blood was shed and life sacrificed for his wins and another super bowl ring. Katy Perry left Christianity and said she sold her soul. Unless clips of her confessions are doctored, she and many other celebrities now speak openly about selling their soul. They are incorrect because all souls belong to God. They cannot sell it but can exchange it. **(Ezekiel 18:8). Behold, all souls are mine; as the soul of the father, so also the soul of the son is mine: the soul that sinneth, it shall die.** They have the right to exchange their soul, be witches, warlocks and serve Satan, but their fans have the right to know the truth about who they are, who they represent and where they get the music from.

These people should not be allowed to mislead young innocent people and make a casual comment in passing that most young impressionable minds don't understand.

Their lyrics are used to convert the listening audience into demonization, lost rebellious disobedient monsters and initiate them into the dark world of Satanism to destroy them.

The so-called artist needs to confess they are practicing witchcraft through their music from the halls of hell as an assignment from Satan as a reward for their fame and money. Tell these children that witchcraft is real and their soul is being sacrificed through the music and so-called artist.

In Miley Cyrus Mother's Daughter lyrics, she says she is a witch several times. Satanism and the Occult are embedded in the fabric of society, and genuine Christians better learn how to fight it with Holy Scripture. I am fed up with them and how covertly and overtly are building Satan's army and attacking us. If these loyalists would use their powers to conjure up Aleister Crowley, Anton LaVey, Hitler, or some dead rock stars, rappers, actors and see what these people say about their eternal location, it might convince many individuals to turn to the Love of Jesus Christ.

Anton LaVey's last words on his deathbed, as reported, were, "Oh my, what have I done? There is something very wrong. There is something very wrong. I say, why doesn't the satanism conjure up his spirit today? His words might be: Repent of your sins, be baptized in the name of Jesus, and run as fast as you can to Jesus Christ because HELL IS REAL.

The United States of America, these so-called movie stars, rappers, rock stars, athletes, media moguls, social media sites owners, tech owners and all those people, especially the church, must stop this atrocious mass genocide of leading innocent souls into Hell Fire.

People need to know the truth. One truth is that these worshippers, in the occult, as a ritual, are forcing their youngsters into homosexual by witchcraft spirits, curses and spells tormenting, raping and molesting them, in their sleep. Afterwards, some family friend, close relative or strange spirit attacks them in the natural and thus a homosexual is born.

No one, not one individual, is born that way. Genderqueer, binary, non-binary, intersex, gender nonconforming, fluid, two-spirited, cisgender, gender-fluid, and all the rest are signed, sealed and delivered from the gates of hell.

It is a lie from the pit of hell and what Satan uses today as a method of passing their children through the fire to Molech. People are forcing their children into homosexuality, drugs, alcohol, mental illness, and into the LGBTQ lifestyle as they have tried to do to me in my youth and until the year 2021. It's all Satanic by people who simply refuse to conform to the word of God as an adult. It's your choice, but stop forcing children into the lifestyle.

While prayers were permitted to be taken out of schools in the United States, they now permit the devil to terrorize little children and indoctrinate them to initiate them into Satanism in the schools with an after school Satanic club. It's a way to initiate these children into the dark side.

Not only in is permitted in public schools, but witchcraft is being taught at private and public universities funded by tax dollars. The United States discriminates against genuine Christians and calls our Bible hate speech. There is a public outcry by the homosexual community, who are denying Christians the same rights they are fighting for. They attack our God and his word and make a mockery out of Christianity.

 The homosexual community has a Queen James version of our most sacred text, ridiculing our ecclesiastical commands from a Holy God. They do not represent Jesus Christ, nor do they speak for him. They are Satanists and workers of iniquity.

They get a pass from the government and society as free speech. The country cherry-picks such organizations they deem hate groups. However, the Marine Kingdom Witches in the White House, government agencies, corporations, and political arenas supported their own groups, such as Black Lives Matter and Antifa, as they orchestrated the aftermath of events like the George Floyd death that made the organizer's, lawyers and others wealthy and hailed a criminal a hero and sent an innocent man to jail hailing a hero a criminal all for Satan's agenda to wreak havoc in this country to cover up a spiritual war with a race war.

In the process, businesses and neighbors were destroyed in the black communities, and no one could see that this devil is a spirit of Satanic hatred to cause a race war when it should rightfully be a spiritual war. To summarize, we need to "Redress America," stop the blatant lies about the country's formation, and call a spade a spade. Enough is enough.

This system has created an entire sub-class of people who are not in the Occult by forcing us out of the job market, making us homeless alcoholics and drug addicts for their treatment facilities, jails, and institutions. The Occult's existence and inner workings are acknowledged by the United States, as supported by evidence in government files and reports directly in F.B.I. databases for decades.

I am fed up with these Bishops of bad behavior, Apostles of apostasy, Pastors of perdition, Prophets of profit, Ministers of madness, the Ushers of the underworld, and the Treacherous trash talking teachers in My Father's house from the Halls of Hell who represent Satan, the Marine Kingdom, Occultism practicing their religious rituals and on innocent people. Everything I mentioned happened to me personally and is happening to millions of demonized Christians all over the globe.

Let all the (Satanists) boldly come out of their closets, from under their rocks, out of the water, behind the hate groups, sports teams, team logos, jobs, corporations, music, businesses, political offices, newsrooms, law enforcement agencies, universities, colleges, titles, record labels, schools, their business, medical practices, and healthcare white coats sorcery pushing legal drug dealers, mosques, homosexuality, treatment and addictions centers, medical facilities, from behind the black robes and more importantly from off their altars in the pulpits across the globe and unmasks themselves. Take the time to tell whom they represent.

Stop maliciously hiding behind Jesus Christ, Christianity, His name, church and reveal their "Secret is Satan." Stop this holier than thou "I am so great, I accomplished so much in life because I am so smarter than the average person. I have achieved my wealth because I am brilliant; when in fact the rise to the top road is paved with blood sacrificed through friends, family members, co-workers or anyone they encounter who is spiritually blind, demonized and will not bow down to Satan. Their secrets to success is Satan, servicing their altars, shrines, priest, gods and covenants, using their religious customs and rites through curses.

## D. Goal

Occultism must be registered and recognized as an official religion in the United States of America, as well as globally. To demand the Satanic integrated occult religious community system, sever all ties with Jesus Christ, His name, image, character, Holy Scripture, and Church.

To publicly identify themselves in their offices and places of business and disclose genuine customs, practices, rituals, ceremonial methods, spiritual and natural warfare tactics, and beliefs aimed at genuine Christians.

Confess their powers through witchcraft, divination, curses, voodoo, Wicca, charms, potions, lotions, spells, altars, water rituals, shrines, evil eyes, crystal balls, beads, priests, séances, juju, voodoo, idle gods, tea leaf reading, sage, dead ancestors, sorcery, Ouija boards, fetish, necromancy, candles, and all other black magic tools as effective, genuine and accurate.

Admit that through their beliefs, rituals, and customs, we are attacked with spirits, and they cause an untimely death through spirits of car accidents, airplane crashes, train derailments, afflictions, sickness, confinement, diseases, mental illness, Homelessness, autism, retardation, Alzheimer's disease, confusion, mind control, autism, high blood pressure, diabetes, cancer, heart attacks, low blood pressure, anemia, AIDS. H.I.V. and arrest.

Furthermore, as part of their religious rituals and customs, they must offer their god's blood sacrifices to advance in stature, position, fame, financial wealth, and power in their kingdom and this world.

As mentioned earlier, their various types include dark declarations, decrees, stealing people's souls, futures, ambitions, determination, willpower, and dreams.

They cause multiple types of spirits and demons to cause sleep paralysis, sluggishness, fear, sicknesses, various diseases, and intimidation, fear, among other spiritual attacks. They rape and molest, forcing people into homosexuality or promiscuous behavior and lifestyle.

Through their religious abilities, they can transfer dreams, destinies, finances, opportunities, and hope to others. Using spiritual magic, the occult member establishes a spiritual spousal connection with victims, causing marriage blockages, infertility, and miscarriages.

The Occult, Occultism, and the Church of Satan members who are real-life witches, warlocks, priests, herbalists, witch doctors, voodoo practitioners, Santeria prophets, and prophetesses from the Church of Satan project their evil devices against us.

These powerful principalities, rulers of darkness and wicked spirits in the heavenlies, are the primary religious forces that pose a danger to and oppose Christianity and Christians.

In every industry and sector, their workers of iniquity are positioned to oppose us, whether it's through the Church, law enforcement, government agencies, judicial, medical, commerce, political, healthcare, or the legal system, all while benefitting from their involvement in crimes against humanity and their allegiance to Satan who provided their wealth, position and power through the businesses he gives them.

My rights, including my Ecclesiastical, United States Constitutional, Human, Natural, and Geneva Convention rights, are being violated by the United States' permission and acceptance of witchcraft practiced by Satanist religious groups.

### E.  Challenging Rule 28.8 as Unconstitutional to Pro se citizens of the United States of America.

### 1.  A per se litigant in every court has the same responsibilities as a lawyer.

a)  Act To establish the hearing's objective.
b)  Whether an agreement has been reached.
c)  The judge/magistrate will decide on the issues.
d)  The number of witnesses expected to testify?

### 2.  Case Law to challenge Rule 28.8.

a)  Samuel Sloan
b)  Harrison Parker
c)  Harvey Pitt

### 3. Jesus Christ Pro hac vice rule 6.

a) Jesus Christ is a distinguished Advocate.
b) Jesus speaks through his ambassadors like Satan speaks through his.
c) The federal statute 28 U.S.C. 1654, gives parties to personally plead their case.
d) One woman's journey to establish the satanic occult as an official religion in the United States of America.
e) Goal: Occultism must be registered and recognized as an official religion.
f) My Identity and reason for writing the courts to separate Jesus Christ and Christianity from the Occult and religious practices.

## F. The Establishment of Satanism and the Satanic Occult Religion disguised as Jesus Christ's Christianity and Christian values.

a) I am an official kingdom of God's legal resident, dual citizen and ambassador of Jesus Christ, illegally imprisoned in your Kingdom of Darkness governmental system without diplomatic immunity, constitutional rights, or protection.
b) I affirm these actions to grant this petition for an unprecedented **Writ of Certiorari to "Redress America."**
c) For many centuries, there have been documented cases of savagery and abuse towards Christians.

### 1. Beelzebub's Supernatural Bamboozle.
a) Are we a nation founded on Christianity or Satanism? Do genuine Christians have constitutional rights and protections?
b) Founding Fathers and President were Freemasons. Their symbols reflect the, occult not Christianity.

- The pyramid.
- An all-seeing eye.
- Lettering on the pyramid base.
- An eagle shield with a star above the eagle.

- The hoax was a deception to mislead and claim the country was founded on Christianity when it was actuality founded on occultism in return for wealth and the creation of a new world. Service and allegiance to Satan's shrine, altars, dead ancestors, gods, priests, and spirit guides, which are demons that demand blood.
- Followed by violence, death, sacrifice, fornication, adultery, kidnapping, rapes, murders, homosexuality, and abortions. Satan himself, angels of darkness, and supernatural demonic powers, provided the gift to anyone who serves him.
- Satan said: All these things I will give you if you fall and worship me

### G. Reason Petition for An Unprecedented Writ of Certiorari to Redress America. MY United States Constitutional rights are violated by people I know in the Occult.

a) I plead with the court to hear my case. Do not silence my voice any further and hear my case of enduring relentless beatings and violation of each of my rights.

b) Occult members who posed as friends contacted my employers, and today, there is ongoing interference with my job and life.

c) I continue to be targeted by occult members who practice witchcraft against me.

d) I request that the court grant me the explicit authority to pursue legal action against all named defendants listed and bring them to justice.

e) The homosexual community and the church are the force behind the hatred toward Christianity and Christians.

### H. A house divided by satanism: No color or gender requirements.

a) No matter what the nationality, if you are not a Satanist, you are not recognized as one of their own.

b) Women preachers in the pulpit are damaging neighbors and placed there by Satan.

c) Black women in the Churches use witchcraft against the people in the church and bear a big burden for the issues in the communities.

d) The Christian church must be set apart in tradition, values, and practices from the synagogue of Satan in words and deeds.

e) But I suffer not a woman to teach, nor to usurp authority over the man, but to be in silence. For Adam was first formed, then Eve. And Adam was not deceived, but the woman being deceived was in the transgression. 1 Timothy 2-14. They are in error and doing are part of the occult and a secret society.

f) Women preachers, along with men like Jamal Bryant, Noel Jones, and TD Jakes, Joel Osteen and dozens of other men in the pulpit, deserve the credit for destroying the Black church family and communities. These people do not speak or represent Jesus Christ, but the occult and money.

### I. Call a spade a spade.

a) Separate the Kingdom of light from the Kingdom of darkness.

b) These homosexual pastors and people infiltrated our "Holy Scripture," making a mockery of our God, calling our "Holy Scripture" hate speech and change his word.

c) They created a Queen James version of our sacred word to suit their lifestyle.

