Case 1:25-cv-02668-UNA    Document 1-10    Filed 08/14/25    Page 2 of 10

**GLOBAL WARNING! YOU MUST READ THIS MESSAGE IN ITS ENTIRETY AND RESPOND. WHICH KINGDOM DO YOU SERVE? WHO IS YOUR MASTER?**

**The Kingdom of Light under Jesus Christ or the Kingdom of Dark with Satan?**

I HAVE COME TO WAGE A GLOBAL WAR FOR THE SOULS OF MY KINGDOM AND MY PEOPLE. MILLIONS OF KINGDOM-OF-GODS CITIZENS ARE ILLEGALLY HELD CAPTIVE IN THE DARK KINGDOM.

MY PEOPLE ARE UNJUSTLY HELD IN SATAN'S PRISONS, JAILS, INSTITUTIONS, HOSPITALS, AND CHURCH ORGANIZATIONS. SATAN HAS MY CITIZENS SLEEPING ON PARK BENCHES, UNDER BRIDGES, AND IN HOMELESS SHELTERS. MANY OF MY CITIZENS EAT OUT OF GARBAGE CANS, FOOD BANKS OR GO HUNGRY.

FOR CENTURIES, SATAN HAS ILLEGALLY ADVANCED HIS WELL-ORGANIZED DARK KINGDOM BY BUILDING HIS ARMY TO OPERATE GLOBALLY TO ANNIHILATE THOSE SOULS WHO BELONG TO ME (JESUS CHRIST THE ALMIGHTY GOD).

HIS DECEIT IS ACCOMPLISHED THROUGH VARIOUS ORGANIZATIONS HE ESTABLISHED, HEADS, AND OWNS. SUCH AS HIS CATHOLIC CHURCH(S), AMERICAN CHURCH(S), ENTERTAINMENT INDUSTRY, NEWS MEDIA, CORPORATIONS, GOVERNMENT AGENCIES, GOVERNMENT REPRESENTATIVES, GOSPEL MUSIC INDUSTRY, SECULAR MUSIC INDUSTRY, SPORTS INDUSTRY, SECULAR PROFANE BOOKS, MOVIES AND PROGRAMS THEY CALL CHRISTIAN BASED WITH CHRISTIAN VALUES. IT IS MARINE KINGDOM MERCHANDISE NOT APPROVED BY JESUS CHRIST AND HEAVEN.

THROUGH THESE MEANS, THE RULER OF DEMONS DIRECTS AND SKILLFULLY TRAINS HIS DISCIPLES TO WAGE A BLOODTHIRSTY BRUTALLY EFFECTIVE SAVAGE SPIRITUAL WAR AGAINST MY KINGDOM AND MY INNOCENT CITIZENS.

DO NOT BE DECEIVED MY CHILDREN! SATAN IS ILLEGALLY OPERATING THROUGH THE LEGAL SYSTEM, LAW ENFORCEMENT, JUDICIAL UNIVERSITIES AND COLLEGES, THE INSURANCE INDUSTRY

GOVERNMENT AGENCIES, THE MEDICAL FIELD AND THE PHARMACEUTICAL INDUSTRY AND VARIOUS WORLDWIDE DECEITFUL SO-CALLED CHRISTIAN ORGANIZATIONS. THEY PEDDLE THEIR BRAND OF CHRISTIANITY THROUGH SORCERY DIVINATION BLACKMAGIC VOODOO CURSES AND WITCHCRAFT.

**But the fearful, and unbelieving, and the abominable, and murderers, and whoremongers, and sorcerers, and idolaters, and all liars, shall have their part in the lake which burneth with fire and brimstone: which is the second death. Revelation 21:8**

SATAN DISTRIBUTES HIS RELIGIOUS IDEOLOGY, LAWS, AND PRACTICES DISGUISED AS MY HOLY SCRIPTURES AND CHURCH VIA HIS OUTLETS. SATAN'S DISCIPLES ARE ILLEGALLY OPERATING AS IF THEY SERVE AND REPRESENT THE GOD OF ISRAEL.

THEY DO NOT. THEY ARE A BLASPHEMOUS COUNTERFEIT OF MY AUTHENTIC CHURCH ESTABLISHED WHEN MY SERVANT PETER RAISED HIS VOICE AND PREACHED ON MY BEHALF (JESUS CHRIST, the ALMIGHTY GOD), IN THE ACTS OF THE APOSTLES. (Acts 2:1-39). THE PETER IN MY HOLY SCRIPTURES IS NOT THE SAME FOUNDING FATHER OF THE CATHOLIC CHURCH. THESE ARE MEMBERS SENT FROM THE MARINE KINGDOM AND THE HALLS OF HELL THEY ARE.

