I respectfully write to each recipient of this correspondence to ask that you participate in this national discussion to Redress America.

We ask for your opinions and to discuss how your business practices, policies, beliefs, what you promote, and your standing in the community are part of an organized religion that opposes Christians and Christianity. Your beliefs and customs violate millions of Americans' First Amendment rights of religious protection. The position you hold in the natural realm is equivalent to the position you have in the marine kingdom's coven in the occult and Satan's kingdom. Your religion permits innocent blood to be shed.

Your systems permit families to initiate young Christian children into the occult, typically by relatives. In my case, my parents allowed my stepbrother to commit a sexual assault against me. Satanic-triggered alcoholic impulses killed him. Those who practice sorcery control others by using drugs and alcohol to keep us under their control. Your system allows this. Your underground satanic occult system forces people into homosexuality and a life away from God through the use of satanic rituals, chanting, and charms. You sacrifice innocent blood-carrying out rituals against Christians by shooting us down on the street and then paying the members of the family who ordered the hit as a sacrifice.

Many of you used the process of transfer through the system in the marine kingdom that permits you to steal people's lives and bring shame, reproach, and embarrassment to them while you enjoy position and power. Through your religious ceremony, for your gain, you use your position and office to promote satanism and stand against Jesus Christ. Your job positions are altars. The marine kingdom and spiritual realm have the judicial system, legal system, law schools, insurance companies, medical doctors, jails, prosecutions, wardens, churches, publishing houses, law enforcement agencies, publishing companies, churches, music industry corporations, movie directors, and businesses, to name a few. Every system in the natural realm functions and happens in the spiritual realm first.

These are all altars that are used to cause untimely death, familiar spirits, delay stagnation, sickness, diseases, illness, failure, and several other things that you do as you trade, steal, and barge your souls through the rituals of your religion. You waste our lives, introject sicknesses in our bodies, stop marriages, and do all sorts of evil. It is time to give an account and openly acknowledge that your religious practices are an organized religion promoting Satan's agenda and designed to stand against Jesus Christ. I ask for help from a system that has raped me dozens of times for many years.

Your system falsely arrested me dozens of times, attempted to murder me dozens of times, and then stole my life and dreams and wrongfully involved me with their religious rituals.

My name is Terese E. Jones; I live in Tampa, Florida. I grew up in Philadelphia, PA. My parents, now deceased, were active members of the satanic occult and practiced witchcraft, which I found out in the year 2020. Five of my siblings and many of our extended family are active members of Occultism and practice their black magic against me and other non-occult members of the family and community.

Their religious rituals/ practices demonized and forced me under their control. I was under satanic power, and bewitchment was over my life. I am not on any drugs, alcohol, or suicidal in any way since I disassociated myself from my family and the church. I would never take drugs, drink alcohol, or murder myself, as those things are against my faith in Jesus Christ and only happened while in the church and associated with my family. After leaving the church, I have no anxiety, depression, bipolar, or any of these labels your system creates and tags us Christians with.

I do not need any psychiatry medication, have a mental, nervous, or psychotic breakdown, nor do I need to be confined to any of your system's mental institutions or administered sorcery as what your system calls medication. This system uses of these techniques are pure evil and demonic.

I intend to contact every State Senator and member of Congress in all fifty states until this country stops spreading hoaxes and lies about being founded on Christianity or Christian principles when, in fact, Satanism and the occult were the foundations of its establishment.

They registered and recognized the satanic occult, Occultism, as an official religion since people already openly practiced it. Many of the founding fathers were not Christians as they were Freemasons, occult members, and part of different secret societies that provided them your system's version of wealth, power, position, prestige, and a place in the history books. After enduring all the rapes, false arrests, hardship, and physical and emotional abuse from my family, they sold me to Florida Memorial College and sent me under Tracy B. Magwood for thirty years in a coven set up like many to resemble a church for a living hell I experienced to this day.

I was the victim of the worst form of demonization you call demon possession at the hands of this satanic pastor, her satanic church, and members who ruined my life through divination witchcraft and took control of my mind through devices such as curses, voodoo, juju, charms familiar spirits just to name a few. Many demon spirits attacked me, conjured up to destroy my life, dreams, and hopes, and took everything God gave me. Therefore, I demand that not only this pastor but also the men who raped me, committed sexual assault, physically abused me, emotionally abused me, forced me into a prearranged marriage, and sold me as a prostitute to men on my dating website face legal action. I want the pastors to face arrest because, every time I tried to leave for thirty years, their daughter Noel Magwood enticed me back on the pretense of being a Christian. Years later, she stated that she is a spiritualist, which implies being a witch instead of a Christian. Yet she is trying to become the next false lying prophet preaching sorcery. You know these people in the church are not Christians. They hate Jesus Christ and have no basic biblical understanding.

