**ABORTION IS A SATANIC RITUAL**

**THEY EAT THE BABY'S FLESH AND DRINK THEIR BLOOD**



# CASE AGAINST THE UNITED STATES OF AMERICA TO REDRESS AMERICA 1ST AMENDMENT CONSTITUTIONAL RIGHTS VIOLATIONS.

**Opening Statement:** My official case against the United States is to "REDRESS AMERICA," with the goal that Occultism must be registered and recognized as an official religion in the United States of America and globally. To demand the Satanic integrated occult religious community system, sever all ties with Jesus Christ: His name, image, character, Holy Scripture, and Church. Publicly identifying themselves in their offices and places of business while disclosing genuine customs, practices, rituals, ceremonial methods, beliefs, and spiritual warfare tactics aimed at genuine Christians to destroy us.

The blind Christians need to understand that the Satanist powers through witchcraft, divination, curses, Wicca, charms, potions, lotions; spells, altars, water rituals, shrines, evil eyes, crystal balls, beads; priests, séances, juju, voodoo, idle gods, tea leaf reading, sage, dead ancestors; sorcery, Ouija boards, fetish, necromancy, candles, and all other black magic tools used against us are effective, genuine and accurate.

The government, church of Satan, Christians across this country, corporations, entertainers, officials, witches, priests, and warlocks' just to name a few, need to admit that through their beliefs, rituals, and customs, we are attacked with spirits by them. The demonic spirits employed against us cause untimely death, car accidents, airplane crashes, train derailments, afflictions, sickness, confinement, diseases, mental illness, Homelessness, autism, retardation, Alzheimer's disease, confusion, mind control, autism' high blood pressure, diabetes, cancer: heart attacks, low blood pressure, anemia, AIDS. H.I.V. depression, anxiety, arrest, and various types of confinement in institutions.

As part of their religious rituals and customs, they must offer blood sacrifices to their gods and priests to advance stature, position, fame, financial wealth, and power. No one is excused when a blood sacrifice is required as part of their obligation to their god, priest, covenant, coven, or Satan.

Their religious Satanic influence originates from the Marine Kingdom, giving them powers to cast spells, bewitch, curse, and use voodoo and juju, among other things. It empowers them to become real-life witches, warlocks, priests, and herbalists. Their powers are demonic, derived from hell. The powers give them authorization as soldiers of Satan to wage a bloody war against spiritually blind genuine Christians as deadly dark assassins for the Kingdom of Darkness. **Satan said to them: All these things I will give you if you fall down and worship me. Matthew 4:9**

One of the principal ways those assignments are orchestrated is through the Satanic religious community masquerading as Christians and Christianity.

The United States knows that most of the largest church organizations have erroneous teachings created by criminals with selfish motives who are involved in the Occult, Secret societies, Satanism, and criminal enterprises. In this country, they operate through an "Underground Sexual Satanic Occult System" that practices rituals, rites, and customs mainly. Along with churches, the entertainment industry, corporations, businesses, the medical system, and virtually every other functioning system adhere to the rules appropriated to them to function successfully.

Their success is at our expense, as our ecclesiastical, constitutional, human, natural, and Geneva Convention rights are violated and trampled upon in this process. There is widespread witchcraft, occultism, sorcery, voodooism, spiritualism, satanism, and religious practitioners masquerading as Christianity in the churches across America.

Real-life "Soul Merchants and Soul Traders" operate through religious customs and rites among the Occult, using altars, shrines, supernatural forces, and sorcerers, mainly through a demonized soul. These "Soul Merchants and Traders" specialize in the dark ritual of familiar spirits, sorcery, wizardry, enchantments, and divination to steal our dreams, hopes, stars, ambitions, heavenly benefits, destinies, gifts, talents, and good life. **For we wrestle not against flesh and blood, but against principalities, against powers, against the rulers of the darkness of this world, against spiritual wickedness in high places. Ephesians 6:12.**

This country must make restitution through punitive and compensatory damages for the blatantly fabricated historical events for the established prevailing religious systems in the country that are contrary to Christianity while alleging Christianity as the foundation. The government is not founded on Christianity or Christian principles, but rather Satanism and the Occult. **The United States has accepted members of the Occult, the Church of Satan, and Satanism from the foundation. Therefore, we must separate the Kingdom of Light, which represents Jesus Christ, Christianity, and Christian values, from the Kingdom of Darkness, which represents Satan Satanism, the Church of Satan, spirituality, occultism, and witchcraft.**

The United States Government purposely keeps us disconnected from our God by giving us the option to serve a god of their choosing against our civil rights. In society, our God is mocked, criticized, misrepresented, used, abused, and hated by Marine Kingdom Occult members meddling in our lives as Marine Kingdom Soul Merchants and Slave Traders practiced through their religious customs, rituals, beliefs, and practices against genuine Christians.

