# UNITED STATES DISTRICT COURT for the MIDDLE DISTRICT OF TAMPA
## Sam M. Gibbons United States Courthouse
### 801 North Florida Avenue, Tampa FL 33602

**Plaintiff(s)**                                        Civil Action No. 8: 03CV 1613

Jesus Christ, King, the All-Mighty God of Heaven, the Kingdom of Light and
Terese Ebony Jones Ambassador, Servant, and Disciple
7521 Paula Drive Unit 263691
Tampa Florida 33615
   v.
**Defendant(s)** (please see the full list).

Satan the Anti-Christ, god of this world, the Satanic occult and the Kingdom of Dark and High Priest, High Priestess, Witches, Warlocks, Wizards, Preachers, Teachers, Followers, Disciples, Children, Churches, Entertainers, Bishops, Apostles, Elders, Business Owners, and all named Associates.

**Please note:** We seek full cooperation from you and your attorney in your defense against these accusations. Please return the form within the 30 days allotted time. Due to the number of defendants, I will request permission from the court to serve you via email.

If anyone is found innocent, or we are incorrect we will place an advertisement in your local newspaper offering an apology, and your name will be removed from this action. If you would like to counter sue against the claims, I look forward to it.

Additionally, please submit an updated email address to redressamerica@gmail.com. If you wish to receive the longer version of this complaint please email me, or you can wait until it is filed with the court. This complaint is a short version of the experiences outlining the charges that you face.

If you feel you are innocent, you should have no reason to make it difficult and would have no issues facing us in court. I look forward to our day in court to prove this system functions against us in every aspect of society. An email has been sent, and the address will be filed with the court. Thank you for your cooperation. We are filing a motion to ask the court to grant service through email. We intend to ask the court to hold responsible for the service cost to whoever does not agree to service by returning the document.

## NOTICE OF AN INTENT TO FILE A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS.

**To: All Named Defendants Listed "Please see the Attached Sheet and Enclosed Document"**

**Why are you getting this?** A lawsuit has been filed against you, your client, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within 30 days. **Two copies** of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?** If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served to you, and you will have 30 days from the date. If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.
Signature of the attorney or unrepresented party
*Jesus Christ and Terese E Jones*        Date: 20th Day of June, 2023
Printed name: Jesus Christ and Terese E Jones
Telephone number: 954-907-9614

This is a **"NOTICE OF INTENT TO FILE A LAWSUIT"** letter. Please refer to the document enclosed to explain this action against you or your client. Please hire an attorney if you do not understand the gravity of this complaint. We fully intend to proceed with a jury trial explaining through the Holy Scriptures to prove that I was initiated into the underground Satanic sexual occult system without my consent or desire. I was illegally held in the system under known occult practices and rituals by the Church, the individual's names, and the entities. You are being legally held accountable for your role.

**This document is an official complaint that is filed with the court.**