# My Experience in this current Satanic System and reason for this Lawsuit:

**History With Law Enforcement Law enforcement agencies in the Occult system**

1. Philadelphia Police Department
2. North Miami Police Department
3. Davie Police Department
4. Hollywood Police Department
5. West Palm Beach/ Boynton Beach Police Department
6. Tampa Police Department
7. Hillsborough Police Department

**History of Employment Employer in the Occult system**

1. Etelequote
2. HPOne
3. Humana
4. TZ Insurance
5. Wells Fargo
6. Kaplan University
7. Senior Life

**History of Dating/ (Some were so called friends ) men in the Occult system**

1. Robert Fanning
2. Alexander Clark
3. Kent Edward David
4. William Caesar Campesi
5. Robert Raffeo
6. Pascal P. Colletier
7. Marvin Capps
8. Jeffrey Casey
9. Charles P. Kinsman
10. Luigi Carvalho
11. Peter Gentile
12. James Boras
13. Tim Brogan
14. Howard Brown

**History With Banks and Financial Institutions In the Occult system**

1. Park National Bank
2. PNC Bank
3. Mid Florida Credit Union
4. Bright Star Credit Union
5. TD Ameritrade E*TRADE
6. Citibank
7. American Express
8. Elan Financial
9. Nordstrom's

**History With Higher Education In the Occult system**

1. Nova Southeastern University
2. Florida Memorial University

**History with Creditors In the Occult system**

1. Equifax
2. LVND Funding LLC
3. Mandarich Law Group, LLC Michelle K Hines
4. UNIFIN
5. Sherman Originator LLC

**History with Doctors and Hospitals In the Occult system**

1. Memorial Regional Hospital Dr. Nasserzare Jahanbakhsh
2. Broward Regional
3. Recovery First
4. Alcoholic Anonymous
5. Narcotics Anonymous
6. Celebrate Recovery

**History with Agencies In the Occult system**

1. Equal Employment Opportunity(EEOC
2. Housing and Urban Development (HUD)
3. Immigration
4. Office of the Comptroller
5. Guardian Insurance
6. Prudential Insurance
7. Geico Insurance
8. United States Copyright Office
9. Enterprise Rental Car
10. WEDU
11. Gold and Diamond source AJ
12. United States Security and Exchange Commission
13. State of Florida Unemployment

**History with Attorney's**

1. Jeffrey Diamond Burnetti and Burnetti

**History with Doctors**

1. Nasserzare Jahanbakhsh
2. Dr. Steven Para
3. Dr. Angelo Lopez
4. Dr. Abraham Flemingbaum
5. Dr. John Karlber
6. Dr. Fuad Malki, DDS

**Other Violations and charges**: Slavery: Slave labor: Trafficking: Prostitution: Stalking: Harassment: Theft by deception:  forced medical procedure:(hysterectomy; dental procedure) False imprisonment: false arrest: Illegally baker acted: No due process: Intimidation: Illegally confiscation of firearm: Investment fraud: Wiretapping: Identity theft: Invasion of Privacy: Sexual Assault Invasion of privacy; Torture: Wage theft: Illegally denied passport to American citizen: HUD Violation: Insider trading spiritual discrimination: EEOC Violation: Malicious prosecution

List of Defendants Names and Known Addresses (Revisions may be made to add/delete).

# History with Religious Leaders and Churches  who knowingly and willingly practiced Their Occult Religion Against My Religion without my consent.

Pope Francis
His Holiness, Pope Francis PP. 00120
Jorge Mario Bergoglio
Via del Pellegrino Citta del Vaticano
John_paul_ii@vatican

Defendant # 1
Overseer, Prophetess, President, Director Tracy B. Magwood (Saints On The Move for Christ Evangelist   Ministry Cult) Global Apostolic Movement, Inc.
Next Level Faith Center – Warrior's on the Wall International, Inc.(Formerly Saints On The Move For Christ Evangelist Ministry).
 2275 NW 62nd Street   Miami Dade Florida 33147
  305.691.5771

Defendant # 2.
Pastors Apostles and all Religious Leaders
Next Level Faith Center, Warriors on the Wall International, Inc. Global Apostolic Movement, Inc.
 Chief Apostle Lashon Reese
  Sr. Pastor Olden Reese
  2275 NW 62nd Street
  Miami Dade Florida 33147
  305.691.5771

Defendant # 3.
 Pastor, Vice President, Director Antonio Sherod Magwood. (Formerly Saints On The Move For Christ  Evangelist Ministry).  Next Level Faith Center – Warrior's on the Wall International, Inc.
 Pastor, Vice President, Director Antonio Sherod Magwood
 2275 NW 62nd Street
  Miami Dade Florida 33147
  305.691.5771

Mount Herman AME Church
17800 NW  25TH Avenue
Miami FL. 33056
305.621.5067
Florida Department of Juvenile Justice

2737 Center view Dr Rm 3216,
Tallahassee, Florida, 32399,
904.798.4706
Warriors on the Wall International, Inc. (Formerly Saints On The Move For Christ Evangelist Ministry).
2275 NW 62nd Street
Miami Dade Florida 33147
305.691.5067
Fhg Ministries, LLC.(Formerly Saints On The Move For Christ Evangelist Ministry).
2275 NW 62nd Street
Miami Dade Florida 33147
P.O. BOX 277893
Miramar Fl. 33027

305.691.5067
Global Apostolic Movement, Inc. Next Level Faith Center – Warrior's on the wall
 2275 NW 62nd Street
Miami Dade Florida 33147
1.305.691.5067
1.561.480.7871
1.561.486.6780


Defendant #4. Evangelist, Director Micah P Magwood
 Next Level Faith Center – Warrior's on the wall, International. (Formerly Saints On The Move For Christ Evangelist Ministry).
2275 NW 62nd Street
Miami Dade Florida 33147
305.691.5067

1.561.867.3045
1.561.418.6780

Defendant # 5. Next Level Faith Center – Warrior's on the Wall International, Inc.(Formerly Saints On The Move For Christ Evangelist Ministry).
 Minister, Evangelist, Director Noel B. Magwood
2700 WESTHALL LN STE 207B
MAITLAND, FL   32751-7478
NPI #1821674912
305.691.5067
 1.561.486.4346
1.754.234.9716

