Case: 1:25-cv-02668-UNA

MOTION

# MOTION TO COMPEL THE DEPARTMENT OF JUSTICE AND FEDERAL BUREAU OF INVESTIGATION TO INVESTIGATION MY CIVIL RIGHTS VIOLATIONS AND COMPLAINTS THAT DR. DANIEL K. OLUKOYA OLUMIDE ONI AND KEHINDE OLAJIDE TRACY B. MAGWOOD OF SAINTS ON THE MOVE FOR CHRIST EVANGELISTIC MINISTRY AND MOUNTAIN OF FIRE MIRACLE MINISTRY ARE LUCIFERIANS WHO SERVE SATAN AND NOT CHRISTIANS SERVING JESUS CHRIST

## MEMORANDUM

Terese E. Jones
9013 Tudor Dr 6203
Tampa FL 33615
954-907-9614

**RECEIVED**

AUG 1 4 2025

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia