*MOTION*

Case: 1:25-cv-02668-UNA

# GENEVA CONVENTION RIGHTS UNDER HUMAN RIGHTS LAWS AS CHRISTIAN CITIZEN IN THE KINGDOM OF GOD UNDER JESUS CHRIST REQUESTS THEY GOVERNMENT PROVIDE PROTECTION FOR MY LIFE AND PROPERTY WITH SUPPORTING MEMORANDUM

Plaintiff Terese Ebony Jones has experienced numerous attempts on her life by members of the church of Satan who she believed were Christian pastors. Please grant this motion to require the United States government, the department of Justice and the Federal Bureau of Investigations send protection since many Christians have been killed, shot down in the street or mysteriously disappeared when asking for help from these agencies.

Terese E. Jones  
9013 Tudor Drive G203  
Tampa Fl 33615  
954.907.9614  
08/12/2025  

*TERESE EBONY JONES*  
*[signature]*

ALL DEFENDANTS LISTED.

**RECEIVED**  
AUG 1 4 2025  
Clerk, U.S. District & Bankruptcy  
Courts for the District of Columbia