*MOTION*

Case: 1:25−cv−02668−UNA

# MOTION TO COMPEL THE DEPARTMENT OF JUSTICE AND FEDERAL BUREAU OF INVESTIGATION TO INVESTIGATION MY CIVIL RIGHTS VIOLATIONS AND COMPLAINTS THAT SAINT ON THE MOVE FOR CHRIST EVANGELISTIC MINISTRY AND MOUNTAIN OF FIRE MIRACLE MINISTRY INTENTIONALLY DECEIVED ME INTO WITH SUPPORTING MEMORANDUM

Plaintiff Jesus Christ and Terese Jones      Defendants VARIOUS.

9013 Tudor Driver G203

Tampa Fl 33615

954.907.9614

08/12/2025

TERESE SCOTT JONES

*Terese EJones*

**RECEIVED**

AUG 1 4 2025

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia