**MOTION**

Case: 1:25-cv-02668-UNA

## MOTION TO REQUEST THE COURT GRANT ACCESS TO PACER FILING SYSTEM

COMES NOW Plaintiff, by counsel, (PER SE Terese E. Jones) and files this, Motion to thereof, states as follows: MOTION TO: Request that the court grant access to the pacer or whatever filing system this court uses to file because the Plaintiff resides in another State until the trial

Due to the nature of the complaint that the Plaintiffs filed and the number of defendants and that we live out of town we hereby ask the court to grant access to the electronic filing system. Also, if access is not granted, we request additional time to respond since we are searching for an attorney.

*/s/ Terese E Jones*
8-12-2025

**RECEIVED**

AUG 1 4 2025

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia