# MOTION

MOTION TO: REQUEST THAT MY COMPLAINTS AGAINST THE DANIEL K. OLUKOYA, OLUMIDE ONI, KEHINDE OLAJIDE, TRACY B. MAGWOOD AND THEIR CHURCHES BE INVESTIGATED FOR SPIRITUAL CRIMES AND NATURAL AGAINST TERESE. E. JONES

We need laws on the books to deal with the abuses of the Kingdom of light citizens by the Kingdom of darkness citizen under their care while under their authority.

Plaintiff Jesus Christ and Terese Jones     Defendants VARIOUS.
9013 Tudor Driver G203
Tampa Fl 33615
954.907.9614
08/12/2025
TERESE EBONY JONES
*Terese E Jones*

RECEIVED
AUG 1 4 2025
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia