**MOTION**

## MOTION TO COMPEL THE DEPARTMENT OF JUSTICE AND THE URBAN HOUSING DEVELPOMENT TO INVESTIGATE CIVIL RIGHTS COMPLAINTS WITH SUPPORTING MEMORANDUM

**COMES NOW** Plaintiff, by counsel, (PER SE) and files this, his Motion to Compel and in support thereof, states as follows:

### 1. Background

As the Lord began to open my eyes to discover that I was in the occult and not serving him I was spiritually broken, confused and very hurt. I had no idea whatsoever that a man who called himself Miraculous Believer was sent into my life by the former pastor of the church through Saints on the move for Christ after I wanted no more contact with them. Sheriff Marshall aka Miraculous Believer presented himself as a Minister who wanted was concerned with my well being and he wanted me to attend his bi weekly prayer group. From the year 2014-2021, for seven years twice a week on Thursday's night from 9 pm to 12 midnight and Sunday's same time I spent six hours a week for 52 weeks times 7 years is 364 weeks or approximately 2184 hours I spent in a prayer group with at least six other witches.

These people prayer against me had me pray, sing worship as they stole all spiritual gifts and destroyed my life. Often when I was going through problem during the week I would call MB for prayer. As with the other church leaders this Jamaican Shamanic high priest and his congregation of evil workers had no right to give me the impression, they were Christian when in fact they were of another religion. In 2021 immediately after God elevated me, he contacted me right away and stole some spiritual gifts.

**RECEIVED**
AUG 14 2025
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

At that point I had given him thousands of dollars. Upon discovering that he was a Shaman, I asked him not to contact me again. This man had been a monitor, a dangerous satanic religious figure who used his religion to prevent me from having a relationship with my God.

No matter how many times I asked him, like with the others he continued to contact me again and again. In 2022 after when Mashall contacted me again after I asked him not to the Shaman told me that I better be careful because he was a brother in Christ. While on the phone with him, my lights began to flicker on and off.

For eleven days, my lights shut on and off I complained to Mary Jane Porter who was the president of the association and now the LCAM refused to contact an electrician. She told me that I needed to get the problem fixed, it was on me to get the issue fixed. So, for eleven days my life was in danger. According to the electrician when the association finally called, after I had contacted two electricians, stated that the entire building could have blown at any time.

When the electrician finally opened the box to the meter bank the wires were not only burned, as if someone put a Bic lighter to them but to me the wires seemed as if they had been cut. The association had an opportunity to fix the meter box on Thursday however Mary Jane Porter waited although they already had three other bids, from what I believe the delay was intentional to use a satanic operation know as a familiar spirit. Mary Jane Porter wanted me to become irate and behave badly. One the issue was fixed I lost my job because the association on Mary Janes direction refused to provide me with a letter for my employer since I worked from home. I lost the food in my refrigerator and was refused reimbursement.

A few days later MB the Jamaican Shaman called me again and told me he would take me to court. Mean while Glausier Knight and Jones a lawyer who was in the

process of resolving a $700 collections fee told me they would squash it, however a few days after the Jamaican told me he would take me to court Glausier Knight and Jones filed a lien and continuously added fees.

Pastor Kehinde Olajide a high priest at Mountain of fire ministries had details on the case despite my never speaking with him about it. He stated that a "Red Dragon from the water had my case". A few days later I discovered Valentine Wheeler had my case. Mary Jane refused to take accept my bank statements through Wheeler and when they could have easily worked with me.

What does a Jamaican Shamanic priest in upstate New York who out of nowhere told me he would take me to court has to do with a law firm Glausier Knight and Jones in Tampa about to cancel a $700 law fee has to do with a Nigerian Yoruba Satanic Priest disguised as a Christian has to do with a LCAM condo association in Tampa and her lawyer in largo Florida. They all have one thing in mind and that is they are all in the occult. They are all devil worshipping satanist who supernaturally contacted each other for the purpose of carrying out one of the biggest Satanic operations and device used against Christian. That is pushing Christians into homelessness. Homelessness is a tool used by Satanist.

The homelessness problem is out of hand due to an assault on Christians as a spiritual warfare tool to disable the Kingdom of God citizens to put up as a disadvantage. For ten years I endure ritualistic items in from of my door and on my vehicle. Satanic Rituals were forced upon me by Mary Jane Porter and Destiny Albino who performed a water ritual then filed bankruptcy. For years I endured dog attack. Dod attacks in the spiritual and the natural are a sign of witchcraft.
The association intentionally allowed large pit bulls, bull mastiffs, German Shepard and other large dogs not only to move in but to attack me. Mary Jane porter and Destiny Albino knew I was out of town. They broke into my house changed the locks on my door, destroy my property and move my personal items arounds. Please see "What No Christian Should Endure" This country needs new laws to deal with this type of violations. The Plaintiff files a motion to: Ask the court to compel the

Housing an Urban Development to investigate my claims of my constitutional rights violations. 1. The details of the illegal bankruptcy 2. The ten years history of my complaints of satanic rituals performed on my property. 3. Harassment and Intimidation.

Plaintiff Jesus Christ and Terese Jones     Defendants VARIOUS.
9013 Tudor Driver G203
Tampa Fl 33615
954.907.9614
08/12/2025
TERESE EBONY JONES

*Terese E Jones* (signature)