Case: 1:25-cv-02668-UNA

Terese E. Jones
9013 Tudor Dr.G203
Tampa Fl.33615
Ph. 954.9079614

Please see the list defendants

08/12/2025
*TERESE EBONY JONES*

# MOTION

## MOTION TO COMPEL PAMELA BONDI AND THE DEPARTMENT OF JUSTICE AND KASH PATEL AND THE FBI TO PROVIDE PROTECTION FOR MY LIFE AND PROPERTY WITH SUPPORTING MEMORANDUM

COMES NOW Plaintiff, by counsel, (PER SE) and files this, his Motion to Compel and in support thereof, states as follows:

### 1.Background

First please allow me Ambassador Terese E Jones to state that I have no problem relying solely on Jesus as my protector. He has been my shield, refuge, and protection for more than forty years while under bewitchment by the people I trusted as godly. I have been under a strange spell which damaged me physically, emotionally, and spiritually attack by the very authorities, powers, principalities and demons that I trusted as church leader for forty years.

These church leaders who forced me into satanism are high level practicing sorcerers who harnessed spiritual and natural resources and my powers through their religious beliefs.

They've been to my home disguised, as Christian spiritual leader however they are in the occultism and illegally and unconstitutionally held me in the dark kingdom

RECEIVED
AUG 14 2025
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

with the full knowledge that I am a citizen of the kingdom who only had a desire to serve Jesus Christ and no other god. These pastors know where I live.

They have made several attempted to take my life through their religious practices for years as well as performed satanic rituals on me. Nonetheless, I am requesting governmental intervention for protection because I have named some high-level church officials, governmental agencies and local police within this lawsuit. Also, four years ago I was told by a family remember that they would come to Tampa and take care of things. At that time, four years ago, I wasn't sure what was going on. I had no idea that I was in the occult.

This case is not something that these people or this country, the church and the community are ready to deal with, however, these church member through there religion which is satanism. This society have overtly operated against Christians and people in the church to gain the advantage over and take control over our lives, finances, careers, with black magic, sorcery, astral travel, mystic powers, idol god, witchcraft, white magic, and all sorts of spirituality, new age practices, as well as ancient old practices Nigerian Yoruba, Benin, Togo, Santeria and demonic practices that these church leader have branded as Christianity instead of what it actually is which is simply Witchcraft. They are dangerous Satanist, occultist Luciferians who have consistently been a danger to me spiritually, physically, emotionally, and psychologically. They have the ability to conjure up, but they call it manifest, demons to murder people. Or they can use people who they control who are on drugs and alcohol that will murder for them. Therefore, I am requesting that the court order protection for my life and property. Plaintiff Jesus Christ and his Ambassador Terese E. Jones the local authorities will not respond to complaints.

Plaintiff Jesus Christ and Terese Jones    Defendants VARIOUS.
9013 Tudor Driver G203
Tampa Fl 33615
954.907.9614
08/12/2025
TERESE EBONY JONES

*[signature: Terese E Jones]*