Case: 1:25-cv-02668-UNA

MOTION

MOTION TO: request that the court orders the Department of Justice and Pamela Bondi as well as the Federal Bureau of Investigation and Kash Patel to provide protection for my life and property until this case is over.

Plaintiff Jesus Christ and Terese Jones     Defendants VARIOUS.
9013 Tudor Driver G203
Tampa Fl 33615
954.907.9614
08/12/2025
TERESE EBONY JONES
*[signature: Terese E Jones]*

RECEIVED
AUG 1 4 2025
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia