

MOTION

Case: 1:25-cv-02668-UNA

# MOTION TO COMPEL THE DEPARTMENT OF JUSTICE AND FEDERAL BUREAU OF INVESTIGATION TO INVESTIGATION MY CIVIL RIGHTS VIOLATIONS AND COMPLAINTS THAT SAINT ON THE MOVE FOR CHRIST EVANGELISTIC MINISTRY AND MOUNTAIN OF FIRE MIRACLE MINISTRY INTENTIONALLY DECEIVED ME INTO WITH SUPPORTING THEM AS CHRISTIANS WHEN THEY ARE SATANIST.MEMORANDUM

1.Background

**PLAINTIFF TERESE EBONY JONES FILES A MOTION TO: COMPEL THE DEFENDANTS SUBMIT TO THE COURT THEIR RELIGIOUS BACKGROUND AND CREDENTIALS. OTHER THAN PREACHING IN THE CHURCH FROM A STORE FROM. THE BIBLE GIVES SPECIFIC INSTRUCTIONS ON WHAT A LEADER SHOULD BE AND THESE PEOPLE DO NOT FIT THE DESCRIPTION. THESE PEOPLE MADE ATTEMPTS TO HAVE ME MURDERED IN A HOTEL ROOM AFTER BEING DRUGGED. I WANT THIS INVESTIGATED.**

**Timothy 3:1-7** (Revised Standard Version):

- A bishop must aspire to the office with a noble task.
- Qualifications include being:
    - **Above reproach**
    - **Husband of one wife**
    - **Temperate**
    - **Sensible**
    - **Dignified**
    - **Hospitable**
    - **Apt teacher**
    - **Not a drunkard**
    - **Not violent, but gentle**
    - **Not quarrelsome**
    - **Not a lover of money**

RECEIVED
AUG 1 4 2025
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

- - Able to manage his own household well
  - Well, thought of by outsiders

The book of Titus 1 5-16

[5] For this cause left I thee in Crete, that thou shouldest set in order the things that are wanting, and ordain elders in every city, as I had appointed thee: [6] **If any be blameless, the husband of one wife, having faithful children not accused of riot or unruly**. [7] For a bishop must be **blameless,** as the steward of God; **not self-willed,** not soon angry, not given to wine, no striker, **not given to filthy lucre**; [8] But a lover of hospitality, a lover of good men, **sober**, just, holy, temperate; [9] **Holding fast the faithful word as he hath been taught**, that he may be able **by sound doctrine both to exhort and to convince the gainsayers.** [10] For there are many unruly and **vain talkers and deceivers**, specially they of the circumcision: [11] **Whose mouths must be stopped**, who subvert whole houses, **teaching things which they ought not, for filthy lucre's sake**. [14] Not giving heed to Jewish fables, and commandments of men, that turn from the truth. [15] **Unto the pure, all things are pure:** but unto them that are defiled and unbelieving is nothing pure; but even their mind and conscience is defiled. [16] **They profess that they know God; but in works they deny him, being abominable, and disobedient, and unto every good work reprobate.**

A Bishop is an ordained clergy member entrusted with authority and oversight in a church or institution. Bishops are typically responsible for governance and administration over several ministries within the church. In summary, a bishop in the Bible is a spiritual leader responsible for guiding and caring for a specific church congregation. Their qualifications emphasize faithfulness, self-control, and effective teaching.

To become a lawyer, you need to prepare and do well on the Law School Aptitude test. Admission requires completing four years of undergraduate studies, three years of law school, and one year of bar preparation. Once all the steps are completed, someone can be designated as a practicing attorney.

> **To become a doctor, individuals must go through a process that is both lengthy and comparable, which involves scoring well on the MCAT, selecting a medical school, and being accepted. In order to become a doctor, one must go through several steps, including completing medical school, clinical rotations, and passing licensing exams. Then, they can select a specialty and pursue board certification. Finally, a residency program must be completed, which can last from 3 to 7 years, depending on the chosen specialty. Obtain practical experience.**

Besides these professions, in the United States, approximately 25% of jobs require a professional license.

8. Healthcare: Doctors, nurses, physical therapists, and speech-language pathologists need licenses to practice.
9. Education: Teachers and school counselors must obtain teaching licenses.
10. Social Services: Licensed professional counselors, social workers, and psychologists fall into this category.
11. Business: Certain financial analysts and investment bankers require licenses.
12. Engineering: Licensed engineers work in various fields, such as civil, mechanical, or electrical engineering.
13. Architecture: Architects need professional licensure.
14. Trades and vocations: Electricians, plumbers, and building contractors also require licenses.

13. In the State of Florida, nail salon workers and must have some sort of qualifications. Specialty registration applicants must be at least 16 years of age or have received a high school diploma. Florida requires completion of 180 educational hours and complete a board-approved course Initial for a health condition
14. However, there are no officials' requirements in any United States to becoming a church leader any rapist, child molester, con man, womanizer, murderer, homosexual, woman beater, sodomite, assassin, killer, morally bankrupt, charmer, alcoholic, drug addict, thief, effeminate, adulterer, fornicator, witch, warlock, can claim they received a call from god. The problem is that they withhold the information that the god who called them was Satan t. Christian haters should not be in our church selling our souls in the marketplace

Plaintiff Jesus Christ and Terese Jones     Defendants VARIOUS.
9013 Tudor Driver G203
Tampa Fl 33615
954.907.9614
08/12/2025
TERESE EBONY JONES