UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TERESE EBONY JONES<br>*Jesus Christ Son of God; Servant Disciple*,<br><br>Plaintiff,<br><br>v.<br><br>SATAN<br>*God of this world*, *et al*.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)  Civil Action No. 1:25-cv-02668 (UNA)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

**ORDERED** that Plaintiff's Application for Leave to Proceed *in forma pauperis*, ECF No. 2, is **GRANTED**, and it is further

**ORDERED** that the Complaint, ECF No. 1, and this case, are **DISMISSED** without prejudice, and it is further

**ORDERED** that Plaintiff's other pending Motions, ECF Nos. 3, 5, 6, 8, 9, 10, and 11, are all **DENIED** as moot.

This is a final appealable Order.  *See* Fed. R. App. P. 4(a).  The Clerk of Court is requested to close this case.

**SO ORDERED.**

TREVOR N. McFADDEN
United States District Judge

Date: November 14, 2025

1