### J. Who they are and the sacraments they perform.

a) They are Soul Traders who steal souls, stars, destinies, and dreams and hope to transfer them to others in their Kingdom.

**b)** They use their religious powers to hinder, distract, stagnate, and distract one to steal, kill, and destroy the Christian Soul traders are those who buy and sell the souls of men.

**c)** These pastors and occult members affect Christian lives and advance in this global society by using every diabolical device to disarm the Christian with cotton candy sermons.

## K. Soldiers for Satan: Spiritual warfare waged against genuine Christian from the pulpit through the Marine Kingdom residents.

**a)** They (Satanists) are the slave masters of the spiritual realm, where they unreservedly control people's lives and entire neighborhoods, communities, territories, and regions via bewitchment.

**b)** They cast spells and use voodoo, juju, tea leaf reading, crystal balls, and most devices proudly displayed in some Disney movies.

**c)** Spiritual warfare between the Kingdom of Light representative Gino Jennings verse the Kingdom of darkness representative TD Jakes Kingdom of Darkness.

**d)** To maintain their evil influence, they exploit our lack of spiritual knowledge and keep us spiritually blind. The church is kept demonized and under bewitchment.

## L.1 What people call demon possession is demonization.

**a)** A snake entered by body - left snake and snake eggs. Christians better stop playing in these churches with these occultists in the pulpit.

**b) This was a real spiritual attack - another method of domination by occultists.**
- 1. Hearing voices.
- 2. The voice told me to harm someone.
- 3. Snake and snake eggs in my body crawling around.
- 4. Another personality inside my body.
- 5. Another personality attempted to control me.
- 6. Unable to sleep.
- 7. Paranoid- afraid to go outside.
- 8. No appetite.
- 9. Headaches.
- 10. Double vision.

**c)** In January 2024, I was demonized -another personality inside my body. After the Lord healed me from AIDES, I never took any medication and was given the disease by the former pastor.

**d)** They can use their religious curses to put a disease in your body and some only Jesus can heal.

**e)** Some diseases and sickness are introjected in the body during sleep to get the person weak and on medication where they can be controlled.

**f)** I heard voices, and another person was in my body

**g)** Anti-depressants and other anti-medications do not cure, treat or suffer any mental illness. Mental disease is a spiritual attack by members in the occult.

Demonization is where the soul appears to be possessed, but it is under the influence of a Satanic power like I was. All souls belong to the lord and cannot be owned by Satan or sold to him. Medication is sorcery and one should be very caution when on it. It opens the door to the spiritual realm for attacks from the dark side.

### L2. I went to a church for help: They know when you are not one of their own

**a)** People in the church I went to for help recognized that I was demonized.

**b)** The Covenant church in Mount Vernon, Ohio I witnessed a satanic ritual

**c)** TD Jakes, a gate keeper, anointed Miranda Curtis to close heavens like the satanic music at the covenant church. It had no power to heal, deliver and set free.

### L3. I was on my way to Hellfire. These pastors are leading the masses to eternal damnation through their message's books and music.

**a)** Music has long played a central role in religious ceremonies, healing practices, magical rites, and spiritual initiations.

**b)** Heretical Movements, Satanist, Falsehood churches, Insurrectionist Movements, and the Radical Church of Satan are the opposing forces to Jesus Christ's Kingdom

**b)** These pastors are leading you to eternal damnation.

**c)** Woman, thou art loosed from thine infirmity.

**d)** Guido von List and J. K. Rowling

### L4. False prophets in the land targeting genuine Christians.

**a)** Many false prophets and occultist heretical movements are permitted operating by the government.

**b)** The Free Exercise Clause protects citizens' right to practice their religion.

**c)** Mark 16:15-20 commands to heal the sick not use satanic religious powers to make one sick.

**M. One true God: We are forced into idolatry and to serve the occult members' religious practices and gods, which are permitted by the government.**

**a)** We are forced into idolatry through the violation of the occult members' religious practices.

**b)** Queen of Heaven and The Queen of the Coast"

**c)** These houses of horror use divination, dark declaration, decrees, movies, fashion, makeup from the Marine Kingdom to trap the people of God.

**d)** They serve various powers and gods such as leviathan, serpentine cobra constrictors

**N. This Holy Scripture is referring to a religion that started here and their practices that are forbidden by God**

**a)** This society, government and pastors serve a different god has and not Genuine Christianity

**b)** I attended their committee meeting where they give an account of how many souls they led to Hell through car crashes, sickness and disease and untimely death.

**O. The kingdom of light vs. The kingdom of darkness:**

**a)** Jesus Christ describes "Hell" as an actual place with a physical location.

**b)** Hell is an actual place it exists and has inhabitants.!!

**c)** Views on church and Hell.

**d)** Acts 2:24: "Whom God hath raised up, having loosed the pains of death: because it was not possible that he should be held of it,"

Jesus Christ said: Hell is a real place and I list a few scriptures.

**P1. Additional Historical Documentation of the Establishment of Another Religion**

**a)** the Satanic Occult Churches in the United States Cloaked as Christian and Christianity.
**b)** Catholicism, Islam, Mormonism (LDS) Jehovah's Witness, Seventh-day Adventist, Church Christian Universalism, Unitarian Universalism, Christian Science Scientologists

**c)** Scientologist defendants' charges prison time and fines.

**d)** They command lives through the deep things of Satan. Revelation 2:24.
**e)** Almost 4 billion souls among only 7 religions listed here.

**P2. One nation under which God:**

**a)** The United States has accepted members of the occult, the church of Satan, and Satanism from the foundation.

**b) Established members of the occult**

Anton La Vey and Modern Satanism: Sarah Jane Wolfe: Kathryn Johanna, Benny Hinn, Kuhlman: Deepak Chopra: Ron L. Hubbard. TD Jakes, Joel Osteen, Tracy B. Magwood, Noel Magwood. LaShon Reese. (too many to name here)

**P3) The history of the occult in the United States is a chilling**

**a) Legacy and Influence Continues today:**

**b).** The occult continues to shape American culture now more than ever

**c)** Through their dark arts and theatrical productions, the mass audiences are skillfully deceived while they show case their love for the marine kingdom.

**d)** Satan Owns the Marine Kingdom

**e)** Spirits are sent throughout the land from movies, music, and the entertainment industry.

**P4. Overview of the Marine Kingdom functionality through pastors whose sit on executive member council of the kingdom of darkness.**

**a)** The Marine Kingdom is Satan's playground

**b)** Underground Satanic Sexual Occult System

**c)** Satan's mightiest kingdom is the Marine Kingdom

**d)** Marine Kingdom has Leviathan spirits. **Job 40:1.**

**e)** Job 26:5 Dead things are formed from under the waters, and the inhabitants thereof.

**P5. The Marine Kingdom Prosperity: Their Secret is Satan**

**a)** The Hindus, Indians, A are not any more intelligent than anyone else

**b)** They steal from the entire community who are not in the occult and don't have a clue.

**c)** The Hindus, Indians, Japanese, Europeans, Asians and Americans are not any more intelligent than anyone else,

**d)** Tom Brady said his wife is a witch.

 **e)** Miley Cyrus says she is a witch several times.

**f)** Snoop Dogg goes into detail about how his blood sacrificed a man who went to jail and sold his soul to the devil.

**g)** Kanye West publicly said his mother was sacrificed.

**P6. Marine Kingdom Witchcraft: How they steal wealth and the way fortunes are made.**

   a) This spirit is assigned by many slave masters and pastors, especially when they lay hands on people.
   b) workers in hospital settings, mental health workers, and psychiatrists responsible for mental illness, learning disorders, autism, retardation, and Downs syndrome.
   c) Your soul is more important to them than it is to you

**Q1. Marine Jezebel Spirit: The Church Pastors: some inhabitants of the water from the Atlantic**

**a) Marine Jezebel**: one of the strongest demonic spirits running rampant in the church

**b) Marine Witchcraft:** This spirit is assigned by many slave masters and pastors

**Q2. The Anointing of the authentic Holy Spirit Jesus Christ vs. the Anointing of the Unholy Spirit Satan. The Church Pastors: Operate in a Kundalini Serpentine and Cobra Spirits.**

**a)** the "Duck Test,"

**b)** Jesus Christ heals today

**c)** Autism, retardation, downs syndrome.

**Q3. The Marine Kingdom Pastors of Perdition built their ministry.**

a) I was hoodwinked, bamboozled and conned by bottomless pit bishops,

b) The National Institute on Alcohol Abuse and Alcoholism needs patients for their institution

c) They use witchcraft to control congregations

d) These so-called Christian church leaders covertly have the Christian members serving them as gods and other idols

**Q4. Apology to the Honorable Supreme Court Justices: For the length of the court document.**

**a)** I raped, sexually assaulted, molested, stalked, falsely prosecuted, illegally arrested, put in mental institutions three times, illegally forced to take drugs.

**b)** Moses brought their case before the Lord.

**c)** Numbers 27:1-12full unprecedented legal history

**d)** the constitution provides four ways to formally amend the constitution

**Q5. The Supreme Court: Last Hope in the System: You Must Intervene:**

a) The United States of America, my homeland and country, has egregiously violated every ecclesiastical, constitutional, human, and natural right it claims as a civil right

b) Despite my persistent efforts, over decades of reaching out to government agencies, no assistance was ever provided.

**Q6. Widespread Witchcraft Occultisms Sorcery Voodooism Spiritualism Satanism Religious Practices Masquerading as Christianity No Genuine Christian Can Get Help.**

**a)** I lived imprisoned within my body alongside individuals with unique and peculiar personalities,

**b)** My entire life has been plagued by monitors.

**Q7. Florida Memorial College: Introduced to Satan in Tracy B. Magwood and Saints on the Move for Christ Evangelistic Ministry.**

**a)** Florida Memorial College, now Florida Memorial University, is where I met Satan himself.

**b)** Under their necromancy, I was stripped of everything that God gave me for success.

**c)** DMX is a similar story

**Q8. Marine Kingdom Pastors and Society: The making of a criminal**

**a)** My family's deep involvement in the Satanic occult religion

**b)** Arrests by different police departments.

**c).** Blood sacrifices witchcraft, voodoo is not only Hollywood's

**Q9. Overview of constant attacks I experienced from the dark kingdom.**

**a.** I was taken upstate New York drugged in a hotel room and attempted to be drowned in a bathtub.

b. I was arrested and given a mandatory twenty-five-year sentence for stalking and credible threats.

**I list twenty-three attacks in my report, however, there are much more.**

**Q10. Family Underground Satanic Sexual Occult System Connection.**

**a)** Initiated into the occult without expressed consent, desire, or willingness.

**b)** Forced into years of satanic incestuous ritualistic relation to produce a family.

**c)** Family members of the occult continuously performed ritualistic ceremonies. Water rituals involving females in bathtubs were conducted to induce a homosexual lifestyle.

**d)** I was forced into years of satanic incestuous molestation ritualistic relation to produce a family spiritual spouse marriage—a common satanic practice.

**e)** I was forced on medication for asthmatics. I never had the disease of asthma.

**I list thirteen in my report, however there are much more.**

**R1. The Christian Church Underground Satanic Sexual Occult System Connection Marine Kingdom Jezebel Pastors and Televangelist**

**a)** In 1990, completely enslaved and trafficked to Florida Memorial College and into the hands of Satan himself.

**b)** Jamaicans and Jamaica, like everyone else, are deeply rooted in the satanic Jamaican Obeah, Santeria voodoo, casting spells, worshipping idols, using fetish, potions, astral traveling, and mysticism

**R2. The Making of a homosexual using Marine kingdom witchcraft through pastors and the Church.**

**a)** sexual perversion or sexuality immorality

**b).** When a man rapes a boy or when a female rapes a girl in the natural

**S. Genuine kingdom of God pastors replaced by marine kingdom spiritualist.**

**a)** Matthew Vines

**b)** the bible prohibited pagan practices

c) The homosexual community uses of the Christian church, Holy Scripture and Jesus Christ as a tool of their religious arsenal of weapons and devices.

**d). What God "Himself" says about the Homosexuality and the Homosexual Spirit.**
- **Leviticus 18:22-22** You are not to sleep with a man as with a woman; it is detestable.
- **Leviticus 20:13-** If a man also lies with mankind, as he lieth with a woman, both have committed an abomination: they shall surely be put to death; their blood shall be upon them

**T. The kingdom of God verses the kingdom of Satan: What is expected of each God and kingdom?**

**a)** Our God does not want us to bow down and serve any other god.

**b)** After the Occultism is registered and recognized as an official religion in the United States.

**c)** We cannot practice or participate in the new what's your pronoun

**U. The Replacement process of Christians in America using Marine Kingdom pastors and the church.**

**a)** And we know that all things work together for good to them that love God, to them who are the called according to his purpose. (Romans 8:28).