THE BISHOPS OF BAD BEHAVIOR DEFILING MY VULNERABLE WOMEN YOUNG BOYS AND GIRLS. APOSTLES OF APOSTASY SPREADING FALSE LIES TO CAUSE MY PEOPLE TO STUMBLE AND FALL AWAY. PASTORS OF PERDITION LEADING MY INNOCENT PEOPLE TO HELL WITH THEM AND THE PASTORS OF PROFITS FINANCIALLY GAINING WEALTH OFF THE ELDERLY POOR AND MY SICK COMMUNITY.

SATAN SENT HIS MINISTERS OF MADNNESS PREACHING HATE RACISM AND ANTISEMITISM. HIS USHERS OF UGLINESS IN THE CHURCH USE CANDLES CHARMS AND EVIL DEVICES TO LEAD SPIRITS FROM THE UNDERWORLD INTO MY HOUSE TO BEWITCH MY PEOPLE.

I, JESUS CHRIST THE ALMIGHTY GOD, OWN EVERYTHING, AND HAVE MY PEOPLE STRATEGICALLY PLACED EVERYWHERE, HOWEVER SATAN IS SYSTEMICALLY BUILDING HIS KINGDOM IN EVERY ASPECT OF SOCIETY AND COMMERCE TO STOP GENUINE CHRISTIAN'S FROM MY PROMISES OF WEALTH, HEALTH, JOY, PEACE AND THE ABUNDANT LIFE.

HIS EXPERTLY TRAINED FOLLOWERS, INTENTIONALLY TARGET AUTHENTIC CHRISTIANS IN ALL AREAS (home, career, health) TO INFLICT HARM AND MAKE LIFE DIFFICULT, IN ORDER TO GIVE THE IMPRESSION THAT MY HOLY SCRIPTURES AND I ARE INEFFECTIVE OR POWERLESS. THEY ARE DECIEVING MY AUTHENTIC CHILDREN.

THERE ARE FALSE TEACHERS, PREACHERS, PROPHETS, APOSTLES, BISHOPS, ELDERS, MINISTERS, REVERENDS, AND PASTORS IN CHURCHES PERSONALLY INSTALLED BY THE RULER OF THIS WORLD.

HIS ORGANIZATIONS BEAR MY NAME ON THEIR BUILDINGS AS CHURCHES, WHILE MANY OF HIS BUSINESS OWNERS FALSELY CLAIM CHRISTIAN VALUES BUT ARE LIARS. IT IS IN NAME ONLY. THEY DO NOT REPRESENT THE GOD OF ISRAEL; THEY DO NOT HAVE MY SPIRIT. THEY DO NOT REPRESENT MY TEACHINGS. THEY DO NOT REPRESENT MY WAY OF LIFE OR THE TRUTH.

NOW THERE IS A FALSE CHOSEN HOLLYWOOD STYLE MESSIAH ENTERTAINIG THE LAND IN SOCIAL MEDIA AND THEATERS WHO MISREPRESENT, MY GENUINE TEACHINGS AND WHO I AM.

THEY ARE IN THE OCCULT AND BELONG TO THEIR FATHER SATAN WHO IS THE FATHER OF LIES. THEY ARE DECIEVING THE WHOLE WORLD AND OPPOSE EVERYTHING THAT IS HOLY. THEY DO NOT REPRESENT JESUS CHRIST, THE ALMIGHTY GOD.

I HAVE HEARD THE VOICE OF MY PEOPLE! THEIR INNOCENT SHED BLOOD IS CRYING OUT FOR JUSTICE FROM THE LAND OF AMERICA AND THE GLOBAL COMMUNITY.

"And Jesus answered and said unto them, "Take heed that no man deceive you. For many shall come in my name, saying, I am Christ; and shall deceive many. And many false prophets shall rise and shall deceive many." **(Matthew 24:4–5, 11)**

**YOU HAVE BEEN DECEIVED**

Dear friends, do not believe every spirit, but test the spirits to determine if they are from God, because many false prophets have gone out into the world. "Beloved, believe not every spirit, but try the spirits whether they are of God: because many false prophets are gone out into the world.

Hereby know ye the Spirit of God: Every spirit that confesseth that Jesus Christ is come in the flesh is of God: And every spirit that confesseth not that Jesus Christ is come in the flesh is not of God: and this is that spirit of antichrist, whereof ye have heard that it should come; and even now already is it in the world. **(1 John 4:1-3 KJV)**

**MAKE A DECISION:** IF THE GOD OF ISRAEL, JESUS CHRIST THE ONLY SON OF GOD, IS YOUR GOD, SERVE HIM. IF THE GOD OF THIS WORLD, SATAN, IS YOUR GOD, SERVE HIM. IT IS YOUR UNITED STATES FIRST AMENDMENT CONSTITUTIONAL RIGHT TO CHOOSE. IT IS YOUR NATURAL RIGHT TO CHOOSE. IT IS YOUR HUMAN RIGHT TO CHOOSE. MOST IMPORTANTLY, IT IS YOUR SPIRITUAL RIGHT TO CHOOSE.