I want the employers who used me as a living slave to be arrested and compensate me. I worked 14- 16 days for Health IQ, which did not pay me. I closed the company and reopened under the same name and owners.

I want the man who entered an illegal marriage to destroy my life and rise to the top to be charged with slavery, false imprisonment, rape, and illegal marriage. I want the contractor arrested, who gave me the impression he was my friend but was in the occult, sexually assaulted me, and attempted to burn down my house several times.

I want the doctor who illegally detained me and forced drugs into my system to be arrested. I want the dentist who illegally removed two teeth from his altar and tried to push drugs on me arrested. I want the man who took me to a hotel room, drugged me, sexually assaulted me, and attempted to drown me in a tub arrested.

I want the man arrested who used witchcraft to put a drug demon in me and had me write an email so he could claim I stalked him as an excuse to put me in jail for twenty-five years. I was baker, acted three times, and was forced into drug rehabilitation programs, like your system does too many of us, along with illegally putting us in jails and drug rehabilitation centers.

These people hacked into my computer and changed information at the Mid-Florida Credit Union. I want Mid-Florida and Park National to compensate me for denying me credit when I qualified. I want equal opportunity employment to be fined for not taking one of my claims seriously. I want the LCAM at my property to be arrested for nine years of placing Santeria ritual items on my car and in front of my doorstep to involve me in customs practices of the occult with the full knowledge that I am a Christian.

And for using her self-appointed power and position to attempt to force me out of my home to homelessness like this system does to so many of us. These are crimes that these people committed and civil rights violations. I demand that the Satan Occult, Satanism, be registered and recognized as a religion in the United States and that the Satanists get out of the pulpit and church. These Mega churches' secret to success is Satan.

A highly organized religious system commits these atrocities. To rise, one must follow the rules and demands:

1. Abortions be done. It uses abortions to eat the baby's flesh and drink their blood. Leviticus 26:29.
2. Sacrifice humans and animals in order to drink their blood.
3. Engage in homosexual acts with underage children.
4. Commits crimes of false imprisonment, arrest, shooting us down, pronounces curses and kills through heart attacks, strokes, sickness, spirits of infirmity, and untimely death.
5. Your underground satanic occult system took a perfectly decent, law-abiding citizen with hopes, dreams, and ambitions. It turned me into an alcoholic, drug addict, mentally ill dreg of society living hand to mouth, close to foreclosures on a property I own free and clear—all by Satan through these church leaders, their comic shows, and preaching for profit.
6. They use covenants, vows, spells, idle gods, altars, voodoo, juju, spiritual spouses, priests, witchcraft, and incantations to bewitch the congregation. The church blood sacrifices God's people and their members for money.
7. This system keeps us in financial hardship and struggling, with bad credit in the legal system and on drugs and alcohol in the hospitals with no resources, alone and separated from society.

This system has created an entire sub-class of people who are not in the occult by forcing us out of the job market and into spiritual slavery, making us homeless alcoholics and drug addicts for their treatment facilities, jails, and institutions. Everybody gets a piece of us. The employers use us for labor. Then, we put on Medicaid and Medicare to keep their roles thriving, and the psychologists and psychiatrists keep putting us on dozens of drugs, keeping the pharmacies busy. They keep us arrested, and the legal and judicial systems are busy and paid. They keep us in bondage in the natural by the spiritual realm.

The Lord showed me that we are traded like slaves in the spiritual realm. Your system has financial institutions, hospitals, jails, judges, lawyers, doctors, businesses, insurance companies, and medical facilities in the spiritual realm and the marine kingdom.

All these systems we have in the natural world operate through the Indian Ocean, the queen of heaven, and the marine kingdom, which most Christians do not know about or understand. These foreign religions and gods from other countries are operating in America to terrorize us. Your system is killing us with its spiritual warfare and religious tactics and leaving us to die in the synagogue of Satan's churches, your jails, institutions, and prisons, on the streets, and through your interference with our Christian way of life.