Resolve the standing issue of whether genuine Christians have constitutional rights and protections in this country and if we have a choice to serve Jesus Christ freely. Give us the same rights that the constitution says we have and separate the Kingdom of God, Jesus Christ, Christian values, and Christianity from the Kingdom of darkness, Satan, sorcery, and the Occult and to "Redress America concerning the issue." The occult is real and boldly operating and discriminating against genuine Christians.

## Overview

**A. I ask the Supreme Court to hear my case dismissed by the Middle District in Tampa, Florida.**

a) **The Judge illegally dismissed the case with prejudice.**
b) **The ruling is unconstitutional and never permits me to amend or refile.**
c) **The Judge expressed an affinity to the defendants, some of whom are well-known personalities.**

  **B. It's time for this country to talk about the religion of witchcraft through the Church of Satan and "Redress America" based on.**

  a) The country is not founded on Christianity or Christian principles, but rather Satanism and the Occult.
  b) In this country, there is an "Underground Sexual Satanic Occult System" practiced with rituals, rites, and customs mainly through the churches, the entertainment industry, and businesses.
  c) Most successful people in this country are associated with a secret society or freemasonry like the framers.
  d) There are real-life "Soul Merchants and Soul Traders" who operate through the religious customs and rites of the occult.
  e) The United States Constitution seems to discriminate against genuine Christians and individuals not affiliated with the Satanic Occult church or Satanism.
  f) The United Nations has 193 members and two non-member observer states. Most have a group living in the U.S. They have religious rites, customs, practices, beliefs, and gods that are contrary to genuine Holy Scripture.
  g) From the Grammy's to Broadway, movies, music, social media, and television shows, Satanists openly mock my Jesus Christ and worship their god, Satan.
  h) To summarize, we need to "Redress America," stop the blatant lies about the country's formation, and call a spade a spade. Enough is enough. The occult is real and operates against genuine Christians.

### C. Hear my valid case, please.

I ask the United States Supreme Court to hear my case against the United States of America, which the United States Middle District in Tampa, Florida, unlawfully dismissed. I intend to address the American people once I testify before the Senate and the House. My objective is to separate the Kingdom of God, Jesus Christ, Christian values, and Christianity from the Kingdom of darkness, Satan, sorcery, and the Occult and to "Redress America concerning the issue."

It is imperative that this country acknowledge that our nation was not founded on Christianity or Christian principles but rather on Satanism, the Satanic Occult, witchcraft, and its Underground Sexual Satanic Occult System through rites, rituals, and practices by members of their church.

The Satanic Occult religion and Satanism were adopted as this country's religion and cleverly disguised as Jesus Christ's Christianity and Christian values. These well-known organized churches of Satan are accepted and approved by the United States as Christian churches when, in fact, they are clearly not Christian. Nor do they represent Jesus Christ or have Christian values.

Most of the largest church organizations have erroneous teachings created by criminals with selfish motives who were involved in the Occult, Satanism, and criminal enterprises. Despite their founders' questionable histories, the Catholic Church, Mormonism, Scientology, Jehovah's Witness, and Seven-day Adventist, among many, are churches of Satan--- operating as Christian; however, their beliefs and teachings are widely held within the occultism religion and are Satanic, standing squarely against authentic biblical teachings of Jesus Christ. These churches are just a tiny sample of the countless ones active in this country for centuries. Like many of these churches' founders, this nation's architects were not practicing Christians. Many belonged to a secret society or fraternal orders and were freemasons.

Today, a large portion of church leaders who are involved in the Occult are Freemasons and part of some sect of a secret society, identifying as Satanists rather than Christians. Yet they are in the pulpit with a bible in one hand and tattoos, beads, voodoo, juju, and satanic orders in the other hand. The government is aware that they are not Christians, yet allows their satanic preaching and teachings to go on, misleading people who are genuinely looking for Jesus Christ.