Defendant # 6. Next Level Faith Center – Warrior's on the Wall International, Inc. Formerly Saints On The Move For Christ Evangelist Ministry).
 Evangelist Precious Magwood
503 Edgewood Ave, W
Jacksonville, Fl 33208
1.561.480.7871
305.691.5067

Defendant # 7. Next Level Faith Center – Warrior's on the Wall International, Inc.
 Minister Tammy McIntosh Treasurer, Director. (Formerly Saints On The Move For Christ Evangelist Ministry).
Next Level Faith Center – Warrior's on the wall
6641 SW 20th St
Miramar, FL 33023
1.754.234.9716

Defendant # 8. Next Level Faith Center – Warrior's on the Wall International, Inc. (Formerly Saints On The Move For Christ Evangelist Ministry).
Jahazyel Martin Secretary
17454 N.W. 75TH PLACE, APT. 205
HIALEAH, FL 33015
305.691.5067 1.561.486.4346
1.754.234.9716

Defendant # 9. Next Level Faith Center – Warrior's on the Wall International, Inc
Evangelist Minister, ANDREA B MURPH Director.(Formerly Saints On The Move For Christ Evangelist Ministry).
20121 NW 12th Court
Miami, FL 3316
2275 NW 62nd Street
Miami Dade Florida 33147
305.691.5067 1.561.486.4346
1.754.234.9716

Defendant # 10. Next Level Faith Center – Warrior's on the Wall International, Inc (Formerly Saints On The Move For Christ Evangelist Ministry)
Kimberly M. Daniels
1445 Steele Street
Jacksonville, FL 32209

Defendant # 11. Next Level Faith Center – Warrior's on the Wall International, Inc.(Formerly Saints On The Move For Christ Evangelist Ministry).
Evangelist Kia Burney
2275 NW 62nd Street
Miami Dade Florida 33147
305.691.5067 1.561.486.4346
1.754.234.9716

Defendant # 12. Next Level Faith Center – Warrior's on the Wall International, Inc. (Formerly Saints On The Move For Christ Evangelist Ministry).
Katherine Kathy Braddy
2275 NW 62nd Street
Miami Dade Florida 33147
305.691.5067 1.561.486.4346
1.754.234.9716

Defendant # 13 Next Level Faith Center – Warrior's on the Wall International, Inc. (Formerly Saints On The Move For Christ Evangelist Ministry).
Minister Tomika
2275 NW 62nd Street
Miami Dade Florida 33147
1.305.691.5067 1.305.321.7815

Defendant # 14. Next Level Faith Center – Warrior's on the Wall International, Inc.(Formerly Saints On The Move For Christ Evangelist Ministry).
Ruby McIntosh
2275 NW 62nd Street
Miami Dade Florida 33147
1.305.691.5067 1.561.486.4346
1.754.234.9716

Defendant # 15. Next Level Faith Center – Warrior's on the Wall International, Inc.(Formerly Saints On The Move For Christ Evangelist Ministry).
Evangelist, Minister Samantha Smith
Next Level Faith Center
2275 NW 62nd Street
Miami Dade Florida 33147
305.691.5067 1.561.486.4346
1.754.234.9716

Defendant # 16. Next Level Faith Center – Warrior's on the Wall International, Inc.(Formerly Saints On The Move For Christ Evangelist Ministry).
Pamma Palmer
2275 NW 62nd Street
Miami Dade Florida 33147
305.691.5067 1.561.486.4346
1.754.234.9716

Defendant # 17. Next Level Faith Center – Warrior's on the Wall International, Inc
Janet Leggett-Rodney.(Formerly Saints On The Move For Christ Evangelist Ministry).
2275 NW 62nd Street
Miami Dade Florida 33147
305.691.5067 1.561.486.4346
1.754.234.9716

Defendant # 18. Cyril Ramsley.(Formerly Saints On The Move For Christ Evangelist Ministry).
Ware State Prison
3620 Harris Rd, Waycross, GA 31503
Next Level Faith Center – Warrior's on the wall
2275 NW 62nd Street
Miami Dade Florida 33147
305.691.5067

Defendant # 19. Next Level Faith Center – Warrior's on the Wall International, Inc .(Formerly Saints On The Move For Christ Evangelist Ministry).
Minister, Evangelist ANDREA R MURPH,
20121 NW 12TH COURT
MIAMI, FL 33169
1.305.691.5067 1.561.486.4346
1.754.234.9716
Next Level Faith Center – Warrior's on the wall
2275 NW 62nd Street
Miami Dade Florida 33147
305.691.5067

Defendant # 20. Next Level Faith Center – Warrior's on the Wall International, Inc
Pastor, Evangelist Bernice Spann  .(Formerly Saints On The Move For Christ Evangelist Ministry).
5235 NW24th Ct,
Miami, Fl 3314
1.305.691.5067 1.305.398-6100

Next Level Faith Center – Warrior's on the wall
2275 NW 62nd Street
Miami Dade Florida 33147

Defendant # 21. Evangelist, Prophetess Princetta Humes

Next Level Faith Center – Warrior's on the wall
2275 NW 62nd Street
Miami Dade Florida 33147

Defendant # 22. Next Level Faith Center – Warrior's on the Wall International, Inc .(Formerly Saints On The Move For Christ Evangelist Ministry).
Stephanie Palmer
2275 NW 62nd Street
Miami Dade Florida 33147

Defendant # 23. Next Level Faith Center – Warrior's on the Wall International, Inc.(Formerly Saints On The Move For Christ Evangelist Ministry).
Pastor Michael Palmer (Formerly Saints On The Move For Christ Evangelist Ministry)
2275 NW 62nd Street
Miami Dade Florida 33147

Defendant # 24. Next Level Faith Center – Warrior's on the Wall International, Inc .(Formerly Saints On The Move For Christ Evangelist Ministry).
Pastor Sarah Lumpkin
West Point Elementary
7525 West Point Blvd.
Orlando Fl. 32535
2275 NW 62nd Street
Miami Dade Florida 33147
P.O. Box 161250, Orlando, FL 32816.
Phone: 407-823-2835
1.201.983.8599
1.561.486.4346
1.754.234.9716

Defendant # 25. Next Level Faith Center – Warrior's on the Wall International, Inc (Formerly Saints On The Move For Christ Evangelist Ministry)
Evangelist Cynthia Mendez Correa
2275 NW 62nd Street
Miami Dade Florida 33147
1.201.983.8599
1.561.486.4346
1.754.234.9716