**b)** The Star of Bethlehem

**Finally, in these Occult pastors, many organizations' businesses are a camouflage for Christianity and do not represent Jesus Christ. This country is under Satanic control. People are dying and going to Hell Fire.**

## PETITION IN SUPREME, COURT OF THE UNITED STATES

### Petitioner(s),

Jesus Christ, the Lord, the Almighty God of Heaven and Israel, the Reigning King in the Kingdom of Light
Terese Ebony Jones serves as an ambassador, minister, slave servant, and disciple.

**Respondent(s),**
**United States of America**
**(Executive Branch)**
**The United States Supreme Court Justices**
**(Judicial Branch)**
**United States Senate**
**United States Congress**
**(Legislative Branch)**
Pope Francis Mario Jorge Bergoglio
Thomas Dexter TD. Jakes
Serita Jakes
Pastor Sarah Jakes Roberts
Pastor Cora Jakes
Richard Brandon Coleman
Pastor Joel Osteen
Victoria Osteen
Johnathan Osteen
Alexandra Osteen
Prophetess/ Evangelist Tracy B. Magwood
Prophetess/ Evangelist Noel B. Magwood
High Priestess Tammy McIntosh
Chief Apostle Prophetess LaShon Reese
Pastor Overseer Mary Matlock
Pastor Barbara Edwards

**Questions that challenging the foundation of the history of the United States of America. My reason for the petition for an unprecedented writ of certiorari to Redress America.**

What appropriate measure will be taken by the three distinct branches—Legislative, Executive, and Judicial—of the United States of America Federal Government to redress my grievances to "Redress America" and make restitution through punitive and compensatory damages for **violations of the First Amendment to the U.S. Constitution?**

**1a**. To make restitution through punitive and compensatory damages for the blatantly fabricated historical events and establish the prevailing religious systems in the country that are contrary to Christianity while alleging Christianity as the foundation. Notwithstanding the glorification of the reputation of evil raping, adulterous, murdering, sadistic mercenaries' clever concealment of their involvement in occultism through Freemasonry as the basis from which the supreme law of the land is derived.

The founders of this country's long-term commitment to the agenda of the

Kingdom of Darkness religious traditions through the Freemasonry religion violate the First Amendment, since the actual religion is not Christianity as initially stated. The occultism religion's deliberate portrayal of Christianity base as a Christian nation is falsely stated and

misleading. The non-Christian satanic customs directly resulted in hundreds of injuries, pain, and suffering by aware members of the established religion.

Furthermore, the denial of my ecclesiastical, constitutional, human, and natural rights as the 'Bill of Rights" claimed were my entitlements as a naturalized citizen of my place of origin are nonexistent. Are Christian values objectionable within the current administration of the United States of America?

It is the opinion that the 1st **Amendment** was never established for Christians. The entire functionality of the framework in the established supreme law of the land is a stark contrast to the actual written established law. For example, **Amendment 1 asserts** that Congress shall make no law respecting an establishment of religion: At the country's foundation, a religion was established. While that religion claims to be Christian, Christianity was never the source of the basis for which the religion was formed.

There was an awareness of a different religion and system at the country's inception. The two separate and distinct kingdoms and gods were prevalent, but consciously veiled.

Again, in doing so, it breached its law by not only the establishment of a religious system but also the intentional promotion of one religion (the Kingdom of Satan) at the expense of the other faith, genuine Christianity, and the Kingdom of Light: Jesus.

That farce directly contributed to injuries I withstood by the grace of my God. The Occult deception through the systems in the United States resulted in the unawareness of rituals and practices that enslaved me. The fabrications eliminated my ability to practice my right to witness, share my faith, and express my love for my God through my music, career, desire for matrimony, and ministry. All interfered with for decades by members of the occult using my family, friends, neighbors, former employers, and men in the occult who deliberately hindered me.

The government, employers, the church, and unfriendly friends suppressed my right to speak freely about Jesus Christ and Christianity in public at a job or governmental agencies while promoting and practicing Satanic Occultic Religious Practices in those same places.

2. What appropriate measure will be taken by the three distinct branches, Executive and Judicial, composed of the United States of America Federal Government, to redress my grievances to "Redress America" and make restitution through punitive and compensatory damages for **2nd Amendment** to the U.S. Constitution violation.

**2a** the defendant's flagrant belief that as my self-appointed undesired slave owners, through their religious rituals and charms, they have the expressed privilege of violating my ecclesiastical, constitutional, human, and natural rights afforded under **the 2nd Amendment** using their secret, well-organized, well-armed soldiers in the army of Satan. In this war, they are soldiers and part of a secret military police and religious armed forces.

These soldiers for Satan, the kingdom of darkness members, are disguised, fashioned, and camouflaged as Christian organizations, Christian churches, and Christian enterprises who violated my right to bear arms through the word of God and Davie Police.

The sole purpose is the disarmament of genuine Christian weapons with spiritual domination by spiritual warfare. The tactics used are a violation of spiritual laws because, absent spiritual weapons, a Christian is unable to fight successfully. For a genuine Christian, these falsehoods Parana's use satanic weapons such as astral travel, spiritual spouse, cursing, pronouncing laziness, and clairvoyance to produce powerlessness in a battle against them and their kingdom. Their teachings hindered, interrupted, stopped, and blocked me from my weapons in this spiritual battle. My weapons are prayer, fasting, reading Holy Scripture, and attending church. Their goal was to "render me powerless" by interfering with my observance of God's laws and commandments.

**For we do not wrestle against flesh and blood, but against principalities, against powers, against the rulers of the darkness of this age, against spiritual hosts of wickedness in the heavenly places. Ephesians 6:12.**

It is the opinion of the Kingdom of Light that the **2nd Amendment** was never established for Christians. I was well into my fifties with a master's degree.

Through their violations and religious powers, I was unable to read, write, pray, fast, speak intelligently, write music, or worship my God as he commands for success. The inability to use my weapons detached me from the enjoyment of a relationship with my God and caused me to be powerless against them. Many of their soldiers always counteracted my efforts to grow spiritually by intentionally interrupting my time with my Lord with phone calls, visits, job interference, and falsehood teachings.

The material they acquired was later used to convict me in the courtroom of heaven, thus disarming me with the secret strategies shared by my father. I was exploited by their ability to exercise the use of the "Prince of Persia Power" to block me from the third heaven and distance me from knowing my God.

"But the prince of the kingdom of Persia withstood me twenty-one days; and behold, Michael, one of the chief princes, came to help me, for I had been left alone there with the kings of Persia. Daniel 10:13. Note: As mentioned in another place, my firearm was illegally confiscated without probable cause and illegally by Officer Moises of the Davie Florida police department and returned some three years later after I sent a notice to sue.

3. What appropriate measure will be taken by the three distinct branches, Legislative, Executive, and Judicial, composed of the United States of America Federal government to redress my grievances to "Redress America" and make restitution through punitive and compensatory damages for **Amendment to the U.S. Constitution.**

**3a. "Fight the good fight of faith,** lay hold on eternal life, whereunto thou art also called, and hast professed a good profession before many witnesses. **1 Timothy 6:12 ,**" For the weapons of our warfare are not carnal, but mighty through God to the pulling down of strongholds;

"**2 Corinthians 10:4.**

"For we wrestle not against flesh and blood, but against principalities, against powers, against the rulers of the darkness of this world, against spiritual wickedness in high places." **Ephesians 6:12.** "And if Satan cast out Satan, he is divided against himself; how shall then his kingdom stand? **Matthew 12:26.**

In the book of Matthew 12:26, our Lord exposes Satan's Kingdom and explains that Satan's Kingdom will not stand if he fights against himself. The defendants and Pastor are in the occult and stand as one. Since they are not fighting against themselves, nor are they fighting against their kingdom, the waged war fought is against Christians.

I have been in an unseen, unknown war with unseen, unknown faces fighting a good fight against principalities powers, rulers of darkness and spiritual wickedness in high places in my family, church, former friends, neighbors, former employers, and men who were sent into my life who are all in the occult or the church of Satan—3rd **Amendment.**

The members of the church of Satan secretly waged a one-sided war against me for almost thirty years of my life until the year 2020. The Lord began opening my eyes and told me to fight them back as he unraveled who my enemies were.

Since we are in a war and the named people have been illegally in my life as acquaintances and have assaulted me, committed battery against me, did damage to my personal property, converted my property, and intentionally inflicted emotional distress through invasions of privacy by illegally living in my house, in peacetime in the natural but manifested everything in the spiritual realm a war without my consent. My **3rd Amendment rights were violated.**

**Familiar Spirits:** Do not turn to mediums or seek out spiritists, for you will be defiled by them. I am the Lord of your God. Leviticus 19:31.

I only consented to people I believed were pastors, ministers, congregants, friends, potential husbands, neighbors, and employers. My property was searched for years, and information was seized and stolen.

My computer was tracked. Therefore, I was tracked everywhere I went.

The food I ate was poisoned by the people I allowed in my house and their homes. I was raped, sexually assaulted; money was stolen from me. All the while, these soldiers of Satan occupied and had access to my house. I was enslaved and forced to give them thousands of dollars over the years. People used supernatural powers to enter my home and interrupt my internet service as an attack in this war. **The Third Amendment.** The fact that it is a spiritual war is irrelevant since their intrusion occurred in the natural world.

Once, I was in Ohio, and Mary Matlock and Barbara Edwards sent a spirit into my house. The alarm company sent the police because the movement was detected inside my townhome. The police confirmed that no one was inside, and the home was secured. The agents of darkness can use their religious skills to send spirits into your house.

Access to my home was gained through supernatural and natural means by Satan's members, disciples, followers, military officers, and children who falsely disguised themselves as representatives of the Kingdom of Light and Jesus Christ, pastors. They are spirits and operate in the spiritual realm. My body is a temple; they also occupied it through spiritual and religious customs.

**4.** What appropriate measure will be taken by the three distinct branches, Legislative, Executive, and Judicial, composed of the United States of America Federal government, to redress my grievances to "Redress America" and make restitution through punitive and compensatory damages for:**4th Amendment to the U.S. Constitution.**

I was denied all rights under the **4th Amendment:** For decades, the Soldiers of Satan from the kingdom of darkness from their government used customs and practices from ancient rituals in the system called monitors. In the Kingdom of Light, we identify these agents as monitoring warriors. Monitoring spies' spirits who incessantly attacked me in the spiritual realm through dreams, visions, and thoughts, then took steps and actions to demonstrate their spiritual attacks in the natural realm.

These spiritual monitors come from friends, acquaintances, and associates and are employed in all government areas.

These defendants practice the ancient satanic ritual of the use of an illegal collection of personal information from computers, books, projects, conversations, and personal effects to report back to the covens. Information was obtained and used against me to charge me with crimes and exact punishment.

For decades, they've been in my life. They are used to locating and creating your plans and dreams to unreasonably search and seize property in violation without permission, probable cause, or a court order **4th Amendment.** For decades, information was seized, and my property was searched. The information obtained was used against me. When I applied for a loan to Mid-Florida, I told one person, Robert Raffeo. The following week, I received collections notices from old debts that I wanted to consolidate, and then I lost my job. Robert Raffeo and Robert Fanning went into my online account and changed the information on my loan application. What's their connection? They can be acquainted.

Again, everyone in my life is tied back to saints on the move for Christ's Evangelistic Ministry. Noel and Precious Magwood came to my house and went through all the personal effects in my prayer closet. These church of Satan members from the church had no probable cause or warrants and illegally violated my rights as they searched and seized my property.

5 What appropriate measure will be taken by the three distinct branches, Legislative, Executive, and Judicial, composed of the United States of America Federal Government to redress my grievances to "Redress America" and make restitution through punitive and compensatory damages for the illegal violation of 5th **Amendment 5** whereby I was prosecuted again and again for crimes I did not commit through the occults use of the courtroom of heaven. My life to be a witness for Christ was used against me as my witness.

I was charged, arrested, and prosecuted without a grand jury. I was sentenced to death through the occult practices of sending spirits to torture me through my dreams and in the natural. Over the years, I was deprived of my right to life, liberty, and property. Most recently, in the second case, seized personal property was used to incriminate me without a defense.

1.  What appropriate measure will be taken by the three distinct branches, Legislative, Executive, and Judicial composed of the United States of America Federal Government: to redress my grievances to "Redress America" and make restitution through punitive and compensatory damages for The very superstructure of the emergence of the United States as a nation, moral, ethical, judicial and religious structural system; whose groundwork is anchored on the protection of the privileges afforded to the occultist religious citizens; whose loyalty to their established religious system denies the same fundamental rights afforded to me under the **Sixth Amendment** rights.

"My little children, these things write I unto you, that ye sin not. And if any man sin, we have an advocate with the Father, Jesus Christ the righteous." 1 John 2:1.

The cult leader in the church uses the "Spiritual Courtroom of Heaven," which I was dragged into without my knowledge and my counsel. It is a real place that was used to exact punishment on me by the leaders/ slave masters.

My right to be present at trial, confront witnesses, and have counsel against the defendants who Are Satanists in the kingdom of darkness, misrepresenting themselves as officials and representatives of the kingdom of light, was violated without due process.