IT IS YOUR RIGHT TO CHOOSE ONE SIDE OR THE OTHER WITHOUT COERCION, DUPLICITY, OR FEAR.

YOU MUST CHOOSE CAREFULLY AND CHOOSE WISELY; YOUR ETERNAL SOUL IS AT STAKE.

"And if it seems evil unto you to serve the Lord, choose you this day whom ye will serve, whether the gods which your fathers served that were on the other side of the river or the gods of the Amorites in whose land ye dwell. But as for me and my house, we will serve the Lord." **(Joshua 24:15 21st KJV).**

"And Elijah came unto all the people and said, "How long halt ye between two opinions? If the Lord be God, follow Him; but if Baal, then follows him." And the people answered him not a word." **(1 Kings 18:21-40 KJV).**

**MAKE A DECISION: No one can serve two masters!**

**Matthew 6:24 (KJV)** "No one can serve two masters; for either he will hate the one and love the other, or he will be devoted to one and despise the other. You cannot serve God and wealth."

**Luke 16:13 (KJV)** "No servant can serve two masters; for either he will hate the one and love the other, or else he will be devoted to one and despise the other. You cannot serve God and wealth." "And behold, I come quickly; and my reward is with me, to give every man according as his work shall be. I am Alpha and Omega, the beginning, and the end, the first and the last."

**"For God so loved the world, that he gave his only begotten Son, that whosoever believeth in him should not perish, but have everlasting life." (John 3:16KJV)**

**I ASK YOU THIS!!!!!!**
For what shall it profit a man, if he shall gain the whole world, and lose his own soul? Or what shall a man give in exchange for his soul? (Mark 8:36-37).

DO NOT BE DECIEVED!!! YOU CAN NOT SELL YOUR SOUL BECAUSE

**Behold, all souls are mine; as the soul of the father, so also the soul of the son is mine: the soul that sinneth, it shall die. EZEKIEL 18:4. NONETHELESS IF YOU HAVE EXCHANGED YOUR SOULD, I WILL REDEEM IT BACK. JUST REPENT AND BE BAPTIZED IN MY NAME ACCORDING TO ACTS 2:38**

**Then Peter said unto them, Repent, and be baptized every one of you in the name of Jesus Christ for the remission of sins, and ye shall receive the gift of the Holy Ghost.**

QUESTION! Are you going to spend eternity with Jesus Christ, the Almighty God or with Satan, the old serpent, burning in Hell first, then the lake of fire for all eternity, which is the second death? Do not be deceived any longer HELL and the LAKE of FIRE is very REAL!

AUTHENTIC CHRISTIANS WHO SEEK THE ONE AND ONLY SON OF GOD JESUS CHRIST, the ALMIGHTY GOD, BE WARNED, GET OUT OF THE

SYNOGUAGES OF SATAN, RUN FROM THE HALLS OF HELL, AND REPENT! REPENT! REPENT!

"From that time Jesus began to preach, and to say, Repent: for the kingdom of heaven is at hand. (Matthew 4:17 KJV).

**"Then Peter said unto them, Repent, and be baptized every one of you in the name of Jesus Christ for the remission of sins, and ye shall receive the gift of the Holy Ghost**. (Acts 2:38).

"Know ye not that the unrighteous shall not inherit the kingdom of God? Be not deceived: neither fornicators, nor idolaters, nor adulterers, nor effeminate, nor abusers of themselves with mankind, Nor thieves, nor covetous, nor drunkards, nor revilers, nor extortioners, shall inherit the kingdom of God.'
(1 Corinthians 6:9-10 KJV).

JESUS CHRIST OR SATAN? HEAVEN OR HELL? YOU HAVE TO DECIDE TODAY BECAUSE YOU MAY NOT HAVE TOMORROW!

My sheep hear My voice, and I know them, and they follow Me: And a stranger will they not follow. Wherefore come out from among them, and be ye separate, saith the Lord, and touch not the unclean thing; and I will receive you (John 10:27) (John 10:5) and (2 Corinthians 6:17).

TIME TO SEPARATE THE WHEAT FROM THE TARES AND THE SHEEP FROM THE GOATS THEY HAVE GROWN TOGETHER LONG ENOUGH Matthew 13:24-30. Matthew 25: 32.

"And, behold, I come quickly; and my reward is with me, to give every man according as his work shall be. I am Alpha and Omega, the beginning and the end, the first and the last." (Revelation 22:12-13 KJV).

**The Kingdom of Light Jesus Christ verses the Kingdom of Dark Satan.**

**Only one kingdom will stand. Where do you stand?**

please support and stand with Jesus Christ. Please contact your State Representative or senators to request that They draft and introduce a bill or hold

public hearings to have the Satanic Occult Religion registered and recognized as an official effective practicing religion in the United States of America.