These soldiers of Satan attack true Christians from various positions, including the pulpit, family, friends, neighbors, employers, law enforcement, and all sectors of industry and commerce in the country. Genuine Christians have their ecclesiastical, constitutional, human, natural, and Geneva Convention rights violated and trampled upon in this process.

Through their Marine Kingdom religious customs and practices, the occult members use various methods like crystal balls, seance, voodoo, candles, juju, and black magic, among other things, to cause harm to us, leading to sickness, job loss, and financial hardships.

Through their Marine Kingdom's dark Satanic powers, we are raped, bewitched, cursed, molested, traumatized, and turned into drug addicts, alcoholics, robbers, and beggars, barely making in it this society.

We have been unfairly subjected to property seizures like what is happening to me now, resulting in adverse credit and continuous debt, placing us in financial bondage and hardship. Our privacy is invaded, and Satanists monitor us in every aspect of society, including our workplaces, neighborhoods, and families.

We're pushed out of the workplace and forced to rely on disability, social security, or Medicaid, receiving a small monthly stipend that keeps us in poverty and just one step away from Homelessness. If we struggle to keep our jobs, we become exploited by employers in their work camps called jobs, who unjustly withhold wages, underpay us, and fire us without compensation. We go from one employer to another, making a career out of finding a job. Filing complaints with governmental agencies does no good.

These "Soul Merchants and Traders" specialize in the dark ritual of familiar spirits, sorcery, wizardry, enchantments, and divination to steal our dreams, hopes, stars, ambitions, heavenly benefits, destinies, gifts, talents, and good life. We are replaced by people who will speak for Satan and be his voice instead of our God's voice in the office initially designed for us.

The Soul Merchants transfer or sell us in the spiritual realm by blood sacrifice, keep us as a spiritual spouse, forbidding us to marry or have children and punish us with a complicated life in the legal system or in peril against the Holy Scripture, which tells us to be fruitful and multiply.

Men or women from their coven are intentionally assigned to involve us in sin to keep us away from our God. Some of their people are assigned to force us into a homosexual or promiscuous lifestyle to keep us polluted and away from the God of heaven.

This Marine Kingdom's dark commerce system also sells us products from the ocean that destroy life and keep us spiritually blind, causing sickness, disease, and affiliations. The enforcers of the United States Constitution seem to discriminate against genuine Christians and individuals not affiliated with the Satanic Occult church or Satanism, limiting our access to careers, education, and financial stability. Despite the First Amendment guaranteeing citizens' rights, our government promotes Satanism over Christianity, and our rights are disregarded and trampled upon.

We are intentionally separated from our God by the United States government and told we have a choice to serve the god we decide.

We struggle to serve Jesus Christ in this country because he is mocked, and Satanism is promoted in the United States and globally. In my country of birth, every other religion, belief, faith, and practice is accepted except for genuine Christianity and Jesus Christ.

As of December 2023, the United Nations has 193 members and two non-member observer states. I estimate that from each of these 193 members, the two non-member observer states have a community representing that group living somewhere in the United States. They have religious rites, customs, practices, beliefs, and gods that are contrary to genuine Holy Scripture. All oppose Christianity, and some are cloaked as Christian or Christianity.

All Satanic groups have the right to freely speak and worship Satan openly in any venue they choose, calling it entertainment, particularly in the music and so-called Hollywood entertainment industry. Their material goes unchecked by government agencies or by owners on social media sites. It's obvious that the owners of media outlets oppose Jesus Christ and have an obligation to Satan, who gave them their business and success. The presentation of other religious figures differs from how Christianity is allowed to be presented by adversaries. From the Grammy's to Broadway, movies, music, social media, and television shows, Satanists openly mock my God and worship their god, Satan, openly and unrestricted.

No one, especially not a Christian on YouTube or anywhere in America, dares not say homo, homosexual, faggot, fairy, queer, fag, bender, queen, dyke, beaver-eater, carpet muncher, lesbo, lezzie, butch, lesbo, bulldyke, vagitarian, crack snacker, clitorist, bi-sexual, lesbian or gay but the word nigger is blasted all over YouTube in music videos and every other social media site. Along with derogatory videos, music and sermons posted by anyone satirize, criticize, caricaturize, bash, and misquote passages.