Defendant # 26. Next Level Faith Center – Warrior's on the Wall International, Inc
Kalvalski West
Franklin Academy Charter School
6301 S. Flamingo Rd.
Cooper City Fl. 33330
2275 NW 62nd Street
Miami Dade Florida 3314
1.954. 780-5533
1.201.983.8599
1.561.486.4346
1.754.234.9716

Defendant # 27.Evangelist, Pastor Monique Broxton-Montgomery (Formerly Saints On The Move For Christ Evangelist Ministry)
Next Level Faith Center
2275 NW 62nd Street

Miami Dade Florida 33147
1.561.486.4346
1.754.234.9716
1.201.983.8599

Defendant # 28. Evangelist. Jeannine Wiggins (Formerly Saints On The Move For Christ Evangelist Ministry)
Next Level Faith Center
2275 NW 62nd Street
Miami Dade Florida 33147
1.561.486.4346
1.754.234.9716

Defendant # 29. Next Level Faith Center – Warrior's on the Wall International, Inc (Formerly Saints On The Move For Christ Evangelist Ministry)
Pastor Dave Perry
Visual Biblical Truth
Next Level Faith Center
503 W EDGEWOOD AVE
JACKSONVILLE, FL 32208

2275 NW 62nd Street
Miami Dade Florida 33147
1.201.983.8599
1.561.486.4346
1.754.234.9716

Defendant # 30. Warrior's on the Wall International, Inc (Formerly Saints On The Move For Christ Evangelist Ministry)
Sharon Fairclough Saints On the Move for Christ
2275 NW 62nd Street
Miami Dade Florida 33147
1.201.983.8599
1.561.486.4346
1.754.234.9716

Defendant # 31.Pastors Alex and Keesha Kimbrel
Global Apostolic Movement's (GAM) Leader, Sr. Pastor Keesha Jones Kimbrel, and Pastor Alex Kimbrel of the Rebirth of the A.C.T.S Church
Next Level Faith Center
2275 NW 62nd Street
Miami Dade Florida 33147
1.201.983.8599
1.561.486.4346
1.754.234.9716

Defendant # 32.   Pastor Angela Tillman and  Derek A. Tillman II
  Freedom Church Miami
4000 NW 167th St, Miami Gardens, FL 33054
1.305. 731-2055
1.201.983.8599
1.561.486.4346
1.754.234.9716

Defendant # 33. Next Level Faith Center, Warriors on the Wall International, Inc.
Marshal Sheriff aka Miraculous Believer

Next Level Faith Center
2275 NW 62nd Street
Miami Dade Florida 33147
1.305.691.5067
1.561.480.7871
1.561.486.6780

Defendant # 34.  Warrior's on the Wall International, Inc Juliet John-Hope (Formerly Saints On The Move For Christ Evangelist Ministry)
Virgin Island Department of Justice
Assistant Attorney General
Office of the Attorney General
#213 Estate La Reine
6151 RR1 St. Croix,
Virgin Islands 00850
1.340. 774-5666
1.201.983.8599
1.561.486.4346
1.754.234.9716

Defendant # 35.Love Tabernacle of God Praise and Worship Christian Center
Overseer F. Emmanuel Carvil(Formerly Saints On The Move For Christ Evangelist Ministry)
Lakeshia Coleman Carvil
LaShawn Coleman
6248 NW 15th Ave
 Miami, F L 33147
1.786. 406-5729

Defendant # 36. Next Level Faith Center, Warriors on the Wall International, Inc.
 Evangelist Marion Baptist
2275 NW 62nd Street
Miami Dade Florida 33147
1.201.983.8599
1.561.486.4346
1.754.234.9716

Defendant # 37.  Next Level Faith Center, Warriors on the Wall International, Inc. (Formerly Saints On The Move For Christ Evangelist Ministry)
Minister Tomika
2275 NW 62nd Street
Miami Dade Florida 33147
1.201.983.8599
1.561.486.4346
1.754.234.9716

Defendant # 38.  Next Level Faith Center, Warriors on the Wall International, Inc. (Formerly Saints On The Move For Christ Evangelist Ministry)
Pastor Pamma Palmer
2275 NW 62nd Street
Miami Dade Florida 33147
1.201.983.8599
1.561.486.4346
1.754.234.9716

Defendant # 39. Apostle, Bishop Clavon Leonard- Clavon Wear

419 Broome Street,
New York, NY 10013
1.844.390.4497

Defendant # 40.  Next Level Faith Center, Warriors on the Wall International, Inc. (Formerly Saints On The Move For Christ Evangelist Ministry)
Janet Leggett-Rodney
Next Level Faith Center
2275 NW 62nd Street
Miami Dade Florida 33147
1.201.983.8599
1.561.486.4346
1.754.234.9716
Defendant # 41. Mount Herman AME Church
Michael K. Bouie
Pastor Antonio S. Magwood
17800 NW  25TH Avenue
Miami FL. 33056
1.305.621.5067

Defendant # 41.  Worldwide Fellowship Pentecostal Headquarters
C/O Mikhael Berrier
Jeffrey Pfohl
2250 East 73rd Street suite 350
Tulsa Ok. 74136
8303 Jackson Spring Road.
Tampa Fl. 33615
1.918.622.4200
1.813.358.8588

Defendant # 42. Jesus Christ's Church
Pastor James and Angela Pham
TuVet Tiffany Vo
10246 Oasis Palm Drive
Tampa Fl 33615
1.813.850.5639
Defendant # 43. New Life Tabernacle
Carlos and Wydia Hughes
1002 S Church Avenue
Tampa Fl 33629
1.813.832.2911

Defendant # 44. Without Walls International Church
Randy White
Gary Sheffield
DeLeon Sheffield
4414 N Grady Avenue
Tampa Fl 33615
1.813.879.4673

Defendant # 45. Living free Church
Kent Smith
Christian Ellis
Clair Hollis

3405 W. Kenyon Avenue
Tampa Fl 33615
1.813.879.4673

Defendant # 46. He Is Risen Tabernacle
Alexander and Ibelize Pagani
376 E. Gun Hill Road
Bronx NY 10467
1.888.530.0355