Satanic occult religious customs are authentic, and the system they use in the spiritual realm to carry out in the natural realm must follow both spiritual and natural law. Therefore, if a member of the Church of Satan drags one into court in the spiritual realm and carries out punishment in the natural realm, both spiritual and natural due process must be followed.

Therefore, I charge the defendants with the violation of the 6th Amendment right to counsel, right to an impartial jury, right to know my accusers, nature of charges and evidence against me to confront their members who accused me of crimes and persecuted me in the courtroom of heaven without my advocate.

The trials were conducted without my counsel or my presence to make my case for the crimes I was charged with, as well as the punishment for which I was sentenced. Some crimes I was punished for include:

A. These defendants practice the ancient satanic ritual of marrying a Christian victim and claiming them as a spiritual spouse. The spiritual spouse, without the Christian's awareness, completely takes over the life of the victim, forbidding the victim to marry or have friends or children. Besides the spiritual marriage, the defendants also have sex with the victim. "As stated in the book of Matthew 22:30."

B. "For in the resurrection, they neither marry, nor are given in marriage, but are as the angels of God in heaven." In Christianity, we are not allowed to marry a spiritual being, yet they illegally force it upon us.

C. I was severely punished, and the defendants kept me from a real-life marriage, denying me the right to a Christian husband, Children, a family, and a career. They thoroughly used their powers to take over my life.

B. These defendants practice the ancient satanic ritual of building shrines in which they place altars and priests. The defendants use the altars as a system of approval to offer libations, oblations, gifts, and tokens, make dark declarations, decrees, and initiations, and receive approval from the priest on the altar in a shrine with a gift. The defendants also use the "Courtroom of Heaven" to use their religious powers to cause poverty, infirmity, affliction, loneliness, fear, bareness, and homelessness as punishment against us.

C. They allow the approval from the altar to molest children who are Christians and forced into a homosexual lifestyle. The defendants use the dark kingdom's religious powers to steal our star, close the heavens, and steal our joy, destiny, future, wealth, money, power, ministry, prestige, honor, and life. These systems are legal and frequently used against us. We Christians did not know about these practices and were never taught by these treacherous teachers how to fight against their altars, shrines, priests, and offerings to sacrifice us. Nor were we taught about the legal system in the "Courtroom of Heaven" and how to operate effectively in it. The defendants should follow due process of law procedures.

D. These defendants practice the ancient old satanic ritual of the use of harsh punishment to rape us: beat us: sell us: traffic us: slave trade us: put on drugs: alcohol: mark us and marry us. We are punished with untimely death sentences, put in car crashes, drowned in a tub, poisoned our food, and given sickness, diseases, and afflictions. They cast demons in us and oppress us with anxiety, depression, and mental illnesses. We are kept in spiritual and natural jails. Within my case, a man was sent on assignment to sentence me a mandatory twenty-five-year sentence, all in violation of my right to counsel and the right to confront my witnesses, which happens to be the defendants.

7. What appropriate measure will be taken by the three distinct branches, Legislative, Executive, and Judicial composed of the United States of America Federal Government: to redress my grievances to "Redress America" and make restitution through punitive and compensatory damages for The Satanic occult members charged me with crimes without evidence, warrants or probable cause. I did not have counsel present in their proceedings.

I was not allowed to confront my accusers. Documents obtained through personally seized evidence were illegally taken without my permission. I was prosecuted through the courtroom of heaven without a jury trial.

8. What appropriate measure will be taken by the three distinct branches, Legislative, Executive, and Judicial composed of the United States of America Federal Government: to redress my grievances to "Redress America" and make restitution through punitive and compensatory damages for

**Amendment 8** excessive bail shall not be required, nor excessive fines imposed, nor cruel and unusual punishments inflicted. Saints on the move for Christ cult who sent Kent Edward David imposed and asked the Judge for a million-dollar bond. In other incidents, I was denied bond, and punishment was imposed.

1. What appropriate measure will be taken by the three distinct branches, Legislative, Executive, and Judicial, composed of the United States of America Federal Government to redress my grievances to "Redress America" and make restitution through punitive and compensatory damages for the very system who denied my ecclesiastical, civil, natural and human rights is the same system has ties and relationships with my oppressors.

2. What appropriate measure will be taken by the three distinct branches, Legislative, Executive, and Judicial, composed of the United States of America Federal Government, to redress my grievances to "Redress America" and make restitution through punitive and compensatory damages for Not relaying that phrase "We the people" of the United States refers solely to "We the people" in the occult, in the church of Satan, secret societies, and organizations, Catholicism. The American church (90%), governmental agencies, fraternal orders, who practice sorcery, and anyone who has any other god belief, religious practices other than genuine Christianity.

To form a more perfect union (RELIGION), establish spiritual and natural cruel injustice over genuine Christians, and insure we subjugate them by force through domestic terrorism, by the removal of their authentic Bible, authentic churches, authentic teachers, preachers' pastors, and teachers ultimately the complete separation from their God the authentic Jesus Christ.

Then replace with Satanist to provide for no common defense, to promote poverty, confusion, slavery, food insecurity, homelessness, unemployment, underemployment, hardship, punishment through spiritual and natural means to secure our wealth stature, prosperity at their expense to establish our liberty to rule over them by any means necessary for our blessings, wealth stature, and bloodline through our "Christian values."

What appropriate measure will be taken by the three distinct branches, Legislative, Executive, and Judicial, composed of the United States of America Federal Government: to redress my grievances to "Redress America" and make restitution through punitive and compensatory damages for the defendant's deep demonization and bewitchment of my soul by these soldiers of Satan. Through their dark ways, they not only used and took ownership of my physical body (my temple) and forced me into a prearranged marriage, to commit crimes, trafficked me to men who profess their love for me.

Their spies, monitoring spirits, and those who failed to identify themselves lived in my physical house. What appropriate measure will be taken by the three distinct branches (Legislative, Executive, and Judicial), composed of the United States of America Federal Government: to

"Redress my grievances.," I ask the courts to investigate and make restitution through punitive and compensatory damages, for The United States continues to support their Satanic Pope and Catholic Priest functioning worldwide as Christianity when in fact their Pope and their Priest are no more Christians than Adolf Hitler. Their Pope and priest are the largest cult leaders in the world, operating from the same power that raised Andrew McVey to terrorize Christians.

What appropriate measure will be taken by the three distinct branches (Legislative, Executive, and Judicial), composed of the United States of America Federal Government: to "Redress my grievances," make restitution through punitive and compensatory damages for the express policies of the United States of America government to permit naturalized citizens to be initiated into the occult and made slaves by slave masters who act as family members, friends teachers, pastors, employers and husbands who after each encounter further deepen their ties into the occult by bewitchment.

In the process of initiation, a family member or remarkably close family member offers the free-born Christian some drug; typically, they start with marijuana and then lure them in with alcohol or some other harder drug. The drugs are used as a point of access and contact for sorcery to further control and bewitchment the person to gain access to the born-again Christian.

The enslavement into the family coven by an existing authorization by earlier dead relatives or whomever in the bloodline made a deal with Satan. After the first initiation to solidify the ritual and pollute the victim a rape or incestuous sex, must take place. Normally, the sexual encounter is with a relative to produce a spiritual spouse family spouse and tie the victim to the family idols, gods, covenant and covens.

Finally: What appropriate measure will be taken by the three distinct branches: (Legislative, Executive, and Judicial), composed of the United States of America Federal Government: to "Redress my grievances" make restitution through punitive and compensatory damages for The continuous attempted murder, rape, molestation, demonization, loss of income, prearranged marriage, satanic ritual of spiritual marriage, poisoning, car accidents, beatings harassments, invasion of privacy, untimely death assignments to take my life, they ate my flesh and drank my blood

### Ecclesiastical Consecrated Spiritual rights were violated.

1. **Have no other God:** "Thou shalt have no other gods before me," **Exodus 20:3.** "And in all things that I have said unto you be circumspect: and make no mention of the name of other gods, neither let it be heard out of thy mouth. **Exodus 23:13** "And go not after other gods to serve them, and to worship them, and provoke me not to anger with the works of your hands, and I will do you no hurt. "Jeremiah 25:6"

2. **Love and believe in one God**- "And thou shalt love the Lord thy God with all thy heart, and with all thy soul, and with all thy mind, and with all thy strength: this is the first commandment. "Mark 12:30." "But take diligent heed to do the commandment and the law, which Moses the servant of the Lord charged you, to love the Lord your God, and to walk in all his ways, and to

keep his commandments, and to cleave unto him, and to serve him with all your heart" and with all your soul. **Joshua 22:5.**

**3. <u>Freedom from enslavement</u>:** "If the Son therefore shall make you free, ye shall be free indeed. ,"John 8:36"Stand fast therefore in the liberty wherewith Christ hath made us free and be not entangled again with the yoke of bondage. "Galatians 5:1."

**4. <u>Abundant Life</u>** "The thief cometh not, but for to steal, and to kill, and to destroy: I am come that they might have life and that they might have it more abundantly. ,"John 10:10. "Romans 15:13,"

### United States Constitutional Provisions Violated.

1. U.S. Constitution First Amendment
2. U.S. Constitution Second Amendment
3. U.S. Constitution Third Amendment
4. U.S. Constitution Fourth Amendment
5. U.S. Constitution Fifth Amendment
6. U.S. Constitution Sixth Amendment
7. U.S. Constitution Eighth Amendment
8. U.S. Constitution Ninth Amendment
9. U.S. Constitution Fourteenth Amendment

### Geneva Convention and United Nations Law Violations:

§Article One, Article Two:
§Articles 4 and 5:
§Article 12(1),
§Article 27:
§Article 13:
§Article 45:

§Article 47:
§Article 75:
§Article 76:
§Article 90
§Article 91:

### Human rights violated.

- The right to Life.
- The right to Freedom from Torture.
- The right to equal treatment.
- The right to privacy.
- The right to freedom of thought, opinion, and expression.

### Natural rights violated.

• The right to work.
• The right to Liberty.
• The right to Own Property.
• The right to Make a Living.
• The right to Practice Religion.

### Statues

28 U.S.C. § 1254
28 U.S.C. § 1257
The Book of Numbers, Chapters 26: 1-65 and Numbers 27: 1-23
The Federal statute is 28 U.S.C. 1654

**The Supreme Court possesses the jurisdiction and power to consider and rule on this case.**

The intentional dismissal of the case with a prejudiced ruling by the Judge makes it all but impossible to exercise our Constitutional civil rights in the lower court, which systemically discriminates against genuine Christians and opposed citizens in our kingdom.

However, the petitioners, facts in the case, warrant a removal of the Judge due to the affinity of the Judge's commonality and supernatural connection to the defendants in the case are in opposition to his commitment to the very system we seek to destroy.

The rule to dismiss with prejudice, giving no ability to Amendment, is a violation of our civil right to confront our satanic accusers and an attempt to put an end to our fight against the very system the Judge is a member of. This unjust treatment is a small part of why the judicial system is broken and needs a complete overhaul. With no means to refile, how could we exercise our rights for justice in an unjust system by an unfair judge serving an altar?

### Emergency "Unprecedented Writ of Certiorari

We request the High Court to grant this **unprecedented writ of certiorari**.

To petition the court to **Redress America** and grant our request to stand for our case before the Justices based on these facts:

I.   Judge William Jung instantaneously ruled against the petitioners and dismissed the case as frivolous with prejudice. Judge His swift ruling indicates the unfair, illegal practices Christians endure in the judicial system and the rule of law in its application to genuine Christians seeking relief in his courtroom. Genuine Christians experience similar treatment from judges in courtrooms nationwide and globally. It was an intentional violation of my 7th Amendment protection as a citizen to have a jury trial in federal court.

II.  No Attorneys will be Petitioners in this or the county case, which is still pending, due to a conflict of interest in their religious beliefs, practices, and rituals, which are aligned with and dedicated to the defendants.

III. Since I am "Per se," I humbly plead with the courts to pardon my limited knowledge of proper procedure in this matter as I represent Our King Kingdom, millions of Kingdoms of God citizens who are illegally held captive in jails, hospitals, mental institutions, and prisons by the defendants, their god, and kingdom using their religious rituals and practices.

IV.  I humbly plead with the court to be patient while I make every attempt to outline the complexities involved with the defendants listed. I notably reserve the right to discuss the other relevant defendants at some point.

V.  Thousands of different religions, practices, rituals, and gods are represented in the United States from the purported estimated 199 nations worldwide.

VI.  All religious practices, rituals, and customs are in opposition to Jesus Christ, His ways, and teachings. With their deep mystic practices, the practitioners are using methods sourced from supernatural powers to give Christians impotent and make our God look as if he is powerless. This religious sect understands that the average Christian has not learned what some call "Satan's deep secrets" (Revelation 2:24)

VII.  The time must come for this country to separate all other religions, faiths, beliefs, practices, and gods from Jesus Christ and acknowledge the existence of effective evil practices in this country and worldwide in which the methods are used.

VIII.  I ask the court to be patient when I first pose a question to the court, then provide a brief explanation of how and why it affects me.