These words are offensive, so communities and I would never use those words against any unsaved, lost soul that God created because they are under a curse and demonized.

YouTube allows such blasphemous videos, music, and anything that goes against Jesus Christ but highly censors the words of Christians who speak out against gays, lesbians, and any other religious community. YouTube and other social media sites quickly shut down anyone who dare not conform to their god's desires and promote what we know is sin. We Christians can't call it the "S" word sin because it is desirable and accepted by the owners of those sites and welcomed.

## Why are we petitioning the United States government in this lawsuit?

In the name of Jesus Christ, Terese E. Jones, and the Millions of his followers, disciples, believers, and children
who are illegally imprisoned against their will in the Kingdom of Dark, I am submitting a petition to the United States government requests a redress of grievances for the violations of my constitutional rights.

We demand that the two distinct gods and kingdoms be made known to the people so they can be offered a choice to make a conscious decision on where they stand and who they serve. It's time for these sorcery practitioners to reveal themselves and recognize Satan as their deity. The children of Satan must confess that they are promoting his agenda and the kingdom. They must disclose the truth that they have nothing to do with the goals, purposes, and intent of the kingdom of light and Jesus Christ. It is time for this United States government to end the blatant violation of millions of Christians who genuinely desire to serve Jesus Christ but are forced by the occult and the churches in this country to serve Satan.

By permitting, agreeing with, encouraging, and promoting homosexuality, same-sex marriages, the Equality Act, Hollywood entertainers, and artists' beliefs, the government's policy on abortion, Violent Crime Control, and Law Enforcement favor the Satanic Occult religious ideology and beliefs over genuine Christianity and Holy Scripture. In addition, it effectively functions as an official religion, which the First Amendment's Establishment Clause strictly prohibits.

This clause forbids the government's establishment of an official religion and any actions that unduly favor one religion over another. The Satanic Occult and the Kingdom of Dark have an official religion, which is opposed to Jesus Christ and the Kingdom of Light.

Furthermore, through their religious spirituality and rituals, the United States fully understands that the entertainment industry, movies, film music, the Catholic Church rites, the American churches and leaders, and government officials' policies use their voices, finances, and venues to illegally impede genuine Christians from equally accessing the same benefits through the same channels and system giving one side (Satan) an advantage and ability to use clandestine tactics thus creating spiritual slavery.

Millions of Kingdoms of Light citizens are illegally imprisoned spiritually and naturally in their mental intuitions, jails, and prisons. Genuine Christians have been fighting unseen Satanic military attacks in an unsuccessful war through an enemy; we refer to them as spiritual leaders in the church, the government, employers, friends, the entertainment industry, neighbors, and society. This adversary has been the unseen force and has supplied his army with an enormous amount of war tactics and outfitted their military base with every type of heavy-duty spiritual weaponry available in their vile arsenal to attack us.

Through their military and spiritual warfare tactics to hinder us from the truth of God's word for success, they have reduced us to fighting a war without our leader, Jesus Christ, and His word as our weapon for protection and success. We have been unsuccessfully waging fruitless battles in both a spiritual and natural realm war against a ruthless, skilled, diabolical, militaristic-styled evil enemy who diligently pursues any avenue to prevent us from coming to know our leader, Jesus Christ. Satan's leaders in our churches are some of the most successful ways to accomplish their agenda of advancing their goals.

These church leaders surround us with highly trained troops who execute unanswered missions against us spiritually, and that manifest naturally. These troops are employed as ministers, evangelists, elders, teachers, and friends who use all the evil combative warfare tactics derived from traditional satanic techniques such as philter, enchantments, charms, spells, poisons, and sorcery.

The church leaders and television terrorists call it laying on of hands, prophesying, speaking into your life, coming into agreement, and a host of other sorcery enchantments, altars, and powers to coerce God's people into paying tithes, offerings, love gifts, seed offerings, purchasing books and products marketed as Christianity. They target the weaknesses and needs of the Christians as if their poisonous product is beneficial. While they continually turn our father's house into a den of robbers for their greed, self-glorification, and pride. The only thing that their deception helps is their bank account and lifestyle, as we foolishly continue to purchase their trash that carries satanic influences and lacks the authority from Jesus Christ to heal, deliver, and set us free.