Defendant # 47. El Ray De Jesus
Pastor Guillermo and Ana Maldonado
14100 SW 144TH Avenue
Miami Fl 33186
1.305.382.3171

Defendant # 48. Oak Cliff Bible Fellowship
Anthony Tyrone "Tony" Evans
1808 W. Camp Wisdom Rd,
Dallas TX 75232
1.214.672.9100
Chrystal Evans Hurst
Chrystal Evans Hurst
711 W Main St., #114
Ovilla, TX 75154
1.800.834.7828

Defendant # 49 Jonathan Blake Evans
Outreach, Ins
5550 Tech Center Drive
Colorado Springs, CO 89019
1.866.400.2036

Defendant # 50.Priscilla Shirer  and Anthony Evans
Going Beyond Ministries
P.O. Box 2122
Cedar Hill, TX 75106
1.800.254.2022
Defendant # 51. Grace Revolution Church
Pastor Joseph Prince
P.O.Box 2115
Ft. Mill SC 29716
1.866.909.9673

Defendant # 52. The Potter's House
Thomas Dexter Sr. AKA TD
Serita Jakes
Sarah Jakes Roberts
Emmitt Tyler Perry
6777 West Kiest Blvd.
Dallas Texas 75236
1.800.247.4672
Defendant # 53. Oral Roberts University
Dr. William M. Wilson

7777 South Lewis Avenue
Tulsa Ok 74136

Defendant # 54 Juanita Bynum
415 N. Crawford Street
Waycross Ga.31503
215-03 Jamaica Avenue Suite 77
Queens Village, NY 11428
 1.914.810.7090

Defendant # 55. William Graham Evangelist Association
Franklin Graham
1 Billy Graham Pkwy
Charlotte NC 28201
918.495.6161

Defendant # 56. New Birth Missionary Baptist Church
Dr. Jamal Harrison Bryant
Pastor Vanessa Long
Estate of Bishop Eddie Lee Long
Taylor Long
Eric Long
Jared Long
Edward Long
6400 Woodrow Rd,
Stonecrest, GA 30038
1.770.696.9600

Defendant # 57. Family Worship Center
Jimmy Swaggart
8919 World Ministry Avenue
Baton Rouge, LA 70810
225.768.8300

Defendant # 58. Bethel Church
933 College View Drive
Redding CA. 96003
 Bill and Kris Johnson
Kris Vallotton
1.530.246.6000

Defendant # 59. Covenant Church
Jessie and Cathy Duplantis
1973 Ormond Blvd, Destrehan,
 LA 70047
1.985.764.2000

Defendant # 60. Believer's Voice of Victory
Kenneth and Gloria Copeland
14355 Morris Dido Newark Rd.
Newark TX 76071
1.817.852.6000

Defendant # 61. World Headquarters UPC International
David Bernard

36 Research Park Court
Weldon Springs MO 63304
1.636.229.7900

Defendant# 62.Trinity Broadcasting Network
Matthew and Laurie Crouch
P.O. Box 316
Fort Worth TX. 76161-3160
1.714.731.1000

Defendant # 63. Life Today
James and Betty Robinson
P.O.Box 982000
FT. Worth TX 76182-8000
1.800.947.5433
Defendant # 62. The Wisdom Center
Dr. Michael Dean Mike and Cindy Murdock
P.O. BOX 7750
Charlotte NC 28241
1.803.578.1899

Defendant # 64. Christ Universal Temple
Reverend Dr. Derrick B. Wells
11901 S. Ashland Avenue
Chicago IL 60643
1.773.568.2282

Defendant # 65. Spiritual Freedom Church
Robert Bob Larson
Brynne Larson
Savannah Scherkenback
P.O.Box 12457
Scottsdale AZ 85267
1.480.3677.1747

Defendant # 66. Mission World Healing Center Church
Pastor Toufik Benedictus Benny, Suzanne Hinn. Jessica Hinn, Joshua Hinn, Natasha Hinn, Eleasha Hinn
P.O.Box 162000
Irrving TX 75016
1.949.4993.9730

Defendant # 67. New Dimension Church
Dr. Carlton D. Pearson Gina Marie Gaultier
8177 S Harvard Avenue
Tulsa Ok. 74137
CDP@BISHOPPEARSON.COM

Defendant # 68. World Changers International Church
Creflo Agustus Dollar, Latise Taffi Dollar, Jordan Dollar, Lauren Dollar, Alexandria Dollar, Jeremy    Dollar, Gregory Dollar
P.O.Box 490124
College Park GA 30349
1.770.210.5700

Defendant # 69. Pauline Joyce Hutchison Joy and David Dave Meyer Ministries

P.O.BOX 655
Fenton MO 63026
1.866.480.1528

Defendant # 70. City of Refuge Church
Dr. Noel Jones
Tifani Jones
Eric Jones
Noel Jones
14527 S. San Pedro Street
Gardenia CA 90248
1.310.516.33

Defendant # 71. Free Chapel Church
Jentezen Franklin
Cherise Franklin
Drake Franklin
3001 McEver Road
Gainsville GA 30504
1.678.677.8300

Defendant # 72. Paula Michelle White-Cain
Jonathan Leonard Friga,A.K.A Jonathan Cain,
Bradley Knight
P.O. Box 683497
Orlando Fl 32868
1.407.641.4136

Defendant #73.Leaders of Tomorrow International Churches
Bishop Lamor Miller- Whitehead and Asia K. DosReis-Whiteheah
Brooklyn Campus Services
922 Remsen Avenue,
Brooklyn, NY 1123
1.917.330.8213

72.Queens Campus Services:
91-12 144th Place
Jamaica, NY 11435
Defendant # 74. New Life Tabernacle
Daniel M. Davy
Cyvonne Davy
Carlos Hughes
Waydia Hughes
1.813.832.2911

Defendant # 75. Lakewood Church
 Lakewood Church Women's Ministry
Joel Scott Osteen
Victoria Osteen
Nick Nilson
John Gray
Dr. Paul Osteen
Craig Johnson
Lisa Osteen Comes
P.O.Box  27450
Houston Tx 77227-7450

Defendant # 76. Saddleback Valley Community Church
Richard Duane Warren
Kay Warren
1 Saddleback Parkway
Lake forest CA 92630
Kay Warren
Andy & Stacie Wood
1.949.609.8000