IX.  I will keep it as brief as possible. However, due to the length of time we have been under attack, we will take the only opportunity to secure a court date in hopes that the court will hear the case. For the sake of time, we request that the court order the complete case file to get a better understanding.

### Statement of the Case

**Purpose to Redress America:** One Woman's Journey to Establish the Satanic Occult as An Official Religion in The United States of America. My Petition for an unprecedented writ of certiorari to Redress America).

The Satanic Occult Religion must be registered and recognized as an official, effective practicing religion in the United States of America. Furthermore, the integrated Satanic Occult religious community's rituals, customs, and ceremonies must be publicly shown as authentic and effective rituals. Additionally, all Satanic religious outlets, networks, pastors, and churches must sever all ties with Jesus Christ, his name, image, ideology, persona, character, teachings, kingdom, and Holy Scripture and to:

**1.** Differentiate Jesus Christ, the All-Mighty God, from every other god, practice, theory, faith, philosophy, belief system, and way of life, and legally categorize Him in a class by himself.

**2.** Alter the ill-equipped natural laws across the land to combat the dark forces menacing society through effective ancient methodologies, ritual, and spiritual warfare. To do this, new legislation must be introduced and implemented to prosecute the occult murders and other crimes committed by them, which are plaguing society and the lives of innocent people.

**3.** The United States of America must recognize the distinction between the two powerful kingdoms in the world: the Kingdom of Light (Jesus Christ) and the Kingdom of Dark (Satan).

**4.** The American people must be able to choose between established doctrines and views, teachings, ideologies, laws, and agendas without duplicity or coercion.

**5.** Give biblically based facts about Jesus Christ's kingdom, his genuine teachings, commandments, and laws, and dispel Satanic disinformation about Holy Scripture. Allow any genuine Christian to take legal action against Satanic publishers who intentionally or unintentionally, knowingly or unknowingly, publish and disseminate inaccuracies from the Holy Scripture as factual after being notified of errors.

**6.** Accommodate Jesus Christ's illegally held Kingdom of Light, citizens transition from the Dark Kingdom of Satan's churches, teachings, bewitchments, spells, mind control, and homelessness into the Kingdom of Jesus Christ's government for aid, housing, and to learn authentic Christian Laws, commands, and warfare tactics.

**7.** Exercise and practice my Ecclesiastical consecrated spiritual rights according to the Holy Scripture's laws and commandments.

By my God, Kingdom, and Faith, and do so with truthful teachings without being designated as hate speech or slander against any group, community, or individual.

**8.** Be granted absolute immunity from any law now or in the future requiring me or any genuine Christian serving in the Kingdom of God to refer to any biological man as a woman or any biological woman as a man and the explicit exemption of recognizing any gender other than a man or woman, he or she in their natural biological state, according to the Bible. "And God said, let us make man in our image, after our likeness." So, God created man in his own image; in the image of God, he created him; male and female, he created them. **Genesis 1:26a-27.**

**Petition for Redress**: Why are we petitioning the United States Government and these entities in this lawsuit? *"According to the First Amendment to the Constitution of the United States, Congress shall make no law respecting an establishment of religion, prohibiting the free exercise thereof, abridging the freedom of speech or of the press, or the right of the people peaceably to assemble and to petition the government for a redress of grievances."*

The "Congress shall make no law respecting an establishment of religion" clause not only forbids the government from establishing any official religion but also prohibits government actions that unduly favor one religion over another.

Through its organized allegiances, the United States Government has consolidated resources, alliances, and other efforts within the various named entities to stand firmly united as a single, established, powerful, fully functioning religious church. The official establishment of this spiritual church of the Satanic Occult and the Kingdom of Dark (ness) firmly stands against Jesus Christ, His Kingdom, and his church. The members of this well-established church consist of some of the wealthiest and most notable business owners in all industries, including the

Judicial, legal, law enforcement, Congress, and entertainment industries, to name a few (Please see the original case file for details). Their combined efforts are to accomplish several goals.

1. Keep the genuine Christian away from Jesus Christ, His ways, His teachings, and the effectiveness of his word against their tactics by using their religious methods.

2. To keep the genuine Christian in sin, angry, discouraged, hopeless, helpless, and afraid to break their spirit and make them believe there is no hope.

3. To use Voodoo charms, necromancy, dark declarations, and satanic decrees to render the genuine Christian powerless to infiltrate their body and take over the soul.

4. To steal the genuine Christian Star destiny, wealth gifts talents as use as their own.

5. To separate the genuine Christian's body from their spirit through supernatural means and cause death by car accidents, drownings, shootings, and other satanic devices used.

6. Using witchcraft to bewitch, dominate, control, oppress, depression cause sickness, disease, and ailments to make use of the body and steal the soul.

7. Deceive the genuine Christian with seduction, music, a seared conscience, drunkenness, rape, sexual abuse, exact curses, and plot to do what their church calls "Render them Powerless." (This is just a small list of occult practices used against Christians to separate us from God.

8. In" Rendering the Christian powerless, the Satanist uses the pastors, church, unfriendly friends, monitors, watchers, seers, false prophets, and false teachers to destroy the genuine Christians utterly and beat them down into slavery and take over their possessions. In the process of violating and manipulating every spiritual law, natural law, and university policy to subdue, overtake, and control the Christian.

9. Keep the genuine Christian unemployed, underemployed, sick, weak, and tired in the legal system. Without credit, the ability to survive financially eventually will result in homelessness.

**Table of Authority Cases: Evidence of the United States' awareness and acknowledgement of the Occult, as well as the endorsement of the destruction of genuine Christians.**

**Police and FBI officials have evidence of the existence of the Satanic occult.**

The United States government has sufficient proof of the Satanic occult system's existence, operating covertly and now overtly for decades.

1. State of California Office of Criminal Justice Planning - Occult Crime: A Law Enforcement Perspective.

Enforcement Primer Department of Justice National Institute of Justice- Satanic Cult

Awareness.

2. U.S. Department of Justice Office of Justice Programs-Satanic, Occult, & Ritualistic

Violence in America from Faces of Violence in America, 33–53, 1996, Gordon A

3U.S. Department of Justice Office of Justice Programs-Occult Criminal Investigations N.C.J. Number 149064 Date Published 1993 Length 44 pages Corporate Author Glendale Police Dept. Address Glendale, CA 91200, United States Sale Source National Institute of Justice/ Address Box 6000, Dept F, Rockville, MD 20849, United States

4. Occult crime: Detection, investigation, and verification. Paperback—January 1, 1992

by William Edward Lee Dubois (Author) Publisher: San Miguel Press (January 1, 1992)

**Documented proof of the occult in the United States is primarily after children corrupt their minds into homosexuality and away from Jesus Christ's plans, purposes, and intentions for their innocent lives.**

- The Satanic Temple hosts an after-school Satan club at a Pennsylvania school. Published August 27, 2022, 10:00 pm. Adam Sabes is a writer on the breaking news team for Fox News Digital.
- North Carolina parents outraged over after-school Satan Club Adam Sabes | Fox News May 2, 2022.

## REASONS FOR GRANTING THE WRIT

The Defendants' actions and those actions of the general population within the Occult religious sect have, over decades of my life, utilized their uncompromising, profound, comprehensive knowledge of the supernatural underworld to:

1. "Render me powerless" by using their Blackmagic to enslave me both spiritually and naturally by intentionally using spells and witchcraft to demonize me. Through the demonization, I was denied every right (ecclesiastical, constitutional human, natural) this country lied to me about and said was available to me as a naturalized citizen.
2. I was deliberately separated from and denied access to Jesus Christ.

"Argument for granting the Writ of Certiorari,"

The atrocities I continue to experience have always been conducted with the "Full Knowledge, Understanding, and Consent." of the United States of America government. I offer proof that the United States not only has in their archive's years of direct evidence and proof of the existence, fundamental objects, and ultimate desired results against genuine

Christians of the "Satanic Occult, the Satanic church and well-established organization which purport to be Christian but a known camouflage for Satanism and members of his church. In

addition to the so-called well-established organizations that house altars in their (shrines) business to appease their demon god with blood sacrifices. For example:

## Well-Known Retail Altars in America

**Wal-Mart**

**1 Six victims shot and killed in a Virginia Walmart** include a 16-year-old boy, authorities say, Holly Yan, Ariane de Vogue, John Miller, Curt Devine, and Christina Maxouris,

Updated 10:22 PM EST, Wed November 23 November 23, 2022

 **2. Shooting that wounded 4 in Ohio is the second to occur at Walmart in 24 hours**. U.S. News: Julie Carr Smyth and John Seewer Update 5:03 PM EST, November 21 November 21, 2023.

**3. Man who killed 23 at El Paso Walmart pleads guilty** to hate crimes. By Robert Moore, El Paso Matters FEBRUARY 8 FEBRUARY 8, 2023,

**4. A Death at Walmart Jasper Craven** January 16,20224 **(There are far too many sacrifices on this altar to list all)**

**Amazon**

  a.  A 20-year-old Amazon employee died at work. By Caroline O'Donovan 11/26/2023.
  b.  Amazon says a worker's death was not work-related. However, a 911 call appears to contradict the company's narrative, which is that of Sarah Lazare and Jeff Schuhrke," In these times," June 26th, 2023.
  c.  Lack of respect': outcry over Amazon employee's death on the warehouse floor
      a.  The Guardian: "Numerous worker deaths have been reported at Amazon in recent years, including three deaths in New Jersey and one in Pennsylvania over summer 2022." Besty Reed Editor 12-19-2019
  d.  Four Amazon warehouse workers died on the job within a month. By Andrew Paul Published September 2 September 2, 2022, 11:00 AM EDT (There are far too many sacrifices on these Altars to list all)

**Dollar General**

a. 1. Forty-nine people have been killed at Dollar General stores since 2014. Workers are protesting for safer conditions by Nathaniel Meyersohn Updated 11:23 AM EDT, Wed May 31 May 31, 2023.

b. White man fatally shoots 3 Black people at a Florida store in a hate crime, officials say. Nation 27, 2023, 11:24 AM EDT.

c. Man injured after shooting in Orlando Dollar Tree parking lot, Digital Journalist Published: November 25 November 25, 2023, at 8:26 PM

**Google**

a. Google's Darkest Days: After three deaths, a workforce reckons with a changed company: By Becky Peterson July 14 July 14, 2023

b. 31-year-old Google employee dies by suicide and jumps to death from an office building in New York. India Today Ankita Chakravarti New Delhi, May 6th, 2023.

c. California Google employee beats wife to death, found "spattered with blood" and staring blankly into space. Hindustan Times, By Sumanti Sen January 22, 2024.

**TikTok**

TikTok's Blackout" challenge linked to deaths of twenty children in 18 months. The Independent Alisha Rahaman Sarkar. Thursday, December 2022. There are too many blood sacrifices on this altar to list.

**Tesla**

a. Tesla Leads Industry for Crashes and Deaths Involving Driver-Assistance Tech

b. 17 fatalities, 736 crashes: The shocking toll of Tesla's Autopilot: The Washington Post, By Faiz Siddiqui and Jeremy B. Merrill

Furthermore, the United States took no action and completely ignored my cries for help and justice, thus permitting the atrocities to continue up to and including February 2023. While my life is liberty and pursuit as my happiness continues to be infringed upon with no intervention to protect my property, health, benefits, safety, and beautiful life, the Lord Jesus afforded me as a disciple, follower, and child in his Kingdom.

The United States of America's current religious system has directly violated the rights of millions of genuine Christians.

The Conclusion: The Forerunner, John the Baptist, proclaimed and established our precious Lord Jesus's purpose with the message about the Kingdom of God.

In those days came John the Baptist, preaching in the wilderness of Judaea. And saying, Repent ye: for the kingdom of heaven is at hand. When Jesus arrived, he picked up the same message. **Matthew 3:1-2.**

Jesus Christ's message remains the same in 2024, as he revealed at the beginning of his ministry on earth through many scriptures: the establishment of His Kingdom.

Now, after John was put in prison, Jesus came into Galilee, preaching the gospel of the kingdom of God. **Mark 1:15.**

The King of our Kingdom embodies the Kingdom's motif: His people are supposed to live under his rule of law and commandments, as set forth in his system. He is in the midst of us to rule over us and proclaim the good news, which is the mission.

And he said unto them, I must preach the kingdom of God to other cities also: for therefore am I sent. Jesus declares the kingdom's message. **Luke 4:43**And it came to pass afterward that he went throughout every city and village, preaching and shewing the glad tidings of the kingdom of God: Jesus demonstrates the Kingdom by casting out demons. **Luke 8:1.**

But if I, with the finger of God, cast out devils, no doubt the kingdom of God is come upon you. **Luke 11:20.**

Through his victorious death, burial, and resurrection, Jesus redeems the kingdom. As he satisfies the wrath of God poured out for those who rebel against his rule, Jesus defeats Satan, sin, and death. **Colossian's 2:14-15**

Jesus concludes his earthly ministry by clarifying the kingdom. Just before his ascension, Jesus' disciples asks him, "Lord, will you at this time restore the kingdom to Israel?" Acts 1:6 At the conclusion of his earthly ministry, Jesus resolved confusion about the kingdom. The kingdom was crucial to the start and culmination of Jesus' earthly ministry.