"And Jesus went into the temple of God and cast out all those that sold and bought in the temple and overthrew the tables of the moneychangers and the seats of them that sold doves,

And he says unto them, "It is written, My house shall be called the house of prayer, but ye have made it a den of thieves." ( Matthew 21:12–13).

This fiery spiritual war over how best to live a holy, decent lifestyle in service to a holy, pure, gentle, loving God is not only just a black-and-white issue; it is a slave-master issue. On both sides of the fence, regardless of which race is the slave and who is the master, it is not only a Republican-Democrat issue but also which kingdom you serve.

It's not just about having or not having, but also about using knowledge and position without heeding the Bible's warning about Satan. Furthermore, he uses these groups of people to commit heinous crimes against Jesus Christ's authentic followers overtly. Thus, this issue is not only about being straight or gay, but also about living a holy, sanctified life versus an unholy life. Being who the God of Israel called you to be in obedience or being who Satan made you to be in disobedience is the real question at hand.

These issues are not only superficially deceptive distractions, but something much more significant is fueling this fight to a bitter end. The United States of America not only has a mental health crisis, nor does it only have a gun control problem, but it has an underground satanic sexual occult religious problem that correlates directly to these problems and needs to be addressed.

The Satanic Occult Agenda has been interfering, controlling, dominating, and imposing its lifestyle on the lives of genuine Christians, creating a crisis of epic proportions.

It is the most pervasive underlying factor of superficial smoke and mirrors societal issues.

pulling the wool over the eyes to obscure the real problem and issues at hand. Through spiritual slavery, these Satanic Occult members' religious practices have infiltrated themselves throughout the global community and manifested themselves as societal woes in the form of mass murders, school shootings, sexual assaults, and suicides that have infiltrated the lives of the unsuspecting masses of citizens.

The United States of America needs a global Satanic occult religious law and order treaty to prevent demons from overtaking it is citizens' minds and souls. The religious ceremonies of the occult enslaved are a sub-class that is not aware they are slaves and are being punished by the slave master. This nation is experiencing spiritual slavery, which is manifested in the natural world as racism, mental health crises, gun control, murders, violence, and mayhem. We are fighting a war on crime, a war against Black people, a war against mental health, and a war against homelessness.

We should fight a war on the occult, nothing more or nothing less; this is a spiritual battle, and "For we wrestle not against flesh and blood, but against principalities, against powers, against the rulers of the darkness of this world, against spiritual wickedness in high places. "Ephesians 6 12 KJV). This bitter battle is one side against the other: the Kingdom of Light versus the Kingdom of the Dark for the living souls of God's people. In times past, the Dark Side, which has been covertly attacking Jesus Christ's laws and commandments with a relentless lust to change the fabric of God's ways, is now overtly doing so.

They antagonize the children of God with dramatic military success against an opponent who does not realize a war is going on or who is holistically prepared to engage in this deadly conflict,

Jesus Christ versus the Kingdom of the Dark is the oldest fight from before the beginning of the Earth's foundation. The Satanists are coercing genuine Christians to serve and worship their god, as I did. These leaders transformed me into a witch, and I was blindly on my way to Hellfire.

These demon followers, worshippers, adherents, and offspring of the father of lies are exalting their god, Satan, over and above my God and my legal rights. They glorify their god through their way of life, which includes homosexuality, greed, corruption, hate, racism, sexism, and a lust for fame, fortune, and social status. They do so by honoring, celebrating the dead, lying, deception, and whoring after false gods. We want no part of their system and practices. I have been sexually assaulted dozens of times by men in the occult who forced me into satanic rituals. I am illegally attempting to be foreclosed upon. I have been stalked by pastors who contacted my employers with lies to have me terminated from my employment. I was illegally arrested and put in jail. I was illegally baked three times and forced to take medication against my will.

Since 2014, my neighbors have left Stanic items on my doorstep and in my vehicle. They stand outside of my door and pray, howling at the moon like wolves. I was denied a legal education while my life was continuously interfered with by the people from the church. I was almost shot down in the street by police officers two times. This hospital, hospitals, and doctors are not Christians, and most practice Satanism.

WE MUST REDRESS AMERICA NOW AND STOP THIS HATRED AGAINST CHRISTIAN.