Defendant #77.Celebrate Recovery
*John & Cheryl Baker*
Johnny & Jeni Baker
Mac & Mary Owen
Rodney and Carol Holmstrpm
1 Saddleback Parkway
Lake forest CA 92630
1.949.609.8000

Defendant # 78.The Hour of Power Shepard's Grove
Robert Anthony Schuller
 BOBBY SCHULLER  Lead Pastor
CHAD BLAKE  Executive Pastor
RUSS JACOBSON
4445 Alton Pkwy,
Irvine CA 92604
1.714.971.4101

Defendant # *79.Dr Cindy Trimm International Ministries*
950 Eagles Landing Parkway #347
Stockbridge, GA 30281
1.678.752.4333

Defendant # 80  Pastor Jim and Lori Bakker
Tammy Sue Bakker
Jamie Charles Jay Bakker
Morningside Church
P.O. Box 7330
Branson, MO 65615
1.417.779.9000

Defendant #  81.World Harvest Church
Rodney Lee Parsley, Joni Parsley, Ashton Blaire Parsley, Austin Chandler Parsley
4595 Gender Rd,
Canal Winchester, OH 43110
1.614.837.1990

Defendant # 82. Divine Hope Restoration Ministries International
Apostle Jean and Prophetess Jean
1515 NW 167th St,
 Miami Gardens, FL 33169
1.786.419.0728

Defendant #  83.True Worshipers Bible Church

Corporate Square
7402 N 56th St 501 503, Tampa, FL 33617
Pastor Remi & Pastor Ola Babalola
Pastor Kolapo & Pastor Opeyemi Babilola
John Lowe    Senior Pastor
Minister Denise Lowe
1.813.735.1578
1.813.560.3675

Defendant # 84. Minister Kalvalski West
Franklin Academy Charter School
6301 S. Flamingo Road
Cooper City, FL 33330
1.954.780.5533
Defendant #  85.Pastor Matthew Vines
P.O.Box 91013
Dallas Texas 75219
matthewvines.com

Defendant #  86.The Faith Center
Bishop Henry and Carol Fernandez
Elijah-Zane Fernandez
Seion Zane Fernandez
The Faith Center Ministries
5555 NW 95TH Ave.  Sunrise Fl. 33351
1.954.742.7832

Defendant # 87. Bahamas Faith Ministries International
Carmichael Rd, Nassau, Bahamas
Myles "Chairo" Munroe Jr.,
Charisa Munroe
Pastors Dave and Angie Burrows
Pastors Kersch and Suzette Darville
1.242.461.6400

Defendant # 88. Divine Love Outreach Ministries
Overseer Rufus And Mary Francis Medlock
3509 S.W. 127TH LANE RD
OCALA, FL 34473
1.354.245.7185

Defendant # 89.  Divine Love Outreach Ministries
Barbara Edwards
1450 Old Gate Lane
Dallas TX 75218
954.822.0847

Defendant # 90. Carlton Lamont Edwards
23 Via Visione Unit 102
Henderson, NV 89011-3699
954.822.0847

Defendant # 91. Crusaders Church

John and Wanda Eckard
Dr. Shirene Anderson
7859 S Ashland Ave, Chicago, IL 60620
1.872.303.3840

Defendant # *92.Robert J. "Bob" Coy founder and former Senior Pastor*
*1600 NE 12TH Terrace*
*Fort Lauderdale Fl 33305*
*1.888.892.2378*

Defendant #  *93. Jerry Savelle Ministries*
Carolyn Savelle
Terri Savelle Foy
Jerriann Newton Savelle
10255 W. Cleburne Road
*Crowley  TX 76036*
*817.297.3155*

Defendant # *94. Pastor Steve and Holly Furtick*
*11416 E. Independence Blvd. Suite N*
*Mathews NC 28105*
*1.704.246.0800*

Defendant # *96 Robert Fanning*
*3081 S. Forest St.*
*Denver CO 80222-7348*

Defendant # 97 Kent Edward David, Theresa David, Joseph David, and Elizabeth Parker
 Northbridge Tower
Address: 515 N Flagler Dr Suite 325, West Palm Beach, FL 33401
Phone: (561) 822-7654

Defendant # 98 William C Campesi
5042 PALERMO DR
PUNTA GORDA, FL 33950

Defendant # 99 Luigi Carvalho
3671 S West Shore Blvd

Tampa FL 33629

Defendant # 100 Tim Brogan Real Estate
 Constitution Place
Address: 325 Chestnut St Suite 1300,
Philadelphia, PA 19106

Defendant # 101 Howard Brown
11962 Linger Ln
Conroe TX 77303

Defendant # 102
Peter Gentile
Philadelphia Pa.

Defendant # 104 Alexander Clark
2440 N 28th St,
Philadelphia, Pennsylvania, 19132


Defendant # 105 James Boras

History with Police Departments who knowingly Practiced Their Occult Religion Against My Religion without my consent.

Defendants Police Department

Helen Mack
Micah Mack
Shirley A. Jones
Tony Smith
Anthony G. Jones
Chantelle Jones
Kecia Jones
Patty Jones Bunnell
Sandra Jones Wilson
Melanie Brandon
Synetta Boyd
Alexander Clark
Anthony Clark (Estate of)
Shirley Brown
Richard Donald Brown
John Brown
Donell Brown
William Brown
Deborah Brown
Larry Brown
Crystal Brown
Sonia Brown
Albert Brown
Corey Brown
Stephanie Grace
Saundra Grace
Miami Beach Police Department
Harvette Smith Chief of Police
Officer Darrell Prieto
Tracy Magwood
Wilson Romero

DAVIE POLICE DEPARTMENT:
Chief Steve Kinsey
Officer Gregory Moises
Robert Fanning
John Perretta
Josephine Reiz
Hollywood Police Department
Recovery First Rehabilitation Center
Robert Fanning
John Perretta
Josephina Reiz
The West Palm Beach Police Department
The Boynton Beach Police Department
Kent Edward David

Theresa David
Joseph David
Attorney Elizabeth A. Parker
Detective XXXX
Robert Fanning

Tampa Police Department

Hillsborough County Sheriff Department
Enterprise Rent a Car
Honorable Chad Chronister, Sheriff
*Chrissy Taylor, President, and Chief Executive Officer*
Robert Raffeo
Tracy Magwood
Robert Fanning
lieutenant Grall
XXX officer on the scene

History with Higher Education Institutions who knowingly and willingly practiced Their Occult Religion Against My Religion without my consent.