In the second coming of Christ, Jesus returns as a triumphant warrior king. As he returns to achieve final victory, the name scribed on his body is "King of kings and Lord of lords" **Rev 19:16.**

And he said unto them, go ye into all the world, and preach the gospel to every creature. He that believeth and is baptized shall be saved; but he that believeth not shall be damned.

And these signs shall follow them that believe; In my name shall they cast out devils; they shall speak with new tongues; They shall take up serpents; and if they drink any deadly thing, it shall not hurt them; they shall lay firsthand the sick, and they shall recover.

Jesus Christ preached "His Kingdom" in opposition to the established system and earthly spiritual satanic kingdom and for good reason, just as in his time, in the global community, especially in the United States, the church is preaching everything else but his message. **Mark16:15-20.**

Officials, corporations, and law enforcement in the U.S. permit the initiation of genuine Christians by the Church of Satan. They consider someone who is not involved in the occult as a slave and use their expertise in religious supernatural or mystical practices to intentionally distance us from our God and isolate us further through divination, juju, voodoo, and witchcraft rituals.

They surround us with unfriendly family members who gain our trust by revealing dreams so they can steal and use. Then, ultimately, replace our life with someone from the marine kingdom of darkness who will stand for Satan and his agenda and promote his desires and plans.

Here is how the Replacement Process is employed. The details are my case. The facts about the events are 100% accurate, as shown in the replacement process of Christians" in America using Marine Kingdom pastors and the church

**The Replacement Process of Christians in America using Marine Kingdom agents mainly from family members and the church.**

A genuine Christian is prevented from occupying an office position or job and replaced with someone who is not a Christian and who will do Satan's bidding to advance their kingdom.

I lived in Miami from 1992 to 2013, repeatedly taking and failing the LSAT. I boldly state that, like many other genuine Christians, I was replaced with someone else who has no other motive but to rise on your Star, Gifts, Talents, and abilities, which were transferred by the Marine Kingdom Leviathan powers, in this case, in Miami, Florida.

I was replaced by someone who is a woman, born of a woman, has a woman for a grandmother, has aunties that are women, has daughters who are women, sororities sisters are women, and the absurdity of the satanic answer cannot give a definition of a natural born woman.

My answer would have been, if the God of Israel created you with a vagina, you are a girl and will become a woman, and if he made you with a penis, you are a boy to become a man.

Satan and His Kingdom are the only places where you can assign yourself a sex. The replacement process is ongoing all over the United States and the world. Athletes with lesser abilities service their altars with a string of blood sacrifices on their rise to the top. I met a very well-to-do lawyer who began with a brilliant career.

He is sixty-five and on twenty different medications, and he is in bad health. What classmate, friend, or coworker stole his star, soul, and life? The soul traders' soul merchants walk around as kings.

The church of Satan's religious teachings, occultism religious practices, the homosexual community religious teachings through Catholicism, and many churches from the Christian-based global community, many Christian-based organizations are the primary opponents are at the forefront of the opposition to his Kingdom while giving the impression he owns them when in fact they belong to Satan who owns them.

Jesus Christ is saying it is time! You do not speak or represent his kingdom. Most churches and pastors in this and the original lawsuit do not speak or represent his kingdom.

**We ask the Court to intervene and all the real Pharaohs of this land. "Let us go so we can serve" Our God the way He wants us to serve Him"** Then the Lord says unto "Terese E Jones," Go in unto Pharaoh and tells him, Thus says the Lord God of the Hebrews, Let my people go, that they may serve me. Exodus 9:1-7.

**Restitution compensatory, punitive damages, and arrest for the violent crimes I endured**

**Additional Charges violated** Invasion of Privacy

- Aggravated Identity Theft
- Wire Fraud
- Disparate Treatment
- Racial Discrimination
- Spiritual right Violation-
- Slavery
- Sexual Assault
- Rape
- Molestation
- False Imprisonment
- False Arrest
- Malicious prosecution
- Slander
- Liable
- Kidnapping

- Wrongful termination
- Wage theft
- Violation of my Human Rights to a Legal Education
- Illegally practicing their religion
- Intentionally Inflicting emotional distress
- Aggregated stalking
- Fraudulent Misrepresentation
- Negligent Misrepresentation
- Intentionally Inflicting emotional distress
- Slander

- Liable
- Defamation
- Illegal arrest and convictions

**Direct appeal**

Most, if not all, other religions use voodoo or a form of it, such as yoga, meditation, martial arts, astral projection, spells, juju, astrology, palm reading, tea leaf reading, necromancy, numerology, star gazing, séance, charms, incantations, graven imagines, statues, deities, and idle gods, and use some form of spiritualism resembling it except authentic Christianity. Most religions, through their customs and rituals, have incorporated various gods, practices, and beliefs and joined them together to call it Christianity, when in fact, it is voodoo, nothing more, nothing less.

**These are crimes**

**What we are seeking from the Court against all parties as one defendant. (Reason Petition for An Unprecedented Writ of Certiorari to Redress America).**

The Court certifies the authentic Christianity, Jesus Christ, His bible, followers, disciples, teachers, preachers, and all those lost people seeking Him, who are citizens of His Kingdom, in our case, as being their class and, to grant class-action status to this action along with compensatory and punitive damages in the amount of Ten point five trillion dollars (16 Trillion dollars) which is approximately half of the Gross Domestic Product to accommodate anyone who desires to exit the current demonic dark system.

**1. We ask the Court** for a complete separation of the authentic ministry established by Jesus Christ, the Son of God, His Father, the God of Israel, His disciples, teachings, practices, customs, expectations, and His Kingdom's citizens, from every other religious organization and church. An absolute separation from all other religious leaders, religious practices, rites, customs, teachers, preachers, ministers, apostles, bishops, archbishops, reverends, popes, elders, idle gods, statues, and any affiliation with the current religious system. And a complete separation of the authentic ministry established by Jesus Christ, the Son of God, His Father, the God of Israel, from other religious organizations, disciples, disciplines, religious customs, beliefs, teachings, faith, morals, ethics, principles, and ritualistic practices. Furthermore, register Jesus Christ, His authentic bible, His followers, and teachings as a protected class from being labeled as hate speech and hate groups. Also, it will help the people of America clearly understand the difference between the two faiths, kingdoms, and religious systems and make a clear choice.

**2. We ask the Court** that those citizens who are naturally and spiritually illegally held in bondage by the Satanic Occult's religious organizations, churches, and rituals who are in jail, mental institutions, homeless, and hospitals be given an opportunity to heal at Mountain of Fire Ministry and ministries assigned to help with the process of getting the proper help for those who desire it.

**3. We ask the Court** to hold that the occult system and its members who serve their religion through their roles in the United States of America Government, their departments, and agencies cease promoting their religious beliefs above ours. In other words, government representatives must stop creating policies for their spiritual benefit at the expense of Jesus Christ. We seek equality of faiths.

**4. We ask the Court** to hold all private and public sectors in commerce and business enterprises who benefited from historical natural and spiritual slavery as permitted by the government through occultism responsible for slavery, slave wages, and free wages. For example, Citibank, JP Morgan Chase, and Wells Fargo Bank, to name a few.

**5. We ask the Court** to permit this class action lawsuit against all these entities as a whole: the United States of America Government, its agencies and departments, the Catholic Church organizations, the American Church, and pastors (See list of Satanic Fraudulent Pastors): On behalf of Kingdom-of-God Citizens, in all fifty states, the District of Columbia, the U.S. territories, American Samoa, Guam, Northern Mariana Islands, Puerto Rico, United States Virgin Islands, Minor Outlying Islands, Bajo Nuevo Bank, Baker Island, Howland Island, Jarvis Island, Johnston Atoll, Kingman Reef, Midway Island, Navassa Island, and Palmyra Atoll. ***For the willful and intentional violation of our First Amendment Fundamental right to free exercise our faith in Jesus Christ. Our Fourteenth Amendment Fundamental rights to due process, equal protection, negligence, fraud, libel, misrepresentation, invasion of privacy, slander, breach of duty, battery, assault, false imprisonment, intentional infliction of emotional distress, homicide, conspiracy, duress, conspiracy, and solicitation. ***

**6. We ask the Court** for a complete separation of the authentic ministry established by Jesus Christ, the Son of God, His Father, the God of Israel, His disciples, teachings, practices, customs, expectations, and His Kingdom's citizens, from every other religious organization and church. A complete separation from other religious leaders, religious practices, rites, customs, teachers, preachers, ministers, apostles, bishops, archbishops, reverends, popes, elders, idle gods, statues, and any affiliation with the current religious system.

Furthermore, register Jesus Christ, His authentic bible, His followers, and teachings as a protected class from being labeled as hate speech and hate groups. Also, it will help the people of America clearly understand the difference between the two faiths, kingdoms, and religious systems and make a clear choice.

**7. We ask the Court** that those citizens who are naturally and spiritually illegally held in bondage by the Satanic Occult's religious organizations, churches, and rituals who are in jail, mental institutions, homeless, and hospitals be allowed to heal assigned to help with the process of getting the proper help for those who desire it.

**8. We ask the Court** to determine if there are secret societies that misrepresent Christianity. If so, separate all secret societies and their members from any association and affiliation with genuine Christianity and Jesus Christ. Furthermore, cease and desist, calling their organizations Christian. These organizations must not be associated and registered as Christian or Christian up to and including Fraternal Order of the Police, Ku Klux Klan, or Skin Heads.

The Order of the Eastern Stars, The Order Of Free Masons, and Masonry (All Scottish rights, Shriners, St. Jude), the Ancient Order of Hibernians, Ancient Order of United Workmen, Bilderberg, The Order of Skull and Bones Group, Bohemian Club, Knights of Columbus, Knights of Maccabees, Knights of Malta, Knights of Pythias, Independent Order of Odd Fellows, Ordo Templi Orientis, Scientology, The Hunter Orientis, Rosicrucian's, Scroll and Key, Seven

Society, The Knights of Templar, The United Ancient Order of Druids, The National Grange of the Order of Patrons of Husbandry, Daughters of America, Daughter of American Revolution.

Alpha Phi Alpha Fraternity, Alpha Kappa Alpha Sorority, Kappa Alpha Psi Fraternity, Omega Psi Phi Fraternity Delta Sigma Theta Sorority, Phi Beta Sigma Fraternity, Zeta Phi Beta Sorority, Sigma Gamma Rho Sorority, and Iota Phi Theta Fraternity, The Illuminati. These organizations must cease and desist from associating themselves with Christianity, A Christian Religious organization, Christian Morals, and any affiliation with Jesus Christ. These are not Christian Organizations and do not represent authentic Christianity, Jesus Christ, and the God of Israel.

### A. We seek the separation from every other religious occult organization:

The Occult, Satanism, Witchcraft, Black Magic, Dark Magic, All Roman Catholic Churches, Greek Orthodox Church, The Lutheran Church, Independent Catholicism Church, Episcopal, Polity, Apostolic Church, Buddhism, Necromancy, Succession Lutheranism, Anglicanism, The Protestant Church, The Episcopal Church, The Pentecostal Church, Spiritualism, Monotheism, Gnostic, Druze, Islam, Judaism, Seven Day Adventist, Hinduism, Taoism, Sikhism, Mormonism, Juche, Spirituality, Jainism, Shinto, Bahá'í
Faith, Jainism, Cheondoism, Hoahaoism Tenriism, paganism, Druids, wicca Caodaism, Shinto
Taoism Vodou Sikhism Judaism Korean Shamanism, Confucianism
Caodaism, Mohammedanism, African diaspora Religions Tenrikyo, Shinto, Palm
Reading, Zoroastrianism, Yezidis, Mandaeans, Ayyavazhi, Mormonism, Ahmadiyya, Pentecostal ism, Polytheistic, Native American Religion, Numerology, Astrology, soothsayers, Medicine Man and Women, Voodooism, Umbanda, Kardecist Spiritualism, Worship the dead, Reincarnation, Black Baptist, Southern Baptist, Animism, African Methodist Episcopal Church, The National Baptist Convention, The African Union First Colored Methodist Protestant Church, Progressive National Baptist Convention African Methodist Episcopal Zion Church Oriental Orthodox Church, Oriental Orthodox Church, Liturgical Worship, Creeds, Moravian, Wicca, Hollywood, Homosexuality, The Reformed Ecumenical Council, Kabbalah religion, Latter Day, Saints, and Jehovah Witness organizations.