United States Department of Education
Secretary of Education Dr. Miguel Cardona
*Nova Southeastern University (Shepard Broad School of Law)*
*Dr. Jose R. (Beto) Juarez Jr.*
*Florida Memorial University*
*Dr. Jaffus Hardrick*
*Robert Fanning*
*Pastor Tracy Magwood*
*Evangelist Tammy McIntosh*
*Evangelist Noel B. Magwood*

Additional defendants List
**Calvin Cordozar Broadus A.K.A Snoop Dogg**
**Meghan Denis Fox**
**Kanye Omari West**
**Darcy Fowler**
**Seth Kirschner**
**Kieran Valla**

PROSCUTOR'S WITNESS LIST
WITNESS # 1
Senator Mitch McConnell
601 W. Broadway
Room 630
Louisville, KY 40202

Phone: (502) 582-6304
317 Russell Senate Office Building
Washington, DC 20510
Phone: (202) 224-2541
Fax: (202) 224-2499

WITNESS # 2
Senator John Thune
 320 South 1st Street
Suite 101
Aberdeen, SD 57401
(605)225-8823

United States Senate SD-511
Washington, DC 20510
Phone:(202) 224-2321
Fax: (202) 228-5429
Toll-Free 1-866-850-3855


WITNESS # 3
 Senator John Barrasso
2120 Capitol Avenue
Suite 2013
Cheyenne, WY 82001
Phone:(307-772-2451)
Toll Free 866.235.9553

307 Dirksen Senate Office Building
Washington DC 20510
Phone: (202-224-6441)
WITNESS # 5 Senator Roy Blunt
1000 Walnut Street
Suite 1560
Kansan City MO 64106
Phone: (816-471-7141)

260 Russell Senate
Office Building
Washington, DC 20510
Phone: (202-224-5721)

WITNESS # 6 Senator Joni Ernst

2146 27th Avenue
Suite 500
Council Bluffs, IA 51501

PHONE: (712) 352-1167
FAX: (712) 352-0087
730 Hart Senate Office Building
Washington, DC 20510

PHONE: (202) 224-3254
FAX: (202) 224-9369


WITNESS # 7 Rick Scott

801 North Florida Avenue
Suite 421,
Tampa FL 33602
Phone: (813) 225-7040 502 Hart Senate Office

Building
Washington, DC 20510
Phone: (202) 224-5274

Marsha Blackburn
Washington D.C. OFFICE
357 Dirksen Senate Office Building
Washington DC 20510
202-224-3344
100 Peabody Place Suite 1125
Memphis TN 38103
901.527.9515

John Boozman
*Washington, DC*
141 Hart Senate Office Building
Washington, DC 20510
Phone: (202) 224-4843

*Little Rock*
1401 W. Capitol Ave.
Suite 155
Little Rock, AR 72201
Phone: (501) 372-7153
Fax: (501) 372-7163

Richard Burr
NORTH CAROLINA
Federal Building
151 Patton Avenue
Suite 204
Asheville, NC 28801
P: (828) 350-2437
217 Russell Senate Office Building
Washington, DC 20510
P: (202) 224-3154

Shelley Moore Capito
500 Virginia Street East
Suite 950
Charleston, WV 25301
Phone:(304-347-5372

172 Russell Senate Office Building,
Washington, DC 20510
Phone:(202-224-6472)

Bill Cassidy
WASHINGTON D.C.520 Hart SOB
Washington, DC 20510
Phone: (202) 224-5824

BATON ROUGE
450 Laurel St.
Suite 1400
Baton Rouge, LA 70801

Phone: (225) 929-7711
Fax: (225) 383-3768

Susan Collins

413 Dirksen Senate Office Building
Washington, DC 20510
(202) 224-2523


One Canal Plaza Suite 802
Portland, ME 04101
(207) 780-3575

John Cornyn
517 Hart Senate Office Bldg.
Washington, DC 20510
Main: 202-224-2934

North Texas
5001 Spring Valley Road
Suite 1125 E
Dallas, TX 75244
Main: 972-239-1310

Southeast Texas
5300 Memorial Drive Suite 980
Houston, TX 77007
Main: 713-572-3337

Tom Cotton
ARKANSAS
3333 S. Pinnacle Hills Pkwy
Suite 425
Rogers, AR 72758

326 Russell Senate Office Building
Washington, DC 20510
Phone: (202) 224-2353

Kevin Cramer
NORTH DAKOTA
WASHINGTON, D.C.
330 Hart Office Building
Washington, DC 20510
(202) 224-2043

Mike Crapo
IDAHO
Washington, DC
239 Dirksen Senate Office Building
Washington, DC 20510
Phone: (202) 224-6142
Fax: (202) 228-1375


FARGO
306 Federal Building
657 Second Avenue N
Fargo, ND 58102

(701) 232-5094

Boise
251 E. Front St., Suite 205
Boise ID, 83702

Phone: (208) 334-1776
Fax: (208) 334-9044

Senator Ted Cruz
300 E. 8TH Suite 961
Austin, TX 787701
Phone:(512-916-5834)
 127A Russell
Washington, DC 20510
Phone(202) 224-5922

Steve Daines

320 Hart Senate Office Building
Washington, D.C. 20510
p: (202) 224-2651
13 S. Willson Ave. Ste. 8
Bozeman, MT 59715
Phone: (406) 587-3446

Deb Fischer
1248 O Street
Suite #1111
Lincoln NE 68508
Phone:(402) 441-4600

Lindsey Graham

290 Russell Senate Office Building
Washington, DC 20510
Main: (202) 224-5972
Fax: (202) 224-3808

2 West Washington Street, Suite 802
Greenville, SC 29601
Main: (864) 250-1417
Fax: (864) 250-4322

Chuck Grassley

111 7th Avenue SE, Box 13
Suite 6800
Cedar Rapids, IA 52401

PHONE: (319) 363-6832
FAX: (319) 363-7179

135 Hart Senate Office Building
Washington, D.C. 20510

PHONE: (202) 224-3744
FAX: (202) 224-6020

Bill Hagerty
Russell Senate Office Building
Room 248
Washington, DC 20002
Phone:(202-224-4944

22 Memphis Clifford Davis-Odell Horton Federal Building
167 North Main Street
Suite 1068
Memphis, TN 38103
Phone: (901-544-4224)