**9. We ask the Court**: In every public and private school that is federally funded and receives funds from the United States Department of Education and that teaches the theory of evolution, the woke agenda philosophy, religious agenda, including satanic books material in the libraries, to legally have an alternative genuine Christian perspective taught. A course that explains the difference between Jesus Christ's teachings, principles, morals, and ethics as opposed to Satanism, customs, teachings, and rituals must be taught. And to have a protected room or area that is set aside with resources and contact hotline information for any students who wish to receive requested counseling and guidance according to the authentic biblical principles and indicate a desire to be guided away from the pressures of a forced homosexual lifestyle through teachers, their parents, peers, and Satanism. That is until our schools are established.

**10. We ask the Court** for separate, protected, and secure bathrooms for Christian children, away from the dangers of transgender, homosexual, and bisexual children and adults on their school campus and facilities. Until our facilities are established.

And in public, have separate bathrooms from transgender men dressed as women in the women's room—and transgender women in the men's bathroom.

**11. We ask the Court** that all public servants, police officers, teachers, firefighters, government officials, doctors, lawyers, dentists, judges, members of Congress, House members, CEOs, banks, financial institutions, healthcare employees, and industry leaders be registered and be kept in a public database whether they are a member of any so-called secret society, including the Ku Klux Klan or the Satanic Occult religion, much like the voter registration. The public has a right to know who is serving them and what spirit they are operating in.

**12. We ask the Court** to require that police officers immediately stop carrying out Satanic ritualistic sanctioned homicide killings against Christians and spiritually blind citizens in this society. To use another method to neutralize the situation by shooting the suspect in the leg or another area. Or use plastic bullets. These ritualist murders must stop now. It must stop now.

**13. We ask the Court** to require that when an individual is arrested, their image must not be released to the public unless and until they are found guilty of the crime they are accused of and charged with.

**14. We ask the Court** to require that any small businesses and corporations who operates in a Black community where the population is more than forty-nine percent Black contribute and support that community. For example, sponsor a school and donate educational materials and uniforms to needy families. Or pay a particular local or county tax to help the community. Offer scholarships, tutoring, and mentoring to Black children and women in the neighborhood where their business is located.

They do not just operate a business in Black communities, take their dollars out to a different neighborhood, and send their kids to the finest schools with updated books and computer equipment while inner-city neighborhoods and schools suffer.

**15. We ask the Court** to allow the public to join this class action lawsuit or have the ability for a member of a church or religious organization to sue their local church and pastors in Court for fraud to recover all tithes offerings, gifts, and slave labor after the member is asked not to come back. Or for the non-fulfillment of prophecies or for any such lies.

**16. We ask the Court** to allow us to establish an entity that requires pastors, bishops, apostles, and church leadership claiming to represent Jesus Christ to be educated on the authentic bible and its facts, which are in the word of God. And to be held accountable through a regulatory body we establish for noncompliance. Also, pastors must be formally trained in their respective fields and successfully pass a standardized national exam. For example, lawyers must take the LSAT and then pass the bar. Doctors are required to pass the MCAT and then must pass the Medical Board exam. Pharmacists must take the PCAT and pass a board. Other professions, such as nurses and teachers, must pass boards for their respective fields. However, anyone can easily open a 501C3 church, a bank account, and rent a storefront by putting the name Jesus Christ, and they are in business.

There is no criminal background check, no credit checks, no fingerprint required, no educational requirement, just a satanic child molester and his bible.

Just a pimp and his bible, just an alcoholic, drug addict, satanic occult member with a bible and the actual intent are hidden from the community. Just a vision from hell with a title affixing Jesus Christ to it and carte blanche to lost, vulnerable souls, the hurting, the poor, the sick, the hungry, all who are heavily laden instead of rest. They never realize they have been duped into a cut-rate counterfeit replacement Christian faithless religion and Anti-Christ instead of Jesus Christ. The soul is more important, and a higher degree of care must be exercised.

"Take my yoke upon you and learn of me; for I am meek and lowly in heart: and ye shall find rest unto your souls. For my yoke is easy, and my burden is light. **(Matthew 11:29 KJV)**

**17. We ask the Court** to have an oversight board that we will organize, operate, and oversee to enforce violators. After the course is complete, they give a sworn testimony under oath that Jesus Christ is their Lord and has their complete allegiance and alliance, and they have no other god. They must denounce the satanic church and the occult. And agree to teach a specific curriculum, much like in law school, where all law schools have the same first year. For the first year, they will teach a curriculum.

**18. We ask the Court** to require online churches operating on YouTube, Facebook, and other social media platforms with a congregation online claiming to represent Jesus Christ to register their online church in their home state in the same manner and denounce satanism and the occult. They must visibly show on their website that they give their allegiance and alliance to Jesus Christ and that they have denounced Satanism and the occult. They must display authentic biblical teachings.

**19. We ask the Court** to require a so-called Christian pastor to resign, or they must not conceal their sexual orientation when working and preaching a Christian organization. No homosexual is allowed to be an authentic Christian pastor of Jesus Christ unless they denounce their homosexual satanic lifestyle and repent.

**20. We ask the Court** to label book authors, music performers, and their videos. It must be sanctioned if their material is found to be anti-biblical, anti-Christian, and against authentic Christianity. The work must carry a warning label that the material is lude ex-rated anti-Christian and Occult, and they will be subjected to legal action for violations of Christian rights by any authentic Christian that finds their material offensive.

**21. We ask the Court** to require the homosexual community to cease and desist from using the rainbow flag: the creators and users are intentionally and willfully mocking the authentic intent of the rainbow and openly mocking my Creator and His purpose of the rainbow.

**22. We ask the Court** to regard all authentic Christians as being registered as a protected class. These converted authentic Christians voluntarily leave the satanic occult through their churches or, in general, must be allowed to get authentic healing and deliverance from their satanic oppressors.

They must also understand the importance of a clean foundation and how to be free from the chains of spiritual and natural slavery. The Christian leaving the occult must understand spiritual warfare, the satanic occult, understand about witches and warlocks, charms, incantations, word curses, and how sickness and disease were pronounced on them. The Christian must understand and be taught about satanic shrines, covenants, alters, spells, voodoo, incantations, juju, curses, and how they work. The Christian must understand that the Satanic occult operates in all aspects of society and, therefore, must be taught how to detect and fight according to the word of God through Jesus Christ. Authentic, genuine Christians need protection.

**23. We ask the Court** to allow us to establish our own mental healthcare facilities, insurance companies, and other fields, separate and apart from the mainstream, to assist the patient through the word of God and treatment. Until then, we will work directly with the provider to require Bible scripture as a source of and part of healing.

**24. We ask the Court** to grant mass advertising or public service announcements at the government's expense to authentic Jesus Christ Kingdom-of-God Citizens and send a call out to every race, group, nation, creed, culture, ethnicity, nationality, language, tribe, people, color, and religion everywhere in the United States of America to find authentic Christianity. If you are in the occult and you want to get out. Suppose you are homosexual and want to get out if you are lost and want to get out. This call goes out to those who wish to serve and follow His teachings and ways according to authentic biblical principles.

**25. We ask the Court** to permit genuine Christians to teach courses on "How to fight witchcraft in every one of the schools that teach courses on witchcraft and the occult, for example, **Georgetown University**: Alison Games, Ph.D., and Amy Leonard, Ph.D., co-instruct the course "Witches and Witchcraft in the Early Modern World." This course explores different forms of witchcraft worldwide, including Europe, Africa, and the Americas.

a.  Rice University: Rice University offers a course on Gnosticism, Esotericism, and Mysticism, which includes topics related to magic, ritual, and witchcraft2.

b.  Ivy League Universities: to witchcraft.  Yale University offers a course called "Witchcraft and Possession," which explores world witchcraft and possession from the early seventeenth century to the rise of Wicca in the twentieth century3.

c.  University of Amsterdam: The University of Amsterdam offers a major in Western Esotericism, which covers topics related to magic, mysticism, and witchcraft4.

d.  Exeter University (United Kingdom): Exeter University offers a master's degree program in magic and the occult—witchcraft on society, reflecting the growing interest in folklore and esoteric practices. Harvard has a course, and Texas public universities offer women's studies courses on witchcraft, 'worship of the devil.

e. In 2024 an article published Aya Miller in M live by Not 'witchcraft': New class challenges negative narratives on Native American rituals updated: Apr. 28, 2024, 8:06 a.m. Published: Apr. 28, 2024, 8:05 a.m. It is another witchcraft class being taught in Western Michigan University in Kalamazoo, Michigan

**26. We ask the Court** for stiffer fines and penalties for creditors and credit agencies in their system who intentionally use their position to break the law and deny qualified Christian citizens credit or loans for no valid reason. Also, credit and collection agencies should be punished for breaking the law and failing to provide proof of ownership of debt while intentionally using the debt to keep the score low in their system.

**27. We ask the Court** to require medical insurance carriers and providers to allow bona fide Christian pastors who are registered with the board and State to treat the Christian policyholder (patient) who chooses not to seek treatment with a Satanic psychiatrist and psychologist (who only prescribe treatment in the form of narcotics and drugs) but rather seek healing through the word of God, prayer and counseling and both parties be compensated I was denied medical leave after being approved with Guardian because I did not seek treatment with medication from a Satanic provider. I was never compensated for the medical leave, nor was my pastor compensated for the treatment he provided.

**28. We ask the Court** for a jail sentence for any member of the occult who intentionally and dishonestly swears out an injunction against any Christian to harass, intimidate, and illegally bring before the Court.

**29. We ask the Court** to demand the name Jesus Christ, image, characterization, word, and anything about Him. Be permanently removed and banned from their organization's buildings, literature, sermons, speeches, churches, synagogues, and temples, or they must agree to a curriculum and teach on these authentic subject matters. Unless your church business or enterprise practices a curriculum, you cannot say you are Christian.

**30. We ask the Court** that Jesus Christ Church be separated and distinct from all other churches, organizations, and religions. The Kingdom of God and its citizens must be separate and different from the Kingdom of Dark Citizens. The children of God are separated from the children of Satan. We want out of this Underground Satanic Society.

**Final argument for separation between the Kingdom of Light and the Kingdom of Darkness; (Reason Petition for An Unprecedented Writ of Certiorari to Redress America).**

"Ephesian 6:12 is one of the most powerful scriptures that I plead my case with. For we wrestle not against flesh and blood, but against principalities, against powers, against the rulers of the darkness of this world, against spiritual wickedness in high places.

The purpose of this passage of scripture that our Messiah left us clearly identifies first and foremost is that we, the kingdom of light: we, the children of God.

We, the genuine Christians, followers, and disciples of the Lord Jesus Christ of Nazareth, are not only in a war, but we are in a wrestling match. From personal experience, my best definition of wrestling is a very intensive, extremely forceful, all-out, deadly spiritual war.

This spiritual warfare battle is against an unseen enemy. An enemy is a people without a physical body. The intense match is against any satanic, or any opponent, who stands against my faith, belief, spiritual well-being, and my God in the spiritual realm or the natural world. However, no matter the number of times I quoted and prayed to target this scripture against the enemy, it is still, to some degree, quite shockingly puzzling and disturbing that through the Holy Spirit, I can put a face to flesh and blood, principalities, powers, rulers of the darkness of this world, and the spiritual wickedness in high places.

I did not know that it was among the people I broke bread with, dated, married, worked with, and worked for the entire system, especially the church. I spent thirty of my most formidable years in a falsehood church serving the devil through this underground satanic homosexual cult government system.

This government permits the Satanic church and the occult religious practices to entice enslaved, mislead, kill, and destroy genuine Christians.

The scripture proclaims that this warfare is against principalities, against powers, against the rulers of the darkness of this age, against spiritual hosts of wickedness in the heavenly places (the dimensions of the spiritual realm). Many Christians have no idea what He is referring to, and many are careless because they are carnally minded and caught up in this system. The powers are dark and evil. They are what millions of Christians across the globe experience from Satanists and occult religious members.

The Satanist powers, religious practices, and rituals are used against millions of Christians who are wittingly being blocked from serving Jesus Christ as their God.

They are atrocious spiritual militaristic weaponry that produces more damage than a nuclear bomb, squarely directed at genuine Christians and real believers in Jesus Christ. The powers used by the satanic religious followers and practitioners against weak, unaware, and spiritually dead genuine Christian's cause damage on a massive scale.

Some Christians do not want to wrestle, but if we do not, we will suffer afflictions, lose, and then die before our time at the hands of our enemies.

"Fight the good fight of the faith. Take hold of the eternal life to which you were called and about which you made the good confession in the presence of many witnesses." 1 Timothy 6:12

If Jesus says that there are demons, devils, powers, principalities, witches, bewitchments, wickedness, and evil, then that is precisely what He means. There is no room for negotiation. Jesus did not leave us with half-truths but the truth. And you shall know the truth, and the truth shall make you accessible." John 8:30 Jesus did not leave us with distortions, fragments, or misconceptions.

He left us his literal word to take literally. The devil is real and has followers, children, workers, a purpose, an agenda, and a kingdom. He has an army containing a chain of command. This structure includes Generals (High-level priests) and lieutenants to soldier agents he has positioned in neighborhoods, regions, and territories, meaning counties, cities, and states. He has diplomats and representatives in every field of the private and public sector that are in the occult whose job and sole purpose is to advance his dark kingdom and, in the process, deny the rights of Kingdom of God citizenship, devalue the cross, calvary, the blood of Jesus, His life death and resurrection. To discredit His teachings, message, and healings and mock His Lordship and Kingdom.