Josh Hawley

111 South 10th Street Suite 23360
St. Louis MO.63102
Phone: (314-354-7060)
Fax: (314-436-8534)

John Hoeven
U.S. Federal Building
220 East Rosser Ave., Rm 312
Bismarck, ND 58501
Phone: (701) 250-4618
Fax: (701) 250-4484

338 Russell Senate Office Building
Washington, DC 20510
Phone: (202) 224-2551

Cindy Hyde-Smith
702 Hart Senate Office Building
Washington, DC 20510-2405
Phone: (202) 224-5054

190 East Capitol St.
Suite 550
Jackson, MS 39201
Phone: (601) 965-4459

John Kennedy
416 Russell Senate Building
Washington, DC 20510
(202) 224-4623

6501 Coliseum Blvd., Suite 700A
Alexandria, LA 71303
(318) 445-2892

Jim Inhofe
1924 S. Utica Ave. #530
Tulsa OK 74104
Phone: (918) 748-5111
Fax: (918) 5119

205 Russell Senate Office Bldg.
Washington DC 20510

Phone:(202) 224-4721
Fax: (202) 228.0380

Ron Johnson
219 Washington Avenue
Suite 100
Oshkosh, WI 54901
Phone: (920) 230-7250
Fax: (920) 230-7262
Washington, D.C.

328 Hart Senate Office Building
Washington, DC 20510
Phone: (202) 224-5323
Fax: (202) 228-6965

James Lankford

1015 North Broadway Avenue
Suite 310
Oklahoma City, OK 73102
Phone: (405) 231-4941

401 South Boston Avenue
Suite 2150
Tulsa, OK 74103
Phone: (918) 581-7651
316 Hart Senate Office Building

Mike Lee
Office of Senator Michael S. Lee
196 East Tabernacle Street, Suite # 21
St. George, UT 84770
Phone: (435)628-5514

363 Russell Senate Office Building
Washington, D.C. 20510
Phone: (202) 224-5444

Cynthia Lummis
Russell Senate Office Building
Suite SR-124
Washington, DC 20510
Phone: (202)224-3424

Dick Cheney Federal Building
100 East B Street Suite 3201
P.O. BOX 33201
Casper Wy 82602

Roger Marshall
Garden City
921 Lareu Street, Suite C
Garden City, KS 67846
Phone: 620-765-7800

Jerry Moran

Washington D.C.
Russell Senate Office Building
Suite 479A
Washington, DC 20510
Phone: 202-224-4774


Lisa Murkowski
522 Hart Senate Office Building
Washington, DC 20510
Phone: (202)-224-6665
Fax: (202)-224-5301

510 L Street
Suite 600
Anchorage, AK 99501
Phone: (907) 271-3735
Fax: (877) 857-0322

Rand Paul
1029 State Street
Bowling Green, KY 42101
Phone: (270) 782-8303

Washington DC
167 Russell Senate Office Building
Washington DC, 20510
Phone: (202) 224-4343

James E. Risch
Hart Senate Office Bldg., Suite 716
Washington, DC 20510
Phone: (202) 224-5842
Toll Free: (844) 875-5268
Fax: (202) 224-7482


350 N. 9th St., Suite 302
Boise, Idaho 83702
Phone:208-342-7985
Fax: 208-343-2458

SENATOR MARCO RUBIO

501 E. Polk Street
Suite 601
Tampa, FL 33602

Phone: (813) 947-6288
Toll free:(866) 630-7106
284 Russell Senate Office Building
Washington DC, 20510
Phone:(202) 224-3041


SENATOR  BEN SASSE

139 Russell Senate Office Building
Washington, DC 20510
Phone: 202-224-4224

1128 Lincoln Mall, Suite 305
Lincoln, NE 68508
Phone: 402-476-1400

Tim Scott

1901 Main Street
Suite 1425
Columbia, SC 29201
Phone: (803) 771-6112
Fax: (855) 802-9355

Hart Senate Office Building
Washington, DC 20510
Phone: (202) 224-6121
Toll Free: (855) 425-6324
Fax: (202) 228-5143

Senator Todd Young
185 Dirksen Senate Office Building
Washington, DC 20510
Phone: (202) 224-5623

101 Martin Luther King Jr. Blvd
Suite 110
Evansville, IN 47708
Phone: (317) 226-6700

Senator Roger Wicker
555 Dirksen Senate Office Building
Washington DC 20510
Phone: (202) 224-6253

2909 13th Street
3rd Floor, Suite 303
Gulfport, MS 39501
Phone: (228) 871-7017

Senator Tommy Tuberville
Russell Senate Office Building
Suite 142
Washington DC 20510
Phone: (202) 224-4124

Frank M Johnson
One Church Street, Suite 500-B
Montgomery AL 36104
Phone: (334) 523-7424

**Senator PAT TOOMEY**
US CUSTOM HOUSE 200 CHESTNUT STREET SUITE 600
 PHILADELPHIA PA 19106
Phone: (215) 241-1090

302 Hart Senate Office Building
Washington, DC 20510
Phone: (202) 224-3004
Fax: (202) 224-6501

Thom Tillis
113 Dirksen Senate Office Building
Washington, DC 20510
Phone: (202) 224-6342

10150 Mallard Creek Rd
Suite 508
Charlotte, NC 28262
Phone: 704-509-9087


Executive Office of Governor Phil Scott
109 State Street, Pavilion
Montpelier, VT 05609
Phone: 802-828-3333

 Governor Mark Gordon
State Capitol 200 West 24th Street
Cheyenne, WY 82002
Phone: (307)777.7434

The Office of Gov. Spencer J. Cox
350 N. State Street, Suite 200
P.O. Box 142220
Salt Lake City, UT  84114-2220
Phone: 801-538-1000
Toll Free: 800-705-2464

Office of the Governor
P.O. Box 12428
Austin, Texas 78711-2428
(512) 463-2000

Office Of the Governor-Kim Reynolds
State Capitol
1007 East Grand Avenue K
Des Moines, IA 50319
Phone: (515) 281.5211

Office of Governor Michael L. Parson
P.O.Box 720
Jefferson City, MO 65102
Phone: (573) 751.3222