It is time for these organizations to stop hiding behind the Christ-like Name, giving the appearance of being affiliated with Jesus Christ. They should be held accountable and given the proper credit where it is due for the mayhem in the world. Through their powers, they are responsible for a strong illusion and compulsion to cause millions of women to have an abortion to please their idol god, Molech. What the hell difference does it make if one murders a baby at six minutes old, six weeks, or six months? The result is the same.

Such organizations, through their messages, are responsible for gender confusion as they want to have a perverse world resembling Sodom and Gomorrah. The devil, through his occult leaders, is forcing young people into a homosexual lifestyle. The occult and its members are responsible for the rapid rise in the death rate by murders and suicide to appease the land. We were taken to hotel rooms, given drug overdoses, and drowned, as was attempted with me.

These churches and organizations are solely responsible for the trafficking of young boys and girls, allowing them to be prostituted in an underground society to please the perverted, insatiable appetite of grownups who prey on children. Recently, pedophilia has been renamed as a minor attractive person. In this sick society, they gave a free to pedophiles to continue to molest and violate children's. "Why should ye be stricken anymore? ye will revolt more and more: the whole head is sick, and the whole heart faint.

From the sole of the foot even unto the head there is no soundness in it; but wounds, and bruises, and purifying sores: they have not been closed, neither bound up, neither mollified with ointment. Your country is desolate; your cities are burned with fire: your land, strangers devour it in your presence, and it is desolate, as overthrown by strangers." (Isaiah 1:5-7).

**Marine Kingdom Soul Merchant Slave Trader: The price we genuine Christians pay.**

**What is a soul merchant?** All nongenuine Christian pastors, bishops, preachers, teachers, media members, apostles, chief apostles, ministers, prophets, prophetess, witches, wizards, warlocks, occultism, church of Satan members, workers of iniquity, altars, shrines, diviners, crystal ball workers, psychics, ministers, business owners, law enforcers, wardens, jailers, healthcare owners, nurses, doctors, lawyers, psychiatrist, judges, who transact business through the Marine Kingdom system against genuine Christians.

Who are slavers, procurers, slave masters, arbitrators, and mediators in the spiritual realm involved in stealing, selling, raping, abusing, caging, trafficking, hoarding, owning, and buying souls?

Those nongenuine Christians who benefit from special privileges as successful income from transacting business through the Marine Kingdoms system in the spiritual realm manifest their actions in the natural realm.

**The Marine Kingdom meddles in lives through Witchcraft: Process of change.**

This entire United States worldly system and its functionality is sick. It has worked against genuine Christians since the establishment of this nation. Since genuine Christians want no part of it, we are ostracized to a sub-class. We are replaced by people who sit in offices that will do Satan's bidding. We are raped, molested, and initiated into the occult without permission.

We are given sickness and disease through familiar spirits and curses. We are stripped of our name, glory, position in life, and well-being. We are somebody made by our God and Heaven. We are made into nobodies by the Satanist slave owners. We are CEOs made into hourly workers. We are entrepreneurs made into lowly non-essential workers.

We are top-performing athletes made into spectators. We are judges made into the jail. We are homeowners made into homeless men and women sleeping on park benches. We are politicians politicized into dumbfounding talking heads where no one hears us.

We are preachers made into patsies. We are teachers of the word replaced by rapists, wife beating, child molesters, and occultists who have affairs the night before they preach and teach.

We are godly women made into homosexual, same-sex where there is no head of household. We are beautiful people made into ugly old spinsters. We are astronauts walking the street talking to ourselves. We are the chief of police on death row, waiting to be executed.

We are media moguls on medication for schizophrenia, psychoses, and depression. We are prosecutors being prosecuted and persecuted for crimes we did not commit. We are music moguls singing in our showers. We are levelheaded dreamers put in rehabilitation and medicated beyond the ordinary.

We are pure, decent, honorable, beautiful women made into men. We are solid and good-looking men made into made-up living caricatures and called a woman. We have educated doctors treated as dumb patients with medicine from the marine kingdom to kill us.

We are the head made into the tail. We are above put beneath. We are princes made into paupers. We are royalty made into rags. We are displaced, replaced, then eventually erased.

Our brilliant minds are made into mush by experienced servants of the devil in our families: church friends love interest, teachers, doctors, government, employers, friends, coworkers, and pastors who understand the deep things of Satan and use divination, witchcraft, sorcery, charms,

fetish, potions, altars, shrines, dark prophecies, dark decrees, curses, tea leaf readings, crystal balls, soothsaying, tarot cards, Ouija boards, water, earth, air and fire third eye, yoga karate, alchemists wicca, crystal, the elements fire water through spiritual manipulation.

**Witchcraft is being taught at both private and public universities that are funded by tax dollars.**

**While prayers were permitted to be taken out of schools in the United States, they are now permitting the devil to come in.**

Example, **Georgetown University**: Alison Games, Ph.D., and Amy Leonard, Ph.D., co-instruct the course "Witches and Witchcraft in the Early Modern World." This course explores different forms of witchcraft worldwide, including Europe, Africa, and the Americas.

f.  Rice University: Rice University offers a course on Gnosticism, Esotericism, and Mysticism, which includes topics related to magic, ritual, and witchcraft2.
g.  Ivy League Universities: to witchcraft.  Yale University offers a course called "Witchcraft and Possession," which explores world witchcraft and possession from the early seventeenth century to the rise of Wicca in the twentieth century3.
h.  University of Amsterdam: The University of Amsterdam offers a major in Western Esotericism, which covers topics related to magic, mysticism, and witchcraft4.
i.  Exeter University (United Kingdom): Exeter University offers a master's degree program in magic and the occult—witchcraft on society, reflecting the growing interest in folklore and esoteric practices. Harvard has a course, and Texas public universities offer women's studies courses on witchcraft, 'worship of the devil.

j.  In 2024 an article published Aya Miller in M live by Not 'witchcraft': New class challenges negative narratives on Native American rituals updated: Apr. 28, 2024, 8:06 a.m. Published: Apr. 28, 2024, 8:05 a.m. It is another witchcraft class being taught in Western Michigan University in Kalamazoo, Michigan

**Jesus is the only one who can save us from this corrupt deceptive system: Let us go so we can serve our God.**

We are the entire sub-enslaved class that this United States government created by the established religion. We are your Medicaid recipients. We are your early-aged social security benefits recipient on a small income for the remainder of our lives. We are your cancer patient. We are your drug addict and alcoholic treatment patients. We are your superstars. We are your businessmen at the food bank. We are the victims of your medical professional drug lords. We are your mentally challenged geniuses on medication for life. We are your generals scraping the bottom of trash cans and collecting bottles. We are pregnant mothers with different kids by different fathers. We are your cursed, bewitched children killing parents.

We are "Genuine Christians," seeking Jesus Christ in this "Underground Satanic Homosexual Occultic Cult. We are your prostitutes; legalized sex workers porn stars eighteen-year-old boys' and girls' virtue being squandered to appease their vile, blood-thirsty men. We are your created young homosexual girls and boys created for insatiable pedophiles as prey. We are Genuine Christians," seeking Jesus Christ in this "Underground Satanic Homosexual Occultic Cult.

We are your brightest information technology superstars in your mental institutions. We are you H.I.V. AIDES patients' health transferred to drinkers of blood for their youthfulness. We are your babies sacrificed to Molech in children's treatment centers and well-known so-called hospitals.

We are the young who were lied to and said only the good die young. We are stalked, monitored, and violated by the organized church of Satan criminals. We are the old pushed aside in hospice on Medicare. We are your rocket scientist committing heinous crimes. We are your Senators, Congressmen, judges, and law enforcement personnel who you created in the system to oppose us with witchcraft.

We are your regular citizens placed on psychiatric drugs for access into our souls to conduct sorcery. We are you aborted babies by the millions each year. We are your youngest victims at the hands of sex-offending teachers.

We are your students shot down by our classmates at your command. We are drugged and drugged and drugged and made sick; then we are drugged. It sorcery access to our soul to control and dominate us. Then we are drugged and put on medication sorcery by the Indian Ocean medical experts and the Atlantic Ocean piranhas. We are taken out of the workforce.

We are your "Genuine Christians" whose lives, destinies, dreams, stars, wealth, riches, name, honor, glory, and hopes of representing Jesus Christ in our respective offices exiled supplanted eliminated by egregiously flawed flunkies operational goal is to unreservedly wipe us off the face of the earth by any means necessary to exchange their meager existence for our wealth, titles, gifts, callings, position, beautify, glory, benefits, fame, fortune and star.

We are hopeless, helpless, stagnated, restricted, forced into a life of crime, poverty, homelessness, and jailed. We are sex trafficked, raped, robbed, murdered, terrorized, ostracized, kidnapped, and hunted.

All that heaven gave us for success to carry out the plan, purpose, and intent for our God and Kingdom. All compliments of the Dark Kingdom's ability to manipulate spiritual, natural, air, water, and fire elements and common judicial law by their religious beliefs, customs, rituals, and rites rolled up in witchcraft through the Marine Kingdom.

"In a moment, in the twinkling of an eye, at the last Trump: for the Trumpet shall sound, and the dead shall be raised incorruptible, and we shall be changed."

**In order to reinforce my argument, it is important to highlight that the United States was not established as a Christian society with a foundation in Christianity or Christian values.**

In this Christian society, the dead are celebrated on magazine covers. Murals are erected for them. Their image appears on tee shirts in retail shrines. There are voodoo donut shops, voodoo restaurants, voodoo nightclubs, voodoo chips, beer, cafes, food trucks, and voodoo rock bands. In Tampa and across America, there are custom guitars, voodoo direct mail, and a voodoo Authentica where you can buy voodoo dolls, potions, and oils. Voodoo Brewing provides ritual readings, classes, and consultations. There is a voodoo museum in New Orleans, which is the African diaspora religion of Louisiana Voodoo. There are voodoo television shows, voodoo music videos, and voodoo websites offering to break up marriages, cast love spells on people, help you win the lottery, or help you become a witch. There are books on voodoo, witchcraft, levitation,

There are computer games and apps and names of towns, churches, temples, idle gods, priests, and everything one needs, desires, and has access to fully practice one's religion. There are Satanic holidays such as Halloween, Mardi Gras, Kwanzaa, Three Kings Day, and Day of the Dead, which is said to be a Christian holiday.

Easter is a pagan holiday that is said to celebrate the resurrection of Christ. Christmas represents the birth of Christ, and Thanksgiving Valentine's Day originated as a Christian feast day honoring a martyr named Valentine Candlemas, also known as the Feast of the Presentation of Jesus Christ. Christian feast day commemorating the presentation of Jesus at the Temple. Ash Wednesday is a holy day of prayer and fasting in many Western Christian denominations.

Satanic festivals include Burning Man and the Sunset Music Festival in Tampa, Florida; the Renaissance Festivals in different cities; the Lucidity Festival in Santa Barbara, California; the Burning Flipside in Texas; the Electric Forest in Michigan; the High Sierra Music Festival in Quincy, California, the Equinox Festival in North Carolina, the Cascade Equinox Festival in Oregon, and the Lunar New Year Festival.

**We are intentionally separated from our God by the United States Government and told we have a choice to serve a god they.**

Our God is mocked, criticized, misrepresented, used, abused, and hated in society.

We were established in righteousness, saved by grace, new creatures in Christ, and called by his name.
We are called in Called in Christ (Romans 1:6).
We have eternal life through Christ (Romans 6:23).
We reign in life by Christ (Romans 5:17).
We are joint heirs with Christ (Romans 8:17).
We are sanctified in Christ (1 Cor.1:2).
We triumph in Christ (2 Cor 2:14)
We have liberty in Christ (Gal.2:4).
We are crucified with Christ (Gal.2:20)

**We** have been chosen from the foundation of the world, and we should be holy and without blame before Him Ephesians. 1:3We believe Jesus Christ is the Messiah "The book of the generation of Jesus Christ, the son of David, the son of Abraham." Matthew 1:1

Man, believe what Jesus Christ said: "Jesus saith unto him, I am the way, the truth, and the life: no man cometh unto the Father but by me." We believe in the death, burial, and resurrection of Jesus Christ. We believe in is His second coming!

**We** do not care what you think, feel, or believe. Jesus Christ left His word for His children, believers, followers, and disciples. No amount of your filthy lucre, fame, power, or fortune can separate me from Jesus Christ for all eternity. Nothing can replace our love, honor, and respect for our God.

"For I am persuaded, that neither death, nor life, nor angels, nor principalities, nor powers, nor things present, nor things to come, nor height, nor depth, nor any other creature, shall be able to separate us from the love of God, which is in Christ Jesus our Lord." (Romans 8:33-39).

I ask the court to order an investigation for criminal charges and arrest of these criminals.