DAN SULLIVAN

800 Glacier Ave
Suite 101
Juneau, AK 99801
Phone: (907) 586-7277
Fax: (907) 586-7201

1900 First Avenue
Suite 225
Ketchikan, AK 99901
Phone: (907) 225-6880

Governor Larry Hogan
100 State Circle
Annapolis, MD 21401
Phone: (410) 974.3901
1.800.811.8336

Contact Governor Sununu:

Office of the Governor
State House
107 North Main Street
Concord, NH 03301
(603) 271-2121
(603) 271-7680 (fax)

Governor Tate Reeves

550 High St.
Sillers Building, 19th Floor
Jackson, MS 39201
Phone: (601) 359.3150
Fax (601) 359.3741

Office of the Governor: Jim Justice
State Capitol, 1900 Kanawha Blvd. E
Charleston, WV 25305
Phone: (304) 558.2000
Toll Free: 1.888.438.2731

**United States Congressman James Mike Johnson**
**568 Cannon House Office Building**
**Washington, DC 20515**
**Phone: 202-225-2777**

United Nations
 Office of Economic and Social Council
 Her Excellency Lachezara Stoeva
 President of the Economic and Social Council
 405 E 42nd St, New York, NY 10017
 Phone: (212) 963-4475

Christian Freedom International
P.O.Box 535
Front Royal, VA 22630

DW News

Brent Goff

Office Bonn
Deutsche Welle
Kurt-Schumacher-Strasse 3
53113 Bonn
Germany
T +49.228.429 - 0
info@dw.com


United Nations Headquarters
One United Nations Plaza
New York, NY 10017 212/963-1234

Center for Human Rights
UN Office at Geneva
Palais des Nations
CH-1211 Geneva 10
Switzerland

Alliance Defending Freedom
15100 N 90th Street
Scottsdale, AZ 85260
Christian Legal Society
P.O. Box 7712
McLean, VA  22106-7712
Physical Address:
Christian Legal Society
8001 Braddock Road
Suite 302
Springfield, VA 22151

International Justice Mission
P.O. Box 2227
Arlington, VA 22202

World Vision International
800 Chestnut Avenue
Monrovia CA 91016

Habitat for Humanity International
285 Peachtree Center Ave NE
Suite 2700
Atlanta, GA 30303 USA
Phone: (800) 422-4828 (229) 924-6935

MAP Headquarters
4700 Glynco Parkway
Brunswick, GA 31525

Global Health Office
315 W Ponce De Leon Avenue
Suite 815
Decatur, GA 30030
Phone: 1.800.225.8550

Help The Persecuted

P.O. Box 20303
Atlanta, GA 30325

Amnesty International USA Headquarters
311 W 43rd Street
7th Floor
New York, NY 10036
Phone(212) 807.8400
Fax: (212) 627-1451

Washington National Office
& Mid-Atlantic Regional Office
600 Pennsylvania Avenue, SE
5th Floor
Washington, DC 20003

Human Rights Council Branch
Office of the United Nations High Commissioner for Human Rights
United Nations Office at Geneva
CH-1211 Geneva 10, Switzerland
Fax: (41 22) 917 90 11

Christian Solidarity International USA
870 Hampshire Rd. Suite T
Westlake Village, CA 91361
Phone: (805) 777.7107

Open Doors USA
P.O. Box 27001
Santa Ana, CA 92799
Phone:(888)524-2535
Fax: (949.752-6442
Post: Release International
P.O. Box 54
OrpiNgton
BR5 4RT

Equal Justice Initiative
122 Commerce Street
Montgomery, AL 36104
Phone: (334) 269-1803

Human Rights First
75 Broad St, 31st Floor
New York, NY 10004
Tel: (212) 845 5200
Fax: (212) 898-1301
Human Rights First
805 15th Street NW, Suite 900
Washington, DC 20005
Tel: (202) 547 5692

1275 K Street, NW
Suite1100
Washington, DC 20002
Tel: +1-202-612-4321
Fax:+1-202-612-4333

St. Paul Healing Center
649 Dayton Avenue
St. Paul, MN 55104

1015 15th Street NW, Suite 600
Washington, DC 20005
Phone: (202) 822-0188

The American Constitutional Rights Union
405 5th Avenue South
Suite 7C
Naples, FL 34102
Phone: (877) 730-2278

The Center for Constitutional Rights
666 Broadway
7TH Floor
New York, NY 10012

People For the American Way

1101 15th Street, NW, Suite 600
Washington, DC 20005
Main: 212-614-6464
Fax: 212-614-6499
1-800-326-7329

Headquarters Office
Physicians for Human Rights
256 W 38th Street, 9th Floor
New York, NY 10018
Tel: +1.646.564.3720
Fax: +1.646.564.3750

The Center for Justice & Accountability
One Hallidie Plaza, Suite 750
San Francisco, CA 94102
center4justice@cja.org
Tel 415. 544. 0444

Human rights first
689 Massachusetts Avenue,
Cambridge Ma
02139-3302
Phone: (617).868.6600
Fax: (617) 868-7102

FREEDOM HOUSEA

 1850 M St. NW Floor 11
Washington, DC 20036
Phone: (202) 296-5101

International Court of Justice
Peace Palace

Carnegieplein 2
2517 KJ The Hague
The Netherlands

Telephone: +31 70 302 23 23

United Nations Information Center (UNIC)
Ms. Stefania Piffanelli, Director
1775 K Street, NW
Washington, DC 20006
202-331-8670
International Christian Concern
2020 Pennsylvania Ave, NW
#941
Washington Dc 20006-1846
Phone 800-422-5441

Commonwealth Human Rights Initiative -London

Room No. 219

School of Advanced Study

South Block, Senate House

Malet Street, London WC1E 7HU

United Kingdom

london@humanrightsinitiative.org

**2 Center for Economics and Social Rights**
**86 Chambers St, Suite 704**
**New York, NY 10007**

Humanity in Action
41 Flatbush Avenue, Suite 1
Brooklyn, NY 11217

Email: usa@humanityinaction.org
Torture Survivor rehabilitation servicesin Minnesota
2356 University Avenue West, Suite 430
St. Paul, MN 55114
Phone: (612) 436.4840

**Officer Kevin Townsend Atl. Ga**
**Tanya Oliver**
**Equal Employment Opportunity Commission**
 **Charlotte A. Burrows**
**Suranny Gomez**
 **Bill Wiesel**